MERCEDES COLWIN
MColwin@GRSM.COM



ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

November 18, 2019

**VIA ECF**

Honorable Jesse M. Furman
United States District Court for the Southern District of New York
Thurgood Marshall Courthouse
40 Centre Street
New York, New York 10007

    Re:    Fischman v. Mitsubishi Chemical Holdings America, Inc., et al.
               *Civil Action No. 18-CV-08188 (JMF)*

Dear Judge Furman:

    We represent Defendants, Mitsubishi Chemical Holdings America, Inc., ("MCHA"), Nicholas Oliva ("Oliva") and Donna Costa (collectively "Defendants"). Defendants write to advise the Court of my unavailability for the conference scheduled this Thursday on November 21st.

    Beginning Wednesday, November 20th, I will be participating in the Women's Forum Global Meeting in Paris, France which was planned long in advance to Your Honor's scheduled appearance. On the 21st, I am a panelist in "Making it Count – A Conversation about Quotas to Accelerate Inclusion". Leading up to this week, I participated in the planning of the conference beginning in the Spring of this year, researched my position of advocating for the use of quotas, prepared a PowerPoint, and rehearsed with the other panelists in preparation for the discussion. My participation has been advertised by the Conference via social media to its 27,000 followers and in the printed agenda. The full Agenda is attached for your review. All my travel arrangements including hotel and flights have been made and paid for in advance. I am also hosting two corporate clients at the conference.

    I contacted opposing lead counsel Robert Valli, Esq. to discuss the conflict, obtain his consent and confirm his availability on alternate dates for Your Honor to consider. Mr. Valli consented to an adjournment and confirmed his availability. Both sides are available all day on December 2nd and 4th.

Thank you for your consideration.

Respectfully submitted,

*/s/ Mercedes Colwin*
Mercedes Colwin

cc: All Counsel of Record (via ECF)

Application GRANTED. The conference is ADJOURNED to December 4, 2019, at 2:15 p.m. The Clerk of Court is directed to terminate ECF No. 57. SO ORDERED.

November 18, 2019