# Valli Kane & Vagnini
## Attorneys at Law

600 Old Country Road  
St. 519  
Garden City, New York 11530

Tel: 516-203-7180  
Fax: 516-706-0248  
www.vkvlawyers.com

February 27, 2020

Hon. Jesse M. Furman  
United States District Court  
Southern District of New York  
40 Centre Street, Room 2202  
New York, New York 10007

*Re: Fischman v Mitsubishi Chemical Holdings America, Inc., et al*  
*Case #: 1:18-cv-08188-JMF*

Dear Judge Furman:

We represent plaintiff Jennifer Fischman ("Plaintiff") in the above-referenced matter. We write to update the Court concerning our letter motion dated February 26, 2019, where we requested an extension of the deadlines set forth in Your Honor's Order dated January 21, 2020.

Our original letter motion indicated that we had sought consent of the defendants MCHC and MCC. We write to update the Court and to inform Your Honor that we have now obtained the consent of all parties.

Accordingly, Plaintiff's counsel respectfully requests a fourteen (14) day extension of the deadlines set forth in the Order so that it has the benefit of the information that MCHA's counsel has agreed to provide, and in order to avoid potentially unnecessary motion practice in connection with resolution of the Motion.

Respectfully submitted,

VALLI KANE & VAGNINI LLP

*/s/ Matthew L. Berman*  
SARA WYN KANE  
ROBERT J. VALLI, JR.  
MATTHEW L. BERMAN  
*Attorneys for Plaintiff*  
600 Old Country Road, Suite 519  
Garden City, New York 11530  
516-203-7180

Application GRANTED. Plaintiff shall file an amended complaint or opposition to the motion to dismiss by **March 13, 2020**. If Plaintiff files an amended complaint, Defendants shall respond by filing an answer, new motion to dismiss, or letter on ECF stating that they rely on their previously filed motion **within three weeks after the amended complaint is filed**. If Plaintiff files an opposition, any reply shall be filed by **April 10, 2020**. The Clerk of Court is directed to terminate ECF Nos. 75 and 76. SO ORDERED.

February 27, 2020