

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

March 16, 2020

**VIA ECF**

Hon. Jesse M. Furman
United States District Judge
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

  Re: *Jennifer S. Fischman v. Mitsubishi Chemical Holdings America, Inc., et al*
     Civil Action No. 1:18-cv-08188

Dear Judge Furman:

  As you know, this firm represents defendants Mitsubishi Chemical Holdings America, Inc., Nicolas Oliva, and Donna Costa, ("Defendants") in connection with the above-referenced matter. Pursuant to Your Honor's March 12, 2020 Order, the parties have conferred and Defendants will provide a formal response to plaintiff's counsel in regard to the interrogatories in dispute on or before March 23, 2020.

  We thank the Court for its attention to this matter.

              GORDON REES SCULLY
              MANSUKHANI, LLP

              By: /s/ *Mercedes Colwin*
                Mercedes Colwin, Esq.
                Christopher Seacord, Esq.
                Brittany L. Primavera, Esq.
              *Attorneys for Defendants*
               1 Battery Park Plaza, 28th Floor
               New York, New York 10004
               (212) 269-5500