UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JENNIFER S. FISCHMAN, :
:
                            Plaintiff, :                  18-CV-8188 (JMF)
:
             -v- :                     ORDER
:
MITSUBISHI CHEMICAL HOLDINGS AMERICA, :
INC., et al., :
:
                          Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant Mitsubishi Chemical Holdings Corporation's new motion to dismiss, *see* ECF No. 91, Defendant's earlier motion to dismiss filed at ECF No. 66 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **June 1, 2020**; Defendant's reply, if any, is due by **June 29, 2020**. *See* ECF No. 85.

       The Clerk of Court is directed to terminate ECF No. 66.

       SO ORDERED.

Dated: May 5, 2020
       New York, New York                              JESSE M. FURMAN
                                                  United States District Judge