| | |
|---|---|
| **From:** | Donna_Costa@m-chem.com |
| **Sent:** | Tuesday, July 21, 2015 3:23 PM |
| **To:** | Jennifer_Fischman@m-chem.com |
| **Subject:** | RE: Project Genesis - Information from Capita Partners |

I will be available tomorrow between 10:00 and 11:30 and after 5:00.


Sent with Good (www.good.com)



--------Original Message--------

From : Jennifer USA0458 Fischman/USAP/USA
To : Donna USA0007 Costa/USAP/USA
cc :
Sent on :07/21/2015 03:06:50 PM EDT
Subject : Re: FW: Project Genesis - Information from Capita Partners

Donna,
Thank you for your offer to help me make the most of the guys. I would love to discuss with you next week. I think they are both up to the challenges but I can use whatever support you can offer. I see things starting to move very fast and everyone is going to need to fasten their seat belts. I have already had a discussion with Joe about his taking on overflow generalist work if necessary and he is on board. Kathryn will continue to closely supervise him; so far, she has also been so supportive.

As for a call, I expect to have a proposal from Rothschild later today and Lazard said they would also provide either tonight or latest tomorrow morning. Do you want to have a call tomorrow at 9 am and then I can put together an email before I leave for Charlotte?


Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor

New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

Donna USA0007 Costa---07/21/2015 11:08:01 AM---Jennifer Please do everything you can and send your email to Tsuyuki and Ciro before the Thursday bo

From: Donna USA0007 Costa/USAP/USA
To: "Jennifer Fischman" <jennifer_fischman@m-chem.com>
Date: 07/21/2015 11:08 AM
Subject: FW: Project Genesis - Information from Capita Partners

Jennifer

Please do everything you can and send your email to Tsuyuki and Ciro before the Thursday board meeting in Tokyo (our Wednesday night). Let me know if you want to have a call this afternoon.

I think we're going to be getting busier (!) overall, so we need to be sure we stay on top of things now. Let me know if you want any support in getting the most out of Jordon and Stephen. We will need everyone focused.

Thanks
Donna



Sent with Good (www.good.com)


---------Forwarded by   Donna USA0007 Costa/USAP/USA  on 07/21/2015 11:08:00 AM------




--------Original Message--------

From : Ciro Ahumada <cahumada@qualicaps.es>@USA_EX
To : "Donna_Costa@m-chem.com" <Donna_Costa@m-chem.com>
cc :