| | |
|---|---|
| **From:** | Jennifer_Fischman@m-chem.com |
| **Sent:** | Thursday, July 30, 2015 10:02 AM |
| **To:** | Donna_Costa@m-chem.com |
| **Cc:** | Jordon_Elbaum@m-chem.com |
| **Subject:** | Rothschild |

Donna,
We were successful in the negotiation!
Here is what we have:
$100K up front at execution of the engagement letter (they call it a Mandate Letter)
$100K due after 60 days, $50K per month thereafter.
The first $300K is not deductible from the success fee, but after $300K it is deductible.
Success fee payable at closing of the transaction $1,200,000.

Thus, the fee is capped at $1,500,000 and we have a little less risk on the front end.

Who should the engagement letter be between Qualicaps, Inc. and Rothschild? or MCHA or some other Qualicaps entity?


Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.