UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JENNIFER S. FISCHMAN,                                                :
:
:
Plaintiff,                                                           :
:                           18-CV-8188 (JMF)
-v-                                                                  :
:                           ORDER
:
MITSUBISHI CHEMICAL HOLDINGS AMERICA,                                :
INC. et al.,                                                         :
:
Defendants.                                                          :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As discussed during the teleconference earlier today, Plaintiff may proceed with the deposition of Rona Wexler scheduled for **August 6, 2021**, and may depose Patricia Saunders as soon as the witness is available. Merits discovery is otherwise over.

      Additionally, Plaintiff has until **September 17, 2021**, to disclose a rebuttal expert report with respect to the issues raised in Defendants' Rule 11 letter. Depositions of both parties' Rule 11 experts shall be completed by **October 1, 2021**. Defendants shall file any Rule 11 motion by **October 22, 2021**. Plaintiff shall respond by **November 12, 2021**. Defendants shall file any reply by **November 19, 2021**. The Court will address next steps, if appropriate, in the event that Defendants do not file a Rule 11 motion or after ruling on any such motion.

      SO ORDERED.

Dated: August 5, 2021
       New York, New York
                                                  JESSE M. FURMAN
                                          United States District Judge