# EXHIBIT A

3/1/16 Notes after mtg w/ Nick Oliva
  Topic discussed MKIC
Nick requested I follow up w/ Yvonne Bienaime on the Amber Todd termination. I asked what he meant? I had been aware that in early February - on or about Feb 5th Amber had gone to Takayama-san and Fusimi-san and expressed a desire to resign and take the package offered to other employees but that she would stay on long enough to train her replacement.

  On about Feb 8th Yvonne called me and explained to me that the company didn't want to pay her any severance and didn't need her to stay to train anyone b/c they had already identified someone as her replacement.

  On Feb. 15th I went on vacation for a week, during my vacation, Nick informed me that after discussions w/ Donna, Takayama-san and him, a decision was made to terminate Amber and not pay any severance.

  Nick asked me to make sure that Yvonne properly document the "conflict" reason as the basis of termination. I did not understand the "conflict" basis & he explained that there was a "conflict" because

FISCHMAN 000810

left the company to work for a customer of the company and that "created a conflict" for the company.

I told Nick that I did not see any conflict and would not help them manufacture a reason to terminate this woman so it could avoid paying severance as it had done for so many men that had left including her husband Dan Todd.

Nick was incredulous in my response and said it was appropriate to "spin" a scenario so they are protected in the future from other employees.

I told Nick I was not in the business of spinning or manufacturing things for fhe's or any other company who are potentially violating th law and discrimination against women, I told him that was not my job I told him this is discrimination b/c Amber is a woman. They had no problem paying out Dan when he left! Why is this any different?

He changed the subject and refused to discuss it further. I fear he is angry w/ me for not going along with him and for calling out the discrimmation. He may retaliate against me.

FISCHMAN 000831