# EXHIBIT B

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------X
     JENNIFER S. FISCHMAN,
 4
                                    PLAINTIFF,
 5
 6        -against-           Case No.:
                              18-cv-08188
 7
 8   MITSUBISHI CHEMICAL HOLDINGS AMERICA, INC.;
     MITSUBISHI CHEMICAL HOLDINGS CORPORATION;
 9   NICOLAS OLIVA, in his individual and
     professional capacities; DONNA COSTA, in
10   her individual and professional capacities;
     and JOHN DOES 1-10, in their individual and
11   professional capacities,
12                             DEFENDANTS.
     ------------------------------------------X
13
14              DATE: June 15, 2021
15              TIME: 10:27 A.M.
16
17         DEPOSITION of the Plaintiff,
18   JENNIFER S. FISCHMAN, taken by the
19   Defendants, pursuant to a Court Order and
20   to the Federal Rules of Civil Procedure,
21   held at the offices of Gordon Rees Scully
22   Mansukhani LLP, One Battery Park Plaza,
23   28th Floor, New York, New York 10004,
24   before Enrique Alvarado, a Notary Public of
25   the State of New York.
```

```
 1
 2   A P P E A R A N C E S:
 3
 4   VALLI KANE & VAGNINI
        Attorneys for the Plaintiff
 5      JENNIFER S. FISCHMAN
        600 Old Country Road, Ste. 519
 6      Garden City, New York 11530
        BY: MATTHEW L. BERMAN, ESQ.
 7              and
            SARA WYN KANE, ESQ.
 8
 9
     GORDON REES SCULLY MANSUKHANI LLP
10      Attorneys for the Defendants
        MITSUBISHI CHEMICAL HOLDINGS AMERICA,
11      INC, NICOLAS OLIVA and DONNA COSTA
        One Battery Park Plaza, 28th Floor
12      New York, New York 10004
        BY: MERCEDES COLWIN, ESQ.
13      File #: MCHEM-1135398
14
15   SHEARMAN & STERLING
        Attorneys for the Defendant
16      MITSUBISHI CHEMICAL HOLDINGS CORPORATION
        599 Lexington Avenue
17      New York, New York 10022
        BY: JERRY FORTINSKY, ESQ.
18
19
20   CLARICK GUERON REISBAUM
        Attorneys for the Defendant
21      DONNA COSTA
        220 Fifth Avenue
22      New York, New York 10001
        BY: NICOLE GUERON, ESQ.
23
24
25
```

```
 1
 2    ALSO PRESENT:
 3         Sam Jolly, Esq.
           Shearman & Sterling
 4
 5         Brittany L. Primavera, Esq.
           Gordon Rees Scully Mansukhani LLP
 6
 7         Nicholas Oliva
 8         Donna Costa
 9
           Deverell Write,
10         Videographer
           Veritext Legal Solutions
11
               *         *         *
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                              Page 117
 1                  J. FISCHMAN
 2    during this time, met with you at least
 3    three times a week to talk about evolving
 4    into the general counsel role?
 5          A.    I couldn't say that it was
 6    three times a week.  It was certainly once
 7    a week and it was certainly for several
 8    hours at a time, sure.
 9          Q.    And I understand that you were
10    taking notes during that time.
11          A.    Yes.
12          Q.    Extensive notes, in fact,
13    because these were hours that you were
14    spending with Ms. Costa; isn't that right?
15          A.    I would say I see some of them
16    on your table there, if I'm not correct.
17    Is that --
18          Q.    These are not your notes, those
19    are Ms. Saunders' notes.  Do you have
20    copies of the notes?
21          A.    So I do have some notes that I
22    took and we thought that we produced them,
23    but we can't find them in our production
24    last night so we'll be providing those.
25          Q.    Please do.
```

```
                                              Page 118
 1                  J. FISCHMAN
 2          MS. COLWIN:  I call for
 3      production.  That's responsive to our
 4      discovery demands so we appreciate
 5      that.
 6          MR. BERMAN:  We'll produce
 7      them.
 8      A.    We just realized that they
 9  weren't there, but also I took extensive
10  notes for eight years in my role as
11  corporate counsel, assistant general
12  counsel, and acting general counsel on
13  notepads like the one that you're writing
14  on, legal pads, that I left in my office
15  when I was escorted out after my
16  termination, and I'm sure that there's
17  responsive information on those notepads
18  that have not yet been produced so we'd
19  appreciate it if you guys would --
20      Q.    When you say responsive
21  information, you mean responsive to your
22  discovery demands of us; is that what
23  you're saying?
24      A.    Yes.
25      Q.    What did you do about becoming
```