\* \* C O N F I D E N T I A L \* \*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

JENNIFER S. FISCHMAN,

        Plaintiff,

  -against-

                      Index No. 18-cv-08188

MITSUBISHI CHEMICAL HOLDINGS, AMERICA, INC.;
MITSUBISHI CHEMICAL CORPORATION; MITSUBISHI
CHEMICAL HOLDINGS CORPORATION; NICHOLAS OLIVA, in
his individual processional capacities; DONNA
COSTA, in her individual and professional
capacities; and JOHN DOES 1-10, in their
individual and professional capacities,

        Defendants.

-------------------------------------------------X

        September 30, 2021
        10:09 a.m.

        DEPOSITION of PAT SAUNDERS, a Non-Party witness herein, taken by the attorneys for the respective parties, pursuant to Notice, held via web conference at the above date and time before Toni Musacchia, a Stenotype Reporter and Notary Public within and for the State of New York.

```
 1            P. Saunders - Confidential
 2   Mr. Oliva?
 3            MS. PRIMAVERA:  Objection.
 4       A.   No.
 5       Q.   Do you know why not?
 6       A.   No.
 7       Q.   Do you know whether after she was
 8   transitioned back into the assistant general
 9   counsel role, Ms. Fischman received an exceeds
10   expectations performance review?
11       A.   I'm sorry, when she transitioned back
12   to?
13       Q.   In 2016 --
14       A.   Right.
15       Q.   -- Ms. Fischman was in the assistant
16   general counsel role again, right?
17       A.   Yes.
18       Q.   In that position, did she receive an
19   exceeds expectations rating for her performance
20   in 2016?
21       A.   I believe she did, yes.
22       Q.   Earlier in 2016, are you aware of an
23   issue concerning the termination of Amber Todd?
24       A.   No.
25       Q.   Are you familiar with one of the
```

1                P. Saunders - Confidential
2    companies affiliates MKIC?
3        A.   Yes.
4        Q.   You have some notes concerning
5    discussions with Yvonne concerning MKIC.
6            MR. BERMAN:  You can flip to those, page
7        2612 towards the end.
8            (Whereupon, a brief recess was taken.)
9        Q.   Take a look at this and let me know if
10   this refreshes your recollection about Amber
11   Todd.
12           THE WITNESS:  Can you scroll up -- down.
13       A.   I read it, yes.
14       Q.   Does this refresh your recollection as
15   to whether there was any issue concerning Amber
16   Todd's departure from the company?
17       A.   When you say "any issue," other than
18   what's written on the page, I don't have any -- I
19   -- other than what's written on the page, no.
20       Q.   Okay.  Do you know whether Ms. Todd
21   requested a severance package for her departure?
22       A.   I do not know.
23       Q.   Do you know whether her husband had
24   previously worked for the company, Dan Todd?
25       A.   Yes, he did work for the company.