| PAGE | DATE |
|---|---|
|  | 2/10/2016 |

MKIC - Yvonne

1) Amber Todd    Maria Villa
2) Radom  L Ferguson   Ryert Swan

Charlie Fitzgerald - Director Sales - gave notice Monday
Amber. last Friday, Feb 5, she met w/ Takiyama + Fushimi
   Allegedly stated she feels its time for her
   to go. COI w/ husband @ LMI (conflict of int.)
   Didn't give a date. Would help transition
   someone. Would like severance in
   return.  Didn't come to HR.
YB informed of this on Monday.
YB consulted w/ Jennifer
Maria - main focus MKIC, works on SAP.
   when she worked w/ RGC, long time ago,
   worked as CS Mgr. Key person on
   SAP conversion.  Knows Co. Knows system
Bob Baker - strongly wants her in that position
"She has the knowledge of the bkground"
Maria has personal interest in both
Amber was middleman - Amber accept

CONFIDENTIAL    DEF-002612