\* \* C O N F I D E N T I A L \* \*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
JENNIFER FISCHMAN,

                Plaintiff,

                              Index No.
   -against-               18-cv-08188

MITSUBISHI CHEMICAL HOLDINGS AMERICA, INC.,
MITSUBISHI CHEMICAL CORPORATION,
MITSUBISHI CHEMICAL HOLDINGS CORPORATION,
NICHOLAS OLIVA, in his individual and
professional capacities; DONNA COSTA,
in her individual and professional
capacities; and JOHN DOES 1-10, in
their individual and professional
capacities,

                Defendants.
---------------------------------------x

                55 Maple Avenue
                Rockville Centre, New York

                July 15, 2021
                10:06 a.m.


     DEPOSITION of NICHOLAS OLIVA, taken by the attorneys for the Plaintiff, pursuant to Notice, held before Bonnie Kreuzburg, a Notary Public of the State of New York, at the above-stated time and place.

```
 1            N. J. Oliva - CONFIDENTIAL
 2    that decision?
 3            MS. COLWIN:  Objection.
 4        A.    In what decision?
 5        Q.    In the decision to reassign
 6    Ms. Fischman.
 7            MS. COLWIN:  Objection.
 8        A.    I don't know.
 9        Q.    I'm sorry?
10        A.    I don't know.
11        Q.    You don't know.  Okay.  I didn't hear
12    your response.  I'm sorry.  Okay.  Moving on.
13            Is it correct that, immediately upon
14    your being rehired by the company, Ms. Fischman
15    was assigned to report to you as a supervisor?
16            MS. COLWIN:  Objection.
17        A.    Ms. Fischman reported to me on my
18    arrival, yes.
19        Q.    And you were her supervisor, correct?
20        A.    Yes.
21        Q.    I'm referring now to paragraph 76 of
22    the First Amended Complaint, if you could just
23    turn to that.
24            Do you see on the second sentence of
25    paragraph 16, there's an allegation that on March
```

1 N. J. Oliva - CONFIDENTIAL
2 1st, 2016, Ms. Fischman complained to Mr. Oliva
3 that one of the company's female employees was
4 denied a severance package while her male
5 colleague had been offered a severance package
6 under very similar circumstances.
7 Do you see that allegation?
8 A. I do.
9 Q. Did you have an interaction with
10 Ms. Fischman on March 1, 2016?
11 A. I do not remember.
12 Q. Did Ms. Fischman ever complain to you
13 about a female employee being denied a severance
14 package?
15 A. Not that I recall. I recall Jennifer
16 being upset that an affiliate was overpaying in
17 their severance packages.
18 Q. Can you help me place that in time,
19 temporally?
20 A. I don't recall.
21 Q. Do you know who they were overpaying,
22 according to Ms. Fischman?
23 A. Basically, everyone.
24 So that company had a series of
25 reductions. They went from having a plant that