| Jen | Kathryn | Andy T3. |
|---|---|---|
| MC USA | Verbatim | MTPA |
| MCPP | Yupo | MTDA |
| MKIC | MFA | ~~MT~~ NPH VM |
| MYTEX | Verbatim Argent | Alpha |
| MCIS | | |
| Noltex | | |
| Com USA | | |
| MEPA | Nick | |
| MPCA | Genix brazil | |
| Hishi plastics | | |
| Quadrant | | |
| ~~Dianal~~ | | |
| MRCFC | | |
| Aldila Golf Corp (Aldila Inc.) plus | | |
| MRC-Golf | | |
| Qualicaps | | |
| Technophar | | |
| Mytex Mexico | | |
| ~~M~~ Filtec | | |
| MCPP Brazil | | |
| USRO | | |
| ~~████~~ | | |
| MCHA | | |
| MCC · Genomatica litigation | | |

27+ of 31

FISCHMAN 000788

1/7/15

TRUST

- Donna will speak to JAPAN about Cheif Compliance officer moving to me need approvals
- Donna deleting all communication between her and all legal dept. ppl. and HER

Feb. 4th Bd. Mtg. Dept. discussions 2/2 or 2/3
Vacation 4wks
- Paternity 1wk.

Donna's keeping 1) Maiko for liason stuff
2) Insurance Review project —ANDY
Risk Mgmt
3) Jordan—

Management
- Monday mgmt mtgs w/dept heads
Internal audit — Risk Committee } mtg 1x per year
Compliance — Compliance Committee }
- reporting on what is going on in compliance. for new year too.
Calendar { - March 16-1pm  2-3 Committee Mtg
- Feb. 23rd dept mtg.
March 2nd Dept Mtg.

4 or 5 bullet points Monthly update to JAPAN report activities of dept. by 1st of each month

FISCHMAN 000789



Monthly Report 1st of each ~~month reps~~

4 or 5 bullets
mentioning all business units
changing each month so all
businesses are ~~reprentedd~~
email to President
Donna will provide last month
which will include the prior month

→ US President's mtg. attend
Controller's mtg, etc. attend
Other mtgs Donna may request
or others' request.

→ Expense Reports. Review
Reasonableness.

Vendor Management
SAI, CT, Navex, Westlaw, Worldox
All Outside Counsel

Tech Law
Solutions.
owned by
Japanese Co.

& Discovery in Japan · great resource
if we ever need to do discovery
of doc. review of Japanese records

FISCHMAN 000790

MCHJ → Relationship w/ MCHJ
• Come up w/ a reporting system
→ - Quarterly Litigation Report
goes to Sakaguchi 1x Q.
→ - establish regular communication
w/ Sakaguchi
Donna's offered weekly, monthly,
oral, written or big issue reports
and he's rejected all of it
- Seek a way to get to communicate
w/ Sakaguchi
maybe monthly bullet points plus
additional info.

matters that get → Notification to Parent Co. Complicated
Reported • litigation brought          as to whom to
                                       report b/c Sak
• high profile, high risk              doesn't care
   claim          claim                but still need
- acquisition/transaction              to report to
Unclear who to report to? Sakaguchi?   him.
• government investigations
• Brazil litigation
• not patent trolls but other litigation

* IMPT: Japan doesn't really want to interact
w/ me. Donna will maintain
relationship. Reports only

FISCHMAN 000791

**Internal Audit**

<u>October</u> – JAPAN
Internal Control Mtg.
→ Compliance Program in U.S.
presentation
Sebastian goes at the same time.
→ Donna will send email after announcement
that I will participate in Oct mtg.
and all Compliance matters.

**MKIC** →

Monthly MKIC & MCHA
to support Steve Yagi
Restructuring.
Donna will speak to Steve as to
whether it will continue
RIF but will continue to work
the Restructuring
RIF scheduled for Feb.

MKIC China office
– legal Tax Acct. Jordon
handling.

**MPA - Brazil**

Leave as is for time being
but will discuss w/ Jouhei & Mike

FISCHMAN 000792

Legal Dept.    Jordon - Visa make sure it doesn't
               fall thru cracks

  Budgets      5/10/15 yr.service awards.
               needs to be budgeted
               so need everyone's start date.

Document Storage  managed by Kelli.
                  need to remind her

Document G-Drive - I will need to make sure
Clean Up.         its clean before we move to
                  Worldox.

Outside Counsel   Lists.
                  Fees
                  Can we apply metrics? Jordon proposes to do.
                  Analysis of counsel, what can
                  we bring in, what can we do.

New Employee Check List. get from Donna.
             new ~~Pixata~~ Kaiteki Corp.
             required on all new cards.

Website      MCHA website
             IT is currently updating.
             I will need to update all companies
             etc.

FISCHMAN 000793

Copyright Clearance – Kathryn manages
             discuss w/ KR when it comes
           up to renewal.

Legal Holds: Making sure we are on top of it
"IT Related": How is their system working?
           2015 project.
           Kathryn did original project &
           hold memos. Should we do
           a follow up?

IT Related Review Policies.

           Approving Access to email/
           or electronic files w/o
           GC approval.
             exception. if someone leaves,
           their replacement or supervisor
           can receive permission.
           Try & respond quickly. 1-2 hrs.
           Ask Harry to send me the
           latest version of the policy he
           gives to his employees.

Dept. Mtgs.   Lead the Feb & March.
           Jan 20- Expat training &
             teamwork follow up.
           · Improvement project.
           · Project for externs

FISCHMAN 000794

**Dept. Mtgs.**    Feb mtg ~~2/24~~  CANCELLED
Corporate ~~the~~ Veil

March Mtg. ?

**Audit Letters**    Use the form on Kelli's G.
She does it in the first
instance and then I revise
according to what I know.

**Engagement Letters**    I sign All of them.

**Internal Audit**
**Statutory Audit**    ~~Michaux~~ If IA brings something to
**(Audit Committee)**    my attention.
Or if I need their support.

**Corp. Governance**    Secretary
list. will it be the same? Donna's
bank & tax documents    checking.
Board Docs. ultimately in charge
communicate w/ Kelli
Status reports she provides to DC.
Kelli keeps on top of D/O and
Changes at least 1x year but I
provide any info I learn of.

FISCHMAN 000795

Ver

1990 MC bought Verbatim from Kodak
Ireland, multiple facilities in US
overpaid. VB had JV in Br w/DPC
De Hilton Ponte Cabral (some man)
He was located in Manous,
Amazones ~~Brazilla~~ in a trade zone in
the Amazon. For foreign investors
floppy discs were taxed very
high if imported but none
if you have brazilian manuf.
JV.

1991 MCC looked at the JV and
were unhappy w/ business
Rules relaxed allowing floppy
discs to be imported to BR
w/o heavy tax/duties.
Terminated P-ship Agr.
Also Trademark license dissolved
at the same time as P-ship termed.
1 JV in Manous for manuf.
1 JV in Sao Paulo for Sales
Dissolved both.
The JV in Manous governed by
Cts in Amazones.
JV in S.P decided in Sao Pa.
Right after we filed term.
DPC filed lawsuit
Declaratory Judgmen in Manous
Decla. in SP

FISCHMAN 000796

**By Laws**　　follow up will be done by Donna
some are switching over
MRC Qualicapps; others to
CT Corp.
Will review when we discuss
Affiliates.

**Medicago –**　not even in compliance program
MTPC is not organizing them properly
MTPC cannot agree as to what
to do to manage Medicago
60% MTPC / PMI 40% Phillip Morris Intl.
When they finally give us their
outline of their compliance pgm.
We will be able to evaluate
their pgm when they finally give
~~for~~ it to us. May be given to
Donna next week.
Andy can support compliance &
legal work. And Joe will support
their IP work.

**Verbatim**　　Brazil Litigation →
Updates as necessary to MKM
not everything goes to JAPAN  only impt.
½ dozen cases.　　　　　　status changes

FISCHMAN 000797

DPC said we infringed the IP Rts. When we imported DPC kept selling, we filed action.
We got TRO & seized products 8-10 you law suits
They filed another lawsuit saying we caused damages when we seized products.
Both sides have won or lost over the years

Never able to settle

DeHilton had been powerful in Menous~ we were convinced it was corrupt. We filed all kinds of judicial reform matters early on one of the earliest. that a judge was corrupt.

Everything would be appealed but got a decision against VB for close to $200M
We did everything
Eventually we got a decision throwing out the $200M judgment from Brazilia court.
Still wouldn't settle
The underlying matter is still in Manous

FISCHMAN 000798

**Verbatim BR**

Two Major Actions
- Damages for vs infringing our own TRMK in Br.
- Action for damage we caused them for seizing their ℗ for their infring our Ⓜ

2 declaratory Judgment Actions still bouncing around courts.

On the financials of MCC/MCHC MKM -
The liability is with Verbatim Corporation which goes up to MKM, to MCC to MCHC.
Not clear we could keep MCC out of the execution of the judgment. Dr. Wade was a guy who met w/ DeHilton and he was MCC empl. He is now retired.

**Corporate Veil**

Enforcement of foreign judgments
V Corp has very little $ only left what VA LLC paid for the estab of the biz
Fraudulent Conveyance 7 ys SOL
VA LLC is a very different entity from VC.

FISCHMAN 000799

Verbatim

Patent litigation - Kathryn. handles.
Randy. good biz. person. Ethicals
but not afraid to take risks.
They don't use us for day to day
Andy supporting the Mediance biz.
We don't support the clean Sui biz
b/c its MRC - Donna assumes its
supported by MRC.
Keep Andy as supporting them.
But they are happy to work w/most
of us -
Basic contract ok for Andy to move
toward
Randy will call me on all Donna issues.
Their business is becoming very
diffuse - so want to manage
their risk of things falling thru
the cracks. So makes sense to give
to one primary attorney Andy.

Grey market  Verbatim products used for
Pirated videos, music etc.
illegal content.
- Can't control who purchases
but at the same time what is
their responsibility not to enable
illegal content duplication.
Went thru's in Argentina not
illegal unless you are partnering

Quali

LS11
/
Qual. K
(manuf
/
Qul q    Q
Q Rom.

FISCHMAN 000800

with the Pirate.
But the concern is that there
could be a concern in Brazil.
The law could be different there.
We have consulted John Peterson
All Sales in U.S. handled in U.S.
All Miami accounts being
handled in Charlotte, NC
Asking our customers to
Sign certifications —
If there is a new issue
we will drop the customer.
Mtg April 15

Qualicapps

→ In flux.          US, Spain, Romania,
                              Japan

LS II (Kiso-san)    Kent just Hired in US
                            Ciro just hired in Spain QSP

Qual. KK (Japan)    Capsule manuf in
                              Madrid, N.C. & Japan.

Manuf/Sales          Ciro responsible for all EU manuf.
                              Victor is responsible for Canada
                              As of Aug 1, 2013.
Qual  QSp.  Tech Ront.   Technophar Canada
                                  HQ for Romania.
Q Rom.      Tech
                        Tech. make equip that makes &
                        fills capsules.
                        Qual. makes capsules in N.C.
                        FDA facility & approved by
                        customers

FISCHMAN 000801

Qualicapps 130 employees.
US. sales
They have some global agrs.
w/pharma companies.
Carlysle had Global team
Date-san is now global CEO
trying to set up new global
teams to work similarly
to the Carlysle teams.
US biz. is the weakest of the
other parts.
Kent has some ideas to make
changes but
~~came from 2 pharma companies~~

Capsegel is a huge successful
capsule company spun off
from Pfizer. #1 by a strong
margin. We are a long #2.

2 Types   Gelatin capsules- commodity
no IP, made from cow bones.
Cellulose - no animal products
more expensive. We have IP
and believe we are #1 on this
Market. Some patents, maybe some
trade secrets.

FISCHMAN 000802

- lots of contract work, sales/purchasing
- lots of employment
- Hired ~~an employee~~ an Indep'K'er from Capsegel who disclosed pricing info.
  → we discontinued the work
  → we sequestered the documents only 2 people saw it and they came right to us. It didn't go to Japan. Removed from the ~~concern~~ drive.

Pricing info. volume info has short life.

Concern that we could be liable for collusion. b/c of the appearance of us hiring the guy to get pricing info.

We only charge $75K, 25%, but their work ~~is~~ outside was $300K. before us. Next year expect it will become in line w/MFA. verbatim.

Jordon is reviewing their bylaws. Donna reviewed their corp. gov. docs.

They are not in our group of cos. that we do board docs.

FISCHMAN 000803

MKIC          Mid-march RIF
              eliminating 66 jobs - WARN
              originally done 13 but people leaving all
              the time.

(consider moving     Some work is moving to Filtec.
Jordan at some point  shutting down R&D
in time from MKIC     logistics to Mexico
to another biz )      3rd party services to be used
                      getting ppl. from Randy Queen
At least a yr. away   getting manuf. down to bare
from shutting down    minimum to cover asia mkt.
toner.                of toner. Too expensive.

        To become MCC imaging Sales & Mkt
                    in the Americas.

   End-game.        Doing Sales & mkt. of all imaging
                    products in the Americas.
                    moving Europe/ASIA sales etc to
                    Japan from MKIC.
                    Imagining "Verbatim-like" operations
                    of sales/mktg. in the Americas.

Really impt  *      New President is a sales/mkg guy.
Relationship        Important relationship to
                    build to create trust &
                    understanding
                    in Goals, support to minimize
              risks his mission

MPCA          nothing to add - Stable.
Y upo -       Paul Mitchell - President.
              don't aggressively push them
              for legal work.
              Oji Paper JV. w/ MCC.
              - Let them decide how much
              work to send us?
        → When in VA on other stuff, stop
          by to SAY Hi - meet for lunch.

    MFA        Challenges to be conscious of:
              - staying on top of all their
                legal needs.
              - the difficulty will be staffing
                it appropriately & delegating
                in the future to manage
                their work.

    ~~HCPP~~
    Quadrant - Continue w/ the same relationship
              Glen is still complicated by Christof.

    Hishi Plastics - Compliance only.
100% MPI       don't do legal work for them.
              not in our insurance pgm.
              28 employees
Chris Vergano  not in our 401K.
is the #2 guy.  occasionally Hot-line.

FISCHMAN 000805

**Aldila**

Feb 18th Mediation. Jordon on
facts / law, working w/outside
counsel
Jordon will Prep Pete on settlement
authority
Pete wants to.

**H.R. Issues**   <u>HOTLINE</u>

Kelli gets notified, sends copy to
me & Pat. (Donna & Pat)
Mostly advising on gut stuff.
Pat takes the initial action.
Sometimes prepares 2-3 sentence
response.
Remember to calendar response
Date base on category of
urgency.
Determine if HR vs Legal issue
If H.R. let handle, if both work
w/ Pat. RISK, IMPACT.
Legal Dept. pays Pat to work
Hotline issues for last year

FISCHMAN 000806

Code:

gov't trends — need to know not only what the new laws are, but where the gov't. is trending when companies get in trouble.

Cyber Security /Privacy
Privacy Policy drafted by Kathryn
given to Sebastian
→ Probably the next important Policy to get into place.
Social Media
Figuring out what we need to do & working w/ IT to put in place
ER working w/ HARRY over the years.

1st sit down · Reassuring STATUS QUO.
· RESPECTFUL.
· CALM, cool
· focus on them first what do they need to be successful NOT on me!

Want to know what they want, need, concerns.

WANT to show stability

FISCHMAN 000807

NOTES

**Aldila**

Feb 18th Mediation. Jordon on facts / law, working w/outside counsel

Jordon will Prep Pete on settlement authority -

Pete wants $0

**H.R. Issues**

## HOTLINE

Kelli gets notified, sends copy to me & Pat. ( Donna & Pat )

mostly advising on gut stuff.

Pat takes the initial action.

Sometimes prepares 2-3 sentence response.

Remember to calendar response

Date base on category of urgency.

Determine if HR vs. Legal issue

If H.R. let handle, if both work w/ Pat  RISK, IMPACT.

Legal Dept. pays Pat to work Hotline issues for last year

FISCHMAN 000808

Notes from Discussion w/ Andy 2/2/15
            - Appreciated that Donna was interested in
giving him opptys & developing him
- wants exposure outside of Pharma
- had been working only in Pharma, but moving
toward other H/C stuff, verbatim, LS11, Mediance
- Before Stryker, did M&A, R.E., land use, has
  wider experience & background than just Pharma.
- Wants to supervise the person we bring in and
  develop them.
- possibly getting that person involved in Pharma
- we shouldn't be siloed; thinks we are too siloed
- wants to supervise new atty. / x-train him &
  new attorney.

Notes from discussion w/ Pat
- Too soon for me to make any changes,
  surveying the landscape
- Given me some interesting thing to think about
- My goal was to preserve the status Quo, but
  he's asking for some early changes.
I need to examine it from every perspective

I am interested in everyone's development
I want to have further discussions about his
work at Pharma - what's done, what does he
expect for the future
   How does he envision his working further cos.?

FISCHMAN 000809

What is his Long term goal?
Does he ultimately want out of Pharma?

Donna has concerns about performance

Jordan

- Reassure him that he will continue to have same type of work, client contact.
- If he comes across as oppositional he is sometimes meaning it as a question.

Be patient w/ his getting comfortable

"I want to become familiar w/ your work style, so please start CC: me on communications & work product.

FISCHMAN 000810

3/2/15

~~Candidate State~~

Compliance - Kelli created
Overview of Compliance
for new COs. & FCM.

Updated list of FCM's
from Kelli.

Update list of past courses.
for next year
for Oct/nov. Start looking
at courses for following
year.

Go to home page open every
folder and come back

Review for substance, culture,
take exam, make sure its the
right approach for us Broad
applicability.

401K                 Mike Melbinger - Winston+
Plan                              Strawn
Fiduciary training for all committee
members.

FISCHMAN 000811

| DATE | DATE |
|------|------|
|      |      |

**NOTES**

**Japan** — Keep up to date on what's going on in enforcement in Japan

→ [FlipBoard] - news aggregator
choose Japan for
staying up to date on stuff

Monitor
- Security issues of chem. co's.
- TSCA

**Monthly:**

For Donna — News & Updates for
Ask dept for input. — President's Newsletter.
- news paper
- legal alert. etc.

**Checklists:** Internal Investigations.
~~Ecc~~ Litigation: - legal holds
- Notify carriers?
Employee Handbook.
→ can we do something that can be
shared w/affiliates. Template.
solid professional template w/ops
and w/o ops.

FISCHMAN 000812

**Insider Training**    Insider Training
                        add to Code of Conduct
                        but decide whether we need
                        the policy to also stand on
                        its own.

**ComUSA**              What's the scope of the
                        legal services? Meet w/
                        LARRY to start defining
                        the scope for 2015 at
                        the already agreed fee.

**Legal Services Agr.**

**go thru list w/ Maiko**   Make sure we have
                            LSAs w/ every Co.
                            We have agr. w/ and
                            everyone we are providing
                            services for has are
                            up to date.
                            Always make sure we have
                            an agr. b4 providing services.

**Dept Services list:**   Review & make plan
                          for who should have
                          what and who sh be
                          approached then
                          discuss w/ Donna

FISCHMAN 000813

| | | |
|---|---|---|

Ex Pat Training

Go to training but don't need to be traveling for it. N.J. training good.

Training of Performance Reviews and how to conduct and how to do Performance Improvement Plans.

Pat can send to all HR mgrs. for information.

HR Mtg in Sept. - Yoko can do overview of Ex Pat training.

MKIC

March 18th VA
19 LA
20 Mex ⟩ Impact analysis needs to be done 50-52 ppl empl. being laid off.

Steve
DAN
Rob
Carolyn.
mtg on 4th

Write to Carolyn - to follow up on status.
WARN
Impact Analysis
Severance Agr.s & releases
Retention Agr. (1)
Status of lease Issues in LA.

FISCHMAN 000814

MKIC

new service
agreements done
btwn MCC &
MKIC Jordan
working on it.

April 1st
in Effect.

~~Fujimi-san~~

Takayama-san—

MCC
|
MKIC—ZRO

China & EU biz is being
transferred to MCC.
What are the legal issues
  - Corp. veil
  - transfer pricing

MKIC Rep. office still
responsible but MCC taking
over.

Fushimi-san in LA respons.
for China!

Need to really understand
plan for Dick Yu., for
the representative office.
Visa-vis the new arrangement

ZRO stuff should all be
separated and in one
place.

Sometime in next 12 mos.
MKIC will not be in the
middle of China & EU b/c
of SAP & other technical issues

FISCHMAN 000815

| MKIC | is outsourcing more services. |

Filtec - increasing reliance on
Filtec - compliance & Ethics.
need to make sure we are
on top of it.

D & A
Affiliate Lists
- Are we missing any?
- Always trying to
reduce # of Paper Cos.

PAPER Companies: MkMedia paper co. owns
part of Verb. Americas

Donna heard
it may be ending
its life -
during 2015?

Japan PolyChem Amer - talk of getting
Rid of it in the future.
Speak to Komatsu-san.

Verbatim has 3 subsidiaries.
Why? Speak to Terry can we get
Rid of any of those 3?
Explore why we have these
Can we figure out a way to
get Rid of them.

FISCHMAN 000816

**Verbatim**   Int'l Trade Compliance Action
Plan
read it and see where they're
at b4 mtg them next!

**MCHC**   Get to be familiar w/
Executive officers
Board members
Org. Chart.

✓ Send Kien & Sakaguchi
notes of their promotions.

Glen Steady  Exec. Officer
Promoted.  of MPi.

<u>Compliance</u>
Nakamora-san  General Mrg of
Internal controls office of
MCHC  will be my contact
for Compliance matters.

FISCHMAN 000817

Legal Metrics: Jordon in favor of
metrics.
As part of my learning, looking
at things more critically
and quantitatively.

Oct Mtg.    Coordinate w/ Brian &
Sebastian for dates.

FISCHMAN 000818

~~~~~~~~~~~~~ Compliance
Internal Controls Office
Nakamura is head

| | |
|---|---|
| By the time I visit in October. | Know which curricula is for which people, know why |
| __Every week__ do our courses. | Have to know all the courses that have been taken |
| *discuss w/ Kelli* | Come to Donna and ask why the courses have been taken |

| | |
|---|---|
| Use a fresh eye! do aggressive mark-up next October | Keep reading and re-reading our policies - try and remember they are not self-evident to business people. |

In 2016, we need to review & revise policies.

Discuss Privacy Policy w/ Sebastian Kathryn drafted a decent policy about 2 yrs ago, which would need to be updated

FISCHMAN 000819

## Compliance Program
1) On-line Training
2) Code of Conduct
3) Compliance Policies
4) Hot line
5) Live Training
6) Investigation
7) Advising

U.S Program - foundation

Americas:
 Working off our U.S program
& figuring out what works
and what they need

**Business Corruption**

Verbatim Int'l Trade Compliance
 evading taxes, money laundering:
 selling in grey market
 Bribes, kickbacks
 import/export viol

FISCHMAN 000820

# Corporate Governance

List of Officers / Directors.
Donna will do one last review
of the D/O list.
Affiliates List.
need to post both to LT drive
Every time the list is updated,
send to MCHA LT. never more than
quarterly, at least annually
Any changes, restructuring, acquisition
etc. make sure was we have is
up to date.

Minutes/Resolutions
- Paper what needs to be papered
- leave out what doesn't need to be.
- essential resolutions based on the
  list.
- We don't summarize or document
  the discussion that took place
  except in a brief way.

Formalities -

Quchicapps - focus on formalities, ok to
have Global businesses, to maintain corp.veil
Donna worked w/ Tanabe to say you can get together quarterly

FISCHMAN 000821

Corporate Veil.
Always remember that it is a foreign
concept to the Japanese so always try
and remind everyone But don't in before.
Do what we can to counter the
fact that decisions can be made in
JAPAN, but need to see to formalities.

Hishi Plastics was JV btwn us & MIC.
doesn't have
secretary or Treasurer MIC was supposedly providing
2 dozen all their services. Then we
empl. bought them out. Never been able
to get thru to them. Very
independent.
Be super gentle.

COMUSA          Dranal- talk to JAMES.
Rayon Cos.      MRA, MRC FAC, Aldila
Qualicaps                        'Pete
                Pete already said yes.
                MRCFC- Sasaki- said yes.

FISCHMAN 000822

Verb. Corp.   same 4 ppl. as VALLC

identical
don't want them to be identical
don't need to be 4 ppl. anymore
OK to take GARY M. off VC
doesn't make sense.
Donna can also come off.

follow up w/ 3 other   datalife, Kasai Mem.
                                    Verbatim Ltd.

not having 4 members. 2 members
                                    only.
Donna doesn't want to be on
but will stay for now.
get Terry off if he's leaving.

MPCA board has a lot of members
many seem to be from JAPAN
bad practice to have so many
seem to suggest too much management
from JAPAN, not face to face mtgs.

Diana & MRA } added a whole lot of people
to their boards- from JAPAN.
Offer it as "best practice" that we
recommend lowering the # of JAPAN.

FISCHMAN 000823

Overview of MCHA Compliance.
need to develop.

Compliance Promotion Mgrs. mtg.
may be in Singpore. in Octo

KISO - new CEO of LSII

MCHC 100% — LSII

87.5% — MCHS — MTPC 12.5%

MCHS — 100% — QKK

Ciro - Global CEO
Date - CEO QKK & MCHS
Kent - President

FISCHMAN 000824

Kachiko Murata
1056-6 Ichigaocho
Aoba-Ku YOKOHAMA
225-0024  JAPAN



MS. Jennifer Stone Fischman

40 Wild Wood Road
Scarsdale. NY 10583


America

Air. mail

FISCHMAN 000825

Merry Christmas and
Best Wishes for happy new year.

Dear Ms. Jennifer          Dec 2016

Thank you for your kind letter to me
Thank you for your gentle mind to
Kanako, too
I heard Kanako spent happy time
with you in New York.
I'm very very sad because
I lost my daughter who was very
tender to me. I love Kanako.
I'm glad if you remember her
forever.
Please say hello to the colleagn
for me.          Machiko Murata

本当に ありがとうございました。
ジェニファーさんの やさしさに 心から
感謝いたします。 村田和知子

FISCHMAN 000826

(MLA) Morgan Applied

Sole US Counsel →moved on

Regional for US , AMEA , ASIA.

looking for consistency across region

Previously located in Raleigh, NC.

Wants East Coast

Significant Travel ? Estimate about 50% early on.

Bergen, NJ
Raleigh, NC
Greenville, SC
PA.
Others out west.

Base 200-250.
      20-40%

Cathy Lueders. NA. Region

→ Issuing side supporting Banks &
   supporting Acct. Team lead
   Citibank. - Indep. Banks & Credit

This Role

Merchant facing Role
   Walmarts
negot. co-brand agreement
Digital initiatives Masterpass.
Promotional
Holiday        Sponsorship Agreements
Digital Partnership leads -
   How can Netflix or Blue Apron's help in the
digital space ?

FISCHMAN 000827

NY. Labor  888-CU4-.                    501-741-3811

Danville. 680 East Bay corridor
Rich Gray lives in Marin.

CBRE

Outsourcing R.E. services.    Hu
Client
  GC is in Dallas                 purchased
                                  Trummel Crow
Role becoming business person.    Johnson Controls.
                                   75,000 employees.
                                   EMEA too.

3 Full Time transactional in GC.
separate litigation group.
1 in Stamford, 1 in Seattle.
7 or 8 in NY, NJ trans. in N.Y. office.

Nancy Westfall - GC.
Global Workplace Solutions
 - Complex contracts / transactions

Nora Davis - 4 yrs. w/company.

what's most challenging aspect of the job?

FISCHMAN 000828



**Fw: Land Purchase - Environmental Liability - Attorney Client Privileged Communication**

Slaton USA2343 Fry    to: Jennifer USA0458 Fischman                    12/05/2016 09:47 AM

History:                        This message has been replied to and forwarded.

Dear Jennifer,

I have worked with a lot of attorneys over my 30+ years in industry. For the most part I'd say those interactions were usually somewhat less than satisfying. However, I have thoroughly enjoyed working with you the last year or so. You have a good way of working through the issues and keeping everyone on board. I've been very impressed.

Thank you for your help on this land purchase and for your god advice. I'm looking forward to working with you in the future -- I know that there will be many opportunities as Noltex continues to grow.

Slaton Fry
Vice President
Noltex LLC
(281) 842-5077
------ Forwarded by Slaton USA2343 Fry/USAP/USA on 12/05/2016 08:41 AM ------

| | |
|---|---|
| From: | Philip USA2182 Wiles/NTXP/USA |
| To: | Jennifer USA0458 Fischman/USAP/USA@USA |
| Cc: | Slaton USA2343 Fry/USAP/USA@USA, Yoshihiro USA2402 Tsugawa/USAP/USA@USA, lisashelton@andrewskurth.com |
| Date: | 12/02/2016 05:00 PM |
| Subject: | Re: Land Purchase - Environmental Liability - Attorney Client Privileged Communication |

Thank you Jennifer and Lisa for the quick turnaround on this.

Have a Great Weekend!!!

**Philip Wiles**

**Director -- Business Supply Chain**

| | |
|---|---|
| Work | (281) 842-5045 |
| Mobile | (713) 376-1990 |
| FAX | (281) 842-5095 |



| Jennifer USA0458 Fischman | Dear all, Attached is a brief memo outl... | 12/02/2016 04:42:04 PM |
|---|---|---|

| | |
|---|---|
| From: | Jennifer USA0458 Fischman/USAP/USA |
| To: | Philip USA2182 Wiles/NTXP/USA |
| Cc: | Slaton USA2343 Fry/USAP/USA@USA, Yoshihiro USA2402 Tsugawa/USAP/USA@USA, lisashelton@andrewskurth.com |
| Date: | 12/02/2016 04:42 PM |
| Subject: | Land Purchase - Environmental Liability - Attorney Client Privileged Communication |

Dear all,
Attached is a brief memo outlining the potential environmental liability for the purchase of the 37 acres from DuPont. As you can see Lisa has reviewed the Phase I and has agreed with the conclusion that no Phase II was recommended. I concur with this position.

[attachment "Noltex Purchase of DuPont Property - Environmental Liability Memo.docx" deleted by Philip

FISCHMAN 000829

3/1/16 Notes after mtg w/ Nick Oliva
Topic discussed MKIC
Nick requested I follow up w/ Yvonne Biename on the Amber Todd termination. I asked what he meant? I had been aware that in early February - on or about Feb 5th, Amber had gone to Takayama-san and Fusimi-san and expressed a desire to resign and take the package offered to other employees but that she would stay on long enough to train her replacement.

On about Feb 8th Yvonne called me and explained to me that the company didn't want to pay her any severance and didn't need to her to stay to train anyone b/c they had already identified someone as her replacement.

On Feb 15th I went on vacation for a week, during my vacation, Nick informed me that after discussions w/ Donna, Takayama-san and him, a decision was made to terminate Amber and not pay any severance.

Nick asked me to make sure that Yvonne properly document the "conflict" reason as the basis of termination. I did not understand the "conflict" basis & he explained that there was a "conflict" because

FISCHMAN000840

left the company to work for a customer of the company and that "created a conflict" for the company.

I told Nick that I did not see any conflict and would not help them manufacture a reason to terminate this woman so it could avoid paying severance as it had done for so many men that had left including her husband Dan Todd.

Nick was incredulous in my response and said it was appropriate to "spin" a scenario so they are protected in the future from other employees.

I told Nick I was not in the business of spinning or manufacturing things for his or any other company who are potentially violating the law and discriminating against women. I told him that was not my job. I told him this is discrimination b/c Amber is a woman. They had no problem paying out Dan when he left. Why is this any different?

He changed the subject and refused to discuss it further. I fear he is angry w/ me for not going along with him and for calling out the discrimination. He may retaliate against me.

FISCHMAN 000831

2-6-16 Kaemura, Chuo-ku
OSAKA 541-8505 JAPAN

Jennifer Fischman Esq

Mitsubishi Chemical Holding America, Inc.
655 Third Ave. 15th Floor
New York, NY 10017 USA

AIR MAIN

Dear Jennifer,

Thank you for giving your time to meet
with me last week.
I appreciate how you break down the issues
and made it easier for me to understand
the complicated Alpha issues.
I am privileged to meet with you and
be able to work with you.

Looking forward to speaking with you again
in near future.

05/26/2014
YUEN KOBAYASHI

FISCHMAN 000832

 **Re: documents**

Kelli USA0278 Troccoli    to: Jennifer USA0458 Fischman                08/03/2015 04:46 PM

He was registered for both days already and I'm sorry an office full of people can't handle a visitor in my absence.

Kelli

    Jennifer USA0458 Fischman      Kelli, It went fine but I was in a mtg wit...      08/03/2015 04:45:04 PM

From:        Jennifer USA0458 Fischman/USAP/USA
To:          Kelli USA0278 Troccoli/USAP/USA@USA
Date:        08/03/2015 04:45 PM
Subject:     Re: documents

Kelli,
It went fine but I was in a mtg with Donna and Brian found him in the lobby and he came and interrupted us. I then asked Yuka to go get him but she did not know what was going on so I had to stop and explain. Please do me a favor, if you are not going to be in the office and something like this comes up again, would you advise Yuka what is going on so she can manage it? That will avoid the confusion. Alan gave Yuka his card so she could register him for his return tomorrow in case you are not here, he knows to ask for her in your absence. It's all good just a busy day for me today.


Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

    Kelli USA0278 Troccoli      Jen, I know Allen arrived please confirm for...      08/03/2015 03:27:40 PM

FISCHMAN 000833

→ 2016 - 2.3 B Swiss Francs.
U.S. is big part of global
· Manuf. for Plants in the EU.
· Germany/Swiss.
· Automotive.
· Aerospace
- Gas
~ Additive manufa

Surface Solutions   Friction
Metco    Balzer
↓         ↓         ↓
Pres.    Pres.    Pres.
↓         ↓         ↓
direct to EU   Direct to EU   Direct to EU

Oerlikon
Westbury, NJ

In Westbury only have contracts administ...

Head of Operative Law?
Paul · Global head

North/South America
U.S, CAN Mex, Argentina, Brazil

B. Weber's
operative Law =
Commercial/corporate
Non·IP.
1500 employees in US.
99% non-union.

FISCHMAN 000834