```
 1              JENNIFER STONE FISCHMAN
 2       A.    Yes.
 3       Q.    How many times?
 4       A.    I couldn't say.  I mean, we
 5  discussed it during the -- you know, we
 6  discussed it -- I can't discuss what we
 7  discussed; right?
 8            MR. BERMAN:  He's asking you
 9       how often.  You can answer.
10       A.    Oh.  I don't know.  Once or
11  twice.  I don't know.  Once or twice.
12       Q.    Okay.  Have you discussed the
13  deposition since June 28th with anybody
14  other than your attorneys?
15       A.    Just my husband.
16       Q.    Okay.  Let me start by putting
17  in front of you three Exhibits, which are
18  all documents that were produced after the
19  first day of your deposition.  The first
20  Exhibit is marked Fischman 788 through
21  Fischman 834, a collection of various
22  documents, which we'll talk about.  The
23  second Exhibit is marked Fischman 835, a
24  single page.  And the third Exhibit is
25  three pages marked Fischman 836 through
```

```
 1            JENNIFER STONE FISCHMAN
 2   Fischman 838.  And the first two of those
 3   Exhibits were produced to us on June 25th,
 4   2021, and the third was produced on July
 5   16th, 2021.
 6            MR. FORTINSKY:  Frances, how
 7       are we proceeding with marking
 8       Exhibits under the circumstances with
 9       you not being present here?  Is there
10       a protocol that your firm generally
11       follows under these circumstances?
12            THE REPORTER:  You can just
13       deem them marked and describe what
14       they are on the record.
15            MR. FORTINSKY:  Okay.  I'm
16       going to mark them in ink.  Do you
17       know what Exhibit number we're up to?
18       Does anybody know what Exhibit number
19       we're up to?
20            MR. VALLI:  I want to say 28
21       because 27 is the last thing in my
22       notes.
23            MR. FORTINSKY:  Okay.  Well,
24       why don't I -- I'll mark them
25       Exhibits 30, 31 and 32.
```

JENNIFER STONE FISCHMAN

(Whereupon, Fischman 788 through Fischman 834 was deemed marked as Exhibit 30 for Identification as of this date by the Reporter; Fischman 835 was deemed marked as Exhibit 31 for Identification as of this date by the Reporter; and Fischman 836 through Fischman 838 was deemed marked as Exhibit 32 for Identification.)

Q. Miss Fischman, do you recognize these three Exhibits to be the three sets of documents produced by your counsel subsequent to June 15th?

A. Yes, I do.

Q. These documents were not previously produced in the litigation?

A. No.

Q. Do you know why they weren't previously produced in the litigation? And if the answer is different for different documents, feel free to say so.

A. Okay. Exhibit -- what we'll talk about is 30 and 31 I had in my

1       JENNIFER STONE FISCHMAN
2   possession and didn't realize.  Thought I
3   had provided everything to counsel.  I
4   admit to being less than organized in my
5   office.  And, specifically, the documents
6   789 through 824 was a notebook that I had
7   in -- I had it in a purse that was buried
8   in my closet and didn't realize I had.
9       Q.   How did you come to realize
10  that you had it?
11      A.   I went to use the purse and I
12  discovered it.
13      Q.   When did you go to use the
14  purse?
15      A.   Sometime in early spring this
16  year.
17      Q.   And what did you do then upon
18  discovering you had this notebook in your
19  purse?
20      A.   I did a more thorough review of
21  everything that I had in my possession and
22  in my home office and in my bags at home,
23  and I photocopied them and I sent them to
24  my counsel.
25      Q.   Tell me about that further

1       JENNIFER STONE FISCHMAN
2  review.  What did that consist of?
3       A.  I had a bunch of stacks of
4  papers in my bedroom, and I went through
5  all of the papers and asked if I had
6  already provided those to counsel, and he
7  said that he did not see them, so, I --
8  again, like I said, I went through the
9  different papers and I found a few
10 additional documents that I have not
11 previously produced.
12      Q.  And were pages 824 through 834
13 among those papers?  I'm referring to the
14 pages from Exhibit 30 marked --
15      A.  Yeah, yeah.  So, there were
16 just a few more things that I found that,
17 yeah, I had thought I had previously given
18 to counsel and I realized that I had not.
19 So, I was actually quite upset with the
20 fact that I had thought that all of this
21 was in an earlier production and realized
22 that it was not.  In fact, we -- I had
23 talked to my counsel as if he already had
24 it in possession.
25           MR. BERMAN:  I counsel the

Page 562

JENNIFER STONE FISCHMAN

witness not to reveal any privileged attorney-client communications, but if you're asked nonsubstantive questions, you may answer them.

Q. Had you looked in your home office when you initially did the review of documents that led to the earlier document productions in the case?

A. In my earlier review, I was focused on electronic documents, like all of the job applications and things like that, and, so, again, I admitted to not being fully, you know, my home office not being terribly well-organized, and, so, there was a folder of documents that did not get copied, you know, that is included in that Exhibit 30 and 31.

Q. Were any of the documents produced by you prior to June 15th from sources other than electronic data?

A. I can't really recall, but I think, yes, I had another file that was photocopied that I personally photocopied and that was produced.

Page 562

JENNIFER STONE FISCHMAN

witness not to reveal any privileged attorney-client communications, but if you're asked nonsubstantive questions, you may answer them.

Q. Had you looked in your home office when you initially did the review of documents that led to the earlier document productions in the case?

A. In my earlier review, I was focused on electronic documents, like all of the job applications and things like that, and, so, again, I admitted to not being fully, you know, my home office not being terribly well-organized, and, so, there was a folder of documents that did not get copied, you know, that is included in that Exhibit 30 and 31.

Q. Were any of the documents produced by you prior to June 15th from sources other than electronic data?

A. I can't really recall, but I think, yes, I had another file that was photocopied that I personally photocopied and that was produced.

Veritext Legal Solutions
212-267-6868  www.veritext.com  516-608-2400

1  JENNIFER STONE FISCHMAN
2  Q. And where had that been kept?
3  A. It had also been kept in my
4  home office in a stack of papers.
5  Q. But was produced prior to June
6  15th, 2021?
7  A. Yes.
8  Q. So, why was -- if you searched
9  for documents in your home office prior to
10  June 15th, why then did you not discover
11  some documents but you did discover others?
12  A. It was -- other than that
13  notebook, I knew about these documents and
14  I thought I had photocopied them and
15  provided them to counsel. So, the fact
16  that one file was left uncopied by myself
17  was a surprise to me --
18  Q. Okay.
19  A. -- and it was inadvertent.
20  Q. So, then, Exhibit 31, which is
21  produced separately from Exhibit 30, where
22  did you discover Exhibit 31 prior to
23  producing it?
24  A. I'm sorry. That would have
25  been produced at the same time. It was in

1  JENNIFER STONE FISCHMAN
2  Q. And where had that been kept?
3  A. It had also been kept in my
4  home office in a stack of papers.
5  Q. But was produced prior to June
6  15th, 2021?
7  A. Yes.
8  Q. So, why was -- if you searched
9  for documents in your home office prior to
10  June 15th, why then did you not discover
11  some documents but you did discover others?
12  A. It was -- other than that
13  notebook, I knew about these documents and
14  I thought I had photocopied them and
15  provided them to counsel. So, the fact
16  that one file was left uncopied by myself
17  was a surprise to me --
18  Q. Okay.
19  A. -- and it was inadvertent.
20  Q. So, then, Exhibit 31, which is
21  produced separately from Exhibit 30, where
22  did you discover Exhibit 31 prior to
23  producing it?
24  A. I'm sorry. That would have
25  been produced at the same time. It was in

1            JENNIFER STONE FISCHMAN
2     the same folder.
3          Q.    So, what you just testified to
4     applies also to Exhibit 31?
5          A.    Yeah.
6          Q.    Why was Exhibit 31 produced
7     separately from Exhibit 30?
8          A.    I couldn't say.  I didn't
9     produce it.
10         Q.    Okay.  Exhibit 32 -- you told
11    me that what you were just discussing
12    applied to Exhibits 30 and 31.  What about
13    Exhibit 32?  What prompted you to produce
14    this information in the past month?
15         A.    So, Exhibit 32 was your -- we
16    got into the expenses and my income for
17    2018, '19 and '20, and I explained to you
18    that as an independent contractor I incur a
19    great deal of expenses associated with the
20    generation of my income as a real estate
21    agent, and that they were not insubstantial
22    expenses, and you asked me to give you a
23    list.  So, I had this list at home that I
24    had given to my husband for tax purposes,
25    and it explains in great detail the types

Veritext Legal Solutions
212-267-6868  www.veritext.com  516-608-2400

```
 1              JENNIFER STONE FISCHMAN
 2   of expenses that I incurred in those years.
 3         Q.    Okay.  We'll come back to that.
 4         A.    Okay.
 5         Q.    Turning now to Exhibit 31.
 6         A.    Yes.
 7         Q.    Can you identify this document?
 8         A.    Yes.  This is the --
 9               MR. BERMAN:  I object to form.
10          This is multiple documents.  Do you
11          want to specify pages?
12               MR. FORTINSKY:  No.  Exhibit 31
13           is a single page, page 35.
14         A.    This was the speech that Nick
15   Oliva said to me upon my termination at
16   approximately 9:30 in the morning on
17   January 30th, 2017.
18         Q.    So, presumably --
19         A.    It's a copy of the speech.
20         Q.    Okay.  And presumably you're
21   referring to the typewritten portion of
22   Exhibit 31?
23         A.    Yes.
24         Q.    Not the handwritten portion?
25         A.    The second paragraph, yes.
```