* * C O N F I D E N T I A L * *

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

JENNIFER S. FISCHMAN,

                    Plaintiff,

          -against-

                         Index No. 18-cv-08188


MITSUBISHI CHEMICAL HOLDINGS, AMERICA, INC.;
MITSUBISHI CHEMICAL CORPORATION; MITSUBISHI
CHEMICAL HOLDINGS CORPORATION; NICHOLAS OLIVA, in
his individual processional capacities; DONNA
COSTA, in her individual and professional
capacities; and JOHN DOES 1-10, in their
individual and professional capacities,

                    Defendants.


------------------------------------------------X

                         October 7, 2021
                         10:11 a.m.




               DEPOSITION of GERALD LaPORTE, a

Non-Party witness herein, taken by the attorneys

for the respective parties, pursuant to Notice,

held via web conference at the above date and

time before Toni Musacchia, a Stenotype Reporter

and Notary Public within and for the State of New

York.

1          * * C O N F I D E N T I A L * *

2     A P P E A R A N C E S :

3     VALLI KANE & VAGNINI LLP
      Attorneys for Plaintiff
4          600 Old Country Road, Suite 519
           Garden City, New York 11530
5
      BY:  MATTHEW L. BERMAN, ESQ.
6

7     CLARICK GUERON REISBAUM LLP
      Attorneys for Defendant, Donna Costa
8          220 Fifth Avenue, 14th Floor
           New York, New York 10001
9
      BY:  NICOLE GUERON, ESQ.
10
      GORDON REES SCULLY MANSUKHANI, LLP
11    Attorneys for Defendants, Mitsubishis
      Chemical Holdings America, Inc., Donna Costa and
12    Nicholas Oliva
           One Battery Park Plaza, 28th Floor
13         New York, New York 10004

14    BY:  BRITTANY L. PRIMAVERA, ESQ.
                    and
15         MERCEDES COLWIN, ESQ.

16    SHEARMAN & STERLING, LLP
      Attorneys for Defendant,
17    Mitsubishi Chemical Holdings Corporation
           599 Lexington Avenue
18         New York, New York 10222

19    BY:  SAM JOLLY, ESQ.

20

21    ALSO PRESENT:

22    Jennifer Fischman

23

24

25

1          * * C O N F I D E N T I A L * *

2                FEDERAL STIPULATIONS

3

4          IT IS HEREBY STIPULATED AND AGREED by and

5    between the parties hereto, through their

6    respective Counsel, that the certification,

7    sealing and filing of the within examination will

8    be and the same are hereby waived;

9

10         IT IS FURTHER STIPULATED AND AGREED that

11   all objections, except as to the form of the

12   question, will be reserved to the time of the

13   trial;

14

15         IT IS FURTHER STIPULATED AND AGREED that

16   the within examination may be signed before any

17   Notary Public with the same force and effect as

18   if signed and sworn to before this Court.

19

20

21

22

23

24

25

```
 1            * * C O N F I D E N T I A L * *

 2            THE REPORTER:  It is hereby stipulated

 3       and agreed by and between counsel for all

 4       parties present that pursuant to Federal

 5       Rule of Civil Procedure 28 (a)(2), this

 6       deposition is being conducted remotely and

 7       that the court reporter shall be permitted

 8       to administer the oath to the witness via

 9       videoconference.  The witness and all

10       counsel are in separate remote locations and

11       participating via Zoom, telephone or any web

12       conference meeting platform under the

13       control of Bee Reporting Agency, Inc.

14            It is further stipulated that this

15       videoconference will not be recorded in any

16       manner and that any recording without the

17       express written consent of all parties shall

18       be considered unauthorized, in violation of

19       law and shall not be used for any purpose in

20       this litigation or otherwise.

21            Before I swear in the witness, I will

22       ask each counsel to stipulate on the record

23       that I, Toni Musacchia, the court reporter,

24       may swear in the witness even though I am

25       not physically in the presence of the
```

1          * * C O N F I D E N T I A L * *

2     witness and that there is no objection to

3     that at this time, nor will there be an

4     objection at a future date.

5          MR. BERMAN:  So stipulated.

6          MS. PRIMAVERA:  So stipulated.

7          MS. GUERON:  So stipulated.

8          MR. JOLLY:  So stipulated.

9          THE REPORTER:  Ms. Primavera, can you

10     represent that to the best of you knowledge

11     and belief, that the witness appearing today

12     via web conference is, in fact, Gerald

13     LaPorte?

14          MS. PRIMAVERA:  Yes, I can.

15  G E R A L D   L A P O R T E,

16     the witness herein, having first been duly

17  sworn by Toni Musacchia, a Notary Public in and

18  for the State of New York, was examined and

19  testified as follows:

20  DIRECT EXAMINATION

21  BY MR. BERMAN:

22     Q.   Please state your name for the record.

23     A.   Gerald LaPorte.

24     Q.   Please state your address for the

25  record.

1           G. LaPorte - Confidential

2     A.    16106 Swan Mountain Drive, Broomfield,

3     Colorado 80023.

4     Q.    Mr. LaPorte, good morning, my name is

5     Mathew Berman, I'm counsel for Plaintiff,

6     Jennifer Fischman, in this action.

7         Today I will be asking you a series of

8     questions, which you'll be responding to having

9     sworn to tell the truth.

10        If you don't hear one of my questions, please

11    let me know.  I'm potentially able move closer to

12    the microphone or to make it louder in some other

13    way to make myself more audible.

14        If you don't understand one of my questions,

15    please let me know and I'll do my best to

16    rephrase it a different way to make it more

17    understandable.

18        If you do answer my question, I'll take that

19    to mean that you understood my question.

20        It's important today, as you know, to give

21    verbal responses because we have a court reporter

22    present and she cannot take down gestures.

23        I will do my best to let you finish your

24    answer completely before I move on to a new

25    question and I would request that you also do

1                    G. LaPorte - Confidential

2    your best to let me get my entire question out

3    even if it's clear to you what I'm going to be

4    asking you because we want to have a clear

5    transcript.

6         From time to time we may have objections from

7    one of the attorneys.  Unless you're instructed

8    not to answer the question by one of the

9    attorneys, I will still expect you to provide a

10   response.

11        That being said, it's not my intention today

12   to ask you about any privileged communications

13   that you've had with counsel in connection with

14   matter.

15        Do you understand that you're under oath

16   today as if you're in a court of law even though

17   we're in an informal setting?

18        A.   Yes, sir.

19        Q.   Do you understand the other items that I

20   set forth already?

21        A.   Yes, sir.

22        Q.   Are you currently taking any medication

23   which could impact your ability to testify

24   truthfully or accurately today?

25        A.   I am not.

1              G. LaPorte - Confidential

2      Q.    Are you currently under any medical

3  condition which could affect your ability testify

4  truthfully and accurately today?

5      A.    I am not.

6      Q.    Do you suffer from my medical condition

7  which impairs your memory?

8      A.    I do not.

9      Q.    You've been deposed a number of times

10  before, correct?

11      A.    Yes, sir.

12      Q.    So I think you're used to the rules of

13  the road but if that's any questions that you

14  have about the procedure, please let me know and

15  I'll be happy to take a break.

16      From time to time you may wish to take a

17  break.  If you wish to take a break at any time,

18  that's totally fine.  I just request if there's a

19  question pending, you answer that question before

20  I move to take on any breaks.

21      I anticipate that we'll take breaks from time

22  to time apart from that and we'll just take it as

23  we go.

24      Did you conduct any preparation in connection

25  with today's testimony?

1                   G. LaPorte - Confidential

2        A.    I did.

3        Q.    How much time did you spend preparing?

4        A.    I don't know exactly but maybe about

5    three -- three to four hours.

6        Q.    As part of your preparation, did you

7    have any interactions with counsel for the

8    Defendants in this matter?

9        A.    Yes.

10        Q.    Do you know how much time you spent

11    interacting with counsel for the Defendants in

12    order to prepare for today's deposition?

13        A.    Once again, not exactly.  I don't have

14    my records in front of me but maybe 30 minutes to

15    45 minutes.

16        Q.    Okay.  You spent other -- without

17    getting into the material that you discussed --

18    you have spent other time working with counsel in

19    connection with this matter, right?

20        A.    With respect to preparation or prior

21    to -- prior to the notification that there was

22    going to be a deposition?

23        Q.    Let me try to make my question more

24    clear.

25            What I'm trying to ascertain is how much of

1               G. LaPorte - Confidential

2    the time you have recorded for preparing for

3    today's deposition, just today's deposition, how

4    much of that time was spent working with other

5    counsel in this matter?

6        A.    About 30 to 45 minutes.  I'm trying to

7    think if there was -- if I spoke on the phone

8    previously.  But I would say probably not much

9    more than an hour total, if there was another

10   time that I spoke on the phone.

11       Q.    Setting aside your time with counsel --

12   I'm not asking about any of the subject matter

13   that you interacted with counsel -- but setting

14   that aside, what other preparation did you do in

15   connection with today's deposition?

16       A.    I reviewed -- I reviewed my report and

17   then I also reviewed my file and all of my notes.

18   Also, I took a number of -- I captured number of

19   images like photographs, digital scans.  So I

20   went overall of that a well, which I would

21   consider part of my file.

22       Q.    That material that you have just

23   identified, is that contained within your report?

24       A.    Some of it is in my report.  But I would

25   say, you know, a good part of like my written

1                    G. LaPorte - Confidential

2    notes -- I would say that everything in my report

3    or what's in my report is a fairly good summary

4    of all of my notes.

5         Q.   You're testifying in this case as an

6    expert under the federal rules of civil

7    procedure, do you have a general understanding of

8    how that works?

9         A.   Yes.

10        Q.   So you're supposed to provide us in your

11   expert report with a number of items including

12   all of the facts upon which you relied to draw

13   your opinions and conclusions, do you understand

14   that?

15        A.   Yes.

16        Q.   So the material that you just described,

17   have you relied upon that in formulating your

18   opinions and conclusions in this matter?

19        A.   I would say that -- like I said, I think

20   most of my materials that I reviewed or that I

21   just mentioned are incorporated into my report

22   and then I have a section in my report where I

23   discuss all of the testing and examinations that

24   I preformed and the reasons and bases for those.

25   So I would say that a lot of that, you know, sums

1                    G. LaPorte - Confidential

2    up what's in my notes.

3        Q.   So we're going to get to that

4    momentarily.

5        Do you have any opinions or conclusions with

6    respect to this matter that are not contained

7    within your report?

8        A.   No.

9            MR. BERMAN:  Toni, the first e-mail I

10           sent you, the large attachment, can we pull

11           it up on the screen, please.

12               Can everyone see this clearly on the

13           screen?

14       Q.   Do you need us to shrink it down a

15   little?

16       A.   I can see it just fine.

17       Q.   Okay.

18           MR. BERMAN:  Can we mark this please as

19           LaPorte Exhibit 1.

20               (LaPorte Exhibit 1, marked for

21           identification.)

22       Q.   Mr. LaPorte, is there a preferred title

23   that you use; is it Mr. or doctor, what do you

24   prefer?

25       A.   Whatever you prefer.  You can call me --

1                    G. LaPorte - Confidential

2       Q.    What do you go by?  What should I call

3    you today?

4       A.    Jerry, Gerald, Mr. LaPorte.

5       Q.    We'll go with Mr. LaPorte.

6       Mr. LaPorte, do you recognize this document

7    right?

8       A.    I do, yes.

9       Q.    This is the expert report you created in

10   this matter, correct?

11      A.    It's the first page.

12            MR. BERMAN:  Toni, can you please page

13       through the document to the witness'

14       satisfaction so he can satisfy himself this

15       is the report he prepared.

16            THE WITNESS:  What would be best, I

17       think, if you can just go to the signature

18       page so I can see my signature at the end.

19            MR. BERMAN:  Toni, can you please scroll

20       down to page 24.

21            THE WITNESS:  Yes.  To answer your

22       question, this is my report.

23            MR. BERMAN:  Can we now turn to page

24       seven.

25      Q.    Mr. LaPorte, this page at the top where

1                    G. LaPorte - Confidential

2    it says "Summary of opinions" and continuing

3    through the next page.

4        Does this itemize your opinions and

5    conclusions with respect to this matter?

6        A.   I believe so.  I mean, I would say that

7    I usually -- I mean, my full opinions are in my

8    conclusions are at the opinion section at the

9    end.  But, yeah, I think this is a good summary

10   of my opinions.

11       Q.   Are there any other opinions not

12   contained in your report which you intend to

13   present at trial if you're called upon?

14       A.   I don't believe so.  Can I just read --

15   I don't need to read everything -- can I just

16   browse the subsections, the 20 (a), (b), (c) and

17   what's on the back?

18       Q.   Absolutely.  Please direct the court

19   reporter and let me know when you're done.

20           THE WITNESS:  Can we go to the next

21       page?

22           I believe we may be missing something

23       that would be in the final page, which had

24       to do with the indentations of the two

25       entries on Bates-stamped 788.

1            G. LaPorte - Confidential

2       Q.    Are you referring to something in your

3   conclusions that is not in the summary?

4       A.    Yes, that's -- unless I missed it.

5            THE WITNESS:  Can we go back up to (c)?

6       I apologize.

7            Yeah, if we go to the conclusion section

8       at the end I believe there's one point

9       missing.

10           MR. BERMAN:  Toni, can you jump to page

11      23 or 24, please.

12           THE WITNESS:  Yes, it would before

13      paragraph 46 and then (d) in here, the two

14      entries -- (d) beginning the two entries

15      reading "corp. (Plus Aldila Inc.) -- it's

16      number (d) in here, that's not in the

17      summary.  So this is the idea that the two

18      entries from Q1 were executed over top of --

19      actually, I apologize but that Q8 is in

20      error, it should read Q12.

21      Q.    So the Q8 bottom of page 23 should be

22   Q12?

23      A.    Yes.

24           THE WITNESS:  Can we go down to the

25      next -- can we split so we're looking at the

1                 G. LaPorte - Confidential

2        bottom of page 23 and the top of page 24.

3        There we go.

4             Yes, so I do apologize, it was

5        typographic error.  So Q8 should actually

6        read Q12.

7        Q.   With that in mind, are all of the

8    opinions and conclusions that you intend to offer

9    at trial contained within this document?

10       A.   Yes.

11       Q.   Let's go back to page seven of the

12   report.  Let's start with conclusion in 20(a).

13       In conclusion 20(a) you state that, "It is

14   highly probable that the handwritten entries on

15   both sides of Q8 were not executed on the

16   purported date of March 1, 2016," correct?

17       A.   Correct.

18       Q.   Now you got a footnote there citing to

19   the Scientific Working Group For Forensic

20   Document Examiners:  Standard Terminology for

21   Expressing Conclusions of Forensic Document

22   Examiners.  Do you see that footnote?

23            MR. BERMAN:  Can you scroll down a

24       little bit, Toni, so he can see the

25       footnote.

1           G. LaPorte - Confidential

2    Q.  By the way, if you happen to have a

3 physical copy of the report handy or on your

4 computer, I don't object to you reviewing it if

5 that's more expeditious for you, okay?

6    A.  I do have a copy in front of me -- a

7 copy of my report in front of me so I can read

8 that.

9    Q.  That's fine.

10    A.  I'm trying not to sort of strain by

11 looking at the screen.

12    Q.  I understand and that's totally fine.

13 I'm fine with that.  But if you have any other

14 documents that you're referring to, I would need

15 to know that you' reviewing them.

16    A.  Of course, yes.  Of course.

17    Q.  Do you have any other documents in front

18 of you other than your expert report?

19    A.  I mean, I have my file but it's kind of

20 off to the side here.

21    Q.  You're not presently referring to any

22 documents other than your expert report?

23    A.  No, just my expert report is right in

24 front of me.

25    Q.  If you wish to review something then

1                    G. LaPorte - Confidential

2    please let me know and we can talk about that.

3    But otherwise if you're reading from a document

4    or reviewing a document, other than your expert

5    report, I need to know that.

6        A.    Absolutely, of course.

7        Q.    Thank you.  So the footnote at the

8    bottom here; do you see that footnote, footnote

9    one?

10       A.    Yes.

11       Q.    So this citation that you got to the

12   Scientific Working Group Standard Terminology For

13   Expressing Conclusions, that's a terminological

14   guideline, correct?

15       A.    It's a standard for terminology for

16   expressing conclusions.

17       Q.    So that's informing the language used to

18   articulate an opinion or conclusion, correct?

19       A.    As well as a definition of what those --

20   what that terminology means.

21       Q.    Okay.  But when you're using the phrase

22   "highly probable" here that's a terminology --

23   that's a use of terminology, it not an empirical

24   standard, correct?

25            MS. PRIMAVERA:  Objection.

1                G. LaPorte - Confidential

2        A.    It's a standard that's used by the

3    forensic document examiner community.

4        Q.    But do you agree it's a standard for the

5    use of terminology?

6              MS. PRIMAVERA:  Objection.

7              MS. GUERON:  Objection.

8        A.    It's standard for terminology for

9    expressing conclusions.  There is another

10   standard that we have that's for other

11   terminology but this is terminology for

12   expressing conclusions.

13       Q.    Okay.  So when you use the term "highly

14   probable," you're using that as terminology to

15   express your view of evidence that is very

16   persuasive and where the examiner is virtually

17   certain but there is some factor that precludes

18   absolute certainty with respect to a conclusion,

19   right?

20             MS. COLWIN:  Objection.

21             MS. PRIMAVERA:  Objection.

22             MS. GUERON:  Objection.

23             MR. BERMAN:  Guys, if you want to

24        object, you can but maybe one of you can

25        give an objection rather than the three of

1                G. LaPorte - Confidential

2       you.

3              THE WITNESS:  That's correct, that's the

4       definition in the footnote that I put in

5       there.

6       Q.    That definition comes from that

7    Scientific Working Group, Forensic Document

8    Examiners terminology document, correct?

9       A.    Just to be clear, the terminology for

10   expressing conclusions, yes.

11      Q.    Okay.  Now, you continue on in

12   subparagraph 20(a) and you state that you

13   performed a chemical analysis to measure the

14   amount of a volatile organic compound referred to

15   as T -- sorry, referred to as 2-phenoxyethanol

16   and in parenthesis you refer to that as 2-PE,

17   closed parenthesis.

18      A.    Can I correct your pronunciation.

19      Q.    Yes, please.

20      A.    It's phenoxyethanol.

21      Q.    Phenoxyethanol.

22      A.    I'm happy to call it 2-PE from this

23   point forward -- for the court reporter also.

24      Q.    Perfect.  So we'll have an understanding

25   that when you use the term 2-PE, we're referring

1                    G. LaPorte - Confidential

2    to 2-phenoxyethanol, good?

3         A.    Yes.

4         Q.    Okay.  So it continues on here in your

5    summary of opinions to state "The level of 2-PE

6    stabilize over a period of approximately six to

7    eighteen months as an ink goes through a complex

8    drying process and is not significant much beyond

9    two years after the ink has been applied to

10   paper.  However, the levels of 2-PE were

11   extremely high, along with other test results,

12   which are consistent with an ink that is still in

13   a very fresh stage, e.g., less than six months

14   old," right?

15        A.    Correct.

16        Q.    So what makes this a complex drying

17   process?

18        A.    So the drawing process, which I

19   explained in my report in the reasons and bases

20   section, but to summarize that, when an ink is

21   placed on a piece of paper it goes through a

22   process where there is what we call crosslinking

23   in polymerization of the ink while the solvent

24   evaporates.  And that process of drying, if you

25   will, is multiple factors.  So as an analogy, you

1                    G. LaPorte - Confidential

2    know, think about if you had a cut on your hand

3    and then a scar -- or then it starts to scab and

4    then potentially scars later.  So there's a lot

5    of different interactions that are going on that

6    causes that cut to scab at some point in time.

7    And the same thing goes with ink.

8            So the best way to describe it too is

9    that what happens is the ink starts to harden and

10   then it incapsulates anything that is left in

11   the -- sort of the core of it, specifically in

12   this 2-PE compound.

13       Q.   Did you use the term crosslinking of

14   polymerization?

15       A.   Crosslinking and polymerization.

16       Q.   When you use the term "crosslinking,"

17   what does that refer to?

18       A.   It's kind of the molecular description

19   of what's happening with the ink.

20       Q.   When you use the term "polymerization,"

21   what is that referring to?

22       A.   Hardening from a chemical perspective.

23       Q.   When you refer to the hardening of an

24   ink, are there different components in ink?

25       A.   Yes.

1                G. LaPorte - Confidential

2        Q.    And one of those components is the PE-2?

3        A.    So 2-PE is one of potentially other

4    solvents or volatile organic compounds but also

5    there are resins in ink too.  And so that process

6    with the resins in the volatile organic compounds

7    is what creates that drying process.

8        Q.    So if we use the term VOC for volatile

9    organic compounds, does that make sense?

10       A.    Yes.

11       Q.    So within the ink there are different

12   components.  You mentioned there could be VOCs

13   contained with the ink, there could be resins

14   contained with ink.

15       Are there any other types of components of

16   the ink?

17       A.    There are certainly -- there are dyes

18   and pigments in inks.  So to kind of summarize

19   that, the three main components of an ink are

20   colorants, which could be dyes and pigments,

21   solvents and then resins.  But also there's other

22   trace type materials that can be in the ink that

23   may interact with that drawing process.

24       Q.    Okay.  So in the process that you

25   described in the ink hardening, is that due to

1                    G. LaPorte - Confidential

2    evaporation leaving a higher amount or a higher

3    proportion of resin in what's left?

4         A.    Not necessarily the resin but the

5    solvent.

6         Q.    So the solvent itself hardens?

7         A.    No, the solvent is part of -- it creates

8    -- is an activator for the hardening process.

9    The solvent is intended to -- I'll say help or

10   assist the liquid get applied to the paper when

11   it's wet and then once it's on the paper, the

12   idea is for that ink to dry so it stays on there

13   and doesn't come off.  What will happen in that

14   process is the solvents will begin to evaporate

15   and then and all of those other complex

16   interactions, like the polymerization that --

17   that hardens -- that will cause the ink to

18   harden.

19        Q.    Okay.  And you state here that the level

20   of 2-PE stabilizes over a period of approximately

21   six to eighteen months as the ink goes through

22   that complex drying process, right?

23        A.    Yes.

24        Q.    Okay.  So what determines whether it

25   takes six months or eighteen months or some other

1                    G. LaPorte - Confidential

2    period of time to harden?

3         A.    It could depend on the formulation of

4    the ink.  So how the ink is formulated.  What I

5    mean by that is all of the -- all the mixture --

6    the mixture of all of the ingredients that are

7    used in the ink.  So not all ink formulations are

8    exactly the same.

9              There could be, you know, how the

10   document was stored.  If it was stored in a high

11   heat environment and then it would dry much

12   faster.

13             Sometime it can depend on even the type

14   of paper.  So very smooth surfaced paper --

15   technically we call it highly calendared paper so

16   it extremely smooth, thick, inks will dry -- you

17   know, they'll dry faster from those type of

18   materials because they don't absorb into the

19   paper.

20        Q.    Okay.  All right now you indicate here

21   that you performed a chemical analysis of the VOC

22   for document Q8; did I get that right?

23        A.    That's correct.

24        Q.    Did you perform any other analysis of

25   document Q8?

1                    G. LaPorte - Confidential

2        A.    Yes.

3        Q.    How many other analyses did you perform

4    for document Q8?

5        A.    I performed what I would call a

6    visual -- I refer to as a visual examination and

7    that's generally to identify the color of the

8    ink, sometimes determine the type of ink and then

9    a microscopic examination, that's to confirm the

10   type of ink that's been used.

11          Then there's a series of what we call

12   optical examinations using an instrument referred

13   to as Video Spectral Comparator or a VSC.

14          Then I do what's called Thin Layer

15   Chromatography Analysis or TLC to compare all of

16   the inks from the different documents.

17          And then that leads to the Gas

18   Chromatography Mass Spectrometry or GC/MS testing

19   for the solvents.

20       Q.    So we got some new terms we introduced

21   into our discussion.  Let's just have an

22   agreement if we refer to "VSC," that's the device

23   you used for your optical exam, is that okay?

24       A.    Correct.

25       Q.    If we refer to "TLC" that's your Thin

1              G. LaPorte - Confidential

2    Layer Chromatography, did I get that right?

3         A.    Correct.

4         Q.    And if you refer to GC/MS, that's Gas

5    Chromatography Mass Spectrometry, did I get that

6    right?

7         A.    Yes.

8         Q.    Are gas chromatography and mass

9    spectrometry one thing or are they multiple

10   things?

11        A.    They're actually two different

12   technologies that work together in an integrated

13   way to provide different information about the

14   material being utilized.

15        Q.    Okay.  So we got for document Q8 a

16   visual examination, a microscopic examination, an

17   optical examination, a TLC examination and a

18   GC/MS examination; is that correct?

19        A.    That's correct.

20        Q.    Were there any other examinations

21   performed of document Q8?

22        A.    I believe we did the physical

23   examination on Q8, which is referred to as

24   indentation or impression analysis and the

25   instrument that was used for that is called an

1                    G. LaPorte - Confidential

2     Electrostatic Detection Apparatus, which we can

3     refer to as an ESDA, E-S-D-A.

4         Q.   And then with respect to document Q12,

5     you summarize your opinions of that in paragraph

6     20(c); is that correct?

7         A.   That is correct.

8         Q.   What examinations did you perform on

9     document Q12?

10        A.   I would say all of the same examinations

11    that I did for Q8.

12        Q.   All right.  Now can you tell me where

13    you identify your physical indentation

14    examination of document Q8 in your report?

15        A.   Well, of course I describe it in

16    paragraphs 26 through 31.  With respect to my

17    results, paragraph 44 and 45.

18        Q.   Paragraph 44 doesn't seem to be

19    describing document Q8, am I misreading it?

20        A.   No.  So if I did -- if I did not observe

21    any impressions -- any significant impressions

22    then I don't report them up.

23        Q.   Okay.  Then there's no -- there's no

24    opinion or conclusion that you reached with

25    respect to document Q8 from your physical

1                    G. LaPorte - Confidential

2    examination that's listed in your report?

3        A.    With respect to the indented writing,

4    no, there is nothing.

5        Q.    What about your visual examination of

6    document Q8, is that contained within your

7    report?

8        A.    Yes.

9        Q.    Where can I find that?

10       A.    So that would be -- so the visual

11   examination often gets combined with the

12   microscopic examination but that would all be

13   summarized in table one, which falls under

14   paragraph 39, when I identify the color and the

15   type of ink.

16             And then also in paragraph 40, the

17   microscopic examination -- so once again that

18   physical examination and that microscopic

19   examination really gets combined to a certain

20   extent.  I mean, I do it in that order

21   specifically, I examine the document physically

22   and then I look at it under the microscope more

23   to confirm what I've seen physically.

24       Q.    So with respect to document Q8 in

25   paragraph 39 there doesn't seem to be any

1                   G. LaPorte - Confidential

2    conclusion that pertains particularly to Q8,

3    right, I would have to look in the table below

4    that?

5         A.   Yes, the table, which Q8 would be that

6    black -- you know, black ballpoint ink was used

7    for the text or written entries on both pages and

8    then a black non-ballpoint ink was used to write

9    in the date 3/1/16.

10        Q.   In the right-hand column where it says

11   "writing ink formulation"?

12        A.   Yes.

13        Q.   And you got two different formulations

14   listed for document Q8, right?

15        A.   Correct.

16        Q.   So with respect to all entries except

17   the date, you've identified the writing ink

18   formulation as Ink 3 black, correct?

19        A.   Correct.

20        Q.   What is Ink 3 black?

21        A.   So as I described I think in the

22   paragraph before, I do these -- I assign or

23   designate the ink just -- a number to indicate

24   that it is the same or different formulation from

25   the other inks.

1              G. LaPorte - Confidential

2      Q.    Okay.  And is that the same answer for

3  Ink 5 black?

4      A.    Correct.

5      Q.    So is there any significance to the fact

6  that this is Ink 3 black other than that Q12 also

7  contains Ink 3 black?

8      A.    Well, the significance is that I'm just

9  identifying those ink formulations in terms of I

10  could not differentiate them based on the testing

11  that I performed.

12      Q.    Can you explain what you mean when you

13  say you couldn't differentiate them, what does

14  that mean?

15      A.    That means I couldn't differentiate them

16  base on all of the testing that I did.

17      Q.    Does that mean Ink 3 on document Q8 is

18  the same as Ink 3 on Q12 or does it mean you

19  couldn't tell the difference or something

20  different?

21      A.    Yeah, so we generally don't use the word

22  "the same."  The same as in chemistry means

23  they're exactly the same in every aspect

24  whatsoever.  So we use the term "matching," so

25  those formulations match each other, they

1          G. LaPorte - Confidential

2    couldn't be differentiated based on the physical,

3    the optical, the chemical examinations and the

4    chemical examinations included the TLC and GC/MS

5    testing.

6    Q.   Okay.  So I'm not sure that I understood

7    the distinction that you drew.

8        I think what I understood you to say is that

9    if we use the terminology that the inks are the

10   same, it means they have the same precise

11   chemical composition; did I get that part right?

12   A.   Yes, can I just -- well, I'll provide an

13   example.  I think that might clear this up.  If

14   you were to buy two chocolate chip cookies -- two

15   different type of chocolate chip cookies, they'll

16   have chocolate chips; flour, sugar, butter,

17   right?  So we can say that they're chocolate chip

18   cookies based on all those.  But now one recipe

19   might call for two tablespoons of flour and the

20   other one might call for three tablespoons of

21   flour.  So we can't feasibly look at the ratios

22   of all of the different chemicals that were used

23   so that's why we avoid using the term "same"

24   because "same" means exactly the same in every

25   aspect whatsoever.  So that's why we use the term

1          G. LaPorte - Confidential

2   they're "matching" formulations.

3       Q.   So what is it about them that matches?

4       A.   The dye components, the solvents.  All

5   of them based on the optical examinations using

6   the VSC.  They have the same infrared

7   characteristics, they have the same ultraviolet

8   characteristics.  They're, obviously, the same

9   color, they're the same type of ink.  They have

10  the same dye components based on the TLC

11  examination.

12      Q.   Okay.  So with respect to the Ink 3

13  entry on document Q8, are you able to determine

14  what volatile organic compounds are contained

15  within that ink?

16      A.   Based on my GC/MS analysis, they,

17  obviously, had the 2-phenoxyethol or the 2-PE

18  component.

19      Q.   Are you able to tell whether there are

20  any other VOCs contained in the Ink 3 on document

21  Q8?

22      A.   There -- so the GC/MS analysis that I

23  ran was very specific for 2-PE.  And then there

24  are some -- potentially some other solvents that

25  will show within that range of analysis.  But

1                G. LaPorte - Confidential

2    once again, I didn't find any differences between

3    those two inks.

4       Q.    Did you identify which solvents were

5    present in Ink 3 on Q8?

6       A.    No.  I mean, my focus once I cannot

7    differentiate them, which is, by the way, we have

8    a standard for this, which is -- it's the

9    Scientific Working Group for Forensic Document

10   Examiners or SWGDOC, it's the standard for test

11   methods for forensic writing ink comparison,

12   which is included in my report.

13          So once we do a physical or visual

14   microscopic optical and TLC examination, if the

15   inks can't be differentiated at that point, the

16   standard allows us to say that they match each

17   other.  But, obviously, to be clear, which is not

18   to use the word "the same".

19      Q.    Okay.  Do you know which resins were

20   contained in Ink 3 on Q8?

21      A.    No, I didn't perform a resin analysis.

22      Q.    Okay.  Do you know which dyes or

23   pigments are contained within Ink 3 on document

24   Q8?

25      A.    I can say that the same dyes in Ink 3 on

1              G. LaPorte - Confidential

2    Q8 and Q12 were the same based on the TLC.

3        Q.   Do you know which trace materials were

4    present within Ink 3 on document Q8?

5        A.   No, but once again when you add all of

6    those components together, when you take the

7    dyes, the solvents, the resins and the trace

8    materials, if there are differences, generally,

9    we would see that when we did the optical

10   examination in the infrared, so there might be

11   some different infrared characteristics if

12   something is different in those formulations.

13           So that examination the Video Spectral

14   Comparator or the VSC allows you to look at the

15   ink as a whole.

16       Q.   Okay.  Did you say that with respect to

17   document Q8 you combined your visual and

18   microscopic examinations?

19       A.   Well, on Q8 and, you know, Q12 I did --

20   I performed the VSC examination and could not

21   differentiate the inks.

22       Q.   I'm asking you something I think that's

23   a different.  You identified five different

24   examinations, right.

25       A.   Yes.

1                G. LaPorte - Confidential

2        Q.    Physical, visual, microscopic, optical

3    and GC/MS, right?

4        A.    Correct.

5        Q.    So we've gone through so far your

6    physical indentation exam, your visual exam with

7    respect to document Q8.

8        Now I'm asking you paragraph 40 also contains

9    your microscopic exam, right?

10       A.    Yes.

11       Q.    And paragraph 40 contains your optical

12   exam?

13       A.    Yes.

14       Q.    And then your GC/MS exam and your TLC

15   exam for document Q8, are those listed in

16   paragraph 41 and 42?

17       A.    So page -- paragraph 41 and 42, yes,

18   covers both Q8 and Q12.  And also too we should

19   be clear that when we talk about the analysis of

20   Q8, the Q8 ink, we're just referring to the black

21   ballpoint Ink 3 and not the non-ballpoint ink

22   that was used for the date on Q8.

23       Q.    You've identified that as Ink 5,

24   correct?

25       A.    Correct.

1              G. LaPorte - Confidential

2      Q.   So with respect to Ink 3, can you

3  identify what ink it is or is Ink 3 just a label

4  that you select, you know, so that you can

5  reference it in your report?

6      A.   It's an arbitrary designation to be able

7  to differentiate the inks that I've analyzed.  I

8  mean, I can tell you that the ink in all

9  likelihood is an ink that's been around for

10  several years that's manufactured by multiple

11  manufacturers including BIC and Paper Mate but I

12  didn't do a comparison to identify that ink

13  formulation.  But based on my experience with

14  inks, it's a pretty common black ballpoint ink.

15      Q.   When you say "in all likelihood," that's

16  conjecture?

17      A.   I wouldn't say it's conjecture.  It's

18  based on my knowledge, training and experience.

19  But I'm letting you know that I'm not -- I can't

20  confirm that because I didn't perform a direct

21  comparison with a BIC or Paper Mate ink.

22      Q.   Okay.  From your answer, can I take that

23  to mean that the document could have been written

24  by a BIC writing implement?

25          MS. GUERON:  Objection.

1              G. LaPorte - Confidential

2      A.   I wouldn't -- no, I would not

3    characterize this with a single manufacturer.  So

4    like I said, there's multiple manufacturers that

5    would that would have this type of ink.  It's

6    actually very simple from a formula perspective,

7    it always just a few dyes that are mixed

8    together.  So I wouldn't call it a BIC ink, no.

9      Q.   Have you completed your answer?

10     A.   Yes.

11     Q.   Let me clarify my question.  My question

12   was, is it possible that this Ink 3 black came

13   from a BIC pen?

14          MS. PRIMAVERA:  Objection.

15     A.   Is it possible.  But for reference

16   throughout, I would just call it Ink 3 without

17   a -- trying to identify it to a manufacturer.  I

18   can't do that.

19     Q.   I'm not asking you to identify the

20   manufacturer.  I'm asking you whether it's within

21   the possible solution sense that this could have

22   come from a BIC writing implement?

23     A.   It's possible.

24     Q.   And could have also come from a Paper

25   Mate writing implement, correct?

1              G. LaPorte - Confidential

2        A.    It's possible.

3        Q.    And it could have come from any other

4    number of brands, correct?

5        A.    Yes, that would be correct.  So other

6    brands -- it's a very complicated -- it's a very

7    complicated relationship with ink companies.

8    Some of them will sell their ink to other

9    companies or they'll use them in pens that you

10   pick up in hotels and that sort of thing.

11       Q.    Okay.  Have you completed your

12   responsibility?

13       A.    Yes, sir.

14       Q.    With respect to the Ink 3 black on

15   document Q12, could that also have come from a

16   BIC pen?

17       A.    Yes.

18       Q.    Could it have come from a Paper Mate?

19       A.    Yes.

20       Q.    You testified that you were unable to

21   differentiate between the Ink 3 black on document

22   Q8 and Ink 3 black on document Q12, correct?

23       A.    Correct.

24       Q.    Is it possible that they could have been

25   written with two different brands of writing

1              G. LaPorte - Confidential

2       implements?

3              MS. PRIMAVERA:   Objection.

4       A.    It's possible.  I can't identify the

5       brands that were used.

6       Q.    To be clear, I'm not asking you to

7       identify the brands that are used.  I'm asking

8       you about the potential solution space.

9       In other words, could document Q8 have been

10      written in a BIC and document Q12 been written in

11      a Paper Mate?

12      A.    It's possible.  But there's no evidence

13      really to suggest that.  It's more likely that

14      they were written with a matching ink

15      formulation, that's all I can say at that point.

16      Q.    My understanding from your testimony,

17      and please correct me if I'm wrong, you can have

18      a matching formulation that's used in multiple

19      brands, right?

20      A.    It's possible, yes.

21      Q.    You can tell me if it's chocolate chip

22      cookies, you can't tell me if it's Chips Ahoy or

23      an Oreo -- Oreo is a bad example, they don't make

24      chocolate chips but you get my point?

25      A.    Yes.

1                    G. LaPorte - Confidential

2        Q.    So you use the term formulation, what

3    does that term mean?

4        A.    It's the overall recipe.

5        Q.    Okay.  So your GC/MS examination of

6    document Q8 is contained in paragraphs 41 and 42,

7    right?

8        A.    That's correct.

9        Q.    I'm sorry, just to ask you one more

10   question about the formulation of ink.  If you

11   can tell that the recipes are the same, does that

12   mean that they're chemically the same?

13       A.    We don't use the word "the same."  Once

14   again, in order for something to be the same you

15   would have to know all of the ratios, the exact

16   amounts that were used.  So the best I can say is

17   that, you know, they generally have the same

18   ingredients.  I would -- so let me caveat that

19   though -- if there are differences in certain

20   ratios, there is the possibility that you would

21   see those differences when you examine those inks

22   under the VSC when you look at them in the

23   infrared.  So there's no evidence to indicate

24   that there are some major differences.  But once

25   again, the standard does not allow us to say two

1                    G. LaPorte - Confidential

2    inks are the same.

3         Q.    I want to ask you a little bit more

4    about your chemical examination of document Q8.

5    I'm looking at paragraph 34 of your report and in

6    paragraph 34 you're describing the process of

7    chemical examination, correct?

8         A.    Yes.

9         Q.    So that's a general description of how

10   the examination works, right?

11        A.    Correct.

12        Q.    So in your discussion of the Thin Layer

13   Chromatography, TLC, you state that in order to

14   perform TLC on ink, the ink is extracted with a

15   solvent from the sample plugs removed from the

16   written entries; do you see where I'm reading?

17        A.    Yes.

18        Q.    Okay.  So what solvent do you use to

19   extract the ink from the sample plugs?

20        A.    So for TLC I use Pyridine,

21   P-Y-R-I-D-I-N-E.  That's specifically for

22   ballpoint ink.

23        Q.    When you when document here refers to

24   sample plugs, those are holes that you punch in

25   the document, correct?

1          G. LaPorte - Confidential

2     A.   Yes, from the ink of course, from the

3 writing.

4     Q.   From the portion of the document that

5 has writing on it, you extract a hole punched

6 sample?

7     A.   Yes.

8     Q.   With respect to document Q8, did you

9 follow this process?

10     A.   Yes.

11     Q.   So how many sample plugs did you remove

12 from document Q8?

13     A.   I don't remember exactly but can I -- I

14 may have something in my notes.  Can I refer to

15 that?

16     Q.   Yes, you may.

17     A.   So I don't -- I don't have it noted here

18 but I will tell you that it's typically three to

19 five hole punches.  Never more than five.  And

20 really never less than three unless I have a very

21 limited sample.

22     Q.   I'm not sure -- I'm not sure I caught

23 all that because I was jotting down some notes.

24 I think you said typically you would use three to

25 five?

1                    G. LaPorte - Confidential

2        A.    Three to five.

3        Q.    Never more than five?

4        A.    Never more than five -- well, I hate to

5    use the word "never."  I don't recall really ever

6    using more than five from a ballpoint ink unless

7    I really needed to.  Sometimes there's other inks

8    that are a difficult to extract, which I may have

9    to do more than five but in this case that wasn't

10   -- that didn't apply here.  So I would say three

11   to five.

12       Q.    So with respect to document Q8, the ink

13   was not difficult to extract?

14       A.    Correct.

15       Q.    So that means you would have taken five

16   or fewer sample plugs?

17       A.    Yes, I usually take five when I do

18   onsite inspection, which I did in this particular

19   case or I might take seven to have an extra but I

20   won't analyze more than five.

21       Q.    Why do you prefer to use five?

22       A.    I don't necessary prefer to use five, it

23   depends.  I prefer to actually use three.  Five

24   sometimes the ink -- depending on the ink and how

25   think it is on the paper can be too -- it can be

1          G. LaPorte - Confidential

2     too concentrated.

3          Q.   Why does that matter?

4          A.   Because when I -- when I perform the TLC

5     examination then the -- as you can see in figure

6     three that I have in my report sometimes those

7     spots will get too heavy and then it will be hard

8     to hard to compare the spots at each of the

9     different levels.  It all starts to run together.

10         Q.   So just for my understanding, the TLC

11    examination that you're describing in your report

12    involves a process that allows the ingredients of

13    the ink to separate so that you can look at them,

14    is that more or less correct?

15         A.   The colorants.

16         Q.   Colorants.  This examination only

17    concerns the colorants portion of the ink?

18         A.   Yes.  But in some cases when I --

19    because I'll visualize the TLC on the VSC and

20    when you visualize it in the infrared sometimes

21    you will see other components that are not

22    necessarily the dyes.

23         Q.   What did you do with respect to document

24    Q8 here?

25         A.   Can you be more clear.  What did I do?

1          G. LaPorte - Confidential

2     What do you mean what did I do?

3          Q.   Well, I think you just testified that

4     sometimes you visualize and you can see other

5     components beyond the color, did I get that

6     right?

7          A.   Not sometimes.  I would say that almost

8     all the time I'm doing that.  Rarely do I not do

9     that.

10         Q.   Okay.  So what did you do here with Q8?

11         A.   Just like I said, which was I performed

12    the TLC examination, I took photographs of it and

13    then I examined it with the VSC.

14         Q.   Okay.  Were there colorants you were

15    able to discern for Q8?

16         A.   Yes.

17         Q.   Did you do the same analysis for Q12?

18         A.   Yes.

19         Q.   Did they match?

20         A.   Yes, they were all done on the same --

21    sort of the same TLC plate like you see on figure

22    three.

23         Q.   So in discussion of your inability to

24    differentiate the ink, you're incorporating in

25    that result your observations from the TLC

1                    G. LaPorte - Confidential

2    examination, is that right?

3        A.   Yes, it's everything combined.

4        Q.   You can't tell me how many sample plugs

5    you took from document Q8, can you?

6        A.   I said three to five.  I can't give you

7    the precise number on whether it was three or

8    four or five but it was three to five.

9        Q.   When you -- what's the next step --

10   after you take the sample plug, what's the next

11   step in the process of conducting your TLC

12   analysis?

13       A.   So once I take the samples -- in this

14   particular case, I extracted the samples in New

15   York and then I had to bring them back with me.

16   But once I brought them back to the laboratory, I

17   then transfer them into a glass vial and then I

18   add a solvent.

19       Q.   Did you complete your response?

20       A.   Yes, I'll sop stop there.

21       Q.   Okay.  So when you take the three to

22   five sample plugs, do they go into the same vial?

23       A.   I'm going to check my notes.  I may have

24   -- yes, so the samples that I remove -- yes, they

25   all go in the same vial.  Yes.

1                G. LaPorte - Confidential

2        Q.    Okay.  So when you conduct your TLC

3    examination, is it one examination of the

4    three -- of the vial of combined sample plugs?

5        A.    Yes.

6        Q.    So what's the purpose of taking more

7    than one sample plug?

8        A.    Because it might not be concentrated

9    enough.  I need to be able to see those

10   components, like in figure three.  If I only take

11   one plug I may not be able to see all of those

12   components.  The idea is I want to get the right

13   concentration, if you will, where it's not too

14   concentrated and not under concentrated.

15       Q.    What determines the amount of

16   concentrate in a sample?

17       A.    It depends on how thick the ink is on

18   the paper.  It can also depend on the ink

19   formulation specifically.  Some inks will not

20   extract in a concentrated way or they'll

21   overly -- they'll be overly concentrated.

22       Q.    Is there some scientific standard that

23   you reference which tells you how many samples to

24   take?

25            MS. PRIMAVERA:  Objection.

1                    G. LaPorte - Confidential

2        A.    Well, as I already said, there's the

3    SWGDOC standard for writing ink comparisons but

4    that standard doesn't specify exactly the number

5    for the reasons that I just mentioned.  Sometimes

6    you don't know until you start extracting and

7    then -- but that -- but you can adjust that by

8    how much sample you take for the spot you're

9    going to put on the TLC plate.  So if it comes

10   out really dark then I have to -- typically I'll

11   draw, you know, two microliters into a pipette

12   and then I can adjust that depending on how

13   concentrated the ink looks once it's in this

14   solution.  So sometimes I'll just draw one

15   microliter, sometimes 1.5 or sometimes it will be

16   two.

17       Q.    Have you completed your response?

18       A.    Yes, sir.

19       Q.    Is that process you just described part

20   of the standard for test methods for forensic

21   writing ink comparison that you referenced on

22   page 14 of your report?

23       A.    I would actually say that goes back to

24   basic chemistry -- college chemistry when you do

25   TLC analysis.

1                 G. LaPorte - Confidential

2      Q.    So is TLC analysis part of an

3   undergraduate or graduate chemistry curriculum?

4      A.    Yes, absolutely.

5      Q.    Is the use of Pyridine part of any

6   generally accepted scientific standard?

7      A.    Pyridine is mentioned I believe in the

8   SWGDOC standard.

9      Q.    Is SWGDOC separate from the standard for

10  test methods for forensic writing ink comparison?

11     A.    SWGDOC stands for the Scientific Working

12  Group for Forensic Document Examiners, that's the

13  group published the standard.

14     Q.    When you say "the standard," are you

15  referring to the standard for test methods for

16  forensic writing ink comparison?

17     A.    Yes.

18     Q.    So SWGDOC is the organization and

19  standard for test methods for forensic writing

20  inc comparison is a standard promulgated by that

21  group?

22     A.    Well, you're going into a rabbit hole.

23  So I will say that the SWGDOC -- originally

24  SWGDOC was a group that was funded under the

25  department of just and the FBI.  I was part of

1                    G. LaPorte - Confidential

2      that group, I was the technical representative

3      for the ink standards.  But we then published the

4      standards through ASTM and we did that for many

5      year.  And then ASTM turned over the rights to

6      those standards back to SWGDOC, which are

7      published on the website.  So they are SWGDOC

8      endorsed standards but have been published

9      through ASTM.  ASTM is a Standards Development

10     Organization or an SDO.

11          Q.    Is ASTM an acronym?

12          A.    Yes, it's the -- ASTM international, is

13     the Association For Standards, Testing and

14     Materials.  But the ASTM actually just become

15     ASTM.

16          Q.    So the name of the entity has changed?

17          A.    Well, it's just ASTM now.  Historically,

18     yes, it was it was an acronym.  It's almost used

19     as a term now, ASTM, or the name of the

20     organization.

21          Q.    Are all of the examinations that you

22     performed pursuant to the SWGDOC, slash, ASTM

23     standards?

24          A.    Well, as I highlighted in my report.

25     Certainly for the -- you know, for the ink

1                    G. LaPorte - Confidential

2    comparisons, for the indentations, we do have

3    SWGDOC standards for those, yes.

4        Q.    Do those standards also govern your

5    GC/MS testing?

6        A.    It does not.  There is not a standard

7    that was published through ASTM for the GC/MS

8    analysis.

9        Q.    Is there a standard published through

10   any other entity for the GC/MS analysis?

11       A.    There are multiple standards for GC/MS

12   analysis but not for inks.

13       Q.    Is the GC/MS analysis used for analysis

14   of things other than inks?

15       A.    Yes.

16       Q.    Can you give me any examples?

17       A.    Explosives, drugs, miscellaneous

18   materials, unknown materials, pharmaceuticals.

19       Q.    Okay.

20       A.    Probably I would say it's the most

21   utilized instrumental analytical procedure in the

22   world for chemical analysis.

23       Q.    So did I correctly understand your

24   answer that SWGDOC and ASTM do not have a

25   promulgated standard for the use of GC/MS testing

1                G. LaPorte - Confidential

2    for inks?

3        A.    Correct.

4        Q.    Okay.

5        A.    There's multiple publications but not a

6    standard for this.

7        Q.    There's multiple what?

8        A.    Publications -- peer reviewed

9    publications.

10       Q.    Is there any other -- well, you

11   described an SDO, Standards Development

12   Organization, is that what it stands for?

13       A.    Yes.

14       Q.    Is there any other SDO that promulgates

15   the standards for the use of GC/MS testing of

16   inks?

17       A.    No.

18       Q.    Is SWGDOC also considered an SDO?

19       A.    No.

20       Q.    What's the difference between those two

21   entity types?

22       A.    So an SDO is an organization that

23   promulgates standards through a process --

24   through a regulatory process, if you will.  And

25   SWGDOC was the group where we drafted the

1              G. LaPorte - Confidential

2    standards and then we submitted them to the SDO.

3    So SWGDOC is really a composition of expert.

4       Q.   So if we use like a unit of measurement,

5    like a meter, right, there's some entity that

6    defines what a meter is, right?

7       A.   Correct.

8       Q.   And is that basically the same thing

9    that ASTM is doing?

10             MS. PRIMAVERA:  Objection.

11      A.   You're asking questions that sort of

12   require an immense amount of background that's

13   not that simple to answer.  But the meter -- what

14   happened is that there would probably -- there's

15   scientific research and ways to identify exactly

16   what a meter is and that goes through all

17   kinds -- all types of processes and then at some

18   point in time you would use an SDO to put forth

19   all of that information and write a standard of

20   what a meter is and then the SDO goes through a

21   long process of open public comments and then and

22   then people vote on that standard and if it's --

23   if it passes a certain majority then it becomes a

24   standard.  But an SDO does not necessarily write

25   its own standards, if that makes sense.

1              G. LaPorte - Confidential

2      Q.    Okay.  So I'm understanding from your

3    answer that the SDO is the organization that

4    decides upon the standard but it can decide to

5    use the standard offered through some

6    third-party; is that correct?

7      A.    No, the SDO -- the SDO's purpose isn't

8    to decide whether to use the standard.  They --

9    based on a voting process, they decide whether

10   the standard should be published.  Once it's

11   published, you -- they're not mandatory -- in

12   most industries it's not mandatory that you have

13   to use the standard.

14     Q.    So the SDO publishes a standard but it

15   doesn't necessarily publish a standard that it

16   created.  It could be publishing a standard

17   created by some third-party, did I get that

18   right?

19     A.    Correct.

20     Q.    Using the same framework, SWGDOC drafted

21   the standard, provided it to ASTM and ASTM

22   through the process you described elected to

23   publish it, is that right?

24     A.    Correct.

25     Q.    Is there any such framework applicable

1          G. LaPorte - Confidential

2     to the GC/MS examination of ink?

3          A.    No, not for -- not through an SDO.

4     There are standards for ink analysis that are in

5     the published literature but not that have gone

6     through an SDO.

7          Q.    So when you say there are standards,

8     you're referring to a body of peer reviewed work

9     that have been published in the various

10    publication, is that right?

11         A.    Correct.

12         Q.    All right.  So with respect to the GC/MS

13    analysis that you're describing in paragraph 35

14    and 36 and 37 and 38, you're looking at the rate

15    of evaporation of 2-PE, correct?

16         A.    That's over -- that's over simplified

17    but yes.

18         Q.    Are there any other examinations that

19    were performed using GC/MS of the document Q8

20    other than with respect to the 2-PE content?

21         A.    There are certainly quality control

22    samples that I analyzed using the GC/MS.

23         Q.    Okay.  So with respect to your TLC

24    examination, you described the process of taking

25    sample plugs, putting them in vials, developing

1              G. LaPorte - Confidential

2    them on a plate with a mixture of solvents and

3    then applying the SWGDOC standards.

4        Now with respect to the GC/MS, how can we how

5    can we identify the process that you used to

6    conduct the examination?

7        A.   I'm not sure what you mean by "identify

8    the process"?

9        Q.   Well, does your report describe the

10   process that you used to conduct your GC/MS

11   analysis?

12       A.   Yes.

13       Q.   So where can I find that in the report?

14       A.   That should be throughout -- I mean,

15   section D.

16       Q.   Section D you said?

17       A.   Yes.  Paragraphs 35, 36, 37, and 38.

18       Q.   So those are the paragraphs I just

19   referenced?

20       A.   Yes.

21       Q.   So starting with paragraph 36, you're

22   describing what the examination is looking at,

23   right?

24       A.   (No verbal response.)

25       Q.   Let me try it a different way.  Your

1          G. LaPorte - Confidential

2    paragraphs 36, 37 -- sorry, 35, 36, 37 and 38 are

3    generally describing what a GC/MS examination is

4    and does, correct?

5        A.   No, because there is a discussion about

6    how the solvent evaporates from the paper -- from

7    the ink when it's applied to the paper.  I talk

8    about the method that's used where you take plugs

9    at 70 degrees Celsius, you measure the difference

10   between the unheated and heated samples so

11   there's a methodology that's described in there.

12       Q.   So how can I tell from reviewing your

13   report what you did with document Q8 with respect

14   to the GC/MS analysis?

15       A.   Everything that's in those paragraphs is

16   what I did to Q8.

17       Q.   Well, for example, right, in order to

18   conduct your GC/MS examination do you take

19   samples of the document?

20       A.   Yes.

21       Q.   Is that described in here?

22       A.   That's described in -- I believe, in

23   paragraph 33.  So just to read the last sentence

24   of paragraph 33, "In order to conduct both TLC

25   and GC/MS, I removed paper and ink plugs from

1                    G. LaPorte - Confidential

2    representative areas of the written entries with

3    a specialized hypodermic like device."

4        Q.   Okay.  Have you completed your response?

5        A.   Yes.

6        Q.   Okay.  So did you use -- did you remove

7    paper and ink plugs from document Q8 to conduct

8    the GC/MS examination?

9        A.   Yes.

10       Q.   Does your report describe you doing

11   that?

12       A.   The reasons and bases section talks

13   about how that's done and then later on I say in

14   my observations and results from testing section

15   that I performed a GC/MS analysis, which applies

16   to the GC/MS analysis that I described

17   previously.

18       Q.   Does your report tell me how many plugs

19   you the took from document Q8 to perform your

20   GC/MS analysis?

21       A.   No, that's all in my notes.

22       Q.   Does your report tell me whether your

23   plugs were half a millimeter or one millimeter or

24   something in between?

25       A.   They were 0.5 millimeters, that's in my

1                G. LaPorte - Confidential

2  notes.

3     Q.   But that's not in your report, right?

4     A.   That's in my notes.

5     Q.   Does your report tell me how many plugs

6  you took for the GC/MS analysis?

7     A.   It's in my notes, it's not in my report.

8     Q.   How many plugs did you take from

9  document Q8 to perform your GC/MS analysis?

10    A.   Four.

11    Q.   Why did you use the number four?

12    A.   I typically use three to five but

13  it's -- but I also performed duplicate testing.

14  So in order to minimize the amount of samples

15  that I take, sometimes depending on how much

16  write is present, then I'll change that from

17  three to five.  But at the end of the day it

18  doesn't really matter because as I described in

19  my report, I'm going to look at the relative

20  difference between the samples that have been

21  unheated or not treated and then the samples that

22  have been heated.  So the important part is just

23  I use the same amount of samples for both.

24    Q.   Well, what I'm trying to find out is if

25  I wanted to replicate your process from your

1              G. LaPorte - Confidential

2    report whether I can do that.

3        So you mentioned that you use typically three

4    to five plugs; is that correct?

5        A.   Correct.

6        Q.   What determines whether you use three,

7    four or five or some other number?

8        A.   It depends on the amount of ink that's

9    present.  If I'm going -- you know, how many

10   times -- I have to duplicate the testing so it's

11   four times two, which would be eight and then I

12   have to use that for the unheated and then I need

13   eight more for the heated so that's sixteen hole

14   punches that I'm taking.

15       Q.   Can you walk me through that process

16   that you just described and explain to me, for

17   example, what's the difference between your

18   testing and your duplicate testing?

19       A.   I'm doing the testing twice.

20       Q.   Okay.  So just walk me through step by

21   step what you do with taking plugs and using the

22   plugs, can you do that, please?

23       A.   Yes.

24       Q.   Okay.

25       A.   So I remove the 0.5 millimeter hole

1          G. LaPorte - Confidential

2     punches for GC/MS testing.  In this particular

3     case I removed four or really it's eight that I'm

4     taking but I divide those up between -- and put

5     those into two vials.  So I take four hole

6     punches and place that into a vial.  I take

7     another four hole punches that are in the very

8     near vicinity of where I took the first four hole

9     punches and I put that in a second vial.  One of

10    those vials then I just -- I perform the testing

11    for the 2-PE, the GC/MS analysis, I get a value

12    for the quantity of 2-PE and then the other vial

13    I heat those hole punches at 70 degree Celsius

14    for 90 minutes and then I measure the amount of

15    2-phenoxyethanol in the heated samples.  And the

16    idea based on lots of research -- years of

17    research is that if the ink is fresh then you

18    will drive off a lot of phenoxyethanol when you

19    heat it.  If it's not fresh, if it's old, then

20    you're not going to drive off very much

21    phenoxyethanol because it will be completely dry.

22    The term that I use "a lot" is 25 percent, which

23    is the threshold that we use to say with a high

24    degree of probability that an ink is less than

25    two years old when those values exceed

1                    G. LaPorte - Confidential

2     25 percent.

3          Q.    Have you completed your response?

4          A.    Yes.

5          Q.    So with respect to the number of plugs

6     you took for your GC/MS analysis of document Q8,

7     did you take eight plugs or did you take four

8     plugs?

9          A.    I did -- I actually did sixteen.  So I

10    did four unheated, four heated and then I

11    repeated that again and did four unheated, four

12    heated.

13         Q.    Let me just see if I'm keeping up with

14    the steps.

15         Step one you took sixteen plugs from document

16    Q8, did I get that right?

17         A.    Correct.

18         Q.    Then you took four of those plugs and

19    you put them in a vial; is that correct?

20         A.    Correct.

21         Q.    And you took four other plugs and put

22    them in a second vial?

23         A.    Correct.

24         Q.    You heated the first vial at 70 degrees

25    for 90 minutes; is that correct?

1                    G. LaPorte - Confidential

2        A.    Correct.

3        Q.    You did not heat the second vial?

4        A.    Correct.

5        Q.    Do you somehow measure vial number one

6    after it's been heated?

7        A.    I do a relative measurement of the --

8    when I compare the heated and the unheated and in

9    order to do that I use something called an

10   internal standard.

11       Q.    You're going to compare two different

12   vials; a heated and unheated, correct?

13       A.    Yes.

14       Q.    Do you have to take measurements of each

15   of those two vials?

16       A.    Not when I'm doing a relative

17   comparison.  If I have two people standing next

18   to each other and one is 6'1 and the other is 5'8

19   and you can ask me who is taller, I can take a

20   ruler and measure a difference in their height.

21   I don't have to measure one and say, oh, he's 5'8

22   and measure the other and say he's 6'1.  I can

23   just say there's a -- you know, a five inch

24   difference.

25       Q.    Okay.  Let's stick with your analogy

1                  G. LaPorte - Confidential

2    that you just used.  In your analogy you used a

3    ruler as your measuring tool, right?

4         A.   Correct.

5         Q.   In taking your relative measurement of

6    the two vials, do you have a measurement tool?

7         A.   It's called the internal standard.

8         Q.   What is the internal standard that you

9    just referenced?

10        A.   The internal standard is another

11   chemical that's put in with the extraction

12   solvent and it's called o-cresol.  I put the

13   cresol in the extraction solvent or in a mixture,

14   if you will, and I use that to extract the ink

15   from both the samples.

16             And then there's -- then I do -- then

17   there's calculations where the cresol -- you get

18   more of -- I guess the best way to put it is a

19   corrected value because the cresol acts as a

20   measurement tool and a ruler in both of those

21   sets of samples.  So that allows you more

22   precision when you're doing the relative

23   comparison.

24        Q.   Okay.  I want to see if I understand

25   this conceptionally.  Let -- I'll paraphrase back

1                    G. LaPorte - Confidential

2    to you and let me know if I got it right or if

3    I'm off with something, okay.

4        You got the two vials; first vial is heated

5    the second vial is unheated; is that correct?

6        A.   Correct.

7        Q.   And then do you add this o-cresol to

8    each of those two vials?

9        A.   I add o-cresol and acetonitrile.

10   O-cresol is the internal standard, acetonitrile

11   is the solvent.  So it's a combination of

12   acetonitrile and o-cresol.  The acetonitrile acts

13   as the primary extractor, the one that pulls the

14   ink from the paper and puts the 2-PE into a

15   liquid solution.

16       Q.   Did I get the term right, acetonitrile?

17       A.   Correct.

18       Q.   And o-cresol?

19       A.   Yes.

20       Q.   So do I understand correctly that with

21   respect to the heated vial, you're adding

22   acetonitrile and o-cresol into that vial?

23       A.   Correct, for five minutes.

24       Q.   With respect to the unheated vial, do

25   you add acetonitrile and o-cresol?

1          G. LaPorte - Confidential

2     A.    I use the exact same solution so that

3     the ratio of acetonitrile an o-cresol is the same

4     in both, yes.

5     Q.    So then after you've added the

6     acetonitrile and o-cresol to vial number one and

7     the five minutes elapsed, what do you do with the

8     vial?

9     A.    Now I then remove the liquid ink, I

10    remove 10 microliters from that vial and I put

11    that into another vial.

12    Q.    So --

13    A.    And that's the vial that would be used

14    for the GC/MS analysis.

15    Q.    Let's keep breaking it up into, pieces.

16    Vial number one you add those two components to

17    it for five minutes, you wait.  Then you remove

18    10 microliters of the substance that's in the

19    heated vial, correct?

20    A.    Correct.

21    Q.    It's mixed together or is it separated

22    somehow within the liquid?

23    A.    Yes, so I think this is the issue we run

24    into when -- I'm not complaining here but you're

25    asking questions so out of order.  But if -- if I

1                    G. LaPorte - Confidential

2     was explaining this to somebody from the

3     beginning I would use an analogy of think about

4     it if you got ink on your shirt and you tried

5     water and you tried to brush it off, it smudges

6     or nail polish remover.  Really what extraction

7     is it turns the ink -- the hard ink into a

8     liquid.  That's the whole idea of an extraction.

9             So, yes, when I put the acetonitrile and

10    the o-cresol together that is my -- the

11    acetonitrile is my extraction solvent.  The

12    o-cresol is the measurement tool or if you will

13    the ruler that's going to be used in there --

14    that we're going to correct for when everything

15    is done.

16            So, yes, ten microliters of the

17    acetonitrile plus the o-cresol is removed so that

18    I'm not taking the paper plugs because when I --

19    if I let the plugs sit in the solution, right,

20    then they're going to continue -- they can

21    potentially continue to extract.  So I remove

22    just the liquid out and put that into another

23    vial and then that goes into the GC/MS.

24        Q.   Have you completed your response?

25        A.   Yes.

1              G. LaPorte - Confidential

2      Q.   Okay.  So let's rewind it a little bit.

3    You got vial number one with the four plugs in

4    it.  You add the acetonitrile and the o-cresol,

5    you let it rest for five minutes; is that

6    correct?

7      A.   I agitate it for five minutes too so

8    it's not just rest.  I stir it up.

9      Q.   Okay.  It's agitated for five minutes,

10   do you have some kind of machine that shakes it

11   or something?

12     A.   I don't agitate it for the whole five

13   minutes, I tap it probably -- I don't know, 30

14   seconds at least just to mix it up.  And then,

15   yes, sometimes I -- what I do have is a vortex --

16   it's called a vortex and I put it on the vortex

17   and that actually shakes it.  I do that for -- I

18   don't know, ten seconds or so and then I let it

19   sit.  I continue to shake it up and then when I

20   remove the ink that's been extracted, I put it in

21   a syringe but I also mix it up with the syringe

22   too.

23     Q.   Let's rewind that again.  So you got the

24   vial with the four plugs in it, you add the

25   acetonitrile, you add the o-cresol.  Some period

1                    G. LaPorte - Confidential

2    of time elapses and then it gets agitated, is

3    that right?

4        A.   It's being agitated in the interim, yes,

5    for over that course of five minutes.

6        Q.   Well, is it being continuously agitated

7    for the entire five minutes?

8        A.   Like I said, I'll tap it, I'll shake it,

9    I'll vortex it but then I'll also -- once the

10   five minutes starts -- I think -- I would say

11   typically when I'm about four minutes and

12   45 seconds then I'll start agitating it with the

13   syringe, sucking it up, pushing it out, just to

14   make sure it's all mixed completely.

15       Q.   Are you describing to me a process that

16   you're engaging in manually?

17       A.   That part is manual, yes.  It's called

18   extraction.  That's a manual process, yes.

19       Q.   But the vortex piece of it, is that also

20   manual?

21       A.   It's a sample prep.  It's a little --

22   it's a little instrument that I have that

23   shakes -- it shakes when you push down on it so I

24   put the vial on there and it shakes it.

25       Q.   Is it being continuously shaken by the

1                G. LaPorte - Confidential

2    vortex?

3        A.    No, that's about ten seconds.  I'm just

4    agitating it -- just trying to mix it up.  I

5    don't have to -- it's not necessary to shake it

6    for five minutes.

7        Q.    So when you put it on the vortex and you

8    depress the vortex, it shakes it for ten seconds?

9        A.    Approximately, yes.

10       Q.    How many times do you do that?

11       A.    Once.

12       Q.    So you do that for the heated sample.

13   You do the same process for the unheated sample,

14   correct?

15       A.    Correct.

16       Q.    So at the conclusion of this process of

17   five minutes with the agitation at intermittent

18   periods manually and through the vortex, what do

19   you end up with after the five minutes?

20       A.    Then I end up with a liquid solution of

21   ink, acetonitrile and o-cresol.

22       Q.    And is that solution uniform or does it

23   separate according to density in the vial?

24       A.    No, it's uniform.  That's the purpose of

25   using acetonitrile.

1                    G. LaPorte - Confidential

2        Q.    So it's a uniform solution?

3        A.    Yes.

4        Q.    You extract 10 microliters of that

5    uniform solution?

6        A.    Correct.

7        Q.    And you place that in a new vial?

8        A.    Yes.

9        Q.    What do you do with the new vial?

10       A.    The new vial goes on to what's called

11   the GC portion of the GC/MS and it has what's

12   called an auto sampler.  And the auto sampler has

13   a hypodermic needle in it that punches through

14   the vial and then draws one microliter of that

15   liquid solution and then it injects it into the

16   GC, which travels through that and then over to

17   the MS.

18       Q.    Okay.  So let me see if I understand

19   what happens with the new vial.

20       The new vial starts to ten microliters of the

21   uniform solution of the ink, the acetonitrile and

22   the o-cresol, is that correct?

23       A.    Acetonitrile.

24       Q.    Acetonitrile.  Sorry.  So that's where

25   we start out with, right?

1                    G. LaPorte - Confidential

2        A.    Correct.

3        Q.    And then you use a device called an auto

4    sampler to punch through the vial and to pull out

5    one of those ten microliters?

6        A.    That's close.  But, yes, the auto

7    sampler has a hypodermic needle that's built into

8    a robotic arm and that hypodermic needle injects

9    into the new vial.  The vial is very specialized,

10   it has a top on it, almost like a rubberized

11   center so that the needle can go through it.  And

12   that needle goes through the vial, pics up one

13   microliter and then the one microliter is

14   injected into the GC/MS, and that's all robotic.

15       Q.    So you start with ten microliters and

16   the robotic device extracts one of those ten

17   microliters and puts it into the GC device?

18       A.    Once again, we're kind of going into a

19   rabbit hole.  So the way that I have my GC/MS

20   programmed is that it -- what it will do is it

21   will make the hypodermic needle go in there and

22   it will drop one microliter and then it will dump

23   one microliter into a waste vial and that does

24   that twice.  And it's more of sort of a cleaning

25   process to make sure everything is picked up

1                    G. LaPorte - Confidential

2     correctly and then on the third time it draws

3     another microliter and it injects directly into

4     the GC/MS.

5         Q.    Let's back this up again.  You start

6     with a new vial with ten microliters of the

7     uniform solution of acetonitrile, o-cresol and

8     ink, right?

9         A.    Correct.

10        Q.    Then your auto sampler uses its robotic

11    arm to extract one of those ten microliters; is

12    that correct?

13        A.    Correct.

14        Q.    And then one drop of the one microliters

15    is placed into some other receptacle?

16        A.    The one microliter sample that the

17    plunger -- once the hypodermic needle plunges in,

18    pulls up one microliter, it then moves over

19    robotically to a waste vial and dumps that.  And

20    then it goes to another vial where it cleans

21    again with an acetonitrile solution that's in the

22    robotic arm and then it goes back into the vial,

23    does one microliter again, goes back to the waste

24    and then goes through the cleaning process and

25    then comes to what we call the ana-link sample,

1              G. LaPorte - Confidential

2    the sample that's going to be analyzed, then

3    takes that one microliter and it injects it in

4    the GC/MS.  This is all preprogrammed and this

5    all based on the scientific literature and it

6    goes back to sort of a lot of basics about GC/MS.

7    I've been a GC/MS chemist for -- I've been using

8    GC/MS since 1993, a long time.  I was drug

9    chemist for many years and used GC/MS thousands

10   of times.  This is kind of a standardized method

11   that's used by GC/MS.

12        Q.   Have you complete your response?

13        A.   Yes.

14        Q.   So let me rewind and see if I'm

15   following you.  Your ten microliters gets

16   extracted by the auto samplers robotic arm, it

17   extracts one microliter.  It's programmed to

18   process that one microliter by adding more

19   acetonitrile to it and placing it into the first

20   of multiple empty clean vials, is that right?

21        A.    There's two -- no, so there's one dirty

22   vial, one waste vial and two cleans that have --

23   and the two cleans have clean acetonitrile in

24   them.

25        Q.    So when the uniform solution is

1              G. LaPorte - Confidential

2    traveling through the GC robotic components, it's

3    placed first into a waste vial?

4        A.    There's a trey -- it's an auto sampler

5    trey -- it's a robotic trey, it all moves

6    automatically.  On one end of the trey is a waste

7    vial and then there's two clean vials.  When I

8    say "clean vials," those vials contain a clean

9    acetonitrile, just acetonitrile.  So what will

10   happen is now when I put the vial that's going to

11   be analyzed, it goes -- into goes into the trey,

12   the trey moves over under the robotic arm, the

13   syringe dips into that, takes one microliter,

14   then the arm moves back over and disburses the

15   one microliter into the dirty vial or the waste

16   vial.

17            Now, that -- the robotic arm goes to the

18   clean vial with the acetonitrile, it pumps and

19   then it then it dumps the clean acetonitrile back

20   into the waste vial, then goes back over to the

21   vial again and does that twice.  And then on the

22   third time it goes back to the vial, takes the

23   one microliter and then that's the one microliter

24   that gets into the injected into the GC/MS.

25       Q.    Let me rewind this and see if I'm

1                    G. LaPorte - Confidential

2    following.  You have the heated vial, you add the

3    acetonitrile and o-cresol to the heated vial, it

4    agitates, goes through the five minute period you

5    described.  After that concluded, the auto

6    sampler will withdraw ten microliters of the

7    uniform solution, it will --

8         A.   No, no.  I have to stop you there.

9         Q.   Sure.

10        A.   The auto sampler doesn't withdraw ten

11   microliters, it's programmed to withdraw one

12   microliter.  So the manual -- the -- as we call

13   it, the sample prep -- the sample extraction

14   procedure, I use a hypodermic needle that's

15   accurate to .005 microliters.  So I withdraw ten

16   microliters and then I put that in the vial

17   that's then going to go on to the GC/MS.

18        Q.   That vial gets put onto the trey

19   underneath the GC/MS machine, is that right?

20        A.   Over top the GC/MS, not under.

21        Q.   So it goes on the top and underneath are

22   multiple vials; one waste vial and two clean

23   vials?

24        A.   Correct.

25        Q.   So the one microliter that's on the top

1                G. LaPorte - Confidential

2    of the GC/MS is going to go through the GC/MS

3    machine, is that right?

4        A.   Well, yes, one microliter from the

5    analysis vial -- call it that -- because that's

6    the vial that contains the liquid ink that's

7    going to be analyzed.  One microliter is going

8    into the machine.

9        Q.   Okay.  I'm trying to keep track of the

10   microliters.  You're starting with ten in a vial?

11       A.   Correct.

12       Q.   Only one of those ten microliters goes

13   onto the top of the GC/MS machine; is that

14   correct?

15       A.   Correct.

16       Q.   Okay.  So that one microliter that's on

17   the top of the GC/MS machine is going to go

18   through three different processes through the

19   GC/MS machine; is that correct?

20       A.   No, no, no.  So the ten microliters goes

21   through three different processes.

22       Q.   Okay.

23       A.   One is removed, then cleaned, it goes

24   back; another is removed -- call it -- we're at

25   microliter two now, it's cleaned, then it goes

1          G. LaPorte - Confidential

2    back; and then now it pulls up the third of the

3    ten microliters and then injects that into the

4    GC/MS.

5         Q.    What's the purpose of taking microliter

6    number one and running it through the GC/MS?

7         A.    It's to make sure that the hypodermic

8    needles doesn't have any air bubbles in it.  If

9    you ever go for a shot and you see the doctor

10   flicking it, the idea is so you don't have any

11   air so you can get a more precise measurement.

12   Also too the reason it's doing that is because

13   once it pulls up it, it needs to rinse that to

14   make sure all of that ink material -- that ink

15   liquid that was removed, that's it's clean.  The

16   needle every time wants to make sure it's clean

17   before it goes into the ana-like vial.  That

18   cleaning process is actually pretty extensive too

19   because that happens a few times.  It's all

20   automated once you get -- the whole idea is to

21   make sure that that arm -- because the arm is

22   pulling up the syringe and it wants to make sure

23   it's not -- it doesn't have any air in it.

24        Q.    So microliter number one is for the

25   purpose of cleaning the hypodermic and making

1                    G. LaPorte - Confidential

2    sure there are no air bubbles in it?

3        A.   Correct.

4        Q.   Microliter number two, is that for the

5    same purpose?

6        A.   Correct, same thing.

7        Q.   Microliter three goes into the GC/MS and

8    that's the microliter that's analyzed?

9        A.   Correct.

10       Q.   So you do this for the heated sample --

11   for the heated vial and you do it for the

12   unheated vial, right?

13       A.   Correct.

14       Q.   Does the GC/MS give you some kind of

15   digital read out?

16       A.   Yes.

17       Q.   What format is the read out provided in?

18       A.   So the read out contains varying

19   information.  The first is that as we described

20   earlier, GC/MS is really two different

21   instruments.  So the GC gives you a read out that

22   look -- basically like a graph and then that

23   identifies -- will show you where the 2-PE is on

24   that graph.  And that's based on -- we haven't

25   gotten into this but I've run lots of quality

1                  G. LaPorte - Confidential

2      control standards before.  So I run blank

3      samples, I have to run a positive standard.  I

4      run the acetonitrile cresol solution -- I run

5      that as a blank it also so there's nothing in it.

6      And then I have the standard so I know exactly

7      where the 2-PE is going to come out on this

8      graph.  If you think about the Y axis of this

9      graph, it's in minutes -- it's in time.  And so I

10     know that, you know, my sample will come out at

11     5.30 minutes for 2-PE, that's the GC output.  The

12     mass spec or MS portion allows me to identify the

13     molecule of 2-PE.  So that provides what we call

14     molecular information about that particular

15     molecule so that I can confirm that I'm analyzing

16     2-PE.

17        Q.   Have you completed your response?

18        A.   Yes.

19        Q.   So the machine is going to give you two

20     forms of output; one is the graph and two is

21     molecule identifying information?

22        A.   Yes.

23        Q.   So going back to this process that you

24     described --

25        A.   I'm sorry, can I just sort of -- just to

1          G. LaPorte - Confidential

2     be clear so we understand what the GC is.  The GC

3     is all about separating the different components

4     in the ink.  I typically use this analogy of, you

5     know, if you were to analyze a Coke, you get

6     sugar and caffeine and colorants and all that.

7     So those come out at different times on the GC.

8     That's exactly what happening on the GC with ink

9     because you get different times of when the

10    different components come out.  And I know the

11    time for 2-PE based on the standard.  On my

12    GC/MS -- my program is 5.30 minutes or around

13    that time.

14         Q.   Have you completed your response?

15         A.   Yes.

16         Q.   This process that you described of using

17    the auto sampling, the agitation, that process is

18    not described anywhere in your report, is it?

19         A.   No, it's -- all of that in is my notes.

20         Q.   So I can't replicate this process using

21    your report, can I?

22              MS. PRIMAVERA:  Objection.

23              MS. GUERON:  Objection.

24         A.   I mean, I've been -- I've written

25    thousands of reports in Federal Court.  But if

1          G. LaPorte - Confidential

2    I'm an expert looking at another expert's report

3    there's no expectation that I can duplicate

4    everything based on just the report.

5        Q.   Okay.  I didn't ask you that.  I asked

6    you if I can replicate your results based upon

7    the contents of your report?

8        A.   Well, in theory, yes, you -- so I have a

9    reference in my report to a chapter that I

10   published that actually goes through the steps

11   like.  It's published -- a published chapter that

12   goes through this.  But I mean it's kind of --

13   the question you're asking me would be like,

14   well, if I watch Law and Order can I practice

15   law?  I mean, you have to be an expert in the

16   area, you have to have basic chemistry knowledge.

17   When you refer to can you do this, unless you

18   have a chemistry background, I can't imagine you

19   can ever do this.

20       Q.   If I was a chemist, can I replicate your

21   process using your report?

22       A.   You should be able to because there's

23   references to it.  I would say my notes would

24   provide that information that a chemist can

25   replicate this very easily.

1                    G. LaPorte - Confidential

2              MS. COLWIN:  Objection.

3         Q.   So a chemist would need your notes to

4    replicate your work; is that correct?

5         A.   Yes, I know when I've been an opposing

6    expert I always want the notes.  I can't just

7    simply rely on the report.

8         Q.   Is your use of o-cresol documented in

9    any of the professional standards you referenced?

10        A.   It's definitely -- I mean, I have my --

11   I have a written and standard operating procedure

12   and it's in there.  But, yes, o-cresol is

13   definitely mentioned in a number of professional

14   or peer review publications.

15        Q.   Is it mentioned in any of the

16   publications cited in your report?

17        A.   I'm not sure exactly what's been cited

18   but it's definitely in the peer review

19   publications.

20        Q.   Is there anywhere in your report where I

21   can find the read out from the GC's graph?

22        A.   No, that's -- that's in my -- that will

23   definitely in be in any notes.

24        Q.   Is there anywhere in your report where I

25   can identify the output of the identified

1                G. LaPorte - Confidential

2    molecule from the MS portion of the analysis?

3        A.    No.

4        Q.    What was the read out that you obtained

5    for the first heated sample that you --

6           MR. BERMAN:  Let's back up.  I'll ask

7        the question again because it cut out.

8        Q.    My understanding is that, based on your

9    testimony, you get two sets of output from the

10   GC/MS machine; is that correct?

11       A.    It's -- so it is a printout or a read

12   out, if you will, that has both of those types of

13   information.

14       Q.    Did you record the output from the GC/MS

15   machine that you obtained when you ran the first

16   heated sample from Q8?

17       A.    All of my data is automatically printed

18   out and it's in my file, yes.

19       Q.    You also -- so you have the output from

20   the GC/MS from the heated sample of Q8 and the

21   nonheated sample of Q8?

22       A.    Yes.

23       Q.    And you ran that twice, correct?

24       A.    I'm actually looking just to confirm

25   but, yes, I ran -- tested those -- which document

1                    G. LaPorte - Confidential

2    are we taking about now?

3        Q.    Q8 -- still Q8.

4        A.    I'm sorry, Q8, what was last three of

5    the Bates.

6        Q.    827 and 828 -- hold on.  Q8 was

7    Bates-stamped 830, slash, 831.

8        A.    Okay.  I'm sorry, I have -- because all

9    of my -- I use the last three of the Bates in all

10   my GC/MS.  I didn't use the Q numbers.

11            I did the test on -- twice.  I did it on

12   page 1 or 8 -- Bates-stamped -- last three of the

13   Bates-stamp, 830.  And then I did it on the

14   backside, Bates-stamped 831.

15       Q.    So you only did one heated sample and

16   one unheated sample of page one of Q8, is that

17   right?

18       A.    Well, it's one page so I would say the

19   front and the back.  So, yeah, one heated, one

20   unheated for the front and one unheated and one

21   heated for the back.  I mean, that's two for the

22   page, if you will.

23       Q.    Okay.  Now, I'm a little confused by

24   something you said.  If it's literally the same

25   page, 830 and 831 are written on the same piece

1                    G. LaPorte - Confidential

2     of paper, front and back, correct?

3          A.    Correct.

4          Q.    So isn't the sample of page one

5     necessarily also a sample of page two because

6     they're on the same paper?

7               MS. PRIMAVERA:  Objection.

8          A.    They're different samples.  I mean,

9     certainly when I punch the holes I'm not -- I

10    make sure there's nothing -- there's no ink on

11    the backside of where I'm punching.

12         Q.    Okay.  So that's part of your process is

13    to see which face of the document has ink and

14    which face does not have ink in each of the

15    plugs?

16         A.    I'm making sure that when I punch the

17    hole that I'm not hitting ink on the opposite

18    side.

19         Q.    Okay.  Is that process described

20    somewhere in your report?

21         A.    No, it's almost like common sense.  I'm

22    not going to take samples, you know, where I get

23    ink -- where I would get ink on -- where I would

24    punch through and get ink from the other side.

25         Q.    In selecting your samples are there any

1                    G. LaPorte - Confidential

2    other procedural safeguards that you employ?

3        A.    Oh, yes, lots.

4        Q.    Okay.  Can you give me some examples?

5        A.    The first thing is that I make sure when

6    I'm taking samples -- well, I would say the first

7    step is to make sure I don't want to -- I'm not

8    going to hit a sample of ink on the other side

9    for my GC/MS testing.

10              The next is I then look at it under -- I

11   look at the ink or the letters words with a

12   magnifying device.  And then I find specific

13   areas that are amenable to what I would say the

14   ink analysis part.  And that is generally don't

15   like to get into the curve areas.  Ballpoint inks

16   will also do what's called gooping so I stay away

17   from the goop.  I try to get straight lines and

18   then when I find a nice area that looks

19   consistent with pressure, typically like the

20   middle of the stroke -- like if you're drawing a

21   line -- and I'm just thinking of the letter "G"

22   if I go up with the letter "G" in all likelihood

23   I'll put more pressure down on the bottom or the

24   top.  So I find this ideal kind of the area in

25   the middle.  And based on the microscopic

1                    G. LaPorte - Confidential

2    analysis I make sure that the ink is not -- it's

3    more thick in one area than the other.  And then

4    I take a hole punch that will go into the

5    unheated vial and then I take a hole punch

6    adjacent to that area and then that will go into

7    the heated vial so that I'm keeping is as

8    consistent as possible with the amount of ink I'm

9    removing.

10        Q.   Have you completed your response?

11        A.   Yes.

12        Q.   So the gooping should be avoided

13    because, what, it could affect the amount of 2-PE

14    that's present on the document?

15        A.   The idea is that I want to try to as

16    much as possible to have similar amounts of ink

17    in the unheated and the unheated when I do the

18    testing.  Now, I'll correct for now with o-cresol

19    but for the most part I want to just make sure

20    I'm getting the same amount of ink.

21             Yeah, if I took from a goop area then I

22    might have more ink and also the goop might dry

23    differently because it's thick and it's heavy on

24    the paper.

25        Q.   Similarly with respect to a curved

1              G. LaPorte - Confidential

2    versus a straight line portion of the sample,

3    that could result in different amounts of ink

4    being removed, is that right?

5        A.   Yeah, depending on where it is in the

6    curve.  Like, you know, it depends on the

7    writing.  Some people may have a big curve.  If

8    you're kind of getting into sort of the middle of

9    that, that can work.  But, once again, it's all

10   about sort of identifying whether there is sort

11   of differences in the amount of pressure that was

12   applied, which you can see under the microscope

13   by the amount of ink that's deposited down.

14       Q.   The amount of ink deposited can vary

15   based upon whether there's gooping of ink,

16   whether there's curvature of the pen stroke and

17   whether there is a different -- or a lighter or

18   heavier pressure applied to the pen stroke; is

19   that right?

20       A.   Correct.  And then also at sort of the

21   tail or starting point of writing -- if you write

22   with a ballpoint ink sometimes it's doesn't --

23   not all of the ink is flowing out equally in the

24   beginning or when you're tailing off you lift the

25   pen so that you're not leaving as much ink in

1                    G. LaPorte - Confidential

2     there.  I kind of stay away from the ends.  I

3     like the centers.  Straight is nice -- is ideal

4     but it's not always that easy.

5           MR. BERMAN:  Let's take a five-minute

6        break.  It's been a while so let's do that.

7        Come back at 12:15.

8           (Whereupon, a brief recess was taken.)

9           MR. BERMAN:  I propose we make this into

10       a lunch.  We will come back at 1:00.

11          (Whereupon, a luncheon was taken.)

12       Q.    Mr. LaPorte, before our break you had

13    mentioned that you ran some quality control

14    tests, do you recall that?

15       A.    Yes.

16       Q.    Can I find information about what

17    quality control tests you ran in your report?

18       A.    That's all in my notes.

19       Q.    We were also talking about the output of

20    the GC/MS system and you had mentioned that the

21    GC portion results in graphical output, do you

22    recall that?

23       A.    Yes.

24       Q.    You explained to me that the output of

25    the graph shows time on a Y axis, is that right?

1                G. LaPorte - Confidential

2        A.    Correct -- I'm sorry, did I say "Y"?

3    It's an "X."  Sorry.

4        Q.    So X axis is left to right, correct?

5        A.    Correct, yes, the horizontal axis.

6        Q.    So when you're getting a measurement in

7    time, what does that mean?

8        A.    When a chemical or when a material goes

9    through the gas chromatograph, what happens is it

10   separates into it's different components and so

11   when it exits the gas chromatograph and enters

12   the mass spectrometer, that happens at a certain

13   time and based on the chemical makeup of all the

14   different molecules that be would be in

15   particular in the ink so all the different

16   components that come out -- they come out at

17   different times because they're --

18       Q.    Okay.

19       A.    Yeah, so 2-PE comes out at, you know, at

20   a retention time of approximately 5.30 minutes on

21   the program that I use.  Now, I do run a standard

22   of 2-PE beforehand so that I know that, you know,

23   that that's the retention time it should come out

24   at.

25       Q.    When you say you run a standard, does

1                    G. LaPorte - Confidential

2     that mean -- I'm paraphrasing -- you do a test

3     run of a sample of PE that you've known already?

4         A.    Yes.

5         Q.    So you're on that simple through your

6     system and you look and you see it comes out

7     about 5.3 minutes?

8         A.    Correct.

9         Q.    So these molecules are contained in the

10    GC system and then each kind of molecule will be

11    separated out at a specific point in time?

12        A.    Yes.

13        Q.    So the graphical read out that you get

14    will identify molecule one separates out at this

15    time, molecule two separates at that time?

16        A.    Correct.

17        Q.    And the MS portion is identifying the

18    molecule as it comes out?

19        A.    Yes.

20        Q.    So how do you compare the read out on

21    the GC/MS for the heated sample against the

22    unheated sample?

23        A.    So there's a software in the

24    instrument -- hold on, let me step back -- so the

25    Y axis is an approximation, if you will, or the

1                    G. LaPorte - Confidential

2      concentration of the 2-PE.  So think of a curve,

3      right, that comes out at 5.30 minutes and it does

4      that -- I guess I shouldn't be saying doing that

5      on the record -- so it makes a curve and then

6      what will happen -- so depending on the height of

7      that curve, that's typically -- I mean, that

8      represents the concentration.  So really the area

9      under the curve represents the entire

10     concentration of 2-PE.  So there's a read out

11     that -- or some data that's printed out that has

12     that what that corresponding area under the curve

13     represents in terms of a quantity.

14         Q.    So there's a mathematical computation of

15     the area under the curve?

16         A.    Yes.

17         Q.    How does that -- how is that compared

18     from the heated to unheated sample?

19         A.    So now I take that area under the curve

20     for the unheated sample, which is now -- and once

21     again I'm correcting it with the o-cresol --

22     remember I have internal standards -- so I use

23     the o-cresol so it goes into a big formula and

24     what will happen -- essentially what we're doing

25     is we're comparing the quantity of 2-PE from the

1                   G. LaPorte - Confidential

2       from that -- from the calculations under the

3       curve when it's unheated minus the quantity of

4       the 2-PE in the heated sample and then that's the

5       divided by the unheated and then you get a

6       percentage of how much 2-PE was lost from the

7       heated.

8           Q.    Are you referring to something that's

9       typically denoted as R percentage point or

10      percentage symbol?

11          A.    Yes, it can be R percentage or solvent

12      loss ratio, SLR.

13          Q.    Okay.  And the SLR or R percentage is

14      PEN minus PEH over PEN times 100 -- PE subscript

15      "N" minus PE subscript -- I'll call it an "H," it

16      might be a Greek symbol -- over PE subscript

17      "N" -- which, again, the "N" might be a Greek

18      symbol too?

19          A.    It's not.  "N" is not heated and "H" is

20      heated.  So it's pretty simple.

21          Q.    So it's the PE of the unheated sample

22      minus the PE of the heated sample over the PE of

23      the unheated sample times 100?

24          A.    Correct.

25          Q.    Okay.  So the PE of the heated sample,

1                    G. LaPorte - Confidential

2        is that the area under the curve for the heated

3        sample?

4             A.    Yes.

5             Q.    Okay.  So you're comparing the area

6        underneath the curve for each of these two

7        samples to come up with your solvent loss ratio?

8             A.    Let's not forget there's a -- the

9        o-cresol calculation is built in there too so

10       that everything is corrected to the o-cresol

11       level.

12            Q.    What does the o-cresol do to correct the

13       calculation?

14            A.    That's built into the calculation to --

15       so that if I have -- so, for example, if my

16       peak -- I call it my peak -- the curve for the

17       ACN in the cresol -- I'll use some real numbers

18       so we can -- so it's easier to explain.  So let's

19       say that peaks at 100, right, and the

20       phenoxyethanol peak is at 200, now when I run the

21       next sample my ACN plus my cresol might be at 150

22       and then my PE will be at 100.  So now I have to

23       correct because my standard is telling me that

24       there's going to be some variations so that the

25       internal standard is there to correct that value

1          G. LaPorte - Confidential

2    so we're not -- it's almost you're comparing

3    apples to apples at that time.

4         Q.   Is this process you just described using

5    the o-cresol to correct, is that referenced in

6    your report somewhere?

7         A.   I'm not sure if it's referenced in this

8    report but it's definitely -- I mean, it's in

9    literature.  It's kind of basic chemistry.  Using

10   internal standards is kind of I would say

11   standard in the industry for when you're doing

12   quantitation.

13        Q.   When you use the term ACN were you

14   referring to acetonitrile?

15        A.   Acetonitrile.

16        Q.   Acetonitrile.  Now, the concept

17   underlying the analysis of the solvent loss

18   ratio -- and I'm paraphrasing so correct me if

19   I'm wrong -- is that ink starts out fresh and

20   when it's fresh, it would be expected to

21   evaporate more, right -- did I get that part

22   right?

23        A.   Well, you're missing a part on the end

24   of what you're asking.  So --

25        Q.   Okay.  Go ahead.

1                    G. LaPorte - Confidential

2        A.   So the idea is if the ink the fresh that

3    more PE will be evaporated from the heated

4    sample.

5        Q.   Okay.  So if you have a fresh sample of

6    ink and you treat it with heat, you would expect

7    a large proportion of the PE-2 to cook off?

8        A.   Correct.

9        Q.   Okay.

10       A.   If I can from an analogy standpoint,

11   think about if you were to put fresh point on a

12   room in your house and it's really hot, right.

13   So the hotter it is, the more it will drive off

14   that solvent when it's fresh.  But once that

15   paint is dry and it's hot in the room, you're not

16   going to smell any solvents because it's dried

17   out.

18       Q.   Okay.  So in order to determine that a

19   lot of the PE-2 has cooked off, you would expect

20   to see a relatively high solvent loss ratio,

21   correct?

22       A.   Yes.

23       Q.   So is there a particular benchmark you

24   look for in your results to determine the age of

25   the ink sample?

1                    G. LaPorte - Confidential

2         A.    If it's 25 percent -- if the solvent

3    loss ratio exceeds 25 percent then you can say

4    with a high degree of probability or a high

5    degree of certainty that the ink is less than two

6    years old.

7         Q.    Okay.  Why 25 percent?

8         A.    That's the -- essentially, that's the

9    established number that's been used in the field

10   based on research.  I can tell you that I've

11   been -- I probably run this type of testing, I

12   don't know, hundred times a year at least and

13   I've done validation type samples.  So I will see

14   inks that are less than two years old that will

15   have values in the -- you know, 15 percent plus.

16   But the idea though is that there's kind of an

17   error rate built into all of that so that when

18   you have when you hit 25 percent, you have this

19   very high degree of confidence.  It allows you

20   what we call measurement error, which is a very

21   natural part of any kind of chemical

22   measurements.  There's going to be variation so

23   the 25 percent is, if you will, I think the best

24   way to put it is it's a conservative type number

25   that allows somebody to say something with a high

1               G. LaPorte - Confidential

2    degree of probability.  I don't want to use the

3    word "probability" because I don't want to

4    connote there's some statistics involved but it's

5    highly probable -- it's very strong evidence.

6        Q.   We're going to delve into that a little

7    bit more.

8        Are these validations that you just discussed

9    published?

10       A.   I have -- I certainly presented it

11   publically and -- about my validations and also

12   there's been a lot of work done by other

13   researchers in this particular area too.

14       Q.   Can I find any of those validations you

15   just referenced in any of these published peer

16   reviewed publications?

17       A.   I believe that -- so I published a

18   chapter in a text book and I believe I referenced

19   those validations.  There are peer review

20   publications that do contain this information as

21   well too.

22       Q.   Can you sitting here today identify any

23   of them for me?

24       A.   Yes, there's one by Gaudreau and

25   Brazeau.

1              G. LaPorte - Confidential

2      Q.    Aren't there some published works that

3   relied upon a higher threshold than 25 percent?

4      A.    Not necessarily for a two year

5   threshold.  There's a published paper that relies

6   on 35 percent to say that an ink is less than

7   18 months old.

8      Q.    Are there any with respect to the two

9   year threshold?

10     A.    25 percent is -- there are some -- there

11  are some other experts out there that will try to

12  divvy this up a little bit more and say that

13  it's, you know, less than twelve months, it's

14  less than eighteen months, it's less than six

15  months, you know, with a high degree of

16  probability.  I don't agree with that.  I like to

17  just use the two year threshold.

18          But there are certainly times where the

19  solvent levels are extremely high, which I found,

20  you know, in this particular case and I talk

21  about this in my report.  The solvent levels are

22  very high, much higher than I would expect to see

23  in anything that's, you know, four, four and a

24  half years old.  And in a solvent loss ratio it

25  exceeds that 25 percent.

1              G. LaPorte - Confidential

2      Q.   Have you completed your response?

3      A.   Yes.

4      Q.   Did you just tell me that you disagreed

5   with some of the different standards that are

6   being used for different aging periods?

7      A.   No, I would say that I'm more

8   conservative.  I don't necessarily disagree with

9   the idea of it.  It's not something -- I don't

10  adhere to the idea of trying to identify with a

11  high degree of probability that an ink is less

12  than six months old, you know, based on a certain

13  solvent level.

14     Q.   Well, I'm not sure I understood that.

15  Wouldn't be more conservative imply that you

16  would have a higher percentage threshold for

17  solvent loss in order be more confident in your

18  results?

19     A.   No, the higher -- the more conservative

20  is using the two-year threshold.  Nobody that I

21  know of -- there's nothing in the literature that

22  would even suggest that a value above 25 percent

23  would indicate that an ink is more than two years

24  old.  And based on -- I've done presentations on

25  this data as well too where I've looked at known

1                G. LaPorte - Confidential

2    samples that were known to be more than two years

3    old and I've never seen any level above

4    25 percent.

5        Q.    We'll turn to that a little bit more

6    later.

7        With respect to your general thesis, right,

8    which is that for a document, you would expect to

9    see a higher solvent loss ratio if it was a newer

10   document, right?

11       A.    Not necessarily.

12       Q.    Why or why not?

13       A.    So the way you're asking the question

14   now almost implies that we can compare solvent

15   loss ratios.  The issue with that though is that

16   if inks have different formulations, they may dry

17   at different rates.  So we kind of stay away from

18   the idea of comparing -- you know, especially if

19   inks are different formulations and then using

20   that for each.

21           The other thing is that there may be --

22   so we can have two documents.  And, once again,

23   depending on how the ink is aging a document can

24   be two weeks older than another document and then

25   maybe have a much lower level with the same ink

1          G. LaPorte - Confidential

2    under the same circumstances depending on when

3    you do the analysis in determining -- what the

4    true age of the documents are.  So if they're

5    like less than six months, we can see a lot of

6    variation in values, you know, spanning over --

7    whether you did the test, I don't know, when it

8    was five months old versus six and a half months

9    old.

10          And then also depending how the document

11   was stored.  If they're stored a little

12   differently, then you might have some

13   different -- you might have some variation in the

14   solvent loss ratio too.

15   Q.   In your report you state that you had

16   seen values in the high teens in known age

17   samples that were less than two years old many

18   times over the course of performing ink dating

19   analysis hundreds of times.

20          You stand by that statement, right?

21   A.   Yes.

22   Q.   So isn't that statement, that you have

23   observed values in the high teens for known age

24   samples inconsistent with your overall thesis

25   that, you would expect to see a high solvent loss

1          G. LaPorte - Confidential

2    ratio?

3          MS. PRIMAVERA:  Objection.

4     A.    No, not at all.  So my statement in my

5    report says that when you exceed 25 percent you

6    can say with a high degree of probability that --

7    sorry, a high -- with a high degree of confidence

8    that the ink is less than two years old.

9          But when we start narrowing that down

10   and we try to peg off and say, oh, well, it's

11   highly probable it's less than 12 months or it's

12   highly probable that it's less than six months,

13   then you start deviating really from the

14   conservative part about just staying with the two

15   years.

16    Q.   So let's stick with the two years for a

17   moment.

18     If I understand the underlying hypothesis

19   correctly, then wouldn't you expect less

20   certainty in the aging of the sample as the

21   percentage of solvent loss ratio decreases?

22    A.    Not necessarily.  I mean, so yes, we do

23   use that as kind of a benchmark.  But you can

24   have an extremely high level of 2-PE but then

25   also have a lower solvent loss ratio in and it

1          G. LaPorte - Confidential

2     just depends where the ink is in its aging

3     process, the type of ink that was used.  And as I

4     explained earlier I think we had discussed this

5     early on in the deposition, but what happens when

6     the ink dries is it's hardening.  So if it

7     hardens fast, you might be able you might trap a

8     lot of 2-phenoxyethanol -- 2-PE in it.  So you

9     trap the 2-PE in there as the ink hardens and

10    that can happen at stages.  Like, if it's not

11    fully hardened, right, and now we heat it, then

12    we'll let all that 2-PE out.

13          Trying to interpret solvent loss ratio

14    levels outside of the fact that, you know, an ink

15    is less than two years old gets very complicated.

16    Q.   Well, let's stick with the two year

17    measurement you're referring to, which you

18    mentioned was the most conservative approach,

19    correct?

20    A.   Yes, from a highly probable -- from a

21    highly probable means that I'm virtually certain.

22    As a -- I've been a forensic scientist for 29

23    years.  I would hope that I would never be wrong

24    about something so I want to be as conservative

25    as possible so I like to stick with the two years

1                G. LaPorte - Confidential

2    in that 25 percent threshold but there are times

3    when, you know, let's say I have a little less

4    confidence but I have a high level of 2-PE and

5    I'm close to 25 percent, you know, that's still

6    strong evidence that it's not two years old.

7        Q.   I thought you said 25 percent is the

8    threshold and it has to be higher than

9    25 percent.

10       A.   For a highly probable.  We have

11   different degrees of conclusions.

12       Q.   Okay.  Then can I understand that to

13   mean that you have less certainty as the

14   percentage of solvent loss ratio decreases?

15       A.   It will depend on the amount of 2-PE

16   present also, whether you -- so in this

17   particular case, I would say that the 2-PE levels

18   were -- I'm just looking at this real quickly --

19   I would say about three to four times higher than

20   what I would normally see in something that's,

21   you know -- what I would see in something that's

22   less than two years old.

23            So just to throw a number out, so one of

24   these levels came out to 1.2 million.  What I

25   would expect to see sometimes or what I typically

1              G. LaPorte - Confidential

2    would see with 2-PE levels that, you know, are

3    showing less than two years old might be a

4    400,000.

5        Q.   That 1.2 million data point you

6    mentioned, is that in your report?

7        A.   It's all in my -- it's in my work file

8    in my notes.

9        Q.   Aren't there cases where you have

10   testified that you cannot draw conclusions from

11   result that are below the 25 percent threshold?

12       A.   Not a highly probable and solely based

13   on a threshold.

14       Q.   Went you say the "threshold," are you

15   referring to that 1.2 million number that you

16   just referenced?

17       A.   No.  Sorry.  So it's if there's -- if

18   there is an extremely high level of 2-PE and then

19   you have a sample of ink or that -- you know,

20   that's showing -- that doesn't get to 25 percent,

21   you're confidence level can decrease.  But in

22   this particular case the ink from Q8 was the same

23   as the ink from Q12.  So we can draw some

24   parallels with that same formulation of ink

25   that's being used.

1              G. LaPorte - Confidential

2      Q.   Did you tell me earlier that you don't

3   like to say they're the same?

4      A.   So they're matching formulations of ink.

5      Q.   Didn't you testify in the Malek matter

6   that if the amount of the solvent decreases by

7   25 percent once it's heated then that tells you

8   that it's fresh because you're able to drive off

9   all the solvents?

10      A.   In the Malek matter I believe I would

11   have testified to something like that.  I don't

12   have my transcript.  There's lot more that I had

13   before and after I think I made that statement.

14           MS. COLWIN:  Objection.

15      Q.   Was there a Grosvenor matter you were

16   testifying in?

17      A.   Where did that take place?

18      Q.   Give me a moment that was in the Matter

19   of Grosvenor Property Developers Limited (In

20   Liquidation) in the Matter of Insolvency Act

21   1986, which was in the high court of Chancery,

22   which I believe is London, England.

23   Does that sound familiar?  It's referenced --

24      A.   Yes.

25      Q.   -- it's referenced in your report --

1                    G. LaPorte - Confidential

2    both of these matters are referenced matters

3    where you were an expert.

4        A.    Yes, I remember the Grosvenor matter.

5        Q.    In this matter didn't you conclude that

6    an eight percent result -- that based on a

7    chemical analysis you performed using duplicate

8    sampling, the average amount of 2-PE lost in a

9    signature was eight percent, which did not exceed

10   the 25 percent value necessary to conclude that

11   an ink is less than two years old?

12       A.    Yes, with a high degree of probability.

13             MS. PRIMAVERA:  Objection.

14       A.    Anything less than ten percent is

15   pretty -- I don't -- I can't say that it proves

16   that a document is more than two years old but

17   it's a level that you shouldn't make any

18   interpretations from other than really it's

19   inconclusive.

20       Q.    Where does that ten percent number come

21   from?

22       A.    No, I'm just saying that based on my

23   experience.  When I get single digit numbers like

24   that, that to me that's inconclusive.

25       Q.    So that's based upon your independent

1          G. LaPorte - Confidential

2   experience and judgment?

3       A.   Based on performing this testing, you

4   know, for the past 18 years and hundreds of times

5   per year, yes.

6       Q.   Okay.  So is there any widely accepted

7   scientific standard that reflects that a ten

8   percent of the threshold?

9       A.   No, I'm just saying that when I get a

10  single digit number based on doing known -- you

11  know, analyzing known samples, that's not a

12  number that you can draw a conclusion from.

13      Q.   Okay.  So somewhere between ten percent

14  and 25 percent that changes?

15      A.   No, it all depends on the amount of

16  2-phenoxyethanol and that would depend on the

17  confidence or the type of conclusion that you're

18  going to draw.

19      Q.   When you say it depends at least in part

20  on the amount of 2-PE, right, what's the standard

21  for how much 2-PE there should be?

22      A.   So that would be based on experience and

23  that's difficult to put because the method that I

24  use may be more -- the way I extract the ink and

25  the method that I use, I'm accustomed to what I

1                G. LaPorte - Confidential

2    would consider to be a very high level.

3        Q.    In the Grosvenor never matter you stated

4    that it is requisite that the established

5    threshold level of 25 percent be exceeded to

6    conclude with strong evidence that the signature

7    was executed within the past 24 months.

8        Do you still stand by that statement?

9        A.    Yes.  Keep in mind that in the UK we

10   generally don't use our same conclusion area

11   scale as we do here.  But, yes, so that would be

12   very strong evidence to be able to say above

13   25 percent.

14            And if I remember correctly in the

15   Grosvenor matter, there was a very low level of

16   2-PE as well too.

17       Q.    Well, again, the amount of 2-PE is not

18   referenced in your report in the Grosvenor matter

19   so I can't make that determination.  I'll have to

20   take your statement as face value for that.

21       A.    Yeah, it was a low level.  I mean,

22   usually when getting at eight percent it will

23   be -- you know, anything with single digits

24   typically it would be in the low level of 2-PE.

25       Q.    So let's talk about the sampling for a

1                G. LaPorte - Confidential

2    moment.  You took two samples of document eight

3    here, correct?

4        A.    (No verbal response.)

5        Q.    Remember we talked about the sixteen

6    plugs, you divided it into two trances of eight.

7    You did a heated sample of four, an unheated

8    sample of four and then you ran that test twice,

9    right?

10       A.    Correct.  Q8 was the 830, 821, right?

11       Q.    Correct.

12       A.    Yes.

13       Q.    So we agree on that, right?

14       A.    Yes.

15       Q.    And you came up with two different

16   measurements; one for each set of samples, right?

17       A.    Correct.

18       Q.    And there was some variance between the

19   results obtained between sample pairing one and

20   sample pairing two, correct?

21       A.    Correct.

22       Q.    Are you familiar with the concept of

23   standard deviation?

24       A.    Yes, I am.

25       Q.    Is there some reason that that concept

1                G. LaPorte - Confidential

2    is inapplicable to your sampling here?

3        A.   Because they're two levels that I got --

4    that I obtained, there were 33 percent and

5    28 percent.  Both were above 25 and it averages

6    to 31.  I can tell you that a five percent

7    difference isn't a lot of standard -- there's not

8    lot of standard deviation in there.

9            No, I don't need to use a standard

10   deviation because it will not go below

11   25 percent.

12       Q.   What do you base that on?

13       A.   Because the two numbers are 33 and 28.

14   So it would be -- how can that -- when you

15   average that, that's 31.  So how does that go

16   below 25 when you don't have a number below 25?

17       Q.   What I'm asking you is how does the mean

18   of the two measurements impact whether the

19   standard deviation is applicable to your

20   analysis?

21       A.   The standard deviation applies to the

22   mean.

23       Q.   Are you aware that with a sample size of

24   two the standard deviation for the sample

25   measurements is 6.25?

1                    G. LaPorte - Confidential

2          A.    No --

3               MS. PRIMAVERA:  Objection.

4               MS. GUERON:  Objection.

5          A.    No, that's not -- when you do an average

6      of 33 and 28 both values are above 25 so the

7      average is 31 but it's not below -- neither of

8      those values are below 25.

9          Q.    The average is, in fact, 30.5, isn't it?

10         A.    I can tell you everything is rounded

11     because everything is plugged into an Excel

12     worksheet.  Everything is rounded to -- the other

13     thing is mathematically when you average 33 and

14     28, which have no decimals on them, its improper

15     to actually put a decimal on there.

16         Q.    Okay.  Regardless, would you agree with

17     me that the calculation of a mean and the

18     calculation of the standard deviation are going

19     to give you different results?

20         A.    Yes, of course.

21         Q.    Have you considered the confidence

22     interval that applies to your results as a result

23     of the standard deviation?

24         A.    It's not necessary because they're above

25     25 percent.

1                G. LaPorte - Confidential

2      Q.   But, again, this 25 percent is not a

3   standard number, it's just based upon your

4   experience, right?

5            MS. PRIMAVERA:  Objection.

6            MS. GUERON:  Objection.

7      A.   No, you're mischaracterizing what I

8   testified to here.  25 percent is something

9   that's been established in the literature and is

10  used by a number of other ink experts.

11  25 percent for two years is a -- is a

12  well-established figure.  I'm saying both of

13  these numbers are both 25.  So if I had 27 and a

14  23, then I would have to do the average of that

15  right and that would be different.  But both

16  these numbers are over 25.

17     Q.   Setting aside -- I agree both these

18  numbers are over 25 so we're on the same page

19  with that.

20     What I'm basically getting at here is how do

21  you know you don't have sampling error when you

22  only have two samples with a sample size of two

23  you would have a standard deviation of 6.25,

24  which leaves you a very wide range -- with a

25  sample size of two measurements, how can you be

1              G. LaPorte - Confidential

2    sure that you eliminated measurement error from

3    the possible solutions here?  How do you know you

4    just haven't sampled two results that happen to

5    be above 25 percent where as if you took more

6    samples you might get numbers under 25 percent?

7              MS. PRIMAVERA:  Objection.

8         A.   So, first of all, I don't know where

9    you're getting your standard deviation and what

10   confidence interval you're using for that.  I'm

11   not going to accept what you're telling me is the

12   standard deviation.

13             But to answer your question with respect

14   to measurement error that's why I run the samples

15   twice.  Can we run three, four, five, six or ten

16   times, yes.  To me, with a 33 and 28 so we --

17   that's actually a very good level.  And then

18   don't forget what I said earlier, is 25 percent

19   is really -- it has some error built -- it has

20   measurement error built into it already.  So when

21   I'm above 25 percent with two measurements and

22   both of those are, you know, what I'm seeing in

23   terms of my data, there's consistency with my

24   internal standard, with the blank that -- sorry,

25   with two samples that I ran in terms of the way

1                   G. LaPorte - Confidential

2      they look on the GC/MS.  So all of that is

3      consistent.  There is no indication here

4      whatsoever that there would be a lot of

5      measurement error in these two.  These are

6      actually pretty good values -- these are strong

7      values and they're both above 25 percent.  I'm

8      100 percent confident in the data.

9          Q.   Well, we can we can view that

10     differently.  I understand you took two

11     measurements and they're both over 25 percent.

12     Sitting here today you can't tell me that if you

13     took more measurements you wouldn't get any

14     results under 25, can you?

15          MS. COLWIN:  Objection.

16          A.   Now, we can go for anything in the world

17     that's done when you're take measurements.

18          I can tell you I have a very high degree

19     of confidence in these values based on the data

20     that I have and based on the fact that there's

21     not a lot of deviation in these values either.

22          Q.   Your confidence is not based upon any

23     inferential statistic work, is it?

24          MS. PRIMAVERA:  Objection.

25          A.   It's based on the average value.  The 33

1              G. LaPorte - Confidential

2    and the 28 if we go your way could be 40 and 37.

3    It can go in both directions.  So when you say

4    I'm not sure -- well, it be 40 percent also if

5    we're taking measurement error in.

6              I have two values that are close in

7    proximity to each other and the data -- the data

8    is very strong and supports what I'm seeing in

9    these values to give you an extremely high degree

10   of confidence in the results.  I have no doubt

11   about the result at all.

12   Q.    That's not my question.  I understand

13   that.

14        What I'm trying to just clarify here.  Your

15   degree of certainty is not based upon statistical

16   analysis, it's not based upon a confidence

17   interval based upon the standard deviation, do we

18   a agree on that?

19              MR. PRIMAVERA:  Objection.

20   A.    Not really because it's based on the

21   fact that these levels exceed 25 percent.  I

22   mean, that's -- the 25 percent has been a value

23   that's been established really through a lot

24   of -- you know, a lot of research, a lot of

25   science that that is a very conservative level to

1                    G. LaPorte - Confidential

2     be able to say that something --

3         Q.    Have you completed your response?

4         A.    No.

5             MS. PRIMAVERA:  I'm sorry, I don't think

6         he finished.  But go ahead.

7         A.    So the 25 percent threshold level has

8     uncertainty built into it.  I've never seen a

9     sample that was -- that was more than two years

10    old that even exceeded 20 percent.

11        Q.    Have you completed your response?

12        A.    Yes.

13        Q.    I understand that you're telling me that

14    this is based upon your scientific experience.

15    I'm trying to clarify that whatever science

16    you're applying is not statistical science.

17            MS. PRIMAVERA:  Objection.

18        Q.    Do you have any degree in statistics or

19    any --

20        A.    I have --

21        Q.    Go ahead.

22        A.    I have minor in statistics, yes.

23        Q.    When I'm referring to "statistics," you

24    know what I'm referring to, right?

25        A.    Yes.

1          G. LaPorte - Confidential

2     Q.   So you understand the concept of a

3   confidence interval?

4     A.   Yes.

5     Q.   So the confidence that you have here is

6   not based upon any particular confidence

7   interval, is it?

8          MS. PRIMAVERA:  Objection.

9     A.   No, because I did not do the full -- I

10   don't have to do a statistical analysis when I

11   have two levels that are above the 25 percent

12   threshold.

13          What that tells me is if you have a 28

14   and 33 is this -- you know, going with your

15   argument this could just as easily be 35 and 40,

16   right?

17     Q.   It can be anything --

18     A.   28 and 33 it does not go below 25.

19   There's no indication here that these levels

20   are -- not to mention these are extremely high

21   levels of 2-PE in these samples.

22     Q.   Let me give you an analogy, okay?  We

23   can we can stipulate that it's an analogy.  It's

24   not exactly pertinent to this particular fact

25   pattern.

1              G. LaPorte - Confidential

2        For example, if you wanted to determine the

3   temperature in a room, okay, you might take

4   samples of the temperature, right?

5        A.   Yes.

6        Q.   And your certainty as to the actual

7   temperature of the room is going to increase as

8   you take more samples, right?

9        A.   Yes.

10        Q.   And if in that room there's an air

11   conditioner on one side of room and a heater on

12   the other side of the room then it's going to

13   matter where you draw your samples from, correct?

14        A.   That's a possibility.

15        Q.   And if you take two samples and you

16   happen to take the two samples near that air

17   conditioning, you're going to get one set of

18   values, right?

19             MS. PRIMAVERA:  Objection.

20        A.   Yes.

21        Q.   And if you take two samples on the other

22   end of the room next to the heater you'll get two

23   other results, right?

24        A.   Yes.

25             MS. PRIMAVERA:  Objection.

1           G. LaPorte - Confidential

2      Q.   So can you have any degree of confidence

3 about the temperature in the room overall if your

4 two samples are near either of those two end

5 points?

6           MS. PRIMAVERA:  Objection.

7      A.   Your analogy is completely wrong.  The

8 way your analogy should be presenting is if we

9 wanted to know if the temperature in room was

10 above 65 degrees and we took a measurement in one

11 area that was 69 and the other a was 66 then we

12 can say that with a pretty high degree certainty

13 that it's not below 65.  You're taking an

14 absolute value and trying to statistically

15 analyze this.  This is based on a threshold value

16 of 25 percent and both numbers are above

17 25 percent.

18      Q.   Let's look at -- in your methodology you

19 heated your samples to 70 degreed for 90 minutes,

20 right?

21      A.   Correct.

22      Q.   Aren't there other published works where

23 you heat the samples to 80 degrees?

24      A.   So there's been research in this area if

25 I heated the samples to 80 degrees, there's a

1                    G. LaPorte - Confidential

2     chance I would actually get much higher levels.

3     The idea of using the 70 degree Celsius

4     temperature is that we don't want to heat it too

5     much.  We just want to lightly agitate the ink

6     because once we start heating it at higher

7     temperatures then it could actually be drier but

8     the high temperature will break that apart.  So

9     70 degrees has been sort of optimized I will say

10    that.  And I did -- we did our own research when

11    I was at the Secret Service where we tested

12    100 degrees, 50 degrees, 80 degrees -- we did a

13    whole range of temperatures.  We did find out

14    that, like, 100 was way too high.  You'll elicit

15    2-PE -- high levels of 2-PE when you start

16    heating at 100 degree Celsius.

17          So 70 is an optimal temperature that's

18    really intended not to -- if you will, not to

19    disturb the ink too much but just to lightly

20    agitate it.  And if it's fresh, then you'll still

21    elicit lots of 2-PE.

22       Q.   Okay.  But that's not what I asked you.

23    I asked you if there are other papers where the

24    samples are heated to 80 degree?

25       A.   I'm note sure if those papers are

1              G. LaPorte - Confidential

2    research papers or if they're actually, you know,

3    papers where they use that methodology in case

4    work.

5        Q.    Are you familiar with the work of

6    Dr. Valery Aginsky?

7        A.    Yes.

8        Q.    Are you familiar with his paper,

9    Determination of the Age of Ballpoint Pen Inc by

10   gas and densitometric thin-layer chromatography?

11       A.    So I believe that was like a 1990

12   publication.  I know Dr. Aginsky uses 70

13   degrees -- now he does.

14       Q.    In that paper he used to 80 degrees,

15   didn't he?

16       A.    I think that was in the '90s, yeah.

17   That's when we started -- there was a process

18   that went on.  The Canada Border Services Agency

19   did research in this area as well.  They

20   optimized 70 and then when I was at Secret

21   Service we liked the idea of 70 as well.

22       Q.    Do we agree that standards change over

23   time?

24       A.    So that's more --

25            MS. PRIMAVERA:  Objection.

1           G. LaPorte - Confidential

2      A.   As a scientist I would say that our

3    knowledge should evolve over time, right, it gets

4    better.  So the idea that you know Dr. Akinsky

5    was using 80 degrees back in the 1990s -- you

6    know, we learned a lot since then.

7      Q.   In connection with your heating of the

8    samples, is it your position that this is a model

9    that's generalized to all inks stored in

10   different conditions and on different papers?

11     A.   So there's been a lot of research

12   looking a different papers in different

13   conditions.

14           But, generally speaking, this model

15   applies to the document that have been stored at

16   what I would call general room temperature,

17   indoor environment type things.  So it's not --

18   you know, it's not intended for documents that

19   have been, you know, stored in the extreme cold

20   or, you know, but if a document was exposed to

21   extreme heat then actually we probably wouldn't

22   get values like this because it would evaporate

23   the 2-PE.

24     Q.   Are you familiar with the work of a

25   Celine Weyermann?

1          G. LaPorte - Confidential

2     A.   Yes.

3     Q.   Are you familiar with the paper, the

4    Potential of Artificial Aging for Modeling of

5    Natural Aging Processes of Ballpoint Ink?

6     A.   Yes, and I believe that refers to dye

7    components.

8     Q.   There's statement in that paper that

9    says no model can be generalized to all inks

10   stored under different conditions and on

11   different papers.  Do you agree with that

12   statement?

13    A.   I would agree different conditions, yes.

14   Like -- and I just explained that; extreme cold,

15   extreme heat.

16    Q.   And you're familiar with the work of

17   Agnes Koenig?

18    A.   Yes.

19    Q.   Are you familiar with the paper

20   Comparative Study of Ballpoint Ink Aging

21   Parameters Using GC/MS?

22    A.   I believe so.

23    Q.   Okay.  And do we agree then -- I think

24   you mentioned this in your previous testimony --

25   that the shape of the curvature of an ink stroke

1                    G. LaPorte - Confidential

2    can impact the amount of concentrate that's

3    lifted from the paper?

4        A.    Yes.  So the idea is that -- depending

5    how it's curved and whether somebody is actually

6    holding their pen on an angle when they go

7    through that and how much they angle, yes,

8    there's different amounts of ink that will be

9    deposited during that sequence of writing.

10       Q.    Okay.  And in research work, ink entries

11   are generally drawn as straight lines, correct?

12       A.    Not necessarily.  I believe there has

13   been some research -- actually Canada Border of

14   Services Agency where they actually had some

15   writing that they looked at well.  I know when I

16   was at the Secret Service -- and we did research

17   in area -- we did straight lines and then we did

18   writing too.  But it's more to help you sort of

19   understand -- you know, this is all part of the

20   research mechanism to control variables as much

21   as possible.

22       Q.    But in -- outside of a lab when writing

23   actually hits the page sometimes the lines are

24   not straight, correct?

25       A.    Oh, yes, I think I explained that

1              G. LaPorte - Confidential

2    earlier there's -- yes.

3        Q.   If you have, for instance, the letter

4    "O," isn't the solvent going to defuse

5    differently than if you have just a straight

6    line?

7        A.   Not necessarily.  It depends on how the

8    "O" is -- you know how big the "O" is, where

9    you're testing from the "O."  And then once

10   again, this is based on a microscopic analysis in

11   making -- you know making a judgment of how much

12   ink -- if it looks -- if it appears to be heavily

13   inked in one area versus the other.

14       Q.   Okay.  Do you agree with the statement

15   that higher quantity of solvents may be found in

16   letter with dense lines compared to a straight

17   line of the same length?

18       A.   No, not necessarily because I think it

19   all depends on -- so the key that's missing from

20   all of this that -- the questions that you're

21   raising is that if you take unheated and heated

22   samples from the same place, right, then none of

23   that matters.  As long as you're taking adjacent

24   pairs of hole plugs where the holes are adjacent

25   to each other.  If you're in a heavily inked area

1                    G. LaPorte - Confidential

2       versus a lightly inked area, that's fine.  The

3       part where you can create a lot of deviation

4       would be if you're taking an unheated punch from

5       one area and then a heated punch from a

6       completely different area.

7           Q.    I think we discussed earlier that the

8       pen flow rate matters in terms of the results,

9       correct?

10          A.    If you're making absolute measurements,

11      yes.  We're not making absolute measurements

12      because we're comparing unheated with heated all

13      the time and those hole punches are taking from

14      the same area.  This is -- I explained a lot of

15      this in the book chapter that I wrote on this

16      about sampling and it's definitely important.

17      But it's all about taking -- when you take those

18      paired samples, making sure they're from the same

19      area.

20          Q.    Are you familiar with the paper by

21      Magdalena Ezcurra, E-Z-C-U-R-R-A, Analytical

22      Methods For Dating Writing Instruments Inks on

23      Paper?

24          A.    Yeah, I believe she's from South

25      America.  Is it Brazil or --

1                G. LaPorte - Confidential

2        Q.    I can't determine that based on her name

3    but I'll take your word for it.

4        A.    Not based on her name.  I didn't know if

5    the paper -- but, yeah, I know they've been doing

6    some work down in South America.

7        Q.    Okay.  Are you familiar with her

8    interaction plots for DR fitted means?

9        A.    I know -- I read that paper but, no, I'm

10    not -- I don't know off the top of my head.  I

11    would have to have that paper in front of me.

12        Q.    Do you disagree with her work in that

13    paper?

14            MS. PRIMAVERA:  Objection.  He didn't

15        read it.

16        A.    Yes, I would have to go back to this.  I

17    can say with a very high degree of confidence

18    that I've read every paper that has to do with

19    ink dating -- assuming that it's in English as

20    well too.  But that one -- it's been a while

21    since I reviewed that.  I would have to have the

22    paper in front of me.

23        Q.    Okay.  Do you agree that the paper can

24    impact the analysis -- the paper that the sample

25    was drawn from?

1                    G. LaPorte - Confidential

2          A.    In terms of what type of paper?  Like,

3     what do you mean by the paper?

4          Q.    For instance, does it make a difference

5     whether it's recycled or non-recycled paper?

6          A.    As I mentioned earlier -- and I've done

7     the same work my myself when we were at Secret

8     Service.  Yeah, paper can have an impact but

9     typically the type of paper that you use isn't

10    going to make the process slower, if you will.

11    So usually the paper -- depending on the paper --

12    like highly calendar paper, very smooth paper,

13    glossy type paper, the 2-PE will evaporate very

14    fast from it because it doesn't really absorb

15    into the paper as much.  But none of these

16    studies really talk about -- I mean, they don't

17    show that that certain type of paper will

18    actually cause the drawing to be extremely slow.

19    And that does go for when you're comparing -- you

20    know, obviously, when I compared Q80, I'm

21    comparing the samples from the same paper.  So

22    once again, this is a relative comparison.

23            If I was comparing these samples to

24    another page, then that's when you have to be

25    careful in interpreting the solvent loss ratios.

1                    G. LaPorte - Confidential

2        Q.    Are you familiar with the work of

3    Patricia Giebink, G-I-E-B-I-N-K, Erich Speckin,

4    Jason Harner, The Dating of Writing Inks Through

5    2-phenoxyethanol?

6        A.    That's a not a peer reviewed published

7    paper though.

8        Q.    Are you familiar with that work?

9        A.    I am familiar with the work.  They

10    presented it at a meeting but it was never peer

11    reviewed and published.

12        Q.    Have you critiqued that work?

13        A.    Probably, yes.

14        Q.    Do you -- are you familiar with

15    conclusions in that paper?

16        A.    I wouldn't trust the conclusions in that

17    paper, it's never been peer reviewed.  I believe

18    that's a paper from 2000 -- maybe mid 2000s --

19    2010, '11, something like that.  They never

20    produced any other data.

21        Q.    Do you agree with the statement that the

22    long-term behavior of solvent evaporation isn't

23    well-known or understood?

24        A.    It depends how you determine long-term.

25    I think -- I would say it's pretty well

1                   
2 foundational that the two year threshold is
3 something that everybody is comfortable with.  If
4 somebody found high levels of 2-PE in a document
5 that was greater known to be greater than two
6 years, they would publish that very fast, as
7 would I.
8     Q.   Are you familiar with the paper again by
9 Celine Weyermann, Joseph Almog, Jurgen Bugler and
10 Antonio Cantu?
11     A.   Yes.
12     Q.   Entitled Minimum Requirements For
13 Application of Ink Dating Methods Based on
14 Solvent Analysis in Case Work?
15     A.   Yes, I'm aware of all of those authors.
16 Specifically I trained under Dr. Cantu.
17     Q.   Dr. Cantu is a well-respected person in
18 this field of study, correct?
19     A.   He's well-respected, yes.  I trained
20 under him.
21     Q.   As is Dr. Aginsky, correct?
22     A.   Dr. Aginsky, we have some -- I will say
23 we have some differences.  But I would say that a
24 lot of the work he's done in this filed has been
25 instrumental.

1          G. LaPorte - Confidential

2     Q.    Isn't he the inventor of this 2-PE

3  solvent loss ratio methodology?

4     A.    Not necessarily would I call him the

5  inventor.  He certainly had a big part in moving

6  this.  The way I would characterize this is

7  there's been a lot of research in this area that

8  added on to Dr. Aginsky's initial finding.  But

9  really where it all started was back in the 1980s

10 by a gentleman by the name of Larry Stewart and

11 sort of built from there.

12    Q.    Is Celine Weyermann respected in this

13 field of study?

14    A.    Celine Weyermann -- I know Celine very

15 well, she's a researcher.  She doesn't do case

16 work so she's used to working in a research

17 environment but I know who she is.

18    Q.    Okay.  Turning back to the paper I just

19 mentioned, Minimum Requirements For Application

20 of Ink Dating, there's a statement in that paper

21 that says, moreover, the time span that can be

22 considered to date inks through solvent analysis

23 using GC/MS is seriously questioned in the

24 forensic community.

25        Do you agree or disagree with that statement?

1          G. LaPorte - Confidential

2     A.   I would have to -- I would have to see

3   what the statements are before and after what you

4   read me.  But what I would agree with is that the

5   timeframes of using three months, six months,

6   nine months, twelve months, eighteen months,

7   there's -- I would say there's a fair amount of

8   contention with that.  But the two year

9   timeframe, like I said, I'm not aware of anybody

10  that's ever said that when you look at -- you can

11  examine a document that's over two years old and

12  you'll have high levels of solvents in them.

13     Q.   The next very next line in that same

14  paper says, Brunelle and Crawford stated the that

15  ink dating dated technology which is based on

16  GC/MS analysis cannot be used to date inks over

17  six months old and Bugler et al recommended to

18  analyze ink with a maximum age of three to

19  four months.

20     Do you agree or disagree with that statement?

21     A.   I totally disagree.  Brunelle and

22  Crawford was a -- Brunelle was doing ink analysis

23  back in the 1960s and he's been retired for, I

24  don't know, 30 -- 25, 30 years.  So their

25  assessment of GC/MS is based on very old

1                    G. LaPorte - Confidential

2     technology.

3              In terms of Bugler, the method got a

4     little more perfected in terms of determining

5     that.  I think a perfect example would be --

6     we've all had -- all of these people that you're

7     mentioning, if they worked in operational

8     laboratories you would see -- you do see

9     occasionally levels that are going to be very

10    hike, depending on the ink, that are going to

11    be -- you know, more than four or five or

12    six months old.

13       Q.   Are you familiar with the paper entitled

14    The Dating of Writing Inks Through

15    2-Phenoxyethanol Using Gas Chromatography-Mass

16    Spectrometry by Patricia Giebink, Erich Speckin,

17    Jason Harner?

18       A.   One again, that's not peer reviewed

19    so --

20       Q.   Is that the same paper we were talking

21    about earlier?

22       A.   I don't know if it's the same paper but

23    I know they never published anything so...

24             MR. BERMAN:  Toni, can you pull up the

25        document in the third e-mail I sent you,

1              G. LaPorte - Confidential

2      it's entitled At Six Years.

3      Q.    Mr. LaPorte, I'm showing you an excerpt

4    from that paper -- the citation is actually

5    listed below the table.  The banner at the top

6    was applied not by the paper, we added it on

7    there, just to be clear.

8      A.    Yes, to confirm -- and I assume you know

9    that this is not from a publication -- a journal

10   publication.

11     Q.    This is from another form of paper

12   prepared by scientists in your field, correct?

13     A.    I'm going to politely say these people

14   are not qualified.  They have no -- they haven't

15   proper training in this particular area.

16     Q.    In your field isn't it true there are

17   very limited number of testifying experts on the

18   subject of ink dating?

19     A.    Yes.

20     Q.    Isn't Erich Speckin one of those

21   testifying experts?

22     A.    He's a testifying expert but his

23   opinions have been criticized by courts all over

24   the world so I don't -- I know Mr. Speckin.  This

25   data -- like there's no -- first of all, these

1                G. LaPorte - Confidential

2    are absolute measurements so I just -- there's no

3    data here review other than some numbers, which I

4    can tell you just looking at the numbers for

5    their concentrations, these are low level

6    concentrations for these inks.

7        Q.   Okay.  So you draw different conclusions

8    than these particular individuals did in this

9    paper?

10       A.   No, I think that would be incorrect to

11   say that I draw conclusions.  What I'm saying --

12   I wouldn't draw conclusions from this.  This

13   isn't data.

14       Q.   Okay.  Are you familiar with the work of

15   Carina Maria Bello De Carvalho?  There's a

16   paper -- there's a paper entitled Figures of

17   Merit Evaluation of GC/MS Method for

18   Quantification of 2-PE From Ballpoint Pen Ink

19   Lines and Determination of the Influence of

20   Support Paper on Solvent Extraction?

21       A.   I'm not aware of that publication.  Do

22   you have -- can you pull that one up?

23       Q.   I believe I can.  Hold on a second here.

24   Actually, I don't think that's one of my slides.

25   There's a statement in the paper where they took

1                G. LaPorte - Confidential

2    about the detection limits obtained for their

3    study and they talk about the limits of reliable

4    measures of 2-PE.

5        Are you familiar with papers discussing those

6    points?

7        A.    I would have to see that paper and what

8    their limited detections are.

9        Q.    I think we can probably -- you know

10   what, let's skip that one for now.

11       We talked earlier about Bugler and some other

12   authors, right?

13       There's another paper that I've seen by

14   Bugler, Buchner and Dallmayer, are you familiar

15   with their works?

16       A.    Yes.

17       Q.    They make a statement in that paper --

18   I'll read the quote, it says, quote, these

19   authors maintain the methods applied until now in

20   which a ratio is made between the amounts of PE

21   found in two samples of the same ink, one without

22   treating and another heated, may have significant

23   error due to possible variations in the two

24   samples removed from the same ink.

25       A.    Yes, so the key is "up until now."  So I

1           G. LaPorte - Confidential

2    worked with Dr. Bugler when I was in the Secret

3    Service, we worked together on some samples and

4    we worked with the Canada of Border Service

5    Agency.  This is when we were trying to optimize

6    the sampling.  One of the things that came from

7    that is when you take samples to do adjacent

8    samples, when you take them in pairs.

9        Q.   Okay.  There's a paper -- it's a paper

10   by Magdalena Ezcurra, we discussed previously,

11   Analytical Methods For Dating Modern Writing

12   Instrument Inks on Paper.

13       Are you familiar with that work?

14       A.   I know her work.  I would have to see

15   that paper.

16       Q.   They're talking about the evaporation of

17   solvents in ink to achieve an approximation of

18   age of the ink.  And there's a statement in there

19   that says, this method is based on publications

20   by Aginsky, 1996, and can be applied to determine

21   if an ink that contains PE as a solvent has been

22   entered on the paper in a period previous to a

23   year since the analysis is performed.  Does that

24   sound familiar?

25       A.   Yes.  So once again, I mean, they say a

1          G. LaPorte - Confidential

2    year and this is what I explained earlier in my

3    testimony is that I use that two year limit to be

4    extremely conservative to minimize the potential

5    of a false positive.  I mean, our goal -- at

6    least my goal -- I can speak for myself is I

7    never want to make an error.  I never want to

8    have a false positive.  I'm sure I can get it

9    wrong many times when I get a level that's below

10   25 -- I shouldn't say "get it wrong" but that's

11   an inconclusive level if you have, you know, of

12   course, like I explained like single digits but

13   that can never mean that it's generally -- that

14   the ink was generally done more than two years

15   ago.  So we kind of -- you know, through all of

16   this research that you've been pointing out,

17   we -- to me the two year threshold or that two

18   year level just gives you a lot of security.

19       Q.   Do you know whether either of the two

20   samples --

21            MR. BERMAN:  Withdrawn.

22       Q.   Do you know whether either of the two

23   documents that you reviewed, Q8 and Q12, do you

24   know whether either of them were on recycled

25   paper?

1              G. LaPorte - Confidential

2       A.   Q8 was on -- I believe it was on notepad

3    paper so I don't know if it's recycled or not.

4    And Q12 was a printout I think from a printer.  I

5    don't know if that was recycled paper either.

6       Q.   Do you agree that recycled paper may

7    contain more PE-2?

8       A.   No -- I test paper samples before I do

9    my testing.  My paper samples didn't show any

10   2-PE.  That's during the quality control process.

11      Q.   So your blanks contained no PE at all?

12      A.   Correct.

13      Q.   Is that reflected in your report

14   somewhere?

15      A.   It's certainly in my notes.

16           MR. BERMAN:  Toni, can we show him the

17      slide in the third e-mail that's titled

18      "Recycled Paper May Have More PE-2."

19           Whatever documents we showed Mr. LaPorte

20      today -- so far we showed him his expert

21      report, which we had marked as Plaintiff's

22      Exhibit 1.

23           Was the last document we showed him --

24      the second document that we put up today?

25      Mark that as LaPorte Exhibit 2 and let's

1                    G. LaPorte - Confidential

2          mark this one as LaPorte Exhibit 3, please.

3                    (LaPorte Exhibit 2 and LaPorte Exhibit

4          3, marked for identification.)

5          Q.   So are you familiar with this paper by

6     Carina Maria Bello De Carvalho?

7          A.   Yes, I saw -- I'm vaguely familiar with

8     this one.

9          Q.   And just to be clear, the green

10    highlighted material on the left, that's not part

11    of the paper.  That was applied on our end.

12         A.   Yes.

13         Q.   So there's a highlighted line on the

14    right panel, do you see that where it says,

15    relating to the experiment's testing the

16    influence kind of paper on 2-PE concentrations,

17    it can be concluded that the kind of paper exerts

18    importance in the 2-PE quantification.

19         Do you see that statement?

20         A.   Yes.

21         Q.   Do you agree or disagree with that

22    statement?

23         A.   So I disagree with the idea that this

24    would be applicable in my case.  First of all, I

25    ran paper solvent -- I ran paper blanks so I,

1                  G. LaPorte - Confidential

2      obviously, didn't get any 2-phenoxyethanol that

3      would be significant enough for me to stop my

4      testing.

5                  But secondly, this is comparative

6      method -- this is a relative comparison.  So if

7      I'm taking samples and analyzing those in doing

8      the heated and unheated and the paper is by

9      chance contaminated, I'm getting the same

10     contaminations on both samples so it does have an

11     effect.

12                 The other thing is I don't know where

13     they got their paper from.  I believe -- I don't

14     know where she is from -- I'm not sure if she's

15     actually from Spain or from South America but I

16     don't know where they got their paper from that

17     would show, you know, contamination of 2-PE.  I

18     don't know how old their paper was -- how old was

19     the paper?  Was it fresh out of the package?  And

20     I don't know where it was manufactured.  If it's

21     manufactured in a place where they have print ink

22     also or if the printing ink is coming through

23     from the wrapping that's labeled.  There's a lot

24     of variables.  I'm a little speculative about

25     this statement.

1          G. LaPorte - Confidential

2          And then also too, I will say this has

3     to do with measuring absolute values of

4     2-phenoxyethanol.  I haven't seen any of their

5     data that they ran in their laboratory.  Did they

6     run blanks on the GC/MS?  Is this contamination

7     from the GC/MS or is this really truly from the

8     paper.  So I have a lot of questions about this.

9          Q.   You seem to be inferring this paper is

10    about contamination, am I misunderstanding?

11         A.   No, it's about what it seems to be about

12    is that if you test recycled paper you can get

13    2-PE.  What I'm saying is it could be

14    contamination in the samples that they ran.  I

15    don't know that.

16         Q.   Okay.  If you look at the last sentence

17    on the right panel it says, in part, recycled

18    paper will become a routine paper in offices and

19    the aging behavior of pen inks in this kind of

20    paper should be studied.  Do you see that

21    sentence?

22         A.   Yes, I see the sentence.

23         Q.   So doesn't that indicate that they're

24    talking about the aging behavior of pen inks

25    rather than contamination?

1            G. LaPorte - Confidential

2       A.   No, it sounds like they detected 2-PE in

3    the paper.  All I'm say is I'm not privy to all

4    of their data and how they did their analysis and

5    whether that 2-PE is truly in the paper.  You

6    would have to show me that the paper industry is

7    using 2-PE in their paper production.  And these

8    don't seem like significant levels.

9       Q.   I want to draw a distinction for you

10   between two different concepts.

11       The first concept being the one you've

12   identified, which is whether there is 2-PE in the

13   paper itself, right?  Let's call that concept

14   one.

15       Concept two would be whether the tape of

16   paper that the ink is on affects the aging

17   behavior of that ink.

18       Do you understand the differentiation between

19   those two concepts?

20       A.   Concept two depends on concept one.

21       Q.   Well --

22       A.   What they're suggesting, right, is that

23   the paper contaminated and we should do more

24   studies to understand the aging characteristics

25   of the ink.  What I'm saying is I don't know if

1                    G. LaPorte - Confidential

2    concept one is actually -- you know, if that's

3    feasible to begin with.

4         How many pieces of paper did they test?

5    Did they confirm with manufacturer this paper has

6    2-phenoxyethanol somewhere in the manufacturing

7    process.  That's what I would want to know.

8         Q.   I think I understand your response on

9    that point.

10        What I'm asking you is something a little bit

11   different, which is if you have recycled paper

12   that does not contain any 2-PE of its own, can

13   that fact that there's recycled paper affect the

14   aging behavior of pen ink applied to that paper?

15        A.   If anything, I think I said this two or

16   three times already, but it wouldn't be expected

17   to make inks stay fresh for more than two years.

18   Are there differences in paper?  Absolutely, I've

19   already -- you know, I've already testified to

20   that, that there are going to be differences in

21   paper and how inks dry on those papers.  I'm not

22   debating that at all.  But is there any evidence

23   that -- is there going to be any scientific study

24   that shows that a certain paper will cause an ink

25   not to dry, I'm not aware of that.

1          G. LaPorte - Confidential

2     Q.   Okay.  Do you agree that samples may be

3  contaminated through solvent migration?

4     A.   So solvent migration is where you have

5  writing and that can contaminate sort of the

6  paper around the writing.

7          Now, when I did my testing I removed

8  paper blank samples from around the writing to

9  determine whether there was any significant

10  contamination.  I didn't -- I certainly didn't

11  detect that.

12     Q.   Well, can samples be contaminated

13  through any other means?

14     A.   They could if you had other pieces of

15  paper, you know, put on top of them, sure.  But

16  once again, we're do a comparison of the unheated

17  and the heated.  So the idea of cross

18  contamination with an unheated and heated when

19  I've done -- when I've actually performed testing

20  on the paper that's adjacent to where I do the

21  sampling, then that -- that's not likely in this

22  particular case.  And I would say like almost

23  impossible in this particular case.

24     Q.   Do you agree or disagree that

25  contamination can occur from other sources of

1                G. LaPorte - Confidential

2    2-PE in the environment where the document is

3    stored?

4        A.   No, not the way you stated that.  No, I

5    don't agree.

6        Q.   And what is about the way I stated that

7    makes it more or less agreeable?

8        A.   You said "in the environment," what does

9    that mean?

10       Q.   So for example, don't other common

11   household products contain 2-PE?

12            MS. PRIMAVERA:  Objection.

13       A.   So that's possible.  I published a paper

14   on this and that -- you know, there are clones an

15   perfumes and things like that that can contain

16   2-PE.  But that's why we do paper blank samples

17   to determine whether that's possible -- the

18   possible case.

19       Q.   Okay.  Does solvent loss ratio decrease

20   uniformly with the age of a document?

21       A.   No, not -- so it depends on how you

22   define uniformly.  But the way I understand

23   uniformly, no.

24       Q.   Is it sometimes the case that solvent

25   loss ratio may increase over longer periods of

1                    G. LaPorte - Confidential

2    time?

3        A.    I've never read that.  I've never heard

4    of that.

5        Q.    Are you familiar with the work Agnes

6    Koenig, Sophie Magnolone aging and Celine

7    Weyermann, Comparative Study of Ballpoint Ink

8    Aging Parameters Using GC/MS?

9        A.    I would have to see the reference.  I

10   mean, I'm familiar with those authors but I would

11   have to see this reference that you're -- that

12   you're referencing.

13       Q.    Well, if solvent loss ratio isn't

14   uniform over time, right, and you're taking a

15   ratio of a heated and unheated sample, then the

16   ratio of change for the heated sample versus the

17   unheated sample can change as the shape of the

18   curve changes, right?

19            MS. PRIMAVERA:  Objection.

20       A.    Not necessarily.  I mean, there can

21   certainly be -- you know, there can be what I

22   would call measurement error and variation.  But

23   it depends on how many measurements you're taking

24   and how often you're sampling or what the

25   difference is in the sampling.  But the idea that

                    G. LaPorte - Confidential

1

2    2-PE -- the solvent loss ratio would actually

3    rise or increase over time makes it -- it

4    logically, scientifically doesn't make any sense.

5        Q.   Well, it would be inconsistent with the

6    theory that you described with the fresh ink

7    showing a higher loss ratio, right?

8            MS. PRIMAVERA:  Objection.

9        A.   It depends if we're taking those samples

10   from exactly the same place, which would get very

11   difficult as you're doing this.  No, that just

12   doesn't make any sense to me.  And I haven't see

13   any research that would suggest that solvent loss

14   ratios increase over time as a function of the

15   ink.

16       Q.   But there this paper that I referenced

17   by Koenig, Magnolon and Weyermann; have you

18   reviewed that paper?

19       A.   No, I would have to see what you're

20   referencing.  I would have to review what

21   they're -- exactly what they're stating and how

22   they measured that.

23       Q.   Okay.  Are you familiar with a paper by

24   El-Sabbah, also by Gomaa and El-Hefny and

25   Al-Hawary, Dating the Ballpoint Pen Ink Using Gas

1              G. LaPorte - Confidential

2    Chromatography-Mass Spectrometry Technique?

3         A.    I'm not sure I'm aware of that paper.  I

4    would have to see it.

5         Q.    Okay.

6         A.    And maybe read the abstract on whether

7    -- I can't recall -- I can tell you right now I

8    can't recall that paper.

9         Q.    All right.

10             MR. BERMAN:  Just a moment please.  I

11        might have a slide -- yeah.

12             Toni, can you show him the slide labeled

13        Inks Have Widely Varying -- and it continues

14        on from there.  Let's label this please.

15             (LaPorte Exhibit 4, marked for

16        identification.)

17             THE WITNESS:  Can we take a five-minute

18        break?

19             MR. BERMAN:  Absolutely.

20             (Whereupon, a brief recess was taken.)

21        Q.    Mr. LaPorte, I am showing you an exhibit

22    that's marked LaPorte Exhibit 4.  Again, the

23    information on the left hand panel, we applied

24    that, that's not part of the underlying material,

25    okay, just to be clear.

1                    G. LaPorte - Confidential

2          This is a slide that contains information

3     from that paper listed below the graphics, right,

4     where it says figure seven.  This is from that

5     paper Dating Ballpoint Pain Ink Using Gas

6     Chromatography.

7          Have you seen graphs of nature before?

8          A.   I have, yes.

9          Q.   It's a little bit small but I'll

10    represent to you, for example, that on the top

11    left panel marked A there's an inset there says

12    the BIC pen at 24 degrees C and underneath that

13    it says BIC pen and 70 degrees C.  Can you see

14    that?

15         A.   I can't see that, no.

16              MR. BERMAN:  Can you blow this up

17         larger, Toni, so that the graphs are more

18         visible?

19         Q.   Are you familiar with the paper this is

20    excerpted from?

21         A.   No.  Once again, I think I would have to

22    see the front of the paper and then the abstract.

23         Q.   Okay.  My understanding is that in these

24    charts the top line is black and the bottom line

25    is red.  Do you see that?

1              G. LaPorte - Confidential

2        A.    Yes.

3        Q.    Okay.  And that the black line

4   represents an unheated sample and the red line

5   represents a heated sample?

6        A.    Yes.

7        Q.    And then this appears to have on the X

8   axis time.  Are you familiar with what the right

9   axis is showing us?

10       A.    First of all, what is the -- the X axis

11  timing what?

12       Q.    Let me see if I can discern that.  In

13  months.

14       A.    What are those numbers on the bottom?

15       Q.    It appears to range from negative 5 to

16  40, depending upon the chart.  So some of them go

17  from negative five to thirty.  For example, panel

18  A goes from negative 5 to 35 months on the X axis

19  whereas panel -- I lost my place.

20       A.    What is negative five in time?

21       Q.    I think it's just -- there's no such

22  thing but you, obviously, can't have negative

23  months but I think it's just, you know, your

24  transposing the start points a little further to

25  the right on the chart?

1                    G. LaPorte - Confidential

2            MS. GUERON:  I want to object to this

3       entire line of questioning because none of

4       us can even read this document.  I just

5       don't think it's appropriate.  I understand

6       technology makes things hard.  I can't let

7       this questioning go un-objected because I

8       can't even see what we're talking about.

9            MR. BERMAN:  Let's take a moment to

10      remedy that.  Hold on a second.

11           (Whereupon, a brief recess was taken.)

12           MR. BERMAN:  Let's mark this as LaPorte

13      Exhibit 5.

14           (LaPorte Exhibit 5, marked for

15      identification.)

16           MR. BERMAN:  Please allow Mr. LaPorte to

17      guide you to the portions that he would like

18      to look at.

19      Q.   The chart I would like to look at when

20  you're ready is on page 393.

21      A.   Can I just sort of caveat this up in the

22  front.  None of these people are forensic

23  chemists's.  It's coming from the agriculture

24  department and these people are not experienced

25  in this methodology.  So I am just going to put

pe=157

1               G. LaPorte - Confidential

2     that on the record right now.

3               I'm sorry, is the ball in my court right

4     now or --

5          Q.   Yes, Mr. LaPorte, you indicated you

6     wanted to review the abstract and other portions

7     of the paper.

8          A.   Yes, can we see the graphic now?

9          Q.   Yes, the graphic is on page 393.

10              MR. BERMAN:  Please feel free to guide

11         the court reporter to any portions you want

12         to review first and when you're ready for

13         the chart, we can have her flip to that

14         page.

15              THE WITNESS:  Can we just scroll down to

16         the next paragraph after this.  Can we go to

17         the methods section real quickly?

18              MR. BERMAN:  Where is that?  Can you

19         scroll down?

20              THE WITNESS:  Scroll down.  There we go.

21         A.   So I will just say that a lot of this

22    isn't going to be applicable because they removed

23    their samples with a scalpel.  As you can see in

24    the artificial aging part they say two one

25    centimeter samples of the examining inks on paper

1              G. LaPorte - Confidential

2    are removed using a sharp scalpel.  That's not a

3    generally accepted method for analyzing inks

4    because we do the hole punches.  So you'll create

5    a lot of variation in your data when you're

6    cutting and excising lines off the paper plus

7    you're removing too much paper at the same time

8    as well too.

9         THE WITNESS:  Can we go ahead and scroll

10        down I guess to the graphs.  That would

11        probably in the result section I assume,

12        which should be up next.

13        MR. BERMAN:  The graphs are on page 393.

14    A.   So now I can see the graphs.  Do you

15    have a question now?

16    Q.   So, again, just turning to panel A you

17    can see there's a black line, which they have in

18    the inset of the panel described as a BIC pen at

19    24 degrees C and underneath there's a red dash

20    line, BIC pen at 70 degrees C; do you see that?

21    A.   Yes.

22    Q.   Now you can see the X and Y where the X

23    is time in months and the Y axis is abundance in

24    it looks like N-G, does that make sense?

25    A.    Nanograms.

1               G. LaPorte - Confidential

2       Q.    In the different panels here we have

3   what appears to be different inks that are used.

4   So, for example, panel C is the Staedler pen at

5   24 degrees C and at 70 degrees C, right?

6       A.    Yes.

7       Q.    So, for example, in panel A, are you

8   able to tell me what the black curve -- the black

9   line curve represents?

10      A.    Well, I mean first of all we have some

11  data here with 24 degrees Celsius and that's

12  about 75 degrees Celsius.  That's typically above

13  what you expect room temperature.  The other

14  thing is I don't know how the -- well, I

15  mentioned this already, that they excise the

16  sample by removing these, you know, streps of

17  ink, which to me is just kind ruins the whole

18  experiment.  And then also too -- I mean, I --

19  so -- think about it this way, if you're removing

20  one centimeter of ink -- like the whole line, how

21  can that be consistent because you would be

22  taking one centimeter and then measuring that and

23  then taking another centimeter and then heating

24  that and measuring it.  The other thing is I

25  don't know how they heat their samples and that

1           G. LaPorte - Confidential

2     can be important in the process.  But you're not

3     going to have consistency between heated and

4     unheated if you're separating everything by a

5     full centimeter.  That's a lot of distance in an

6     ink.

7          Q.   Have you completed your response?

8          A.   Yes.

9          Q.   So with understanding that you have

10    certain critiques of their methodology, right, do

11    these panels generally reflect different

12    curvatures for the abundance of PE over time in

13    different ink types?

14             MS. GUERON:  Objection.

15         A.   I mean, I would say sort of generally

16    speaking, you know, these curves are -- they're

17    not a big surprise.  But, of course, if you're

18    not doing the methodology properly then you're

19    going to see some variances in those curves that

20    can really cause a lot of distortion in the

21    curve.

22             But, generally speaking, the idea of the

23    curve starting at high and coming down low is

24    what you would expect as an ink ages.

25         Q.   Have you completed your response?

1                 G. LaPorte - Confidential

2       A.   Yes, sir.

3       Q.   I'll direct your attention to panel C,

4   the red line which reflects a Staedler pen 70

5   degree; do you see that?

6       A.   Yes.

7       Q.   Do you see the curvature starts

8   increasing after a certain point in time where

9   the curve actually from 25 months onward goes up?

10      A.   The ratio actually gets smaller as you

11  see the red comes closer to the black so the

12  difference is going to be smaller as it gets

13  older, yes.

14      Q.   Contrast that against panel F, right?

15  In panel F we see the opposite, don't we, where

16  the divergence between the two increases over

17  time?

18      A.   I can't see F.

19           MR. BERMAN:  Can you scroll down,

20      please, Toni.  Panel F reflecting the Luxor

21      pen at 24 degrees and 70 degrees.

22      A.   Like I said, I wouldn't trust this data

23  per se.  I'm okay with the general curve but I

24  don't trust the data.  And then also we don't

25  know if that variance is less than 25 percent or

1          G. LaPorte - Confidential

2     more than 25 percent.

3          Q.   Okay.  Are there other materials in the

4     scientific field that show divergences of the

5     heated and unheated samples increasing over time?

6          A.   I'm not aware of that.  If it's done

7     using the same methodology that I'm using.  You

8     know, you're not excising one centimeter lines,

9     you're using hole punches, you're taking adjacent

10    samples, all that.  I haven't seen anything like

11    that.

12         Q.   Okay.  Prior to today have you seen this

13    paper?

14         A.   I don't -- you know, I don't recall this

15    paper.

16         Q.   So you're not sure but you're not

17    familiar with it independently of me showing it

18    to you now?

19         A.   Once again, I don't -- I don't recall.

20    I don't recall this paper.  Can we go back up to

21    front to see where it was published?

22         Q.   Yes, you can.  It was Egyptian Journal

23    of Chemistry.

24         A.   Yeah, that's not a journal that I

25    typically read.  But I do peer reviews and I want

1                    G. LaPorte - Confidential

2    to be careful that I don't disclose anything I

3    shouldn't be.  But I do peer reviews for a lot of

4    different journals on these types of articles.  I

5    haven't -- I don't recall seeing this.

6        Q.   Okay.  Did I understand you to be

7    telling me the Egyptian Journal of Chemistry is

8    not peer reviewed?

9        A.   No, no.  I'm saying I do peer reviews.

10   I get called by a lot of journals to do peer

11   reviews for them.

12       Q.   Okay.

13       A.   But this one, no, I'm not aware of this.

14   I don't know if I just saw the article and I

15   don't recall or -- I think it's easier for me to

16   say I just don't remember seeing this.

17       Q.   That's fine.

18            MR. BERMAN:  You can put this one down,

19       Toni.

20       Q.   You mentioned that you do peer reviews.

21   When was the last time that you were published in

22   a peer review study?

23       A.   I'm sorry, the last time I published?

24       Q.   Yes, in a peer review study.

25       A.   I would say the last time would be --

1           G. LaPorte - Confidential

2    well, I wrote a chapter in a textbook.  I don't

3    remember when that was published.  I don't

4    remember specifically.  I would have to look it

5    up.

6        Q.   Okay.  Is that the same chapter you

7    referenced earlier?

8        A.   Yes.

9        Q.   Okay.  Are you aware of any studies

10   examining the uptake rate of PE-2 by ink as

11   opposed to paper?

12       A.   (No verbal response.)

13       Q.   Is my question clear?  I can rephrase

14   it.

15       A.   No, it's not clear.

16       Q.   Okay.  So before we were talking about

17   potential sources of contamination from the

18   environment that the document was stored in.

19       Do you recall some questioning on that

20   subject matter?

21       A.   Yes.

22       Q.   We had a discussion how you take hole

23   punches from both the portion of the paper that

24   has the ink on it as well as the portion of that

25   is blank, right?

1              G. LaPorte - Confidential

2       A.    Yes.

3       Q.    And the rationale for doing that is, at

4    least in part, to control for possible

5    environmental contamination, right?

6       A.    Yeah, to understand if there was some

7    potential contamination that could affect your

8    results?

9       Q.    So just in taking an extreme example, if

10   someone spilled some perfume with PE-2 on a

11   document, you would expect it to be reflected on

12   the blank if it had happened as well as on the

13   ink portion, right?

14      A.    Correct.

15      Q.    So, obviously, moving away from that

16   extreme example, in a case where -- in a

17   situation where there was PE-2 in the environment

18   but perhaps is it -- do you know whether PE-2 can

19   be carried in the air?

20      A.    So although it's a volatile organic

21   compound that typically implies it volatiles

22   pretty quickly once it hits the air.  That's

23   speculative I would say, that question.  But I

24   can't imagine that 2-PE is floating around in the

25   area very much.

1                   G. LaPorte - Confidential

2        Q.    Okay.  Obviously, in like a

3   well-ventilated room or something like that it

4   would never be expected to happen.

5        But what about like in a closed desk you

6   draw?

7              MS. PRIMAVERA:  Objection.

8              MS. GUERON:  Objection.

9        A.    I mean, that just wouldn't make sense to

10   me.  And then it like suddenly lands on the ink?

11       Q.    Well, are you aware of any studies that

12   have assessed whether there's any difference

13   between the absorption of environmental

14   contaminated PE-2 by ink versus that of paper?

15       A.    No.

16       Q.    Okay.  Are you aware of any studies

17   finding the solvent loss ratio becoming less

18   stable in older documents?

19       A.    What does "older" mean?

20       Q.    Well, there's a document by Koenig,

21   Magnolon and Weyermann entitled A Comparative

22   Study of Ballpoint Ink Aging Parameters Using

23   GC/MS, are you generally familiar with that?

24       A.    Yes.

25       Q.    And in that document's abstract they

1          G. LaPorte - Confidential

2    make a statement that for many -- excuse me --

3    for more than a decade scientists try to develop

4    methods capable of dating ink by monitoring the

5    loss of PE over time while many methods were

6    proposed in the literature, few were really used

7    to solve practical cases and they still raise

8    much concern within the scientific community.

9        Do you agree or disagree with that statement?

10       A.   I would say I partially disagree with

11   that statement.

12       Q.   Okay.  Later on in the abstract -- would

13   you like to clarify for me which portion you

14   disagree with?

15       A.   I would have to understand a little bit

16   more about exactly what they're saying.  What

17   they don't come to a conclusion is that a solvent

18   loss ratio above 25 percent will occur in a

19   document that's greater than two years old.  That

20   I know is not said in there.

21       Q.   There's a statement in the abstract

22   says, surprisingly our results showed that our

23   percentage was not the most reliable parameter,

24   as it showed the highest standard deviation.

25       Do you agree or disagree with that statement?

1                G. LaPorte - Confidential

2       A.   It depends on what they mean, do they

3    mean over time as a predictor of age?

4       Q.   Are you -- would you need to see the

5    paper to know that or are you familiar with the

6    work?

7       A.   I'm fairly familiar with the work.  It

8    has nothing -- it does not imply that the solvent

9    lost ratio increases above 25 percent when a

10   document is over two years old.  It may fluctuate

11   in between but it's not going to have something

12   to do with the measurements the way it's being

13   taken.  I'm not sure if they used hole punches or

14   if they extracted with a scalpel.

15      Q.   Well, are you familiar with Weyermann?

16      A.   Yes.

17      Q.   Isn't she a forensic criminologist?

18      A.   No, she's a researcher.

19      Q.   This particular article was published

20   in -- University de Lausanne?

21      A.   Lausanne.

22      Q.   Isn't that a criminal forensic school?

23      A.   They have criminal lists there but

24   Dr. Weyermann does not -- as far as I know she

25   doesn't engage in operational -- she doesn't work

1                    G. LaPorte - Confidential

2    in an operational laboratory, she's a researcher.

3        Q.   Are you familiar with Forensic Science

4    International?

5        A.   Yes.

6        Q.   Is that a well-regarded scientific

7    publication?

8             MS. PRIMAVERA:  Objection.

9        A.   I don't know if I call it well-regarded

10   in a sense -- it depends on what the article is.

11   Are there articles that are published in there

12   that I agree with, yes.  Are there articles that

13   published in there that I think that are not

14   great science, yes.

15       Q.   Do you know if works in that publication

16   are peer reviewed?

17       A.   I believe so, yes.

18       Q.   You're not contending that this article

19   is not peer reviewed, right?

20       A.   No, I'm not contending that.

21       Q.   All right.  Are you familiar -- never

22   mind -- we already asked about this paper.

23       Are you familiar with a 2017 work in Science

24   and Justice also by Agnes Koenig, Celine

25   Weyermann entitled Ink Dating Part II

1          G. LaPorte - Confidential

2   Interpretation of Results in a Legal Perspective?

3       A.   I am familiar with that, yes.

4       Q.   Are you aware that that article

5   discusses the use of a 50 percent threshold?

6       A.   Not for two years.

7       Q.   Okay.  Are you aware of studies

8   reporting false/positive results for the R

9   percentage parameter?

10       A.   So false/positive in what terms?  Did

11   they conclude that a document was less than two

12   years old when it was factually more than two

13   years old?  I'm not aware of that.

14       Q.   Let me give you a quote from the paper.

15   It says, thus, two values of 38 and 35 percent

16   were reported for two different seven year old

17   samples yielding false/positive results when

18   using the 35 percent threshold less than

19   18 months?

20       A.   I'm not aware of that.  Do you have that

21   study?  I would like to see how they did their

22   testing.

23       Q.   So you're not generally familiar with

24   that paper?

25            MS. PRIMAVERA:  Objection.

1                G. LaPorte - Confidential

2        A.    I don't -- is it peer reviewed and

3    published?

4        Q.    It's published in Science and Justice

5    2017.  Do you know whether that is peer reviewed?

6        A.    I don't know but -- I'm not going to

7    contend that it is or isn't.  I would like to see

8    that article and understand exactly how they did

9    their testing.

10        Q.    Okay.  So without more information you

11    can't tell me whether you agree or disagree,

12    correct?

13        A.    Correct.

14        Q.    Is there any pear reviewed publication

15    that reports that after 24 months PE no longer

16    evaporates at a significant or measurable rate?

17        A.    There is a publication, yes, that

18    essentially says that.  Yes.

19        Q.    What publication is that?

20        A.    Gaudreau and Brazeau.

21        Q.    Do you know what date or what

22    approximate year that came out?

23        A.    I don't remember the year.  It would

24    have been sometime in the early to mid 2000s.

25        Q.    Do you know of any other papers that

1                    G. LaPorte - Confidential

2    come to that conclusion?

3        A.    I think there's a lot of papers that it

4    may be in there.  It may be in the paper

5    somewhere but it's not necessarily part of the

6    hypothesis of the testing, they'll use it as

7    foundational.

8        Q.    When you -- when you tell me they use it

9    as foundational, what does that mean?

10       A.    It means that's not what the testing is

11   all about.  I mean, that's not -- the test

12   that -- those are more -- that's more informative

13   information that's been developed over the years.

14             So when you say is there research to

15   show that, somebody probably wasn't doing that

16   research.  But I would say, generally, that's a

17   fairly accurate statement.

18       Q.    In your report you make the statement

19   after 24 months PE no longer evaporates at a

20   significant or measurable rate and you don't cite

21   any scientific work for that proposition?

22       A.    That's Gaudreau and Brazeau and I

23   believe I have a publication that states the same

24   thing too.

25       Q.    When you say you have a publication,

1              G. LaPorte - Confidential

2    what do you mean by that?

3         A.    I have a publication that states that

4    same thing that I cite Gaudreau and Brazeau from

5    it.

6         Q.    When you say you have a publication,

7    does that mean you have a copy of a publication

8    authored by some other author or you wrote one?

9         A.    No, I authored it.

10        Q.    You wrote a study where you came to this

11   conclusion?

12        A.    Like I said, it's general but, yes -- so

13   it's a general agreement that really after

14   24 months these inks are completely dried out

15   unless they were stored in some irregular

16   environment.

17        Q.    So the manifestation of that general

18   agreement would be the Gaudreau article you

19   referenced?

20        A.    That's where it starts.  And then

21   there's -- like I said, there's more articles

22   that when show -- when you seize the data that it

23   coincides with the data.  I'm not aware of any

24   publication that has debunked that idea.

25        Q.    In your report -- I think I asked you

1                 G. LaPorte - Confidential

2    about this -- excuse me, let me just go down.

3        In that in an article by Weyermann, Almog and

4    Bugler and Cantu in Forensic Science

5    International, 2011, they make the statement, to

6    present date no two laboratories that do ink

7    dating via solvent analysis use the same method.

8        Do you agree or disagreement with that

9    statement?

10       A.   That was 2011.  So I don't know -- I

11   can't comment on whether laboratories have come

12   together.  I do know that there are always

13   some -- you know, this is not uncommon in just

14   about any chemical analysis where there might be

15   some differences -- some variations in the

16   methodology.

17       Q.   Am I correct that you agree that there

18   are some variations in methodology from lab to

19   lab?

20       A.   I don't -- I can't say for sure.  I

21   don't know what every lab is doing.  I know what

22   I do and I know that I validated my own procedure

23   and I've used -- I know there are other ink

24   chemists that -- other test finding ink chemists

25   that use something similar.

1                    G. LaPorte - Confidential

2          Q.    Are there other ink chemists that are

3    testifying at experts that you can consider to be

4    at your level?

5          A.    I don't know what you mean by "at my

6    level."

7          Q.    I asked you earlier about, for example,

8    a paper written by Erich Speckin, remember that?

9          A.    Yes.

10         Q.    And effectively you told me you didn't

11   consider him qualified, correct?

12         A.    No, that's -- I mean, I wouldn't want to

13   characterize it as not qualified, that's not my

14   job as an expert when you say "not qualified."

15   The paper we were talking about was not peer

16   reviewed.  There's no data to sort of back it up.

17   It was a paper that was based on making absolute

18   measurements.

19         Q.    Let me try to frame it as a more

20   objective question to make it perhaps easier and

21   more clear.

22         Your testimony as a forensic ink dating

23   expert has been accepted in federal courts in the

24   US, correct?

25         A.    Yes.

1               G. LaPorte - Confidential

2      Q.   How many other experts in the same

3  subject matter are you aware of whose testimony

4  has been accepted as expert testimony in federal

5  courts in the US?

6      A.   I don't think -- I mean, I can't -- I

7  can't comment on that because I don't know for

8  certain on whether or not their testimony has

9  been accepted in Federal Court.

10      Q.   Do you know whether Mr. Speckin's

11  testimony has been accepted in Federal Court?

12      A.   I actually don't know that for sure.

13      Q.   Do you know whether Dr. Aginsky's

14  testimony has been accepted in Federal Court?

15      A.   I don't know for sure.  I would -- my

16  guess is yes.

17      Q.   Are you familiar with a forensic ink

18  dating scientists named Lyter, L-Y-T-E-R?

19      A.   Yes.

20      Q.   Do you me know his first name?

21      A.   Albert.

22      Q.   Yes.  Do you know whether his testimony

23  has been accepted as expert testimony in the US?

24      A.   I can tell you I was involved on the

25  opposing side of that case in the Souther

1          G. LaPorte - Confidential

2    District of New York where -- if you read that --

3    if you read that ruling clearly, there were he

4    lacked quality control procedures and there were

5    other things that made the analysis unreliable

6    but the method itself -- I don't -- I don't

7    recall specifically if there was an issue with

8    just the method itself other than he forgot --

9    not forget -- he neglected to run quality control

10   samples and some other things.  But -- so I'm

11   going to leave it at that.

12       Q.   Your referring to the case where his

13   testimony was discredited because he didn't take

14   the blank paper samples, right?

15       A.   Correct.

16       Q.   So other than yourself, are you aware of

17   any forensic ink dating experts whose testimony

18   has been credited as expert testimony in Federal

19   Courts in the US?

20       A.   Well, once again, I mean, I don't keep

21   track of other experts and their testimony and

22   whether it's been accepted or not.  Sometimes it

23   may not even involve ink dating.  So I don't

24   know.  He would probably be -- you can probably

25   get that information a lot easier than me.

1             G. LaPorte - Confidential

2    Q.   Thank you.  Is there a standard formula

3 for ballpoint pen manufacturing for the ink

4 that's used?

5    A.   I'm sorry, I don't understand the

6 question you're asking.

7    Q.   Let me phrase it differently.  Do the

8 solvents used in commonly available inks vary?

9    A.   Yes.

10    Q.   Do the dyes vary?

11    A.   Yes.

12    Q.   Do the resins vary?

13    A.   Yes, but not a lot.

14    Q.   Okay.  And they vary from brand to

15 brand?

16    A.   They can.

17    Q.   And they can vary from region to region?

18    A.   I don't know if I use a region to region

19 if it's the same manufacturer.  They may -- it

20 depends on -- let's say you sell -- BIC sells

21 pens in Arizona that's a dry climate versus a

22 highly humid climate, the company may sort of

23 alter their solvents in those but I don't know

24 that for sure.

25    Q.   Are you familiar with Brazilian Journal

1                    G. LaPorte - Confidential

2    of Forensic Science Medical Law and Bioethics?

3        A.   I am not.

4        Q.   In the paper they published in January

5    of 2017 they stated that solvents, dyes and

6    resins may vary between different brands of pens

7    and may vary from region to region.

8        Do you agree or disagree with that?

9        A.   I don't have a basis to disagree with

10   that.

11       Q.   Okay.

12       A.   I would want to know where they got

13   their information from but.

14       Q.   In your analysis of the Q8 or Q12

15   document, for either document, were you able to

16   identify the formula for the inks used in those

17   documents?

18       A.   I did not identify the formula

19   specifically.

20       Q.   Are you familiar with an Excurra paper

21   written with coauthors entitled Analytical

22   Methods For Dating Modern Writing Instrument Inks

23   on Paper in 2010 in Forensic Science

24   International?

25       A.   I believe I have seen that article.

1              G. LaPorte - Confidential

2        Q.    In that article they're talking about a

3    Gaudreau, Brazeau article -- Gaudreau is

4    G-A-U-D-R-E-A-U and Brazeau is B-R-A-Z-E-A-U.

5        Are those the authors you referenced earlier

6    today?

7        A.    Yes.

8        Q.    There's a statement in that article that

9    says, "Nowhere throughout the cited article are

10   the volatile compounds corresponding to the

11   analyzed peaks A and B specified.  However, in

12   the bibliography below, so much LaPorte's,

13   L-A-P-O-R-T-E, as Gaudreau-Brazeau indicated

14   phenoxyethanol PE as one of the volatile

15   compounds to which Stewart refers,

16   S-T-E-W-A-R-T -- it continues on -- I'm not

17   breaking up the quote -- this method has two

18   clear limitations:  First, that the formula of

19   the problem ink needs to be identified and obtain

20   information on its volatile compounds through the

21   industry; second, the importance of storage

22   conditions of both inks.  Known and questioned

23   inks cannot differ if a comparison is intended."

24       Do you agree or disagree with the material in

25   that quotation?

2     A.   I disagree with that.

3     Q.   Which part or parts do you disagree

4 with?

5     A.   I disagree with the idea you need to

6 know the formula.

7          First of all, it sounds like you've done

8 some reading on this but this method is called

9 the dynamic method and the dynamic method has

10 nothing to do with ink formulation, right, it's

11 all about looking how an ink ages.  Esthetic

12 methods, as we commonly refer to it, that has

13 more to do with ink formulation.  This is ink

14 formulation independent.

15          Now, in part, I do agree that certainly

16 different inks are going to have different

17 characteristics and they all age different.  It

18 will be really helpful to know a little bit more

19 about when ink formulation in its solvent content

20 levels originally but that's almost impossible.

21 You would have to get all that information from

22 the ink manufacturer and then they have to

23 disclose all the ingredients that they used and

24 that's just not going to happen.

25          Aside from that, it's -- this is why and

1                   G. LaPorte - Confidential

2    this is the whole purpose and everything I think

3    you've been talking about sort of drives my point

4    home that I said in the beginning, which is this

5    idea of using the two year threshold and there

6    will be inks that are going to vary within those

7    two years, there's no doubt.  So when you use the

8    two year threshold that's a lot more -- you have

9    a lot more confidence in that because once we

10   start, if you will, metaphorically splitting the

11   hairs thinner and thinner here then there's a

12   greater chance of making an inaccurate

13   conclusion.  So two years is always a nice --

14   nice to stay with.

15             So it's like if you were shooting at a

16   target, right, and we use this analogy all the

17   time in chemistry when you're talk about accuracy

18   and precision, right, if you're shooting at a

19   target, two years is a much bigger target so you

20   have a better chance of hitting the target.

21             So I disagree, once again, with the idea

22   that you have to know the ink formulation.  But I

23   don't disagree with the idea that knowing the ink

24   formulation will be great but that will also help

25   you in situations when you get levels that are

1          G. LaPorte - Confidential

2    below 25 percent to maybe make conclusions that

3    way as opposed to an inconclusive.

4         Q.   Okay.  Have you completed your response?

5         A.   Yes.

6         Q.   Do I understand correctly you disagree

7    with both of these conclusions; number one, the

8    formula of the problem ink needs to be identified

9    and number two, the importance of storage

10   conditions of both inks?

11        A.   No, I don't disagree with two.  So

12   storage condition, yes.  There are what I would

13   sort of qualify more as extreme storage

14   conditions.  Is there a difference between

15   storage condition of, you know, in an office

16   versus in a house, no.  I would get, you know,

17   68 degrees versus 70 degrees or 71 degrees, no,

18   that's not going to be a big difference.  So it's

19   as you get more drastic and the extreme.

20        Q.   I asked you before about articles in

21   Forensic Science International.

22        There's another one by Weyermann, Minimum

23   Requirements For Application of Ink Dating

24   Methods Based on Solvent Analysis in Case Work.

25        There's a statement in that article that

1                  G. LaPorte - Confidential

2      says, "The influence of the initial ink

3      composition on the aging rates of inks is very

4      important.  Two aspects must be considered:  The

5      compounds (dyes, resins, solvents and additives)

6      and their relative amounts (initial solvent

7      quantity in the ink formulation).  Bugler et al

8      actually suggested that the types of resins

9      influenced the aging rates as they observed the

10     presence of acetophenone-formaldehyde-resin in

11     'slowly aging inks'".

12         Did you follow me on that?

13         A.   I know exactly what you're saying and

14     I'm very familiar with that.

15         Q.   Do you agree --

16         A.   I'm very familiar with Bugler in that

17     chart that he's referring to with the resins.

18         Q.   So this article is pointing to work by

19     Bugler but the article itself I'm asking about is

20     a Weyermann article, are you with me on that?

21         A.   Yes.

22         Q.   Do you agree or disagree with in the

23     statements in the Weyermann article that I just

24     read?

25         A.   I agree, generally, with what she's

1                    G. LaPorte - Confidential

2    saying, that the resins are important.  One of

3    the reasons is that Bugler showed that certain

4    resins will cause inks -- potentially cause inks

5    to be fast aging.  So they will age out within

6    three, four months.

7         Q.   Previously you worked in government

8    forensic labs, is that right?

9         A.   Yes.

10        Q.   Did any of those labs maintain a

11   database of inks?

12        A.   Yes.

13        Q.   How many of the organizations you've

14   worked for maintain databases of ink?

15        A.   When I worked at the Secret Service.

16   It's the only US lab that actually maintains a

17   collection in collaboration with the Internal

18   Revenue Service lab.

19        Q.   Approximately how many inks were in the

20   database at the time you last worked there?

21        A.   11, 12,000 maybe.

22        Q.   Each of those inks will have different

23   aging characteristics, correct?

24        A.   Through that two year period, yes.  Once

25   you get to the two year period, they're all

1           G. LaPorte - Confidential

2    generally going to -- everything will come

3    together about the same.

4       Q.   Are you familiar with the Koenig

5    paper -- Agnes Koenig, Ink Dating Part I,

6    Statistical Distribution of Selected Aging

7    Parameters in a Ballpoint Ink's Reference

8    Population?

9       A.   Yes.

10      Q.   There's a statement in that paper, "It

11   is generally known that ink composition has a

12   significant influence on ink aging.  Thus,

13   analyzing representative ink referenced

14   populations is essential to ensure that the

15   selected aging parameter can be implemented in

16   those cases."

17      Do you agree or disagree with that statement?

18      A.   I don't know -- I don't know what they

19   mean by "ink aging parameter."

20      Q.   In the Koenig article we discussed

21   previously, A Comparative Study of Ballpoint Ink

22   Aging Parameters Using GC/MS.  There is a

23   statement in that article that says, "The

24   calculation of R percent value may yield

25   propagation of the uncertainty because two

1          G. LaPorte - Confidential

2    different samples were used.  These results

3    actually showed that the aging parameter, R

4    percentage, did not minimize the variability of

5    measurements, but in contrary did yield increased

6    RSD values for older samples compared to PE

7    quantities.  This was not expected from earlier

8    publications."

9         Are you familiar with that work?

10        A.    I would have to read that more in depth

11   to understand exactly what that's saying.  But

12   I -- when was that paper -- the date of that

13   paper?

14        Q.    2015.

15        A.    So things have changed since 2015 as

16   well too.  What I do know is that a lot of the

17   way some of the researches were making --

18   actually taking their samples in making their

19   measurements created a lot of uncertainty.

20        Q.    We talked about resins a little bit.  I

21   want to keep this moving.  I understand you have

22   another engagement.  Do we agree that the rule of

23   hardness in resins is important?

24        A.    Yes.

25        Q.    Do we agree that low amounts of solvents

1                    G. LaPorte - Confidential

2     may even stay trapped in the ink matrix for

3     years?

4          A.    Absolutely.

5          Q.    There's one more slide I want to show

6     you.

7               MR. BERMAN:  Toni, can pull up the slide

8          that says at 304 days.

9               (LaPorte Exhibit 6, marked for

10          identification.)

11         Q.    Mr. LaPorte, I'm directing your

12    attention to the exhibit labeled LaPorte

13    Exhibit 6.  This is a graphic that was excerpted

14    from the Koenig and Weyermann paper.  The

15    citation is under the graph.  As you can see on

16    the X axis there's a label, sample age and days

17    and on the Y axis -- vertical axis, we have a

18    quantity indicated of R percentage.

19         Do you see that?

20         A.    Yes.

21         Q.    So the sample -- the age of the sample

22    in these goes out to 304 days in this chart,

23    right?

24         A.    Yes.

25         Q.    Do we agree that all of these samples

1           G. LaPorte - Confidential

2    indicated here are above the 25 percent threshold

3    for the window of time from zero days out through

4    304 days?

5        A.   I don't understand this data.  I mean,

6    are these -- are these different inks?  Are they

7    the same ink?  Is it just one ink?

8        Q.   Does that matter to answering the

9    question?

10       A.   Well, yeah, it does -- I mean, it does

11   -- I would like to understand sort of what I'm

12   looking at.  I mean, I will say the first thing

13   is that I would have -- I have serious doubts

14   about this data.  I can tell you very rarely do I

15   even see inks with a 40 percent solvent loss

16   ratio.  That doesn't happen very often.  So when

17   I'm seeing this -- I'm speculative -- not

18   speculative -- but I'm little concerned about the

19   data and how they did the testing.  I assume is

20   this ink lines?

21       Q.   This is a chart from the Agnes Koenig

22   anything article, Ink Dating Part I.  My question

23   to you is whether I'm reading the chart right

24   that it shows each of these samples -- taking

25   into account your raising the point of what are

1          G. LaPorte - Confidential

2     the samples, same ink or different ink -- but

3     they all appear to be above 25 percent and as you

4     pointed out, they go as high as about 70 percent

5     on the chart, don't they?  Am I reading it right?

6          MS. GUERON:  Objection.

7     A.    What's confusing is you keep saying

8     "samples" and that's why I asked is this multiple

9     samples?  I can't answer your question is this a

10    sample that's being tracked, you know, from day

11    four -- day three or four or is this multiple

12    samples?

13    Q.    Okay.  Whether -- either case of that is

14    true, right, they're all over 25 percent on the

15    chart; am I reading right?

16    A.    Yes, I'm seeing above 25 percent.  Yes.

17    Q.    That's the question is whether I'm

18    reading the chart right.

19         MR. BERMAN:  Let's take a very quick

20         break.  I suspect I'm finished with my

21         questioning.  I want to take a moment and

22         confirm, okay?

23         MS. PRIMAVERA:  Yes.

24         (Whereupon, a brief recess was taken.)

25    Q.    Mr. LaPorte, I have two other questions

1                    G. LaPorte - Confidential

2    for you.  First of which, is are you aware of any

3    published study that shows solvent loss ratios

4    for inks that are aged to six years?

5        A.   No, I'm not.

6        Q.   And then with respect to the ratio

7    between heated and unheated samples, can that

8    ratio change as time goes on?

9        A.   It depends on when the time -- when

10   you're talking about the time, like, what, from

11   day five to day twenty or -- you know, I don't

12   understand sort of the time difference in when it

13   starts and when it stops.

14       Q.   For any given ink is it fair to say that

15   you can create a chart of the rate of evaporation

16   of the ink?

17            MS. PRIMAVERA:  Objection.

18       A.   So you could in theory do that.  So what

19   you're saying is like sampling at different

20   periods of time.  That's typically not practical,

21   I mean, in litigation but it can be done.

22       Q.   Setting aside the practical aspect.  I'm

23   really asking it as a theoretical question.  If

24   you took a compound of ink and you didn't have a

25   supply constraint in terms of you're going to run

1          G. LaPorte - Confidential

2    out of it, right, you can take that ink and you

3    can put all of it on different papers at the same

4    time and then at one day old you can measure a

5    paper and see how much of it evaporated and set

6    that one aside and then at two days old you can

7    look at your next sample and see how it

8    evaporated and you can plot that in a curve,

9    right?

10       A.   Well, you presented a lot of curves.

11   That's exactly what was done, yes.

12       Q.   You can do the same thing for heated

13   samples of the same ink, right?

14       A.   Yes, you can.  Sure.

15       Q.   So in theory if you did that for any

16   particular ink, are you going to find that the

17   curves have the same shape and therefore the

18   ratio between the two curves remains constant or

19   are you going to find something else?

20       A.   Those ratios should generally change.

21       Q.   Okay.  And will the change always be in

22   the same direction over time?

23       A.   It shouldn't -- if you're doing the

24   testing correctly, right -- and I'm not just

25   talking -- I don't want to downplay what happens

1                    G. LaPorte - Confidential

2      in a research environment.  So a lot of

3      researches they don't -- this idea of sampling

4      one centimeter lines and all this and I've spoken

5      publically about this many times and that doesn't

6      make any sense, right.  There's things you can do

7      when you heat if's all coiled -- and I've seen

8      one researcher coil it up and so when you're

9      heating it, it all just spreads to each other --

10     it contaminates one side to the other side that's

11     coiled up.  You have to understand the heating

12     process and how it's done.

13              In theory, I mean, over a longer period

14     of time the ratio should get -- should get

15     smaller -- the solvent loss ratio should

16     decrease.  But, of course, there will be a little

17     measurement uncertainty in there but

18     statistically you would have to do that with

19     multiple samples and then monitor that.  And then

20     it will all depend on how the ink is stored and

21     all that as well too.

22       Q.   Okay.  So if we measure the ink

23     according to your own methods and we plotted

24     those two curves, are we going to see the ratio

25     continuously decreasing as time elapses, is that

1           G. LaPorte - Confidential

2    going to be uniform?

3        A.   Generally -- I don't know if I would

4    call it uniform but, generally, there should

5    be -- it depends what the time is because you

6    will have to measurement an uncertainty.  But

7    from day -- say day 10 versus day 50, right, then

8    that ratio should get a little smaller.

9           MR. BERMAN:  I have no further questions

10       at this time.  Thank you for your time

11       today, Mr. LaPorte?

12          THE WITNESS:  Thank you.

13          MS. PRIMAVERA:  Thank you.  I will need

14       this expedited before Wednesday.

15          (Whereupon, the examination of this

16       witness was concluded at 3:51 p.m.)

17

18

19

20

21

22

23

24

25

1

2          A C K N O W L E D G M E N T

3

4    STATE OF              )
                           : ss
5    COUNTY OF             )

6

7          I, GERALD LaPORTE, hereby certify that I

8    have read the transcript of my testimony taken

9    under oath in my deposition of October 7, 2021,

10   that the transcript is a true, complete and

11   correct record of my testimony, and that the

12   answers on the record as given by me are true and

13   correct.

14

15

16                    _____

17                         GERALD LAPORTE

18

19
     Signed and subscribed to before
20   me, this          day
     of                     , 2021.
21

22
     _____
23   Notary Public, State of

24

25

1

2                    I N D E X

3   WITNESS              EXAMINATION BY    PAGE

4   Gerald LaPorte    Mr. Berman          5

5

6                    E X H I B I T S

7

8   LAPORTE                          PAGE

9   1      Report                    12

10  2      Slide                     144

11  3      Slide                     144

12  4      Slide                     153

13  5      Slide                     156

14  6      Slide                     188

15

16

17

18

19

20

21

22

23

24

25

1

2          C E R T I F I C A T E

3

4          I, TONI MUSACCHIA, a Notary Public in and

5      for the State of New York, do hereby certify:

6          THAT the witness whose deposition is

7      hereinbefore set forth, was duly sworn by me and

8          THAT the within transcript is a true

9      record of the testimony given by such witness.

10          I further certify that I am not related,

11      either by blood or marriage; to any of the

12      parties to this action; and

13          THAT I am in no way interested in the

14      outcome of this matter.

15          IN WITNESS WHEREOF, I have hereunto set

16      my hand this 11th day of October, 2021.

17

18                      _____

19                              TONI MUSACCHIA

20

21

22

23

24

25

**A**

**a.m** 1:15
**ability** 7:23 8:3
**able** 6:11 33:13,19 37:6 46:15 48:9
    48:11 83:22 106:7 109:8 112:12
    120:2 159:8 179:15
**absolute** 19:18 123:14 130:10,11
    139:2 146:3 175:17
**absolutely** 14:18 18:6 50:4 148:18
    153:19 188:4
**absorb** 25:18 132:14
**absorption** 166:13
**abstract** 153:6 154:22 157:6 166:25
    167:12,21
**abundance** 158:23 160:12
**accept** 117:11
**accepted** 50:6 111:6 158:3 175:23
    176:4,9,11,14,23 177:22
**account** 189:25
**accuracy** 182:17
**accurate** 77:15 172:17
**accurately** 7:24 8:4
**accustomed** 111:25
**acetonitrile** 66:9,10,12,12,16,22,25
    67:3,6 68:9,11,17 69:4,25 71:21
    71:25 72:21,23,24 74:7,21 75:19
    75:23 76:9,9,18,19 77:3 81:4
    97:14,15,16
**acetophenone-formaldehyde-resin**
    184:10
**achieve** 141:17
**ACN** 96:17,21 97:13
**acronym** 51:11,18
**Act** 109:20
**action** 6:6 197:12
**activator** 24:8
**acts** 65:19 66:12
**actual** 122:6
**add** 35:5 47:18 66:7,9,25 67:16
    69:4,24,25 77:2
**added** 67:5 135:8 138:6
**adding** 66:21 75:18
**additives** 184:5
**address** 5:24
**adhere** 102:10
**adjacent** 89:6 129:23,24 141:7
    149:20 162:9
**adjust** 49:7,12
**administer** 4:8
**affect** 8:3 89:13 148:13 165:7
**against-** 1:6
**age** 98:24 104:4,16,23 125:9 136:18
    141:18 150:20 168:3 181:17
    185:5 188:16,21
**aged** 191:4
**Agency** 4:13 125:18 128:14 141:5
**ages** 160:24 181:11
**aging** 102:6 103:23 105:20 106:2

127:4,5,20 146:19,24 147:16,24
    148:14 151:6,8 157:24 166:22
    184:3,9,11 185:5,23 186:6,12,15
    186:19,22 187:3
**Aginsky** 125:6,12 134:21,22 141:20
**Aginsky's** 135:8 176:13
**agitate** 69:7,12 124:5,20
**agitated** 69:9 70:2,4,6
**agitates** 77:4
**agitating** 70:12 71:4
**agitation** 71:17 82:17
**Agnes** 127:17 151:5 169:24 186:5
    189:21
**ago** 142:15
**agree** 19:4 101:16 113:13 115:16
    116:17 119:18 125:22 127:11,13
    127:23 129:14 131:23 133:21
    135:25 136:4,20 143:6 144:21
    149:2,24 150:5 167:9,25 169:12
    171:11 174:8,17 179:8 180:24
    181:15 184:15,22,25 186:17
    187:22,25 188:25
**agreeable** 150:7
**agreed** 3:4,10,15 4:3
**agreement** 26:22 173:13,18
**agriculture** 156:23
**ahead** 97:25 120:6,21 158:9
**Ahoy** 40:22
**air** 79:8,11,23 80:2 122:10,16
    165:19,22
**Akinsky** 126:4
**al** 136:17 184:7
**Al-Hawary** 152:25
**Albert** 176:21
**Aldila** 15:15
**allow** 41:25 156:16
**allows** 34:16 35:14 45:12 65:21
    81:12 99:19,25
**Almog** 134:9 174:3
**alter** 178:23
**amenable** 88:13
**America** 1:8 2:11 130:25 131:6
    145:15
**amount** 20:14 24:2 48:15 54:12
    60:14,23 61:8 62:14 89:8,13,20
    90:11,13,14 107:15 109:6 110:8
    111:15,20 112:17 128:2 136:7
**amounts** 41:16 89:16 90:3 128:8
    140:20 184:6 187:25
**ana-like** 79:17
**ana-link** 74:25
**analogy** 21:25 64:25 65:2 68:3 82:4
    98:10 121:22,23 123:7,8 182:16
**analyses** 26:3
**analysis** 20:13 25:21,24 26:15
    27:24 33:16,22,25 34:21 36:19
    46:17 47:12 49:25 50:2 52:8,10
    52:12,13,13,22 56:4,13 57:11

58:14 59:15,16,20 60:6,9 62:11
    63:6 67:14 78:5 85:2 88:14 89:2
    97:17 104:3,19 110:7 114:20
    119:16 121:10 129:10 131:24
    134:14 135:22 136:16,22 141:23
    147:4 174:7,14 177:5 179:14
    183:24
**analytical** 52:21 130:21 141:11
    179:21
**analyze** 44:20 82:5 123:15 136:18
**analyzed** 37:7 56:22 75:2 76:11
    78:7 80:8 180:11
**analyzing** 81:15 111:11 145:7
    158:3 186:13
**angle** 128:6,7
**answer** 6:18,24 7:8 8:19 13:21 31:2
    37:22 38:9 52:24 54:13 55:3
    117:13 190:9
**answering** 189:8
**answers** 195:12
**anticipate** 8:21
**Antonio** 134:10
**anybody** 136:9
**apart** 8:22 124:8
**apologize** 15:6,19 16:4
**Apparatus** 28:2
**appear** 190:3
**appearing** 5:11
**appears** 129:12 155:7,15 159:3
**apples** 97:3,3
**applicable** 55:25 114:19 144:24
    157:22
**Application** 134:13 135:19 183:23
**applied** 21:9 24:10 58:7 90:12,18
    138:6 140:19 141:20 144:11
    148:14 153:23
**applies** 59:15 114:21 115:22 126:15
**apply** 44:10
**applying** 57:3 120:16
**approach** 106:18
**appropriate** 156:5
**approximate** 171:22
**approximately** 21:6 24:20 71:9
    92:20 185:19
**approximation** 93:25 141:17
**arbitrary** 37:6
**area** 83:16 88:18,24 89:3,6,21 94:8
    94:12,15,19 96:2,5 100:13 112:10
    123:11,24 125:19 128:17 129:13
    129:25 130:2,5,6,14,19 135:7
    138:15 165:25
**areas** 59:2 88:13,15
**argument** 121:15
**Arizona** 178:21
**arm** 73:8 74:11,22 75:16 76:12,14
    76:17 79:21,21
**article** 163:14 168:19 169:10,18
    170:4 171:8 173:18 174:3 179:25

180:2,3,8,9 183:25 184:18,19,20
    184:23 186:20,23 189:22
**articles** 163:4 169:11,12 173:21
    183:20
**articulate** 18:18
**artificial** 127:4 157:24
**ascertain** 9:25
**aside** 10:11,14 116:17 181:25
    191:22 192:6
**asked** 83:5 124:22,23 169:22
    173:25 175:7 183:20 190:8
**asking** 6:7 7:4 10:12 35:22 36:8
    38:19,20 40:6,7 54:11 67:25
    83:13 97:24 103:13 114:17
    148:10 178:6 184:19 191:23
**aspect** 31:23 32:25 191:22
**aspects** 184:4
**assessed** 166:12
**assessment** 136:25
**assign** 30:22
**assist** 24:10
**Association** 51:13
**assume** 138:8 158:11 189:19
**assuming** 131:19
**ASTM** 51:4,5,9,9,11,12,14,15,17
    51:19,22 52:7,24 54:9 55:21,21
**attachment** 12:10
**attention** 161:3 188:12
**attorneys** 1:20 2:3,7,11,16 7:7,9
**audible** 6:13
**author** 173:8
**authored** 173:8,9
**authors** 134:15 140:12,19 151:10
    180:5
**auto** 72:12,12 73:3,6 74:10 75:16
    76:4 77:5,10 82:17
**automated** 79:20
**automatically** 76:6 85:17
**available** 178:8
**Avenue** 2:8,17
**average** 110:8 114:15 115:5,7,9,13
    116:14 118:25
**averages** 114:5
**avoid** 32:23
**avoided** 89:12
**aware** 114:23 134:15 136:9 139:21
    148:25 153:3 162:6 163:13 164:9
    166:11,16 170:4,7,13,20 173:23
    176:3 177:16 191:2
**axis** 81:8 91:25 92:4,5 93:25 155:8
    155:9,10,18 158:23 188:16,17,17

**B**
**b** 14:16 180:11 196:6
**B-R-A-Z-E-A-U** 180:4
**back** 14:17 15:5 16:11 47:15,16
    49:23 51:6 65:25 74:5,22,23 75:6
    76:14,19,20,22 78:24 79:2 81:23

85:6 86:19,21 87:2 91:7,10 93:24
    126:5 131:16 135:9,18 136:23
    162:20 175:16
**background** 54:12 83:18
**backside** 86:14 87:11
**bad** 40:23
**ball** 157:3
**ballpoint** 30:6 36:21 37:14 42:22
    44:6 88:15 90:22 125:9 127:5,20
    139:18 151:7 152:25 154:5
    166:22 178:3 186:7,21
**banner** 138:5
**base** 31:16 114:12
**based** 31:10 32:2,18 33:5,10,16
    35:2 37:13,18 55:9 62:16 75:5
    80:24 82:11 83:4,6 85:8 88:25
    90:15 92:13 99:10 102:12,24
    108:12 110:6,22,25 111:3,10,22
    116:3 118:19,20,22,25 119:15,16
    119:17,20 120:14 121:6 123:15
    129:10 131:2,4 134:13 136:15,25
    141:19 175:17 183:24
**bases** 11:24 21:19 59:12
**basic** 49:24 83:16 97:9
**basically** 54:8 80:22 116:20
**basics** 75:6
**basis** 179:9
**Bates** 86:5,9
**Bates-stamp** 86:13
**Bates-stamped** 14:25 86:7,12,14
**Battery** 2:12
**becoming** 166:17
**Bee** 4:13
**beginning** 15:14 68:3 90:24 182:4
**behavior** 133:22 146:19,24 147:17
    148:14
**belief** 5:11
**believe** 14:6,14,22 15:8 27:22 50:7
    58:22 100:17,18 109:10,22
    125:11 127:6,22 128:12 130:24
    133:17 139:23 143:2 145:13
    169:17 172:23 179:25
**Bello** 139:15 144:6
**benchmark** 98:23 105:23
**Berman** 2:5 5:5,21 6:5 12:9,18
    13:12,19,23 15:10 16:23 19:23
    85:6 91:5,9 137:24 142:21 143:16
    153:10,19 154:16 156:9,12,16
    157:10,18 158:13 161:19 163:18
    188:7 190:19 194:9 196:4
**best** 5:10 6:15,23 7:2 13:16 22:8
    41:16 65:18 99:23
**better** 126:4 182:20
**beyond** 21:8 46:5
**bibliography** 180:12
**BIC** 37:11,21,24 38:8,13,22 39:16
    40:10 154:12,13 158:18,20
    178:20

**big** 90:7 94:23 129:8 135:5 160:17
    183:18
**bigger** 182:19
**Bioethics** 179:2
**bit** 16:24 42:3 69:2 100:7 101:12
    103:5 148:10 154:9 167:15
    181:18 187:20
**black** 30:6,6,8,18,20 31:3,6,7 36:20
    37:14 38:12 39:14,21,22 154:24
    155:3 158:17 159:8,8 161:11
**blank** 81:2,5 117:24 149:8 150:16
    164:25 165:12 177:14
**blanks** 143:11 144:25 146:6
**blood** 197:11
**blow** 154:16
**body** 56:8
**book** 100:18 130:15
**Border** 125:18 128:13 141:4
**bottom** 15:21 16:2 18:8 88:23
    154:24 155:14
**brand** 178:14,15
**brands** 39:4,6,25 40:5,7,19 179:6
**Brazeau** 100:25 171:20 172:22
    173:4 180:3,4
**Brazil** 130:25
**Brazilian** 178:25
**break** 8:15,17,17 91:6,12 124:8
    153:18 190:20
**breaking** 67:15 180:17
**breaks** 8:20,21
**brief** 91:8 153:20 156:11 190:24
**bring** 47:15
**BRITTANY** 2:14
**Broomfield** 6:2
**brought** 47:16
**browse** 14:16
**Brunelle** 136:14,21,22
**brush** 68:5
**bubbles** 79:8 80:2
**Buchner** 140:14
**Bugler** 134:9 136:17 137:3 140:11
    140:14 141:2 174:4 184:7,16,19
    185:3
**built** 73:7 96:9,14 99:17 117:19,20
    120:8 135:11
**butter** 32:16
**buy** 32:14

**C**
**c** 1:1 2:1,2 3:1 4:1 5:1 14:16 15:5
    154:12,13 158:19,20 159:4,5,5
    161:3 195:2 197:2,2
**caffeine** 82:6
**calculation** 96:9,13,14 115:17,18
    186:24
**calculations** 65:17 95:2
**calendar** 132:12
**calendared** 25:15

**call** 12:25 13:2 20:22 21:22 25:15
  26:5,11 32:19,20 38:8,16 74:25
  77:12 78:5,24 81:13 95:15 96:16
  99:20 126:16 135:4 147:13
  151:22 169:9 194:4
**called** 14:13 26:14 27:25 64:9 65:7
  65:12 69:16 70:17 72:10,12 73:3
  88:16 163:10 181:8
**Canada** 125:18 128:13 141:4
**Cantu** 134:10,16,17 174:4
**capable** 167:4
**capacities** 1:10,11,11
**captured** 10:18
**careful** 132:25 163:2
**Carina** 139:15 144:6
**carried** 165:19
**Carvalho** 139:15 144:6
**case** 11:5 44:9,19 47:14 62:3 101:20
  107:17 108:22 125:3 134:14
  135:15 144:24 149:22,23 150:18
  150:24 165:16 176:25 177:12
  183:24 190:13
**cases** 45:18 108:9 167:7 186:16
**caught** 43:22
**cause** 24:17 132:18 148:24 160:20
  185:4,4
**causes** 22:6
**caveat** 41:18 156:21
**Celine** 126:25 134:9 135:12,14,14
  151:6 169:24
**Celsius** 58:9 62:13 124:3,16 159:11
  159:12
**center** 73:11
**centers** 91:3
**centimeter** 157:25 159:20,22,23
  160:5 162:8 193:4
**certain** 19:17 29:19 41:19 54:23
  92:12 102:12 106:21 132:17
  148:24 160:10 161:8 176:8 185:3
**certainly** 23:17 51:25 56:21 87:9
  100:10 101:18 135:5 143:15
  149:10 151:21 181:15
**certainty** 19:18 99:5 105:20 107:13
  119:15 122:6 123:12
**certification** 3:6
**certify** 195:7 197:5,10
**chance** 124:2 145:9 182:12,20
**Chancery** 109:21
**change** 60:16 125:22 151:16,17
  191:8 192:20,21
**changed** 51:16 187:15
**changes** 111:14 151:18
**chapter** 83:9,11 100:18 130:15
  164:2,6
**characteristics** 33:7,8 35:11 147:24
  181:17 185:23
**characterize** 38:3 135:6 175:13
**chart** 155:16,25 156:19 157:13

184:17 188:22 189:21,23 190:5
  190:15,18 191:15
**charts** 154:24
**check** 47:23
**chemical** 1:8,9,9 2:11,17 20:13
  22:22 25:21 32:3,4,11 42:4,7
  52:22 65:11 92:8,13 99:21 110:7
  174:14
**chemically** 41:12
**chemicals** 32:22
**chemist** 75:7,9 83:20,24 84:3
**chemistry** 31:22 49:24,24 50:3
  83:16,18 97:9 162:23 163:7
  182:17
**chemists** 174:24,24 175:2
**chemists's** 156:23
**chip** 32:14,15,17 40:21
**chips** 32:16 40:22,24
**chocolate** 32:14,15,16,17 40:21,24
**chromatograph** 92:9,11
**chromatography** 26:15,18 27:2,5,8
  42:13 125:10 154:6
**Chromatography-Mass** 137:15
  153:2
**circumstances** 104:2
**citation** 18:11 138:4 188:15
**cite** 172:20 173:4
**cited** 84:16,17 180:9
**citing** 16:18
**City** 2:4
**civil** 4:5 11:6
**CLARICK** 2:7
**clarify** 38:11 119:14 120:15 167:13
**clean** 75:20,23 76:7,8,8,18,19 77:22
  79:15,16
**cleaned** 78:23,25
**cleaning** 73:24 74:24 79:18,25
**cleans** 74:20 75:22,23
**clear** 7:3,4 9:24 20:9 32:13 34:17
  36:19 40:6 45:25 82:2 138:7
  144:9 153:25 164:13,15 175:21
  180:18
**clearly** 12:12 177:3
**climate** 178:21,22
**clones** 150:14
**close** 73:6 107:5 119:6
**closed** 20:17 166:5
**closer** 6:11 161:11
**coauthors** 179:21
**coil** 193:8
**coiled** 193:7,11
**coincides** 173:23
**Coke** 82:5
**cold** 126:19 127:14
**collaboration** 185:17
**collection** 185:17
**college** 49:24
**color** 26:7 29:14 33:9 46:5

**Colorado** 6:3
**colorants** 23:20 45:15,16,17 46:14
  82:6
**column** 30:10
**COLWIN** 2:15 19:20 84:2 109:14
  118:15
**combination** 66:11
**combined** 29:11,19 35:17 47:3 48:4
**come** 24:13 38:22,24 39:3,15,18
  81:7,10 82:7,10 91:7,10 92:16,16
  92:23 96:7 110:20 167:17 172:2
  174:11 186:2
**comes** 20:6 49:9 74:25 92:19 93:6
  93:18 94:3 161:11
**comfortable** 134:3
**coming** 145:22 156:23 160:23
**comment** 174:11 176:7
**comments** 54:21
**common** 37:14 87:21 150:10
**commonly** 178:8 181:12
**communications** 7:12
**community** 19:3 135:24 167:8
**companies** 39:7,9
**company** 178:22
**comparative** 127:20 145:5 151:7
  166:21 186:21
**Comparator** 26:13 35:14
**compare** 26:15 45:8 64:8,11 93:20
  103:14
**compared** 94:17 129:16 132:20
  187:6
**comparing** 94:25 96:5 97:2 103:18
  130:12 132:19,21,23
**comparison** 34:11 37:12,21 49:21
  50:10,16,20 64:17 65:23 132:22
  145:6 149:16 180:23
**comparisons** 49:3 52:2
**complaining** 67:24
**complete** 47:19 75:12 195:10
**completed** 38:9 39:11 49:17 59:4
  63:3 68:24 81:17 82:14 89:10
  102:2 120:3,11 160:7,25 183:4
**completely** 6:24 62:21 70:14 123:7
  130:6 173:14
**complex** 21:7,16 24:15,22
**complicated** 39:6,7 106:15
**component** 33:18
**components** 22:24 23:2,12,15,19
  33:4,10 35:6 45:21 46:5 48:10,12
  67:16 76:2 82:3,10 92:10,16
  127:7
**composition** 32:11 54:3 184:3
  186:11
**compound** 20:14 22:12 165:21
  191:24
**compounds** 23:4,6,9 33:14 180:10
  180:15,20 184:5
**computation** 94:14

**computer** 17:4
**concentrate** 48:16 128:2
**concentrated** 45:2 48:8,14,14,20,21
    49:13
**concentration** 48:13 94:2,8,10
**concentrations** 139:5,6 144:16
**concept** 97:16 113:22,25 121:2
    147:11,13,15,20,20 148:2
**conceptionally** 65:25
**concepts** 147:10,19
**concern** 167:8
**concerned** 189:18
**concerns** 45:17
**conclude** 110:5,10 112:6 170:11
**concluded** 77:5 144:17 194:16
**conclusion** 15:7 16:12,13 18:18
    19:18 28:24 30:2 71:16 111:12,17
    112:10 167:17 172:2 173:11
    182:13
**conclusions** 11:13,18 12:5 14:5,8
    15:3 16:8,21 18:13,16 19:9,12
    20:10 107:11 108:10 133:15,16
    139:7,11,12 183:2,7
**condition** 8:3,6 183:12,15
**conditioner** 122:11
**conditioning** 122:17
**conditions** 126:10,13 127:10,13
    180:22 183:10,14
**conduct** 8:24 48:2 57:6,10 58:18,24
    59:7
**conducted** 4:6
**conducting** 47:11
**conference** 1:22 4:12 5:12
**confidence** 99:19 105:7 107:4
    108:21 111:17 115:21 117:10
    118:19,22 119:10,16 121:3,5,6
    123:2 131:17 182:9
**confident** 102:17 118:8
**Confidential** 6:1 7:1 8:1 9:1 10:1
    11:1 12:1 13:1 14:1 15:1 16:1
    17:1 18:1 19:1 20:1 21:1 22:1
    23:1 24:1 25:1 26:1 27:1 28:1
    29:1 30:1 31:1 32:1 33:1 34:1
    35:1 36:1 37:1 38:1 39:1 40:1
    41:1 42:1 43:1 44:1 45:1 46:1
    47:1 48:1 49:1 50:1 51:1 52:1
    53:1 54:1 55:1 56:1 57:1 58:1
    59:1 60:1 61:1 62:1 63:1 64:1
    65:1 66:1 67:1 68:1 69:1 70:1
    71:1 72:1 73:1 74:1 75:1 76:1
    77:1 78:1 79:1 80:1 81:1 82:1
    83:1 84:1 85:1 86:1 87:1 88:1
    89:1 90:1 91:1 92:1 93:1 94:1
    95:1 96:1 97:1 98:1 99:1 100:1
    101:1 102:1 103:1 104:1 105:1
    106:1 107:1 108:1 109:1 110:1
    111:1 112:1 113:1 114:1 115:1
    116:1 117:1 118:1 119:1 120:1
    121:1 122:1 123:1 124:1 125:1
    126:1 127:1 128:1 129:1 130:1
    131:1 132:1 133:1 134:1 135:1
    136:1 137:1 138:1 139:1 140:1
    141:1 142:1 143:1 144:1 145:1
    146:1 147:1 148:1 149:1 150:1
    151:1 152:1 153:1 154:1 155:1
    156:1 157:1 158:1 159:1 160:1
    161:1 162:1 163:1 164:1 165:1
    166:1 167:1 168:1 169:1 170:1
    171:1 172:1 173:1 174:1 175:1
    176:1 177:1 178:1 179:1 180:1
    181:1 182:1 183:1 184:1 185:1
    186:1 187:1 188:1 189:1 190:1
    191:1 192:1 193:1 194:1
**confirm** 26:9 29:23 37:20 81:15
    85:24 138:8 148:5 190:22
**confused** 86:23
**confusing** 190:7
**conjecture** 37:16,17
**connection** 7:13 8:24 9:19 10:15
    126:7
**connote** 100:4
**consent** 4:17
**conservative** 99:24 102:8,15,19
    105:14 106:18,24 119:25 142:4
**consider** 10:21 112:2 175:3,11
**considered** 4:18 53:18 115:21
    135:22 184:4
**consistency** 117:23 160:3
**consistent** 21:12 88:19 89:8 118:3
    159:21
**constant** 192:18
**constraint** 191:25
**contain** 76:8 100:20 143:7 148:12
    150:11,15
**contained** 10:23 12:6 14:12 16:9
    23:13,14 29:6 33:14,20 34:20,23
    41:6 93:9 143:11
**contains** 31:7 36:8,11 78:6 80:18
    141:21 154:2
**contaminate** 149:5
**contaminated** 145:9 147:23 149:3
    149:12 166:14
**contaminates** 193:10
**contamination** 145:17 146:6,10,14
    146:25 149:10,18,25 164:17
    165:5,7
**contaminations** 145:10
**contend** 171:7
**contending** 169:18,20
**content** 56:20 181:19
**contention** 136:8
**contents** 83:7
**continue** 20:11 68:20,21 69:19
**continues** 21:4 153:13 180:16
**continuing** 14:2
**continuously** 70:6,25 193:25

**contrary** 187:5
**Contrast** 161:14
**control** 4:13 56:21 81:2 91:13,17
    128:20 143:10 165:4 177:4,9
**cook** 98:7
**cooked** 98:19
**cookies** 32:14,15,18 40:22
**copy** 17:3,6,7 173:7
**core** 22:11
**corp** 15:15
**Corporation** 1:9,9 2:17
**correct** 8:10 13:10 16:16,17 18:14
    18:18,24 20:3,8,18 21:15 25:23
    26:24 27:3,18,19 28:6,7 30:15,18
    30:19 31:4 36:4,24,25 38:25 39:4
    39:5,22,23 40:17 41:8 42:7,11,25
    44:14 45:14 53:3 54:7 55:6,19,24
    56:11,15 58:4 61:4,5 63:17,19,20
    63:23,25 64:2,4,12 65:4 66:5,6,17
    66:23 67:19,20 68:14 69:6 71:14
    71:15 72:6,22 73:2 74:9,12,13
    77:24 78:11,14,15,19 80:3,6,9,13
    84:4 85:10,23 87:2,3 89:18 90:20
    92:2,4,5 93:8,16 95:24 96:12,23
    96:25 97:5,18 98:8,21 106:19
    113:3,10,11,17,20,21 122:13
    123:21 128:11,24 130:9 134:18
    134:21 138:12 143:12 165:14
    171:12,13 174:17 175:11,24
    177:15 185:23 195:11,13
**corrected** 65:19 96:10
**correcting** 94:21
**correctly** 52:23 66:20 74:2 105:19
    112:14 183:6 192:24
**corresponding** 94:12 180:10
**Costa** 1:10 2:7,11
**counsel** 3:6 4:3,10,22 6:5 7:13 9:7
    9:11,18 10:5,11,13
**Country** 2:4
**COUNTY** 195:5
**course** 17:16,16 18:6 28:15 43:2
    70:5 104:18 115:20 142:12
    160:17 193:16
**court** 1:2 3:18 4:7,23 6:21 7:16
    14:18 20:23 82:25 109:21 157:3
    157:11 176:9,11,14
**courts** 138:23 175:23 176:5 177:19
**covers** 36:18
**Crawford** 136:14,22
**create** 130:3 158:4 191:15
**created** 13:9 55:16,17 187:19
**creates** 23:7 24:7
**credited** 177:18
**cresol** 65:13,17,19 81:4 96:17,21
**criminal** 168:22,23
**criminologist** 168:17
**criticized** 138:23
**critiqued** 133:12

critiques 160:10
cross 149:17
crosslinking 21:22 22:13,15,16
currently 7:22 8:2
curriculum 50:3
curvature 90:16 127:25 161:7
curvatures 160:12
curve 88:15 90:6,7 94:2,5,7,9,12,15
    94:19 95:3 96:2,6,16 151:18
    159:8,9 160:21,23 161:9,23 192:8
curved 89:25 128:5
curves 160:16,19 192:10,17,18
    193:24
cut 22:2,6 85:7
cutting 158:6

### D

d 1:1 2:1 3:1 4:1 5:1,15 15:13,14,16
    57:15,16 195:2 196:2
Dallmayer 140:14
dark 49:10
dash 158:19
data 85:17 94:11 102:25 108:5
    117:23 118:8,19 119:7,7 133:20
    138:25 139:3,13 146:5 147:4
    158:5 159:11 161:22,24 173:22
    173:23 175:16 189:5,14,19
database 185:11,20
databases 185:14
date 1:22 5:4 16:16 30:9,17 36:22
    135:22 136:16 171:21 174:6
    187:12
dated 136:15
dating 104:18 130:22 131:19 133:4
    134:13 135:20 136:15 137:14
    138:18 141:11 152:25 154:5
    167:4 169:25 174:7 175:22
    176:18 177:17,23 179:22 183:23
    186:5 189:22
day 60:17 190:10,11 191:11,11
    192:4 194:7,7,7 195:20 197:16
days 188:8,16,22 189:3,4 192:6
de 139:15 144:6 168:20
debating 148:22
debunked 173:24
decade 167:3
decide 55:4,8,9
decides 55:4
decimal 115:15
decimals 115:14
decrease 108:21 150:19 193:16
decreases 105:21 107:14 109:6
decreasing 193:25
Defendant 2:7,16
Defendants 1:12 2:11 9:8,11
define 150:22
defines 54:6
definitely 84:10,13,18,23 97:8

130:16
definition 18:19 20:4,6
defuse 129:4
degree 62:13,24 99:4,5,19 100:2
    101:15 102:11 105:6,7 110:12
    118:18 119:9,15 120:18 123:2,12
    124:3,16,24 131:17 161:5
degreed 123:19
degrees 58:9 63:24 107:11 123:10
    123:23,25 124:9,12,12,12 125:13
    125:14 126:5 154:12,13 158:19
    158:20 159:5,5,11,12 161:21,21
    187:17,17
delve 100:6
denoted 95:9
dense 129:16
densitometric 125:10
density 71:23
department 50:25 156:24
depend 25:3,13 48:18 107:15
    111:16 193:20
depending 44:24 49:12 60:15 90:5
    94:6 103:23 104:2,10 128:4
    132:11 137:10 155:16
depends 44:23 48:17 61:8 90:6
    106:2 111:15,19 129:7,19 133:24
    147:20 150:21 151:23 152:9
    168:2 169:10 178:20 191:9 194:5
deposed 8:9
deposited 90:13,14 128:9
deposition 1:19 4:6 9:12,22 10:3,3
    10:15 106:5 195:9 197:6
depress 71:8
depth 187:10
describe 22:8 28:15 57:9 59:10
described 11:16 23:25 30:21 49:19
    53:11 55:22 56:24 58:11,21,22
    59:16 60:18 61:16 77:5 80:19
    81:24 82:16,18 87:19 97:4 152:6
    158:18
describing 28:19 42:6 45:11 56:13
    57:22 58:3 70:15
description 22:18 42:9
designate 30:23
designation 37:6
desk 166:5
detect 149:11
detected 147:2
detection 28:2 140:2
detections 140:8
determination 112:19 125:9 139:19
determine 26:8 33:13 98:18,24
    122:2 131:2 133:24 141:20 149:9
    150:17
determines 24:24 48:15 61:6
determining 104:3 137:4
develop 167:3
developed 172:13

Developers 109:19
developing 56:25
Development 51:9 53:11
deviating 105:13
deviation 113:23 114:8,10,19,21,24
    115:18,23 116:23 117:9,12
    118:21 119:17 130:3 167:24
device 26:22 59:3 73:3,16,17 88:12
differ 180:23
difference 31:19 53:20 58:9 60:20
    61:17 64:20,24 114:7 132:4
    151:25 161:12 166:12 183:14,18
    191:12
differences 34:2 35:8 41:19,21,24
    90:11 134:23 148:18,20 174:15
different 6:16 22:5,24 23:11 26:16
    27:11,13 30:13,24 31:20 32:15,22
    35:11,12,23,23 39:25 45:9 57:25
    64:11 78:18,21 80:20 82:3,7,9,10
    87:8 90:3,17 92:10,14,15,17
    102:5,6 103:16,17,19 104:13
    107:11 113:15 115:19 116:15
    126:10,10,12,12 127:10,11,13
    128:8 130:6 139:7 147:10 148:11
    159:2,3 160:11,13 163:4 170:16
    179:6 181:16,16,17 185:22 187:2
    189:6 190:2 191:19 192:3
differentiate 31:10,13,15 34:7
    35:21 37:7 39:21 46:24
differentiated 32:2 34:15
differentiation 147:18
differently 89:23 104:12 118:10
    129:5 178:7
difficult 44:8,13 111:23 152:11
digit 110:23 111:10
digital 10:19 80:15
digits 112:23 142:12
dips 76:13
direct 5:20 14:18 37:20 161:3
directing 188:11
direction 192:22
directions 119:3
directly 74:3
dirty 75:21 76:15
disagree 102:8 131:12 135:25
    136:20,21 144:21,23 149:24
    167:9,10,14,25 171:11 179:8,9
    180:24 181:2,3,5 182:21,23 183:6
    183:11 184:22 186:17
disagreed 102:4
disagreement 174:8
disburses 76:14
discern 46:15 155:12
disclose 163:2 181:23
discredited 177:13
discuss 11:23
discussed 9:17 100:8 106:4 130:7
    141:10 186:20

**discusses** 170:5
**discussing** 140:5
**discussion** 26:21 42:12 46:23 58:5
  164:22
**distance** 160:5
**distinction** 32:7 147:9
**distortion** 160:20
**Distribution** 186:6
**District** 1:2,2 177:2
**disturb** 124:19
**divergence** 161:16
**divergences** 162:4
**divide** 62:4
**divided** 95:5 113:6
**divvy** 101:12
**doctor** 12:23 79:9
**document** 13:6,13 16:9,20,21 18:3
  18:4 19:3 20:7,8 25:10,22,25 26:4
  27:15,21 28:4,9,14,19,25 29:6,21
  29:24 30:14 31:17 33:13,20 34:9
  34:23 35:4,17 36:7,15 37:23
  39:15,21,22 40:9,10 41:6 42:4,23
  42:25 43:4,8,12 44:12 45:23 47:5
  50:12 56:19 58:13,19 59:7,19
  60:9 63:6,15 85:25 87:13 89:14
  103:8,10,23,24 104:10 110:16
  113:2 126:15,20 134:4 136:11
  137:25 143:23,24 150:2,20 156:4
  164:18 165:11 166:20 167:19
  168:10 170:11 179:15,15
**document's** 166:25
**documented** 84:8
**documents** 17:14,17,22 26:16
  103:22 104:4 126:18 142:23
  143:19 166:18 179:17
**doing** 46:8 54:9 59:10 61:19 64:16
  65:22 79:12 94:4,24 97:11 111:10
  131:5 136:22 145:7 152:11
  160:18 165:3 172:15 174:21
  192:23
**Donna** 1:10 2:7,11
**doubt** 119:10 182:7
**doubts** 189:13
**downplay** 192:25
**Dr** 125:6,12 126:4 131:8 134:16,17
  134:21,22 135:8 141:2 168:24
  176:13
**drafted** 53:25 55:20
**drastic** 183:19
**draw** 11:12 49:11,14 108:10,23
  111:12,18 122:13 139:7,11,12
  147:9 166:6
**drawing** 21:18 23:23 88:20 132:18
**drawn** 128:11 131:25
**draws** 72:14 74:2
**drew** 32:7
**dried** 98:16 173:14
**drier** 124:7

**dries** 106:6
**drive** 6:2 62:18,20 98:13 109:8
**drives** 182:3
**drop** 73:22 74:14
**drug** 75:8
**drugs** 52:17
**dry** 24:12 25:11,16,17 62:21 89:22
  98:15 103:16 148:21,25 178:21
**drying** 21:8,16,24 23:7 24:22
**due** 23:25 140:23
**duly** 5:16 197:7
**dump** 73:22
**dumps** 74:19 76:19
**duplicate** 60:13 61:10,18 83:3
  110:7
**dye** 33:4,10 127:6
**dyes** 23:17,20 34:22,25 35:7 38:7
  45:22 178:10 179:5 184:5
**dynamic** 181:9,9

**E**

**E** 1:1 2:1,2,2 3:1 4:1 5:1,15,15
  195:2,2 196:2,6 197:2,2
**e-mail** 12:9 137:25 143:17
**E-S-D-A** 28:3
**E-Z-C-U-R-R-A** 130:21
**e.g** 21:13
**earlier** 80:20 106:4 109:2 117:18
  129:2 130:7 132:6 137:21 140:11
  142:2 164:7 175:7 180:5 187:7
**early** 106:5 171:24
**easier** 96:18 163:15 175:20 177:25
**easily** 83:25 121:15
**easy** 91:4
**effect** 3:17 145:11
**effectively** 175:10
**Egyptian** 162:22 163:7
**eight** 61:11,13 62:3 63:7 110:6,9
  112:22 113:2,6
**eighteen** 21:7 24:21,25 101:14
  136:6
**either** 118:21 123:4 142:19,22,24
  143:5 179:15 190:13 197:11
**El-Hefny** 152:24
**El-Sabbah** 152:24
**elapsed** 67:7
**elapses** 70:2 193:25
**elected** 55:22
**Electrostatic** 28:2
**elicit** 124:14,21
**eliminated** 117:2
**empirical** 18:23
**employ** 88:2
**empty** 75:20
**endorsed** 51:8
**ends** 91:2
**engage** 168:25
**engagement** 187:22

**engaging** 70:16
**England** 109:22
**English** 131:19
**ensure** 186:14
**entered** 141:22
**enters** 92:11
**entire** 7:2 70:7 94:9 156:3
**entitled** 134:12 137:13 138:2
  139:16 166:21 169:25 179:21
**entity** 51:16 52:10 53:21 54:5
**entries** 14:25 15:14,14,18 16:14
  30:7,16 42:16 59:2 128:10
**entry** 33:13
**environment** 25:11 126:17 135:17
  150:2,8 164:18 165:17 173:16
  193:2
**environmental** 165:5 166:13
**equally** 90:23
**Erich** 133:3 137:16 138:20 175:8
**error** 15:20 16:5 99:17,20 116:21
  117:2,14,19,20 118:5 119:5
  140:23 142:7 151:22
**ESDA** 28:3
**especially** 103:18
**ESQ** 2:5,9,14,15,19
**essential** 186:14
**essentially** 94:24 99:8 171:18
**established** 99:9 112:4 116:9
  119:23
**Esthetic** 181:11
**et** 136:17 184:7
**Evaluation** 139:17
**evaporate** 24:14 97:21 126:22
  132:13
**evaporated** 98:3 192:5,8
**evaporates** 21:24 58:6 171:16
  172:19
**evaporation** 24:2 56:15 133:22
  141:16 191:15
**everybody** 134:3
**evidence** 19:15 40:12 41:23 100:5
  107:6 112:6,12 148:22
**evolve** 126:3
**exact** 41:15 67:2
**exactly** 9:4,13 25:8 31:23 32:24
  43:13 49:4 54:15 81:6 82:8 84:17
  121:24 152:10,21 167:16 171:8
  184:13 187:11 192:11
**exam** 26:23 36:6,6,9,12,14,15
**examination** 3:7,16 5:20 26:6,9
  27:16,16,17,17,18,23 28:14 29:2
  29:5,11,12,17,18,19 33:11 34:14
  35:10,13,20 41:5 42:4,7,10 45:5
  45:11,16 46:12 47:2 48:3,3 56:2
  56:24 57:6,22 58:3,18 59:8
  194:15 196:3
**examinations** 11:23 26:12 27:20
  28:8,10 32:3,4 33:5 35:18,24

51:21 56:18
**examine** 29:21 41:21 136:11
**examined** 5:18 46:13
**examiner** 19:3,16
**Examiners** 16:20,22 20:8 34:10
50:12
**examining** 157:25 164:10
**example** 32:13 40:23 58:17 61:17
96:15 122:2 137:5 150:10 154:10
155:17 159:4,7 165:9,16 175:7
**examples** 52:16 88:4
**exceed** 62:25 105:5 110:9 119:21
**exceeded** 112:5 120:10
**exceeds** 99:3 101:25
**Excel** 115:11
**excerpt** 138:3
**excerpted** 154:20 188:13
**excise** 159:15
**excising** 158:6 162:8
**Excurra** 179:20
**excuse** 167:2 174:2
**executed** 15:18 16:15 112:7
**exerts** 144:17
**exhibit** 12:19,20 143:22,25 144:2,3
144:3 153:15,21,22 156:13,14
188:9,12,13
**exits** 92:11
**expect** 7:9 98:6,19 101:22 103:8
104:25 105:19 107:25 159:13
160:24 165:11
**expectation** 83:3
**expected** 97:20 148:16 166:4 187:7
**expedited** 194:14
**expeditious** 17:5
**experience** 37:13,18 110:23 111:2
111:12 116:4 120:14
**experienced** 156:24
**experiment** 159:18
**experiment's** 144:15
**expert** 11:6,11 13:9 17:18,22,23
18:4 54:3 83:2,15 84:6 110:3
138:22 143:20 175:14,23 176:4
176:23 177:18
**expert's** 83:2
**experts** 101:11 116:10 138:17,21
175:3 176:2 177:17,21
**explain** 31:12 61:16 96:18
**explained** 21:19 91:24 106:4
127:14 128:25 130:14 142:2,12
**explaining** 68:2
**Explosives** 52:17
**exposed** 126:20
**express** 4:17 19:15
**expressing** 16:21 18:13,16 19:9,12
20:10
**extensive** 79:18
**extent** 29:20
**extra** 44:19

**extract** 42:19 43:5 44:8,13 48:20
65:14 68:21 72:4 74:11 111:24
**extracted** 42:14 47:14 69:20 75:16
168:14
**extracting** 49:6
**extraction** 65:11,13 68:6,8,11 70:18
77:13 139:20
**extractor** 66:13
**extracts** 73:16 75:17
**extreme** 126:19,21 127:14,15 165:9
165:16 183:13,19
**extremely** 21:11 25:16 101:19
105:24 108:18 119:9 121:20
132:18 142:4
**Ezcurra** 130:21 141:10

_____

**F**

**F** 1:1 2:1 3:1 4:1 5:1 161:14,15,18
161:20 197:2
**face** 87:13,14 112:20
**fact** 5:12 31:5 106:14 115:9 118:20
119:21 121:24 148:13
**factor** 19:17
**factors** 21:25
**facts** 11:12
**factually** 170:12
**fair** 136:7 191:14
**fairly** 11:3 168:7 172:17
**falls** 29:13
**false** 142:5,8
**false/positive** 170:8,10,17
**familiar** 109:23 113:22 125:5,8
126:24 127:3,16,19 130:20 131:7
133:2,8,9,14 134:8 137:13 139:14
140:5,14 141:13,24 144:5,7 151:5
151:10 152:23 154:19 155:8
162:17 166:23 168:5,7,15 169:3
169:21,23 170:3,23 176:17
178:25 179:20 184:14,16 186:4
187:9
**far** 36:5 143:20 168:24
**fast** 106:7 132:14 134:6 185:5
**faster** 25:12,17
**FBI** 50:25
**feasible** 148:3
**feasibly** 32:21
**federal** 3:2 4:4 11:6 82:25 175:23
176:4,9,11,14 177:18
**feel** 157:10
**fewer** 44:16
**field** 99:9 134:18 135:13 138:12,16
162:4
**Fifth** 2:8
**figure** 45:5 46:21 48:10 116:12
154:4
**Figures** 139:16
**file** 10:17,21 17:19 85:18 108:7
**filed** 134:24

**filing** 3:7
**final** 14:23
**find** 29:9 34:2 57:13 60:24 84:21
88:12,18,24 91:16 100:14 124:13
192:16,19
**finding** 135:8 166:17 174:24
**fine** 8:18 12:16 17:9,12,13 130:2
163:17
**finish** 6:23
**finished** 120:6 190:20
**first** 5:16 12:9 13:11 62:8 63:24
66:4 75:19 76:3 80:19 85:5,15
88:5,6 117:8 138:25 144:24
147:11 155:10 157:12 159:10
176:20 180:18 181:7 189:12
191:2
**Fischman** 1:4 2:22 6:6
**fitted** 131:8
**five** 35:23 43:19,19,25 44:2,3,4,6,9
44:11,15,17,20,21,22,23 47:6,8,8
47:22 60:12,17 61:4,7 64:23
66:23 67:7,17 69:5,7,9,12 70:5,7
70:10 71:6,17,19 77:4 104:8
114:6 117:15 137:11 155:17,20
191:11
**five-minute** 91:5 153:17
**flicking** 79:10
**flip** 157:13
**floating** 165:24
**Floor** 2:8,12
**flour** 32:16,19,21
**flow** 130:8
**flowing** 90:23
**fluctuate** 168:10
**focus** 34:6
**follow** 43:9 184:12
**following** 75:15 77:2
**follows** 5:19
**footnote** 16:18,22,25 18:7,8,8 20:4
**force** 3:17
**forensic** 16:19,21 19:3 20:7 34:9,11
49:20 50:10,12,16,19 106:22
135:24 156:22 168:17,22 169:3
174:4 175:22 176:17 177:17
179:2,23 183:21 185:8
**forget** 96:8 117:18 177:9
**forgot** 177:8
**form** 3:11 138:11
**format** 80:17
**forms** 81:20
**formula** 38:6 94:23 178:2 179:16
179:18 180:18 181:6 183:8
**formulated** 25:4
**formulating** 11:17
**formulation** 25:3 30:11,18,24 37:13
40:15,18 41:2,10 48:19 108:24
181:10,13,14,19 182:22,24 184:7
**formulations** 25:7 30:13 31:9,25

33:2 35:12 103:16,19 109:4
**forth** 7:20 54:18 197:7
**forward** 20:23
**found** 101:19 129:15 134:4 140:21
**foundational** 134:2 172:7,9
**four** 9:5 47:8 60:10,11 61:7,11 62:3
62:5,7,8 63:7,10,10,11,11,18,21
69:3,24 70:11 101:23,23 107:19
113:7,8 117:15 136:19 137:11
185:6 190:11,11
**frame** 175:19
**framework** 55:20,25
**free** 157:10
**fresh** 21:13 62:17,19 97:19,20 98:2
98:5,11,14 109:8 124:20 145:19
148:17 152:6
**front** 9:14 17:6,7,17,24 86:19,20
87:2 131:11,22 154:22 156:22
162:21
**full** 14:7 121:9 160:5
**fully** 106:11
**function** 152:14
**funded** 50:24
**further** 3:10,15 4:14 155:24 194:9
197:10
**future** 5:4

---

**G**

**G** 5:15 6:1 7:1 8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1,21,22
89:1 90:1 91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1 99:1 100:1
101:1 102:1 103:1 104:1 105:1
106:1 107:1 108:1 109:1 110:1
111:1 112:1 113:1 114:1 115:1
116:1 117:1 118:1 119:1 120:1
121:1 122:1 123:1 124:1 125:1
126:1 127:1 128:1 129:1 130:1
131:1 132:1 133:1 134:1 135:1
136:1 137:1 138:1 139:1 140:1
141:1 142:1 143:1 144:1 145:1
146:1 147:1 148:1 149:1 150:1
151:1 152:1 153:1 154:1 155:1
156:1 157:1 158:1 159:1 160:1
161:1 162:1 163:1 164:1 165:1
166:1 167:1 168:1 169:1 170:1
171:1 172:1 173:1 174:1 175:1
176:1 177:1 178:1 179:1 180:1
181:1 182:1 183:1 184:1 185:1
186:1 187:1 188:1 189:1 190:1
191:1 192:1 193:1 194:1 195:2
**G-A-U-D-R-E-A-U** 180:4
**G-I-E-B-I-N-K** 133:3
**Garden** 2:4
**gas** 26:17 27:4,8 92:9,11 125:10
137:15 152:25 154:5
**Gaudreau** 100:24 171:20 172:22
173:4,18 180:3,3
**Gaudreau-Brazeau** 180:13
**GC** 72:11,16 73:17 76:2 80:21
81:11 82:2,2,7,8 91:21 93:10
**GC's** 84:21
**GC/MS** 26:18 27:4,18 32:4 33:16
33:22 36:3,14 41:5 52:5,7,10,11
52:13,25 53:15 56:2,12,19,22
57:4,10 58:3,14,18,25 59:8,15,16
59:20 60:6,9 62:2,11 63:6 67:14
68:23 72:11 73:14,19 74:4 75:4,6
75:7,8,9,11 76:24 77:17,19,20
78:2,2,13,17,19 79:4,6 80:7,14,20
82:12 85:10,14,20 86:10 88:9
91:20 93:21 118:2 127:21 135:23
136:16,25 139:17 146:6,7 151:8
166:23 186:22
**general** 11:7 42:9 103:7 126:16
161:23 173:12,13,17
**generalized** 126:9 127:9
**generally** 26:7 31:21 35:8 41:17
50:6 58:3 88:14 112:10 126:14
128:11 142:13,14 158:3 160:11
160:15,22 166:23 170:23 172:16
184:25 186:2,11 192:20 194:3,4
**gentleman** 135:10
**Gerald** 1:19 5:12,23 13:4 195:7,17
196:4
**gestures** 6:22
**getting** 9:17 89:20 90:8 92:6 112:22
116:20 117:9 145:9
**Giebink** 133:3 137:16
**give** 6:20 19:25 47:6 52:16 80:14
81:19 88:4 109:18 115:19 119:9
121:22 170:14
**given** 191:14 195:12 197:9
**gives** 80:21 142:18
**glass** 47:17
**glossy** 132:13
**go** 8:23 13:2,5,17 14:20 15:5,7,24
16:3,11 47:22,25 73:11,21 77:17
78:2,17 79:9 88:22 89:4,6 97:25
114:10,15 118:16 119:2,3 120:6
120:21 121:18 128:6 131:16
132:19 155:16 156:7 157:16,20
158:9 162:20 174:2 190:4
**goal** 142:5,6
**goes** 21:7,21 22:7 24:21 49:23
54:16,20 68:23 72:10 73:12 74:20
74:22,23,24 75:6 76:11,11,17,20
76:22 77:4,21 78:12,20,23,25
79:17 80:7 83:10,12 92:8 94:23
155:18 161:9 188:22 191:8
**going** 7:3 9:22 12:3 22:5 47:23 49:9
50:22 60:19 61:9 62:20 64:11
68:13,14,20 73:18 75:2 76:10
77:17 78:2,7,7,17 81:7,19,23
87:22 88:8 96:24 98:16 99:22
100:6 111:18 115:18 117:11
121:14 122:7,12,17 129:4 132:10
137:9,10 138:13 148:20,23
156:25 157:22 160:3,19 161:12
168:11 171:6 177:11 181:16,24
182:6 183:18 186:2 191:25
192:16,19 193:24 194:2
**Gomaa** 152:24
**good** 6:4 10:25 11:3 14:9 21:2
117:17 118:6
**goop** 88:17 89:21,22
**gooping** 88:16 89:12 90:15
**GORDON** 2:10
**gotten** 80:25
**govern** 52:4
**government** 185:7
**graduate** 50:3
**graph** 80:22,24 81:8,9,20 84:21
91:25 188:15
**graphic** 157:8,9 188:13
**graphical** 91:21 93:13
**graphics** 154:3
**graphs** 154:7,17 158:10,13,14
**great** 169:14 182:24
**greater** 134:5,5 167:19 182:12
**Greek** 95:16,17
**green** 144:9
**Grosvenor** 109:15,19 110:4 112:3
112:15,18
**group** 16:19 18:12 20:7 34:9 50:12
50:13,21,24 51:2 53:25
**GUERON** 2:7,9 5:7 19:7,22 37:25
82:23 115:4 116:6 156:2 160:14
166:8 190:6
**guess** 65:18 94:4 158:10 176:16
**guide** 156:17 157:10
**guideline** 18:14
**Guys** 19:23

---

**H**

**H** 95:15,19 196:6
**hairs** 182:11
**half** 59:23 101:24 104:8
**hand** 22:2 153:23 197:16
**handwritten** 16:14
**handy** 17:3
**happen** 17:2 24:13 76:10 94:6,24

106:10 117:4 122:16 166:4
181:24 189:16
**happened** 54:14 165:12
**happening** 22:19 82:8
**happens** 22:9 72:19 79:19 92:9,12
106:5 192:25
**happy** 8:15 20:22
**hard** 45:7,8 68:7 156:6
**harden** 22:9 24:18 25:2
**hardened** 106:11
**hardening** 22:22,23 23:25 24:8
106:6
**hardens** 24:6,17 106:7,9
**hardness** 187:23
**Harner** 133:4 137:17
**hate** 44:4
**head** 131:10
**hear** 6:10
**heard** 151:3
**heat** 25:11 62:13,19 64:3 98:6
106:11 123:23 124:4 126:21
127:15 159:25 193:7
**heated** 58:10 60:22 61:13 62:15
63:10,12,24 64:6,8,12 66:4,21
67:19 71:12 77:2,3 80:10,11 85:5
85:16,20 86:15,19,21 89:7 93:21
94:18 95:4,7,19,20,22,25 96:2
98:3 109:7 113:7 123:19,25
124:24 129:21 130:5,12 140:22
145:8 149:17,18 151:15,16 155:5
160:3 162:5 191:7 192:12
**heater** 122:11,22
**heating** 124:6,16 126:7 159:23
193:9,11
**heavier** 90:18
**heavily** 129:12,25
**heavy** 45:7 89:23
**height** 64:20 94:6
**held** 1:22
**help** 24:9 128:18 182:24
**helpful** 181:18
**hereinbefore** 197:7
**hereto** 3:5
**hereunto** 197:15
**high** 21:11 25:10 62:23 98:20 99:4
99:4,19,25 101:15,19,22 102:11
104:16,23,25 105:6,7,7,24 107:4
108:18 109:21 110:12 112:2
118:18 119:9 121:20 123:12
124:8,14,15 131:17 134:4 136:12
160:23 190:4
**higher** 24:2,2 101:3,22 102:16,19
103:9 107:8,19 124:2,6 129:15
152:7
**highest** 167:24
**highlighted** 51:24 144:10,13
**highly** 16:14 18:22 19:13 25:15
100:5 105:11,12 106:20,21

107:10 108:12 132:12 178:22
**hike** 137:10
**Historically** 51:17
**hit** 88:8 99:18
**hits** 128:23 165:22
**hitting** 87:17 182:20
**hold** 86:6 93:24 139:23 156:10
**holding** 128:6
**Holdings** 1:8,9 2:11,17
**hole** 43:5,19 50:22 61:13,25 62:5,7
62:8,13 73:19 87:17 89:4,5
129:24 130:13 158:4 162:9
164:22 168:13
**holes** 42:24 87:9 129:24
**home** 182:4
**hope** 106:23
**horizontal** 92:5
**hot** 98:12,15
**hotels** 39:10
**hotter** 98:13
**hour** 10:9
**hours** 9:5
**house** 98:12 183:16
**household** 150:11
**humid** 178:22
**hundred** 99:12
**hundreds** 104:19 111:4
**hypodermic** 59:3 72:13 73:7,8,21
74:17 77:14 79:7,25
**hypothesis** 105:18 172:6

**I**

**idea** 15:17 24:12 48:12 62:16 68:8
79:10,20 89:15 98:2 99:16 102:9
102:10 103:18 124:3 125:21
126:4 128:4 144:23 149:17
151:25 160:22 173:24 181:5
182:5,21,23 193:3
**ideal** 88:24 91:3
**identification** 12:21 144:4 153:16
156:15 188:10
**identified** 10:23 30:17 35:23 36:23
84:25 147:12 180:19 183:8
**identifies** 80:23
**identify** 26:7 28:13 29:14 34:4 37:3
37:12 38:17,19 40:4,7 54:15 57:5
57:7 81:12 84:25 93:14 100:22
102:10 179:16,18
**identifying** 31:9 81:21 90:10 93:17
**if's** 193:7
**II** 169:25
**images** 10:19
**imagine** 83:18 165:24
**immense** 54:12
**impact** 7:23 114:18 128:2 131:24
132:8
**impairs** 8:7
**implement** 37:24 38:22,25

**implemented** 186:15
**implements** 40:2
**implies** 103:14 165:21
**imply** 102:15 168:8
**importance** 144:18 180:21 183:9
**important** 6:20 60:22 130:16 160:2
184:4 185:2 187:23
**impossible** 149:23 181:20
**impression** 27:24
**impressions** 28:21,21
**improper** 115:14
**inability** 46:23
**inaccurate** 182:12
**inapplicable** 114:2
**incapsulates** 22:10
**inch** 64:23
**included** 32:4 34:12
**including** 11:11 37:11
**inconclusive** 110:19,24 142:11
183:3
**inconsistent** 104:24 152:5
**incorporated** 11:21
**incorporating** 46:24
**incorrect** 139:10
**increase** 122:7 150:25 152:3,14
**increased** 187:5
**increases** 161:16 168:9
**increasing** 161:8 162:5
**indentation** 27:24 28:13 36:6
**indentations** 14:24 52:2
**indented** 29:3
**independent** 110:25 181:14
**independently** 162:17
**Index** 1:7
**indicate** 25:20 30:23 41:23 102:23
146:23
**indicated** 157:5 180:13 188:18
189:2
**indication** 118:3 121:19
**individual** 1:10,10,11
**individuals** 139:8
**indoor** 126:17
**industries** 55:12
**industry** 97:11 147:6 180:21
**inferential** 118:23
**inferring** 146:9
**influence** 139:19 144:16 184:2
186:12
**influenced** 184:9
**informal** 7:17
**information** 27:13 54:19 80:19
81:14,21 83:24 85:13 91:16
100:20 153:23 154:2 171:10
172:13 177:25 179:13 180:20
181:21
**informative** 172:12
**informing** 18:17
**infrared** 33:6 35:10,11 41:23 45:20

**ingredients** 25:6 41:18 45:12
181:23
**initial** 135:8 184:2,6
**injected** 73:14 76:24
**injects** 72:15 73:8 74:3 75:3 79:3
**ink** 21:7,9,12,20,23 22:7,9,19,24,24
23:5,11,13,14,16,19,22,25 24:12
24:17,21 25:4,4,7,7 26:8,8,10
29:15 30:6,8,11,17,18,20,23 31:3
31:6,7,9,17,18 33:9,12,15,20 34:5
34:11,20,23,25 35:4,15 36:20,21
36:21,23 37:2,3,3,8,9,12,14,21
38:5,8,12,16 39:7,8,14,21,22
40:14 41:10 42:14,14,19,22 43:2
44:6,12,24,24 45:13,17 46:24
48:17,18 49:3,13,21 50:10,16
51:3,25 56:2,4 58:7,25 59:7 61:8
62:17,24 65:14 66:14 67:9 68:4,7
68:7 69:20 71:21 72:21 74:8 78:6
79:14,14 82:4,8 87:10,13,14,17
87:23,23,24 88:8,11,14 89:2,8,16
89:20,22 90:3,13,14,15,22,23,25
92:15 97:19 98:2,6,25 99:5 101:6
102:11,23 103:23,25 104:18
105:8 106:2,3,6,9,14 108:19,22
108:23,24 109:4 110:11 111:24
116:10 124:5,19 127:5,20,25
128:8,10 129:12 131:19 134:13
135:20 136:15,18,22 137:10
138:18 139:18 140:21,24 141:17
141:18,21 142:14 145:21,22
147:16,17,25 148:14,24 151:7
152:6,15,25 154:5 159:17,20
160:6,13,24 164:10,24 165:13
166:10,14,22 167:4 169:25 174:6
174:23,24 175:2,22 176:17
177:17,23 178:3 180:19 181:10
181:11,13,13,19,22 182:22,23
183:8,23 184:2,7 185:14 186:5,11
186:12,13,19,21 188:2 189:7,7,20
189:22 190:2,2 191:14,16,24
192:2,13,16 193:20,22
**Ink's** 186:7
**inked** 129:13,25 130:2
**inks** 23:18 25:16 26:16 30:25 32:9
34:3,15 35:21 37:7,14 41:21 42:2
44:7 48:19 52:12,14 53:2,16
88:15 99:14 103:16,19 126:9
127:9 130:22 133:4 135:22
136:16 137:14 139:6 141:12
146:19,24 148:17,21 153:13
157:25 158:3 159:3 173:14 178:8
179:16,22 180:22,23 181:16
182:6 183:10 184:3 185:4,4,11,19
185:22 189:6,15 191:4
**inks'** 184:11
**inset** 154:11 158:18
**Insolvency** 109:20

**inspection** 44:18
**instance** 129:3 132:4
**instructed** 7:7
**instrument** 26:12 27:25 70:22
93:24 141:12 179:22
**instrumental** 52:21 134:25
**instruments** 80:21 130:22
**integrated** 27:12
**intend** 14:12 16:8
**intended** 24:9 124:18 126:18
180:23
**intention** 7:11
**interact** 23:23
**interacted** 10:13
**interacting** 9:11
**interaction** 131:8
**interactions** 9:7 22:5 24:16
**interested** 197:13
**interim** 70:4
**intermittent** 71:17
**internal** 64:10 65:7,8,10 66:10
94:22 96:25 97:10 117:24 185:17
**international** 51:12 169:4 174:5
179:24 183:21
**interpret** 106:13
**Interpretation** 170:2
**interpretations** 110:18
**interpreting** 132:25
**interval** 115:22 117:10 119:17
121:3,7
**introduced** 26:20
**inventor** 135:2,5
**involve** 177:23
**involved** 100:4 176:24
**involves** 45:12
**irregular** 173:15
**issue** 67:23 103:15 177:7
**itemize** 14:4
**items** 7:19 11:11

**J**

**January** 179:4
**Jason** 133:4 137:17
**Jennifer** 1:4 2:22 6:6
**Jerry** 13:4
**job** 175:14
**JOHN** 1:11
**JOLLY** 2:19 5:8
**Joseph** 134:9
**jotting** 43:23
**journal** 138:9 162:22,24 163:7
178:25
**journals** 163:4,10
**judgment** 111:2 129:11
**jump** 15:10
**Jurgen** 134:9
**Justice** 169:24 171:4

**K**

**K** 195:2
**KANE** 2:3
**keep** 67:15 78:9 112:9 177:20
187:21 190:7
**keeping** 63:13 89:7
**key** 129:19 140:25
**kind** 17:19 22:18 23:18 69:10 73:18
75:10 80:14 83:12 88:24 90:8
91:2 93:10 97:9,10 99:16,21
103:17 105:23 142:15 144:16,17
146:19 159:17
**kinds** 54:17
**know** 6:11,15,20 8:14 9:4,10 10:25
11:25 14:19 17:15 18:2,5 22:2
25:9,17 30:6 34:19,22 35:3,19
37:4,19 41:15,17 49:6,11 51:25
61:9 64:23 66:2 69:13,18 81:6,10
81:10 82:5,10 84:5 87:22 90:6
92:19,22,22 99:12,15 101:13,15
101:20,23 102:12,21 103:18
104:6,7 106:14 107:3,5,21 108:2
108:19 111:4,11 112:23 116:21
117:3,8,22 119:24 120:24 121:14
123:9 125:2,12 126:4,6,18,19,20
128:15,19 129:8,11 131:4,5,9,10
132:20 135:14,17 136:24 137:11
137:22,23 138:8,24 140:9 141:14
142:11,15,19,22,24 143:3,5
145:12,14,16,17,18,20 146:15
147:25 148:2,7,19 149:15 150:14
151:21 155:23 156:14,16,25
160:16 161:25 162:8,14 163:14
165:18 167:20 168:5,24 169:9,15
171:5,6,21,25 174:10,12,13,21,21
174:22,23 175:5 176:7,10,12,13
176:15,20,22 177:24 178:18,23
179:12 181:6,18 182:22 183:15
183:16 184:13 186:18,18 187:16
190:10 191:11 194:3
**knowing** 182:23
**knowledge** 5:10 37:18 83:16 126:3
**known** 93:3 102:25 103:2 104:16
104:23 111:10,11 134:5 180:22
186:11
**Koenig** 127:17 151:6 152:17
166:20 169:24 186:4,5,20 188:14
189:21

**L**

**L** 1:1 2:1,5,14 3:1 4:1 5:1,15,15
195:2
**L-A-P-O-R-T-E** 180:13
**L-Y-T-E-R** 176:18
**lab** 128:22 174:18,19,21 185:16,18
**label** 37:3 153:14 188:16
**labeled** 145:23 153:12 188:12
**laboratories** 137:8 174:6,11

**laboratory** 47:16 146:5 169:2
**labs** 185:8,10
**lacked** 177:4
**lands** 166:10
**language** 18:17
**LaPORTE** 1:19 5:13,23 6:1,4 7:1
  8:1 9:1 10:1 11:1 12:1,19,20,22
  13:1,4,5,6,25 14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1 40:1 41:1
  42:1 43:1 44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1 52:1 53:1
  54:1 55:1 56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1 64:1 65:1
  66:1 67:1 68:1 69:1 70:1 71:1
  72:1 73:1 74:1 75:1 76:1 77:1
  78:1 79:1 80:1 81:1 82:1 83:1
  84:1 85:1 86:1 87:1 88:1 89:1
  90:1 91:1,12 92:1 93:1 94:1 95:1
  96:1 97:1 98:1 99:1 100:1 101:1
  102:1 103:1 104:1 105:1 106:1
  107:1 108:1 109:1 110:1 111:1
  112:1 113:1 114:1 115:1 116:1
  117:1 118:1 119:1 120:1 121:1
  122:1 123:1 124:1 125:1 126:1
  127:1 128:1 129:1 130:1 131:1
  132:1 133:1 134:1 135:1 136:1
  137:1 138:1,3 139:1 140:1 141:1
  142:1 143:1,19,25 144:1,2,3,3
  145:1 146:1 147:1 148:1 149:1
  150:1 151:1 152:1 153:1,15,21,22
  154:1 155:1 156:1,12,14,16 157:1
  157:5 158:1 159:1 160:1 161:1
  162:1 163:1 164:1 165:1 166:1
  167:1 168:1 169:1 170:1 171:1
  172:1 173:1 174:1 175:1 176:1
  177:1 178:1 179:1 180:1 181:1
  182:1 183:1 184:1 185:1 186:1
  187:1 188:1,9,11,12 189:1 190:1
  190:25 191:1 192:1 193:1 194:1
  194:11 195:7,17 196:4,8
**LaPorte's** 180:12
**large** 12:10 98:7
**larger** 154:17
**Larry** 135:10
**Lausanne** 168:20,21
**law** 4:19 7:16 83:14,15 179:2
**Layer** 26:14 27:2 42:12
**leads** 26:17
**learned** 126:6
**leave** 177:11
**leaves** 116:24
**leaving** 24:2 90:25
**left** 22:10 24:3 92:4 144:10 153:23
  154:11
**Legal** 170:2

**length** 129:17
**let's** 16:11,12 26:21 64:25 67:15
  69:2,23 74:5 85:6 91:5,6 96:8,18
  105:16 106:16 107:3 112:25
  123:18 140:10 143:25 147:13
  153:14 156:9,12 178:20 190:19
**letter** 88:21,22 129:3,16
**letters** 88:11
**letting** 37:19
**level** 21:5 24:19 96:11 102:13 103:3
  103:25 105:24 107:4 108:18,21
  110:17 112:2,5,15,21,24 117:17
  119:25 120:7 139:5 142:9,11,18
  175:4,6
**levels** 21:10 45:9 101:19,21 106:14
  107:17,24 108:2 114:3 119:21
  121:11,19,21 124:2,15 134:4
  136:12 137:9 147:8 181:20
  182:25
**Lexington** 2:17
**lift** 90:24
**lifted** 128:3
**lighter** 90:17
**lightly** 124:5,19 130:2
**liked** 125:21
**likelihood** 37:9,15 88:22
**limit** 142:3
**limitations** 180:18
**limited** 43:21 100:19 138:17 140:8
**limits** 140:2,3
**line** 88:21 90:2 129:6,17 136:13
  144:13 154:24,24 155:3,4 156:3
  158:17,20 159:9,20 161:4
**lines** 88:17 128:11,17,23 129:16
  139:19 158:6 162:8 189:20 193:4
**liquid** 24:10 66:15 67:9,22 68:8,22
  71:20 72:15 78:6 79:15
**Liquidation** 109:20
**listed** 29:2 30:14 36:15 138:5 154:3
**lists** 168:23
**literally** 86:24
**literature** 56:5 75:5 97:9 102:21
  116:9 167:6
**litigation** 4:20 191:21
**little** 12:15 16:24 42:3 69:2 70:21
  70:22 86:23 100:6 101:12 103:5
  104:11 107:3 137:4 145:24
  148:10 154:9 155:24 167:15
  181:18 187:20 189:18 193:16
  194:8
**LLP** 2:3,7,10,16
**locations** 4:10
**logically** 152:4
**London** 109:22
**long** 54:21 75:8 129:23
**long-term** 133:22,24
**longer** 150:25 171:15 172:19
  193:13

**look** 29:22 30:3 32:21 35:14 41:22
  45:13 60:19 80:22 88:10,11 93:6
  98:24 118:2 123:18 136:10
  146:16 156:18,19 164:4 192:7
**looked** 102:25 128:15
**looking** 15:25 17:11 42:5 56:14
  57:22 83:2 85:24 107:18 126:12
  139:4 181:11 189:12
**looks** 49:13 88:18 129:12 158:24
**loss** 95:12 96:7 97:17 98:20 99:3
  101:24 102:17 103:9,15 104:14
  104:25 105:21,25 106:13 107:14
  132:25 135:3 150:19,25 151:13
  152:2,7,13 166:17 167:5,18
  189:15 191:3 193:15
**lost** 95:6 110:8 155:19 168:9
**lot** 11:25 22:4 62:18,22 75:6 98:19
  100:12 104:5 106:8 109:12 114:7
  114:8 118:4,21 119:23,24,24
  126:6,11 130:3,14 134:24 135:7
  142:18 145:23 146:8 157:21
  158:5 160:5,20 163:3,10 172:3
  177:25 178:13 182:8,9 187:16,19
  192:10 193:2
**lots** 62:16 80:25 88:3 124:21
**louder** 6:12
**low** 112:15,21,24 139:5 160:23
  187:25
**lower** 103:25 105:25
**lunch** 91:10
**luncheon** 91:11
**Luxor** 161:20
**Lyter** 176:18

---

**M**

**M** 195:2
**machine** 69:10 77:19 78:3,8,13,17
  78:19 81:19 85:10,15
**Magdalena** 130:21 141:10
**magnifying** 88:12
**Magnolon** 152:17 166:21
**Magnolone** 151:6
**main** 23:19
**maintain** 140:19 185:10,14
**maintains** 185:16
**major** 41:24
**majority** 54:23
**makeup** 92:13
**making** 79:25 87:16 129:11,11
  130:10,11,18 175:17 182:12
  187:17,18
**Malek** 109:5,10
**mandatory** 55:11,12
**manifestation** 173:17
**manner** 4:16
**MANSUKHANI** 2:10
**manual** 70:17,18,20 77:12
**manually** 70:16 71:18

**manufactured** 37:10 145:20,21
**manufacturer** 38:3,17,20 148:5 178:19 181:22
**manufacturers** 37:11 38:4
**manufacturing** 148:6 178:3
**March** 16:16
**Maria** 139:15 144:6
**mark** 12:18 143:25 144:2 156:12
**marked** 12:20 143:21 144:4 153:15 153:22 154:11 156:14 188:9
**marriage** 197:11
**mass** 26:18 27:5,8 81:12 92:12
**match** 31:25 34:16 46:19
**matches** 33:3
**matching** 31:24 33:2 40:14,18 109:4
**Mate** 37:11,21 38:25 39:18 40:11
**material** 9:17 10:22 11:16 27:14 79:14 92:8 144:10 153:24 180:24
**materials** 11:20 23:22 25:18 35:3,8 51:14 52:18,18 162:3
**mathematical** 94:14
**mathematically** 115:13
**Mathew** 6:5
**matrix** 188:2
**matter** 7:14 9:8,19 10:5,12 11:18 12:6 13:10 14:5 45:3 60:18 109:5 109:10,15,18,20 110:4,5 112:3,15 112:18 122:13 164:20 176:3 189:8 197:14
**matters** 110:2,2 129:23 130:8
**MATTHEW** 2:5
**maximum** 136:18
**mean** 6:19 14:6,7 17:19 25:5 29:20 31:12,14,17,18 34:6 37:8,23 41:3 41:12 46:2 57:7,14 82:24 83:12 83:15 84:10 86:21 87:8 92:7 93:2 94:7 97:8 105:22 107:13 112:21 114:17,22 115:17 119:22 132:3 132:16 141:25 142:5,13 150:9 151:10,20 159:10,18 160:15 166:9,19 168:2,3 172:9,11 173:2 173:7 175:5,12 176:6 177:20 186:19 189:5,10,12 191:21 193:13
**means** 18:20 31:15,22 32:10,24 44:15 106:21 131:8 149:13 172:10
**measurable** 171:16 172:20
**measure** 20:13 58:9 62:14 64:5,20 64:21,22 192:4 193:22
**measured** 152:22
**measurement** 54:4 64:7 65:5,6,20 68:12 79:11 92:6 99:20 106:17 117:2,14,20 118:5 119:5 123:10 151:22 193:17 194:6
**measurements** 64:14 99:22 113:16 114:18,25 116:25 117:21 118:11

118:13,17 130:10,11 139:2 151:23 168:12 175:18 187:5,19
**measures** 140:4
**measuring** 65:3 146:3 159:22,24
**mechanism** 128:20
**medical** 8:2,6 179:2
**medication** 7:22
**meeting** 4:12 133:10
**memory** 8:7
**mention** 121:20
**mentioned** 11:21 23:12 49:5 50:7 61:3 84:13,15 91:13,20 106:18 108:6 127:24 132:6 135:19 159:15 163:20
**mentioning** 137:7
**MERCEDES** 2:15
**Merit** 139:17
**metaphorically** 182:10
**meter** 54:5,6,13,16,20
**method** 58:8 75:10 111:23,25 137:3 139:17 141:19 145:6 158:3 174:7 177:6,8 180:17 181:8,9,9
**methodology** 58:11 123:18 125:3 135:3 156:25 160:10,18 162:7 174:16,18
**methods** 34:11 49:20 50:10,15,19 130:22 134:13 140:19 141:11 157:17 167:4,5 179:22 181:12 183:24 193:23
**microliter** 49:15 72:14 73:13,13,22 73:23 74:3,16,18,23 75:3,17,18 76:13,15,23,23 77:12,25 78:4,7 78:16,25 79:5,24 80:4,7,8
**microliters** 49:11 67:10,18 68:16 72:4,20 73:5,15,17 74:6,11,14 75:15 77:6,11,15,16 78:10,12,20 79:3
**microphone** 6:12
**microscope** 29:22 90:12
**microscopic** 26:9 27:16 29:12,17,18 34:14 35:18 36:2,9 88:25 129:10
**mid** 133:18 171:24
**middle** 88:20,25 90:8
**migration** 149:3,4
**millimeter** 59:23,23 61:25
**millimeters** 59:25
**million** 107:24 108:5,15
**mind** 16:7 112:9 169:22
**minimize** 60:14 142:4 187:4
**Minimum** 134:12 135:19 183:22
**minor** 120:22
**minus** 95:3,14,15,22
**minute** 77:4
**minutes** 9:14,15 10:6 62:14 63:25 66:23 67:7,17 69:5,7,9,13 70:5,7 70:10,11 71:6,17,19 81:9,11 82:12 92:20 93:7 94:3 123:19
**miscellaneous** 52:17

**mischaracterizing** 116:7
**misreading** 28:19
**missed** 15:4
**missing** 14:22 15:9 97:23 129:19
**misunderstanding** 146:10
**Mitsubishi** 1:8,9,9 2:17
**Mitsubishis** 2:11
**mix** 69:14,21 71:4
**mixed** 38:7 67:21 70:14
**mixture** 25:5,6 57:2 65:13
**model** 126:8,14 127:9
**Modeling** 127:4
**Modern** 141:11 179:22
**molecular** 22:18 81:14
**molecule** 81:13,15,21 85:2 93:10,14 93:15,18
**molecules** 92:14 93:9
**moment** 105:17 109:18 113:2 153:10 156:9 190:21
**momentarily** 12:4
**monitor** 193:19
**monitoring** 167:4
**months** 21:7,13 24:21,25,25 101:7 101:13,14,15 102:12 104:5,8,8 105:11,12 112:7 136:5,5,6,6,6,17 136:19 137:12 155:13,18,23 158:23 161:9 170:19 171:15 172:19 173:14 185:6
**morning** 6:4
**Mountain** 6:2
**move** 6:11,24 8:20
**moves** 74:18 76:5,12,14
**moving** 135:5 165:15 187:21
**multiple** 21:25 27:9 37:10 38:4 40:18 52:11 53:5,7 75:20 77:22 190:8,11 193:19
**Musacchia** 1:23 4:23 5:17 197:4,19

**N**

**N** 1:1,1 2:1,1,2 3:1,1 4:1,1 5:1,1 95:15,17,17,19 195:2,2 196:2
**N-G** 158:24
**nail** 68:6
**name** 5:22 6:4 51:16,19 131:2,4 135:10 176:20
**named** 176:18
**Nanograms** 158:25
**narrowing** 105:9
**natural** 99:21 127:5
**nature** 154:7
**near** 62:8 122:16 123:4
**necessarily** 24:4 45:22 54:24 55:15 87:5 101:4 102:8 103:11 105:22 128:12 129:7,18 135:4 151:20 172:5
**necessary** 44:22 71:5 110:10 115:24
**need** 12:14 14:15 17:14 18:5 48:9

61:12 84:3 114:9 168:4 181:5
194:13
**needed** 44:7
**needle** 72:13 73:7,8,11,12,21 74:17
77:14 79:16
**needles** 79:8
**needs** 79:13 180:19 183:8
**negative** 155:15,17,18,20,22
**neglected** 177:9
**neither** 115:7
**never** 43:19,20 44:3,4,5 103:3
106:23 112:3 120:8 133:10,17,19
137:23 142:7,7,13 151:3,3 166:4
169:21
**new** 1:2,24 2:4,8,8,13,13,18,18 5:18
6:24 26:20 47:14 72:7,9,10,19,20
73:9 74:6 177:2 197:5
**newer** 103:9
**nice** 88:18 91:3 182:13,14
**Nicholas** 1:9 2:12
**NICOLE** 2:9
**nine** 136:6
**non-ballpoint** 30:8 36:21
**Non-Party** 1:20
**non-recycled** 132:5
**nonheated** 85:21
**normally** 107:20
**Notary** 1:24 3:17 5:17 195:23 197:4
**note** 124:25
**noted** 43:17
**notepad** 143:2
**notes** 10:17 11:2,4 12:2 43:14,23
47:23 59:21 60:2,4,7 82:19 83:23
84:3,6,23 91:18 108:8 143:15
**Notice** 1:21
**notification** 9:21
**number** 8:9 10:18,18 11:11 15:16
30:23 39:4 47:7 49:4 60:11 61:7
63:5 64:5 67:6,16 69:3 79:6,24
80:4 84:13 99:9,24 107:23 108:15
110:20 111:10,12 114:16 116:3
116:10 138:17 183:7,9
**numbers** 86:10 96:17 110:23
114:13 116:13,16,18 117:6
123:16 139:3,4 155:14

**O**

**O** 1:1 2:1 3:1 4:1 5:1,15 129:4,8,8,9
195:2
**o-cresol** 65:12 66:7,9,10,12,18,22
66:25 67:3,6 68:10,12,17 69:4,25
71:21 72:22 74:7 77:3 84:8,12
89:18 94:21,23 96:9,10,12 97:5
**oath** 4:8 7:15 195:9
**object** 17:4 19:24 156:2
**objection** 5:2,4 18:25 19:6,7,20,21
19:22,25 37:25 38:14 40:3 48:25
54:10 82:22,23 84:2 87:7 105:3

109:14 110:13 115:3,4 116:5,6
117:7 118:15,24 119:19 120:17
121:8 122:19,25 123:6 125:25
131:14 150:12 151:19 152:8
160:14 166:7,8 169:8 170:25
190:6 191:17
**objections** 3:11 7:6
**objective** 175:20
**observations** 46:25 59:14
**observe** 28:20
**observed** 104:23 184:9
**obtain** 180:19
**obtained** 85:4,15 113:19 114:4
140:2
**obviously** 33:8,17 34:17 132:20
145:2 155:22 165:15 166:2
**occasionally** 137:9
**occur** 149:25 167:18
**October** 1:15 195:9 197:16
**offer** 16:8
**offered** 55:5
**office** 183:15
**offices** 146:18
**oh** 64:21 88:3 105:10 128:25
**okay** 9:16 12:17 17:5 18:21 19:13
20:11 21:4 23:24 24:19,24 25:20
26:23 27:15 28:23 31:2 32:6
33:12 34:19,22 35:16 37:22 39:11
41:5 42:18 46:10,14 47:21 48:2
52:19 53:4 55:2 56:23 59:4,6
61:20,24 64:25 65:24 66:3 69:2,9
72:18 78:9,16,22 83:5 86:8,23
87:12,19 88:4 92:18 95:13,25
96:5 97:25 98:5,9,18 99:7 107:12
111:6,13 115:16 121:22 122:3
124:22 127:23 128:10 129:14
131:7,23 135:18 139:7,14 141:9
146:16 149:2 150:19 152:23
153:5,25 154:23 155:3 161:23
162:3,12 163:6,12 164:6,9,16
166:2,16 167:12 170:7 171:10
178:14 179:11 183:4 190:13,22
192:21 193:22
**old** 2:4 21:14 62:19,25 99:6,14
101:7,24 102:12,24 103:3 104:8,9
104:17 105:8 106:15 107:6,22
108:3 110:11,16 120:10 136:11
136:17,25 137:12 145:18,18
167:19 168:10 170:12,13,16
192:4,6
**older** 103:24 161:13 166:18,19
187:6
**Oliva** 1:9 2:12
**once** 9:13 24:11 29:17 34:2,6,13
35:5 41:13,24 47:13,16 49:13
55:10 70:9 71:11 73:18 74:17
79:13,20 90:9 94:20 98:14 103:22
109:7 124:6 129:9 132:22 141:25

149:16 154:21 162:19 165:22
177:20 182:9,21 185:24
**onsite** 44:18
**onward** 161:9
**open** 54:21
**operating** 84:11
**operational** 137:7 168:25 169:2
**opinion** 14:8 18:18 28:24
**opinions** 11:13,18 12:5 14:2,4,7,10
14:11 16:8 21:5 28:5 138:23
**opposed** 164:11 183:3
**opposing** 84:5 176:25
**opposite** 87:17 161:15
**optical** 26:12,23 27:17 32:3 33:5
34:14 35:9 36:2,11
**optimal** 124:17
**optimize** 141:5
**optimized** 124:9 125:20
**order** 9:12 29:20 41:14 42:13 58:17
58:24 60:14 64:9 67:25 83:14
98:18 102:17
**Oreo** 40:23,23
**organic** 20:14 23:4,6,9 33:14
165:20
**organization** 50:18 51:10,20 53:12
53:22 55:3
**organizations** 185:13
**originally** 50:23 181:20
**outcome** 197:14
**output** 81:11,20 84:25 85:9,14,19
91:19,21,24
**outside** 106:14 128:22
**overall** 10:20 41:4 104:24 123:3
**overly** 48:21,21

**P**

**P** 2:2,2 5:15
**P-Y-R-I-D-I-N-E** 42:21
**p.m** 194:16
**package** 145:19
**page** 13:11,12,18,20,23,25 14:3,21
14:23 15:10,21 16:2,2,11 36:17
49:22 86:12,16,18,22,25 87:4,5
116:18 128:23 132:24 156:20
157:9,14 158:13 196:3,8
**pages** 30:7
**Pain** 154:5
**paint** 98:15
**paired** 130:18
**pairing** 113:19,20
**pairs** 129:24 141:8
**panel** 144:14 146:17 153:23 154:11
155:17,19 158:16,18 159:4,7
161:3,14,15,20
**panels** 159:2 160:11
**paper** 21:10,21 24:10,11 25:14,14
25:15,19 37:11,21 38:24 39:18
40:11 44:25 48:18 58:6,7,25 59:7

66:14 68:18 87:2,6 89:24 101:5
125:8,14 127:3,8,19 128:3 130:20
130:23 131:5,9,11,13,18,22,23,24
132:2,3,5,8,9,11,11,12,12,13,15
132:17,21 133:7,15,17,18 134:8
135:18,20 136:14 137:13,20,22
138:4,6,11 139:9,16,16,20,25
140:7,13,17 141:9,9,12,15,22
142:25 143:3,5,6,8,9,18 144:5,11
144:16,17,25,25 145:8,13,16,18
145:19 146:8,9,12,18,18,20 147:3
147:5,6,7,13,16,23 148:4,5,11,13
148:14,18,21,24 149:6,8,15,20
150:13,16 152:16,18,23 153:3,8
154:3,5,19,22 157:7,25 158:6,7
162:13,15,20 164:11,23 166:14
168:5 169:22 170:14,24 172:4
175:8,15,17 177:14 179:4,20,23
186:5,10 187:12,13 188:14 192:5
**papers** 124:23,25 125:2,3 126:10
126:12 127:11 140:5 148:21
171:25 172:3 192:3
**paragraph** 15:13 28:5,17,18 29:14
29:16,25 30:22 36:8,11,16,17
42:5,6 56:13 57:21 58:23,24
157:16
**paragraphs** 28:16 41:6 57:17,18
58:2,15
**parallels** 108:24
**parameter** 167:23 170:9 186:15,19
187:3
**Parameters** 127:21 151:8 166:22
186:7,22
**paraphrase** 65:25
**paraphrasing** 93:2 97:18
**parenthesis** 20:16,17
**Park** 2:12
**part** 9:6 10:21,25 24:7 32:11 49:19
50:2,5,25 60:22 70:17 87:12
88:14 89:19 97:21,23 99:21
105:14 111:19 128:19 130:3
135:5 144:10 146:17 153:24
157:24 165:4 169:25 172:5 181:3
181:15 186:5 189:22
**partially** 167:10
**participating** 4:11
**particular** 44:18 47:14 62:2 81:14
92:15 98:23 100:13 101:20
107:17 108:22 121:6,24 138:15
139:8 149:22,23 168:19 192:16
**particularly** 30:2
**parties** 1:21 3:5 4:4,17 197:12
**parts** 181:3
**passes** 54:23
**Patricia** 133:3 137:16
**pattern** 121:25
**PE** 93:3 95:14,15,16,21,22,22,25
96:22 98:3 140:20 141:21 143:11

160:12 167:5 171:15 172:19
180:14 187:6
**PE-2** 23:2 98:7,19 143:7,18 164:10
165:10,17,18 166:14
**peak** 96:16,16,20
**peaks** 96:19 180:11
**pear** 171:14
**peer** 53:8 56:8 84:14,18 100:15,19
133:6,10,17 137:18 162:25 163:3
163:8,9,10,20,22,24 169:16,19
171:2,5 175:15
**peg** 105:10
**PEH** 95:14
**pen** 38:13 39:16 90:16,18,25 95:14
95:14 125:9 128:6 130:8 139:18
146:19,24 148:14 152:25 154:12
154:13 158:18,20 159:4 161:4,21
178:3
**pending** 8:19
**pens** 39:9 178:21 179:6
**people** 54:22 64:17 90:7 137:6
138:13 156:22,24
**percent** 62:22 63:2 99:2,3,7,15,18
99:23 101:3,6,10,25 102:22 103:4
105:5 107:2,5,7,9 108:11,20
109:7 110:6,9,10,14,20 111:8,13
111:14 112:5,13,22 114:4,5,6,11
115:25 116:2,8,11 117:5,6,18,21
118:7,8,11 119:4,21,22 120:7,10
121:11 123:16,17 161:25 162:2
167:18 168:9 170:5,15,18 183:2
186:24 189:2,15 190:3,4,14,16
**percentage** 95:6,9,10,11,13 102:16
105:21 107:14 167:23 170:9
187:4 188:18
**perfect** 20:24 137:5
**perfected** 137:4
**perform** 25:24 26:3 28:8 34:21
37:20 42:14 45:4 59:19 60:9
62:10
**performed** 20:13 25:21 26:5 27:21
31:11 35:20 46:11 51:22 56:19
59:15 60:13 110:7 141:23 149:19
**performing** 104:18 111:3
**perfume** 165:10
**perfumes** 150:15
**period** 21:6 24:20 25:2 69:25 77:4
141:22 185:24,25 193:13
**periods** 71:18 102:6 150:25 191:20
**permitted** 4:7
**person** 134:17
**perspective** 22:22 38:6 170:2
**persuasive** 19:16
**pertains** 30:2
**pertinent** 121:24
**pharmaceuticals** 52:18
**phenoxyethanol** 20:20,21 62:18,21
96:20 180:14

**phone** 10:7,10
**photographs** 10:19 46:12
**phrase** 18:21 178:7
**physical** 17:3 27:22 28:13,25 29:18
32:2 34:13 36:2,6
**physically** 4:25 29:21,23
**pick** 39:10
**picked** 73:25
**pics** 73:12
**piece** 21:21 70:19 86:25
**pieces** 67:15 148:4 149:14
**pigments** 23:18,20 34:23
**pipette** 49:11
**place** 62:6 72:7 109:17 129:22
145:21 152:10 155:19
**placed** 21:21 74:15 76:3
**placing** 75:19
**Plaintiff** 1:5 2:3 6:5
**Plaintiff's** 143:21
**plate** 46:21 49:9 57:2
**platform** 4:12
**Plaza** 2:12
**please** 5:22,24 6:10,15 8:14 12:11
12:18 13:12,19,14 18:15:11 18:2
20:19 40:17 61:22 144:2 153:10
153:14 156:16 157:10 161:20
**plot** 192:8
**plots** 131:8
**plotted** 193:23
**plug** 47:10 48:7,11
**plugged** 115:11
**plugs** 42:15,19,24 43:11 44:16 47:4
47:22 48:4 56:25 58:8,25 59:7,18
59:23 60:5,8 61:4,21,22 63:5,7,8
63:15,18,21 68:18,19 69:3,24
87:15 113:6 129:24
**plunger** 74:17
**plunges** 74:17
**plus** 15:15 68:17 96:21 99:15 158:6
**point** 15:8 20:23 22:6 34:15 40:15
40:24 54:18 90:21 93:11 95:9
98:11 108:5 148:9 161:8 182:3
189:25
**pointed** 190:4
**pointing** 142:16 184:18
**points** 123:5 140:6 155:24
**polish** 68:6
**politely** 138:13
**polymerization** 21:23 22:14,15,20
24:16
**Population** 186:8
**populations** 186:14
**portion** 43:4 45:17 72:11 81:12
85:2 90:2 91:21 93:17 164:23,24
165:13 167:13
**portions** 156:17 157:6,11
**position** 126:8
**positive** 81:3 142:5,8

**possibility** 41:20 122:14
**possible** 38:12,15,21,23 39:2,24 40:4,12,20 89:8,16 106:25 117:3 128:21 140:23 150:13,17,18 165:4
**potential** 40:8 127:4 142:4 164:17 165:7
**potentially** 6:11 22:4 23:3 33:24 68:21 185:4
**practical** 167:7 191:20,22
**practice** 83:14
**precise** 32:10 47:7 79:11
**precision** 65:22 182:18
**precludes** 19:17
**predictor** 168:3
**prefer** 12:24,25 44:21,22,23
**preferred** 12:22
**preformed** 11:24
**prep** 70:21 77:13
**preparation** 8:24 9:6,20 10:14
**prepare** 9:12
**prepared** 13:15 138:12
**preparing** 9:3 10:2
**preprogrammed** 75:4
**presence** 4:25 184:10
**present** 2:21 4:4 6:22 14:13 34:5 35:4 60:16 61:9 89:14 107:16 174:6
**presentations** 102:24
**presented** 100:10 133:10 192:10
**presenting** 123:8
**presently** 17:21
**pressure** 88:19,23 90:11,18
**pretty** 37:14 79:18 95:20 110:15 118:6 123:12 133:25 165:22
**previous** 127:24 141:22
**previously** 10:8 59:17 141:10 185:7 186:21
**primary** 66:13
**Primavera** 2:14 5:6,9,14 18:25 19:6 19:21 38:14 40:3 48:25 54:10 82:22 87:7 105:3 110:13 115:3 116:5 117:7 118:24 119:19 120:5 120:17 121:8 122:19,25 123:6 125:25 131:14 150:12 151:19 152:8 166:7 169:8 170:25 190:23 191:17 194:13
**print** 145:21
**printed** 85:17 94:11
**printer** 143:4
**printing** 145:22
**printout** 85:11 143:4
**prior** 9:20,21 162:12
**privileged** 7:12
**privy** 147:3
**probability** 62:24 99:4 100:2,3 101:16 102:11 105:6 110:12
**probable** 16:14 18:22 19:14 100:5

105:11,12 106:20,21 107:10 108:12
**probably** 10:8 52:20 54:14 69:13 99:11 126:21 133:13 140:9 158:11 172:15 177:24,24
**problem** 180:19 183:8
**procedural** 88:2
**procedure** 4:5 8:14 11:7 52:21 77:14 84:11 174:22
**procedures** 177:4
**process** 21:8,17,18,22,24 23:5,7,23 23:24 24:8,14,22 42:6 43:9 45:12 47:11 49:19 53:23,24 54:21 55:9 55:22 56:24 57:5,8,10 60:25 61:15 70:15,18 71:13,16 73:25 74:24 75:18 79:18 81:23 82:16,17 82:20 83:21 87:12,19 97:4 106:3 125:17 132:10 143:10 148:7 160:2 193:12
**processes** 54:17 78:18,21 127:5
**processional** 1:10
**produced** 133:20
**production** 147:7
**products** 150:11
**professional** 1:10,11 84:9,13
**program** 82:12 92:21
**programmed** 73:20 75:17 77:11
**promulgated** 50:20 52:25
**promulgates** 53:14,23
**pronunciation** 20:18
**propagation** 186:25
**proper** 138:15
**properly** 160:18
**Property** 109:19
**proportion** 24:3 98:7
**propose** 91:9
**proposed** 167:6
**proposition** 172:21
**proves** 110:15
**provide** 7:9 11:10 27:13 32:12 83:24
**provided** 55:21 80:17
**provides** 81:13
**proximity** 119:7
**public** 1:24 3:17 5:17 54:21 195:23 197:4
**publically** 100:11 193:5
**publication** 56:10 125:12 138:9,10 139:21 169:7,15 171:14,17,19 172:23,25 173:3,6,7,24
**publications** 53:5,8,9 84:14,16,19 100:16,20 141:19 187:8
**publish** 55:15,23 134:6
**published** 50:13 51:3,7,8 52:7,9 55:10,11 56:5,9 83:10,11,11 100:9,15,17 101:2,5 123:22 133:6 133:11 137:23 150:13 162:21 163:21,23 164:3 168:19 169:11

169:13 171:3,4 179:4 191:3
**publishes** 55:14
**publishing** 55:16
**pull** 12:10 73:4 137:24 139:22 188:7
**pulling** 79:22
**pulls** 66:13 74:18 79:2,13
**pumps** 76:18
**punch** 42:24 73:4 87:9,16,24 89:4,5 130:4,5
**punched** 43:5
**punches** 43:19 61:14 62:2,6,7,9,13 72:13 130:13 158:4 162:9 164:23 168:13
**punching** 87:11
**purported** 16:16
**purpose** 4:19 48:6 55:7 71:24 79:5 79:25 80:5 182:2
**pursuant** 1:21 4:4 51:22
**push** 70:23
**pushing** 70:13
**put** 20:4 49:9 54:18 62:4,9 63:19,21 65:11,12,18 67:10 68:9,22 69:16 69:20 70:24 71:7 76:10 77:16,18 88:23 98:11 99:24 111:23 115:15 143:24 149:15 156:25 163:18 192:3
**puts** 66:14 73:17
**putting** 56:25
**Pyridine** 42:20 50:5,7

---

**Q**

**Q1** 15:18
**Q12** 15:20,22 16:6 28:4,9 31:6,18 35:2,19 36:18 39:15,22 40:10 46:17 108:23 142:23 143:4 179:14
**Q8** 15:19,21 16:5,15 25:22,25 26:4 27:15,21,23 28:11,14,19,25 29:6 29:24 30:2,5,14 31:17 33:13,21 34:5,20,24 35:2,4,17,19 36:7,15 36:18,20,20,22 39:22 40:9 41:6 42:4 43:8,12 44:12 45:24 46:10 46:15 47:5 56:19 58:13,16 59:7 59:19 60:9 63:6,16 85:16,20,21 86:3,3,4,6,16 108:22 113:10 142:23 143:2 179:14
**Q80** 132:20
**qualified** 138:14 175:11,13,14
**qualify** 183:13
**quality** 56:21 80:25 91:13,17 143:10 177:4,9
**quantification** 139:18 144:18
**quantitation** 97:12
**quantities** 187:7
**quantity** 62:12 94:13,25 95:3 129:15 184:7 188:18
**question** 3:12 6:18,19,25 7:2,8 8:19

8:19 9:23 13:22 38:11,11 41:10
83:13 85:7 103:13 117:13 119:12
158:15 164:13 165:23 175:20
178:6 189:9,22 190:9,17 191:23
**questioned** 135:23 180:22
**questioning** 156:3,7 164:19 190:21
**questions** 6:8,10,14 8:13 54:11
67:25 129:20 146:8 190:25 194:9
**quick** 190:19
**quickly** 107:18 157:17 165:22
**quotation** 180:25
**quote** 140:18,18 170:14 180:17

---

## R

**R** 2:2 5:15,15 95:9,11,13 170:8
186:24 187:3 188:18 197:2
**rabbit** 50:22 73:19
**raise** 167:7
**raising** 129:21 189:25
**ran** 33:23 85:15,23,25 91:13,17
113:8 117:25 144:25,25 146:5,14
**range** 33:25 116:24 124:13 155:15
**rarely** 46:8 189:14
**rate** 56:14 99:17 130:8 164:10
171:16 172:20 191:15
**rates** 103:17 184:3,9
**ratio** 67:3 95:12 96:7 97:18 98:20
99:3 101:24 103:9 104:14 105:2
105:21,25 106:13 107:14 135:3
140:20 150:19,25 151:13,15,16
152:2,7 161:10 166:17 167:18
168:9 189:16 191:6,8 192:18
193:14,15,24 194:8
**rationale** 165:3
**ratios** 32:21 41:15,20 103:15
132:25 152:14 191:3 192:20
**reached** 28:24
**read** 14:14,15 15:20 16:6 17:7
58:23 80:15,17,18,21 84:21 85:4
85:11 93:13,20 94:10 131:9,15,18
136:4 140:18 151:3 153:6 156:4
162:25 177:2,3 184:24 187:10
195:8
**reading** 15:15 18:3 42:16 181:8
189:23 190:5,15,18
**ready** 156:20 157:12
**real** 96:17 107:18 157:17
**really** 29:19 40:13 43:20 44:5,7
49:10 54:3 60:18 62:3 68:6 80:20
94:8 98:12 105:13 110:18 117:19
119:20,23 124:18 132:14,16
135:9 146:7 160:20 167:6 173:13
181:18 191:23
**reason** 79:12 113:25
**reasons** 11:24 21:19 49:5 59:12
185:3
**recall** 44:5 91:14,22 153:7,8 162:14
162:19,20 163:5,15 164:19 177:7

**receptacle** 74:15
**recess** 91:8 153:20 156:11 190:24
**recipe** 32:18 41:4
**recipes** 41:11
**recognize** 13:6
**recommended** 136:17
**record** 4:22 5:22,25 85:14 94:5
157:2 195:11,12 197:9
**recorded** 4:15 10:2
**recording** 4:16
**records** 9:14
**recycled** 132:5 142:24 143:3,5,6,18
146:12,17 148:11,13
**red** 154:25 155:4 158:19 161:4,11
**REES** 2:10
**refer** 20:16 22:17,23 26:6,22,25
27:4 28:3 43:14 83:17 181:12
**reference** 37:5 38:15 48:23 83:9
151:9,11 186:7
**referenced** 49:21 57:19 65:9 84:9
97:5,7 100:15,18 108:16 109:23
109:25 110:2 112:18 152:16
164:7 173:19 180:5 186:13
**references** 83:23
**referencing** 151:12 152:20
**referred** 24:14,15 26:12 27:23
**referring** 15:2 17:14,21 20:25
22:21 36:20 50:15 56:8 95:8
97:14 106:17 108:15 120:23,24
177:12 184:17
**refers** 42:23 127:6 180:15
**reflect** 160:11
**reflected** 143:13 165:11
**reflecting** 161:20
**reflects** 111:7 161:4
**Regardless** 115:16
**region** 178:17,17,18,18 179:7,7
**regulatory** 53:24
**REISBAUM** 2:7
**related** 197:10
**relating** 144:15
**relationship** 39:7
**relative** 60:19 64:7,16 65:5,22
132:22 145:6 184:6
**relatively** 98:20
**reliable** 140:3 167:23
**relied** 11:12,17 101:3
**relies** 101:5
**rely** 84:7
**remains** 192:18
**remedy** 156:10
**remember** 43:13 94:22 110:4
112:14 113:5 163:16 164:3,4
171:23 175:8
**remote** 4:10
**remotely** 4:6
**remove** 43:11 47:24 59:6 61:25
67:9,10,17 68:21 69:20

**removed** 42:15 58:25 62:3 68:17
78:23,24 79:15 90:4 140:24 149:7
157:22 158:2
**remover** 68:6
**removing** 89:9 158:7 159:16,19
**repeated** 63:11
**rephrase** 6:16 164:13
**replicate** 60:25 82:20 83:6,20,25
84:4
**report** 10:16,23,24 11:2,3,11,21,22
12:7 13:9,15,22 14:12 16:12 17:3
17:7,18,22,23 18:5 21:19 28:14
28:22 29:2,7 34:12 37:5 42:5 45:6
45:11 49:22 51:24 57:9,13 58:13
59:10,18,22 60:3,5,7,19 61:2
82:18,21 83:2,4,7,9,21 84:7,16,20
84:24 87:20 91:17 97:6,8 101:21
104:15 105:5 108:6 109:25
112:18 143:13,21 172:18 173:25
196:9
**reported** 170:16
**reporter** 1:23 4:2,7,23 5:9 6:21
14:19 20:23 157:11
**reporting** 4:13 170:8
**reports** 82:25 171:15
**represent** 5:10 154:10
**representative** 51:2 59:2 186:13
**represents** 94:8,9,13 155:4,5 159:9
**request** 6:25 8:18
**require** 54:12
**Requirements** 134:12 135:19
183:23
**requisite** 112:4
**research** 54:15 62:16,17 99:10
119:24 123:24 124:10 125:2,19
126:11 128:10,13,16,20 135:7,16
142:16 152:13 172:14,16 193:2
**researcher** 135:15 168:18 169:2
193:8
**researchers** 100:13
**researches** 187:17 193:3
**reserved** 3:12
**resin** 24:3,4 34:21
**resins** 23:5,6,13,21 34:19 35:7
178:12 179:6 184:5,8,17 185:2,4
187:20,23
**respect** 9:20 12:6 14:5 19:18 28:4
28:16,25 29:3,24 30:16 33:12
35:16 36:7 37:2 39:14 43:8 44:12
45:23 56:12,20,23 57:4 58:13
63:5 66:21,24 89:25 101:8 103:7
117:13 191:6
**respected** 135:12
**respective** 1:21 3:6
**responding** 6:8
**response** 7:10 47:19 49:17 57:24
59:4 63:3 68:24 75:12 81:17
82:14 89:10 102:2 113:4 120:3,11

148:8 160:7,25 164:12 183:4
**responses** 6:21
**responsibility** 39:12
**rest** 69:5,8
**result** 46:25 90:3 108:11 110:6
115:22 119:11 158:11
**results** 21:11 28:17 59:14 83:6
91:21 98:24 102:18 113:19
115:19,22 117:4 118:14 119:10
122:23 130:8 165:8 167:22 170:2
170:8,17 187:2
**retention** 92:20,23
**retired** 136:23
**Revenue** 185:18
**review** 17:25 84:14,18 100:19 139:3
152:20 157:6,12 163:22,24
**reviewed** 10:16,16,17 11:20 53:8
56:8 100:16 131:21 133:6,11,17
137:18 142:23 152:18 163:8
169:16,19 171:2,5,14 175:16
**reviewing** 17:4,15 18:4 58:12
**reviews** 162:25 163:3,9,11,20
**rewind** 69:2,23 75:14 76:25
**right** 9:19 13:7 17:23 19:19 21:14
24:22 25:20,22 27:2,6 28:12 30:3
30:14 32:11,17 35:24 36:3,9
40:19 41:7 42:10 46:6 47:2 48:12
54:5,6 55:18,23 56:10,12 57:23
58:17 60:3 63:16 65:3 66:2,16
68:19 70:3 72:25 74:8 75:20
77:19 78:3 80:12 86:17 90:4,19
91:25 92:4 94:3 96:19 97:21,22
98:12 103:7,10 104:20 106:11
111:20 113:9,10,13,16 116:4,15
120:24 121:16 122:4,8,18,23
123:20 126:3 129:22 140:12
144:14 146:17 147:13,22 151:14
151:18 152:7 153:7,9 154:3 155:8
155:25 157:2,3 159:5 160:10
161:14 164:25 165:5,13 169:19
169:21 177:14 181:10 182:16,18
185:8 188:23 189:23 190:5,14,15
190:18 192:2,9,13,24 193:6 194:7
**right-hand** 30:10
**rights** 51:5
**rinse** 79:13
**rise** 152:3
**road** 2:4 8:13
**robotic** 73:8,14,16 74:10,22 75:16
76:2,5,12,17
**robotically** 74:19
**room** 98:12,15 122:3,7,10,11,22
123:3,9 126:16 159:13 166:3
**rounded** 115:10,12
**routine** 146:18
**RSD** 187:6
**rubberized** 73:10
**ruins** 159:17

**rule** 4:5 187:22
**ruler** 64:20 65:3,20 68:13
**rules** 8:12 11:6
**ruling** 177:3
**run** 45:9 67:23 80:25 81:2,3,4,4
92:21,25 93:3 96:20 99:11 117:14
117:15 146:6 177:9 191:25
**running** 79:6

---

**S**

**S** 1:4 2:2 196:6
**S-T-E-W-A-R-T** 180:16
**safeguards** 88:2
**SAM** 2:19
**sample** 42:15,19,24 43:6,11,21
44:16 47:4,10,22 48:4,7,16 49:8
56:25 70:21 71:12,13 74:16,25
75:2 77:13,13 80:10 81:10 85:5
85:16,20,21 86:15,16 87:4,5 88:8
90:2 93:3,21,22 94:18,20 95:4,21
95:22,23,25 96:3,21 98:4,5,25
105:20 108:19 113:7,8,19,20
114:23,24 116:22,25 120:9
131:24 151:15,16,17 155:4,5
159:16 188:16,21,21 190:10
192:7
**sampled** 117:4
**sampler** 72:12,12 73:4,7 74:10 76:4
77:6,10
**samplers** 75:16
**samples** 47:13,14,24 48:23 56:22
58:10,19 60:14,20,21,23 62:15
65:15,21 81:3 87:8,22,25 88:6
96:7 99:13 103:2 104:17,24
111:11 113:2,16 116:2 117:6,14
117:25 121:21 122:4,8,13,15,16
122:21 123:4,19,23,25 124:24
126:8 129:22 130:18 132:21,23
140:21,24 141:3,7,8 142:20 143:8
143:9 145:7,10 146:14 149:2,8,12
150:16 152:9 157:23,25 159:25
162:5,10 170:17 177:10,14 187:2
187:6,18 188:25 189:24 190:2,8,9
190:12 191:7 192:13 193:19
**sampling** 82:17 110:8 112:25 114:2
116:21 130:16 141:6 149:21
151:24,25 191:19 193:3
**satisfaction** 13:14
**satisfy** 13:14
**saw** 144:7 163:14
**saying** 94:4 110:22 111:9 116:12
139:11 146:13 147:25 163:9
167:16 184:13 185:2 187:11
190:7 191:19
**says** 14:2 30:10 105:5 127:9 135:21
136:14 140:18 141:19 144:14
146:17 154:4,11,13 167:22
170:15 171:18 180:9 184:2

186:23 188:8
**scab** 22:3,6
**scale** 112:11
**scalpel** 157:23 158:2 168:14
**scans** 10:19
**scar** 22:3
**scars** 22:4
**school** 168:22
**science** 119:25 120:15,16 169:3,14
169:23 171:4 174:4 179:2,23
183:21
**scientific** 16:19 18:12 20:7 34:9
48:22 50:6,11 54:15 75:5 111:7
120:14 148:23 162:4 167:8 169:6
172:21
**scientifically** 152:4
**scientist** 106:22 126:2
**scientists** 138:12 167:3 176:18
**screen** 12:11,13 17:11
**scroll** 13:19 16:23 157:15,19,20
158:9 161:19
**SCULLY** 2:10
**SDO** 51:10 53:11,14,18,22 54:2,18
54:20,24 55:3,7,14 56:3,6
**SDO's** 55:7
**se** 161:23
**sealing** 3:7
**second** 62:9 63:22 64:3 66:5 139:23
143:24 156:10 180:21
**secondly** 145:5
**seconds** 69:14,18 70:12 71:3,8
**Secret** 124:11 125:20 128:16 132:7
141:2 185:15
**section** 11:22 14:8 15:7 21:20 57:15
57:16 59:12,14 157:17 158:11
**security** 142:18
**see** 12:12,16 13:18 16:22,24 18:8
35:9 41:21 42:16 45:5,21 46:4,21
48:9,11 63:13 65:24 72:18 75:14
76:25 79:9 87:13 90:12 93:6
98:20 99:13 101:22 103:9 104:5
104:25 107:20,21,25 108:2 136:2
137:8,8 140:7 141:14 144:14,19
146:20,22 151:9,11 152:12,19
153:4 154:13,15,22,25 155:12
156:8 157:8,23 158:14,17,20,22
160:19 161:5,7,11,15,18 162:21
168:4 170:21 171:7 188:15,19
189:15 192:5,7 193:24
**seeing** 117:22 119:8 163:5,16
189:17 190:16
**seen** 29:23 103:3 104:16 120:8
140:13 146:4 154:7 162:10,12
179:25 193:7
**seize** 173:22
**select** 37:4
**selected** 186:6,15
**selecting** 87:25

sell 39:8 178:20
sells 178:20
sense 23:9 38:21 54:25 87:21 152:4
   152:12 158:24 166:9 169:10
   193:6
sent 12:10 137:25
sentence 58:23 146:16,21,22
separate 4:10 45:13 50:9 71:23
separated 67:21 93:11
separates 92:10 93:14,15
separating 82:3 160:4
sequence 128:9
series 6:7 26:11
serious 189:13
seriously 135:23
Service 124:11 125:21 128:16
   132:8 141:3,4 185:15,18
Services 125:18 128:14
set 7:20 113:16 122:17 192:5 197:7
   197:15
sets 65:21 85:9
setting 7:17 10:11,13 116:17
   191:22
seven 13:24 16:11 44:19 154:4
   170:16
shake 69:19 70:8 71:5
shaken 70:25
shakes 69:10,17 70:23,23,24 71:8
shape 127:25 151:17 192:17
sharp 158:2
SHEARMAN 2:16
shirt 68:4
shooting 182:15,18
shot 79:9
show 33:25 80:23 132:17 143:9,16
   145:17 147:6 153:12 162:4
   172:15 173:22 188:5
showed 143:19,20,23 167:22,24
   185:3 187:3
showing 108:3,20 138:3 152:7
   153:21 155:9 162:17
shows 91:25 148:24 189:24 191:3
shrink 12:14
side 17:20 87:18,24 88:8 122:11,12
   176:25 193:10,10
sides 16:15
signature 13:17,18 110:9 112:6
signed 3:16,18 195:19
significance 31:5,8
significant 21:8 28:21 140:22 145:3
   147:8 149:9 171:16 172:20
   186:12
similar 89:16 174:25
Similarly 89:25
simple 38:6 54:13 93:5 95:20
simplified 56:16
simply 84:7
single 38:3 110:23 111:10 112:23

142:12
sir 7:18,21 8:11 39:13 49:18 161:2
sit 68:19 69:19
sitting 100:22 118:12
situation 165:17
situations 182:25
six 21:6,13 24:21,25 101:14 102:12
   104:5,8 105:12 117:15 136:5,17
   137:12 138:2 191:4
sixteen 61:13 63:9,15 113:5
size 114:23 116:22,25
skip 140:10
slash 51:22 86:7
slide 143:17 153:11,12 154:2 188:5
   188:7 196:10,11,12,13,14
slides 139:24
slow 132:18
slower 132:10
slowly 184:11
SLR 95:12,13
small 154:9
smaller 161:10,12 193:15 194:8
smell 98:16
smooth 25:14,16 132:12
smudges 68:5
software 93:23
solely 108:12
solution 38:21 40:8 49:14 66:15
   67:2 68:19 71:20,22 72:2,5,15,21
   74:7,21 75:25 77:7 81:4
solutions 117:3
solve 167:7
solvent 21:23 24:5,6,7,9 42:15,18
   47:18 58:6 65:12,13 66:11 68:11
   95:11 96:7 97:17 98:14,20 99:2
   101:19,21,24 102:13,17 103:9,14
   104:14,25 105:21,25 106:13
   107:14 109:6 129:4 132:25
   133:22 134:14 135:3,22 139:20
   141:21 144:25 149:3,4 150:19,24
   151:13 152:2,13 166:17 167:17
   168:8 174:7 181:19 183:24 184:6
   189:15 191:3 193:15
solvents 23:4,21 24:14 26:19 33:4
   33:24 34:4 35:7 57:2 98:16 109:9
   129:15 136:12 141:17 178:8,23
   179:5 184:5 187:25
somebody 68:2 99:25 128:5 134:4
   172:15
sop 47:20
Sophie 151:6
sorry 20:15 41:9 58:2 72:24 81:25
   86:4,8 92:2,3 105:7 108:17
   117:24 120:5 157:3 163:23 178:5
sort 17:10 22:11 39:10 46:21 54:11
   73:24 75:6 81:25 90:8,10,10,20
   124:9 128:18 135:11 149:5
   156:21 160:15 175:16 178:22

182:3 183:13 189:11 191:12
sound 109:23 141:24
sounds 147:2 181:7
sources 149:25 164:17
South 130:24 131:6 145:15
Souther 176:25
SOUTHERN 1:2
space 40:8
Spain 145:15
span 135:21
spanning 104:6
speak 142:6
speaking 126:14 160:16,22
spec 81:12
specialized 59:3 73:9
specific 33:23 88:12 93:11
specifically 22:11 29:21 42:21
   48:19 134:16 164:4 177:7 179:19
specified 180:11
specify 49:4
Speckin 133:3 137:16 138:20,24
   175:8
Speckin's 176:10
Spectral 26:13 35:13
spectrometer 92:12
spectrometry 26:18 27:5,9 137:16
   153:2
speculative 145:24 165:23 189:17
   189:18
spend 9:3
spent 9:10,16,18 10:4
spilled 165:10
split 15:25
splitting 182:10
spoke 10:7,10
spoken 193:4
spot 49:8
spots 45:7,8
spreads 193:9
ss 195:4
stabilize 21:6
stabilizes 24:20
stable 166:18
Staedler 159:4 161:4
stage 21:13
stages 106:10
stand 104:20 112:8
standard 16:20 18:12,15,24 19:2,4
   19:8,10 34:8,10,16 41:25 48:22
   49:3,4,20 50:6,8,9,13,14,15,19,20
   52:6,9,25 53:6 54:19,22,24 55:4,5
   55:8,10,13,14,15,16,21 64:10
   65:7,8,10 66:10 81:3,6 82:11
   84:11 92:21,25 96:23,25 97:11
   111:7,20 113:23 114:7,8,9,19,21
   114:24 115:18,23 116:3,23 117:9
   117:12,24 119:17 167:24 178:2
standardized 75:10

**standards** 51:3,4,6,8,9,13,23 52:3,4 52:11 53:11,15,23 54:2,25 56:4,7 57:3 81:2 84:9 94:22 97:10 102:5 125:22
**standing** 64:17
**standpoint** 98:10
**stands** 50:11 53:12
**start** 16:12 49:6 70:12 72:25 73:15 74:5 105:9,13 124:6,15 155:24 182:10
**started** 125:17 135:9
**starting** 57:21 78:10 90:21 160:23
**starts** 22:3,9 45:9 70:10 72:20 97:19 161:7 173:20 191:13
**state** 1:24 5:18,22,24 16:13 20:12 21:5 24:19 42:13 104:15 195:4,23 197:5
**stated** 112:3 136:14 150:4,6 179:5
**statement** 104:20,22 105:4 109:13 112:8,20 127:8,12 129:14 133:21 135:20,25 136:20 139:25 140:17 141:18 144:19,22 145:25 167:2,9 167:11,21,25 172:17,18 174:5,9 180:8 183:25 186:10,17,23
**statements** 136:3 184:23
**states** 1:2 172:23 173:3
**stating** 152:21
**statistic** 118:23
**statistical** 119:15 120:16 121:10 186:6
**statistically** 123:14 193:18
**statistics** 100:4 120:18,22,23
**stay** 88:16 91:2 103:17 148:17 182:14 188:2
**staying** 105:14
**stays** 24:12
**Stenotype** 1:23
**step** 47:9,11 61:20,21 63:15 88:7 93:24
**steps** 63:14 83:10
**STERLING** 2:16
**Stewart** 135:10 180:15
**stick** 64:25 105:16 106:16,25
**stipulate** 4:22 121:23
**stipulated** 3:4,10,15 4:2,14 5:5,6,7 5:8
**STIPULATIONS** 3:2
**stir** 69:8
**stop** 47:20 77:8 145:3
**stops** 191:13
**storage** 180:21 183:9,12,13,15
**stored** 25:10,10 104:11,11 126:9,15 126:19 127:10 150:3 164:18 173:15 193:20
**straight** 88:17 90:2 91:3 128:11,17 128:24 129:5,16
**strain** 17:10
**streps** 159:16

**stroke** 88:20 90:16,18 127:25
**strong** 100:5 107:6 112:6,12 118:6 119:8
**studied** 146:20
**studies** 132:16 147:24 164:9 166:11 166:16 170:7
**study** 127:20 134:18 135:13 140:3 148:23 151:7 163:22,24 166:22 170:21 173:10 186:21 191:3
**subject** 10:12 138:18 164:20 176:3
**submitted** 54:2
**subparagraph** 20:12
**subscribed** 195:19
**subscript** 95:14,15,16
**subsections** 14:16
**substance** 67:18
**sucking** 70:13
**suddenly** 166:10
**suffer** 8:6
**sugar** 32:16 82:6
**suggest** 40:13 102:22 152:13
**suggested** 184:8
**suggesting** 147:22
**Suite** 2:4
**summarize** 21:20 23:18 28:5
**summarized** 29:13
**summary** 11:3 14:2,9 15:3,17 21:5
**sums** 11:25
**supply** 191:25
**Support** 139:20
**supports** 119:8
**supposed** 11:10
**sure** 32:6 43:22,22 57:7 70:14 73:25 77:9 79:7,14,16,21,22 80:2 84:17 87:10,16 88:5,7 89:2,19 97:7 102:14 117:2 119:4 124:25 130:18 142:8 145:14 149:15 153:3 162:16 168:13 174:20 176:12,15 178:24 192:14
**surfaced** 25:14
**surprise** 160:17
**surprisingly** 167:22
**suspect** 190:20
**Swan** 6:2
**swear** 4:21,24
**SWGDOC** 34:10 49:3 50:8,9,11,18 50:23,24 51:6,7,22 52:3,24 53:18 53:25 54:3 55:20 57:3
**sworn** 3:18 5:17 6:9 197:7
**symbol** 95:10,16,18
**syringe** 69:21,21 70:13 76:13 79:22
**system** 91:20 93:6,10

---
**T**

**T** 1:1 2:1 3:1 4:1 5:1,15 20:15 195:2 196:6 197:2,2
**table** 29:13 30:3,5 138:5
**tablespoons** 32:19,20

**tail** 90:21
**tailing** 90:24
**take** 6:18,22 8:15,16,17,20,21,22 35:6 37:22 44:17,19 47:10,13,21 48:10,24 49:8 58:8,18 60:8,15 62:5,6 63:7,7 64:14,19 87:22 89:4 89:5 91:5 94:19 109:17 112:20 118:17 122:3,8,15,16,21 129:21 130:17 131:3 141:7,8 153:17 156:9 164:22 177:13 190:19,21 192:2
**taken** 1:20 44:15 91:8,11 153:20 156:11 168:13 190:24 195:8
**takes** 24:25 75:3 76:13,22
**talk** 18:2 36:19 58:7 101:20 112:25 132:16 140:3 182:17
**talked** 113:5 140:11 187:20
**talking** 91:19 137:20 141:16 146:24 156:8 164:16 175:15 180:2 182:3 191:10 192:25
**talks** 59:12
**taller** 64:19
**tap** 69:13 70:8
**tape** 147:15
**target** 182:16,19,19,20
**technical** 51:2
**technically** 25:15
**Technique** 153:2
**technologies** 27:12
**technology** 136:15 137:2 156:6
**teens** 104:16,23
**telephone** 4:11
**tell** 6:9 28:12 31:19 33:19 37:8 40:21,22 41:11 43:18 47:4 58:12 59:18,22 60:5 99:10 102:4 109:2 114:6 115:10 118:12,18 139:4 153:7 159:8 171:11 172:8 176:24 189:14
**telling** 96:23 117:11 120:13 163:7
**tells** 48:23 109:7 121:13
**temperature** 122:3,4,7 123:3,9 124:4,8,17 126:16 159:13
**temperatures** 124:7,13
**ten** 68:16 69:18 71:3,8 72:20 73:5 73:15,16 74:6,11 75:15 77:6,10 77:15 78:10,12,20 79:3 110:14,20 111:7,13 117:15
**term** 19:13 20:25 22:13,16,20 23:8 31:24 32:23,25 41:2,3 51:19 62:22 66:16 97:13
**terminological** 18:13
**terminology** 16:20 18:12,15,20,22 18:23 19:5,8,11,11,14 20:8,9 32:9
**terms** 26:20 31:9 94:13 117:23,25 130:8 132:2 137:3,4 170:10 191:25
**test** 21:11 34:10 49:20 50:10,15,19 86:11 93:2 104:7 113:8 143:8

146:12 148:4 172:11 174:24
**tested** 85:25 124:11
**testified** 5:19 39:20 46:3 108:10
109:11 116:8 148:19
**testify** 7:23 8:3 109:5
**testifying** 11:5 109:16 138:17,21,22
175:3
**testimony** 8:25 40:16 85:9 127:24
142:3 175:22 176:3,4,8,11,14,22
176:23 177:13,17,18,21 195:8,11
197:9
**testing** 11:23 26:18 31:10,16 32:5
51:13 52:5,25 53:15 59:14 60:13
61:10,18,18,19 62:2,10 88:9
89:18 99:11 111:3 129:9 143:9
144:15 145:4 149:7,19 170:22
171:9 172:6,10 189:19 192:24
**tests** 91:14,17
**text** 30:7 100:18
**textbook** 164:2
**Thank** 18:7 178:2 194:10,12,13
**theoretical** 191:23
**theory** 83:8 152:6 191:18 192:15
193:13
**thesis** 103:7 104:24
**thick** 25:16 48:17 89:3,23
**Thin** 26:14,25 42:12
**thin-layer** 125:10
**thing** 22:7 27:9 39:10 54:8 80:6
88:5 103:21 115:13 145:12
155:22 159:14,24 172:24 173:4
189:12 192:12
**things** 27:10 52:14 126:17 141:6
150:15 156:6 177:5,10 187:15
193:6
**think** 8:12 10:7 11:19 13:17 14:9
22:2 30:21 32:8,13 35:22 43:24
44:25 46:3 67:23 68:3 70:10 81:8
94:2 98:11 99:23 106:4 109:13
120:5 125:16 127:23 128:25
129:18 130:7 133:25 137:5
139:10,24 140:9 143:4 148:8,15
154:21 155:21,23 156:5 159:19
163:15 169:13 172:3 173:25
176:6 182:2
**thinking** 88:21
**thinner** 182:11,11
**third** 74:2 76:22 79:2 137:25
143:17
**third-party** 55:6,17
**thirty** 155:17
**thought** 107:7
**thousands** 75:9 82:25
**three** 9:5,5 19:25 23:19 32:20 43:18
43:20,24 44:2,10,23 45:6 46:22
47:6,7,8,21 48:4,10 60:12,17 61:3
61:6 78:18,21 80:7 86:4,9,12
107:19 117:15 136:5,18 148:16

185:6 190:11
**threshold** 62:23 101:3,5,9,17
102:16,20 107:2,8 108:11,13,14
111:8 112:5 120:7 121:12 123:15
134:2 142:17 170:5,18 182:5,8
189:2
**throw** 107:23
**time** 1:23 3:12 5:3 7:6,6 8:16,16,17
8:21,22 9:3,10,18 10:2,4,10,11
22:6 25:2 46:8 54:18 70:2 74:2
75:8 76:22 79:16 81:9 82:11,13
91:25 92:7,13,20,23 93:11,15,15
97:3 125:23 126:3 130:13 135:21
151:2,14 152:3,14 155:8,20 158:7
158:23 160:12 161:8,17 162:5
163:21,23,25 167:5 168:3 182:17
185:20 189:3 191:8,9,10,12,20
192:4,22 193:14,25 194:5,10,10
**timeframe** 136:9
**timeframes** 136:5
**times** 8:9 61:10,11 71:10 75:10
79:19 82:7,9 92:17 95:14,23
99:12 101:18 104:18,19 107:2,19
111:4 117:16 142:9 148:16 193:5
**timing** 155:11
**title** 12:22
**titled** 143:17
**TLC** 26:15,25 27:17 32:4 33:10
34:14 35:2 36:14 42:13,14,20
45:4,10,19 46:12,21,25 47:11
48:2 49:9,25 50:2 56:23 58:24
**today** 5:11 6:7,20 7:11,16,24 8:4
13:3 100:22 118:12 143:20,24
162:12 180:6 194:11
**today's** 8:25 9:12 10:3,3,15
**told** 175:10
**Toni** 1:23 4:23 5:17 12:9 13:12,19
15:10 16:24 137:24 143:16
153:12 154:17 161:20 163:19
188:7 197:4,19
**tool** 65:3,6,20 68:12
**top** 13:25 15:18 16:2 73:10 77:20
77:21,25 78:13,17 88:24 131:10
138:5 149:15 154:10,24
**total** 10:9
**totally** 8:18 17:12 136:21
**trace** 23:22 35:3,7
**track** 78:9 177:21
**tracked** 190:10
**trained** 134:16,19
**training** 37:18 138:15
**trances** 113:6
**transcript** 7:5 109:12 195:8,10
197:8
**transfer** 47:17
**transposing** 155:24
**trap** 106:7,9
**trapped** 188:2

**traveling** 76:2
**travels** 72:16
**treat** 98:6
**treated** 60:21
**treating** 140:22
**trey** 76:4,5,5,6,11,12 77:18
**trial** 3:13 14:13 16:9
**tried** 68:4,5
**true** 104:4 138:16 190:14 195:10,12
197:8
**truly** 146:7 147:5
**trust** 133:16 161:22,24
**truth** 6:9
**truthfully** 7:24 8:4
**try** 9:23 57:25 88:17 89:15 101:11
105:10 167:3 175:19
**trying** 9:25 10:6 17:10 38:17 60:24
71:4 78:9 102:10 106:13 119:14
120:15 123:14 141:5
**turn** 13:23 103:5
**turned** 51:5
**turning** 135:18 158:16
**turns** 68:7
**twelve** 101:13 136:6
**twenty** 191:11
**twice** 61:19 73:24 76:21 85:23
86:11 113:8 117:15
**two** 14:24 15:13,14,17 21:9 27:11
30:13 32:14,14,19 34:3 39:25
41:25 49:11,16 53:20 61:11 62:5
62:25 64:11,15,17 65:6 66:4,8
67:16 75:21,22,23 76:7 77:22
78:25 80:4,20 81:19,20 85:9
86:21 87:5 93:15 96:6 99:5,14
101:4,8,17 102:23 103:2,22,24
104:17 105:8,14,16 106:15,16,25
107:6,22 108:3 110:11,16 113:2,6
113:15,20 114:3,13,18,24 116:11
116:22,22,25 117:4,21,25 118:5
118:10 119:16 120:9 121:11
122:15,16,21,22 123:4,4 134:2,5
136:8,11 140:21,23 142:3,14,17
142:17,19,22 147:10,15,19,20
148:15,17 157:24 161:16 167:19
168:10 170:6,11,12,15,16 174:6
180:17 182:5,7,8,13,19 183:9,11
184:4 185:24,25 186:25 190:25
192:6,18 193:24
**two-year** 102:20
**type** 23:22 25:13,17 26:8,10 29:15
32:15 33:9 38:5 99:11,13,24
106:3 111:17 126:17 132:2,9,13
132:17
**types** 23:15 53:21 54:17 85:12
160:13 163:4 184:8
**typically** 43:18,24 49:10 60:12 61:3
70:11 82:4 88:19 94:7 95:9
107:25 112:24 132:9 159:12

162:25 165:21 191:20
**typographic** 16:5

## U

**UK** 112:9
**ultraviolet** 33:7
**un-objected** 156:7
**unable** 39:20
**unauthorized** 4:18
**uncertainty** 120:8 186:25 187:19 193:17 194:6
**uncommon** 174:13
**undergraduate** 50:3
**underlying** 97:17 105:18 153:24
**underneath** 77:19,21 96:6 154:12 158:19
**understand** 6:14 7:15,19 11:13 17:12 52:23 65:24 66:20 72:18 82:2 105:18 107:12 118:10 119:12 120:13 121:2 128:19 147:18,24 148:8 150:22 156:5 163:6 165:6 167:15 171:8 178:5 183:6 187:11,21 189:5,11 191:12 193:11
**understandable** 6:17
**understanding** 11:7 20:24 40:16 45:10 55:2 85:8 154:23 160:9
**understood** 6:19 32:6,8 102:14 133:23
**unheated** 58:10 60:21 61:12 63:10 63:11 64:8,12 66:5,24 71:13 80:12 86:16,20,20 89:5,17,17 93:22 94:18,20 95:3,5,21,23 113:7 129:21 130:4,12 145:8 149:16,18 151:15,17 155:4 160:4 162:5 191:7
**uniform** 71:22,24 72:2,5,21 74:7 75:25 77:7 151:14 194:2,4
**uniformly** 150:20,22,23
**unit** 54:4
**UNITED** 1:2
**University** 168:20
**unknown** 52:18
**unreliable** 177:5
**uptake** 164:10
**use** 12:23 18:23 19:5,13 20:25 22:13,16,20 23:8 31:21,24 32:9 32:25 34:18 39:9 41:2,13 42:18 42:20 43:24 44:5,21,22,23 50:5 52:25 53:15 54:4,18 55:5,8,13 59:6 60:11,12,23 61:3,6,12 62:22 62:23 64:9 65:14 67:2 68:3 73:3 77:14 82:4 84:8 86:9,10 92:21 94:22 96:17 97:13 100:2 101:17 105:23 111:24,25 112:10 114:9 125:3 132:9 142:3 170:5 172:6,8 174:7,25 178:18 182:7,16
**uses** 74:10 125:12

## V

**usually** 14:7 44:17 112:22 132:11
**utilized** 27:14 52:21

## V

**VAGNINI** 2:3
**vaguely** 144:7
**Valery** 125:6
**validated** 174:22
**validation** 99:13
**validations** 100:8,11,14,19
**VALLI** 2:3
**value** 62:11 65:19 96:25 102:22 110:10 112:20 118:25 119:22 123:14,15 186:24
**values** 62:25 99:15 104:6,16,23 115:6,8 118:6,7,19,21 119:6,9 122:18 126:22 146:3 170:15 187:6
**variability** 187:4
**variables** 128:20 145:24
**variance** 113:18 161:25
**variances** 160:19
**variation** 99:22 104:6,13 151:22 158:5
**variations** 96:24 140:23 174:15,18
**various** 56:9
**vary** 90:14 178:8,10,12,14,17 179:6 179:7 182:6
**varying** 80:18 153:13
**verbal** 6:21 57:24 113:4 164:12
**versus** 90:2 104:8 129:13 130:2 151:16 166:14 178:21 183:16,17 194:7
**vertical** 188:17
**vial** 47:17,22,25 48:4 62:6,9,12 63:19,22,24 64:3,5 66:4,5,21,22 66:24 67:6,8,10,11,13,16,19 68:23 69:3,24 70:24 71:23 72:7,9 72:10,14,19,20 73:4,9,9,12,23 74:6,19,20,22 75:22,22 76:3,7,10 76:15,16,18,20,21,22 77:2,3,16 77:18,22 78:5,6,10 79:17 80:11 80:12 89:5,7
**vials** 56:25 62:5,10 64:12,15 65:6 66:4,8 75:20 76:7,8,8 77:22,23
**vicinity** 62:8
**Video** 26:13 35:13
**videoconference** 4:9,15
**view** 19:15 118:9
**violation** 4:18
**virtually** 19:16 106:21
**visible** 154:18
**visual** 26:6,6 27:16 29:5,10 34:13 35:17 36:2,6
**visualize** 45:19,20 46:4
**VOC** 23:8 25:21
**VOCs** 23:12 33:20
**volatile** 20:14 23:4,6,8 33:14

165:20 180:10,14,20
**volatiles** 165:21
**vortex** 69:15,16,16 70:9,19 71:2,7,8 71:18
**vote** 54:22
**voting** 55:9
**VSC** 26:13,22 33:6 35:14,20 41:22 45:19 46:13

## W

**W** 195:2
**wait** 67:17
**waived** 3:8
**walk** 61:15,20
**want** 7:4 19:23 42:3 48:12 65:24 84:6 88:7 89:15,19 100:2,3 106:24 124:4,5 142:7,7 147:9 148:7 156:2 157:11 162:25 175:12 179:12 187:21 188:5 190:21 192:25
**wanted** 60:25 122:2 123:9 157:6
**wants** 79:16,22
**wasn't** 44:9 172:15
**waste** 73:23 74:19,23 75:22 76:3,6 76:15,20 77:22
**watch** 83:14
**water** 68:5
**way** 6:13,16 17:2 22:8 27:13 34:7 48:20 57:25 65:18 73:19 99:24 103:13 111:24 117:25 119:2 123:8 124:14 135:6 150:4,6,22 159:19 168:12 183:3 187:17 197:13
**ways** 54:15
**we'll** 8:21,22 13:5 20:24 103:5 106:12
**we're** 7:17 12:3 15:25 20:25 36:20 68:14 73:18 78:24 94:24,25 97:2 100:6 116:18 119:5 130:11,12 149:16 152:9 156:8
**we've** 36:5 137:6
**web** 1:22 4:11 5:12
**website** 51:7
**Wednesday** 194:14
**weeks** 103:24
**well-established** 116:12
**well-known** 133:23
**well-regarded** 169:6,9
**well-respected** 134:17,19
**well-ventilated** 166:3
**went** 10:20 108:14 125:18
**wet** 24:11
**Weyermann** 126:25 134:9 135:12 135:14 151:17 152:17 166:21 168:15,24 169:25 174:3 183:22 184:20,23 188:14
**whatsoever** 31:24 32:25 118:4
**WHEREOF** 197:15

**3**

**3** 30:18,20 31:6,7,17,18 33:12,20 34:5,20,23,25 35:4 36:21 37:2,3 38:12,16 39:14,21,22 144:2,4 196:11
**3/1/16** 30:9
**3:51** 194:16
**30** 9:14 10:6 69:13 136:24,24
**30.5** 115:9
**304** 188:8,22 189:4
**31** 28:16 114:6,15 115:7
**33** 58:23,24 114:4,13 115:6,13 117:16 118:25 121:14,18
**34** 42:5,6
**35** 56:13 57:17 58:2 101:6 121:15 155:18 170:15,18
**36** 56:14 57:17,21 58:2,2
**37** 56:14 57:17 58:2,2 119:2
**38** 56:14 57:17 58:2 170:15
**39** 29:14,25
**393** 156:20 157:9 158:13

**4**

**4** 153:15,22 196:12
**40** 29:16 36:8,11 119:2,4 121:15 155:16 189:15
**400,000** 108:4
**41** 36:16,17 41:6
**42** 36:16,17 41:6
**44** 28:17,18
**45** 9:15 10:6 28:17 70:12
**46** 15:13

**5**

**5** 31:3 36:23 155:15,18 156:13,14 196:4,13
**5'8** 64:18,21
**5.3** 93:7
**5.30** 81:11 82:12 92:20 94:3
**50** 124:12 170:5 194:7
**519** 2:4
**599** 2:17

**6**

**6** 188:9,13 196:14
**6'1** 64:18,22
**6.25** 114:25 116:23
**600** 2:4
**65** 123:10,13
**66** 123:11
**68** 183:17
**69** 123:11

**7**

**7** 1:15 195:9
**70** 58:9 62:13 63:24 123:19 124:3,9 124:17 125:12,20,21 154:13 158:20 159:5 161:4,21 183:17

190:4
**71** 183:17
**75** 159:12
**788** 14:25

**8**

**8** 86:12
**80** 123:23,25 124:12,24 125:14 126:5
**80023** 6:3
**821** 113:10
**827** 86:6
**828** 86:6
**830** 86:7,13,25 113:10
**831** 86:7,14,25

**9**

**90** 62:14 63:25 123:19
**90s** 125:16