1  J. Fischman
2  now that her husband worked for a customer of the
3  company.  So I said to Nick that that was
4  inappropriate and that I was not going to paper
5  any record as he had suggested and we got into
6  quite a -- we got into a strongly worded
7  conversation where he was angry with my response
8  and I did not want to do anything that I thought
9  was inappropriate and I told him that I thought it
10 was discrimination against Amber and that they had
11 treated her male husband quite differently and
12 that it was absolutely wrong and I wouldn't
13 support it.  He immediately changed the subject,
14 walked out of my office and I was very shaken from
15 that experience.
16      Q.    What, if anything, exists in writing
17 that details this conversation that you had with
18 Mr. Oliva?
19      A.    On that night I went home and I wrote
20 myself a note on a legal pad and I stuffed it in a
21 draw and hoped to forget about it.
22      Q.    Have you produced that?
23      A.    Yeah.  That was, remember last week
24 when I said there were a bunch of handwritten
25 documents that I thought had been produced.  We