UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JENNIFER S. FISCHMAN, :
:
Plaintiff, :   18-CV-8188 (JMF)
:
-v- :   ORDER
:
MITSUBISHI CHEMICAL HOLDINGS AMERICA, :
INC., et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 22, 2021, Defendants filed a motion to dismiss. *See* ECF No. 117. Plaintiff submitted an opposition to this motion on November 22, 2021, ten days late. *See* ECF No. 122; ECF No. 114 (setting November 12, 2021 as Plaintiff's deadline to file any opposition to the motion). Exercising its discretion, the Court will nevertheless consider Plaintiff's opposition. In light of that, Defendants' deadline to reply, originally November 19, 2021, *see* ECF No. 114, is hereby EXTENDED, nunc pro tunc, to **December 6, 2021**.

      SO ORDERED.

Dated: November 23, 2021
       New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge