*Speckin Forensics, LLC*

PLEASE DIRECT CORRESPONDENCE & PAYMENT HERE:

2601 COOLIDGE ROAD, SUITE 202
EAST LANSING, MICHIGAN 48823
517-349-3528 • FAX 517-349-5538

110 E. BROWARD BOULEVARD, SUITE 1700
FORT LAUDERDALE, FLORIDA 33301
954-763-6134 • FAX 954-688-4941

www.4N6.com

LEONARD A. SPECKIN
RETIRED DOCUMENT ANALYST

MICHAEL J. SINKE
LATENT PRINT SPECIALIST
CRIME SCENE RECONSTRUCTION
FORENSIC DOCUMENT ANALYST

ROBERT D. KULLMAN
FORENSIC DOCUMENT ANALYST

LARRY A. DALMAN
COMPUTER RECOVERY SPECIALIST

DR. GEORGE F. JACKSON Ph.D.
TOXICOLOGIST

ERICH J. SPECKIN
FORENSIC DOCUMENT ANALYST
INK DATING SPECIALIST

ROGER J. BOLHOUSE MBA
LABORATORY DIRECTOR
CRIME SCENE RECONSTRUCTION
FORENSIC ANALYST & CONSULTANT

THOMAS K. HUARD Ph.D.
DNA ANALYST & CONSULTANT

ROBERT B. CILWA
FORENSIC FIREARMS EXAMINER

RICHARD L. BRUNELLE
RETIRED INK DATING CONSULTANT

DR. LAURENCE R. SIMSON M.D.
FORENSIC PATHOLOGIST

DR. JAY A. SIEGEL Ph.D.
ANALYTICAL CHEMIST

COLIN V. SHELLHORN
COMPUTER & GRAPHICS SPECIALIST

DR. JULIE HOWENSTINE
SEROLOGIST
DNA ANALYST & CONSULTANT
CRIME SCENE RECONSTRUCTION

March 26, 2014

H. Raymond Terpstra
Terpstra & Epping
3600 First Ave. NE, Suite 101
Cedar Rapids, IA 52402
Ph: 319-364-2467

Our File Number: 20140017
Re: Lela M. Kratz, et al. v. Sherri Meeks

Dear Mr. Terpstra,

The original document was mailed to my Ft. Lauderdale, FL office where I proceeded to examine it. The examination task was to determine if the entries were written on their date purported.

Questioned Document:

    Q1. Original Check Transaction Register, 5.75 x 3 inches bifold booklet

Procedure:

*Gas Chromatography-Mass Spectrometry Ink Dating*
The document with original ink was analyzed by gas chromatography-mass spectrometry (GC-MS). To sample the ink, a Harris Uni-Core (0.5 mm) sampling tool was used to remove a small portion of the ink line (a punch of ink) from both two entries in the transaction register dated

January 19, March 13, and April 6. The instrument analyzes and quantifies the amount of 2-phenoxyethanol in ink samples. For this analysis, six (6) punches of ink were placed in a vial and 3 µL of chloroform was added. After a 10 minute extraction, 1 µL of extract was injected on to the instrument.

Results:

*Gas Chromatography-Mass Spectrometry Ink Dating*
The GC-MS ink dating showed an elevated phenoxyethanol value for the ink samples taken. This elevated level of phenoxyethanol indicates that the tested inks were written more recently than their recorded dates and therefore not written on the date purported.

Conclusion:
My opinion is based on the observations I made during my examinations and my ability to evaluate these observations, based on the training and experience I have in the area of document examination. Based on the results of the GC-MS Ink Dating, the entries made in the transaction register were not written on the dates purported. This is evident by the elevated phenoxyethanol levels detected during the GC-MS ink dating test. This opinion is drawn to a reasonable degree of scientific certainty and based on recognized scientific principles.

Very truly yours,

Erich J. Speckin
Forensic Ink Dating Expert

EJS/ahh

*dated 1-19*

| | | | |
|---|---|---|---|
| Sample ID: | 20140017_1 | Operator: | Amy Housman |
| Instrument ID: | Varian GC/MS #1 | Last Calibration: | None |
| Acquisition Date: | 1/29/2014 1:52 PM | Data File: | ...0017_1 1-29-2014.sms |
| Calculation Date: | 1/29/2014 2:13 PM | Method: | ...rm_split 20 to 1.mth |
| Inj. Sample Notes: | None | | |
| Vial: | N/A | | |



### Target Compounds

| # | RT | Peak Name | Res Type | Quan Ions | Area | Amount/RF |
|---|------|-----------------|-------|-------|-------|----------------|
| 1 | 18.010 | deuterated P.E. | Miss. | 140.0 | 0 | 0.000 ppm |
| 2 | 17.749 | 2 phenoxyethanol | Id. | 138.0 | 23058 | 23058 Counts |

| | | | |
|---|---|---|---|
| Sample ID: | 20140017_1 | Operator: | Amy Housman |
| Instrument ID: | Varian GC/MS #1 | Last Calibration: | None |
| Measurement Type: | Area | Calibration Type: | Internal Standard |
| Acquisition Date: | 1/29/2014 1:52 PM | Data File: | ...0017_1 1-29-2014.sms |
| Calculation Date: | 1/29/2014 2:13 PM | Method: | ...rm_split 20 to 1.mth |
| Sample Type: | Analysis | | |
| Inj. Sample Notes: | None | | |

### Compound Information

| | | | |
|---|---|---|---|
| Peak Name: | deuterated P.E. | | |
| Result Index: | 1    Compound Number: 2 | CAS Number: None | Missing |

### Identification

| Parameter | Specification | Actual | Status |
|---|---|---|---|
| Search Type | Spectrum | | |
| Retention Time | 18.010 +/- 0.200 | 18.010 min. | Fail |
| Match Result | N-R >= 700 | 641 | Fail |

### Integration and Quantitation

| Parameter | Specification | Actual | Status |
|---|---|---|---|
| Quan Ions | 140.0 | | |
| Calibration Equation | Linear, Force, 1/nX2 | | |
| Area | >=100 | 0 | Fail |
| Height | | 0 | |
| Amount | >= 0.000 ppm | 0.000 ppm | |

Match Types:    N-R : Normal-Reverse



Seg 2, coltest, Time: 10.00-21.00, EI-Auto-Full, 40-350 m/z

000135

Print Date: 29 Jan 2014 14:13:44        Target Compound Report for #2 from 20140017_1 1-29-2014.sms - Page 2

| | | | |
|---|---|---|---|
| Sample ID: | 20140017_1 | Operator: | Amy Housman |
| Instrument ID: | Varian GC/MS #1 | Last Calibration: | None |
| Measurement Type: | Area | Calibration Type: | Internal Standard |
| Acquisition Date: | 1/29/2014 1:52 PM | Data File: | ...0017_1 1-29-2014.sms |
| Calculation Date: | 1/29/2014 2:13 PM | Method: | ...rm_split 20 to 1.mth |
| Sample Type: | Analysis | | |
| Inj. Sample Notes: | None | | |

## Compound Information

Peak Name:            2 phenoxyethanol
Result Index:         2          Compound Number: 1         CAS Number: 122-99-6        Identified

### Identification

| Parameter | Specification | Actual | Status |
|---|---|---|---|
| Search Type | Spectrum | | |
| Retention Time | 17.800 +/- 0.400 | 17.749 min. | Pass |
| Match Result | N-R >= 700 | 972 | Pass |

### Integration and Quantitation

| Parameter | Specification | Actual | Status |
|---|---|---|---|
| Quan Ions | 138.0 | | |
| IS Peak Name | deuterated P.E. | | |
| Calibration Equation | Linear, Force, None | | |
| Area | >=10 | 23058 | Pass |
| Height | | 5920 | |
| Amount | >= 0.000 ppm | 23058 Counts | Pass |

Match Types:            N-R : Normal-Reverse



000136

Seg 2, coltest, Time: 10.00-21.00, EI-Auto-Full, 40-350 m/z

Print Date: 29 Jan 2014 14:54:23   *dated 3-13*    Sample Report for 20140017_2 1-29-2014.sms

Sample ID: 20140017_2
Instrument ID: Varian GC/MS #1
Acquisition Date: 1/29/2014 2:33 PM
Calculation Date: 1/29/2014 2:54 PM
Inj. Sample Notes: None
Vial: N/A

Operator: Amy Housman
Last Calibration: None
Data File: ...0017_2 1-29-2014.sms
Method: ...rm_split 20 to 1.mth



### Target Compounds

| # | RT | Peak Name | Res Type | Quan Ions | Area | Amount/RF |
|---|------|------------------|----------|-----------|-------|----------------|
| 1 | 18.010 | deuterated P.E. | Miss. | 140.0 | 0 | 0.000 ppm |
| 2 | 17.746 | 2 phenoxyethanol | Id. | 138.0 | 57610 | 57610 Counts |

000137

| | | | | |
|---|---|---|---|---|
| Sample ID: | 20140017_2 | Operator: | Amy Housman | |
| Instrument ID: | Varian GC/MS #1 | Last Calibration: | None | |
| Measurement Type: | Area | Calibration Type: | Internal Standard | |
| Acquisition Date: | 1/29/2014 2:33 PM | Data File: | ...0017_2 1-29-2014.sms | |
| Calculation Date: | 1/29/2014 2:54 PM | Method: | ...rm_split 20 to 1.mth | |
| Sample Type: | Analysis | | | |
| Inj. Sample Notes: | None | | | |

Compound Information

| Peak Name: | deuterated P.E. | | | |
|---|---|---|---|---|
| Result Index: | 1 | Compound Number: 2 | CAS Number: None | Missing |

Identification

| Parameter | Specification | Actual | Status |
|---|---|---|---|
| Search Type | Spectrum | | |
| Retention Time | 18.010 +/- 0.200 | 18.010 min. | Fail |
| Match Result | N-R >= 700 | 649 | Fail |

Integration and Quantitation

| Parameter | Specification | Actual | Status |
|---|---|---|---|
| Quan Ions | 140.0 | | |
| Calibration Equation | Linear, Force, 1/nX2 | | |
| Area | >=100 | 0 | Fail |
| Height | | 0 | |
| Amount | >= 0.000 ppm | 0.000 ppm | |

Match Types:   N-R ; Normal-Reverse



000138

Seg 2, coltest, Time: 10.00-21.00, EI-Auto-Full, 40-350 m/z

| | | | |
|---|---|---|---|
| Sample ID: | 20140017_2 | Operator: | Amy Housman |
| Instrument ID: | Varian GC/MS #1 | Last Calibration: | None |
| Measurement Type: | Area | Calibration Type: | Internal Standard |
| Acquisition Date: | 1/29/2014 2:33 PM | Data File: | ...0017_2 1-29-2014.sms |
| Calculation Date: | 1/29/2014 2:54 PM | Method: | ...rm_split 20 to 1.mth |
| Sample Type: | Analysis | | |
| Inj. Sample Notes: | None | | |

## Compound Information

| | | | | |
|---|---|---|---|---|
| Peak Name: | 2 phenoxyethanol | | | |
| Result Index: | 2 | Compound Number: 1 | CAS Number: 122-99-6 | Identified |

### Identification

| Parameter | Specification | Actual | Status |
|---|---|---|---|
| Search Type | Spectrum | | |
| Retention Time | 17.800 +/- 0.400 | 17.746 min. | Pass |
| Match Result | N-R >= 700 | 966 | Pass |

### Integration and Quantitation

| Parameter | Specification | Actual | Status |
|---|---|---|---|
| Quan Ions | 138.0 | | |
| IS Peak Name | deuterated P.E. | | |
| Calibration Equation | Linear, Force, None | | |
| Area | >=10 | 57610 | Pass |
| Height | | 13931 | |
| Amount | >= 0.000 ppm | 57610 Counts | Pass |

Match Types:    N-R : Normal-Reverse



000139

Seg 2, coltest, Time: 10.00-21.00, EI-Auto-Full, 40-350 m/z

Print Date: 28 Jan 2014 15:50:01  *dated 4-8 4-6-??*  Sample Report for 20140017 1-28-2014.sms

| | | | |
|---|---|---|---|
| Sample ID: | 20140017 | Operator: | Amy Housman |
| Instrument ID: | Varian GC/MS #1 | Last Calibration: | None |
| Acquisition Date: | 1/28/2014 3:28 PM | Data File: | ...140017 1-28-2014.sms |
| Calculation Date: | 1/28/2014 3:49 PM | Method: | ...rm_split 20 to 1.mth |
| Inj. Sample Notes: | None | | |
| Vial: | N/A | | |



### Target Compounds

| # | RT | Peak Name | Res Type | Quan Ions | Area | Amount/RF |
|---|------|----------------|----------|-----------|-------|--------------|
| 1 | 18.010 | deuterated P.E. | Miss. | 140.0 | 0 | 0.000 ppm |
| 2 | 17.747 | 2 phenoxyethanol | Id. | 138.0 | 14350 | 14350 Counts |

000140

Print Date: 28 Jan 2014 15:50:01  Target Compound Report for #1 from 20140017 1-28-2014.sms

| | | | |
|---|---|---|---|
| Sample ID: | 20140017 | Operator: | Amy Housman |
| Instrument ID: | Varian GC/MS #1 | Last Calibration: | None |
| Measurement Type: | Area | Calibration Type: | Internal Standard |
| Acquisition Date: | 1/28/2014 3:28 PM | Data File: | ...140017 1-28-2014.sms |
| Calculation Date: | 1/28/2014 3:49 PM | Method: | ...rm_split 20 to 1.mth |
| Sample Type: | Analysis | | |
| Inj. Sample Notes: | None | | |

## Compound Information

Peak Name: deuterated P.E.
Result Index: 1    Compound Number: 2    CAS Number: None    Missing

### Identification

| Parameter | Specification | Actual | Status |
|---|---|---|---|
| Search Type | Spectrum | | |
| Retention Time | 18.010 +/- 0.200 | 18.010 min. | Fail |
| Match Result | N-R >= 700 | 700 | Pass |

### Integration and Quantitation

| Parameter | Specification | Actual | Status |
|---|---|---|---|
| Quan Ions | 140.0 | | |
| Calibration Equation | Linear, Force, 1/nX2 | | |
| Area | >=100 | 0 | Fail |
| Height | | 0 | |
| Amount | >= 0.000 ppm | 0.000 ppm | |

Match Types:    N-R : Normal-Reverse



Seg 2, coltest, Time: 10.00-21.00, EI-Auto-Full, 40-350 m/z

000141

| | | | |
|---|---|---|---|
| Sample ID: | 20140017 | Operator: | Amy Housman |
| Instrument ID: | Varian GC/MS #1 | Last Calibration: | None |
| Measurement Type: | Area | Calibration Type: | Internal Standard |
| Acquisition Date: | 1/28/2014 3:28 PM | Data File: | ...140017 1-28-2014.sms |
| Calculation Date: | 1/28/2014 3:49 PM | Method: | ...rm_split 20 to 1.mth |
| Sample Type: | Analysis | | |
| Inj. Sample Notes: | None | | |

## Compound Information

Peak Name: 2 phenoxyethanol
Result Index: 2    Compound Number: 1    CAS Number: 122-99-6    Identified

### Identification

| Parameter | Specification | Actual | Status |
|---|---|---|---|
| Search Type | Spectrum | | |
| Retention Time | 17.800 +/- 0.400 | 17.747 min. | Pass |
| Match Result | N-R >= 700 | 955 | Pass |

### Integration and Quantitation

| Parameter | Specification | Actual | Status |
|---|---|---|---|
| Quan Ions | 138.0 | | |
| IS Peak Name | deuterated P.E. | | |
| Calibration Equation | Linear, Force, None | | |
| Area | >=10 | 14350 | Pass |
| Height | | 3669 | |
| Amount | >= 0.000 ppm | 14350 Counts | Pass |

Match Types:    N-R : Normal-Reverse



000142

Seg 2, coltest, Time: 10.00-21.00, EI-Auto-Full, 40-350 m/z