MERCEDES COLWIN
MCOLWIN@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

August 31, 2022

<u>VIA ECF</u>

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:   <u>*Jennifer S. Fischman v. Mitsubishi Chemical Holdings America, Inc., et al*
          Civil Action No. 1:18-cv-08188</u>

Dear Judge Furman:

    We represent defendants Mitsubishi Chemical Holdings America, Inc., Nicolas Oliva, and Donna Costa, in connection with the above-referenced matter. Pursuant to Your Honor's August 24, 2022 Order [ECF Document No. 129], the parties jointly submit this proposed briefing schedule:

    Defendants to file a single Motion for Summary Judgment, and Plaintiff to file any *Daubert* Motion(s) on or before November 1, 2022;

    Parties to file their respective oppositions on or before December 20, 2022;

    Parties to file their respective replies on or before January 27, 2023.

    We thank the Court for its consideration of this correspondence, and attention to this matter.

    Respectfully submitted,

    /s/ *<u>Mercedes Colwin</u>*
    Mercedes Colwin

cc:  All Parties (via ECF)