UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JENNIFER S. FISCHMAN, | : | CIVIL ACTION NO.: 18-CV-08188 |
| | : | (JMF) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MITSUBISHI CHEMICAL HOLDINGS | : | |
| AMERICA, INC. et al. | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S MOTIONS IN LIMINE FOR EXCLUSION OF THE REPORTS AND TESTIMONY OF CHAD STALLER, RONA WEXLER AND GERALD LaPORTE

Plaintiff Jennifer S. Fischman, by her undersigned attorneys, moves this Court pursuant to Federal Rule of Evidence 702 to exclude Defendants' expert reports and anticipated testimony from consideration in connection with this matter.

Plaintiff asks that the Court exclude the report and testimony of Chad Staller, Rona Wexler, and Gerald LaPorte as not meeting the standards set forth in Fed. R. Evid. 702.

Accompanying memoranda of law set out the factual and legal bases for the motions.

The Court authorized these motions via a proposed scheduling order endorsed, So-Ordered, and entered on the ECF Docket on September 1, 2022 as ECF Dkt No. 131.

Dated: Garden City, New York
       November 1, 2022

Respectfully Submitted,

By: /s/ *Matthew L. Berman*

**VALLI KANE & VAGNINI LLP**

Sara Wyn Kane
skane@vkvlawyers.com
Robert J. Valli, Jr.
rvalli@vkvlawyers.com
Matthew L. Berman
mberman@vkvlawyers.com
600 Old Country Road
Garden City, New York 11530
Tel: (516) 203-7180
Fax: (516) 706-0248

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022 a true and correct copy of Plaintiffs' Notice of Motions *in Limine* to Exclude the Testimony of Chad Staller, Rona Wexler and Gerald LaPorte, the accompanying memoranda of law, and the accompanying Declaration of Matthew L. Berman were served via electronic email on all counsel of record.

Date: November 1, 2022

*/s/ Matthew L. Berman*
Matthew L. Berman, Esq.