

# THE CENTER FOR
# <u>FORENSIC ECONOMIC STUDIES</u>
Economic & Statistical Analysis

CFES@CFES.COM    WWW.CFES.COM



STALLER
EXHIBIT
2
7/20/21 TM

| EXPERT ANALYSIS AND TESTIMONY SINCE 1980 |
| --- |

**Reply to Philadelphia Office**

Chad L. Staller, J.D., MBA, MAC, CVA
*President*

James Markham, Ph.D., J.D., CPCU
*Senior Economist*

Bernard F. Lentz, Ph.D.
*Senior Economist*

David R. Adams
*Senior Economist*

Stephen M. Dripps, M. Fin., CVA
*Senior Economist / Manager*

Brian Conley
*Senior Economist*

Adam Gilham
*Economist*

November 13, 2020

Brittany Primavera, Esquire
Gordon & Rees LLP
1 Battery Park Plaza, 26th Floor
New York, NY 10004

Re:     *Jennifer S. Fischman v. Mitsubishi Chemical Holdings America, Inc., et al.*

Dear Ms. Primavera:

At your request, we discuss the mitigation efforts of Jennifer Fischman following her separation of employment with Mitsubishi Chemical Holdings America, Inc. ("Mitsubishi") which occurred on or about January 30, 2017. We reserve the right to amend this report upon receipt of any additional relevant information.

## I.    DOCUMENTS RELIED UPON

- Complaint

- First Amended Complaint

- Answer and Affirmative Defenses

- Possible medical records to address depression issue

- Plaintiff's Responses and Objections to MCHA Defendants' First Set of Interrogatories to Plaintiff

- Documents (FISCHMAN 000001 – 000778)

- Personnel Documents

- Jennifer Fischman Resume

Any additional documents used in preparation of this report, such as professional and governmental publications, are fully cited herein.

This report has been prepared for the use of counsel in the instant matter. Given the personal, financial and/or medical information contained herein, any transmission, copy, or utilization of this report or material contained herein is strictly prohibited without the written consent of the Center for Forensic Economic Studies.

## II. BACKGROUND

Jennifer Fischman was born on November 7, 1967.[1]  At the time of her employment separation, she was 49.23 years of age.  Ms. Fischman was hired by Mitsubishi on March 3, 2008.[2]  Ms. Fischman was initially hired as Corporate Counsel, and was promoted to Assistant General Counsel in February 2013.[3]  Ms. Fischman served as Acting General Counsel and Chief Compliance Officer from April 1, 2015 to December 1, 2015.[4]  Ms. Fischman later separated from Mitsubishi effective January 30, 2017.[5]  Subsequent to her separation from Mitsubishi, according to job search documentation, Ms. Fischman sought employment in a similar capacity until early May 2018.[6] [7]  In a September 13, 2018 email correspondence, Ms. Fischman referred to a "new career" and discussed selling a home.[8]

Prior to working for Mitsubishi, Ms. Fischman worked as Legal Counsel, General Law – Space and Airborne Systems for Raytheon Company from May 2001 to February 2008, as an Intellectual Property and Corporate Associate for Jeffer, Mangles, Butler & Marmaro from January 2000 to March 2001, as a Corporate Associate for Paul, Hastings, Janofsky & Walker from December 1997 to November 1999, and as a Litigation Associate for Fried, Frank, Harris, Shriver & Jacobson from February 1997 to December 1997.[9]

Ms. Fischman holds a Bachelor's Degree in History of Art from the University of Michigan, and a Juris Doctor from Boston University School of Law.[10]  Ms. Fischman resides in Scarsdale, New York.[11]

---

[1] Personnel Documents
[2] First Amended Complaint, #10
[3] First Amended Complaint, #41, Jennifer Fischman Resume
[4] Complaint, #49, 60
[5] Complaint, #80
[6] FISCHMAN 000001 – 000303
[7] Per her documented job search activities, Ms. Fischman sought positions for "General Counsel", "Corporate Counsel", and "Legal Director".  A detailed list of Ms. Fischman's job search activities is shown in Attachment 1.
[8] FISCHMAN 000306
[9] Jennifer Fischman Resume
[10] Jennifer Fischman Resume
[11] Personnel Documents

## III.  JOB SEARCH ACTIVITIES

Subsequent to her separation from employment with Mitsubishi, Ms. Fischman sought employment in a similar capacity.[12]  A detailed list of Ms. Fischman's activities to find employment is shown in Attachment 1.  A count of Ms. Fischman's activities to find employment per month since her separation is set forth in Table A below:

| Table A:  Fischman Documented Job Search Activities | |
|---|---|
| **Month/Year** | **Activities[13]** |
| February 2017[14] | 17 |
| March 2017 | 10 |
| April 2017 | 4 |
| May 2017 | 8 |
| June 2017 | 4 |
| July 2017 | 2 |
| August 2017 | 7 |
| September 2017 | 15 |
| October 2017 | 7 |
| November 2017 | 6 |
| December 2017 | 7 |
| January 2018 | 8 |
| February 2018 | 0 |
| March 2018 | 2 |
| April 2018 | 5 |
| May 2018 | 4 |
| **Total** | **106** |
| *Per week (to 5/6/18)[15]* | *1.61* |
| *Per week (to 10/23/20)[16]* | *0.55* |

Based on the data above, Ms. Fischman made a total of 106 job search activities between January 30, 2017 and May 6, 2018, approximately 1.61 job search efforts per week.  Assuming an ongoing search from January 30, 2017 to the current date, Ms. Fischman averaged 0.54 job search activities per week.  Ms. Fischman's documented job search activities predominately consisted of online employment applications.  Ms. Fischman's documented job search activities also tended to be clustered, with several activities on a particular day and little to no documented activities in between.[17]

---

[12] FISCHMAN 000001 – 000303

[13] "Activities" include but are not limited to applications to positions at companies, applications to search firms for positons at companies, and contacts from search firms regarding opportunities.  The New York Department of Labor identifies nine work search activities deemed appropriate in furtherance of securing employment (https://labor.ny.gov/ui/claimantinfo/work-search.shtm#4)

[14] Includes one effort from January 30, 2017

[15] There are approximately 66 weeks between January 30, 2017 and May 6, 2018

[16] There are approximately 198 weeks between January 30, 2017 and November 13, 2020

[17] See Attachment 1; For example, Ms. Fischman documented six job search activities on February 13, 2017, one on February 15, 2017, then eight between February 27 and March 1, 2017.

# IV.  ELEMENTS OF A REASONABLE AND DILIGENT JOB SEARCH

As a proxy for the minimum weekly effort a job seeker must put forth to obtain employment following a separation, we examined the job search requirements for the New York Department of Labor.  To continue to receive unemployment benefits in New York, the unemployment recipient must—at a minimum—perform three work search activities per week.[18]  This requirement provides a minimum standard for the number of potential employment contacts a person should make when making a reasonable effort to seek reemployment.

Had Ms. Fischman met the minimum standard in New York, we would expect a minimum of 594 documented job search activities since her separation.[19]  Based on the data shown in Table A, indicating 106 job search activities, Ms. Fischman has not provided sufficient evidence that she met the minimum standard established by the New York Department of Labor.

According to recent articles, for an individual who is not working a reasonable target for the amount of time to spend when searching for a full-time job is anywhere from 25 to 40 hours per week.[20]  The articles also indicate that necessary activities in finding employment include searching for opportunities, composing and refining resumes and cover letters, traveling to and participating in interviews, and networking.  As noted earlier, Ms. Fischman's efforts appeared to be clustered on certain days, and ceased entirely as of early May 2018.  Additionally, Ms. Fischman appeared to utilize LinkedIn nearly exclusively to search for potential opportunities, with little to no utilization of other online job repositories, headhunters, academic institutions career placement departments, or other methods to search for potential employment opportunities.  Therefore, Ms. Fischman's record of job search efforts indicates that she has fallen far short of the suggested level of job search effort for an unemployed individual seeking reemployment.

---

[18] https://labor.ny.gov/ui/claimantinfo/work-search.shtm#4
[19] There are approximately 198 weeks between January 30, 2017 and April 23, 2020.  198 weeks times 3 activities per week equals 594 activities.
[20] https://www.thebalancecareers.com/how-much-time-to-spend-on-a-job-search-2062204
  https://imdiversity.com/diversity-news/how-much-time-should-you-spend-on-your-job-search/

## V.  RELEVANT EMPLOYMENT AND UNEMPLOYMENT STATISTICS

According to the Bureau of Labor Statistics, there are a total of 82,110[21] individuals employed as Lawyers in the New York-Newark-Jersey City, NY-NJ-PA[22] metropolitan statistical area.[23]  Data pertaining to the duration of unemployment (in weeks) experienced by individuals with similar characteristics to Ms. Fischman in January 2017 are shown in Table B below:[24]

| Table B:  Duration of Unemployment, January 2017 | | | |
|---|---|---|---|
| Category | Mean | Median | < 27 weeks |
| All Workers | 23.7 | 9.6 | 76.6% |
| Women Age 45 to 54 | 36.6 | 17.0 | 64.3% |
| Management, professional, and related occupations | 30.4 | 13.7 | 67.9% |
| Manufacturing | 26.7 | 12.1 | 74.3% |

## VI.  POTENTIAL EMPLOYMENT OPPORTUNITIES

We reviewed data provided by Forensic JobStats to determine what potential employment opportunities existed for Ms. Fischman subsequent to her separation from employment with Mitsubishi.  A job search of relevant opportunities was conducted with the following parameters:

- Date range: February 1, 2017 to April 6, 2020

- Occupation:  SOC 23-1011 Lawyers and SOC 11-1011 Chief Executives with select keywords "General Counsel", "Chief Compliance Officer", "Assistant General Counsel", "Corporate Counsel"[25]; any listings containing the word "Patent" were eliminated

- Area:  New York-Newark-Jersey City, NY-NJ-PA

---

[21] May 2019 Occupational Employment Statistics.  Bureau of Labor Statistics, https://www.bls.gov/oes/home.htm
[22] The New York-Newark-Jersey City, NY-NJ-PA Metropolitan Statistical Area (MSA) includes nine counties in New York (Kings, Queens, New York, Bronx, Richmond, Westchester, Rockland, Suffolk and Nassau), thirteen counties in New Jersey (Bergen, Hudson, Passaic, Putnam, Middlesex, Monmouth, Ocean, Somerset, Essex, Union, Morris, Sussex and Hunterdon) and one county in Pennsylvania (Pike).
[23] The New York-Newark-Jersey City, NY-NJ-PA was selected as it is Ms. Fischman's local labor market.  A more expansive labor market analysis would yield a greater number of employment opportunities than those presented in this analysis.
[24] *Employment and Earnings Online*.  Bureau of Labor Statistics.
https://www.bls.gov/opub/ee/2014/cps/tablea36_201412.pdf
https://www.bls.gov/opub/ee/2014/cps/tablea37_201412.pdf
[25] All listings from Mitsubishi were eliminated from potential employment opportunities

Table C below shows a summary of the potential employment opportunities by quarter and year:

| Table C: Job Posting Summary | | | | | |
|---|---|---|---|---|---|
| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Total |
| 2017 | 371 | 426 | 405 | 378 | 1,580 |
| 2018 | 448 | 514 | 553 | 455 | 1,970 |
| 2019 | 495 | 628 | 560 | 537 | 2,220 |
| 2020 | 584 | 55 | N/A | N/A | 639 |
| | | | | Total | 6,409 |

Following the initial search for employment opportunities, additional search parameters were added to refine the pool of potential opportunities. Position listings were scanned for text strings to eliminate employment opportunities for which Ms. Fischman may not be qualified, such as positions requiring specialized skill, training or experience in litigation, finance, pharmaceuticals, real estate, and positions requiring extensive travel.

After scanning the 6,409 for the text string "LITIGATION", 2,408 listings were eliminated, leaving 4,001 listings. After scanning the remaining 4,001 listings for the text string "FINANC[26]", 1,799 more listings were eliminated, leaving 2,200 listings. After scanning the remaining 2,200 listings for the text string "FUND", 291 additional listings were eliminated, leaving 1,909 listings. Additional scans were conducted on text strings "EQUITY", "INVEST[27]", "BANK", "TRANSACTION[28]", "PHARMA[29]", and "REAL ESTATE". The remaining listings were reviewed for positions requiring specialized experience, international relocation, or extensive travel, and then duplicate listings were removed. Table D shows the remaining number of potential employment opportunities following the addition of each search criteria:

| Table D: Fischman Total Listings Filtered by Parameters | |
|---|---|
| Search Parameter | Total |
| Total Pool | 6,409 |
| LITIGATION | 4,001 |
| FINANC | 2,200 |
| FUND | 1,909 |
| EQUITY | 1,823 |
| INVEST | 1,509 |
| BANK | 1,450 |
| TRANSACTION | 838 |
| PHARMA | 769 |
| REAL ESTATE | 715 |
| Miscellaneous | 632 |
| Duplicate Removal | 551 |

[26] Text string encompasses "finance" and "financial"
[27] Text string encompasses "invest" and "investment"
[28] Text string encompasses "transaction", "transactions" and "transactional"
[29] Text string encompasses "pharma" and "pharmaceutical"

A graphical representation of the filter is shown below:



Table E below shows a summary of the refined potential employment opportunities[30] by quarter and year:

| Table E:  Refined Job Posting Summary | | | | | |
|---|---|---|---|---|---|
| Year | 1st Quarter | 2nd Quarter | 3rd Quarter | 4th Quarter | Total |
| 2017 | 16 | 17 | 20 | 24 | 77 |
| 2018 | 25 | 27 | 29 | 39 | 120 |
| 2019 | 50 | 79 | 76 | 63 | 268 |
| 2020 | 78 | 8 | N/A | N/A | 86 |
| | | | | Total | 551 |

# VII.  ANALYSIS

As discussed in Section III, Ms. Fischman had a total of 106 job search activities between January 30, 2017 and May 6, 2018, approximately 1.61 job search activities per week. Assuming an ongoing search from January 30, 2017 to the current date, Ms. Fischman averaged 0.54 job search activities per week.  Ms. Fischman's documented job search activities predominately consisted of online employment applications.  As discussed in Section IV, in order to maintain eligibility for receipt of unemployment benefits in New York, the recipient must—at a minimum—conduct three job search activities per week.  Had Ms. Fischman met this minimum standard since her separation, she would have conducted a minimum of 594 job search activities since the separation.  Her documented activities are approximately 21% of the minimum standard.  As shown in Tables C and E, 6,409 broadly classified potential employment opportunities, and 551 refined potential employment opportunities, existed between February 2017 and April 2020.

Based on Ms. Fischman's documented job search activities compared to a minimum standard of job search activities, and the continuing availability of numerous General Counsel and Corporate Counsel opportunities, Ms. Fischman has not made a reasonable effort to find comparable employment subsequent to her separation from Mitsubishi.  Therefore, Ms. Fischman did not put forth a reasonable effort to mitigate her losses following this separation.

As shown in Table B, the median duration of unemployment for categories applicable to Ms. Fischman ranged from 9.6 to 17.0 weeks in January 2017, while the mean duration ranged from 23.7 to 36.6 weeks.  Further, the percentage of workers with duration of unemployment less than 27 weeks ranged from 60.8% to 67.7% in January 2017.  In our opinion, had Ms. Fischman conducted a reasonable job search subsequent to her separation from Mitsubishi, she should have found full-time employment within a period ranging from six to at most nine months.

Last, Ms. Fischman alleges that Mitsubishi "willfully refused to provide…positive employment references" on her behalf, and also alleges that this "effectively destroy[ed] her legal career.[31]  It is our understanding that this cause of action was dismissed.[32]  Furthermore, it is our

---

[30] A listing of the refined opportunities is attached to this report as Attachment 2
[31] Complaint, #143
[32] Answer, #143

understanding that the filing of the present lawsuit is a public record. According to Ms. Fischman's resume, she has been a licensed attorney since 1996, and has worked for five employers subsequent to becoming a licensed attorney. Should Ms. Fischman prevail on her claim of wrongful termination, there would be no reason to suggest an ongoing or permanent loss of earnings or earning capacity, or an inability to function as an attorney in the labor market.

## VIII. SUMMARY

As discussed above, based on our review of Ms. Fischman's documented job search efforts subsequent to her separation from Mitsubishi, the potential job opportunities available at the time and at present, and the relevant labor market data related to the mean and median duration of unemployment, Ms. Fischman did not conduct a reasonable or diligent job search and thus did not put forth a reasonable effort to mitigate her losses following the separation from employment with Mitsubishi. Please do not hesitate to contact us if you have further questions.

All relevant documents as required by F.R.C.P. 26(a)(2)(B) are attached hereto as Appendix A.

Sincerely,

The Center for Forensic Economic Studies

Chad L. Staller, JD, MBA, MAC, CVA

Stephen M. Dripps, M.Fin., CVA

Attachment 1

| Date | Employer/Agency | Position | Result |
|------|-----------------|----------|--------|
| 1/30/2017 | Bliss Lawyers | Contracts Attorney (Temporary) | Discussion |
| 2/1/2017 | LauncherOne, LLC | General Counsel | Applied |
| 2/8/2017 | Sidewalk Labs | Not Specified | Phone Interview |
| 2/10/2017 | AMEX | Corporate/Project Attorney | Cancelled Interview |
| 2/13/2017 | New York Times | Counsel - New York Times Legal Department | Applied |
| 2/13/2017 | Facebook | Associate General Counsel, Commercial Transactions | Applied |
| 2/13/2017 | Not Specified | VP, General Counsel & Director of Business Risk Mitigation | Applied |
| 2/13/2017 | Elysium Health | Not Specified | Applied |
| 2/13/2017 | Undertone | Senior Corporate Counsel | Applied |
| 2/13/2017 | Infosys | Assistant General Counsel | Applied |
| 2/15/2017 | JURISolutions | Temporary Corporate Transactional Attorney | Applied |
| 2/27/2017 | Mastercard | Senior Counsel, US Market Development | Applied |
| 2/27/2017 | Elyce Stuart Abraham | Not Specified | Conversation |
| 2/28/2017 | DEKRA | General Counsel | Applied |
| 2/28/2017 | Gallo | Transactional Assistant General Counsel | Applied |
| 2/28/2017 | Linium | Corporate Counsel/Head of Legal | Applied |
| 2/28/2017 | Harvard Maintenance, Inc. | Associate General Counsel | Applied |
| 3/1/2017 | Schneider Electric | Assistant General Counsel/Associate General Counsel - Corporate | Applied |
| 3/1/2017 | Booz Allen | Associate General Counsel | Applied |
| 3/3/2017 | Firm Advice, Inc. | General Counsel | Applied |
| 3/4/2017 | Barclays | AVP- Legal- Operations, Technology & Commercial | Applied |
| 3/4/2017 | Kargo | Associate Corporate Counsel | Applied |
| 3/8/2017 | Not Specified | General Counsel | Applied |
| 3/13/2017 | Pandora Jewelry | Associate General Counsel | Discussion |
| 3/14/2017 | PricewaterhouseCoopers | Office of General Counsel Corporate/Transactional Attorney | Applied |
| 3/23/2017 | DigitalOcean | General Counsel | Applied |
| 3/23/2017 | Marina Sirras & Associates | General Counsel | Applied |
| 4/5/2017 | CBRE | Senior Counsel | Interview |
| 4/7/2017 | Sabra Dipping Company LLC | Corporate Counsel | Applied |
| 4/18/2017 | Chromalloy | Not Specified | Applied |
| 4/18/2017 | Mastercard | Senior Counsel, Enterprise Partnerships | Applied |
| 5/2/2017 | White & Case LLP | Chief Litigation Counsel | Referral |
| 5/6/2017 | PepsiCo | Legal Senior Director | Applied |
| 5/18/2017 | The PeterSan Group | General Counsel | Applied |
| 5/18/2017 | Tory Burch | Not Specified | Applied |
| 5/22/2017 | Alvarez & Marsal | Not Specified | Applied |
| 5/23/2017 | PepsiCo | Senior Counsel, Office of the General Counsel | Rejection Letter |
| 5/31/2017 | The PeterSan Group | Corporate Counsel | Applied |
| 5/31/2017 | Alvarez & Marsal | Not Specified | Applied |
| 6/5/2017 | Travelzoo | Not Specified | Applied |
| 6/5/2017 | Heineken USA | Assistant General Counsel | Applied |
| 6/5/2017 | Wellstat Management Company | General Counsel | Applied |
| 6/5/2017 | ContourGlobal | Senior Compliance & Litigation Counsel | Applied |
| 7/28/2017 | AMEX | Associate Counsel/Legal Manager | Applied |
| 7/28/2017 | Snowflake | Senior Corporate Counsel/ Director, Legal | Applied |
| 8/7/2017 | Teads.tv | Senior Commercial Counsel | Applied |
| 8/7/2017 | Ferrero | Assistant General Counsel | Applied |
| 8/22/2017 | Re:Sources | Senior Counsel | Applied |
| 8/22/2017 | IAC Applications | Senior Corporate Counsel | Applied |
| 8/23/2017 | Sugar Hill Capital Partners | Director of Legal Affairs | Applied |
| 8/23/2017 | Return Path | Associate Legal Counsel | Applied |
| 8/25/2017 | DB US Holding Corporation | Assistant General Counsel | Applied |
| 9/1/2017 | Russell Tobin & Associates | Director of Legal | Applied |
| 9/1/2017 | BCG Attorney Search | Senior Corporate Attorney | Applied |
| 9/1/2017 | New York State | General Counsel | Applied |
| 9/6/2017 | Dataiku | Associate Corporate Counsel | Applied |
| 9/6/2017 | PepsiCo | Legal Senior Director | Applied |
| 9/6/2017 | Samsung Electronics | Litigation Counsel | Applied |
| 9/12/2017 | Integra Partners | Corporate Counsel | Applied |
| 9/20/2017 | Not Specified | East Coast Senior Counsel | Applied |
| 9/21/2017 | Artivest | Corporate Counsel | Applied |
| 9/21/2017 | Mestel & Company | Staff Counsel | Applied |
| 9/21/2017 | Re:Sources | Counsel | Applied |
| 9/28/2017 | J. Crew | Corporate Counsel | Applied |
| 9/28/2017 | The PeterSan Group | Assistant Attorney General/Contracts Attorney | Applied |

| Date | Employer/Agency | Position | Result |
|---|---|---|---|
| 9/28/2017 | Bank Leumi USA | Associate General Counsel | Applied |
| 9/29/2017 | Solutus Legal Search | Senior Counsel | Applied |
| 10/28/2017 | Pandion Research | Senior Legal Counsel - USA | Applied |
| 10/28/2017 | Ashford.com | Associate General Counsel, Compliance Officer | Applied |
| 10/28/2017 | Mestel & Company | General Counsel | Applied |
| 10/28/2017 | Havas Media | Director Business Affairs | Applied |
| 10/28/2017 | AMC Networks | Manager - Business & Legal Affairs | Applied |
| 10/28/2017 | PeopleVault, Inc. | Associate General Counsel | Applied |
| 10/28/2017 | Madison-Davis, LLC | General Counsel-Fintech Company | Applied |
| 11/13/2017 | The PeterSan Group | General Counsel-Wine & Spirits Distributor | Applied |
| 11/13/2017 | ITV America | Legal Counsel | Applied |
| 11/13/2017 | Relevent Sports | Legal Counsel | Applied |
| 11/16/2017 | The PeterSan Group | Vice President, Deputy General Counsel | Applied |
| 11/16/2017 | Ferrero | Associate General Counsel | Applied |
| 11/17/2017 | Oerlikon | Legal Counsel | Conversation |
| 12/1/2017 | Valeant | Legal Affairs Director | Conversation |
| 12/4/2017 | Whistler Partners | Associate General Counsel: In-House Media Counsel | Applied |
| 12/4/2017 | Authentic Brands Group | SVP & Associate General Counsel | Applied |
| 12/5/2017 | Stepen | VP Ethics & Compliance | Contacted by Recruiter |
| 12/12/2017 | Whistler Partners | Associate General Counsel: In-House Hybrid Legal/Business | Applied |
| 12/15/2017 | Russell Tobin & Associates | Interim General Counsel {Part-Time) | Applied |
| 12/15/2017 | Ultra Records | Director of Business and Legal Affairs | Applied |
| 1/4/2018 | Regeneron | Associate Director, Dispute Resolution, Litigation Attorney | Applied |
| 1/4/2018 | Turner Construction Company | HQ - Litigation Affairs Counsel | Applied |
| 1/4/2018 | Pearson | Senior Vice President, General Counsel | Applied |
| 1/4/2018 | Greater New York Insurance Companies | Assistant General Counsel | Applied |
| 1/5/2018 | The Engine Group | Associate Legal Counsel & SVP | Applied |
| 1/18/2018 | The PeterSan Group | Associate General Counsel | Applied |
| 1/19/2018 | littleBits | Head of Legal | Rejection Letter |
| 1/27/2018 | Whistler Partners | Attorney - General Counsel | Applied |
| 3/25/2018 | ReneSola Ltd. | General Counsel | Applied |
| 3/25/2018 | The Atlantic Group | General Counsel | Applied |
| 4/2/2018 | Whistler Partners | Assistant General Counsel | Applied |
| 4/2/2018 | Pilotworks | General Counsel | Applied |
| 4/2/2018 | TerraForm Power | Senior Legal Counsel | Applied |
| 4/2/2018 | Samsung Electronics | General Counsel | Applied |
| 4/2/2018 | Stellar Management | General Counsel | Applied |
| 5/1/2018 | Jet | Not Specified | Rejection Letter |
| 5/2/2018 | Plated | Not Specified | Rejection Letter |
| 5/3/2018 | CLEAR | Deputy General Counsel | Rejection Letter |
| 5/6/2018 | Dashlane | Not Specified | Rejection Letter |
| 1/30/2017 | Bliss Lawyers | Corporate Transactions Attorney (Temporary) | Discussion |
| 2/22/2017 | Not Specified | VP, General Counsel & Director of Business Risk Mitigation | Applied |
| 3/1/2017 | Facebook | Associate General Counsel, Commercial Transactions | Applied |
| 4/3/2017 | DigitalOcean | General Counsel | Applied |
| 12/15/2017 | Pandion Research | Senior Legal Counsel - USA | Applied |
| 1/27/2018 | Authentic Brands Group | SVP & Associate General Counsel | Applied |
| 5/1/2018 | ReneSola Ltd. | General Counsel | Applied |

Attachment 2

# Job Postings for

## Selected Ads
## 23-1011 Lawyers
## 11-1011 Chief Executives

## in  New York-Newark-Jersey City MSA, NY-NJ

## February 1, 2017 to April 6, 2020

## By Occupation and Date

Occupation: 11-1011 Chief Executives

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 8/25/2017 | Senior Vice President Chief Privacy Counsel | Viacom International Services | New York | New York | The Advocate | 71417 |
| 7/5/2018 | Vice President Corporate Counsel | Prudential Insurance Company | Newark | Essex | JobVertise | 42463 |
| 7/16/2018 | AVP Vice President Law | L Oral Group | New York | New York | JobVertise | 45017 |
| 10/29/2018 | Vice President Chief Legal Officer PGIM | PGIM | Newark | Essex | JobVertise | 38278 |
| 12/13/2018 | Vice President Chief Legal Officer | Prudential | Newark | Essex | The Job Network | 36827 |
| 4/24/2019 | Vice President Business Legal Affairs | NBCU | New York | New York | JobVertise | 2365 |
| 6/7/2019 | Vice President Legal Affairs NBC Entertainment | NBC Universal | New York | New York | NBC Universal; US Jobs; GoInHouse | 4423 |
| 7/1/2019 | Vice President Business Legal Affairs | NBCU | New York | New York | JobVertise | 16634 |
| 7/2/2019 | Vice President Business Legal Affairs | Roc Nation | New York | New York | JobVertise | 21177 |
| 1/21/2020 | Vice President Legal | Thrasio | New York | New York | TheLadders.com | 77599 |
| 3/9/2020 | Vice President Legal | Transtar Industries, Inc. | New York | New York | TheLadders.com | 74928 |

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 1/5/2017 | Singapore Corporate Counsel APAC | Medidata Solutions | New York | New York | Jobing | 63963 |
| 1/12/2017 | General Counsel | Bronx Neighborhood Stabilization Program | Yonkers | Westchester | Jobing | 63552 |
| 1/13/2017 | General Counsel | New York City Construction Authority | New York | New York | JobTarget | 63512 |
| 1/13/2017 | Assistant Vice President Counsel Accident Health | Arch Capital Group Ltd | Jersey City | Hudson | Jobing | 63525 |
| 1/21/2017 | Senior Associate General Counsel | Unitedhealth Group | New York | New York | AbsolutelyHealthCare | 63086 |
| 1/24/2017 | Associate General Counsel | ALMACENES FLAMINGO | New York | New York | Jobing | 62986 |
| 1/25/2017 | Assistant General Counsel Product Business Innovation | The PeterSan Group | Morristown | Morris | LinkedIn | 62807 |
| 1/27/2017 | Associate General Counsel | Fidelis Care Group | New York | New York | LinkedIn; Jobing | 62734 |
| 2/8/2017 | Assistant General Counsel | Poster Not Listed | New York | New York | US.jobs | 62112 |
| 2/9/2017 | Senior Associate General Counsel | Unitedhealth Group | Iselin | Middlesex | TAOnline; LocalJobNetwork; AbsolutelyHealthCare; Employment Guide; Recruit.net | 62058 |
| 2/17/2017 | Corporate Counsel | Cognizant Technology Solutions | Teaneck | Bergen | LocalJobNetwork; Jobing; TweetMyJobs | 69222 |
| 2/19/2017 | Corporate Counsel | Medidata Solutions | New York | New York | US.jobs; Jobing | 61616 |
| 3/10/2017 | Vice President Corporate Counsel Chief Legal Officer PAD | Prudential | Newark | Essex | Prudential | 60495 |
| 3/16/2017 | Advertising Assistant General Counsel | Page Group New York | New York | New York | Monster | 69030 |
| 3/21/2017 | SVP Distribution Legal | Lucas Group | New York | New York | Association of Corporate Counsel; CareerBuilder; Lucas Associates Inc | 59921 |
| 3/27/2017 | Svp Counsel | The Page Group, Inc. | New York | New York | Monster | 59593 |
| 4/3/2017 | Head Legal Affairs Business Strategy SVP Astronaut | Poster Not Listed | New York | New York | US.jobs | 68806 |
| 4/18/2017 | Senior Corporate Counsel | LF USA | New York | New York | Lf USA Inc. | 68039 |
| 4/19/2017 | Corporate Counsel | Poster Not Listed | New York | New York | US.jobs | 67984 |
| 4/19/2017 | Senior Corporate Counsel | Assigned Counsel, Inc. | Jersey City | Hudson | lawjobs | 68016 |
| 4/26/2017 | Associate General Counsel | Blue Cross and Blue Shield Association | Newark | Essex | JobNetwork; LocalJobNetwork; US.jobs | 74577 |

Occupation:   23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 5/2/2017 | Associate General Counsel | Poster Not Listed | Newark | Essex | US.jobs | 67338 |
| 5/7/2017 | General Counsel | FORTA Corporation | New York | New York | AngelList | 67067 |
| 5/7/2017 | Office Senior General Counsel | Pepsi | Purchase | Westchester | JobNetwork | 67074 |
| 5/11/2017 | Assistant General Counsel Privacy | AOL | New York | New York | AOL, Inc.; Recruit.net | 66860 |
| 5/12/2017 | SVP Distribution Legal | Lucas Group | New York | New York | Lucas Associates Inc | 66731 |
| 5/12/2017 | Assistant Corporate Counsel | Poster Not Listed | Lakewood | Ocean | LinkedIn; CareerBuilder | 66792 |
| 5/20/2017 | Corporate Counsel | WeWork | New York | New York | JobNetwork; WeWork | 66307 |
| 5/25/2017 | Office General Counsel Attorney | Fragomen, Del Rey, Bernsen & Loewy, LLP | Matawan | Monmouth | JobNetwork | 74307 |
| 5/31/2017 | Assistant General Counsel | The PeterSan Group | Morristown | Morris | LinkedIn | 65862 |
| 6/2/2017 | Vice President Product Counsel GRS | Execunet | Florham Park | Morris | Retirement Jobs; CareerBuilder | 65717 |
| 6/9/2017 | Assistant General Counsel | Poster Not Listed | New York | New York | craigslist | 65330 |
| 6/14/2017 | Assistant General Counsel | Mestel & Company | New York | New York | LinkedIn | 65101 |
| 7/12/2017 | Corporate Counsel | Poster Not Listed | New York | New York | JobVertise | 73662 |
| 7/14/2017 | Assistant General Counsel | Department Of Consumer Affairs | New York | New York | GoInHouse | 73490 |
| 7/26/2017 | Corporate Counsel | MetLife, Inc. | New York | New York | JobNetwork; US.jobs; Metlife, Inc. | 72885 |
| 8/15/2017 | Assistant General Counsel Enterprise Technology Commercial | The Fox Corporation | New York | New York | FOX Broadcasting Company | 71890 |
| 8/18/2017 | Senior Deputy General Counsel | Santander | New York | New York | US.jobs; Recruit.net; TweetMyJobs; Monster | 71732 |
| 8/18/2017 | Assistant General Counsel | Verizon | Basking Ridge | Somerset | AdvertisingCrossing | 79308 |
| 8/23/2017 | Assistant General Counsel | The Andrew W. Mellon Foundation | New York | New York | GoInHouse | 71544 |
| 8/27/2017 | Senior Corporate Counsel | Risk Management Solutions | Hoboken | Hudson | JobNetwork; Risk Management Solutions, Inc.; US.jobs; GoInHouse; Compliance Jobs; Recruit.net | 71368 |
| 8/27/2017 | Corporate Counsel | MetTel | Holmdel | Monmouth | GoInHouse | 71371 |
| 8/29/2017 | General Counsel | Poster Not Listed | New York | New York | Elance | 71290 |

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 8/29/2017 | Corporate Counsel Government Sal | Cognizant Technology Solutions | Teaneck | Bergen | JobNetwork | 77762 |
| 9/6/2017 | Associate General Counsel | Poster Not Listed | Ridgewood | Queens | craigslist | 70968 |
| 9/7/2017 | Associate General Counsel Head Law | Poster Not Listed | New York | New York | US.jobs | 70874 |
| 9/7/2017 | Corporate Counsel Government | RPN Executive Search | Teaneck | Bergen | Association of Corporate Counsel | 70903 |
| 9/9/2017 | Senior Corporate Counsel | Poster Not Listed | New York | New York | The Advocate; The Job Network | 79113 |
| 9/15/2017 | Vice President Corporate Counsel | Prudential | Newark | Essex | DiversityInc; GoInHouse; Prudential | 70407 |
| 9/17/2017 | Corporate Counsel | Launchmetrics | New York | New York | GoInHouse | 70336 |
| 9/23/2017 | Deputy General Counsel | Integra LifeSciences | Plainsboro | Middlesex | JobNetwork; US.jobs; Recruit.net; Integra LifeSciences | 78959 |
| 9/25/2017 | Associate General Counsel | AppNexus | New York | New York | JobNetwork; VentureLoop; Graduateland | 69932 |
| 10/1/2017 | Corporate Counsel | MetLife, Inc. | New York | New York | JobNetwork; US.jobs; GoInHouse; Nexxt, inc.; Geebo | 58296 |
| 10/4/2017 | Corporate Counsel Commercial | RPN Executive Search | Teaneck | Bergen | Association of Corporate Counsel | 58672 |
| 10/11/2017 | Vice President M&A Attorney | suddenlink | Bethpage | Nassau | Suddenlink Communications | 58388 |
| 10/15/2017 | Assistant General Counsel | NYC Mayor's Office of Contract Services | New York | New York | GoInHouse | 59187 |
| 10/17/2017 | Associate General Counsel | Spirent Communications | Holmdel | Monmouth | Spirent Communications Plc | 58107 |
| 10/19/2017 | Assistant General Counsel Labor | Parker and Lynch | New York | New York | DataFrenzy; Parker and Lynch | 58013 |
| 10/26/2017 | Assistant General Counsel | Poster Not Listed | New York | New York | US.jobs | 57667 |
| 10/30/2017 | Senior Associate General Counsel Director Regulatory Affairs Alba | Unitedhealth Group | New York | New York | JobNetwork | 57510 |
| 11/1/2017 | Corporate Counsel Government | RPN Executive Search | Teaneck | Bergen | Association of Corporate Counsel | 57432 |
| 11/2/2017 | Assistant General Counsel | Poster Not Listed | New York | New York | US.jobs | 57386 |
| 11/13/2017 | ASSOCIATE General Counsel House Based International | The Bachrach Group | New York | New York | Retirement Jobs; CareerBuilder | 56254 |
| 11/15/2017 | Director Legal Business Affairs Advertising Technician Product Counsel Compliance | Roku | New York | New York | JobNetwork; Association of Corporate Counsel; VentureLoop | 56581 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 11/17/2017 | Senior Associate Legal General Counsel | Anthem, Inc. | Iselin | Middlesex | US.jobs | 56447 |
| 11/19/2017 | Corporate Counsel | OSCARS | New York | New York | VentureLoop; GoInHouse | 56358 |
| 11/21/2017 | Director Regulatory Affairs Senior Associate General Counsel | Unitedhealth Group | New York | New York | Health Career Center; The National Healthcare Career Network; CareerBuilder; GoInHouse; AbsolutelyHealthCare | 56195 |
| 11/21/2017 | Corporate Counsel Cloud Computing Data | Oracle | Bridgewater | Somerset | JobNetwork; US.jobs; Nexxt, inc.; Geebo; The Job Network | 56204 |
| 11/26/2017 | ASSOCIATE General Counsel House Based International | Poster Not Listed | New York | New York | Craigslist | 56044 |
| 12/3/2017 | Associate General Counsel | NYC HRA/Department of Social Services | New York | New York | GoInHouse | 55632 |
| 12/6/2017 | Corporate Counsel | SeatGeek | New York | New York | VentureLoop; Truejob.com | 55485 |
| 12/10/2017 | Vice President Corporate Counsel Annuities | Poster Not Listed | Newark | Essex | US.jobs | 55232 |
| 12/10/2017 | Senior Corporate Counsel | WELLCARE | Newark | Essex | The Job Network | 58937 |
| 12/12/2017 | Vice President Corporate Counsel Annuities | Prudential | Newark | Essex | DiversityInc; Prudential | 55129 |
| 12/29/2017 | Associate General Counsel Product Regulatory Attorney | Major, Lindsey & Africa | New York | New York | Major, Lindsey & Africa | 54316 |
| 12/30/2017 | Generalist Contracting Attorney Office General Counsel | Barnabas Health | West Orange | Essex | The National Healthcare Career Network; Geebo | 54303 |
| 1/1/2018 | Corporate Counsel | SeatGeek | New York | New York | GoInHouse | 54242 |
| 1/6/2018 | Lead Senior Corporate Counsel | WELLCARE | Newark | Essex | The Job Network | 53976 |
| 1/6/2018 | Office General Counsel General Counseling Attorney | PricewaterhouseCoopers | New York | New York | AllCountyJobs.com; The Job Network; Geebo | 54017 |
| 1/9/2018 | Corporate Counsel Infrastructure | Poster Not Listed | Teaneck | Bergen | US.jobs | 53838 |
| 1/9/2018 | Assistant General Counsel Consumer Beauty | COTY US LLC | New York | New York | Coty US LLC | 53840 |
| 1/12/2018 | Corporate Counsel | Poster Not Listed | New York | New York | US.jobs | 53556 |
| 1/15/2018 | Corporate Counsel | Newsday | Melville | Suffolk | GoInHouse | 53455 |
| 1/17/2018 | Assistant General Counsel | Coty Inc. | New York | New York | GoInHouse | 53362 |

Occupation:   23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 1/24/2018 | Assistant General Counsel Commercial | 21st Century Fox | New York | New York | Truejob.com; GoInHouse | 53103 |
| 1/26/2018 | Vice President Counsel | Outfront Media | New York | New York | JobNetwork; GoInHouse | 50149 |
| 1/27/2018 | Corporate Counsel | Advantage America NY Regional Center, LLC | New York | New York | The Job Network | 52988 |
| 1/28/2018 | Assistant General Counsel Commercial | News America Marketing | New York | New York | GoInHouse; Geebo | 52980 |
| 1/29/2018 | Assistant General Counsel Consumer Beauty | Coty Inc. | New York | New York | US.jobs; GoInHouse; Nexxt, inc.; Recruit.net; Geebo | 52870 |
| 1/30/2018 | Title Associate General Counsel | Verizon | Basking Ridge | Somerset | Recruit.net | 52857 |
| 2/5/2018 | Corporate Counsel | Getty Images | New York | New York | JobNetwork; themuse | 49793 |
| 2/6/2018 | Senior Corporate Counsel | Poster Not Listed | New York | New York | JobVertise | 49779 |
| 2/7/2018 | Associate General Counsel | Poster Not Listed | New York | New York | US.jobs | 52498 |
| 2/9/2018 | Deputy General Counsel | Poster Not Listed | New York | New York | JobVertise | 49665 |
| 2/9/2018 | Director Legal Business Affairs Advertising Technician Product Counsel Compliance | Roku | New York | New York | JobNetwork; GoInHouse | 52371 |
| 2/11/2018 | Corporate Counsel Commercial | Poster Not Listed | Teaneck | Bergen | US.jobs | 49621 |
| 2/18/2018 | Assistant General Counsel | NYC ADMIN TRIALS AND HEARINGS | New York | New York | GoInHouse | 52026 |
| 2/22/2018 | Associate General Counsel | bliss lawyers | New York | New York | ZipRecruiter; Association of Corporate Counsel; GoInHouse; Internships; The Job Network | 49358 |
| 3/16/2018 | Vice President Corporate Counsel Annuities | Prudential | Newark | Essex | Recruit.net; Geebo | 48493 |
| 3/27/2018 | Associate General Counsel | Blue Cross and Blue Shield Association | Newark | Essex | JobNetwork; US.jobs | 50768 |
| 3/29/2018 | Assistant General Counsel Intellectual Property | bliss lawyers | New York | New York | ZipRecruiter; Internships; The Job Network | 47909 |
| 4/2/2018 | Corporate Counsel | SeatGeek | New York | New York | Truejob.com; GoInHouse | 25613 |
| 4/8/2018 | Associate General Counsel | Chobani | New York | New York | Association of Corporate Counsel; GoInHouse | 25276 |
| 4/10/2018 | Assistant General Counsel | Parker and Lynch | Parsippany | Morris | CareerBuilder; Parker and Lynch | 25180 |
| 4/11/2018 | Vice President Counsel | Outfront Media | New York | New York | GoInHouse; Compliance Jobs | 25121 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 4/15/2018 | Associate General Counsel Law | Hudson River Trading | New York | New York | GoInHouse; themuse | 24938 |
| 4/15/2018 | Director Legal Business Affairs Privacy Product Counsel Compliance | Roku | New York | New York | JobNetwork | 28291 |
| 4/15/2018 | Senior Corporate Counsel | Vimeo | New York | New York | Geebo | 28311 |
| 4/18/2018 | Assistant General Counsel Consumer Beauty | Coty Inc. | New York | New York | GoInHouse | 28215 |
| 4/20/2018 | Associate General Counsel | Poster Not Listed | Newark | Essex | US.jobs | 24596 |
| 4/29/2018 | Assistant General Counsel | NYC Department of Citywide Administrative Services | New York | New York | GoInHouse | 24096 |
| 4/29/2018 | Vice President Business Legal Affairs | VICE MEDIA INC | New York | New York | themuse | 27894 |
| 4/30/2018 | Corporate Counsel | Robert Half International | New York | New York | CareerArc; US.jobs; Nexxt, Inc; TweetMyJobs | 24089 |
| 5/3/2018 | Assistant General Counsel | The Andrew W. Mellon Foundation | New York | New York | GoInHouse | 23866 |
| 5/16/2018 | Vice President Assistant General Counsel | Allied World Assurance | New York | New York | Allied World Assurance Company | 23314 |
| 5/16/2018 | Vice President Assistant General Counsel | Poster Not Listed | New York | New York | US.jobs | 27511 |
| 5/28/2018 | Vice President Business Legal Affairs | Execunet | New York | New York | Retirement Jobs; CareerBuilder | 27286 |
| 5/29/2018 | Assistant General Counsel | Vera Institute of Justice, Inc. | New York | New York | Vera Institute of Justice; Idealist | 27235 |
| 5/31/2018 | Associate General Counsel Privacy General Counsel | The Nielsen Company | New York | New York | The Nielsen Company; Hispanic Alliance for Career Enhancement; JobVertise | 27164 |
| 6/5/2018 | General Counsel | CultureIQ | New York | New York | Truejob.com; GoInHouse | 22625 |
| 6/6/2018 | Corporate Counsel | MetLife, Inc. | New York | New York | JobNetwork; US.jobs; CareerBuilder; JobVertise; GoInHouse; Metlife, Inc.; Nexxt, Inc; Geebo | 22574 |
| 6/9/2018 | Corporate Counsel Privacy | Poster Not Listed | New York | New York | JobVertise | 22412 |
| 6/10/2018 | Assistant General Counsel | NYC Mayor's Office of Contract Services | New York | New York | GoInHouse | 26909 |
| 6/12/2018 | Office General Counsel Data Protection Attorney | Poster Not Listed | New York | New York | JobVertise | 21265 |
| 6/13/2018 | Corporate Counsel | The Page Group, Inc. | New York | New York | Nexxt, Inc; Monster | 26842 |
| 6/15/2018 | Assistant General Counsel Privacy | Interpublic Group of Companies | New York | New York | Interpublic Group of Companies, Inc. | 22118 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 6/16/2018 | Corporate Counsel | Special Counsel | White Plains | Westchester | Special Counsel; Association of Corporate Counsel; Retirement Jobs; CareerBuilder | 22106 |
| 6/22/2018 | Corporate Counsel | Poster Not Listed | New York | New York | JobVertise | 21853 |
| 7/1/2018 | Vice President Counsel | Poster Not Listed | New York | New York | JobVertise | 46014 |
| 7/8/2018 | Corporate Counsel | KONICA MINOLTA | Ramsey | Bergen | Konica Minolta Business Solutions; Retirement Jobs; JobVertise; CareerBuilder; The Job Network; Geebo; Monster | 42408 |
| 7/19/2018 | Corporate Counsel Manager | Industrial Facility | New York | New York | ZipRecruiter; The Job Network | 44956 |
| 7/20/2018 | General Counsel City Public | Jersey City Public Schools | Jersey City | Hudson | TopSchoolJobs | 42042 |
| 7/24/2018 | Corporate Counsel Commercial Preferr | Poster Not Listed | Teaneck | Bergen | JobVertise | 44758 |
| 7/31/2018 | Corporate Counsel | ClassPass | New York | New York | VentureLoop; GoInHouse; Built in NYC | 41627 |
| 8/8/2018 | Assistant General Counsel | NYC Mayor's Office of Contract Services | New York | New York | GoInHouse | 47650 |
| 8/9/2018 | Assistant General Counsel | NYC HRA/Department of Social Services | New York | New York | GoInHouse | 47576 |
| 8/16/2018 | Associate General Counsel Privacy General Counsel | The College Board | New York | New York | Association of Corporate Counsel | 40593 |
| 8/24/2018 | Executive Director Associate General Counsel Clinical Corporate | Poster Not Listed | Plainsboro | Middlesex | JobVertise | 43740 |
| 8/27/2018 | Corporate Counsel | Poster Not Listed | New York | New York | JobVertise | 47109 |
| 8/29/2018 | Assistant General Counsel Consumer Beauty | Coty Inc. | New York | New York | ManhattanJobs.com; AfterCollege | 43677 |
| 9/4/2018 | Associate General Counsel Executive Director Privacy | The College Board | New York | New York | College Board The; GoInHouse | 43534 |
| 9/4/2018 | General Counsel | Immunomedics, Inc. | Morris Plains | Morris | US.jobs | 46969 |
| 9/5/2018 | General Counsel | University Hospitals | Newark | Essex | GoInHouse | 43530 |
| 9/5/2018 | General Counsel | United States Tennis Association | White Plains | Westchester | United States Tennis Association Inc | 46956 |
| 9/7/2018 | Associate General Counsel | NYC HRA/Department of Social Services | New York | New York | GoInHouse | 43237 |
| 9/7/2018 | Assistant General Counsel | The Andrew W. Mellon Foundation | New York | New York | GoInHouse | 46691 |
| 9/9/2018 | Associate General Counsel | Sharp Electronics | Montvale | Bergen | Hire Heroes | 46635 |

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 9/13/2018 | Program Assistant Corporate Counsel | Natural Resources Defense Council | New York | New York | GoInHouse | 46524 |
| 9/15/2018 | Associate General Counsel Privacy General Counsel | The Nielsen Company | New York | New York | Geebo | 46467 |
| 9/17/2018 | Assistant General Counsel Commercial | 21st Century Fox | New York | New York | GoInHouse | 42987 |
| 9/20/2018 | Corporate Counsel | MetLife, Inc. | New York | New York | JobNetwork; ManhattanJobs.com; US.jobs; JobVertise; CareerBuilder; GoInHouse; Geebo | 40922 |
| 9/23/2018 | Senior Corporate Counsel | MetLife, Inc. | New York | New York | JobNetwork; US.jobs; ManhattanJobs.com; JobVertise; GoInHouse | 46262 |
| 9/25/2018 | General Counsel | The Quest Organization | New York | New York | The Quest Organization | 42671 |
| 9/28/2018 | Executive Director Associate General Counsel Clinical Corporate | NOVO Nordisk | Plainsboro | Middlesex | JobNetwork; Hire Life Science; The Job Network | 40835 |
| 9/28/2018 | Deputy General Counsel | Poster Not Listed | New York | New York | JobVertise | 42594 |
| 10/1/2018 | Associate General Counsel | TuneSat LLC | New York | New York | GoInHouse | 40807 |
| 10/8/2018 | Program Assistant Corporate Counsel | Natural Resources Defense Council | New York | New York | GoInHouse; AfterCollege | 40633 |
| 10/11/2018 | Director Corporate Counsel | Poster Not Listed | Newark | Essex | US.jobs | 40520 |
| 10/12/2018 | Data Privacy Cybersecurity Lawyer Associate General Counsel | American International Group, Inc. | New York | New York | The Job Network | 38640 |
| 10/15/2018 | Associate General Counsel Executive Director Privacy | The College Board | New York | New York | The Job Network | 38637 |
| 10/18/2018 | Corporate Counsel | Poster Not Listed | New York | New York | JobVertise | 40380 |
| 10/19/2018 | Associate General Counsel | Anthem, Inc. | Iselin | Middlesex | US.jobs | 35817 |
| 10/20/2018 | Associate Legal General Counsel | NYC Mayor's Office of Contract Services | New York | New York | GoInHouse | 38510 |
| 10/28/2018 | Deputy General Counsel | Santander | New York | New York | The Job Network | 35682 |
| 11/1/2018 | Assistant General Counsel Consumer Beauty | Coty Inc. | New York | New York | JobNetwork | 38198 |
| 11/3/2018 | Legal Assistant General Counsel | NYC Mayor's Office of Contract Services | New York | New York | GoInHouse | 38144 |
| 11/4/2018 | Corporate Counsel | WorkFusion | New York | New York | The Job Network | 38137 |
| 11/5/2018 | Assistant General Counsel Consumer Beauty | COTY US LLC | New York | New York | JobNetwork | 40054 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 11/7/2018 | Associate General Counsel | NYC HRA/Department of Social Services | New York | New York | GoInHouse | 38046 |
| 11/8/2018 | AVP Product Development Attorney | Arch | New York | New York | GoInHouse | 37990 |
| 11/9/2018 | Deputy General Counsel | Poster Not Listed | New York | New York | JobVertise | 37031 |
| 11/9/2018 | Director Corporate Counsel | Poster Not Listed | Newark | Essex | JobVertise | 39945 |
| 11/10/2018 | Executive Director Associate General Counsel Clinical Corporate | Poster Not Listed | Plainsboro | Middlesex | JobVertise | 35466 |
| 11/12/2018 | Assistant General Counsel | NYC Taxi and Limousine Commission (TLC) | New York | New York | GoInHouse | 39919 |
| 11/15/2018 | Assistant General Counsel Insurance | Aon | New York | New York | US.jobs; GoInHouse; AON Corporation | 35383 |
| 11/16/2018 | Corporate Counsel Manager | Industrial Facility | New York | New York | ZipRecruiter; North Jersey Jobs; The Job Network | 39868 |
| 11/19/2018 | Corporate Counsel | OSCARS | New York | New York | VentureLoop; GoInHouse; Built in NYC | 39821 |
| 11/20/2018 | Corporate Counsel | MetLife, Inc. | New York | New York | US.jobs; GoInHouse; The Job Network | 35329 |
| 11/20/2018 | Senior Corporate Counsel | MetLife, Inc. | New York | New York | The Job Network | 39801 |
| 11/22/2018 | Associate General Counsel | Anthem, Inc. | New York | New York | GoInHouse; The Job Network | 37531 |
| 11/26/2018 | Assistant General Counsel | Capgemini | New York | New York | JobNetwork; GoInHouse | 39748 |
| 11/30/2018 | Avp Senior Legal Counsel | Poster Not Listed | New York | New York | JobVertise | 37355 |
| 12/2/2018 | Corporate Counsel | Poster Not Listed | New York | New York | JobVertise | 37304 |
| 12/4/2018 | AVP Associate General Counsel American Legal Compliance | Allied World Assurance | New York | New York | Allied World Assurance Company | 35209 |
| 12/5/2018 | Associate General Counsel | Sharp Electronics | Montvale | Bergen | Hire Heroes | 35206 |
| 12/5/2018 | Avp Senior Legal Counsel | AT&T | New York | New York | AT&T; CareerArc; US.jobs; GoInHouse; Black Enterprise | 37173 |
| 12/7/2018 | Assistant General Counsel | NYC HRA/Department of Social Services | New York | New York | GoInHouse | 37063 |
| 12/7/2018 | General Counsel | Novogradac & Company LLP | New York | New York | Novogradac & Company LLP | 37102 |
| 12/16/2018 | Assistant General Counsel | NYC ADMIN TRIALS AND HEARINGS | New York | New York | GoInHouse | 39401 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 12/17/2018 | Corporate Counsel | Compass | New York | New York | themuse | 39386 |
| 12/18/2018 | Corporate Counsel | Delo | New York | New York | Association of Corporate Counsel; GoInHouse | 36661 |
| 12/20/2018 | General Counsel | Covera Health | New York | New York | GoInHouse | 39330 |
| 1/1/2019 | Avp Senior Legal Counsel | AT&T | New York | New York | Geebo | 9851 |
| 1/1/2019 | Corporate Counsel | Oscar Insurance | New York | New York | TheLadders.com; Geebo | 13275 |
| 1/4/2019 | Associate General Counsel Business CommercialLeasing General CounselParalegal ASenior M&A Assistant | Compass | New York | New York | Built in NYC | 13184 |
| 1/6/2019 | Associate General Counsel | NYC HRA/Department of Social Services | New York | New York | GoInHouse | 9713 |
| 1/7/2019 | AVP Product Development Attorney | Arch | Jersey City | Hudson | GoInHouse | 9692 |
| 1/16/2019 | Associate General Counsel | RPN Executive Search | New York | New York | Association of Corporate Counsel | 9474 |
| 1/17/2019 | Head Legal Associate General Counsel | Travel Guard | New York | New York | Learn4Good; The Job Network | 9425 |
| 1/17/2019 | Senior Corporate Counsel | Salesforce.com | New York | New York | TheLadders.com | 12586 |
| 1/18/2019 | Corporate Counsel | BCG Attorney Search | White Plains | Westchester | Bcg Attorney Search | 12503 |
| 1/23/2019 | Senior Corporate Counsel | OHL USA | College Point | Queens | Jobing | 9266 |
| 1/25/2019 | Senior Corporate Counsel | Dextpro LLC | Edison | Middlesex | ZipRecruiter | 9244 |
| 1/25/2019 | AVP Associate General Counsel American Legal Complianc | Poster Not Listed | New York | New York | JobVertise | 17329 |
| 1/25/2019 | Senior Corporate Counsel CHC | Poster Not Listed | Bridgewater | Somerset | JobVertise | 17345 |
| 1/26/2019 | Vice President Tax Counsel | Michael Page | New York | New York | New York City Jobs Online | 9203 |
| 1/31/2019 | AVP Product Development Attorney | Arch Insurance Group | Jersey City | Hudson | TheLadders.com | 9041 |
| 2/1/2019 | Senior Associate General Counsel | Anthem, Inc. | Somerset | Somerset | US Jobs | 9003 |
| 2/3/2019 | General Counsel | Complex Networks | New York | New York | The Job Network | 8938 |
| 2/3/2019 | Associate General Counsel Head Legal C Solutions Fortitude | American International Group, Inc. | New York | New York | Broker Hunter; GoInHouse; SnagAJob; Geebo; The Job Network | 8970 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 2/6/2019 | Assistant General Counsel | Poster Not Listed | New York | New York | Craigslist | 8874 |
| 2/6/2019 | Associate General Counsel | Sharp Electronics | Montvale | Bergen | Hire Heroes | 11874 |
| 2/9/2019 | Vice President Cybersecurity Legal | Salesforce.com | New York | New York | Job Monkey | 11789 |
| 2/14/2019 | General Counsel | Poster Not Listed | New York | New York | JobVertise | 11616 |
| 2/18/2019 | Senior Associate General Counsel | Northwell Health | New Hyde Park | Nassau | The Job Network | 8537 |
| 2/18/2019 | Assistant General Counsel | SEIU | New York | New York | US Jobs; GoInHouse; AfterCollege; Service Employees International Union; Idealist; The Job Network | 8539 |
| 2/18/2019 | Senior Corporate Counsel | Datorama | New York | New York | The Job Network | 11502 |
| 2/19/2019 | Corporate Counsel | Workwave | Holmdel | Monmouth | TheLadders.com | 17088 |
| 2/20/2019 | JDHuntr House General Counsel Updated | JDHUNTR | New York | New York | CareerArc | 8482 |
| 2/21/2019 | Assistant General Counsel | NYC HRA/Department of Social Services | New York | New York | GoInHouse | 17056 |
| 2/22/2019 | AVP Associate General Counsel American Legal Compliance | Allied World Assurance | New York | New York | TheLadders.com; The Job Network | 8427 |
| 2/24/2019 | JDHUNTR House Senior Vice President General Counsel Secretary | JDHUNTR | New York | New York | CareerArc | 11241 |
| 2/27/2019 | Corporate Counsel | Fog Creek | New York | New York | TheLadders.com | 8313 |
| 3/1/2019 | Corporate Counsel | Selective | Branchville | Sussex | GoInHouse | 11065 |
| 3/3/2019 | General Counsel | Poster Not Listed | New York | New York | Flexjobs | 8225 |
| 3/8/2019 | Corporate Counsel | Poster Not Listed | New York | New York | JobVertise | 8102 |
| 3/8/2019 | AVP Product Development Attorney | Arch | Newark | Essex | GoInHouse | 10784 |
| 3/11/2019 | Corporate Counsel | Poster Not Listed | Branchville | Sussex | JobVertise | 10709 |
| 3/11/2019 | Corporate Counsel | OSCARS | New York | New York | GoInHouse | 10721 |
| 3/15/2019 | Principal General Counsel Regulatory Office | FINRA | New York | New York | GoInHouse | 16852 |
| 3/18/2019 | General Counsel JDHUNTR House | Poster Not Listed | New York | New York | JobVertise | 10425 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 3/18/2019 | Senior Corporate Counsel Practice Claims | Poster Not Listed | New York | New York | JobVertise | 16837 |
| 3/20/2019 | JDHuntr Attorney Law Senior Vice President Operations | JDHUNTR | New York | New York | CareerArc | 7812 |
| 3/20/2019 | Senior Corporate Counsel Practice Claims | TriNet | New York | New York | JobNetwork; Trinet Group, Inc.; GoInHouse; Geebo; The Job Network | 10341 |
| 3/20/2019 | Senior Corporate Counsel | The Princeton Review | New York | New York | JobNetwork; The Princeton Review Inc | 10351 |
| 3/22/2019 | Assistant General Counsel | CBS CORPORATION | New York | New York | CBS Corporation | 10279 |
| 3/27/2019 | Associate General Counsel | CareMount Medical | Chappaqua | Westchester | Association of Corporate Counsel | 10039 |
| 3/28/2019 | Senior Corporate Counsel Latin Privacy | Salesforce.com | New York | New York | GoInHouse | 9983 |
| 3/29/2019 | Senior Corporate Counsel Director Commercial Brand | Poster Not Listed | Bridgewater | Somerset | US Jobs | 9978 |
| 3/29/2019 | Vice President Corporate Counsel | Poster Not Listed | Newark | Essex | JobVertise | 16677 |
| 3/29/2019 | Associate General Counsel | Ambulatory Surgery Center | Chappaqua | Westchester | Regional Help Wanted | 16682 |
| 3/31/2019 | JDHuntr House General Counsel Senior Assistant | Poster Not Listed | New York | New York | JobSpider | 16667 |
| 4/2/2019 | Senior Corporate Counsel | The Princeton Review | New York | New York | GoInHouse | 6715 |
| 4/3/2019 | Head Legal Associate General Counsel | American International Group, Inc. | New York | New York | Times Jobs; TheLadders.com | 6616 |
| 4/3/2019 | Senior Corporate Counsel | Salesforce.com | New York | New York | TheLadders.com | 6624 |
| 4/3/2019 | Senior Corporate Counsel Business Model Implementation | Cisco | New York | New York | Black Enterprise | 7537 |
| 4/7/2019 | Assistant General Counsel | Westchester Medical Center | Valhalla | Westchester | HealthCareSource | 3110 |
| 4/9/2019 | Assistant General Counsel | Nippon Life Benefits | New York | New York | GoInHouse | 6400 |
| 4/10/2019 | Assistant General Counsel | Health Alliance of The Hudson Valley | Valhalla | Westchester | AfterCollege | 2981 |
| 4/16/2019 | Vice President Business Legal Affairs | NBC Universal | New York | New York | NBC Universal; US Jobs; GoInHouse; TheLadders.com; Media Bistro; SnagAJob; The Job Network; Geebo | 2489 |
| 4/16/2019 | Vice President Associate General Counsel | Poster Not Listed | New York | New York | US Jobs | 2730 |

Occupation:   23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 4/20/2019 | Corporate Counsel Commercial | Lotame Solutions, Inc. | New York | New York | US Jobs; GoInHouse; TheLadders.com | 6016 |
| 4/22/2019 | Senior Corporate Counsel | Priceline.com | New York | New York | TheLadders.com | 2439 |
| 4/23/2019 | General Counsel JDHUNTR House | Poster Not Listed | New York | New York | JobSpider | 2397 |
| 4/25/2019 | JDHuntr House General Counsel Vice President Updated | Poster Not Listed | Farmingdale | Nassau | JobSpider | 2317 |
| 4/25/2019 | Associate General Counsel Head Legal C Solutions Fortitude | Poster Not Listed | New York | New York | Geebo | 2331 |
| 4/28/2019 | Senior Counsel Vice President Business Legal Affairs Direct Con | NBC Universal | New York | New York | NBC Universal; Learn4Good; US Jobs; GoInHouse; TheLadders.com; SnagAJob | 2241 |
| 4/29/2019 | Vice President Corporate Counsel Annuities | IvyExec, LLC | Newark | Essex | Learn4Good | 2188 |
| 4/29/2019 | Assistant General Counsel | IvyExec, LLC | New York | New York | Learn4Good; The Job Network | 5739 |
| 4/30/2019 | Senior Counsel Vice President Business Legal Affairs Direct | Poster Not Listed | New York | New York | JobVertise | 2157 |
| 4/30/2019 | Corporate Counsel | Bonobos, Inc. | New York | New York | Uncubed; GoInHouse; TheLadders.com; themuse; Bonobos, Inc. | 5701 |
| 4/30/2019 | Vice President Assistant General Counsel | Allied World Assurance | New York | New York | GoInHouse; TheLadders.com; Allied World Assurance Company | 5703 |
| 5/1/2019 | Document Review Attorney Special Counsel | Special Counsel | New York | New York | Special Counsel | 2129 |
| 5/2/2019 | General Counsel Distribution | McCormack Schreiber Legal Search Inc. | New York | New York | Association of Corporate Counsel | 5645 |
| 5/2/2019 | Avp Associate General Counsel | SCOR | New York | New York | GoInHouse | 5650 |
| 5/3/2019 | JDHUNTR House Senior Vice President General Counsel Secretary | JDHUNTR | New York | New York | CareerArc | 2065 |
| 5/3/2019 | Legal Corporate Counsel Operations | Poster Not Listed | Bridgewater | Somerset | JobVertise | 5597 |
| 5/5/2019 | JDHuntr House General Counsel Updated | JDHUNTR | New York | New York | CareerArc | 2027 |
| 5/5/2019 | JDHuntr Attorney Law Senior Vice President Operations | JDHUNTR | New York | New York | CareerArc | 2029 |
| 5/5/2019 | General Counsel JDHUNTR House | Poster Not Listed | New York | New York | JobVertise | 5524 |

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 5/6/2019 | Senior Corporate Counsel | MeiraGTx | New York | New York | GoInHouse; Monster; The Job Network | 5509 |
| 5/6/2019 | Assistant General Counsel | NYC Dept. of Info. Tech & Telecom. (DOITT) | New York | New York | GoInHouse | 7256 |
| 5/7/2019 | JDHuntr Attorney Law Corporate Counsel Holmdel | Poster Not Listed | Holmdel | Monmouth | JobSpider | 5453 |
| 5/9/2019 | JDHuntr Corporate House Senior Director Associate General Counsel | Poster Not Listed | South Plainfield | Middlesex | JobSpider | 5392 |
| 5/15/2019 | JDHuntr House General Counsel Vice President Updated | JDHUNTR | Farmingdale | Nassau | CareerArc | 1703 |
| 5/15/2019 | AVP Product Development Attorney | Poster Not Listed | Jersey City | Hudson | JobVertise | 1706 |
| 5/15/2019 | Associate General Counsel Director Relations | Fedcap Rehabilitation Services | New York | New York | ZipRecruiter | 5165 |
| 5/15/2019 | House JDHuntr Vice President Couns | Poster Not Listed | Farmingdale | Nassau | JobVertise | 5178 |
| 5/16/2019 | Law JDHuntr Vice President Associate General Counsel Corporate Yor | Poster Not Listed | New York | New York | JobSpider | 1626 |
| 5/16/2019 | Assistant General Counsel Telecommunications | The City of New York- DoITT | Brooklyn | Kings | The Job Network | 1641 |
| 5/16/2019 | General Counsel | NYC Business Integrity Commission | New York | New York | GoInHouse | 7173 |
| 5/17/2019 | Assistant General Counsel | Keane, Inc. | New York | New York | US Jobs | 5091 |
| 5/17/2019 | Vice President Corporate Counsel Annuities | Poster Not Listed | Newark | Essex | JobVertise | 7165 |
| 5/22/2019 | Svp General Counsel | ST. CATHERINE OF SIENA MEDICAL CENTER | Smithtown | Suffolk | Learn4Good | 4889 |
| 5/23/2019 | Assistant General Counsel | SEIU | New York | New York | GoInHouse | 1383 |
| 5/24/2019 | Deputy General Counsel | Gizmodo Media Group | New York | New York | Gizmodo Media Group | 4291 |
| 5/24/2019 | General Counsel | The Quest Organization | New York | New York | Monster | 4833 |
| 5/26/2019 | Senior Associate General Counsel | IvyExec, LLC | New Hyde Park | Nassau | Learn4Good; The Job Network | 4774 |
| 5/26/2019 | Assistant General Counsel | NYC HRA/Department of Social Services | New York | New York | GoInHouse | 7104 |
| 5/29/2019 | Corporate Counsel | OSCARS | New York | New York | GoInHouse | 4724 |
| 5/30/2019 | Vice President Counsel | Poster Not Listed | New York | New York | US Jobs | 7082 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 6/2/2019 | Corporate General Counsel JDHuntr Senior Associate C | Poster Not Listed | Morristown | Morris | JobSpider | 4612 |
| 6/5/2019 | Deputy General Counsel | GoGORILLA Media | New York | New York | GoInHouse | 308 |
| 6/7/2019 | Corporate Counsel Governance Legal | SWISS RE | Armonk | Westchester | Swiss Re; The Job Network | 964 |
| 6/7/2019 | Associate General Counsel Head Legal C Solutions | Poster Not Listed | New York | New York | JobVertise | 988 |
| 6/8/2019 | Vice President NBC Entertainment Lead Late Specialist | NBC Universal | New York | New York | ManhattanJobs.com | 4383 |
| 6/9/2019 | Attorney Law JDHuntr Vice President Quality Performance Management Chief | Poster Not Listed | Brooklyn | Kings | JobSpider | 904 |
| 6/9/2019 | Associate General Counsel | Sharp Electronics | Montvale | Bergen | Hire Heroes | 923 |
| 6/9/2019 | Vice President Counsel | International Merchandising Inc Sdn. Bhd. | New York | New York | North Jersey Jobs; CareerBank; The Job Network | 4348 |
| 6/9/2019 | Vice President Corporate Counsel | IvyExec, LLC | Newark | Essex | Learn4Good; The Job Network | 4358 |
| 6/9/2019 | Vice President Assistant General Counsel | IvyExec, LLC | New York | New York | The Job Network | 4364 |
| 6/10/2019 | Attorney Law JDHuntr Vice President Quality Performance Managemen | Poster Not Listed | Brooklyn | Kings | JobVertise | 4260 |
| 6/10/2019 | Senior Counsel Vice President Business Legal Affairs Direct Con | NBC Universal | West New York | Hudson | Learn4Good | 6668 |
| 6/13/2019 | Legislative General Counsel | NYC OFFICE OF THE MAYOR | New York | New York | GoInHouse | 295 |
| 6/14/2019 | Senior Counsel Vice President Business Legal Affairs Nickelo | Poster Not Listed | New York | New York | JobVertise | 730 |
| 6/16/2019 | Document Review Attorney Added III | Special Counsel | New York | New York | Special Counsel | 4057 |
| 6/17/2019 | Senior Corporate Counsel | Poster Not Listed | New York | New York | JobVertise | 659 |
| 6/20/2019 | Vice President Business Legal Affairs | NBC Universal | West New York | Hudson | The Job Network | 362 |
| 6/20/2019 | Associate General Counsel | University Hospitals | Newark | Essex | GoInHouse | 6871 |
| 6/20/2019 | Vice President Legal Affairs | NBC Universal | New York | New York | TheLadders.com | 6878 |
| 6/21/2019 | E-DISCOVERY Attorney Special Counsel | Special Counsel | New York | New York | Special Counsel | 328 |

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 6/23/2019 | House General Counsel JDHuntr Assistant Healthcare Genera | Poster Not Listed | New York | New York | JobSpider | 6825 |
| 6/25/2019 | E-DISCOVERY Attorney Contract Attorney Special Counsel | Special Counsel | Roseland | Essex | Special Counsel | 197 |
| 6/25/2019 | Associate General Counsel | CareMount Medical | Chappaqua | Westchester | ZipRecruiter | 208 |
| 6/28/2019 | Associate General Counsel | Yorkson Legal, Inc. | Jersey City | Hudson | ZipRecruiter; Learn4Good; Monster | 69 |
| 6/28/2019 | Family Office General Counsel | The Quest Organization | New York | New York | Monster | 3460 |
| 6/29/2019 | Assistant Associate General Counsel | Barnard College | New York | New York | US Jobs; Barnard College; Higher Education Recruitment Consortium; HigherEdjobs | 23 |
| 6/29/2019 | Corporate Counsel Information Technology Contracting Procurement Attorney | Poster Not Listed | Madison | Morris | Geebo | 3428 |
| 6/30/2019 | Associate General Counsel Office General Counsel | NYC Department of Health and Mental Hygiene | New York | New York | US Jobs; GoInHouse | 3390 |
| 7/1/2019 | Corporate Counsel | Poster Not Listed | New York | New York | JobVertise | 16624 |
| 7/1/2019 | Corporate Counsel | OSCARS | New York | New York | GoInHouse | 21210 |
| 7/2/2019 | Barred Document Review Attorney Added Currently | Special Counsel | New York | New York | Special Counsel | 16541 |
| 7/2/2019 | Senior Corporate Counsel | Poster Not Listed | New York | New York | JobVertise | 16581 |
| 7/2/2019 | Vice President Assistant General Counsel | Poster Not Listed | New York | New York | US Jobs | 16589 |
| 7/2/2019 | Vice President Corporate Counsel Annuities | Poster Not Listed | Newark | Essex | JobVertise | 19943 |
| 7/2/2019 | Corporate Counsel JDHuntr Senior Director Commercial Gene | Poster Not Listed | Bridgewater | Somerset | JobSpider | 21175 |
| 7/4/2019 | Vice President Legal Affairs NBC Entertainment | NBC Universal | West New York | Hudson | Learn4Good | 16464 |
| 7/4/2019 | House JDHuntr General Counsel CCO Email | Poster Not Listed | Union | Union | JobSpider | 16475 |
| 7/8/2019 | Vice President Legal Counsel | Major, Lindsey & Africa | Armonk | Westchester | CareerBuilder; The Job Network | 16343 |
| 7/8/2019 | Senior General Counsel Assistant General Counsel | Poster Not Listed | New York | New York | Flexjobs | 16351 |
| 7/10/2019 | Associate General Counsel Product WhatsApp | Facebook | New York | New York | US Jobs; Facebook, Inc. | 20888 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 7/11/2019 | E-DISCOVERY Attorney Added Currently Documen III | Special Counsel | Roseland | Essex | Special Counsel | 20830 |
| 7/12/2019 | E-DISCOVERY Attorney Added Currently Document II | Special Counsel | New York | New York | Special Counsel | 16122 |
| 7/13/2019 | AVP Product Development Attorney | Poster Not Listed | Jersey City | Hudson | JobVertise | 16065 |
| 7/13/2019 | Associate General Counsel | Sharp Electronics | Montvale | Bergen | Hire Heroes | 16082 |
| 7/13/2019 | Senior Corporate Counsel | Poster Not Listed | New York | New York | JobVertise | 16083 |
| 7/13/2019 | Senior Corporate Counsel Corporate Jdhuntr Law Jdhuntr Counsel Law | Poster Not Listed | New York | New York | JobVertise | 20761 |
| 7/14/2019 | Corporate Counsel Corporate Jdhuntr Counsel Law | JDHUNTR | New York | New York | CareerArc | 20724 |
| 7/15/2019 | Assistant Vice President Legal Regulatory Professional Affairs | GNYHA Management | New York | New York | CareerBuilder | 20681 |
| 7/16/2019 | E-DISCOVERY Attorney Added Currently Document Revisor | Special Counsel | Roseland | Essex | Special Counsel | 15901 |
| 7/16/2019 | Assistant Vice President Legal Regulatory Professional Affairs | York Hospital | New York | New York | US Jobs | 20675 |
| 7/20/2019 | Senior Counsel Vice President Business Legal Affairs Nickelo | Poster Not Listed | New York | New York | JobVertise | 15203 |
| 7/22/2019 | Corporate Counsel JDHuntr Attorney Vice President Data | Poster Not Listed | New York | New York | JobVertise | 15669 |
| 7/23/2019 | Senior Corporate Counsel Commercial Manager | Poster Not Listed | New York | New York | US Jobs | 15642 |
| 7/24/2019 | E-DISCOVERY Attorney Added Currently Document Revie | Special Counsel | New York | New York | Special Counsel | 15592 |
| 7/25/2019 | Associate General Counsel | CareMount Medical | Chappaqua | Westchester | ZipRecruiter | 15547 |
| 7/27/2019 | Corporate Counsel JDHuntr Attorney Vice President Data | JDHUNTR | New York | New York | CareerArc | 15448 |
| 8/1/2019 | Associate General Counsel | Poster Not Listed | New York | New York | US Jobs | 15188 |
| 8/3/2019 | E-DISCOVERY Attorney Added Document Review | Special Counsel | New York | New York | Special Counsel | 15101 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 8/3/2019 | Document Review Attorney Added Staffing Upcomin IV | Special Counsel | New York | New York | Special Counsel | 20104 |
| 8/3/2019 | Vice President Assistant General Counsel | Allied World Assurance | New York | New York | TheLadders.com | 20106 |
| 8/5/2019 | Corporate Counsel | MetLife, Inc. | New York | New York | JobNetwork; ManhattanJobs.com; CareerBuilder; JobVertise; US Jobs; GoInHouse; Metlife, Inc.; TheLadders.com; Vindy.com; Jobs.Law360.com | 14983 |
| 8/5/2019 | Document Review Attorney Added Staffing II | Special Counsel | New York | New York | Special Counsel | 14998 |
| 8/6/2019 | E-DISCOVERY Attorney Added Currently Docum I | Special Counsel | New Hyde Park | Nassau | Special Counsel | 14952 |
| 8/8/2019 | E-DISCOVERY Attorney Added Currently Documen II | Special Counsel | Roseland | Essex | Special Counsel | 14862 |
| 8/8/2019 | Corporate Counsel | Lucas Group | New York | New York | GoInHouse | 19876 |
| 8/9/2019 | Special Counsel Legal Land Use | NYC PRESIDENT BOROUGH OF MANHATTAN | New York | New York | GoInHouse | 19822 |
| 8/14/2019 | E-DISCOVERY Attorney Added Currently Document | Special Counsel | New Hyde Park | Nassau | Special Counsel | 14280 |
| 8/15/2019 | Associate General Counsel | Sirius XM Radio | New York | New York | JobNetwork; Sirius XM Radio Inc.; GoInHouse; TheLadders.com; The Job Network | 14646 |
| 8/15/2019 | General Counsel | NYC Business Integrity Commission | New York | New York | GoInHouse | 19623 |
| 8/17/2019 | Document Review Attorney Added Staffing Upcoming Doc | Special Counsel | New York | New York | Special Counsel | 14595 |
| 8/17/2019 | E-Discovery Attorney Special Counsel | Special Counsel | New Hyde Park | Nassau | Special Counsel | 19520 |
| 8/19/2019 | Associate General Counsel | Poster Not Listed | New York | New York | Geebo | 19488 |
| 8/20/2019 | Associate General Counsel | Mast-Jagermeister US, Inc. | White Plains | Westchester | US Jobs | 19443 |
| 8/22/2019 | Vice President Corporate Counsel Annuities | IvyExec, LLC | Newark | Essex | The Job Network | 14430 |
| 8/24/2019 | Avp Senior Legal Counsel | AT&T | New York | New York | AT&T; CareerArc; ManhattanJobs.com; US Jobs; GoInHouse; TheLadders.com; Black Enterprise; Jobs.Law360.com; Vindy.com | 19255 |
| 8/29/2019 | Senior Corporate Counsel Commercial Manager | Getty Images | New York | New York | JobNetwork; GoInHouse; TheLadders.com; militaryvetjobs; Geebo | 14217 |
| 8/30/2019 | Assistant General Counsel | NYC Department of Citywide Administrative Services | New York | New York | GoInHouse | 19052 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 9/2/2019 | AVP Product Development Attorney | Arch | Newark | Essex | GoInHouse | 18922 |
| 9/3/2019 | Corporate Counsel | Reonomy | New York | New York | VentureLoop; GoInHouse; TheLadders.com; Built in NYC | 14086 |
| 9/3/2019 | House General Counsel JDHuntr Associate Gene | Poster Not Listed | Jersey City | Hudson | JobSpider | 17982 |
| 9/4/2019 | AVP Product Development Attorney | Arch Insurance Group | New York | New York | TheLadders.com | 18823 |
| 9/4/2019 | Corporate Counsel | The Princeton Review | New York | New York | JobNetwork; The Princeton Review Inc | 18847 |
| 9/8/2019 | Vice President Assistant General Counsel | IvyExec, LLC | New York | New York | Learn4Good; The Job Network | 18672 |
| 9/9/2019 | Assistant General Counsel | NYC Taxi and Limousine Commission (TLC) | New York | New York | GoInHouse | 18649 |
| 9/12/2019 | Corporate Counsel | Bonobos, Inc. | New York | New York | Wal-Mart; GoInHouse; themuse | 18473 |
| 9/13/2019 | E-DISCOVERY Attorney Added Staffing Upcoming Document | Special Counsel | New York | New York | Special Counsel | 13781 |
| 9/15/2019 | JDHuntr House General Counsel Associate Corpora | Poster Not Listed | New York | New York | JobSpider | 13733 |
| 9/17/2019 | House General Counsel JDHuntr Associate Healt | Poster Not Listed | Newark | Essex | JobSpider | 18239 |
| 9/18/2019 | Deputy General Counsel | New York City Council | New York | New York | TheLadders.com | 18183 |
| 9/19/2019 | General Counsel Securitas | Securitas | Parsippany | Morris | CareerBuilder; Geebo | 18112 |
| 9/19/2019 | Associate General Counsel | Verizon | New York | New York | JobNetwork; Verizon Communications Inc. | 18139 |
| 9/20/2019 | E-DISCOVERY Attorney Added Staffing Upcoming Documen I | Special Counsel | New York | New York | Special Counsel | 13565 |
| 9/20/2019 | E-DISCOVERY Attorney Added License I | Special Counsel | New York | New York | Special Counsel | 13571 |
| 9/22/2019 | House General Counsel JDHuntr Assistant Corpora | Poster Not Listed | Brooklyn | Kings | JobSpider | 13541 |
| 9/23/2019 | Legal Compliance Chief Office Attorney | The Blackstone Group L.P. | New York | New York | OneWire | 17937 |
| 9/24/2019 | JDHuntr House General Counsel Associate Regul | Poster Not Listed | Paramus | Bergen | JobSpider | 17875 |
| 9/25/2019 | General Counsel StatesWhere Impossible Norm | Mogul Corporation | New York | New York | Mogul | 17803 |
| 9/26/2019 | Assistant General Counsel | NYC HRA/Department of Social Services | New York | New York | GoInHouse | 17766 |
| 9/29/2019 | Assistant General Counsel | NYC Department of Health and Mental Hygiene | New York | New York | US Jobs; GoInHouse | 17628 |

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 9/29/2019 | Corporate Counsel JDHUNTR House | Poster Not Listed | Brooklyn | Kings | JobVertise | 17635 |
| 9/29/2019 | Legal Compliance Chief Office Attorney | Blackstone US | New York | New York | eFinancialCareers | 17640 |
| 9/29/2019 | JDHuntr House Counsel Vice President Business Legal Affairs | Poster Not Listed | New York | New York | JobSpider | 17648 |
| 10/4/2019 | Barred Document Review Attorney Added Currently | Special Counsel | New York | New York | Special Counsel | 32885 |
| 10/5/2019 | Avp Senior Legal Counsel | AT&T | New York | New York | AT&T; CareerArc; WITI Career Center; ManhattanJobs.com; US Jobs; GoInHouse; Black Enterprise; The Job Network | 26384 |
| 10/9/2019 | Corporate Counsel Commercial | Michael Page | Jersey City | Hudson | Michael Page | 32689 |
| 10/10/2019 | House General Counsel JDHuntr Assistant Genera | Poster Not Listed | New York | New York | JobSpider | 32641 |
| 10/16/2019 | Associate Product General Counsel | Facebook | New York | New York | US Jobs; Facebook, Inc. | 32356 |
| 10/17/2019 | Associate Product General Counsel | Oculus VR | New York | New York | Learn4Good | 32284 |
| 10/21/2019 | Product Counsel Vice President | Blue Capital Reinsurance Holdings | Florham Park | Morris | TheLadders.com | 32102 |
| 10/22/2019 | House Counsel JDHuntr Senior Vice President Complianc | Poster Not Listed | New York | New York | JobSpider | 32072 |
| 10/23/2019 | Vice President Business Legal Affairs | NBC Universal | West New York | Hudson | The Job Network | 34466 |
| 10/24/2019 | AVP Product Development Attorney | Arch Insurance Group | Jersey City | Hudson | TheLadders.com | 34439 |
| 10/24/2019 | House General Counsel JDHuntr Deputy C | Poster Not Listed | Plainsboro | Middlesex | JobSpider | 34441 |
| 10/24/2019 | Associate General Counsel Product WhatsApp | Facebook | New York | New York | Facebook, Inc.; The Job Network | 34451 |
| 10/29/2019 | Associate Corporate General Counsel | Enstar Group, LTD | Jersey City | Hudson | The Job Network | 31719 |
| 10/31/2019 | AVP Senior Legal Counsel Commercial | AT&T | New York | New York | AT&T; WITI Career Center; CareerArc; ManhattanJobs.com; US Jobs; GoInHouse; themuse; Black Enterprise | 26187 |
| 11/1/2019 | Assistant General Counsel | The City of New York/NYC Department of Design & Construction | New York | New York | Idealist | 33490 |
| 11/4/2019 | Associate General Counsel | Mast-Jagermeister US, Inc. | White Plains | Westchester | The Job Network | 31421 |
| 11/5/2019 | JDHuntr House General Counsel Associate Security | Poster Not Listed | New York | New York | JobSpider | 31392 |

Occupation:   23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 11/5/2019 | Corporate Counsel | Bonobos, Inc. | New York | New York | Bonobos, Inc. | 34200 |
| 11/5/2019 | General Counsel | Mogul Corporation | New York | New York | Mogul | 34202 |
| 11/6/2019 | Assistant Labor Relations General Counsel | CBS CORPORATION | New York | New York | Mogul | 31311 |
| 11/6/2019 | E-DISCOVERY Attorney Added Staffing Upcoming Document | Special Counsel | New York | New York | Special Counsel | 31333 |
| 11/7/2019 | AVP Senior Legal Counsel Supply Chain | AT&T | New York | New York | AT&T; CareerArc; WITI Career Center; ManhattanJobs.com; US Jobs; GoInHouse; Black Enterprise | 31259 |
| 11/10/2019 | Assistant General Counsel Privacy Information Protection | KPMG | New York | New York | KPMG LLP | 34108 |
| 11/14/2019 | Associate General Counsel Marketing | Sirius XM Radio | New York | New York | JobNetwork; Sirius XM Radio Inc.; Job Monkey | 30873 |
| 11/14/2019 | Attorney Reinsurance General Counsel | Poster Not Listed | New York | New York | Craigslist | 30930 |
| 11/16/2019 | Associate General Counsel Marketing | Pandora | New York | New York | JobNetwork; Pandora Media, Inc. | 25999 |
| 11/17/2019 | Associate General Counsel | Cadwalader, Wickersham & Taft, LLP | New York | New York | The Job Network | 30780 |
| 11/19/2019 | House General Counsel JDHuntr Associate Gene | Poster Not Listed | New York | New York | JobSpider | 33949 |
| 11/20/2019 | Attorney Reinsurance General Counsel | Poster Not Listed | New York | New York | Craigslist | 29707 |
| 11/22/2019 | Document Review Attorney Added Currently | Special Counsel | New York | New York | Special Counsel | 30522 |
| 11/22/2019 | Assistant General Counsel | City Of New York | New York | New York | lawjobs; The Job Network | 30545 |
| 11/22/2019 | Deputy General Counsel | Sirius International Insurance Corporation | New York | New York | GoInHouse; TheLadders.com | 30548 |
| 11/24/2019 | Corporate Counsel JDHUNTR House | Poster Not Listed | New York | New York | JobSpider | 30415 |
| 11/25/2019 | Assistant General Counsel | NYC HRA/Department of Social Services | New York | New York | GoInHouse | 30377 |
| 11/27/2019 | Associate General Counsel Privacy General Counsel | The Nielsen Company | New York | New York | The Nielsen Company; Hispanic Alliance for Career Enhancement; GoInHouse | 33821 |
| 11/29/2019 | Associate General Counsel Marketing | Poster Not Listed | New York | New York | US Jobs | 33795 |
| 11/29/2019 | Assistant General Counsel | NYC Department of Health and Mental Hygiene | New York | New York | GoInHouse | 33797 |
| 12/3/2019 | House Counsel JDHuntr Vice President Relations | Poster Not Listed | New York | New York | JobSpider | 33708 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 12/5/2019 | Associate General Counsel Office General Counsel | NYC Department of Health and Mental Hygiene | New York | New York | US Jobs; GoInHouse | 25852 |
| 12/5/2019 | Assistant General Counsel Privacy | KPMG | New York | New York | AfterCollege | 29958 |
| 12/5/2019 | Deputy General Counsel Premier Asset Manager | ELR Legal Search | New York | New York | lawjobs | 29963 |
| 12/5/2019 | Vice President Counsel JDHUNTR House | Poster Not Listed | New York | New York | JobVertise | 29983 |
| 12/7/2019 | Associate General Counsel Privacy General Counsel | Poster Not Listed | New York | New York | JobVertise | 29832 |
| 12/7/2019 | Associate General Counsel Conflicts Compliance | Cadwalader, Wickersham & Taft, LLP | New York | New York | The Job Network | 29839 |
| 12/8/2019 | Special Counsel Legal Land Use | NYC PRESIDENT BOROUGH OF MANHATTAN | New York | New York | GoInHouse | 29819 |
| 12/13/2019 | Corporate Counsel JDHUNTR House | Poster Not Listed | New York | New York | JobVertise | 25807 |
| 12/13/2019 | Assistant General Counsel | NYC Dept. of Info. Tech & Telecom. (DOITT) | New York | New York | GoInHouse | 29554 |
| 12/14/2019 | Corporate Counsel Bicoastal Series Consumer Fintech | Poster Not Listed | New York | New York | Learn4Good | 33417 |
| 12/16/2019 | AVP Product Development Attorney | Arch | Newark | Essex | GoInHouse | 29406 |
| 12/18/2019 | E-DISCOVERY Attorney Added Staffing Upcoming Documen | Special Counsel | New York | New York | Special Counsel | 29334 |
| 12/18/2019 | Vice President Associate General Counsel Chief Privacy Officer | Poster Not Listed | New York | New York | US Jobs | 33320 |
| 12/20/2019 | Assistant General Counsel | FAIR Health, Inc | New York | New York | ZipRecruiter; GoInHouse; The Job Network | 25751 |
| 12/20/2019 | Assistant General Counsel | Poster Not Listed | New York | New York | Flexjobs | 33284 |
| 12/21/2019 | House Corporate Counsel Media Entertainment Leader | Whistler Partners | New York | New York | The Job Network | 29073 |
| 12/21/2019 | E-DISCOVERY Attorney Added Currently Document III | Special Counsel | New York | New York | Special Counsel | 29107 |
| 12/22/2019 | Assistant General Counsel | NYC Department of Information Technology & Telecommunications | New York | New York | The Job Network | 29032 |
| 12/22/2019 | House General Counsel JDHuntr Assistant Corpora | Poster Not Listed | New York | New York | JobSpider | 29044 |
| 12/22/2019 | House General Counsel Jdhuntr Assistant Healthcare Gene | Poster Not Listed | New York | New York | JobSpider | 29054 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 12/23/2019 | General Counsel JDHUNTR House | Poster Not Listed | Montville | Morris | JobVertise | 28968 |
| 12/25/2019 | AVP Senior Legal Counsel Technology Data Privacy | AT&T | New York | New York | AT&T; CareerArc; US Jobs; GoInHouse; Black Enterprise | 28907 |
| 12/25/2019 | Assistant General Counsel | NYC Department of Information Technology & Telecommunications | Brooklyn | Kings | The Job Network | 33175 |
| 12/27/2019 | AVP Senior Legal Counsel Technology Data Privacy | Xandr | New York | New York | GoInHouse | 32605 |
| 12/28/2019 | E-DISCOVERY Attorney Added Staffing Upcoming Docume III | Special Counsel | New York | New York | Special Counsel | 33124 |
| 1/1/2020 | Assistant General Counsel | NYC Department of Information Technology & Telecommunications | New York | New York | The Job Network | 78841 |
| 1/1/2020 | Assistant General Counsel Privacy Information Protection | KPMG | New York | New York | ManhattanJobs.com | 83056 |
| 1/3/2020 | Agency Attorney II Assistant General Counsel | Mayors Office of Information Technology of Baltimore City | New York | New York | lawjobs; Idealist; The Job Network | 78715 |
| 1/3/2020 | Agency Attorney II Assistant General Counsel | City Of New York | New York | New York | Monster | 78734 |
| 1/5/2020 | Senior General Counsel Assistant General Counsel | Poster Not Listed | New York | New York | US Jobs | 78643 |
| 1/5/2020 | Assistant General Counsel | NYC Department of Information Technology & Telecommunications | Brooklyn | Kings | The Job Network | 82982 |
| 1/8/2020 | Assistant General Counsel | NYC Taxi and Limousine Commission (TLC) | New York | New York | GoInHouse | 82906 |
| 1/10/2020 | Attorney Added Actively II | Special Counsel | Paterson | Passaic | Special Counsel | 78211 |
| 1/13/2020 | Senior Associate General Counsel | Poster Not Listed | New York | New York | Flexjobs | 78068 |
| 1/14/2020 | Chief Privacy Officer Associate General Counsel State Education | Futuretech Staffing | New York | New York | ZipRecruiter | 78020 |
| 1/14/2020 | Associate General Counsel | Hudson River Trading | New York | New York | GoInHouse; TheLadders.com | 78036 |
| 1/15/2020 | General Counsel | CHILDREN'S VILLAGE | Dobbs Ferry | Westchester | CareerArc; US Jobs; GoInHouse; The Children's Village | 77979 |
| 1/17/2020 | Senior Corporate Counsel OTT | Integra LifeSciences | Plainsboro | Middlesex | TheLadders.com | 82689 |
| 1/19/2020 | Construction General Counsel | C. Winchell Agency | New York | New York | The Job Network | 77683 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 1/20/2020 | Assistant General Counsel | FAIR Health, Inc | New York | New York | ZipRecruiter; The Job Network | 77650 |
| 1/23/2020 | E-DISCOVERY Attorney Added Staffing Document Review I | Special Counsel | Roseland | Essex | Special Counsel | 77477 |
| 1/23/2020 | Life Sciences Lead Corporate Counsel | Cognizant Technology Solutions | Teaneck | Bergen | CareerBuilder; SnagAJob | 77478 |
| 1/23/2020 | Associate General Counsel | IPC SYSTEMS, INC. | Newark | Essex | GoInHouse | 80903 |
| 1/24/2020 | E-DISCOVERY Attorney Added Currently Document Revie | Special Counsel | New York | New York | Special Counsel | 77348 |
| 1/24/2020 | Senior Corporate Counsel Licensing Product | TubiTv (adRiseInc) | New York | New York | TheLadders.com | 77349 |
| 1/24/2020 | Corporate Counsel | Tough Mudder | Brooklyn | Kings | GoInHouse; TheLadders.com | 77351 |
| 1/24/2020 | Assistant General Counsel | NYC HRA/Department of Social Services | New York | New York | GoInHouse | 82534 |
| 1/26/2020 | Deputy General Counsel | Sirius Group | New York | New York | GoInHouse | 82499 |
| 1/27/2020 | Associate General Counsel Marketing | Sirius XM Radio | New York | New York | The Job Network | 77215 |
| 1/28/2020 | Svp Business Legal Affairs | Metro-Goldwyn-Mayer Studios Inc. | New York | New York | TheLadders.com | 77167 |
| 1/31/2020 | E-DISCOVERY Attorney Added Staffing Upcoming Document | Special Counsel | New York | New York | Special Counsel | 76961 |
| 1/31/2020 | Assistant General Counsel | NYC Department of Health and Mental Hygiene | New York | New York | GoInHouse | 82318 |
| 2/2/2020 | Corporate Counsel JDHUNTR House | Poster Not Listed | New York | New York | JobSpider | 76759 |
| 2/2/2020 | Assistant General Counsel | NYC Department of Citywide Administrative Services | New York | New York | GoInHouse | 83809 |
| 2/3/2020 | Corporate Counsel | AMPLITUDE | New York | New York | GoInHouse | 82219 |
| 2/5/2020 | General Counsel JDHUNTR House | Poster Not Listed | Montville | Morris | JobVertise | 76529 |
| 2/6/2020 | Associate General Counsel Office General Counsel | NYC Department of Health and Mental Hygiene | New York | New York | GoInHouse | 82047 |
| 2/6/2020 | Assistant General Counsel | Kinney Recruiting LP | New York | New York | Above The Law | 82055 |
| 2/6/2020 | Legal Land Use Special Counsel | NYC PRESIDENT BOROUGH OF MANHATTAN | New York | New York | GoInHouse | 82060 |
| 2/6/2020 | Assistant General Counsel Ozone | The New York Racing Association | New York | New York | Geebo | 82061 |

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 2/8/2020 | Assistant General Counsel Life Insurance Annuities Regulatory Attorney | New York Life | New York | New York | New York Life Insurance Company; US Jobs; The Job Network; Geebo | 76407 |
| 2/11/2020 | Assistant General Counsel | City Of New York | New York | New York | Monster | 81872 |
| 2/11/2020 | General Counsel | Kickstarter | Brooklyn | Kings | TheLadders.com | 81881 |
| 2/11/2020 | Assistant General Counsel | NYC Mayors? Office Of Information Privacy | New York | New York | lawjobs; The Job Network | 81908 |
| 2/11/2020 | Corporate Counsel Autonomous Mobility | JAGUAR LAND ROVER | Mahwah | Bergen | GoInHouse | 83788 |
| 2/12/2020 | Assistant General Counsel | NYC Dept. of Info. Tech & Telecom. (DOITT) | New York | New York | GoInHouse | 83786 |
| 2/13/2020 | Associate General Counsel Chief Privacy Officer | The PeterSan Group | New York | New York | Association of Corporate Counsel | 76030 |
| 2/14/2020 | AVP Product Development Attorney | Arch | Newark | Essex | GoInHouse | 81755 |
| 2/17/2020 | E-DISCOVERY Attorney Added Staffing Upcoming Docume IV | Special Counsel | New York | New York | Special Counsel | 75842 |
| 2/18/2020 | JDHuntr House General Counsel Assistant Control | Poster Not Listed | New York | New York | JobSpider | 75786 |
| 2/22/2020 | Senior Director Associate General Counsel Gene Therapy | PTC Therapeutics | South Plainfield | Middlesex | TheLadders.com; Geebo; The Job Network | 81413 |
| 2/23/2020 | Corporate Counsel Research | Flatiron Construction Corp. | New York | New York | TheLadders.com | 81344 |
| 2/23/2020 | Assistant General Counsel | XL Specialty Insurance Company | New York | New York | TheLadders.com | 81394 |
| 2/25/2020 | Vice President Attorney | AT&T | New York | New York | AT&T; ManhattanJobs.com; US Jobs; Black Enterprise | 81273 |
| 3/1/2020 | Senior Corporate Counsel Fda | Quest Diagnostics | Secaucus | Hudson | TheLadders.com | 75432 |
| 3/2/2020 | House Corporate Counsel Media Entertainment Leader | Whistler Partners | New York | New York | The Job Network | 75422 |
| 3/3/2020 | Vice President Assistant General Counsel | Execunet | New York | New York | CareerBuilder; Geebo; The Job Network | 75376 |
| 3/4/2020 | E-DISCOVERY Attorney Added Staffing Upcoming Docume II | Special Counsel | New York | New York | Special Counsel | 75336 |
| 3/5/2020 | Compliance Director Legal Councel | Successful AD Partnership | New York | New York | The Job Network | 80852 |
| 3/8/2020 | Associate General Counsel | Rainbow Rehabilitation Centers | New York | New York | TheLadders.com; Geebo | 75167 |

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|------|-------|--------|------|--------|-----------------|-----|
| 3/9/2020 | Deputy General Counsel | Sirius International Insurance Corporation | New York | New York | TheLadders.com | 74929 |
| 3/9/2020 | General Counsel | Eyeota | New York | New York | GoInHouse | 80712 |
| 3/10/2020 | E-DISCOVERY Attorney Added Staffing Upcoming Docume III | Special Counsel | New York | New York | Special Counsel | 75103 |
| 3/10/2020 | Corporate Counsel | Workday | New York | New York | Workday; GoInHouse | 80661 |
| 3/11/2020 | Deputy General Counsel | Apifiny Group Inc | New York | New York | GoInHouse | 75059 |
| 3/11/2020 | E-DISCOVERY Attorney Added Currently Document Revie | Special Counsel | West Orange | Essex | Special Counsel | 80618 |
| 3/12/2020 | Vice President General Counsel | Varonis Systems, Inc. | New York | New York | Varonis Systems Inc.; VentureLoop | 75034 |
| 3/12/2020 | General Counsel | Varonis | New York | New York | GoInHouse | 83683 |
| 3/14/2020 | SVP Underwriting Lawyersvp Lawyer Professional Liability | Argo Group | New York | New York | TheLadders.com; themuse | 74966 |
| 3/15/2020 | Associate General Counsel | ADstruc | New York | New York | TheLadders.com | 74891 |
| 3/15/2020 | Office Senior General Counsel | Planned Parenthood | New York | New York | TheLadders.com; Planned Parenthood | 80442 |
| 3/16/2020 | Assistant General Counsel | Rainforest Alliance | New York | New York | GoInHouse; TheLadders.com; Idealist; Rainforest Alliance, Incorporated | 74868 |
| 3/16/2020 | Corporate Counsel | Varonis | New York | New York | GoInHouse | 74870 |
| 3/18/2020 | Associate General Counsel Head Legal Markets Clearing Collateral Management | BNY Mellon | New York | New York | GoInHouse; The Job Network | 80301 |
| 3/19/2020 | General Counsel | Adecco | New York | New York | AfterCollege | 80255 |
| 3/19/2020 | E-DISCOVERY Attorney Added Currently Document R I | Special Counsel | New York | New York | Special Counsel | 80260 |
| 3/20/2020 | Associate General Counsel | Momofuku | New York | New York | GoInHouse | 80243 |
| 3/23/2020 | Corporate Counsel | Verana Health | New York | New York | VentureLoop; GoInHouse; TheLadders.com | 74791 |
| 3/23/2020 | Associate General Counsel | Poster Not Listed | New York | New York | The Job Network | 80151 |
| 3/29/2020 | Assistant General Counsel | MUFG | New York | New York | GoInHouse | 83615 |

Occupation: 23-1011 Lawyers

| Date | Title | Poster | City | County | Ad Job Board(s) | ID: |
|---|---|---|---|---|---|---|
| 3/31/2020 | Attorney | Special Counsel | Parsippany | Morris | Special Counsel | 83597 |
| 4/2/2020 | Senior Corporate Counsel | DataMinr | New York | New York | The Job Network | 83353 |
| 4/2/2020 | General Counsel JDHUNTR House | Poster Not Listed | Brooklyn | Kings | JobSpider | 83391 |
| 4/2/2020 | Assistant General Counsel | NYC Department of Citywide Administrative Services | New York | New York | GoInHouse | 83410 |
| 4/2/2020 | Assistant Deputy General Counsel Legal Process Records | NYC HRA/Department of Social Services | New York | New York | GoInHouse | 83415 |
| 4/3/2020 | Document Review Attorney | Special Counsel | New York | New York | Special Counsel | 83290 |
| 4/3/2020 | AVP Product Development Attorney | Arch Capital Group Ltd | Jersey City | Hudson | The Job Network | 83307 |
| 4/3/2020 | Attorney | Special Counsel | Parsippany | Morris | Special Counsel | 83311 |
| 4/4/2020 | Senior Corporate Counsel | HCL Technologies | New York | New York | The Job Network | 83224 |

# Job Postings for

## Selected Ads
## 23-1011 Lawyers
## 11-1011 Chief Executives

## in  New York-Newark-Jersey City MSA, NY-NJ

## February 1, 2017 to April 6, 2020

## By Occupation and Date
## (Details)

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     11-1011 Chief Executives

Date:   8/25/2017

Title:   Senior Vice President Chief Privacy Counsel

Poster:  Viacom International Services

City:  New York, NY

County:  New York

Ad Job Board(s):    The Advocate

ID:   71417

Content Description:

SENIOR VICE PRESIDENT, GLOBAL CHIEF PRIVACY COUNSEL Brand Viacom Locations US-NY-New York ID 2017-7282 Company Viacom International Services Overview and Responsibilities The SVP, Global Chief Privacy Counsel, will lead the company's privacy and cyber efforts, including the following: Enhancing and/or developing a global privacy program, including policies, guidelines, accountability and training, to guide business and legal teams; Partnering with the Chief Information Security Officer to oversee, manage and update Viacom's cybersecurity governance program and incident response; Enhancing and/or developing priv ...

URL: http://job.theadvocate.com/job/26322140/chief-information-security-officer-ciso-job-in-new-york-ny

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     11-1011 Chief Executives

Date:   7/5/2018

Title:    Vice President Corporate Counsel

Poster:  Prudential Insurance Company

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    JobVertise

ID:   42463

Content Description:

Job Description - Vice President, Corporate Counsel (CYB00002) Job Description Vice President, Corporate Counsel-CYB00002 Description Vice President, Corporate Counsel (Cybersecurity and Privacy) The Prudential Insurance Company of America seeks an experienced cybersecurity and privacy attorney for the Enterprise Regulatory Law unit. The position will report to the Chief Counsel for Cybersecurity and Privacy who reports to the Vice President and Chief Regulatory Office.The Cybersecurity and Privacy attorneys are an integral part of cybersecurity at Prudential and work with other core functions and business units to prepare and respond to incidents. Job Respon ...

URL: http://www.jobvertise.com/job/24948939

Occupation:     11-1011 Chief Executives

Date:   7/16/2018

Title:    AVP Vice President Law

Poster:   L Oral Group

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   45017

Content Description:

Company Description L Oral USA is the largest subsidiary of the L Oral Group, the world s leading beauty company. L Oral USA manages a portfolio of more than 30 iconic beauty brands, including Garnier, Giorgio Armani Beauty, Krastase, Lancme, La Roche-Posay, L Oral Paris and Yves Saint Laurent Beaut.L Oral USA also serves as the international hub for the product development and marketing strategy for L Oral s 16 American brands: Baxter of California, Carol s Daughter, Clarisonic, Dermablend, Essie, IT Cosmetics, Kiehl s, Matrix, Maybelline New York, Mizani, NYX Professional Makeup, Ralph Lauren Fragrances, Redken, Softsheen-Carson, SkinCeuticals and Urban Decay. Generating mo ...

URL: http://www.jobvertise.com/job/25073502

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    11-1011 Chief Executives

Date:   10/29/2018

Title:   Vice President Chief Legal Officer PGIM

Poster:  PGIM

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    JobVertise

ID:   38278

Content Description:

Job Description - Vice President and Chief Legal Officer - PGIM (PGI00063) Job Description Vice President and Chief Legal Officer - PGIM-PGI00063 Description Reporting to the Vice President and Chief Legal Officer of U.S. Businesses, the Chief Legal Officer of PGIM leads a high performing team of more 120 associates (including more than 80 attorneys) located in offices around the world, including locations in the United States, Mexico, United Kingdom, Germany, Luxemburg, Japan and Singapore. Working closely with PGIMs senior management, s/he will be a key member of the PGIMs leadership team. As such, we are looking for both a dynamic people leader, an experienced ...

URL: http://www.jobvertise.com/job/26335478

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 11-1011 Chief Executives

Date: 12/13/2018

Title: Vice President Chief Legal Officer

Poster: Prudential

City: Newark, NJ

County: Essex

Ad Job Board(s): The Job Network

ID: 36827

Content Description:

Senior executive presence and excellent business partnership skills. It is expected that this individual will actively participate in business strategic discussions beyond just being a legal advisor. A dynamic people leader, one who is committed to recruiting talent, motivating the team, through coaching and providing a vision, and constantly improving and developing the company's legal talent base. Ability to lead a large, geographically disbursed team, with staff around the world, including offices across the Americas, Europe and Asia. As a manager of managers, the ability to effectively delegate and supervise a high volume of complex matters. Ability to build consensus and achieve desired goals in a complex environment. This individual will help drive PGIM and LCompany priorities, with numerous initiatives that cross functional and business lines. S/he will need to be able to collaborate well with other areas, and communicate with and influence others effectively Impeccable integrity and a strong ethical center, with the ability to identify and manage conflicts of interest. Experience & Education Juris Degree from an ABA accredited law school required. Eligible to practice law as a member of the bar or Registered House Counsel in New Jersey. A minimum of 15 of legal experience from an in-house or law firm setting. Experience managing large teams. Deep understanding of asset management business and its regulatory framework.
Location/Region: Newark, NJ (US)

URL: https://jobs.thejobnetwork.com/Job/70155213/legal-officer-job-in-newark-nj

Occupation:    11-1011 Chief Executives

Date:   4/24/2019

Title:   Vice President Business Legal Affairs

Poster:  NBCU

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:  2365

Content Description:

Global Distribution and International Responsibilities: Role Purpose The Vice President, Business & Legal Affairs will serve as a legal point of contact and provide legal support for all aspects of content acquisition by the Direct-To-Consumer programming team, including a wide range of issues relating to the licensing of film, television, news, sports, live events and original programming for exploitation on the NBCU streaming service set to launch in 2020. This role will report to the divisions Senior Vice President. Responsibilities: Independently draft, review, negotiate and interpret a range of contracts and other legal documents. Provide timely and thoughtful legal advice o ...

URL: http://www.jobvertise.com/job/28136807

Occupation:     11-1011 Chief Executives

Date:   6/7/2019

Title:   Vice President Legal Affairs NBC Entertainment

Poster:  NBC Universal

City:  New York, NY

County:  New York

Ad Job Board(s):    NBC Universal; US Jobs; GoInHouse

ID:   4423

Content Description:

Content Description:

URL:
https://sjobs.brassring.com/TGnewUI/Search/home/HomeWithPreLoad?PageType=JobDetails&jobId=453914&partnerid=253
54&siteid=5108

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    11-1011 Chief Executives

Date:  7/1/2019

Title:   Vice President Business Legal Affairs

Poster:  NBCU

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   16634

Content Description:

Direct-to-Consumer & Digital Enterprises Responsibilities: Role Purpose The Vice President, Business & Legal Affairs will serve as a legal point of contact and provide legal support for all aspects of content acquisition by the Direct-To-Consumer programming team, including a wide range of issues relating to the licensing of film, television, news, sports, live events and original programming for exploitation on the NBCU streaming service set to launch in 2020. This role will report to the divisions Senior Vice President. Responsibilities: Independently draft, review, negotiate and interpret a range of contracts and other legal documents. Provide timely and thoughtful legal a ...

URL: http://www.jobvertise.com/job/28777069

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     11-1011 Chief Executives

Date:   7/2/2019

Title:    Vice President Business Legal Affairs

Poster:  Roc Nation

City:  New York, NY

County:  New York

Ad Job Board(s):     JobVertise

ID:   21177

Content Description:

VP, Business & Legal Affairs Job Summary: Title: VP, Business & Legal Affairs Location: New York, NY Who are we? Since its founding in 2008, Roc Nation has grown into the worlds preeminententertainment company.We work in every aspect of modern entertainmentwith recording artists and producers, songwriters and athletes. Our client list includes some of the worlds most recognizable names: from Rihanna, Shakira, J. Cole, and Big Sean to Yoenis Cespedes, Todd Gurley, Leonard Fournette, and Robinson Cano. We are a full-service organization, supporting our diverse roster of talent via artist management, music publishing, touring, production, strategic brand development and beyon ...

URL: http://www.jobvertise.com/job/28715317

Occupation:     11-1011 Chief Executives

Date:   1/21/2020

Title:    Vice President Legal

Poster:  Thrasio

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com

ID:   77599

Content Description:

Job Description The Role This position will be integrally involved in implementation of the legal strategy in support of Thrasio. This role will support, advise, and influence an extensive range of legal matters: - Interacting with cross-functional legal and business teams involved in the marketing, sale, licensing, and distribution of products and services; and addressing substantive legal issues related to the intellectual property, compliance, marketing, sale, licensing and distribution of products - Identifying legal issues, providing analysis of enterprise risks, creating and implementing solutions structured to achieve business objectives efficiently. - Possess working knowledge of all Thrasio business lines and the legal issues associated with them, including technology service offerings. Familiarity with standard and fallback positions and ability to pose creative solutions to help meet business needs - Anticipating internal and external bus See More Valid through: 2020-3-14

URL: https://www.theladders.com/job/vp-legal-thrasio-new-york-ny_41871466

Occupation:    11-1011 Chief Executives

Date:   3/9/2020

Title:   Vice President Legal

Poster:   Transtar Industries, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):   TheLadders.com

ID:   74928

Content Description:

About the Company: Industrious is the largest premium flexible workspace provider in the U.S. with over 80 locations in more than 45 U.S. cities. Its Workplace Experience platform, which pairs thoughtfully-designed spaces with hospitality-driven services and amenities, has reshaped the concept of coworking into a scalable solution for companies of all sizes and stages. Since its founding in 2013, Industrious has helped thousands of companies scale their businesses while maintaining the highest NPS scores in the industry. About the Role: As VP of Legal at Industrious, you will lead all of the company's legal efforts. This is an exciting and challenging opportunity as you help navigate the legal needs of a high growth company that is changing rapidly. In this role you'll advise on a wide range of topics, including the following: - Hiring and performance management - You'll be responsible for continuing to b See More Valid through: 2020-5-3

URL: https://www.theladders.com/job/vp-of-legal-transtar1-new-york-ny_42433588

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  1/5/2017

Title:   Singapore Corporate Counsel APAC

Poster:  Medidata Solutions

City:  New York, NY

County:  New York

Ad Job Board(s):    Jobing

ID:   63963

Content Description:

Our Industry: Where we play We know that creativity isn't always on-demand. Developing cutting-edge cloud technology takes great minds and talented people working together in a collaborative environment. That is why we aim to foster an innovative, agile ...

URL: http://newyorkcity.jobing.com/medidata-solutions/singapore-corporate-counsel-apac

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   1/12/2017

Title:   General Counsel

Poster:  Bronx Neighborhood Stabilization Program

City:  Yonkers, NY

County:  Westchester

Ad Job Board(s):    Jobing

ID:   63552

Content Description:

Job ID 2017-1071 # of Openings 1 Job Locations US - NY - Yonkers Posted Date 1/10/2017 Category Management Overview As a member of the Executive Leadership Team, the General Counsel is Leake & Watts chief legal advisor, responsible for overseeing the organizationâ€™ s lÃ©gal affairs, ensuring that the organization operates within the law and governing regulations, counseling on legal issues, limiting risk exposure, serving as an effective guardian of the organization, providing advice and counsel on a wide range of strategic, tactical and operational issues, and facilitating business operations and development.

URL: http://newyork.jobing.com/bronx-neighborhood-stabilization-program/general-counsel

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   1/13/2017

Title:   General Counsel

Poster:   New York City Construction Authority

City:  New York, NY

County:  New York

Ad Job Board(s):    JobTarget

ID:   63512

Content Description:

Job Description The New York City Conflicts of Interest Board is seeking a General Counsel. The Board is an independent City agency and is responsible for administering and enforcing the City's conflicts of interest, annual disclosure, lobbyist gift, and affiliated not-for-profit laws. (See the Board's website at http://nyc.gov/ethics.) Under the direction of the Executive Director, the General Counsel will be responsible for: overseeing the daily operation of the Board's Legal Advice Unit, including supervising, and reviewing the written work of, a Deputy General Counsel, three Legal Advice Attorneys, and one Paralegal; providing oral and written advice on the conflicts of interest law to City employees, in particular agency heads, high-level appointed and elected officials, and their counsel; providing guidance on the conflicts of interest law to members of the public and the press; advising the Board, orally and in writing, on legal matters; advising the Executive Director on legal and personnel matters; drafting complex advisory opinions and staff letters; drafting proposed amendments to Chapter 68 of the City Charter and the Rules of the Board; conducting training sessions on the conflicts of interest law, particularly for high-level appointed and elected officials; and representing the Board at meetings with other City agencies and with state and federal officials. Minimum Qualification Requirements Admission to the New York State Bar; and four years of recent full-time responsible, relevant, satisfactory legal experience subsequent to admission to any bar, eighteen months of which must have been in the supervision of other attorneys, in an administrative, managerial, or executive capacity, or performing highly complex and significant legal work. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Preferred Skills The successful candidate must possess the maturity, discretion, and judgment necessary to handle a myriad of sensitive, and often confidential, matters, and to advise public servants at all levels, including senior appointed and elected officials. Strong writing and analytical skills are also required, as is a temperament suitable to work in and help lead a small, collegial law office. Prior government experience preferred. Residency Requirement New York City residency is generally required within 90 days of appointment. However, City employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview. To Apply To apply for this position, please submit your cover letter, resume, and writing sample electronically using one of the following methods: For City Employees: Go to Employee Self-Service (ESS) - www.nyc.gov/ess. Click on Recruiting Activities > Careers and search for Job ID#274077. For all other applicants: Go to ww.nyc.gov/careers/search and search for Job ID#274077.

URL: http://www.careerwebsite.com/c2/job.cfm?site_id=&jb=32298785

Occupation:     23-1011 Lawyers

Date:   1/13/2017

Title:    Assistant Vice President Counsel Accident Health

Poster:   Arch Capital Group Ltd

City:  Jersey City, NJ

County:  Hudson

Ad Job Board(s):    Jobing

ID:   63525

Content Description:

Job ID 2017-1258 # of Openings 1 Job Locations US - NJ - Jersey City, NJ Category Legal Overview: Coordinates and directs the legal affairs of Accident & Health Division (â€œA&Hâ€). Provides legal counsel and guidance on the ordinary and special activities of the A&H. Ensures maximum protection of A&H legal rights, utilizing broad familiarity with most legal disciplines. Ensures coordination and communication with the Legal Department that results in the appropriate attorneysâ€™ or subject matter expertsâ€™ involvement in the appropriate matters. Participates in the A&H executive management policy deliberations and decisions.

URL: http://newjersey.jobing.com/arch-capital-group-ltd/assistant-vp-and-counsel-accident-health-division

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  1/21/2017

Title:   Senior Associate General Counsel

Poster:  Unitedhealth Group

City: New York, NY

County:  New York

Ad Job Board(s):   AbsolutelyHealthCare

ID:  63086

Content Description:

Bring us your experience, your head for strategy, your strength with relationships and your eye for opportunity. In return we offer an unmatched place to grow and develop your career among a richly diverse group of businesses driven by the power and stability of a leading health care organization. Come help us heal and strengthen the health care system as you do your life's best work.(sm) What makes your Regulatory Affairs career greater with UnitedHealth Group? Growth opportunities with the potential to impact the health care system ensure it will always be challenging and exciting. The Director, Regulatory Affairs should have existing relationships with New York state regulatory and enforcement agencies and will be expected to develop new relationships within these agencies, the New York Health Plan Association, legislative representatives and other interested parties as necessary to ensure effective communication and cooperation in the market. This individual will coordinate with various internal departments and committees to assure operational and procedural compliance with state and federal regulations. The Director will be expected to triage complex compliance regulatory and legal issues affecting the market and should work closely with the regional risk management support team to implement state specific goals. The Director will also work closely with the Local Market CEO and the regional leadership team as a strategic business partner to help achieve business goals in compliance with legal and regulatory requirements. Primary Responsibilities: Provide legal advice and representation to the market CEO and the Leadership team in New York Develop robust relationships with New York regulators, legislative representatives and others as needed Ability to work with UHG affiliates in support of the New York Market business objectives Ability to manage and resolve complex legal and regulatory matters and to clearly and effectively communicate these matters to others internally and externally as needed Ability to influence key internal and external decision makers on key policy issues Ability to advocate policy positions on key issues on state levels Work closely with Government Affairs to review and comment on proposed legislation and influence our agenda on key issues Consult and coordinate with new business/sales/product development/actuarial and underwriting to determine legal and regulatory requirements for commercial products being offered in the marketplace consistent with market Review benefit plans for compliance with state mandates and other healthcare reform requirements Help to manage and resolve consumer complaints as needed Review of operational documents to ensure compliance with statutory/regulatory laws for commercial lines of business. Collaborate with Market Conduct Exam team to review, analyze, and develop/oversee initial implementation project plans and/or corrective action plans to ensure compliance with new or existing laws and regulations and company customer and accreditation requirements. Qualifications: Required Qualifications: JD Admission to the New York Bar 10+ years of experience in a health care legal / regulatory environment Expert level of knowledge of regulatory environments, health care operations, and compliance challenges in the health care/managed care industry Work independently and effectively manage large workload Detail oriented Solid organizational skills Excellent verbal and written communication skills; ability to speak clearly and concisely, conveying complex or technical information in a manger that others can understand, as well as ability to understand and interpret complex information from others Strong interpersonal skills, establishing rapport and working well with others Preferred Qualifications: New York managed care, and / or compliance expertise Prior experience providing legal / regulatory counsel to C-Suite Executives Prior experience effectively managing relationships with New York regulators, Attorney General and Department of Insurance officials Careers with UnitedHealthcare. Let's talk about opportunity. Start with a Fortune 6 organization that's serving more than 85 million people already and building the industry's singular reputation for bold ideas and impeccable execution. Now, add your energy, your passion for excellence, your near-obsession with driving change for the better. Get the picture? UnitedHealthcare is serving employers and individuals, states and communities, military families and veterans where ever they're found across the globe. We bring them the resources of an industry leader and a commitment to improve their lives that's second to none. This is no small opportunity. It's where you can do your life's best work.(sm) Diversity creates a healthier atmosphere: UnitedHealth Group is an Equal Employment Opportunity / Affirmative Action employer and all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, age, national origin, protected veteran status, disability status, sexual orientation, gender identity or expression, marital status, genetic information, or any other characteristic protected by law. UnitedHealth Group is a drug - free workplace. Candidates are required to pass a drug test before beginning employment. Job Keywords: Sr. Associate General Counsel, New York, New York, Albany, NY

URL: http://www.healthjobsnationwide.com/health-admin-jobs/index.php?action=view_job&jobID=8616432-

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

4&d=4&utm_source=healthjobsnationwide&utm_medium=organic&utm_campaign=health-admin

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   1/24/2017

Title:   Associate General Counsel

Poster:  ALMACENES FLAMINGO

City:  New York, NY

County:  New York

Ad Job Board(s):    Jobing

ID:   62986

Content Description:

ID 2017-1284 # of Openings 1 Job Locations US - NY - New York Posted Date 1/23/2017 Category Legal Overview: Discover where your talent fits best at ALMâ€¦ At ALM, weâ€™re reinventing the way professionals use information, news, data, marketing ...

URL: http://newyork.jobing.com/almacenes-flamingo/associate-general-counsel

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   1/25/2017

Title:    Assistant General Counsel Product Business Innovation

Poster:   The PeterSan Group

City:  Morristown, NJ

County:  Morris

Ad Job Board(s):    LinkedIn

ID:   62807

Content Description:

- Fortune 50 Company in Northern, NJ is seeking an Assistant General Counsel to join their new business innovation group. - Experience launching products in a high-tech industry is required. - Work will include reviewing, drafting and negotiating numerous complex contracts simultaneously, including joint marketing agreements, strategic partnership agreements, licensing and vendor agreements. - Further experience in product development, new product innovation and technology is a plus. Work Experience: - Minimum of 10 years of relevant and recent legal practice experience in a similar work environment (i.e., law firm or corporate legal department) with focus on technology and /or software development, including experience supporting the development and launch of mobile applications and services, Internet service platforms and web portals. - Extensive experience with federal and state privacy laws, telecommunications regulations, product development, intellectual property law, and marketing and consumer law required.

URL: https://www.linkedin.com/jobs/view/252515249

Occupation:    23-1011 Lawyers

Date:   1/27/2017

Title:    Associate General Counsel

Poster:  Fidelis Care Group

City:  New York, NY

County:  New York

Ad Job Board(s):    LinkedIn; Jobing

ID:   62734

Content Description:

Location: New York City Regional Office Department: Legal Affairs Fidelis Care offers quality, affordable coverage to residents across the State of New York, including products available through Medicaid, Medicare and the NY State of Health. Fidelis Care was founded on the belief that all New Yorkers should have access to affordable, quality health insurance and that remains our mission to this day to our 1.5 million members.

URL: http://newyorkcity.jobing.com/fidelis-care/associate-general-counsel

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  2/8/2017

Title:    Assistant General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    US.jobs

ID:  62112

Content Description:

Role Assistant General Counsel Auto req ID 20156BR Domain Others (Please specify in the Requisition notes) Skillset Others (Please specify in the Requisition notes) Country USA State / Region / Province California New York Work Location New York, NY Palo Alto, CA Company ITL USA Job Description Infosys - Legal - Assistant General Counsel As you partner with Infosys to leverage new business growth opportunities, our emphasis is on accelerating innovation by delivering path breaking solutions or co-creating it with you. With so many rapidly changing technologies to consider and potentially adopt, our approach is to give you access to the many innovations stemming from Infosys, our award-winning research and development facility. We make you more competitive by injecting into your business the technology prowess to enter new markets and break into new product categories. Wanted: Global Innovators To Help Us Build Tomorrow's Enterprise In the role of Assistant General Counsel, you will be contributing to the strategic direction with respect to business contracting process, dispute resolution management and legal compliance of the organization. You would be also be advising senior management on general legal matters ensuring compliance and region regulatory norms and the organizations risk management parameters, ensuring optimal outcomes from contentious situations within global regulatory norms and policies norms. You will also be involved in developing, modifying and executing company policies that affect immediate operations and may also have company-wide effect. Location for this position is New York, NY. This position may require travel and/ or relocation. U.S. citizens and those authorized to work i

URL: https://my.jobs/0194133aae3d454abaf9bc10d2e4c55d1396

Occupation:    23-1011 Lawyers

Date:  2/9/2017

Title:   Senior Associate General Counsel

Poster:  Unitedhealth Group

City:  Iselin, NJ

County:  Middlesex

Ad Job Board(s):    TAOnline; LocalJobNetwork; AbsolutelyHealthCare; Employment Guide; Recruit.net

ID:   62058

Content Description:

Description Bring us your experience, your head for strategy, your strength with relationships and your eye for opportunity. In return we offer an unmatched place to grow and develop your career among a richly diverse group of businesses driven by the power and stability of a leading health care organization. Come help us heal and strengthen the health care system as you do your life's best work.(sm) What makes your Regulatory Affairs career greater with UnitedHealth Group? Growth opportunities with the potential to impact the health care system and ensure it will always be challenging and exciting. The Director, Regulatory Affairs should have existing relationships with New Jersey state regulatory and enforcement agencies , the New Jersey Health Plan Association, legislative representatives and other interested parties as necessary to ensure effective communication and cooperation in the market. This individual will coordinate with various internal departments and committees to assure operational and procedural compliance with state and federal regulations. The Director will be expected to triage complex compliance regulatory and legal issues affecting the market and should work closely with the regional risk management support team to implement state specific goals. The Director will also work closely with the Local Market CEO and the regional leadership team as a strategic business partner to help achieve business goals in compliance with legal and regulatory requirements. Primary Responsibilities: - Provide legal advice and representation to the market CEO and the Leadership team in New Jersey - Develop robust relationships with New Jersey regulators, legislative representatives and others as needed - Ability to work with UHG affiliates in support of the New Jersey Market business objectives - Ability to manage and resolve complex legal and regulatory matters and to clearly and effectively communicate these matters to others internally and externally as needed - Ability to influence key internal and external decision makers on key policy issues - Ability to advocate policy positions on key issues on state levels - Work closely with Government Affairs to review and comment on proposed legislation and influence our agenda on key issues. - Consult and coordinate with new business / sales / product development / actuarial and underwriting to determine legal and regulatory requirements for commercial products being offered in the marketplace consistent with market - Review benefit plans for compliance with state mandates and other healthcare reform requirements - Help to manage and resolve consumer complaints as needed - Review of operational documents to ensure compliance with statutory / regulatory laws for commercial lines of business - Collaborate with Market Conduct Exam team to review, analyze, and develop / oversee initial implementation project plans and/or corrective action plans to ensure compliance with new or existing laws and regulations and company customer and accreditation requirements Qualifications Required Qualifications: - JD Degree - Admission to the New Jersey Bar - 10+ years of experience in a health care legal / regulatory environment (New Jersey managed care) - Expert level of knowledge of regulatory environments, health care operations, and compliance challenges in the health care / managed care industry - Work independently and effectively manage large workload - Detail oriented - Solid organizational skills - Excellent verbal and written communication skills; ability to speak clearly and concisely, conveying complex or technical information in a manger that others can understand, as well as ability to understand and interpret complex information from others - Strong interpersonal skills, establishing rapport and working well with others Preferred Qualifications: - Compliance expertise - Prior experience providing legal / regulatory counsel to C-Suite Executives - Prior experience effectively managing relationships with New Jersey regulators, Attorney General and Department of Insurance officials Careers with UnitedHealthcare. Let's talk about opportunity. Start with a Fortune 6 organization that's serving more than 85 million people already and building the industry's singular reputation for bold ideas and impeccable execution. Now, add your energy, your passion for excellence, your near-obsession with drivi

URL: http://www.recruit.net/job/associate-general-counsel_iselin-nj_jobs/D332A2F539741D29

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  2/17/2017

Title:   Corporate Counsel

Poster:  Cognizant Technology Solutions

City:  Teaneck, NJ

County:  Bergen

Ad Job Board(s):    LocalJobNetwork; Jobing; TweetMyJobs

ID:  69222

Content Description:

Corporate Counsel Position Qualifications Cognizant has an immediate opening for a corporate in-house attorney with at least three years experience in a top law firm and an additional two years experience in an in-house legal department. The ideal candidate must demonstrate the ability to draft, negotiate, and manage complex global outsourcing deals with limited supervision, and should possess excellent communication and organizational skills. The attorney would be expected to work directly with business account team members and advise on a variety of day-to-day legal matters. Experience with outsourcing, intellectual property licensing, or information technology contract negotiation preferred. The successful candidate will report to Cognizant's General Counsel for North America. Some travel required. Candidates can be based in Teaneck, NJ; Salt Lake City, UT; Dallas, TX; or Denver, CO. Information about Cognizant Cognizant is a leading provider of information technology, consulting, and business process outsourcing services, dedicated to helping the world's leading companies build stronger businesses. Cognizant combines a passion for client satisfaction, technology innovation, deep industry and business process expertise, and a global, collaborative workforce that embodies the future of work. Cognizant is a member of the NASDAQ-100, the S&P 500, the Forbes Global 2000, and the Fortune 500; and is ranked among the top performing and fastest growing companies in the world.

URL: http://newjersey.jobing.com/cognizant-technology-solutions/corporate-counsel-teaneck-nj-2-19328965

Occupation:   23-1011 Lawyers

Date:   2/19/2017

Title:   Corporate Counsel

Poster:  Medidata Solutions

City:  New York, NY

County:  New York

Ad Job Board(s):   US.jobs; Jobing

ID:   61616

Content Description:

Our Industry: Where we play We sit at the intersection of technology and Life Sciences industries. Humbly, we've been told that we are the leader in application software for the clinical development process, tackling real-world problems and making ...

URL: http://newyorkcity.jobing.com/medidata-solutions/corporate-counsel

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  3/10/2017

Title:   Vice President Corporate Counsel Chief Legal Officer PAD

Poster:  Prudential

City:  Newark, NJ

County:  Essex

Ad Job Board(s):   Prudential

ID:  60495

Content Description:

Description Prudential is looking for a dynamic and experienced attorney to fill a high profile opening. This attorney will be the Chief Legal Officer of Prudential Annuities Distributors, a registered FINRA broker-dealer, and responsible for handling a full range of legal matters that arise in connection with the sale and distribution of annuity and insurance products issued by Prudential. Among this attorney's responsibilities will be the provision of counsel to and representation of Prudential's Annuities business unit. The attorney will provide counsel and advice to various internal business units and management, as well as to other members of the Law Department. Primary Duties and Responsibilities: - Providing legal and regulatory advice and counsel to the wholesaling broker-dealer distributing annuities. - Providing legal and regulatory advice and counsel to Prudential's annuity business. - Working on matters related to the distribution of Prudential's insurance and advisory products. - Representing and counseling insurers and broker-dealers before Federal and State Regulators, and Self-Regulatory Organizations. - Coordinating with Compliance and Risk Management Departments to provide legal analysis and counsel in connection with the sale, distribution and wholesaling of annuities, and related products. - Keeping management and other personnel up to date on pertinent legal, regulatory and industry developments. - Perform other assignments and projects, as assigned.

URL: https://pru.taleo.net/careersection/2/jobdetail.ftl?job=ANN000JT

Occupation:     23-1011 Lawyers

Date:   3/16/2017

Title:    Advertising Assistant General Counsel

Poster:   Page Group New York

City:  New York, NY

County:  New York

Ad Job Board(s):     Monster

ID:   69030

Content Description:

Exciting opportunity to join the dynamic legal team of a multinational corporation. The Senior Counsel will be focused on advertising, marketing, IP and commercial contracts. Client Details Global business services media company. Description The Senior Counsel will be required to work closely with other members of the legal team on a day to day basis, with the primary responsibilities involving: Advertising law: Advertising review : Review advertising materials to identify potential false advertising, copyright and trademark issues, right of privacy, right of publicity and other legal issues. Advertising compliance: Verify all advertisements are compliant with FTC, CARU, various state laws and other industry regulations. IP Law: Trademark: Trademark searches and review Commercial Contracts: Draft review and negotiate: licenses, agency agreements, client agreements, celebrity talent agreements, digital agreements, advertising agreements, marketing agreements, terms and conditions, vendor agreements, software agreements Contract templates: Create contract templates and forms to ensure contract management database is continuously updated Profile Candidate Profile: JD from a US accredited law school Member of a US State Bar 5-8 years of experience dealing with advertising law (review and compliance), marketing sweepstakes and promotions, IP and commercial contracts - gained in-house Excellent written and verbal communication skills Team player Job Offer Competitive base salary with bonus potential. Great team environment. Exciting brand.

URL: http://jobview.monster.com/Assistant-General-Counsel-Advertising-Job-New-York-NY-US-181346149.aspx?WT.mc_n=sk_feed_wantedtech

Occupation:    23-1011 Lawyers

Date:  3/21/2017

Title:    SVP Distribution Legal

Poster:  Lucas Group

City:  New York, NY

County:  New York

Ad Job Board(s):    Association of Corporate Counsel; CareerBuilder; Lucas Associates Inc

ID:  59921

Content Description:

IN-HOUSE COUNSEL ROLE â€" NYC Our client, a thriving television network, is seeking to bring on an attorney to head its distribution team from the legal side. The role will involve working closely with the Head of Distribution, the Distribution team, and CEO to provide timely and thoughtful advice on potential risks, issues and consequences of distribution framework and other strategic initiatives. The ideal candidate will have a bevy of distribution experience preferably for another television network. Please send queries or resume to Andrew Federman, afederman@lucasgroup.com

URL: http://www.lucasgroup.com/executive-jobs/job-search-results?JobID=218355

Occupation:     23-1011 Lawyers

Date:   3/27/2017

Title:   Svp Counsel

Poster:   The Page Group, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    Monster

ID:   59593

Content Description:

Exciting opportunity to join a global media company as an SVP, Counsel, focused on marketing law commercial contracts and IP related matters. Client Details Global media brand with top-notch legal team. Description Reporting to the General Counsel, the SVP, Counsel, US will be focused on a wide range of legal matters in a very fast-paced, dynamic environment. Drafting and negotiating a wide range of complex commercial contracts and agreements, including: NDAs, MSAs, SOWs, vendor agreements, MSPs, IP related agreements, advertising agreements, marketing agreements, talent agreements, licensing agreements, etc. Reviewing advertising materials for compliance with FTC, FDA, CARU regulations Oversee sweepstakes, contests and promotional initiatives Perform trademark searches and clearances Advise business leaders on privacy law matters Work collaboratively with other members of the legal team Advise internal and external clients in a concise and timely manner Profile Candidate Profile JD from a U.S. accredited law school 6-12 years of experience gained at a combination of a top law firm and in-house Admission to NY State Bar Must be an expert at drafting and negotiating a wide range of complex commercial agreements, including: NDAs, MSAs, SOWs, vendor agreements, MSPs, IP related agreements, advertising agreements, marketing agreements, talent agreements, licensing agreements, etc. Must have experience dealing with marketing and advertising compliance and regulations (FTC, CARU, state laws) Must have a very solid understanding of intellectual property law as it relates to trademarks and copyrights Experience conducting trademark searches and clearances Experience dealing with privacy-related matters (CIPP highly preferred) Excellent written and verbal communication skills (Exceptional drafter of contracts) Team player with outgoing personality Job Offer Competitive base salary, bonus structure, excellent organization!

URL: http://jobview.monster.com/SVP-Counsel-US-Job-New-York-NY-US-182286490.aspx?WT.mc_n=sk_feed_wantedtech

Occupation:      23-1011 Lawyers

Date:  4/3/2017

Title:    Head Legal Affairs Business Strategy SVP Astronaut

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    US.jobs

ID:  68806

Content Description:

Head of Legal Affairs and Business Strategy, SVP, Astronauts Wanted All times are in Central Daylight Time. Job ID 2017-5907 # Positions 1 Location US - NY - New York Posted Date 4/3/2017 Category Legal - Attorney Level Senior Overview: Sony Music Entertainment is a global recorded music company with a roster of current artists that includes a broad array of both local artists and international superstars, as well as a vast catalog that comprises some of the most important recordings in history. Sony Music Entertainment is a wholly owned subsidiary of Sony Corporation of America. Sony Music is committed to providing equal employment opportunity for all persons regardless of age, disability, national origin, race, color, religion, sex, sexual orientation, gender identity or expression, pregnancy, veteran or military status, genetic information or any other status protected by applicable federal, state, or local law. Astronauts Wanted (the digital studio joint venture between Judy McGrath, former Chairperson/CEO of MTV Networks, and Sony Music Entertainment) seeks to hire a Counsel, Legal & Business Affairs. The Counsel will be responsible for managing all business and legal affairs matters for Astronauts Wanted (AW), and partner with and provide business and legal affairs advice senior management as well as AW's business units on all aspects of AW's business. Specifically, the Counsel's responsibilities will include: Responsibilities: Drafting and negotiating a range of agreements related to the development, distribution and production of digital and television (linear) content, including development agreements, shopping agreements, production agreements, distribution agreements, non-disclosure agreements, consultant agreements, and vendor/services agreements. Advising on day-to-day inquiries from internal business units, including contract review and analysis. Managing the selection and engagement of outside counsel as needed Interface with AW's leadership teams, and provide support, advice and counsel on key matters and concerns. Responsible for deals for development & sales (branded clients & traditional and digital platforms ) and distribution partnerships. Qualifications: Education The successful candidate holds a law degree from an American top-tier law school, is a member of the New York state bar, and satisfies the requirements for practicing in-house attorneys. Experience The Counsel must be an experienced attorney with the legal background and interpersonal skills/gravitas to function successfully in a visible and legally complex and challenging position within a start-up/creative environment. The following background is strongly preferred: Possess a proven record of professional excellence and achievement with a minimum of 5+ years of progressive broad corporate/commercial and entertainment law experience as a practicing attorne

URL: https://my.jobs/49b818a2f0d941b3b3e2264cbedcbc021396

Occupation:    23-1011 Lawyers

Date:    4/18/2017

Title:    Senior Corporate Counsel

Poster:  LF USA

City:  New York, NY

County:  New York

Ad Job Board(s):    Lf USA Inc.

ID:    68039

Content Description:

The Senior Corporate Counsel â€" North America, will be a member of the Legal Department, report directly to the General Counsel of Global Brands Group, and provide support to the President of Global Brands Group, North America in the following areas of legal expertise: - Primary responsibility for joint venture arrangement with key business partners, and acquisition and disposition of business operations in North America including managing legal integration of newly acquired businesses. - Draft, review, negotiate and interpret a variety of material licensing and corporate agreements, including trademark licenses, distribution and supplier agreements. - Management of legal entity formation and corporate oversight of all U.S. operating subsidiaries.

URL: https://careers-globalbrandsgroup.icims.com/jobs/11400/senior-corporate-counsel/job?in_iframe=1

Occupation: 23-1011 Lawyers

Date: 4/19/2017

Title: Corporate Counsel

Poster: Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s): US.jobs

ID: 67984

Content Description:

Role Corporate Counsel Auto req ID 21704BR Domain IT Service Management Skillset Payer , Legal Country USA State / Region / Province Illinois New York Work Location Chicago, IL New York, NY Company ITL USA Job Description mso-fareast-font-family:"Times New Roman";mso-bidi-font-family:"Times New Roman"; color:#333333;mso-ansi-language:EN">Infosys is a global leader in technology services and consulting. We enable clients in more than 50 countries to create and execute strategies for their digital transformation. From engineering to application development, knowledge management and business process management, we help our clients find the right problems to solve, and to solve these effectively. Our team of 199,000+ innovators, across the globe, is differentiated by the imagination, knowledge and experience, across industries and technologies, that we bring to every project we undertake. Wanted: Global Innovators to Help Us Build Tomorrow's EnterpriseIf you are interested in being part of a learning culture, where teamwork and collaboration are encouraged, excellence is rewarded, and diversity is respected and valued, take a moment and explore the below job opportunity. Infosys Limited is seeking an in-house attorney to join the Americas Legal team supporting the Infosys Sales teams in the U.S, Canada and Latin America. The position will report to the Senior Counsel - Head of the Americas (Commercial) Legal team and will be primarily responsible for the following: negotiating various agreements with external clients and vendors; providing legal and business counsel to internal clients to resolve issues; managing external counsel (as applicable); ensuring that all agreements are concluded in accordance with Infosys'

URL: https://my.jobs/813c2c072af44c6c8d48c438a9d3962c1396

Occupation:     23-1011 Lawyers

Date:   4/19/2017

Title:   Senior Corporate Counsel

Poster:  Assigned Counsel, Inc.

City:  Jersey City, NJ

County:  Hudson

Ad Job Board(s):    lawjobs

ID:   68016

Content Description:

IN-HOUSE -- Busy North Jersey corporation seeks experienced corporate counsel to join its legal team. Candidates must have experience: Reviewing, drafting and managing contracts and RFPs including, but not limited to, client contracts, vendor contracts, sales and purchase agreements, leases: Providing counsel in the identification, implementation and maintenance of company information privacy policies and procedures; Performing initial and follow-up information privacy risk assessments and conducting related and ongoing monitoring activities; Handling all compliance issues related to company's privacy practices. NJ bar is required, as is 5+ years experience working with contract law and compliance. Candidates must have knowledge of and experience with information privacy laws, access, release of information and release control technologies. Must also have knowledge of and ability to apply principles of health information management, project management and change management. Prior in-house experience and experience in managed care compliance is HIGHLY DESIRABLE. Candidates who meet the above requirements should email resumes to sheyer@assignedcounsel.com along with a cover note highlighting relevant experience. Qualified candidates will be contacted - thank you!

URL: http://lawjobs.com/job/senior-corporate-counsel-north-jersey-new-jersey-170676

Occupation:     23-1011 Lawyers

Date:   4/26/2017

Title:   Associate General Counsel

Poster:   Blue Cross and Blue Shield Association

City:  Newark, NJ

County:  Essex

Ad Job Board(s):     JobNetwork; LocalJobNetwork; US.jobs

ID:   74577

Content Description:

Job ID: FJT042017-09702 Description: Job Summary: The Associate General Counsel is responsible for providing legal advice to the company relating to various areas of assigned specialization, with particular focus on privacy and security matters. Responsibilities: Serves as privacy and information security subject matter expert. Monitors federal, state, and local laws and regulations relating to data privacy and information security. Provides advice to management on legal issues concerning company business and, specifically, provides guidance to the Privacy Office, Information and Cyber Security Office and other functional groups managing privacy and security initiatives for the company. Handles legal inquiries from within the company. Develops and maintains internal client relationship and provides coordination with outside counsel when necessary. Collaborates with internal and external teams to address and resolve all privacy and security incidents. Responds with legal opinion as appropriate. Prepares summaries of legal matters, as necessary. Serves on various internal committees as both participant and counsel, as required. Performs other duties as assigned by management Provides advice to management on legal issues relating to privacy, information security, intellectual property, information security and vendor contracting. Reviews and negotiates business associate agreements and serves as lead in reviewing and analyzing contract terms regarding confidentiality, privacy and information security. Monitors changes in the legal environment and assists business to ensure compliance. Reviews and negotiates other sophisticated complex contracts such as license agreements, master services agreements, purchase and sale agreements, and other vendor agreements. Education/Experience: Knowledge of applicable federal and state information security and privacy laws, including but not limited to HIPAA/HITECH. Experience drafting, negotiating and enforcing high volume of contracts in a time sensitive environment Requires a minimum of four (4) years experience in the practice of law, preferably in a corporate legal department or law firm, as appropriate. Requires Juris Doctor from accredited law school. Additional licensing, certifications, registrations: NJ Bar Admission or eligibility to obtain limited license for in-house counsel Knowledge: Must be proficient in the use of personal computers and supporting software in a Windows based environment, including MS Office products (Word, Excel, PowerPoint) and Lotus Notes; Should be knowledgeable in the use of intranet and internet applications. Skills and Abilities: Excellent Analytical Skills Practical and Prompt Problem Solving Skills Business Acumen/Understanding the Organization Conflict Management Interpersonal & Client Relationship Skills Attention to Detail Organizational Skills Information Gathering Highly Collaborative and Forward Thinking Excellent Judgment Excellent Oral and Written Communication Skills Enjoys working in team environment Confident, effective and positive negotiator Ability to take initiative and work independently Horizon Blue Cross Blue Shield of New Jersey is an Equal Opportunity/Affirmative Action employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, sexual orientation, gender identity, protected veteran status or status as an individual with a disability and any other protected class as required by federal, state or local law. Requirements: Education JD Job Level Individual Contributor Expertise Legal & Compliance Job Type Full Time Location Newark, NJ

URL: https://www.newjerseyjobnetwork.com/job/detail/24738730/Associate-General-Counsel

Occupation:  23-1011 Lawyers

Date:  5/2/2017

Title:  Associate General Counsel

Poster:  Poster Not Listed

City:  Newark, NJ

County:  Essex

Ad Job Board(s):  US.jobs

ID:  67338

Content Description:

Responsibilities: Serves as privacy and information security subject matter expert.Monitors federal, state, and local laws and regulations relating to data privacy and information security.Provides advice to management on legal issues concerning company business and, specifically, provides guidance to the Privacy Office, Information and Cyber Security Office and other functional groups managing privacy and security initiatives for the company.Handles legal inquiries from within the company.Develops and maintains internal client relationship and provides coordination with outside counsel when necessary.Collaborates with internal and external teams to address and resolve all privacy and security incidents.Responds with legal opinion as appropriate.Prepares summaries of legal matters, as necessary.Serves on various internal committees as both participant and counsel, as required.Performs other duties as assigned by managementProvides advice to management on legal issues relating to privacy, information security, intellectual property, information security and vendor contracting.Reviews and negotiates business associate agreements and serves as lead in reviewing and analyzing contract terms regarding confidentiality, privacy and information security.Monitors changes in the legal environment and assists business to ensure compliance.Reviews and negotiates other sophisticated complex contracts such as license agreements, master services agreements, purchase and sale agreements, and other vendor agreements.Education/Experience:Knowledge of applicable federal and state information security and privacy laws, including but not limited to HIPAA/HITECH.Experience drafting, negotiating and enforcing high volume of contracts in a time sensitive environmentRequires a minimum of four (4) years experience in the practice of law, preferably in a corporate legal department or law firm, as appropriate.Requires Juris Doctor from accredited law school.Additional licensing, certifications, registrations:NJ Bar Admission or eligibility to obtain limited license for in-house counselKnowledge:Must be proficient in the use of personal computers and supporting software in a Windows based environment, including MS Office products (Word, Excel, PowerPoint) and Lotus Notes; Should be knowledgeable in the use of intranet and internet applications.Skills and Abilities:Excellent Analytical SkillsPractical and Prompt Problem Solving SkillsBusiness Acumen/Understanding the OrganizationConflict ManagementInterpersonal & Client Relationship SkillsHorizon Blue Cross Blue Shield of New Jersey is an Equal Opportunity/Affirmative Action employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, sexual orientation, gender identity, protected veteran status or status as an individual with a disability and any other protected class as required by federal, state or local law.For more details see online:URL

URL: https://my.jobs/80bdd663c7584b088e694fbea71b1ae31394

Occupation:    23-1011 Lawyers

Date:  5/7/2017

Title:  General Counsel

Poster:  FORTA Corporation

City:  New York, NY

County:  New York

Ad Job Board(s):    AngelList

ID:  67067

Content Description:

We are looking for an experienced lawyer to help with a variety of legal tasks, ranging from standard contracts to new partnership agreements. We would like this person to commit to 10 hours per week, and if you're a stud startup player and want to commit more than we are interested in discussing that as well!

URL: https://angel.co/forte-2/jobs/236322-general-counsel

Occupation:    23-1011 Lawyers

Date:   5/7/2017

Title:   Office Senior General Counsel

Poster:   Pepsi

City:  Purchase, NY

County:  Westchester

Ad Job Board(s):    JobNetwork

ID:   67074

Content Description:

The position of Senior Counsel, Office of the General Counsel (OGC), reports to the EVP and general counsel of PepsiCo and plays a critical role in supporting the general counsel and members of the OGC leadership team. This role will serve as a 2-year rotational assignment. Main Purpose: The role is one of the general counsel's senior advisors and critical for the day-to-day management of the general counsel's office. The role is responsible for keeping the flow of work throughout the function moving in the right direction, while ensuring critical matters are kept top-of-mind at all times. The position advises the general counsel on a wide-array of matters and may represent his views to internal and external stakeholders. This will be accomplished through demonstrating: exceptional judgment, comfort in navigating ambiguous situations, a strong ability to understand the various legal and public policy complexities associated with operating in a global market, the ability to influence and provide direction to individuals several levels above this role, and the ability to work with other functions regularly in a collaborative manner. Additionally, this individual must ensure that complex and often cross-function projects move forward in a collaborative manner while achieving the priorities of the general counsel. Accountabilities: - Provide support to the EVP and general counsel of PepsiCo, often times speaking and directing on his behalf. - Provide informed advice to the general counsel on urgent or high-priority matters that span the breadth of the function. - Work closely with deputy general counsels and other OGC leadership team members to ensure the function's priorities are being met. - In coordination with OGC leadership team members, track and manage deliverables with monthly update reviews at OGC leadership meetings. - Lead outside counsel diversity initiatives, including Outside Counsel Selection Policy, Outside Counsel Diversity Survey, Thompson Fellowship Program, and other related programs. - Develop, execute, and manage special initiatives. - Brief general counsel on priority matters on a timely basis. - Draft, review and revise work product (legal and non-legal memos, briefings, presentation decks, etc.) before and after general counsel's review. - Manage and oversee general counsel's internal and external engagements. Qualifications: - Juris Doctorate or international equivalent - Minimum 10 years of law firm, government, and/or corporate legal experience - Ability to work independently, using sound judgment, in an environment that is often ambiguous and dynamic - Exceptional communication skills, both written and verbal; extensive experience revising and editing written work product with an attention to detail and an eye towards concision - Ability to triage and balance competing priorities in a fast-paced environment - Ability to "manage up" and influence leaders several levels above this role - Ability to effectively work in a matrixed environment - Experience in or strong willingness to learn public policy and government affairs - Culturally and politically astute - Intellectually curious and quickly internalizes feedback - Solutions-oriented - Ability to handle constant high-volume workload - Experience handling highly-confidential and sensitive information; discretion is paramount Special Notes - Applications will be reviewed on a rolling basis, and this posting will close on May 11. - Candidates selected for interviews will be notified on May 12. - In-person (Purchase, NY) or telepresence interviews will occur on May 15 and 16. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, protected veteran status, or disability status. PepsiCo is an equal opportunity employer Minorities/Females/People with Disabilities/Protected Veterans/Sexual Orientation/Gender Identity. If you'd like more information about your EEO rights as an applicant under the law, please download the available EEO is the Law (http://pep.jobs/eeo-poster) & EEO is the Law Supplement (http://pep.jobs/eeo-poster-supplement) documents by copying and pasting the appropriate URL in the address bar of your web browser. To view our Pay Transparency Statement, please click here: Pay Transparency Statement Job Ref: 118924BR

URL: http://www.newyorkjobnetwork.com/job/detail/25033360/Senior-Counsel-Office-of-the-General-Counsel

Occupation:    23-1011 Lawyers

Date:   5/11/2017

Title:    Assistant General Counsel Privacy

Poster:   AOL

City:  New York, NY

County:  New York

Ad Job Board(s):    AOL, Inc.; Recruit.net

ID:   66860

Content Description:

- Reports to Global Privacy Leader. - Provide legal counsel, strategic advice and business guidance on privacy matters, with particular focus on digital advertising issues and compliance. - Provide guidance on global data protection laws, regulations, industry standards, self-regulatory requirements, and best practices. - Review and negotiate contracts. - Review and provide privacy guidance on new products and services. - Keep current on global legislative, judicial and regulatory privacy developments. - Build constructive internal relationships. Additional Information EEO/AA Women, Minorities, Veterans, and Individuals with Disabilities Employer: AOL offers a competitive salary and benefits package, including 401(k) match and performance bonus. All qualified applicants will receive consideration for employment without regard to, and will not be discriminated against based on, race, gender, color, religion, national origin, sexual orientation, gender identity, veteran status, disability or other protected category.

URL: https://jobs.smartrecruiters.com//Aol/115339522-assistant-general-counsel-privacy-nyc-or-sf-

Occupation: 23-1011 Lawyers

Date: 5/12/2017

Title: SVP Distribution Legal

Poster: Lucas Group

City: New York, NY

County: New York

Ad Job Board(s): Lucas Associates Inc

ID: 66731

Content Description:

IN-HOUSE COUNSEL ROLE - NYC Our client, a thriving television network, is seeking to bring on an attorney to head its distribution team from the legal side. The role will involve working closely with the Head of Distribution, the Distribution team, and CEO to provide timely and thoughtful advice on potential risks, issues and consequences of distribution framework and other strategic initiatives. The ideal candidate will have a bevy of distribution experience preferably for another television network. Please send queries or resume to Andrew Federman, afederman@lucasgroup.com

URL: https://www.lucasgroup.com/executive-jobs/job-search-results?JobID=218355

Occupation:    23-1011 Lawyers

Date:   5/12/2017

Title:   Assistant Corporate Counsel

Poster:  Poster Not Listed

City: Lakewood, NJ

County:  Ocean

Ad Job Board(s):    LinkedIn; CareerBuilder

ID:   66792

Content Description:

Assistant Corporate Counsel Lakewood, NJ A legal team in Lakewood, NJ is seeking an Assistant Corporate Counsel with 2-5 years law firm experience to maintain full responsibility of handling day-to-day business operations, including drafting policies and contracts, utilizing internal controls for compliance, and assisting with legal research in a fast paced environment. This position is responsible for administering all necessary legal services in conjunction with in-house or outside counsel. Duties & Responsibilities include, but not limited to: Assists the internal General Counsel with the drafting, review, and revision of contracts in accordance with the Company's legal and business requirements Drafts and revises correspondence and other legal documents Assists in addressing legal, regulatory and compliance issues Assists with the drafting of policies and procedures for the company and its affiliates Ensures contracts are vetted through the required corporate reviews and approvals Assists with the processing and management of change orders and contract amendments Assists with compliance monitoring for the Legal Department or other business units as requested Assists with performing legal research and drafting memoranda, as needed Assists with reporting department metrics

URL: http://www.careerbuilder.com/job/J8Q89D6JLZCDYBWGR7X?ipath=JRG28&searchid=4cdd73de-b2b7-4b6b-88fd-4effb35b8c31&siteid=cbnsv

Occupation:    23-1011 Lawyers

Date:   5/20/2017

Title:   Corporate Counsel

Poster:   WeWork

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork; WeWork

ID:   66307

Content Description:

About the Role: WeWork is seeking a Counsel, Corporate to work with the compliance team to provide legal counsel on liquor licensing, hospitality, and regulatory matters. Responsibilities: - Primary manager and advisor on WeWork's alcohol program for all US, Canada, and Australia jurisdictions, including all aspects of licensing for existing and new locations for WeWork, WeLive, and other business lines as may be developed, as well as special retail projects in those jurisdictions. - Advise on alcohol service compliance for events, and any alcohol-related issues with members. - Coordinate with Regional General Counsels on liquor licensing in APAC, LATAM, and EMEA. - Take on additional projects as they arise. Qualifications: - JD and excellent academic credentials - 2+ years of firm or in-house experience (a combination of both is preferred) - Able to work under pressure, manage multiple projects at once, meet deadlines - Strong understanding of the interplay between legal and business risk - Able to communicate positively, effectively, and efficiently with members of various internal teams, outside counsel, regulators, and community members - A multi-tasker with excellent attention to detail - Ability to understand business needs, demonstrate sound judgment, and partner with the business teams to formulate solutions About WeWork WeWork is the community of creators. We provide the space, community and services for over tens of thousands of members to do what they love and create their life's work. WeWork's mission is to build a world where people work to make a life, not just a living. Our own team members are central to this mission. The WeWork team is a group of entrepreneurial, grateful individuals who deeply believe in what we are creating and in the power of "we". We challenge convention and achieve amazing things through dedication and collaboration. WeWork transforms buildings into beautiful, collaborative work spaces and provides infrastructure, services, events and technology so our members can focus on doing what they love. Our team members value the WeWork concept and there is a contagious energy in our offices as we work towards accomplishing our goals. Our hunger for building great spaces, empowering small businesses and connecting interesting people hasn't yet begun to be satisfied. We are just getting started, and our journey gets increasingly more exciting as team members join our mission! Our values guide who we are and everything that we do. Inspired We do what we love and are connected to something greater than ourselves. Entrepreneurial We are creators, leaders and self-starters. We try new things; we challenge convention; and we're not afraid to fail. Authentic We are genuine to our brand, mission and values. We're not perfect and we don't pretend to be. We are, though, always honest and as transparent as we can be. Tenacious We never settle. We get sh*t done and we get it done well. Be persistent and knock down walls - literally if you have to. You have our permission. Grateful We are grateful for each other, our members, and to be part of this movement. We don't take success for granted. We're happy to be alive. Together We are in this together. This is a team effort. We always look out for one another. We value empathy; we know we're all human, and know we can't do any of this alone.

URL: http://www.coloradojobnetwork.com/job/detail/25306694/Counsel-Corporate

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   5/25/2017

Title:   Office General Counsel Attorney

Poster:   Fragomen, Del Rey, Bernsen & Loewy, LLP

City:  Matawan, NJ

County:  Monmouth

Ad Job Board(s):    JobNetwork

ID:   74307

Content Description:

Job Title Contract Privacy Attorney Location US-Matawan Job Description Summary Fragomen Worldwide, an AmLaw 100 Firm and the leading global immigration services provider, is looking for a Contract Attorney for a 14-month position to work closely with our Office of General Counsel and Office and Audit and Data Privacy on a large-scale vendor project, as a part of the overall GDPR Compliance initiative. Job Description Responsibilities - This position will work closely with the Office of General Counsel and Office of Audit and Privacy to manage a project involving the planning, coordination, and implementation of the Firm's vendor management program with respect to contract review, negotiation, and implementation. - Assist Office of General Counsel with ongoing projects related to vendor management such as due diligence and third party vendor review. - Assist the Office of General Counsel and Office of Audit and Privacy in other legal compliance related projects and tasks as necessary that may include general contract review and related activities ( e.g. , NDAs, engagement letters, Requests for Proposal, etc.). Qualifications and Skills - JD and admission to NJ Bar Required - Minimum of two years prior experience in law firm or corporate counsel setting - Experience with contract management and review including negotiating contractual terms required - Highly organized, responsive, and able to multitask - Able to work as part of a team and gain support and consensus with multiple stakeholders - Ability to create project documents including planning, tracking, and reporting metrics - Keen attention to detail and accuracy to analyze and finalize documents. - Strong communication skills, both written and oral - Project management experience in the legal field preferred but not required

URL: https://www.newjerseyjobnetwork.com/job/detail/25413376/Contract-Attorney-Office-of-General-Counsel

Occupation: 23-1011 Lawyers

Date: 5/31/2017

Title: Assistant General Counsel

Poster: The PeterSan Group

City: Morristown, NJ

County: Morris

Ad Job Board(s): LinkedIn

ID: 65862

Content Description:

Our client, a dynamic Fortune 150 company headquartered in New Jersey, is seeking an experienced attorney to join their growing legal team, focusing on commercial activities related to a multi-billion dollar business unit. This role will be responsible for leading and coordinating all aspects of the business' commercial contracting activities, including reviewing, approving, drafting and consulting on all sales contract activity affecting business enterprise, and will supervise a global team of contract managers that handle day-to-day commercial contracting across diverse range of industries. They will also serve as the lead legal negotiator for key strategic, high-dollar commercial agreements with major customers, supporting commercial team, briefing executive team and directly negotiating with customer attorneys and executives, and will advise business executives and managers on a broad range of legal, regulatory, and compliance matters in areas ranging from contract/commercial law to antitrust to intellectual property; Candidates must have the following qualifications in order to be considered: - A strong academic record from top schools - Five to twelve years of working experience with commercial negotiations and contract issues - Both major law firm and in-house experience is required - Proven ability to counsel and influence all levels of senior management on a regular basis

URL: https://www.linkedin.com/jobs/view/319181282

Occupation:    23-1011 Lawyers

Date:   6/2/2017

Title:   Vice President Product Counsel GRS

Poster:   Execunet

City:  Florham Park, NJ

County:  Morris

Ad Job Board(s):    Retirement Jobs; CareerBuilder

ID:   65717

Content Description:

Job Responsibilities: Draft property and casualty lines policy forms and endorsements. Advise underwriters regarding property and casualty lines policy terms, coverage issues, and related legal issues. Assist underwriters in the negotiation of product coverage terms. Review and approve legal documents such as non-disclosure agreements (NDAs) and vendor agreements. Collaborate with various functional areas across the organization, including underwriting, claims, actuarial, legal, and regulatory compliance in creating products. Provide product-related regulatory compliance support. Identify opportunities for, and contribute to, continual improvement of team processes. Other duties as determined by management. Qualifications: Juris Doctor degree, admission to the bar of one state, and eligibility for in-house bar admission in New Jersey required. Minimum of (6) years of relevant experience as in-house counsel at an insurance company or combination of in-house and law firm experience. Substantial property and casualty lines policy drafting experience. Excellent analytical reasoning and problem-solving skills. Outstanding legal writing skills. Candidates may be asked to provide a writing sample. Exceptional attention to detail. Strong organizational and time management skills. Ability to make decisions with limited information and see issues through to resolution. Excellent spoken and written communication skills, including the ability to communicate effectively to both technical and non-technical audiences and to all levels of management. Regulatory expertise relating to product filings and state required policy provisions. Experience managing relationships with senior management. Ability to work independently and as part of a cross-functional team. Strong commitment to providing superior client service.

URL: http://www.careerbuilder.com/job/J3H75P64M2065CZLL6Z?ipath=JRG7&searchid=4a7da262-a529-44ef-b0c7-43e210d14566&siteid=cbnsv

Occupation:    23-1011 Lawyers

Date:   6/9/2017

Title:    Assistant General Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    craigslist

ID:   65330

Content Description:

The Andrew W. Mellon Foundation ("Foundation") is a not-for-profit, grantmaking organization that seeks to strengthen, promote, and, where necessary, defend the contributions of the humanities and the arts to human flourishing and to the well-being of diverse and democratic societies. It makes grants in five core program areas (higher education and scholarship in the humanities; arts and cultural heritage; diversity; scholarly communications; and international higher education and strategic projects). The Foundation seeks an Assistant General Counsel. Summary: The Foundation seeks an experienced, high-performing attorney with background in exempt organization and/or intellectual property law. The Assistant General Counsel will assist the Vice President, General Counsel & Secretary and Associate General Counsel in providing legal representation to the Foundation on a wide range of matters. Position Details: The Assistant General Counsel reports directly to the Vice President, General Counsel & Secretary and works closely with the Associate General Counsel, outside counsel, grant management associates, and program and operational staff throughout the Foundation. Among the responsibilities of the Assistant General Counsel are the following: - Assist in providing day-to-day legal counsel to Foundation staff on a wide variety of subjects, particularly in exempt organization, tax, intellectual property, contract, grant, and employment matters - Draft and review provisions of grant award letters and other grant-related documents - Draft, negotiate, and review numerous contracts, including intellectual property agreements - Keep current on new and emerging laws relevant to Foundation work, conduct legal research, and write legal and other memoranda for a range of audiences - Advise and provide training on the interpretation and application of laws and policies - Participate in and advise as needed on special projects throughout the Foundation - Assist in monitoring compliance with tax and not-for-profit corporation laws applicable to private foundations - Coordinate work with outside counsel. - Travel required Required Skills and Experience: The successful candidates will have the following qualifications: - A J.D. and at least 6 years of legal experience including experience with exempt organization law. Knowledge of private foundation law and/or intellectual property law is required - Superior academic record and writing and speaking abilities - Excellent negotiation, legal drafting, organizational, and interpersonal skills - Demonstrated track record of providing a positive, creative, problem-solving approach to challenging legal issues - Outstanding work ethic and attention to detail - Ability to manage a heavy workload, to handle multiple tasks effectively and efficiently, and to meet tight deadlines in a fast-paced work environment - Significant experience that demonstrates professionalism, outstanding judgment, discretion, and integrity - Ability to work both independently and collaboratively with colleagues - Ability to proactively anticipate and act upon the legal work of the office - Appreciation for a friendly and collegial work environment The Foundation is an equal opportunity employer that offers a competitive salary, outstanding benefits, and excellent working conditions. Candidates should apply by submitting a thoughtful cover letter describing fit for the position together with a resume to: https://workforcenow.adp.com/jobs/apply/posting.html#client=theandreww&jobId=54210&lang=en_US&source=CC2 The Foundation will consider each response carefully, but only contact those individuals it believes are most qualified for the position.

URL: http://newyork.craigslist.org/mnh/npo/6169205609.html

Occupation:    23-1011 Lawyers

Date:   6/14/2017

Title:   Assistant General Counsel

Poster:  Mestel & Company

City:  New York, NY

County:  New York

Ad Job Board(s):   LinkedIn

ID:   65101

Content Description:

Out client, a multinational telecommunications conglomerate, seeks an attorney with significant experience with regulatory and communications matters to join the company as Assistant General Counsel. The attorney will lead various strategic initiatives related to new product development and evolution of its network product portfolio. Knowledge of FCC regulations is required as is experience counseling clients regarding privacy issues, and assessing the impact of new policy and legislation on the business. The successful candidate will have a wide variety of responsibilities, including: - drafting, reviewing, and negotiating agreements necessary to support strategic partnerships such as MOUs, LOIs, NDAs, JMAs, etc.; - interpreting and determining applicability of regulations to new and existing products; - conducting pre-launch product reviews to surface and close issues related to data privacy, security, export control, etc.; - counseling clients on issues associated with go-to-market literature, client presentations, etc.; and - advising clients on issues that arise throughout the product life cycle (pre-launch review, go-to-market, maintenance, grandfathering and decommissioning). Salary and benefits are competitive and commensurate with experience. Desired Skills and Experience The ideal candidate will have: - a Juris Doctor with strong academic credentials; - ten or more years of experience with a firm and/or in-house advising clients regarding regulatory and/or advanced communications issues; - the ability to interact comfortably with all levels of personnel and communicate legal requirements clearly and without losing focus of client objectives; - proficient computer skills, including working knowledge of Microsoft Office Suite; and - will be active and in good standing with bar admission in at least one state. Qualified candidates should send their resumes to vphillips@mestel.com. No phone calls please.

URL: https://www.linkedin.com/jobs/view/329741952

Occupation:    23-1011 Lawyers

Date:  7/12/2017

Title:   Corporate Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   73662

Content Description:

Corporate Counsel Responsibilities: Corporate Counsel is an integral member of the J.Crew legal team. The position will report to the General Counsel and provide legal support related to a variety of legal matters arising in a retail environment with special emphasis on commercial contracts and drafting. Specific duties may include, but are not limited to, the following: Negotiate, draft and review a variety of commercial contracts and other documents related to operation of multi-channel specialty retail business including IT, e-commerce, sourcing, supply chain, procurement, managed services and consulting. Provide advice and counsel to business clients on wide array of business and contractual issues while coordinating with other Legal team members and stakeholders as necessary. As part of the Legal team, help ensure on going management of existing department programs and policies. Help develop and implement compliance programs, policies and training as needed, based on legal and regulatory requirements, industry standards and best practices. Partner with legal team and other stakeholders to drive strategic initiatives. Conduct legal research, analysis and benchmarking to support legal requirements. Support the existing J.Crew Legal team needs as well as new or special projects consistent with the evolving needs of the business. Qualifications J.D. degree from an A.B.A. accredited law school. Admitted and member in good standing with the New York bar (or ability to waive in to become a member). Minimum 4-6 years relevant legal experience, with in-house law department and/or law firm experience. Excellent judgment and the highest level of personal integrity. Skilled and experienced with drafting and negotiating complex commercial contracts and documents. Excellent written and verbal communication skills. Able to balance multiple projects while remaining highly organized. Deadline driven and able to work effectively under pressure. Well-developed analytical and critical thinking skills; high attention to detail Experienced project manager; able to solve complex initiatives from start to finish. Ability to lead teams, work collaboratively with stakeholders and gain consensus. Creative problem solver who is able to deliver clear, strategic advice to clients in a timely manner. Task-oriented with excellent sense of prioritization. Self-starter who is resourceful and able to work effectively both independently as well as with teams. Excellent interpersonal skills; team player who is flexible and adaptable. Proficient with technology including with Microsoft Office, Word, Excel, PowerPoint and Outlook. J.Crew Group, Inc. is an Equal Employment Opportunity (EEO) Employer We are committed to affirmatively providing equal opportunity to all associates and qualified applicants without regard to race, color, ancestry, national origin, religion, sex, marital status, age, sexual orientation, gender identity or expression, legally protected physical or mental disability or any other basis protected under applicable law.

URL: http://www.jobvertise.com/job?jobid=21276440&featured=1

Occupation:   23-1011 Lawyers

Date:   7/14/2017

Title:   Assistant General Counsel

Poster:   Department Of Consumer Affairs

City:   New York, NY

County:   New York

Ad Job Board(s):   GoInHouse

ID:   73490

Content Description:

This position will primarily support DOT IT & Telecom in the development of contract terms and conditions for computer software and hardware procurement, technology services, intellectual property licensing, information security and data protection (including FEDRAMP and related compliance), cloud and hosted platforms, telecommunications infrastructure, outsourcing, and other technology matters. Day to Day Responsibilities include: â€¢ Drafting, negotiating, reviewing and/or modifying legal agreements and documents to meet DOT technology standards/objectives.â€¢ Working with DOT counsel executive management on relevant legal technology issues.â€¢ Assist DOT IT management in evaluating the legal impact of various department strategies.â€¢ Represent and support DOT IT management in dealings with internal DOT departments, external city agencies and external DOT vendors.â€¢ Coordinate and work with other areas of Legal on related matters to ensure efficient resolution of contract issues.â€¢ Educate/communicate with DOT IT employees on germane legal matters in preventive legal measures and standards.â€¢ Oversee internal and external contract execution and work with DOT administrative team members to ensure contract workflow performance is measured and communicated, administrative matters are completed timely.â€¢ Collaborate with internal and external DOT budget teams to ensure technical contracts are developed based on Capital and Expense standards. â€¢ Ensure technology compliance strategy has defined processes in collaboration with other DOT stakeholders.â€¢ Ensure DOT technology processes are consistent with city, state and federal policies, and with local laws and regulations.

URL: https://www.goinhouse.com/jobs/2274731-assistant-general-counsel-at-nyc-department-of-transportation

Occupation:     23-1011 Lawyers

Date:   7/26/2017

Title:    Corporate Counsel

Poster:   MetLife, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):     JobNetwork; US.jobs; Metlife, Inc.

ID:   72885

Content Description:

Primary Job Location: United States : New York : New York Role Value Proposition: In Legal Affairs, we strive to attract, develop and retain diverse talent with the potential to be future leaders of our department and of MetLife as a whole. We seek legal and compliance professionals who demonstrate high intellectual capacity to understand complex matters facing our company, combined with strong leadership competencies to motivate and inspire higher performance by all our professionals. We take an active role in developing the skills of our talent and guiding their professional growth. By promoting skill development and career advancement for our professionals we are better positioned to serve our internal business partners and to help achieve MetLife's vision of becoming a world-class leader in the insurance, retirement savings and employee benefits industries. This team services the significant block of business of individual life and annuities, it is a part of a larger unit that also has responsibility for $17 billion group business. Key Responsibilities: The attorney will be part a team of lawyers who, along with one to two others will be primarily responsible for providing legal advice to the US enterprise under the Federal securities laws in connection with the issuance and maintenance of variable annuities and other variable insurance products. This team is responsible for drafting and filing SEC registration statements for variable annuity and life products and for providing day-to-day legal advice to the business people who administer variable insurance products. - Handle complex legal matters, analyze legal (and business, where applicable) issues, draft legal documents, and negotiate matters and solve intricate problems using sound legal judgment and expertise, without or with very limited supervision; - Build relationships with business partners with diplomacy and by providing insightful, timely, pragmatic and proactive counsel with very limited supervision; - Prepare, initiate, advocate and efficiently present legal points and recommendations to influence business partners and to represent them as legal counsel; - Educate self and business partners on legal developments affecting business and provide innovative strategies to address those developments; - Work on, and - from time to time - lead project or cross-functional teams; - Work with outside counsel, as appropriate, on various matters; - Guide paraprofessionals or administrative staff; - Draft disclosures for prospectuses and offering memoranda for variable annuity and life products; - Update product registration statements; - Advise business areas on all aspects of product design and modification; - Review sales literature; - Collaborate with unit paralegals, and provide them with guidance - Perform other related duties as assigned or required Essential Business Experience and Technical Skills: - Juris Doctor required - Candidate must be admitted to practice in at least one state - Candidate must possess 5-8 years relevant practice experience post bar admission - Candidate must be able to work under the limited supervision of a senior attorney - Strong academic credentials - Excellent oral and written communications skills - Ability to handle projects and assignments effectively - Must be able to deal comfortably with business partners and others at all levels within the company - Non-variable insurance experience: In addition to 1940 Act expertise, we expect that person to have expertise in (or a desire to gain expertise in) other related areas, and advise senior business leaders in such areas, including state insurance regulatory aspects related to retail life and annuities, group insurance products, and distribution. Business Category Legal Number of Openings 1 At MetLife, we're leading the global transformation of an industry we've long defined. United in purpose, diverse in perspective, we're dedicated to making a difference in the lives of our customers." MetLife is a proud equal opportunity/affirmative action employer committed to attracting, retaining, and maximizing the performance of a diverse and inclusive workforce. It is MetLife's policy to ensure equal employment opportunity without discrimination or harassment based on race, color, religion, sex (including pregnancy, childbirth, or related medical conditions), sexual orientation, gender identity or expression, age, disability, national origin, marital or domestic/civil partnership status, genetic information, citizenship status, uniformed service member or veteran status, or any other characteristic protected by law. MetLife maintains a drug-free workplace. For immediate consideration, click the Apply Now button. You will be directed to complete an on-line profile. Upon completion, you will receive an automated confirmation email verifying you have successfully applied to the job. Requisition #: 71081 Nearest Major Market: New York City

URL: http://www.newyorkjobnetwork.com/job/detail/26641808/Corporate-Counsel

Occupation:     23-1011 Lawyers

Date:  8/15/2017

Title:    Assistant General Counsel Enterprise Technology Commercial

Poster:   The Fox Corporation

City:  New York, NY

County:  New York

Ad Job Board(s):    FOX Broadcasting Company

ID:  71890

Content Description:

21st Century Fox seeks an experienced attorney to work with our cutting-edge enterprise technology group. This position will be responsible for drafting, negotiating and managing strategic, enterprise and technology agreements related to enterprise technology and strategic sourcing and will educate, advise, and counsel management and other business team members on legal issues affecting business decisions. In addition to working with key contacts at 21st Century Fox, the attorney will collaborate with other legal colleagues across the organization, including collaborating closely with privacy counsel and information security. This position will also help to develop and improve template agreements and contract management.

URL: https://fox.taleo.net/careersection/fox_external_career_section/jobdetail.ftl?job=21S00002O

Occupation:    23-1011 Lawyers

Date:  8/18/2017

Title:    Senior Deputy General Counsel

Poster:  Santander

City:  New York, NY

County:  New York

Ad Job Board(s):    US.jobs; Recruit.net; TweetMyJobs; Monster

ID:  71732

Content Description:

Senior Deputy General Counsel - 1706004 Description xx Qualifications xx Job : Executive Management Primary Location : New York-New York Schedule : Full-time Job Posting : Aug 17, 2017, 4:44:02 PM

URL: http://jobview.monster.com/Senior-Deputy-General-Counsel-Job-New-York-NY-US-187566865.aspx?WT.mc_n=sk_feed_wantedtech

Occupation: 23-1011 Lawyers

Date: 8/18/2017

Title: Assistant General Counsel

Poster: Verizon

City: Basking Ridge, NJ

County: Somerset

Ad Job Board(s): AdvertisingCrossing

ID: 79308

Content Description:

What you'll be doing...The primary focus of this position will be to provide legal support to the Verizon Wireline National Marketing Organization. Primary responsibilities include developing, maintaining and ensuring ongoing compliance with Verizon's advertising principles and identifying all consumer protection laws, regulations, industry policies affecting the company advertising and external communications. In addition to the above, the position will include the following responsibilities:Ensuring compliance with existing Verizon advertising and marketing policies, federal and state laws and regulations and assisting in formulation of solutions to any identified problem areas exposing the company to risk.Providing day-to-day advice and reviewing advertising and marketing campaigns and the associated collateral for Verizon's suite of consumer and business products in all media (including TV, radio, print, online, DM, etc.).Coordinating internally and externally among different subsidiary and client organizations, including legal and other groups in addressing new advertising and marketing issues, including educating and training employees.Coordinating with client organizations to ensure advertising issues are addressed in the rollout of new products and services and regularly supporting the launch and management of nationwide promotional campaigns.Advising marketing clients regarding claim development, marketing strategy and offer presentation.Drafting, negotiating, and reviewing advertising agency and nationwide sponsorship agreements and associated sweepstakes promotions.Advising clients and management on advertising and marketing issues, to include providing advice and guidance on contract issues and appropriate risk allocation.Managing and/or providing advice and guidance on various company initiatives with an impact on external communications, such as those involving the development and implementation of new media and the systemic improvements to and/or modifications to product and service offers.Coordinate with department colleagues and outside counsel on a wide variety of issues related to Verizon's advertising and marketing activities including bringing formal challenges to competitor advertising to insure competitive fairness and truth-in-advertisingand defending advertising claims brought against Verizon.Coordinating response to state and federal agencies on inquiries, requests for data or comments on advertising and consumer protection related matters.What we're looking for...Law degreeExcellent academic performance in law schoolMember in good standing of at least one state bar or the District of ColumbiaAt least 6-10 years experience as a practicing attorney in large law firm or in-house legal department.In-depth knowledge of advertising and marketing issuesKnowledge and prior experience with federal and state consumer protection laws, regulations and general consumer protection issues.Extensive experience drafting, reviewing and negotiating contractsHighly developed analytical reasoning skills, report analysis and keen attention to detail and processes.Strong project management skills with proven track record of managing complex projects from inception to completion and team management skills.Strong sense of integrity.Strong business knowledge and confident decision making skills.Strong interpersonal skills, motivational and leadership skills.Ability to appropriately balance legal and business risks.Strong communication skills required.Familiarity with telecommunications law is desirable.When you join Verizon...You'll be doing work that matters alongside other talented people, transforming the way people, businesses and things connect with each other. Beyond powering America's fastest and most reliable network, we're leading the way in broadband, cloud and security solutions, Internet of Things and innovating in areas such as, video entertainment. Of course, we will offer you great pay and benefits, but we're about more than that. Verizon is a place where you can craft your own path to greatness. Whether you think in code, words, pictures or numbers, find your future at Verizon.

URL: http://www.advertisingcrossing.com/job/Assistant-General-Counsel-jobs-in-Basking-Ridge,-NJ-819949ef93f11750750ffa1df99809ab?cc=1000,63000,4000,15000,5000

Occupation:     23-1011 Lawyers

Date:   8/23/2017

Title:   Assistant General Counsel

Poster:   The Andrew W. Mellon Foundation

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   71544

Content Description:

The Andrew W. Mellon Foundation (â€œFoundationâ€) is a not-for-profit, grantmaking organization that seeks to strengthen, promote, and, where necessary, defend the contributions of the humanities and the arts to human flourishing and to the well-being of diverse and democratic societies. It makes grants in five core program areas (higher education and scholarship in the humanities; arts and cultural heritage; diversity; scholarly communications; and international higher education and strategic projects). The Foundation seeks an Assistant General Counsel. Summary: The Foundation seeks an experienced, high-performing attorney with background in exempt organization and/or intellectual property law. The Assistant General Counsel will assist the Vice President, General Counsel & Secretary and Associate General Counsel in providing legal representation to the Foundation on a wide range of matters. Position Details: The Assistant General Counsel reports directly to the Vice President, General Counsel & Secretary and works closely with the Associate General Counsel, outside counsel, grant management associates, and program and operational staff throughout the Foundation. Among the responsibilities of the Assistant General Counsel are the following: Assist in providing day-to-day legal counsel to Foundation staff on a wide variety of subjects, particularly in exempt organization, tax, intellectual property, contract, grant, and employment matters Draft and review provisions of grant award letters and other grant-related documents Draft, negotiate, and review numerous contracts, including intellectual property agreements Keep current on new and emerging laws relevant to Foundation work, conduct legal research, and write legal and other memoranda for a range of audiences Advise and provide training on the interpretation and application of laws and policies Participate in and advise as needed on special projects throughout the Foundation Assist in monitoring compliance with tax and not-for-profit corporation laws applicable to private foundations Coordinate work with outside counsel. Travel required Required Skills and Experience: The successful candidates will have the following qualifications: A J.D. and at least 6 years of legal experience including experience with exempt organization law. Knowledge of private foundation law and/or intellectual property law is required Superior academic record and writing and speaking abilities Excellent negotiation, legal drafting, organizational, and interpersonal skills Demonstrated track record of providing a positive, creative, problem-solving approach to challenging legal issues Outstanding work ethic and attention to detail Ability to manage a heavy workload, to handle multiple tasks effectively and efficiently, and to meet tight deadlines in a fast-paced work environment Significant experience that demonstrates professionalism, outstanding judgment, discretion, and integrity Ability to work both independently and collaboratively with colleagues Ability to proactively anticipate and act upon the legal work of the office Appreciation for a friendly and collegial work environment The Foundation is an equal opportunity employer that offers a competitive salary, outstanding benefits, and excellent working conditions.

URL: https://www.goinhouse.com/jobs/2419365-assistant-general-counsel-at-andrew-w-mellon-foundation

Occupation:     23-1011 Lawyers

Date:   8/27/2017

Title:   Senior Corporate Counsel

Poster:   Risk Management Solutions

City:  Hoboken, NJ

County:  Hudson

Ad Job Board(s):     JobNetwork; Risk Management Solutions, Inc.; US.jobs; GoInHouse; Compliance Jobs; Recruit.net

ID:   71368

Content Description:

Content Description:

URL: http://compliancejobs.com/job/sr-corporate-counsel/

Occupation:    23-1011 Lawyers

Date:   8/27/2017

Title:   Corporate Counsel

Poster:  MetTel

City:  Holmdel, NJ

County:  Monmouth

Ad Job Board(s):    GoInHouse

ID:   71371

Content Description:

If you are passionate, innovative and self-motivated, we are inviting you to join our team. Job Summary We are seeking a bright, highly motivated attorney to negotiate, draft, and review a variety of contracts for a telecommunications and managed service provider. Duties & Responsibilities Negotiate and draft contracts and agreements with customers and suppliers. Function independently as reviewer and advisor regarding confidentiality and master service agreements, vendor agreements, agent agreements, and various marketing and employment agreements. Depending on experience, support legal activities in other substantive areas, as needed. Demonstrate the ability to think creatively and devise solutions to challenging problems. Education/Experience/Skills: JD from an ABA accredited law school. Admitted and member in good standing with the New Jersey Bar. Relevant in-house legal experience a strong plus, preferably in the telecommunications or IT industry. Task-oriented with an excellent sense of prioritization. Able to balance multiple projects while remaining highly organized. Excellent written and verbal communications skills. Excellent judgment and the highest level of personal integrity. Well-developed analytical and critical thinking skills; high attention to detail. A sense of humor Job Location: Holmdel, NJ Required license or certification: JD from an ABA accredited law school. Admitted and member in good standing with the New Jersey Bar

URL: https://www.goinhouse.com/jobs/2419489-corporate-counsel-at-mettel

Occupation:     23-1011 Lawyers

Date:   8/29/2017

Title:   General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    Elance

ID:   71290

Content Description:

Looking for generalist lawyer for oversight and monitoring of specialist lawyers for ongoing US operations of small holding company

URL: https://www.upwork.com/o/jobs/job/_~012ff8d168407cf57b/

Occupation:    23-1011 Lawyers

Date:  8/29/2017

Title:    Corporate Counsel Government Sal

Poster:   Cognizant Technology Solutions

City:  Teaneck, NJ

County:  Bergen

Ad Job Board(s):    JobNetwork

ID:  77762

Content Description:

Corporate Counsel - Government Contracts - Teaneck NJ, Denver CO, Dallas TX, Salt Lake City UT (00023059171) Cognizanthas an immediate opening for a corporate in-house attorney with at least three years'experience in a top law firm and an additional two years experience in anin-house legal department, involving significant experience managing all phasesof local, state and federal government/ quasi-government contracting processes,including RFP's and review and negotiation of public sector contracts. The idealcandidate must have in-depth knowledge of the Federal Acquisition Regulationsand must demonstrate the ability to draft, negotiate, and manage complex globalIT and related services agreements with limited supervision, and should possessexcellent communication and organizational skills. The attorney would beexpected to work directly with business account team members and advise on avariety of day-to-day legal matters, with primary responsibility for oversightof legal aspects of Cognizant's government contracting activities. Experiencewith outsourcing, intellectual property licensing, or information technology contractnegotiation is required. Ability toprovide guidance with respect to state and federal licensing requirements andlicensed activities is preferred. The successful candidate will report toCognizant's General Counsel for North America. Some travel required. Candidates can be based in Teaneck, NJ; Salt Lake City, UT; Dallas, TX; or Denver,CO. Qualifications About Cognizant Cognizant is one of the world's leading professional services companies, transforming clients business, operating and technology models for the digital era. Our unique industry-based, consultative approach helps clients envision, build and run more innovative and efficient businesses. Headquartered in the U.S., Cognizant, a member of the NASDAQ-100, is ranked 205 on the Fortune 500 and is consistently listed among the most admired companies in the world. Learn how Cognizant helps clients lead with digital at or follow us on Twitter: Cognizant is recognized as a Military Friendly Employer and is a coalition member of the Veteran Jobs Mission. Our Cognizant Veterans Network assists Veterans in building and growing a career at Cognizant that allows them to leverage the leadership, loyalty, integrity, and commitment to excellence instilled in them through participation in military service.

URL: https://www.pennsylvaniajobnetwork.com/job/detail/27381499/Corporate-Counsel-Government-Contracts-Teaneck-NJ-Denver-CO-Dallas-TX-Sal

Occupation:    23-1011 Lawyers

Date:  9/6/2017

Title:    Associate General Counsel

Poster:  Poster Not Listed

City:  Ridgewood, NY

County:  Queens

Ad Job Board(s):    craigslist

ID:  70968

Content Description:

Immediate Hire Growing Queens, NY Construction firm is seeking an Associate General Counsel with 1 -3 years experience in related fields. Must have excellent research and writing skills with strong attention to detail. Spanish speaking is required. The position will assist and report to Lead General Counsel. Please email a Cover Letter with Resume plus salary requirements for immediate consideration to August@uscraneriggingllc.com Please reference "Associate General Counsel" in the subject line.

URL: http://newyork.craigslist.org/brk/lgl/d/associate-general-counsel/6295511556.html

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 9/7/2017

Title: Associate General Counsel Head Law

Poster: Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s): US.jobs

ID: 70874

Content Description:

Associate General Counsel is a direct report into either the General Counsel or Deputy General Counsel. He/She would also have executive presence providing advice to the executive committee and/or senior level employees across the Company. In addition, as a senior leader within the Legal department, he/she would be responsible for multiple Legal practice groups, managing individuals and associated expenses Work with General Counsel to establish Legal policy and procedures. Provide strategic Legal advice to Executive Committee on high risk matters and global initiatives. Manage multiple Legal practice areas at the regional and/or global level; lead group of individuals, allocate Legal resources to support the needs of the respective LOB(s), and manage associated internal and external expenses. Manage significant outside counsel relationships. Qualifications Advanced Legal Degree. 15+ years within the Legal industry. Primary Location: United States-New York- Internal Jobcode: 11470 Job: Legal Organization: Legal Affairs-HR06241 Requisition Number: 1712851 BNY Mellon is an Equal Employment Opportunity/Affirmative Action Employer.Minorities/Females/Individuals With Disabilities/Protected Veterans.

URL: https://my.jobs/d31d6ac80df94002a1bd6b9821b75f8a1396

Occupation:    23-1011 Lawyers

Date:  9/7/2017

Title:  Corporate Counsel Government

Poster:  RPN Executive Search

City:  Teaneck, NJ

County:  Bergen

Ad Job Board(s):   Association of Corporate Counsel

ID:  70903

Content Description:

An IT services company is seeking a Government Contracts Corporate Counsel. The Corporate Counsel should have at least three yearsâ€™ experience in a top law firm and an additional two yearsâ€™ experience in an in-house legal department, involving significant experience managing all phases of local, state and federal government/ quasi-government contracting processes, including RFPâ€™s and review and negotiation of public sector contracts. The ideal candidate must have in-depth knowledge of the Federal Acquisition Regulations and must demonstrate the ability to draft, negotiate, and manage complex global IT and related services agreements with limited supervision, and should possess excellent communication and organizational skills. The attorney would be expected to work directly with business account team members and advise on a variety of day-to-day legal matters, with primary responsibility for oversight of legal aspects of the companyâ€™s government contracting activities. Experience with outsourcing, intellectual property licensing, or information technology contract negotiation is required. Ability to provide guidance with respect to state and federal licensing requirements and licensed activities is preferred. The position can be located in either Teaneck, NJ, Dallas, TX, Denver, CO or Salt Lake City, UT.

URL: http://jobline.acc.com/jobs/10250029/government-contracts-corporate-counsel-multiple-locations

Occupation:    23-1011 Lawyers

Date:   9/9/2017

Title:   Senior Corporate Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    The Advocate; The Job Network

ID:   79113

Content Description:

Senior Corporate Counsel New York, NY About CRITEO Criteo (NASDAQ: CRTO) delivers personalized performance marketing at an extensive scale. Measuring return on post-click sales, Criteo makes ROI transparent and easy to measure. Criteo has over 2,500 employees in more than 30 offices across the Americas, EMEA and Asia-Pacific, serving over 14,000 advertisers worldwide and with direct relationships with thousands of publishers. Why work for us? We are innovative, passionate, fearless, creative, driven, and adaptable. Our core values are at the heart of who we are. We have a spontaneous and vibrant culture, and we truly believe in team spirit and collaboration. 100% premium coverage ...

URL: http://jobs.thejobnetwork.com/Job/27149774/3

Occupation:    23-1011 Lawyers

Date:   9/15/2017

Title:   Vice President Corporate Counsel

Poster:  Prudential

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    DiversityInc; GoInHouse; Prudential

ID:   70407

Content Description:

Description The Individual Life Insurance Law Department is seeking an experienced attorney to join its life product team. This team provides legal support to areas responsible for traditional and variable life insurance product development, maintenance and marketing, and underwriting. The team also provides cross-business support on product development to the Prudential Annuities Law Department. The position may be located in Newark, NJ, Shelton, CT or Hartford, CT. Job responsibilities will include: - Providing legal advice in connection with all Individual Life Insurance new business initiatives. Working closely with the business within a team environment from product concept to product launch. - Providing counsel to the Individual Life Insurance Marketing team. Assist the business on all matters related to innovative marketing concepts, including the development of advertising, sales and producer training materials. - Interfacing regularly with Individual Life Insurance's Compliance and Risk Management functions. Seek to collaborate with these departments in assessing risks. - Working closely with colleagues within the Law Department on issues impacting life insurance product distribution. - Representing Prudential in industry committees and groups that evaluate legal issues that impact the Individual Life Insurance business. - Engaging and managing outside counsel, as needed.

URL: https://pru.taleo.net/careersection/2/jobdetail.ftl?job=INS0004Q

Occupation:    23-1011 Lawyers

Date:  9/17/2017

Title:   Corporate Counsel

Poster:  Launchmetrics

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:  70336

Content Description:

Working at the company's NY global headquarters and reporting directly to the CFO, the Corporate Counsel will partner with business teams across the company to advise on a broad range of legal issues. The company operates in the US, UK, France, Spain and Italy and as such there will be many international issues. Key for this role will be the ability to use prior experience and the advice of outside counselor experts to balance risk with the demands of a growing company in a fairly new industry. Key Responsibilities: Advise business and product teams as to how the company can make sure that its new products and initiatives are within the law in all its jurisdictions. Draft and negotiate client and vendor contracts, disclosures, and terms and conditions. Provide timely and relevant advice on sales and partnership contracts. Manage outside counsel in all countries. Create and document company-wide processes to ensure compliance with key policies. Requirements: JD and admittance to the New York State bar 3+ years of professional experience in a law firm and/or as in-house counsel Ability to weigh legal and business risks and explain the risks and tradeoffs clearly and succinctly Prior experience or interest in international IP and data protection laws a plus Prior experience with European legal frameworks a plus Highly responsible, detail oriented, and organized Great communicator, team player Used to working in a fast-paced environment Ability to speak or understand Spanish and/or French and/or Italian a plus

URL: https://www.goinhouse.com/jobs/2570621-corporate-counsel-at-launchmetrics

Occupation:    23-1011 Lawyers

Date:  9/23/2017

Title:    Deputy General Counsel

Poster:  Integra LifeSciences

City: Plainsboro, NJ

County:  Middlesex

Ad Job Board(s):    JobNetwork; US.jobs; Recruit.net; Integra LifeSciences

ID:  78959

Content Description:

**Overview:** Integra LifeSciences, a world leader in medical technology, is dedicated to limiting uncertainty for surgeons, so they can concentrate on providing the best patient care. Integra offers innovative solutions in orthopedic extremity surgery, neurosurgery, reconstructive and general surgery, and regenerative wound care. Integra's orthopedic products include devices and implants for foot and ankle, hand and wrist, shoulder and elbow, tendon and peripheral nerve protection and repair. Integra is a leader in neurosurgery, offering a broad portfolio of implants, devices, instruments and systems used in neurosurgery, neuromonitoring, neurotrauma, and related critical care. Integraâ€™s Tissue Technologies is an in-patient and outpatient Regenerative product portfolio, which includes products for wound care, burns, abdominal reconstruction, and plastic & reconstructive surgery. In the United States, Integra is a leading provider of surgical instruments to hospitals, surgery centers and alternate care sites, including physician and dental offices. Founded in 1989 Integra is headquartered in Plainsboro, New Jersey and has over 3,300 employees worldwide. Integra's common stock is listed on The NASDAQ Stock Market under the symbol "IART." **Responsibilities:** The Deputy General Counsel, Orthopedics & Tissue Technologies (â€œOTTâ€) will provide a variety of general corporate and commercial contracting and advisory services to a number of in-house clients in OTT, including the division president and sales, marketing, private label and product development leaders. Responsibilities include: work with Sales Operations for OTT to negotiate, execute and close upon distribution and sales contracts; work with divisional marketing, product development and clinical teams on a variety of contracting and promotional matters, including license, development and other strategic alliance arrangements; and work with the Private Label team on alliance agreements. The Deputy General Counsel for OTT shall be the principal lawyer for all contracts involving the federal government and will support GPO and IDN activities for the OTT division. In addition, the Deputy General Counsel for OTT shall be responsible for providing legal advice on regulatory, quality and sales/marketing compliance matters and, as necessary, will interact with outside counsel. The Deputy General Counsel for OTT should be able to organize and handle multiple matters at once and should possess outstanding communication and presentation skills, as well as the ability to work with senior management. The Deputy General Counsel for OTT should be able to handle complex problems, provide creative solutions with minimal supervision, and work on and coordinate teams. **Qualifications:** + Education: Bachelors and Law Degrees from Accredited institutions. + Number Years of Experience. At least 10 years of experience in a law firm or corporate law department or both, in positions of increased responsibility. + Type of Experience. Must have a proven track record of (a) executing and negotiating commercial contracts for U.S.-based selling divisions, (b) drafting and negotiating sophisticated licensing, development and alliance agreements in the life sciences field, (c) strong familiarity with sales-and-marketing compliance regimens, including the AdvaMed Code, (d) representing U.S.-based selling divisions on commercial matters, including promotional materials, clinical agreements and consulting agreements, (e) successfully executing on projects, (f) working on and leading teams (showing excellent leadership), (g) counseling sophisticated, Vice President-level clients, and (h) handling numerous tasks simultaneously in a fast-paced environment. Experience with medical device, other life sciences or regulated companies desired but not required. **Vacancy ID** _2017-23444_ **Location** _US-NJ-Plainsboro_ **Position Type** _Regular Full-Time_ **Category** _Legal_

URL: http://www.recruit.net/job/deputy-general-counsel_plainsboro-nj_jobs/BC2A0FBB9CB7EC68

Occupation:    23-1011 Lawyers

Date:   9/25/2017

Title:    Associate General Counsel

Poster:   AppNexus

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork; VentureLoop; Graduateland

ID:   69932

Content Description:

Description Associate General Counsel AppNexus is seeking a bright, energetic commercial lawyer for our Legal & Business Affairs team. The Associate General Counsel will be responsible for managing and overseeing negotiation and execution of a variety of complex and cutting-edge commercial and technology matters. In this role, you will work closely with internal clients spanning multiple functions across AppNexus, to understand and assess legal and business risks and make sound decisions under tight deadlines. The ideal candidate is a business-minded commercial lawyer who understands business objectives and helps balance legal risks. This person is also a creative problem-solver and a team player who is collaborative and yet comfortable making decisions. She/he can draft and negotiate effectively and thrives in a high growth environment. The ideal candidate is also passionate about technology and may even get a little excited about improving forms, processes and procedures. About the team: The mission of the Legal team is to serve as a trusted business partner in the creation and protection of responsible revenue for AppNexus. We strive to apply both legal acumen and business judgment to provide sound, practical legal advice to all functions throughout the organization. Our responsibilities run the gamut from drafting and negotiating contracts to evaluating product offerings to monitoring and addressing legislative and regulatory developments that affect online advertising. We are energized by the challenges of serving a dynamic, fast-growing company that's shaping the future of online advertising. About the job: Lead highly complex, cross-border, commercial negotiations with strategic partners and some of the biggest names in digital advertising Review, negotiate and draft a variety of technology and commercial agreements, including terms governing access to our core advertising services, platform vendor and data provider agreements, online terms of service and other technology agreements Help our product, technology and commercial teams to evaluate, protect and commercialize new products and features Ensure compliance with laws and regulations dealing with privacy, online advertising, and intellectual property Structure and integrate the commercial operations of newly-acquired businesses About your skills: JD degree with superior academic credentials 4+ years of experience at a top-tier law firm or in-house legal department. (Prior tech experience is a plus) An entrepreneurial spirit and passion for working in a high-growth environment Excellent business judgment and ability to assess legal risk while also thinking strategically and providing practical advice Strong work ethic and proven ability to multi-task and set priorities Exceptional communication, analytical and writing skills Ability and desire to work both autonomously but also collaboratively Member in good standing of the New York state bar or eligible to register as in-house counsel in New York State More about you: You are passionate about a culture of learning and teaching. You love challenging yourself to constantly improve, and sharing your knowledge to empower others You like to take risks when looking for novel solutions to complex problems. If faced with roadblocks, you continue to reach higher to make greatness happen You care about solving big, systemic problems. You look beyond the surface to understand root causes so that you can build long-term solutions for the whole ecosystem You believe in not only serving customers, but also empowering them by providing knowledge and tools APPLY NOW BACK TO SEARCH RESULTS

URL: http://www.ventureloop.com/ventureloop/jobdetail.php?jobid=743091

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   10/1/2017

Title:   Corporate Counsel

Poster:  MetLife, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork; US.jobs; GoInHouse; Nexxt, inc.; Geebo

ID:   58296

Content Description:

Role Value Proposition: In Legal Affairs, we strive to attract, develop and retain diverse talent with the potential to be future leaders of our department and of MetLife as a whole. We seek legal and compliance professionals who demonstrate high intellectual capacity to understand complex matters facing our company, combined with strong leadership competencies to motivate and inspire higher performance by all our professionals. We take an active role in developing the skills of our talent and guiding their professional growth. By promoting skill development and career advancement for our professionals we are better positioned to serve our internal business partners and to help achieve MetLifeâ€™s vision of becoming a world-class leader in the insurance, retirement savings and employee benefits industries. This team services the significant block of business of individual life and annuities, it is a part of a larger unit that also has responsibility for $17 billion group business. Key Responsibilities: The attorney will be part a team of lawyers who, along with one to two others will be primarily responsible for providing legal advice to the US enterprise under the Federal securities laws in connection with the issuance and maintenance of variable annuities and other variable insurance products. This team is responsible for drafting and filing SEC registration statements for variable annuity and life products and for providing day-to-day legal advice to the business people who administer variable insurance products. Handle complex legal matters, analyze legal (and business, where applicable) issues, draft legal documents, and negotiate matters and solve intricate problems using sound legal judgment and expertise, without or with very limited supervision; Build relationships with business partners with diplomacy and by providing insightful, timely, pragmatic and proactive counsel with very limited supervision; Prepare, initiate, advocate and efficiently present legal points and recommendations to influence business partners and to represent them as legal counsel; Educate self and business partners on legal developments affecting business and provide innovative strategies to address those developments; Work on, and â€“ from time to time â€“ lead project or cross-functional teams; Work with outside counsel, as appropriate, on various matters; Guide paraprofessionals or administrative staff; Draft disclosures for prospectuses and offering memoranda for variable annuity and life products; Update product registration statements; Advise business areas on all aspects of product design and modification; Review sales literature; Collaborate with unit paralegals, and provide them with guidance Perform other related duties as assigned or required Essential Business Experience and Technical Skills: Juris Doctor required Candidate must be admitted to practice in at least one state Candidate must possess 5-8 years relevant practice experience post bar admission Candidate must be able to work under the limited supervision of a senior attorney Strong academic credentials Excellent oral and written communications skills Ability to handle projects and assignments effectively Must be able to deal comfortably with business partners and others at all levels within the company Non-variable insurance experience: In addition to 1940 Act expertise, we expect that person to have expertise in (or a desire to gain expertise in) other related areas, and advise senior business leaders in such areas, including state insurance regulatory aspects related to retail life and annuities, group insurance products, and distribution.

URL: https://www.goinhouse.com/jobs/2620513-corporate-counsel-at-metlife

Occupation:    23-1011 Lawyers

Date:   10/4/2017

Title:   Corporate Counsel Commercial

Poster:  RPN Executive Search

City:  Teaneck, NJ

County:  Bergen

Ad Job Board(s):   Association of Corporate Counsel

ID:   58672

Content Description:

An IT services company is seeking a Commercial Contracts Corporate Counsel. The Corporate Counsel should have at least three yearsâ€™ experience in a top law firm and an additional two yearsâ€™ experience in an in-house legal department. The ideal candidate must demonstrate the ability to draft, negotiate, and manage complex global outsourcing deals with limited supervision, and should possess excellent communication and organizational skills. The attorney would be expected to work directly with business account team members and advise on a variety of day-to-day legal matters. Experience with outsourcing, intellectual property licensing, or information technology contract negotiation preferred. The position can be located in either Teaneck, NJ, Dallas, TX, Denver, CO or Salt Lake City, UT. NOTES: 3 openings.

URL: http://jobline.acc.com/jobs/10342282/commercial-contracts-corporate-counsel-multiple-locations

Occupation:    23-1011 Lawyers

Date:    10/11/2017

Title:    Vice President M&A Attorney

Poster:    suddenlink

City:    Bethpage, NY

County:    Nassau

Ad Job Board(s):    Suddenlink Communications

ID:    58388

Content Description:

VP - M&A Attorney Posted Date 2 days ago Requisition ID 2017-16320 Area of Interest Legal Business Unit Corporate Position Type Regular Full-Time Job Location : Location US-NY-Bethpage

URL: https://external-altice.icims.com/jobs/16320/vp%2c-m%26a-attorney/job?in_iframe=1

Occupation: 23-1011 Lawyers

Date: 10/15/2017

Title: Assistant General Counsel

Poster: NYC Mayor's Office of Contract Services

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 59187

Content Description:

The Mayorâ€™s Office of Contract Services (MOCS) oversees and supports the procurement activities of City agencies, with a goal to ensure fairness, transparency, efficiency and cost effectiveness. The Director is the City Chief Procurement Officer. Annually, agencies procure billions in products and services from a diverse pool of vendors that represent various industries. MOCS partners with industry groups to implement policies and tools that streamline and modernize procurement, resulting in the delivery of quality services to New Yorkers. Team members operate in a fast-paced, collaborative, service-oriented environment, where flexibility and ability to achieve results are valued.Under the direction of the General Counsel, with latitude for the exercise of independent judgment, the Assistant General Counsel is responsible for assisting with legal and policy projects of the office; providing legal advice to the City Chief Procurement Officer (CCPO) and other MOCS and agency staff. Principal duties and responsibilities are as follows:â€¢ Providing legal advice and analysis to the CCPO and agency contracting personnel on a broad range of procurement-related matters, including but not limited to procurement innovation and vendor integrity information and processes, vendor appeals, FOIL requests and pending legislation;â€¢ Drafting of: public testimony for public hearings; memoranda of policy and procedure; guidelines for implementation of new legislation; non-responsibility determinations; and corrective action plans;â€¢ Representing the CCPO/MOCS in connection with various interagency task forces, working groups, and the Cityâ€™s Contract Dispute Resolution Board;â€¢ Assisting in the resolution of disputes regarding contract registration issues, vendor protests and audit findings with the Office of the Comptroller; drafting and reviewing responses to audit findings;â€¢ Assisting agencies with compliance with various local laws, rules and regulations; andâ€¢ Training agency personnel on procurement-related matters

URL: https://www.goinhouse.com/jobs/2683849-assistant-general-counsel-at-nyc-mayors-office-of-contract-svcs

Occupation:     23-1011 Lawyers

Date:   10/17/2017

Title:    Associate General Counsel

Poster:  Spirent Communications

City:  Holmdel, NJ

County:  Monmouth

Ad Job Board(s):    Spirent Communications Plc

ID:   58107

Content Description:

0 United States - English United States - English Sign In Return to Job Search Associate General Counsel #4018 Full-time Full-time Job Location Holmdel, NJ <a class="link" href="http://www.adp.com/privacy.aspx" target="_blank"

URL: https://recruiting.adp.com/srccar/public/RTI.home?d=External&c=1208401#/

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   10/19/2017

Title:    Assistant General Counsel Labor

Poster:   Parker and Lynch

City:  New York, NY

County:  New York

Ad Job Board(s):    DataFrenzy; Parker and Lynch

ID:   58013

Content Description:

Parker + Lynch is working with a client on their Assistant General Counsel position, for their Labor, Employment and Benefits department. The ideal candidate will have at least 7+ years of experience in compensation and benefits matters, responsibilities will include but are not limited to:

URL: http://candidate.datafrenzy.com/jobs/jobdetails.aspx?title=23461576-assistant-general-counsel-labor-employment-benefits.aspx

Occupation: 23-1011 Lawyers

Date: 10/26/2017

Title: Assistant General Counsel

Poster: Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s): US.jobs

ID: 57667

Content Description:

Apply advanced to expert knowledge across multiple specialist streams (job categories) and intermediate to advanced knowledge of several job families to complex business issues requiring in-depth analysis. Will influence outcomes on major proposals/programs/projects. Provides mentoring and guidance to others.Employer's Job# REQ-7008238Please visit job URL for more information about this opening and to view EOE statement.

URL: https://my.jobs/8d431c22a0c8436985d94a4b913079721396

Date:  10/30/2017

Title:   Senior Associate General Counsel Director Regulatory Affairs Alba

Poster:  Unitedhealth Group

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork

ID:  57510

Content Description:

Bring us your experience, your head for strategy, your strength with relationships and your eye for opportunity. In return we offer an unmatched place to grow and develop your career among a richly diverse group of businesses driven by the power and stability of a leading health care organization. Come help us heal and strengthen the health care system as you do your life's best work.(sm) What makes your Regulatory Affairs career greater with UnitedHealth Group? Growth opportunities with the potential to impact the health care system ensure it will always be challenging and exciting. The Director, Regulatory Affairs should have existing relationships with New York state regulatory and enforcement agencies and will be expected to develop new relationships within these agencies, the New York Health Plan Association, legislative representatives and other interested parties as necessary to ensure effective communication and cooperation in the market. This individual will coordinate with various internal departments and committees to assure operational and procedural compliance with state and federal regulations. The Director will be expected to triage complex compliance regulatory and legal issues affecting the market and should work closely with the regional risk management support team to implement state specific goals. The Director will also work closely with the Local Market CEO and the regional leadership team as a strategic business partner to help achieve business goals in compliance with legal and regulatory requirements. Primary Responsibilities: - Provide legal advice and representation to the market CEO and the Leadership team in New York - Develop robust relationships with New York regulators, legislative representatives and others as needed - Ability to work with UHG affiliates in support of the New York Market business objectives - Ability to manage and resolve complex legal and regulatory matters and to clearly and effectively communicate these matters to others internally and externally as needed - Ability to influence key internal and external decision makers on key policy issues - Ability to advocate policy positions on key issues on state levels - Work closely with Government Affairs to review and comment on proposed legislation and influence our agenda on key issues - Consult and coordinate with new business/sales/product development/actuarial and underwriting to determine legal and regulatory requirements for commercial products being offered in the marketplace consistent with market - Review benefit plans for compliance with state mandates and other healthcare reform requirements - Help to manage and resolve consumer complaints as needed - Review of operational documents to ensure compliance with statutory/regulatory laws for commercial lines of business. - Collaborate with Market Conduct Exam team to review, analyze, and develop/oversee initial implementation project plans and/or corrective action plans to ensure compliance with new or existing laws and regulations and company customer and accreditation requirements Required Qualifications: - JD - Admission to the New York Bar - 10+ years of experience in a health care legal / regulatory environment - Expert level of knowledge of regulatory environments, health care operations, and compliance challenges in the health care/managed care industry - Work independently and effectively manage large workload - Detail oriented - Solid organizational skills - Excellent verbal and written communication skills; ability to speak clearly and concisely, conveying complex or technical information in a manger that others can understand, as well as ability to understand and interpret complex information from others - Strong interpersonal skills, establishing rapport and working well with others Preferred Qualifications: - New York managed care, and / or compliance expertise - Prior experience providing legal / regulatory counsel to C-Suite Executives - Prior experience effectively managing relationships with New York regulators, Attorney General and Department of Insurance officials Careers with UnitedHealthcare. Let's talk about opportunity. Start with a Fortune 6 organization that's serving more than 85 million people already and building the industry's singular reputation for bold ideas and impeccable execution. Now, add your energy, your passion for excellence, your near-obsession with driving change for the better. Get the picture? UnitedHealthcare is serving employers and individuals, states and communities, military families and veterans where ever they're found across the globe. We bring them the resources of an industry leader and a commitment to improve their lives that's second to none. This is no small opportunity. It's where you can do your life's best work.(sm) Diversity creates a healthier atmosphere: UnitedHealth Group is an Equal Employment Opportunity / Affirmative Action employer and all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, age, national origin, protected veteran status, disability status, sexual orientation, gender identity or expression, marital status, genetic information, or any other characteristic protected by law. UnitedHealth Group is a drug - free workplace. Candidates are required to pass a drug test before beginning employment. Job Keywords: Sr. Associate General Counsel, New York, New York, Albany, NY

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:   23-1011 Lawyers

Date:   11/1/2017

Title:   Corporate Counsel Government

Poster:  RPN Executive Search

City:  Teaneck, NJ

County:  Bergen

Ad Job Board(s):   Association of Corporate Counsel

ID:  57432

Content Description:

An IT services company is seeking a Government Contracts Corporate Counsel. The Corporate Counsel should have at least three yearsâ€™ experience in a top law firm and an additional two yearsâ€™ experience in an in-house legal department, involving significant experience managing all phases of local, state and federal government/ quasi-government contracting processes, including RFPâ€™s and review and negotiation of public sector contracts. The ideal candidate must have in-depth knowledge of the Federal Acquisition Regulations and must demonstrate the ability to draft, negotiate, and manage complex global IT and related services agreements with limited supervision, and should possess excellent communication and organizational skills. The attorney would be expected to work directly with business account team members and advise on a variety of day-to-day legal matters, with primary responsibility for oversight of legal aspects of the companyâ€™s government contracting activities. Experience with outsourcing, intellectual property licensing, or information technology contract negotiation is required. Ability to provide guidance with respect to state and federal licensing requirements and licensed activities is preferred. The position can be located in either Teaneck, NJ, Dallas, TX, Denver, CO or Salt Lake City, UT.

URL: http://jobline.acc.com/jobs/10434666/government-contracts-corporate-counsel-multiple-locations

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 11/2/2017

Title: Assistant General Counsel

Poster: Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s): US.jobs

ID: 57386

Content Description:

Role Assistant General Counsel Auto req ID 24879BR Domain Others (Please specify in the Requisition notes) Skillset Payer , Legal Country USA State / Region / Province Anywhere in the US Work Location Anywhere in the US Company ITL USA Job Description Infosys - Legal - Assistant General Counsel As you partner with Infosys to leverage new business growth opportunities, our emphasis is on accelerating innovation by delivering path breaking solutions or co-creating it with you. With so many rapidly changing technologies to consider and potentially adopt, our approach is to give you access to the many innovations stemming from Infosys, our award-winning research and development facility. We make you more competitive by injecting into your business the technology prowess to enter new markets and break into new product categories. Wanted: Global Innovators To Help Us Build Tomorrow's Enterprise In the role of Assistant General Counsel, you will be contributing to the strategic direction with respect to business contracting process, dispute resolution management and legal compliance of the organization. You would be also be advising senior management on general legal matters ensuring compliance and region regulatory norms and the organizations risk management parameters, ensuring optimal outcomes from contentious situations within global regulatory norms and policies norms. You will also be involved in developing, modifying and executing company policies that affect immediate operations and may also have company-wide effect. Location for this position is New York, NY. This position may require travel and/ or relocation. U.S. citizens and those authorized to work in the U.S. are encouraged to apply. We are unable to sponsor at this time. Qualifications Basic * Bachelor's degree or foreign equivalent required from a

URL: https://my.jobs/4bf11866c2c049baa76c5dae7c22adf31396

Occupation:     23-1011 Lawyers

Date:   11/13/2017

Title:    ASSOCIATE General Counsel House Based International

Poster:   The Bachrach Group

City:  New York, NY

County:  New York

Ad Job Board(s):    Retirement Jobs; CareerBuilder

ID:   56254

Content Description:

[Click Here to Email Your ResumÃ©] [Click Here to Email Your ResumÃ©] - Principals only. Recruiters, please don't contact this job poster. Job Requirements See above description

URL: https://www.careerbuilder.com/job/JHP1F474WYNTBCT9JWC?ipath=JRG427&location=new+york&searchid=e32aaee3-a73f-4b27-9582-fc3f385d708e&siteid=cbnsv

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   11/15/2017

Title:    Director Legal Business Affairs Advertising Technician Product Counsel Compliance

Poster:   Roku

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork; Association of Corporate Counsel; VentureLoop

ID:   56581

Content Description:

The Role and Responsibilities Roku, Inc. is seeking an experienced and self-motivated attorney to join its legal team. This position will provide product counseling and compliance advice for Roku's digital advertising products, features, platforms and initiatives from the initial stages of product development through launch and implementation. In this role, you will: - Provide guidance on a wide range of legal issues, including consumer protection, privacy and data protection laws and regulations, to ensure that Roku follows applicable U.S. and international legal and regulatory requirements, as well as industry best practices, through the application of privacy-by-design principles. - Collaborate cross-functionally with a wide variety of Roku business units, including engineering, business development and sales and marketing in connection with product development and commercialization programs. - Work closely with other members of the legal team to address the company's broader data collection, use and transfer practices, including drafting, implementing and updating guidelines, creating standard language for agreements, reviewing user and data flows, and creating platform and database controls, implicating data usage and privacy considerations. - Keep up to date on the latest developments in the laws, regulations, self-regulatory principles and industry trends applicable to digital media and technology, Big Data, IOT and smart devices, including the industry standards set forth by the DAA, NAI and IAB and CAN-SPAM, COPPA, TCPA, VPPA, unfair and deceptive trade practices, and other consumer protection, privacy and data protection laws and regulations. Experience/Qualifications The successful candidate must have a good, general understanding of Internet technology and cloud computing technology, strong product counseling skills, prior experience implementing of privacy-by-design principles, keen analytical abilities and excellent judgment, a pragmatic approach to problem solving, and the ability to make smart decisions in the face of ambiguity and imperfect information. This is an amazing opportunity to play a key role in supporting the company's rapid growth. Specific background should include: - At least 10 years of legal experience, with a significant portion of it working in product counseling, digital media platforms and ad tech. - Relevant experience in a top law firm, government agency and/or in-house legal team, preferably working with technology companies on privacy, data protection and the legal and regulatory aspects of product development in the technology space. - Familiarity with both B2B and B2C aspects of the digital advertising ecosystem, including the legal issues related to the use of beacons, cookies and cookie alternatives, device fingerprinting, geolocation functionality, tracking and targeting across devices, programmatic technologies or database management and controls. - A passion for technology and ability to understand complex technology and product use cases quickly. - Bachelor's degree and a Juris Doctorate degree from a U.S. accredited law school. - Licensed to practice law in the State of California or New York. - Strong preference for academic degree in a STEM discipline, particularly in software or computer engineering. #LI-SPP1

URL: http://www.newyorkjobnetwork.com/job/detail/28817480/Director-of-Legal-Business-Affairs-Ad-Tech-Product-Counsel-Compliance

Occupation:    23-1011 Lawyers

Date:   11/17/2017

Title:    Senior Associate Legal General Counsel

Poster:  Anthem, Inc.

City:  Iselin, NJ

County:  Middlesex

Ad Job Board(s):    US.jobs

ID:   56447

Content Description:

/Your Talent. Our Vision./*At Anthem, Inc.,*it's a powerful combination, and the foundation upon which we're creating greater access to care for our members, greater value for our customers, and greater health for our communities. Join us and together we will*drive the future of health care*. This is an exceptional opportunity to do innovative work that means more to you and those we serve atone of America's leading health benefits companies and a Fortune Top 50 Company. *Preferred Location:*Open to any location where Anthem has a main office.** The Legal Counsel will be responsible for completing a variety of routine and non-routine legal assignments and intermediate level projects independently and using professional legal concepts and principles in accordance with company and departmental objectives to solve challenging legal issues in practical ways. Works autonomously with regular collaboration and reporting to management. In addition, will also be responsible for providing legal support for the Individual and Small Group Segments and the Exchanges (created under the Affordable Care Act) business areas in multiple states. Primary duties may include, but are not limited to: drafting and reviewing documents (contracts, benefit booklets, applications, memoranda, other legal documents), advising internal clients regarding the impact of new health care legislation, regulations and bulletins, conducting legal research and analysis to provide support to different business segments, and collaborating with public policy on pending and new legislation and its impact on the health care industry. Expected to work with more experienced attorneys to appropriately represent the Legal organization and may consult with outside counsel. The Legal Counsel is expected to serve as a strategic partner with assigned clients and provide legal solutions to a wide range of difficult ongoing or new problems, and provide recommendations and solutions that are thorough, practical and consistent with organizational objectives. Requires a JD; current license to practice law; 6 - 9 years of specific industry and/or technical legal experience post licensure; or any combination of education and experience, which would provide an equivalent background. Experience with health benefit contracts/certificates, the Patient Protection and Affordable Care Act as well as other health care legislation and regulations. */Anthem, Inc. is ranked as one of America's Most Admired Companies among health insurers by Fortune magazine and is a 2017 DiversityInc magazine Top 50 Company for Diversity. To learn more about our company and apply, please visit us at antheminc.com/careers. EOE. M/F/Disability/Veteran./* **Job** *Legal* Equal Employment Opportunity Statement Anthem, Inc. will recruit, hire, train and promote persons in all job titles without regard to age, color, disability, gender (including gender identity), marital status, national origin, race, religion, sex, sexual orientation, veteran status, or other status protected by applicable law. In addition, all personnel actions such as compensation, promotion, demotion, benefits, transfers, staff reductions, terminations, reinstatement and rehire, company-sponsored training, education and tuition assistance, and social and recreational programs will be administered in accordance with the principles of equal employment opportunity. **Title:** *Legal Counsel Sr or Associate General Counsel - 137365* **Location:** *new jersey-Iselin* **Requisition ID:** *137365*

URL: https://my.jobs/4e5ce40cfa5d4c7288e39f1014592fec1394

Occupation: 23-1011 Lawyers

Date: 11/19/2017

Title: Corporate Counsel

Poster: OSCARS

City: New York, NY

County: New York

Ad Job Board(s): VentureLoop; GoInHouse

ID: 56358

Content Description:

Description Hi, weâ€™re Oscar. We are changing how health insurance works. Our goal is to make health insurance simple, transparent and human. We need your help to do so. We brought together leaders from top technology, service and healthcare companies to work side by side to disrupt health insurance. The result? Better people, better ideas, and better healthcare. About the Role: As Corporate Counsel, you will be a key member of the Legal team responsible for new market licensing, commercial contracting, and other corporate work. This position works with virtually every department at the company, spanning offices across the country. We operate in New York, California, Texas, New Jersey, Tennessee and Ohio. We anticipate further geographic expansion and new product offerings. You should be comfortable in an ever changing environment as we continue to grow! Responsibilities: Review, draft, edit and negotiate commercial agreements, including NDAs, BAAs, and vendor agreements of all kinds. Coordinate and assemble Oscarâ€™s applications for insurance licenses in new states Handle corporate governance and other corporate housekeeping matters, including preparing board and committee meeting agendas, meeting minutes, resolutions, and shareholder/board consents Serve as a resource on matters of corporate law and governance Become a company resource for contract related questions and processes; the business can rely on you and your expertise, and guidance About you: J.D. from an ABA accredited law school and at least 2 years of relevant experience at a law firm and/or in-house Experience and understanding of corporate law and contract drafting and interpretation Excellent critical thinking and analytical abilities, particularly in developing conceptual understanding of new topics for yourself and others Demonstrated ability to take ownership with strong work ethic and follow-through skills Excellent communication and interpersonal skills, both oral and written, with a proven ability to build strong interpersonal relationships Detail-oriented and dynamic team player who thrives in a fast-paced environment Bonus points if you have: Experience working in the healthcare industry and know what a deductible actually is Experience working for a tech startup At Oscar, being an Equal Opportunity Employer means more than upholding discrimination-free hiring practices. It means that we work to cultivate an environment where exceptional people can be their most authentic selves and find both belonging and support. We're on a mission to change healthcare -- an experience made whole by your unique background and perspectives. APPLY NOW BACK TO SEARCH RESULTS

URL: http://www.ventureloop.com/ventureloop/jobdetail.php?jobid=800367

Occupation:    23-1011 Lawyers

Date:   11/21/2017

Title:   Director Regulatory Affairs Senior Associate General Counsel

Poster:  Unitedhealth Group

City: New York, NY

County:  New York

Ad Job Board(s):   Health Career Center; The National Healthcare Career Network; CareerBuilder; GoInHouse; Absolutely

ID:  56195

Content Description:

Bring us your experience, your head for strategy, your strength with relationships and your eye for opportunity. In return we offer an unmatched place to grow and develop your career among a richly diverse group of businesses driven by the power and stability of a leading health care organization. Come help us heal and strengthen the health care system as you do your life's best work.(sm) What makes your Regulatory Affairs career greater with UnitedHealth Group? Growth opportunities with the potential to impact the health care system ensure it will always be challenging and exciting. The Director, Regulatory Affairs should have existing relationships with New York state regulatory and enforcement agencies and will be expected to develop new relationships within these agencies, the New York Health Plan Association, legislative representatives and other interested parties as necessary to ensure effective communication and cooperation in the market. This individual will coordinate with various internal departments and committees to assure operational and procedural compliance with state and federal regulations. The Director will be expected to triage complex compliance regulatory and legal issues affecting the market and should work closely with the regional risk management support team to implement state specific goals. The Director will also work closely with the Local Market CEO and the regional leadership team as a strategic business partner to help achieve business goals in compliance with legal and regulatory requirements. Primary Responsibilities: Provide legal advice and representation to the market CEO and the Leadership team in New York Develop robust relationships with New York regulators, legislative representatives and others as needed Ability to work with UHG affiliates in support of the New York Market business objectives Ability to manage and resolve complex legal and regulatory matters and to clearly and effectively communicate these matters to others internally and externally as needed Ability to influence key internal and external decision makers on key policy issues Ability to advocate policy positions on key issues on state levels Work closely with Government Affairs to review and comment on proposed legislation and influence our agenda on key issues Consult and coordinate with new business/sales/product development/actuarial and underwriting to determine legal and regulatory requirements for commercial products being offered in the marketplace consistent with market Review benefit plans for compliance with state mandates and other healthcare reform requirements Help to manage and resolve consumer complaints as needed Review of operational documents to ensure compliance with statutory/regulatory laws for commercial lines of business. Collaborate with Market Conduct Exam team to review, analyze, and develop/oversee initial implementation project plans and/or corrective action plans to ensure compliance with new or existing laws and regulations and company customer and accreditation requirements Required Qualifications: JD Admission to the New York State Bar 10+ years of experience in a health care legal / regulatory environment Expert level of knowledge of regulatory environments, health care operations, and compliance challenges in the health care/managed care industry Work independently and effectively manage large workload Detail oriented Solid organizational skills Excellent verbal and written communication skills; ability to speak clearly and concisely, conveying complex or technical information in a manger that others can understand, as well as ability to understand and interpret complex information from others Strong interpersonal skills, establishing rapport and working well with others Preferred Qualifications: New York managed care, and / or compliance expertise Prior experience providing legal / regulatory counsel to C-Suite Executives Prior experience effectively managing relationships with New York regulators, Attorney General and Department of Insurance officials Careers with UnitedHealthcare. Let's talk about opportunity. Start with a Fortune 6 organization that's serving more than 85 million people already and building the industry's singular reputation for bold ideas and impeccable execution. Now, add your energy, your passion for excellence, your near-obsession with driving change for the better. Get the picture? UnitedHealthcare is serving employers and individuals, states and communities, military families and veterans where ever they're found across the globe. We bring them the resources of an industry leader and a commitment to improve their lives that's second to none. This is no small opportunity. It's where you can do your life's best work.(sm) Diversity creates a healthier atmosphere: UnitedHealth Group is an Equal Employment Opportunity / Affirmative Action employer and all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, age, national origin, protected veteran status, disability status, sexual orientation, gender identity or expression, marital status, genetic information, or any other characteristic protected by law. UnitedHealth Group is a drug - free workplace. Candidates are required to pass a drug test before beginning employment. Job Keywords: Sr. Associate General Counsel, New York, Albany, NY

URL: https://www.careerbuilder.com/job/J3R3G86PRL2H68GZJ8F?ipath=JRG1&location=new+york&searchid=bed3f97b-024f-

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

4017-af8f-3e29a517e7a3&siteid=cbnsv

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   11/21/2017

Title:   Corporate Counsel Cloud Computing Data

Poster:   Oracle

City:  Bridgewater, NJ

County:  Somerset

Ad Job Board(s):     JobNetwork; US.jobs; Nexxt, inc.; Geebo; The Job Network

ID:   56204

Content Description:

Job Description - Corporate Counsel - Cloud Computing & Data Cloud (170017XS) Job Description Corporate Counsel - Cloud Computing & Data Cloud-170017XS Preferred Qualifications Role: Corporate Counsel - Cloud Computing & Data Cloud Locations:Bridgewater NJ, Broomfield CO, Burlington MA, Durham NC, Reston VA, Redwood Shores CA, San Antonio TX Oracle is seeking exceptional Corporate Counsel to support continued dynamic growth in our various lines of business including Cloud Computing and Data Cloud services. We are in search of self-motivated, collaborative individuals who want to make an impact as a member of our rapidly growing legal team. We ...

URL: http://jobs.thejobnetwork.com/Job/30490047/3

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:  11/26/2017

Title:    ASSOCIATE General Counsel House Based International

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    Craigslist

ID:  56044

Content Description:

steven@bachrachgroup.com

URL: https://newyork.craigslist.org/mnh/bus/d/associate-general-counsel-in/6401630171.html

Occupation:    23-1011 Lawyers

Date:   12/3/2017

Title:   Associate General Counsel

Poster:  NYC HRA/Department of Social Services

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   55632

Content Description:

The Mayorâ€™s Office of Operations, Office of Support Accountability And Value is recruiting for one (1) Agency Attorney III to function as an Associate General Counsel who will be responsible for:â€¢ Analyzing the broad array of legal issues affecting the Office and thinking creatively about how to address these issues.â€¢ Providing legal analysis and advice on data privacy and data security matters.â€¢ Researching models of other jurisdictions in handling complex legal issues and projects.â€¢ Partnering with City agencies as needed to assist in handling data security questions and responses.â€¢ Representing the Office on interagency task forces, working groups, and projects.â€¢ Drafting memoranda of understanding, guidelines, and other legal documents.â€¢ Conducting legal research to ensure compliance with applicable laws, regulations, and policies. â€¢ Collaborating with the Law Department and counsel from City agencies and outside entities to implement key policy goals and projects.â€¢ Managing implementation of projects and workstreams related to regulatory matters and other citywide policy issues with legal implications.â€¢ Other legal work as necessary to support the goals of the Office and Administration.

URL: https://www.goinhouse.com/jobs/2868295-associate-general-counsel-at-nyc-hra-dept-of-social-services

Occupation: 23-1011 Lawyers

Date: 12/6/2017

Title: Corporate Counsel

Poster: SeatGeek

City: New York, NY

County: New York

Ad Job Board(s): VentureLoop; Truejob.com

ID: 55485

Content Description:

Overview In 2017, SeatGeek acquired a company, launched SG Enterprise , and made our first foray into primary ticketing. In 2018, we'll be partnering with more teams than ever before and ticketing our first NFL & NBA teams. As SeatGeek continues to scale, both as an organization (we've hired 85+ people this year) and as a consumer facing marketplace, we're looking to add to our legal team. As our Corporate Counsel, you'll work closely with our General Counsel to advise on a broad range of legal matters for SeatGeek, including affiliated domestic & international entities, and support our business cross functionally with an emphasis on our enterprise sales. What You'll Do - Draft and negotiate a broad range of commercial contracts to support sales, particularly enterprise sales, including Saas and other services agreements, SOWs, NDAs, integration agreements, among others - Create or update contract templates as our business evolves and grows - Dive into the sales process to fully support the sales cycle and onboarding - Stay apprised of ever-changing laws affecting the SeatGeek business, and research new legal issues - Assist with training employees and growing out the legal function - Assist with maintenance and development of SeatGeek's intellectual property portfolio What You Have - J.D. and bachelor's degrees from U.S. accredited institutions - Bar membership in at least one U.S. jurisdiction with the ability to work in-house in New York - 7-10 years of post-J.D. experience with a law firm or corporation, with increased responsibilities and more significant counterparties to show negotiating prowess - Experience with Saas and tech contracts with enterprise sales - Demonstrated ability to prioritize in a fast-paced environment, with the ability to adjust quickly to changing work priorities - Ability to develop innovative solutions to legal issues in support of strategic business initiatives and objectives - Excellent interpersonal, verbal and written communication and organizational skills - Experience in a start-up type environment is a plus - Experience in the ticketing industry and/or with sports teams or leagues preferred

URL: https://www.truejob.com/jobs?page=233&job=corporate-counsel-fblbtq#

Occupation:    23-1011 Lawyers

Date:    12/10/2017

Title:    Vice President Corporate Counsel Annuities

Poster:  Poster Not Listed

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    US.jobs

ID:    55232

Content Description:

Vice President, Corporate Counsel AnnuitiesWe are seeking an experienced attorney to join the Annuities Law Department. This position will provide counsel and support to Prudentials Annuities business on variable and fixed annuity product development, maintenance and marketing. This position also will have the opportunity to provide cross-business legal support on product development for the Individual Life Insurance Law Department, and work closely with other US business and corporate legal groups on a variety of strategic and cross-business initiatives.The position may be located in Shelton, CT, Hartford, CT, or Newark, NJ.The responsibilities for this position include:Providing legal advice on new Annuities product development initiatives, working closely with business partners in a team environment from product concept to product launch;Providing counsel to the Annuities marketing team on the development of advertising, sales and producer training materials, and new and innovative marketing concepts;Collaborating regularly with the Annuities Compliance and Risk Management functions in assessing risks;Working closely with legal colleagues on issues impacting the Annuities business, as well as other strategic and cross-business initiatives impacting the broader enterprise;Representing Prudential in industry committees and groups that evaluate legal issues that impact the Annuities business; andEngaging and managing outside counsel, as needed.We offer a collaborative and collegial work environment, with an enterprise focus on the growth, development and success of talented associates. Members of the Annuities legal team are part of Prudentials global Law, Compliance, Business Ethics and External Affairs (LCBE) organization.VEVRAA Federal ContractorRequest Priority Protected Veteran ReferralsEOE -Veteran /Disabled/Minority/AA/F/M/SO

URL: https://my.jobs/81933be2cf4343018c194b48dabd364a1394

Occupation:     23-1011 Lawyers

Date:   12/10/2017

Title:   Senior Corporate Counsel

Poster:  WELLCARE

City: Newark, NJ

County:  Essex

Ad Job Board(s):    The Job Network

ID:   58937

Content Description:

Job Description - Sr. Corporate Counsel, North Regional Lead (IL, NJ, NY, CT, MO) (1704108) Job Description Sr. Corporate Counsel, North Regional Lead (IL, NJ, NY, CT, MO)-1704108 About WellCare: WellCare Health Plans, Inc. is a Fortune 500 company traded on the New York Stock Exchange (symbol: WCG). It provides managed care services targeted to government-sponsored health care programs, including Medicaid, Medicare, Prescription Drug Plans and the Health Insurance Marketplace. Headquartered in Tampa, Fla., WellCare offers a variety of health plans for families, children, and the aged, blind and disabled. The company serves approximately 4 million members and employs app ...

URL: http://jobs.thejobnetwork.com/Job/30519976/3

Occupation:    23-1011 Lawyers

Date:   12/12/2017

Title:   Vice President Corporate Counsel Annuities

Poster:  Prudential

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    DiversityInc; Prudential

ID:   55129

Content Description:

Description Vice President, Corporate Counsel â€" Annuities We are seeking an experienced attorney to join the Annuities Law Department. This position will provide counsel and support to Prudentialâ€™s Annuities business on variable and fixed annuity product development, maintenance and marketing. This position also will have the opportunity to provide cross-business legal support on product development for the Individual Life Insurance Law Department, and work closely with other US business and corporate legal groups on a variety of strategic and cross-business initiatives. The position may be located in Shelton, CT, Hartford, CT, or Newark, NJ. The responsibilities for this position include: - Providing legal advice on new Annuities product development initiatives, working closely with business partners in a team environment from product concept to product launch; - Providing counsel to the Annuities marketing team on the development of advertising, sales and producer training materials, and new and innovative marketing concepts; - Collaborating regularly with the Annuities Compliance and Risk Management functions in assessing risks; - Working closely with legal colleagues on issues impacting the Annuities business, as well as other strategic and cross-business initiatives impacting the broader enterprise; - Representing Prudential in industry committees and groups that evaluate legal issues that impact the Annuities business; and - Engaging and managing outside counsel, as needed. We offer a collaborative and collegial work environment, with an enterprise focus on the growth, development and success of talented associates. Members of the Annuities legal team are part of Prudentialâ€™s global Law, Compliance, Business Ethics and External Affairs (LCBE) organization.

URL: https://pru.taleo.net/careersection/2/jobdetail.ftl?job=ANN000NL

Occupation:     23-1011 Lawyers

Date:   12/29/2017

Title:    Associate General Counsel Product Regulatory Attorney

Poster:  Major, Lindsey & Africa

City:  New York, NY

County:  New York

Ad Job Board(s):    Major, Lindsey & Africa

ID:   54316

Content Description:

DESCRIPTION Coty Inc. has exclusively retained Major, Lindsey & Africa to conduct a search for an Associate General Counsel, Product Regulatory Attorney to be located in its corporate headquarters in New York City or London. Coty is an equal opportunity employer. Overview: The Associate General Counsel will join a 50-person legal department which includes 30+ attorneys and other professionals and be primarily responsible for providing strategic advice and legal support on a wide variety of US and international regulatory, product, research, claims, quality and manufacturing issues. The position will be based in either New York City or London and will report to Coty's SVP, Global Compliance. Company: Coty Inc. is the global leader in fragrance and one of the world's largest beauty companies with approximately $9 billion in revenues. It was created in Paris in 1904 by Francois Coty, who is credited with founding the modern fragrance industry. Driven by an entrepreneurial spirit, passion, innovation and creativity, Coty has developed an unrivaled portfolio of over 90 designer, luxury and professional beauty brands. Coty is an equal opportunity employer, committed to diversity in its workforce. Location: New York City (Midtown) or London Experience: The ideal candidate will have a minimum of 8 years legal experience specializing in the FMCG industry, preferably with FDA, FTC and equivalent EU experience, or related area, gained at a top tier law firm, corporate legal department, or federal or state government agency.

URL: https://www.mlaglobal.com/legal-jobs/job-details?jobid=278952

Occupation:     23-1011 Lawyers

Date:   12/30/2017

Title:    Generalist Contracting Attorney Office General Counsel

Poster:  Barnabas Health

City:  West Orange, NJ

County:  Essex

Ad Job Board(s):    The National Healthcare Career Network; Geebo

ID:   54303

Content Description:

RWJBarnabas Health is the most comprehensive health care delivery system in New Jersey, treating over 3 million patients a year. The system includes eleven acute care hospitals, three acute care children's hospitals and a leading pediatric rehabilitation hospital (Children's Specialized Hospital). RWJBarnabas Health is New Jersey's second largest private employer â€" with more than 32,000 employees, 9,000 physicians and 1,000 residents and interns. The successful applicant will: Education & Qualifications: We offer a great work environment, competitive rates and excellent benefits, including: Â· Medical/Dental/Vision plans Â· 401 (k) Â· Vacation/Personal/Holiday/Sick Time Off Â· Short & Long Term Disability Â· Basic Life & Accidental Death Insurance Â· Tuition Reimbursement Â· Health Care/Dependent Care Flexible Spending Accounts Equal Opportunity Employer Internal Number: SB800000021

URL: http://healthjobs.njha.com/jobs/10609776/generalist-contracting-attorney-office-of-general-counsel-ft?keywords=

Occupation:    23-1011 Lawyers

Date:   1/1/2018

Title:   Corporate Counsel

Poster:  SeatGeek

City:  New York, NY

County:  New York

Ad Job Board(s):   GoInHouse

ID:   54242

Content Description:

Overview In 2017, SeatGeek acquired a company, launched SG Enterprise, and made our first foray into primary ticketing. In 2018, weâ€™ll be partnering with more teams than ever before and ticketing our first NFL & NBA teams. As SeatGeek continues to scale, both as an organization (weâ€™ve hired 85+ people this year) and as a consumer facing marketplace, weâ€™re looking to add to our legal team. As our Corporate Counsel, youâ€™ll work closely with our General Counsel to advise on a broad range of legal matters for SeatGeek, including affiliated domestic & international entities, and support our business cross functionally with an emphasis on our enterprise sales. What Youâ€™ll Do Draft and negotiate a broad range of commercial contracts to support sales, particularly enterprise sales, including Saas and other services agreements, SOWs, NDAs, integration agreements, among others Create or update contract templates as our business evolves and grows Dive into the sales process to fully support the sales cycle and onboarding Stay apprised of ever-changing laws affecting the SeatGeek business, and research new legal issues Assist with training employees and growing out the legal function Assist with maintenance and development of SeatGeekâ€™s intellectual property portfolio What You Have J.D. and bachelor's degrees from U.S. accredited institutions Bar membership in at least one U.S. jurisdiction with the ability to work in-house in New York 7-10 years of post-J.D. experience with a law firm or corporation, with increased responsibilities and more significant counterparties to show negotiating prowess Experience with Saas and tech contracts with enterprise sales Demonstrated ability to prioritize in a fast-paced environment, with the ability to adjust quickly to changing work priorities Ability to develop innovative solutions to legal issues in support of strategic business initiatives and objectives Excellent interpersonal, verbal and written communication and organizational skills Experience in a start-up type environment is a plus Experience in the ticketing industry and/or with sports teams or leagues preferred

URL: https://www.goinhouse.com/jobs/3047209-corporate-counsel-at-seatgeek

Occupation:   23-1011 Lawyers

Date:  1/6/2018

Title:   Lead Senior Corporate Counsel

Poster:  WELLCARE

City: Newark, NJ

County:  Essex

Ad Job Board(s):   The Job Network

ID:  53976

Content Description:

Job Description - Sr. Corporate Counsel, North Regional Lead (1704108) Job Description Sr. Corporate Counsel, North Regional Lead-1704108 About WellCare: WellCare Health Plans, Inc. is a Fortune 500 company traded on the New York Stock Exchange (symbol: WCG). It provides managed care services targeted to government-sponsored health care programs, including Medicaid, Medicare, Prescription Drug Plans and the Health Insurance Marketplace. Headquartered in Tampa, Fla., WellCare offers a variety of health plans for families, children, and the aged, blind and disabled. The company serves approximately 4 million members and employs approximately 6,500 people nationwide as of S ...

URL: http://jobs.thejobnetwork.com/Job/33574214/3

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:  1/6/2018

Title:    Office General Counsel General Counseling Attorney

Poster:  PricewaterhouseCoopers

City:  New York, NY

County:  New York

Ad Job Board(s):    AllCountyJobs.com; The Job Network; Geebo

ID:  54017

Content Description:

Position/Program Title Office of the General Counsel Counseling Attorney PwC/LoS Overview PwC is a network of firms committed to delivering quality in assurance, tax and advisory services. We help resolve complex issues for our clients and identify opportunities. Learn more about us at www.pwc.com/us. At PwC, we develop leaders at all levels. The distinctive leadership framework we call the PwC Professional (http://pwc.to/pwcpro) provides our people with a road map to grow their skills and build their careers. Our approach to ongoing development shapes employees into leaders, no matter the role or job title. Are you ready to build a career in a rapidly changing world? Developing as a ...

URL: http://jobs.thejobnetwork.com/Job/33566579/3

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 1/9/2018

Title: Corporate Counsel Infrastructure

Poster: Poster Not Listed

City: Teaneck, NJ

County: Bergen

Ad Job Board(s): US.jobs

ID: 53838

Content Description:

Cognizant has an immediate opening for a corporate in-house attorney for infrastructure deals with at least 6 years combined experience in a top law firm and an in-house legal department. The candidate must have extensive prior experience contracting with clients and vendors (including hardware, software and service vendors) on infrastructure deals. The ideal candidate must have the ability to work quickly in a fast-paced and global environment to draft, negotiate, and manage complex contracts with limited supervision, should possess excellent communication and organizational skills, and should have prior experiencing training and managing other attorneys. The attorney would be expected to work directly with business account team members. Some travel required. Job responsibilities will include:Drafting, reviewing, and negotiating vendor contracts, alliance and partnership agreements, andCognizant has an immediate opening for a corporate in-house attorney for infrastructure deals with at least 6 years combined experience in a top law firm and an in-house legal department. The candidate must have extensive prior experience contracting with clients and vendors (including hardware, software and service vendors) on infrastructure deals. The ideal candidate must have the ability to work quickly in a fast-paced and global environment to draft, negotiate, and manage complex contracts with limited supervision, should possess excellent communication and organizational skills, and should have prior experiencing training and managing other attorneys. The attorney would be expected to work directly with business account team members. Some travel required. Job responsibilities will include:Drafting, reviewing, and negotiating vendor contracts, alliance and partnership agreements, andpass-through contract terms between vendors and clients.Advising business teams to ensure legal compliance with applicable regulations and companypolicies.Coordinating with various internal stakeholders and advising the business teams oncontracting/compliance.Analyzing and assessing business processes, spotting issues and proposing solutions.Training and managing attorneys for infrastructure deals.Driving processes and efficiencies across the CIS and commercial contract teams.Candidates can be based in Salt Lake City, UT; Dallas, TX; or Denver, CO. All candidates required to be licensed or have in house licensure in the state in which they work.pass-through contract terms between vendors and clients.Advising business teams to ensure legal compliance with applicable regulations and companypolicies.Coordinating with various internal stakeholders and advising the business teams oncontracting/compliance.Analyzing and assessing business processes, spotting issues and proposing solutions.Training and managing attorneys for infrastructure deals.Driving processes and efficiencies across the CIS and commercial contract teams.Candidates can be based in Salt Lake City, UT; Dallas, TX; or Denver, CO. All candidates required to be licensed or have in house licensure in the state in which they work.VEVRAA Federal ContractorRequest Priority Protected Veteran ReferralsEOE -Veteran /Disabled/Minority/AA/F/M/SO

URL: https://my.jobs/84d1a0d5eb02467e806e989cf7a9645b1394

Occupation:    23-1011 Lawyers

Date:  1/9/2018

Title:   Assistant General Counsel Consumer Beauty

Poster:  COTY US LLC

City:  New York, NY

County:  New York

Ad Job Board(s):    Coty US LLC

ID:  53840

Content Description:

ASSISTANT GENERAL COUNSEL CONSUMER BEAUTY DIVISION COTY - NEW YORK, NY PURPOSE Our purpose is to celebrate and liberate the diversity of beauty. We challenge convention through invention, expanding our horizons to enrich your reality with possibility. We build brands to inspire and enable our consumers to experience the confidence and joy of expressing their beauty, their way. MISSION AND RESPONSIBILITIES We are actively looking for an Assistant General Counsel to join our Consumer Beauty division legal group. This position reports to the SVP & General Counsel of Cotyâ€™s Consumer Beauty Division and works closely with several members of the division and legal teams. Key responsibilities: - Serve as a strategic, solutions-oriented business partner to the marketing, digital, sales, and public relations teams of all of Cotyâ€™s Consumer Beauty US-based brands, which encompass color cosmetics, retail hair, fragrance, and nail products. - Drafting, reviewing and negotiating a wide range of commercial contracts such as sponsorship, promotion and marketing agreements, licensing, consultant and service provider agreements, advertising, talent and influencer agreements, music licenses, and e-commerce, SaaS, and technology agreements. - Division M&A support THE COTY IDEAL FIT - JD from top tier law school - 8-10 yearsâ€™ in-house legal experience and/or with a major law firm focusing on brand support, consumer products regulations and commercial agreements. - In-house and/or Beauty industry experience preferred - Candidates must be intellectually curious, personable (as Coty employs an open-floor plan for seating), hard-working, possess a can-do attitude, and business savvy. - Must be familiar with claim substantiation rules and regulations.

URL:
https://career2.successfactors.eu/career?career%5fns=job%5flisting&company=Coty&navBarLevel=JOB%5fSEARCH&rcm%5fs
ite%5flocale=en%5fUS&career_job_req_id=60741&selected_lang=en_US&jobAlertController_jobAlertId=&jobAlertController
_jobAlertName=&_s.crb=awcqyzdNMqVbicDsBuABmqo6Rqk%3d

Occupation: 23-1011 Lawyers

Date: 1/12/2018

Title: Corporate Counsel

Poster: Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s): US.jobs

ID: 53556

Content Description:

Getty Images, Inc. Legal | New York Getty Images is an equal opportunity employer and strongly supports diversity in the workplace Who You Are: This role will provide legal support to numerous business functions at Getty Images, with a very strong emphasis on support of the regional sales, data, and operations teams. Corporate Counsel is expected to develop relationships with key internal and external customers by quickly and accurately drafting, negotiating and implementing a range of commercial agreements. This position provides appropriate legal guidance as and where needed as well as troubleshooting operational road blocks. Your Next Challenge: Exercise independent responsibility for partnering with the applicable business teams, providing contract drafting, negotiation and maintenance support together with attorneys in other offices. Independently prepare and manage legal documentation (contracts, legal correspondence, etc.) and other materials related to job duties. Establish and maintain positive relationships with internal and external customers. Train internal customers and present to external customers on salient legal issues affecting Getty Images business. Communicate (written and verbal) with internal and external parties, including internal and external customers, as necessary to perform job duties. Serve as contact for general legal issues that arise in the region. Occasional travel may be required. What You'll Need: Desired 4+ years relevant experience with general commercial legal matters. Experience at a large law firm and/or as in-house counsel, with licensing and intellectual property experience strongly preferred. Juris Doctorate and member in good standing with the New York state Bar. Prior knowledge and experience negotiating and drafting contracts and agreements independently, with an excellent attention to detail. Strong negotiation skills and ability to interact with senior legal and business leaders internally and externally. Critical analysis skills related to identifying and solving problems in a busy corporate environment. Experience working with and training non-legal colleagues. Exceptional interpersonal and communication skills. Strong organizational and time-management skills. Ability to perform complex tasks with minimal direction and/or supervision. Ability to work productively in an evolving environment. Self-starting and solutions-oriented team player. Maintains composure during tight deadlines. Ability to manage multiple tasks simultaneously. Completes work with professionalism and with integrity. Fluency in Spanish (reading, writing, speaking) is highly desirable. Who We Are: Getty Images - http://www.gettyimages.com/ is the world's leader in visual communication, with over 170 million assets available through its premium content site www.gettyimages.com - http://www.gettyimages.com/ and its leading stock content site www.istock.com - http://www.istock.com/ . With its advanced search and image recognition technology, Getty Images serves business customers in more than 100 countries and is the first place creative and media professionals turn to discover, purchase and manage images and other digital content. Its award-winning photographers and content creators help customers produce inspiring work which appears every day in the world's most influential newspapers, magazines, advertising campaigns, films, television programs, books and online media. Visit Getty Images at www.gettyimages.com - http://www.gettyimages.com/ to learn more about how the company is advancing the unique role of digital media in communications and business, and enabling creative ideas to come to life. For company news and announcements, visit press.gettyima

URL: https://my.jobs/dcdfd001a22f4f7d83d2a79e7dc474fa1396

Occupation:     23-1011 Lawyers

Date:   1/15/2018

Title:   Corporate Counsel

Poster:  Newsday

City:  Melville, NY

County:  Suffolk

Ad Job Board(s):   GoInHouse

ID:   53455

Content Description:

Newsday Media Group (NMG) is one of the nation's most dynamic media organizations, serving Long Island and New York City through its portfolio of mobile and digital products, print publications and live events. With 19 Pulitzer Prizes and other esteemed awards for outstanding journalism, our mission and vision is to engage consumers and businesses by connecting them to the communities in which they live, work and play. NMG properties include the award-winning Newsday, Newsday.com ; amNewYork, New York City's most widely circulated free daily paper along with its mobile app and amNY.com ; Newsday Connect, the digital solutions company serving Long Island business owners; and Newsday Local Publishing, one of the Northeast's largest groups of weekly shopper publications. The Corporate Counsel position will be primarily responsible for drafting and negotiating contracts. This position will work closely with and support the VP/General Counsel. Responsibilities : - Review, markup/draft (from forms and from scratch), negotiate and close commercial contracts, including but not limited to master services agreements, statements of work, licensing, content, software, IT support and maintenance, consulting, leases, distribution, marketing, and advertising agreements and supporting documents across all business units. - Provide practical, business-oriented legal/commercial contract advice directly to business clients. - Support business clients in negotiating commercial terms. - Apply innovative problem-solving skills and practical business judgment to maximize opportunity and minimize risk. - Manage assigned projects to completion. - Assist VP/General Counsel and management in all legal matters, as needed. - All other duties as assigned. Qualifications - J.D. degree from an accredited law school required. - Licensed to practice law in the State of New York - 4+ years of relevant experience in a law firm and/or corporate legal department; in-house corporate legal department experience preferred. - Excellent verbal and written communication skills and interpersonal skills. - Experience in media law, employment and/or labor law, or intellectual property helpful but not required. - Analytical and research skills required. - Subject matter expert on commercial agreements providing independent review and revision with and without attorney supervision. - Experience working in a fast-paced and collegial environment. - Demonstrated ability to work independently and to prioritize competing demands from business clients and attorneys. - Must be able to effectively work as part of a team to achieve business goals. - Demonstrate a strong ability to identify, analyze and solve problems. We are an Equal Opportunity Employer and maintain a drug-free and smoke- free workplace.

URL: https://www.goinhouse.com/jobs/3337322-corporate-counsel-at-newsday

Occupation:    23-1011 Lawyers

Date:  1/17/2018

Title:   Assistant General Counsel

Poster:  Coty Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):   GoInHouse

ID:   53362

Content Description:

PURPOSE Our purpose is to celebrate and liberate the diversity of beauty. We challenge convention through invention, expanding our horizons to enrich your reality with possibility. We build brands to inspire and enable our consumers to experience the confidence and joy of expressing their beauty, their way. MISSION AND RESPONSIBILITIES We are actively looking for an Assistant General Counsel to join our Consumer Beauty division legal group. This position reports to the SVP & General Counsel of Cotyâ€™s Consumer Beauty Division and works closely with several members of the division and legal teams. Key responsibilities: - Serve as a strategic, solutions-oriented business partner to the marketing, digital, sales, and public relations teams of all of Cotyâ€™s Consumer Beauty US-based brands, which encompass color cosmetics, retail hair, fragrance, and nail products. - Drafting, reviewing and negotiating a wide range of commercial contracts such as sponsorship, promotion and marketing agreements, licensing, consultant and service provider agreements, advertising, talent and influencer agreements, music licenses, and e-commerce, SaaS, and technology agreements. - Division M&A support THE COTY IDEAL FIT - JD from top tier law school - 8-10 yearsâ€™ in-house legal experience and/or with a major law firm focusing on brand support, consumer products regulations and commercial agreements. - In-house and/or Beauty industry experience preferred - Candidates must be intellectually curious, personable (as Coty employs an open-floor plan for seating), hard-working, possess a can-do attitude, and business savvy. - Must be familiar with claim substantiation rules and regulations.

URL: https://www.goinhouse.com/jobs/3342555-assistant-general-counsel-at-coty

Occupation:    23-1011 Lawyers

Date:  1/24/2018

Title:    Assistant General Counsel Commercial

Poster:  21st Century Fox

City:  New York, NY

County:  New York

Ad Job Board(s):    Truejob.com; GoInHouse

ID:  53103

Content Description:

Description Overview: News America Marketing, a subsidiary of News Corporation (NWSA), is looking for a Commercial Attorney to join our team here in NYC. This individual will draft, review, and negotiate on a wide variety of commercial agreements and contracts with particular emphasis in the advertising, digital marketing, advertising technology, and technology space. Qualifications: Required: - Juris Doctor degree (J.D.). - Qualified to practice law in New York. - Minimum four (4) years post-JD experience. - Extensive experience drafting and negotiating all manner of commercial contracts: - advertising and marketing agreements (both digital and print, including agreements with clients and partners including advertising technology providers and exchanges) - content, data and distribution arrangements across all media â€" print, digital and print platforms and devices - consulting agreements - software/technology licensing and development agreements (including SaaS and PaaS) - sponsorship and promotion agreements - IT agreements - sourcing/procurement/vendor contracts - other day-to-day operational contracts - Ability to efficiently process a large volume of contracts in a fast paced environment and to work independently with limited oversight. - Ability to creatively accomplish business goals while managing legal risk - Strong analytical and communication skills. - Comfortable interacting with all levels of business professionals. - Strong organizational skills. Desired: - Mid to large sized firm training and in-house experience. - Experience handling privacy issues (including collection and use of user data associated with digital direct marketing programs and interest based advertising) About News America Marketing News America Marketing , a subsidiary of News Corp [NASDAQ: NWS, NWSA; ASX: NWS, NWSLV] is the premier marketing partner of some of the worldâ€™s most well-known brands. From our iconic Sunday coupon insert, SmartSource MagazineÂ®, to our innovative digital savings platforms like Checkout 51, News America Marketingâ€™s advertising and promotion programs are an integral part of Americaâ€™s shopping routine. We reach millions of consumers each day through our network of 1,950+ publications1, 55,880+ retail stores, and mobile savings apps. Since 1988, we have delivered advertising and promotions that are proven to help brands succeed.

URL: https://www.truejob.com/jobs?page=158&job=assistant-general-counsel-commercial-3lwq1a#

Occupation:     23-1011 Lawyers

Date:   1/26/2018

Title:   Vice President Counsel

Poster:   Outfront Media

City:  New York, NY

County:  New York

Ad Job Board(s):     JobNetwork; GoInHouse

ID:   50149

Content Description:

Outfront Media is looking for a talented technology attorney to join its fast-paced, collaborative in-house legal team. In this position, you will provide legal support to all of our business groups, with a focus on technology, intellectual property, data privacy, and digital products. You will also serve as a key legal resource for the ON Smart Media team, a cross-functional team dedicated to bringing the digital revolution to the out-of-home industry. The successful candidate must have a passion for technology, be inquisitive, enjoy working hard and being challenged, come to the table with pragmatic solutions, and be a true team player. What You'll Do: * Take the lead in structuring, drafting and negotiating a wide range of technology agreements, including licensing and development agreements; third party content and data licenses; ad tech platform/exchange agreements; hardware development and supply agreements; complex licenses and other agreements related to new digital products; agreements related to marketing, influencers and social media; IT and enterprise-wide technology agreements (like support, SaaS, hosting and MSAs); and sourcing, procurement and other vendor agreements. - Provide legal support to business teams developing and implementing new digital products and platforms (throughout all stages of development and implementation) - On a day-to-day basis, provide clear, concise and commercial advice (and creative solutions where necessary) to internal clients on a wide range of issues related to technology, intellectual property, data privacy, and digital products - Assist with developing, managing, implementing and maintaining Outfront's data privacy policies and procedures across all business units; actively monitor applicable data privacy laws and regulations and pro-actively recommend changes in privacy policies and business processes as needed - Counsel clients and provide support to legal colleagues regarding data privacy and security issues, including drafting and negotiating necessary data privacy provisions - Provide substantive support for the rest of the legal team on an as-needed basis in your areas of expertise - Collaborate with other client-facing business units, including procurement and risk management - Perform other duties as necessary About You: - * JD, admitted to New York State Bar - * 4+ years of relevant legal experience (with at least 2 years at a major law firm) - Experience drafting and negotiating a wide variety of technology agreements - Subject matter expertise in technology, intellectual property, data privacy and commercial contracts - Extremely bright with positive attitude and an EQ that matches your IQ - Thrive in a dynamic, fast-paced, environment where you must take on multiple responsibilities and do what it takes to get things done - Practical, business-oriented and an effective, pro-active communicator - Thorough understanding of existing and emerging technologies and platforms including big data, digital advertising, mobile apps, social media, etc. Bonus Points: - Prior in-house experience - Prior experience in the advertising industry - Strong knowledge of digital advertising ecosystems - CIPP/US, CIPP/C, CIPP/E and/or CIPP/M Certification(s) To all Recruitment Agencies: OUTFRONT Media LLC does not accept agency and unsolicited resumes. Please do not forward resumes to our OUTFRONT Media employees or any other company location . OUTFRONT Media is not responsible for any fees related to unsolicited resumes. OUTFRONT Media Is An Equal Opportunity Employer All applicants shall receive equal consideration without regard to race, color, religion, gender, marital status, gender identity or expression, sexual orientation, national origin, age, veteran status or disability. Please refer to the

URL: http://www.newyorkjobnetwork.com/job/detail/29887121/VP-Counsel

Occupation:   23-1011 Lawyers

Date:  1/27/2018

Title:   Corporate Counsel

Poster:  Advantage America NY Regional Center, LLC

City: New York, NY

County: New York

Ad Job Board(s):   The Job Network

ID:  52988

Content Description:

Corporate Counsel sought by Advantage America NY Regional Center, LLC in NY, NY. Req: JD +24 mos of rltd legal exp working in EB-5 projects. Exp must incl: prep'n & filing of USCIS forms I-924, I-924A, I-526, I-829; prep'n & filing of form D compliance w/ SEC regs using the Edgar systm; participation in structuring, prep'n, & oversight of compliance review of private placement offering documentation for direct & regional center EB-5 projects. Must be a member in good standing of the NY bar. CVs to Julia Park, 575 Madison Ave, Fl. 23, NY, NY 10022

URL: https://jobs.thejobnetwork.com/job/34721355/corporate-attorney-job-in-new-york-ny-10022

Occupation:    23-1011 Lawyers

Date:  1/28/2018

Title:   Assistant General Counsel Commercial

Poster:  News America Marketing

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse; Geebo

ID:   52980

Content Description:

Overview: News America Marketing, a subsidiary of News Corporation (NWSA), is looking for a Commercial Attorney to join our team here in NYC. This individual will draft, review, and negotiate on a wide variety of commercial agreements and contracts with particular emphasis in the advertising, digital marketing, advertising technology, and technology space. Qualifications: Required: Juris Doctor degree (J.D.). Qualified to practice law in New York. Minimum four (4) years post-JD experience. Extensive experience drafting and negotiating all manner of commercial contracts: advertising and marketing agreements (both digital and print, including agreements with clients and partners including advertising technology providers and exchanges) content, data and distribution arrangements across all media ? print, digital and print platforms and devices consulting agreements software/technology licensing and development agreements (including SaaS and PaaS) sponsorship and promotion agreements IT agreements sourcing/procurement/vendor contracts other day-to-day operational contracts Ability to efficiently process a large volume of contracts in a fast paced environment and to work independently with limited oversight. Ability to creatively accomplish business goals while managing legal risk Strong analytical and communication skills. Comfortable interacting with all levels of business professionals. Strong organizational skills. Desired: Mid to large sized firm training and in-house experience. Experience handling privacy issues (including collection and use of user data associated with digital direct marketing programs and interest based advertising) About News America Marketing News America Marketing, a subsidiary of News Corp NASDAQ: NWS, NWSA; ASX: NWS, NWSLV is the premier marketing partner of some of the world's most well-known brands. From our iconic Sunday coupon insert, SmartSource Magazine?, to our innovative digital savings platforms like Checkout 51, News America Marketing's advertising and promotion programs are an integral part of America's shopping routine. We reach millions of consumers each day through our network of 1,950+ publications1, 55,880+ retail stores, and mobile savings apps. Since 1988, we have delivered advertising and promotions that are proven to help brands succeed. SDL2017

URL: https://new_york_city-ny.geebo.com/jobs-online/view/id/633149277-assistant-general-counsel-commercial-/

Occupation:    23-1011 Lawyers

Date:  1/29/2018

Title:   Assistant General Counsel Consumer Beauty

Poster:  Coty Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    US.jobs; GoInHouse; Nexxt, inc.; Recruit.net; Geebo

ID:  52870

Content Description:

ASSISTANT GENERAL COUNSEL CONSUMER BEAUTY DIVISION COTY - NEW YORK, NY PURPOSE Our purpose is to celebrate and liberate the diversity of beauty. We challenge convention through invention, expanding our horizons to enrich your reality with possibility. We build brands to inspire and enable our consumers to experience the confidence and joy of expressing their beauty, their way. MISSION AND RESPONSIBILITIES We are actively looking for an Assistant General Counsel to join our Consumer Beauty division legal group. This position reports to the SVP & General Counsel of Coty's Consumer Beauty Division and works closely with several members of the division and legal teams. Key responsibilities: - Serve as a strategic, solutions-oriented business partner to the marketing, digital, sales, and public relations teams of all of Coty's Consumer Beauty US-based brands, which encompass color cosmetics, retail hair, fragrance, and nail products. - Drafting, reviewing and negotiating a wide range of commercial contracts such as sponsorship, promotion and marketing agreements, licensing, consultant and service provider agreements, advertising, talent and influencer agreements, music licenses, and e-commerce, SaaS, and technology agreements. - Division M&A support THE COTY IDEAL FIT - JD from top tier law school - 8-10 years' in-house legal experience and/or with a major law firm focusing on brand support, consumer products regulations and commercial agreements. - In-house and/or Beauty industry experience preferred - Candidates must be intellectually curious, personable (as Coty employs an open-floor plan for seating), hard-working, possess a can-do attitude, and business savvy. - Must be familiar with claim substantiation rules and regulations.

URL: https://www.goinhouse.com/jobs/3329485-assistant-general-counsel-consumer-beauty-at-coty

Occupation: 23-1011 Lawyers

Date: 1/30/2018

Title: Title Associate General Counsel

Poster: Verizon

City: Basking Ridge, NJ

County: Somerset

Ad Job Board(s): Recruit.net

ID: 52857

Content Description:

What you'll be doing... Verizon seeks an energetic, creative, business-oriented attorney to join its legal team supporting Verizon's Global Products & Solutions organization. The ideal candidate will be a team player with significant legal experience developing and launching consumer-focused products and services. The candidate must have excellent inter-personal and communication skills, demonstrated good judgment, and a proven track record of advising clients in a fast-paced, collaborative environment.In addition to the above, the position will include the following responsibilities: - Serving as lead counsel for certain consumer products and services; - Prompt review of new product offerings and changes to existing products for consumer wireline and wireless services, including mobile apps, service platforms and web portals; - Ensuring compliance with existing policies, federal and state laws and regulations and assisting in formulation of solutions to any identified problem areas exposing company to risk - Negotiating and drafting contracts, including strategic partnership, licensing, vendor, and non-disclosure agreements - Drafting and reviewing product terms of service, FAQs, technical requirements, customer care and training scripts as well as product collateral and advertising copy - Providing day-to-day support for the product development teams - Coordinating internally and externally among different client organizations, legal and other groups in addressing product, promotional and other product related issues, including educating and training employees; - Coordinating with business, legal, external affairs and other groups to ensure effective advocacy of product strategies; - Address legislative or regulatory developments with actual or potential impact on key product initiatives and strategies What we're looking for... - J.D. from an accredited top-tier law school, with excellent academic performance - Member in good standing of at least one state bar. - 10+ years of experience as a practicing attorney in large law firm or in-house legal department. - In-depth knowledge of consumer product related issues. - Knowledge and prior experience with federal and state consumer protection laws, regulations and general consumer protection issues. - Extensive experience in telecommunications, including familiarity with federal and state regulatory issues such as VoIP and video franchising issues. - Familiarity with Verizon consumer services. - Strong problem-solving skills. - Highly developed analytical reasoning skills, report analysis and keen attention to detail and processes. - Strong project management skills with proven track record of managing complex projects from inception to completion and team management skills. - Strong sense of integrity. - Strong business knowledge and confident decision making skills. - Strong interpersonal skills, motivational and leadership skills. - Ability to appropriately balance legal and business risks. - Strong communication skills required. When you join Verizon... You'll be doing work that matters alongside other talented people, transforming the way people, businesses and things connect with each other. Beyond powering America's fastest and most reliable network, we're leading the way in broadband, cloud and security solutions, Internet of Things and innovating in areas such as, video entertainment. Of course, we will offer you great pay and benefits, but we're about more than that. Verizon is a place where you can craft your own path to greatness. Whether you think in code, words, pictures or numbers, find your future at Verizon. Equal Employment Opportunity We're proud to be an equal opportunity employer- and celebrate our employees differences, regardless of race, color, religion, sex, sexual orientation, gender identity, national origin, age, disability, or Veteran status. Different makes us better.

URL: http://www.recruit.net/job/associate-general-counsel_basking-ridge_jobs/33D8E2101826981F

Occupation:     23-1011 Lawyers

Date:   2/5/2018

Title:   Corporate Counsel

Poster:  Getty Images

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork; themuse

ID:   49793

Content Description:

Who You Are: This role will provide legal support to numerous business functions at Getty Images, with a very strong emphasis on support of the regional sales, data, and operations teams. Corporate Counsel is expected to develop relationships with key internal and external customers by quickly and accurately drafting, negotiating and implementing a range of commercial agreements. This position provides appropriate legal guidance as and where needed as well as troubleshooting operational road blocks. Your Next Challenge: â€¢ Exercise independent responsibility for partnering with the applicable business teams, providing contract drafting, negotiation and maintenance support together with attorneys in other offices. â€¢ Independently prepare and manage legal documentation (contracts, legal correspondence, etc.) and other materials related to job duties. â€¢ Establish and maintain positive relationships with internal and external customers. â€¢ Train internal customers and present to external customers on salient legal issues affecting Getty Imagesâ€™ business. â€¢ Communicate (written and verbal) with internal and external parties, including internal and external customers, as necessary to perform job duties. â€¢ Serve as contact for general legal issues that arise in the region. â€¢ Occasional travel may be required. What Youâ€™ll Need: â€¢ Desired 4+ years relevant experience with general commercial legal matters. â€¢ Experience at a large law firm and/or as in-house counsel, with licensing and intellectual property experience strongly preferred. â€¢ Juris Doctorate and member in good standing with the New York state Bar. â€¢ Prior knowledge and experience negotiating and drafting contracts and agreements independently, with an excellent attention to detail. â€¢ Strong negotiation skills and ability to interact with senior legal and business leaders internally and externally. â€¢ Critical analysis skills related to identifying and solving problems in a busy corporate environment. â€¢ Experience working with and training non-legal colleagues. â€¢ Exceptional interpersonal and communication skills. â€¢ Strong organizational and time-management skills. â€¢ Ability to perform complex tasks with minimal direction and/or supervision. â€¢ Ability to work productively in an evolving environment. â€¢ Self-starting and solutions-oriented team player. â€¢ Maintains composure during tight deadlines. â€¢ Ability to manage multiple tasks simultaneously. â€¢ Completes work with professionalism and with integrity. â€¢ Fluency in Spanish (reading, writing, speaking) is highly desirable. Who We Are: Getty Images is the worldâ€™s leader in visual communication, with over 170 million assets available through its premium content site www.gettyimages.com and its leading stock content site www.istock.com . With its advanced search and image recognition technology, Getty Images serves business customers in more than 100 countries and is the first place creative and media professionals turn to discover, purchase and manage images and other digital content. Its award-winning photographers and content creators help customers produce inspiring work which appears every day in the worldâ€™s most influential newspapers, magazines, advertising campaigns, films, television programs, books and online media. Visit Getty Images at www.gettyimages.com to learn more about how the company is advancing the unique role of digital media in communications and business, and enabling creative ideas to come to life. For company news and announcements, visit press.gettyimages.com , and for the stories, innovation and inspiration behind our content, visit Stories & Trends http://stories.gettyimages.com . Find us on Facebook at www.facebook.com/gettyimages and Twitter at https://twitter.com/GettyImages . Getty Images is an equal opportunity employer and strongly supports diversity in the workplace. #LI-KC1

URL: https://www.themuse.com/jobs/gettyimages/corporate-counsel

Occupation:    23-1011 Lawyers

Date:   2/6/2018

Title:   Senior Corporate Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   49779

Content Description:

Our Industry: Where we play Medidata is making a real difference in the lives of patients everywhere by accelerating critical drug and medical device development. Our work ensures that life-saving drugs and medical devices get to market faster. We are a certified Great Place to Work with highly engaged employees focused on improving the health outcomes of patients across the globe. We develop cloud-based enterprise products and services and are a world leader driving the convergence of the Technology and Life Sciences industries, one of the most exciting areas for innovation globally. With annual revenue in 2016 of nearly $500 million, we are publicly traded (MDSO) with over 850 custome ...

URL: http://www.jobvertise.com/job/23489106

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   2/7/2018

Title:   Associate General Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    US.jobs

ID:   52498

Content Description:

Duties: Provide legal support to Nielsen's Media Analytics group: Draft, review, markup, negotiate and close commercial contracts, including master services agreements, statements of work, technology licenses, technology and professional services agreements, and data licenses; provide rapid, practical, business-oriented legal/commercial contract advice to team members and directly to business clients; create templates and assist in policy and process design; support business in legal matters that arise from time to time, including business and relationship strategies, compliance, and risk assessment. Draft, review, markup, negotiate and close large, complex strategic alliances. Provide legal support for product development, requiring understanding and comfort with technology. Draft licenses and provide support for proprietary software development kits (SDKs) and accompanying products. Serve as SME on privacy laws and advise on impact of privacy laws on license grants, data use, product development and contract negotiation. Provide legal support for Nielsen's e-Commerce Solutions: Address commercial and IP legal issues that arise in connection with Nielsen's digital services, technology, and e-commerce measurement initiatives. Provide legal support of Nielsen's start up incubator: Provide innovative and creative legal solutions and advice in connection with new products and business models. Involves domestic/international travel 2-3 times per year for up to 7 days per trip.Minimum requirements: Law degree (J.D.) and bachelor's degree in computer science or mathematics or related (foreign degree equivalent acceptable) plus 5 years of experience as a commercial and/or IT or IP lawyer or post-JD law clerk, at least 3 of which must be in-house for a large international organization in the market research, digital media, data or technology industries and one year of which must be as an IT or IP lawyer. (An LL.M. will be accepted in lieu of one of the five years of experience.) Must be licensed in NYS. Experience must include at least one year of: negotiating complex commercial contracts; drafting and reviewing technology license agreements in connection with complex commercial agreements for a large international organization in the market research, digital media, data or technology industries; working with global data protection and privacy laws and best practices; drafting and closing commercial contracts with minimal support from senior staff. Required skills: understanding and comfort with technology; organizational and interpersonal skills; ability to work effectively within a global team and fast-paced business environment; ability to think and decide quickly; and oral and written communication skills, with the ability to communicate legal issues and solutions clearly and concisely. Willingness to travel domestically/internationally 2-3 times per year for up to 7 days per trip. Apply online at https://jobs.nielsen.com/ with Req. #7470.

URL: https://my.jobs/32bc528913854fa8966bb9dc41ec238a1396

Occupation:    23-1011 Lawyers

Date:   2/9/2018

Title:    Deputy General Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   49665

Content Description:

Company Name: Center for NYC Neighborhoods Click Here to Apply

URL: http://www.jobvertise.com/job/23506603

Occupation:     23-1011 Lawyers

Date:   2/9/2018

Title:   Director Legal Business Affairs Advertising Technician Product Counsel Compliance

Poster:   Roku

City:  New York, NY

County:  New York

Ad Job Board(s):     JobNetwork; GoInHouse

ID:   52371

Content Description:

The Role and Responsibilities: Roku, Inc. is seeking an experienced and self-motivated attorney to join its legal team. This position will provide product counseling and compliance advice for Roku's digital advertising products, features, platforms and initiatives from the initial stages of product development through launch and implementation. In this role, you will: - Provide guidance on a wide range of legal issues, including consumer protection, privacy and data protection laws and regulations, to ensure that Roku follows applicable U.S. and international legal and regulatory requirements, as well as industry best practices, through the application of privacy-by-design principles. - Collaborate cross-functionally with a wide variety of Roku business units, including engineering, business development and sales and marketing in connection with product development and commercialization programs. - Work closely with other members of the legal team to address the company's broader data collection, use and transfer practices, including drafting, implementing and updating guidelines, creating standard language for agreements, reviewing user and data flows, and creating platform and database controls, implicating data usage and privacy considerations. - Keep up to date on the latest developments in the laws, regulations, self-regulatory principles and industry trends applicable to digital media and technology, Big Data, IOT and smart devices, including the industry standards set forth by the DAA, NAI and IAB and CAN-SPAM, COPPA, TCPA, VPPA, unfair and deceptive trade practices, and other consumer protection, privacy and data protection laws and regulations. Experience/Qualifications: The successful candidate must have a good, general understanding of Internet technology and cloud computing technology, strong product counseling skills, prior experience implementing privacy-by-design principles, keen analytical abilities and excellent judgment, a pragmatic approach to problem solving, and the ability to make smart decisions in the face of ambiguity and imperfect information. This is an amazing opportunity to play a key role in supporting the company's rapid growth. Specific background should include: - At least 10 years of legal experience, with a significant portion of it working in product counseling, digital media platforms and ad tech. - Relevant experience in a top law firm, government agency and/or in-house legal team, preferably working with technology companies on privacy, data protection and the legal and regulatory aspects of product development in the technology space. - Familiarity with both B2B and B2C aspects of the digital advertising ecosystem, including the legal issues related to the use of beacons, cookies and cookie alternatives, device fingerprinting, geolocation functionality, tracking and targeting across devices, programmatic technologies or database management and controls. - A passion for technology and ability to understand complex technology and product use cases quickly. - Bachelor's degree and a Juris Doctorate degree from a U.S. accredited law school. - Licensed to practice law in the State of California or New York. - Strong preference for academic degree in a STEM discipline, particularly in software or computer engineering. #LI-PP1

URL: http://www.newyorkjobnetwork.com/job/detail/30139892/Director-Legal-Business-Affairs-Ad-Tech-Product-Counsel-Compliance

Occupation:    23-1011 Lawyers

Date:   2/11/2018

Title:   Corporate Counsel Commercial

Poster:  Poster Not Listed

City:  Teaneck, NJ

County:  Bergen

Ad Job Board(s):    US.jobs

ID:   49621

Content Description:

Cognizant has an immediate opening for a corporate in-house attorney with at least three years experience in a top law firm and an additional two years experience in an in-house legal department. The ideal candidate must demonstrate the ability to draft, negotiate, and manage complex global outsourcing deals with limited supervision, and should possess excellent communication and organizational skills. The attorney would be expected to work directly with business account team members and advise on a variety of day-to-day legal matters. Experience with outsourcing, intellectual property licensing, or information technology contract negotiation preferred. The successful candidate will report to Cognizants General Counsel for North America. Some travel required.Candidates can be based in Teaneck, NJ; Salt Lake City, UT; Dallas, TX; or Denver, CO.VEVRAA Federal ContractorRequest Priority Protected Veteran ReferralsEOE -Veteran /Disabled/Minority/AA/F/M/SO

URL: https://my.jobs/61b1473145f2407bb64f8f000aa02b781394

Occupation:    23-1011 Lawyers

Date:  2/18/2018

Title:   Assistant General Counsel

Poster:  NYC ADMIN TRIALS AND HEARINGS

City: New York, NY

County:  New York

Ad Job Board(s):   GoInHouse

ID:  52026

Content Description:

Job Description The City of New York's Office of Administrative Trials and Hearings (OATH) is the nation's largest independent administrative tribunal, conducting approximately 400,000 trials and hearings a year. OATH is a fast-paced organization committed to providing fair and timely administrative hearings to all New Yorkers. Through its Trials and Hearings Divisions, OATH serves as a neutral forum for the adjudication of a wide variety of civil cases affecting city employees and licensees, and the health, safety, and quality of life in New York City. In the past several years, OATH has grown significantly in size, scope and areas of jurisdiction.The Office of the General Counsel (OGC) provides legal services and guidance to executive agency staff, tribunal personnel, and the Clerk's Office. The OGC plays a key role in supporting and strengthening the agency's legal foundation and mission through legal analysis, research and writing, and advice. The OGC seeks a dynamic and thoughtful attorney to serve as Assistant General Counsel. This person will have extensive responsibility for all legal matters affecting the OATH Environmental Control Board (OATH ECB). He or she is expected to conduct agency rulemaking and act as the FOIL officer for OATH ECB. In-house counsel work may include reviewing policies and procedures, providing legal guidance to management, drafting contracts and memoranda of understanding, and working with Law Department litigators on state and federal lawsuits that involve OATH. Exceptional writing, research, and analytical skills, and good interpersonal and communication skills are required. The ideal candidate pays attention to details, thinks strategically, and exercises sound judgment. Commitment to public service is an asset.Duties include but are not limited to:• Analyzing and writing agency rules;• Reviewing and responding to FOIL requests; • Taking and maintaining minutes of monthly OATH ECB meetings;• Providing legal advice regarding tribunal operations to improve due process, efficiency and access to justice;• Identifying and researching new or evolving legal issues;• Reviewing and preparing legal documents; • Collaborating with the NYC Law Department on legal matters;• Serving as liaison to other City agencies; and • Performing Special Projects as requested by the General Counsel.The ideal candidate works well in a team comprised of attorneys and non-attorneys, enjoys working in a fast-paced environment, and is able to multi-task. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills Candidates must demonstrate:• Excellent writing, legal research, and analytical skills. • Outstanding interpersonal and communication skills.• Strong organizational skills.• Ability to work independently and in teams.• Computer skills in Microsoft Word, Access, Outlook, Excel and PowerPoint.• Experience with administrative tribunals. • History of volunteerism, such as service in the AmeriCorps or Peace Corps, is viewed favorably. To Apply Applicant must be a New York City resident within 90 days of appointment. Interested candidates should apply online via NYC Careers on the NYC.gov website (http://www.nyc.gov/html/careers/html/home/home.shtml). Please upload a cover letter, resume, and writing sample, combined in one document, when you are prompted to upload a resume. In addition, a writing sample should be submitted to HROATH@oath.nyc.gov. No telephone calls, faxes or personal inquiries please. Only those candidates under consideration will be contacted. For more information about OATH, visit us at: www.nyc.gov/oath Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/3912863-assistant-general-counsel-at-nyc-admin-trials-and-hearings

Occupation:     23-1011 Lawyers

Date:   2/22/2018

Title:   Associate General Counsel

Poster:   bliss lawyers

City:  New York, NY

County:  New York

Ad Job Board(s):    ZipRecruiter; Association of Corporate Counsel; GoInHouse; Internships; The Job Network

ID:   49358

Content Description:

Job Description: Bliss Lawyers is seeking an attorney to serve as an Associate General Counsel in the New York City office of a global company. This is a direct hire, full-time permanent in-house position with the company, with benefits. The attorney hired will be part of the company's Legal Department and one of the Department's Intellectual Property subject area teams. Qualified candidates will have at least seven years of experience counseling clients on legal, regulatory, and strategic questions in the technology and intellectual property areas. At least three years of this experience should be in-house experience with a multinational corporation offering technology-and/or data-oriented products and services to its clients. The attorney hired for this position will be responsible for: providing counsel and developing strategic guidance on issues relating to intellectual property, and privacy and data security; developing, reviewing and negotiating a variety of complex commercial agreements; and providing counsel to the company on a range of issues involving legal, professional and reputational risk, including intellectual property-related claims. Interviews will begin as soon as qualified candidates are identified and the role will start as soon as the right candidate is selected.

URL: https://www.ziprecruiter.com/clk/3L9iZijwQdIdFniTb1IzdS6AvpcyS5Uds82RKgeOgWdjYfG-
OMgsBDDBv19011o43j5PSsozGGOBUs0hTW_WLpGGDttmlTZSy3hs-2MVtev3-Yjf0P1td0W7xbNldrCPV9dRwOdJ_b-
Lav_KQpGhE7PTfJYPqjuNUSp0arnsxvMmoW04WjnmbJwL2ENLChUmWuZls4wnXe9s39v9PZgXu3SPRXGze1-
lO_nQp1_7CDDx0l2Q9ubi0wKbtY123xPiOAuC1sgbbjsS2DnsTSMTH5sz4YUhb4aHRJEZN85IO6l2eufmUYdpnKfmgEOVbNvAgoP1
oiTH_8QDjUES1wq1kdHuIyWSYvRzdsdQxLvb1LFwMLFxh6ZhfCuj8hM0DLVB81zX3BMXdRItoqzh_tfP6D9wzVVn0ZeSpli59rAByP
uB8SiN4GgE_QSkJpCTIDbq-dGqv9bK5HX_54JgWFpuzmmEn9SVFoQzr1Y5R3zrEPM.7d4a2f31ea4119cb1dff4897fd6986e8

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   3/16/2018

Title:    Vice President Corporate Counsel Annuities

Poster:  Prudential

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    Recruit.net; Geebo

ID:   48493

Content Description:

Description Vice President, Corporate Counsel â€" Annuities We are seeking an experienced attorney to join the Annuities Law Department. This position will provide counsel and support to Prudentialâ€™s Annuities business on variable and fixed annuity product development, maintenance and marketing. This position also will have the opportunity to provide cross-business legal support on product development for the Individual Life Insurance Law Department, and work closely with other US business and corporate legal groups on a variety of strategic and cross-business initiatives. The position may be located in Shelton, CT, Hartford, CT, or Newark, NJ. The responsibilities for this position include: - Providing legal advice on new Annuities product development initiatives, working closely with business partners in a team environment from product concept to product launch; - Providing counsel to the Annuities marketing team on the development of advertising, sales and producer training materials, and new and innovative marketing concepts; - Collaborating regularly with the Annuities Compliance and Risk Management functions in assessing risks; - Working closely with legal colleagues on issues impacting the Annuities business, as well as other strategic and cross-business initiatives impacting the broader enterprise; - Representing Prudential in industry committees and groups that evaluate legal issues that impact the Annuities business; and - Engaging and managing outside counsel, as needed. We offer a collaborative and collegial work environment, with an enterprise focus on the growth, development and success of talented associates. Members of the Annuities legal team are part of Prudentialâ€™s global Law, Compliance, Business Ethics and External Affairs (LCBE) organization. Qualifications - Law degree required; - Admission to the bar of at least one state, and will need to obtain the New Jersey and Connecticut Corporate Counsel licenses if not admitted to the bars in those states; - At least eight (8) years relevant law firm, regulatory or insurance company law department experience; - A working knowledge of annuities, including the state insurance and federal securities laws related to those products; - A working knowledge of annuities operations and related legal and contractual requirements; - Experience providing legal advice in connection with customer and regulatory inquiries, and interacting with regulators; - Superior verbal and written communication skills; - Strong interpersonal skills and ability to work with various levels of personnel, including senior management; - Ability to work well in an environment where collaboration and teamwork with legal, compliance and business associates is a priority. Competencies Essential to Success: In addition to the stated qualifications for the position, an ideal candidate should possess the following core competencies: - High ethical standards; - Intellectual curiosity, with a strong drive to identify solutions and achieve results; - Strong work ethic, with an ability to work in a fast-paced environment; - Practical problem-solving skills; - Courage and confidence to speak up, challenge and advocate for a point of view; - A talent mindset â€" understands talent to be a strategic differentiator and works toward developing themselves and others; - An external focus â€" maintains a strong network of resources in the industry, including peer companies and trade associations, and consistently tracks emerging issues - An ability to engage in intelligent risk taking â€" excellent judgment and the ability to comfortably make clear, rational and timely decisions in the best interests of Prudential consistent with available facts and applicable laws and regulations - Strong customer-service mindset; and - Flexibility to adapt to rapidly changing needs of business partners and the broader enterprise. - Some travel to other offices may be required Prudential is a multinational finan

URL: https://www.recruit.net/job/vice-president_newark-nj_jobs/ED3251CC765F9890

Occupation: 23-1011 Lawyers

Date: 3/27/2018

Title: Associate General Counsel

Poster: Blue Cross and Blue Shield Association

City: Newark, NJ

County: Essex

Ad Job Board(s): JobNetwork; US.jobs

ID: 50768

Content Description:

Associate General Counsel Job ID: NHP032018-11257 Description: The Associate General Counsel is responsible for providing legal advice to management with regard to various areas of assigned specialization. The Associate General Counsel has clear authority in the specialized area to act for the company, and he/she develops and maintains internal relationships and provides coordination with outside counsel when necessary. The Associate General Counsel shall consult with its practice group leader (or its designee) when issues are significant with regard to impact on the company. The role also: + Provides advice to management on legal issues relating to contracts, corporate governance, insurance regulatory law, and general commercial or contractual negotiations and other legal matters. + Handles legal inquiries from within the company. Responds with legal opinion as appropriate. + Reviews and negotiates contracts, leases and other agreements. + Provides advice and guidance on issues of corporate governance including enabling legislation, charters, Board Operations and related issues, as requested. + Serves on various internal committees as both participant and counsel. Experience: + Requires three (3) to five (5) years of experience in the practice of law in a corporate legal department or a full service law firm with an emphasis in health law, federal healthcare programs, corporate governance, and/or insurance regulatory law. Skills and Abilities: + Requires strong writing skills. + Requires strong verbal communication skills. + Requires ability to relate effectively with all levels of personnel within the company. + Requires strong client engagement and leadership skills Special Licenses and Certifications: + Active NJ Bar Admission or eligibility to obtain limited license for in-house counsel required. Horizon Blue Cross Blue Shield of New Jersey is an Equal Opportunity/Affirmative Action employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, sexual orientation, gender identity, protected veteran status or status as an individual with a disability and any other protected class as required by federal, state or local law. Requirements: EducationJD Job LevelIndividual Contributor ExpertiseLegal & Compliance Job TypeFull Time LocationNewark, NJ Horizon Blue Cross Blue Shield of New Jersey is an Equal Opportunity/Affirmative Action employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, sexual orientation, gender identity, protected veteran status or status as an individual with a disability and any other protected class as required by federal, state or local law.

URL: https://de.jobsyn.org/bb9ebcc4956f40fd878f6f50243a55a21394

Occupation:     23-1011 Lawyers

Date:   3/29/2018

Title:    Assistant General Counsel Intellectual Property

Poster:   bliss lawyers

City:  New York, NY

County:  New York

Ad Job Board(s):    ZipRecruiter; Internships; The Job Network

ID:   47909

Content Description:

Description Job Description Bliss Lawyers is seeking an intellectual property attorney to serve as an Assistant General Counsel in the New York City office of a global company. Qualified candidates will have at least three years of intellectual property and technology contracts experience. The attorney hired for this position will be responsible for developing, reviewing and negotiating a variety of commercial agreements, including: services agreements; software licenses agreements, data vendor agreements, collaboration, partnership and alliance agreements; joint service relationship agreements; benchmarking agreements; and confidentiality and information sharing agreements. Admission to the New York Bar is required. This is a full time, temporary role that is expected to last for nine months and may convert to a permanent role with the company. Interviews will begin as soon as qualified candidates are identified and the role will start as soon as the right candidate is selected.

URL: http://www.internships.com/posting/intellectual-property-assistant-general-counsel-i2005297318

Occupation: 23-1011 Lawyers

Date: 4/2/2018

Title: Corporate Counsel

Poster: SeatGeek

City: New York, NY

County: New York

Ad Job Board(s): Truejob.com; GoInHouse

ID: 25613

Content Description:

Overview In 2017, SeatGeek acquired a company, launched SG Enterprise , and made our first foray into primary ticketing. In 2018, we'll be partnering with more teams than ever before and ticketing our first NFL & NBA teams. As SeatGeek continues to scale, both as an organization (we've hired 85+ people this year) and as a consumer facing marketplace, we're looking to add to our legal team. As our Corporate Counsel, you'll work closely with our General Counsel to advise on a broad range of legal matters for SeatGeek, including affiliated domestic & international entities, and support our business cross functionally with an emphasis on our enterprise sales. What You'll Do - Draft and negotiate a broad range of commercial contracts to support sales, particularly enterprise sales, including Saas and other services agreements, SOWs, NDAs, integration agreements, among others - Create or update contract templates as our business evolves and grows - Dive into the sales process to fully support the sales cycle and onboarding - Stay apprised of ever-changing laws affecting the SeatGeek business, and research new legal issues - Assist with training employees and growing out the legal function - Assist with maintenance and development of SeatGeek's intellectual property portfolio What You Have - J.D. and bachelor's degrees from U.S. accredited institutions - Bar membership in at least one U.S. jurisdiction with the ability to work in-house in New York - 7-10 years of post-J.D. experience with a law firm or corporation, with increased responsibilities and more significant counterparties to show negotiating prowess - Experience with Saas and tech contracts with enterprise sales - Demonstrated ability to prioritize in a fast-paced environment, with the ability to adjust quickly to changing work priorities - Ability to develop innovative solutions to legal issues in support of strategic business initiatives and objectives - Excellent interpersonal, verbal and written communication and organizational skills - Experience in a start-up type environment is a plus - Experience in the ticketing industry and/or with sports teams or leagues preferred

URL: https://www.truejob.com/jobs?page=206&job=corporate-counsel-9g03rw#

Occupation:    23-1011 Lawyers

Date:   4/8/2018

Title:   Associate General Counsel

Poster:   Chobani

City:  New York, NY

County:  New York

Ad Job Board(s):    Association of Corporate Counsel; GoInHouse

ID:   25276

Content Description:

Chobani is seeking a proactive, business-minded and self-motivated attorney with 6-12 years' experience in Production, Media and Marketing Law (including rights clearances) with experience from a leading or specialized media law firm and in-house experience, ideally with an advertising agency, network or other original content producer. In this position, this individual will interface with our Demand Marketing team to provide day-to-day legal services on all issues related to global marketing and advertising programs in all media and formats and on drafting and negotiating all production, talent, music, influencer, promotion and sponsorship, experiential and event marketing, advertising agency, integrated marketing productions, and event agreements. This individual will also be responsible for securing rights clearances on a worldwide basis for all productions produced by the Chobani business, including negotiating both the clearance of all rights in respect of all artwork, talent and music used for all content and materials, exploited across the business, and the clearance of all other rights required in connection with all productions (e.g., appearance, location, materials, etc.). Position is based in Chobani's offices in Soho, New York City. The responsibilities of this position include: - Oversee all production legal work including: - Negotiate and draft all documentation for the development and production of all advertising and promotional materials for Chobani, including all production, talent, music, brand influencer, event releases and services agreements - Advise and support business on production and key talent, music and legal issues including risk management, general labor/guild issues (SAG), copyright, trademark, right of publicity, music, advertising and other related issues - Draft and negotiate all music licenses for original and licensed music - Review and approve all productions to ensure the requisite rights obtained - Manage business practices in concert with in-house Demand Marketing and Production teams to ensure legal compliance, including being responsible for tracking of all rights to ensure compliance with Chobani's agreements - Be primary attorney supporting our Demand Marketing department in connection with the drafting and negotiating of all sponsorship, design, promotional, brand licensing, behavioral marketing, social media, endorsements, experiential and event marketing, data analytics and advertising agency agreements - Advise and counsel clients on all issues related to global marketing and advertising programs in all media and formats including print, digital/social, packaging, promotions, etc. - Provide advice and counsel to the business team leaders on all legal matters affecting your areas of coverage, in consultation with other members of the Legal team and outside counsel, as necessary - Build close relationships with personnel at supported businesses and maintain a strong knowledge of the products and businesses of these operations - Engage in and lead various other Legal projects and duties, including development and management of compliance policies - Provide substantive support for the rest of the Legal team on an as-needed basis in your areas of expertise - Perform other duties as necessary The requirements of this position include: - JD from a top law school with exceptional academic credentials and at least 6-12 years of relevant experience, including at least 3 years in an in-house rights clearance or production counsel role at an advertising agency or a cable or broadcast television network, studio or content distribution platform and/or other entertainment company - Knowledge of production, music licensing and talent agreements required - Experience with union and guild issues, defamation, privacy, and copyright laws required - Experience drafting and negotiating all types of advertising and marketing agreements including sponsorship, influencer, data analytics, experiential, event and social media - Strong working knowledge and experience with intellectual property and legal issues relating to privacy, advertising, marketing and digital products - Must be admitted, active and in good standing with the New York State bar - Strong understanding of applicable regulations (including FTC) relating to privacy, advertising and promotion; exposure to FDA/NAD compliance a plus. - Be extremely bright with an EQ that matches your IQ, and ability to deal effectively with all levels of employees and management - Have a practical, business-oriented approach to problem-solving and be able to effectively counsel clients by providing them with clear, concise and commercial advice, and creative solutions where necessary, on established timelines to meet their business needs - Must be industrious and self-motivated with demonstrated ability to take initiative, make firm decisions, manage projects, and offer a high level of customer service in a fast-paced environment - Excellent people skills and ability to develop and maintain productive working relationships with internal and external partners - Have excellent written and verbal communication skills - Be detail-oriented, organized, efficient and resourceful with strong follow-through skills - Be a strong and astute negotiator with impeccable judgment - Be able to operate autonomously while being a team player who brings a positive, "can do" attitude to the workplace and works collaboratively with other members of the Legal team and with clients - Be able to simultaneously manage workloads, multiple client demands and shifting priorities within a fast-paced, rapidly evolving environment - Have a strong desire to learn the business and function integrally as part of an interdisciplinary team - Be

collegial, hard-working, confident, a self-starter and have a passion for results. About Us: Since our founding 10 years ago, we've always been a different kind of company. After moving to New York from his native Turkey, our CEO Hamdi Ulukaya found that in America, yogurt just wasn't as delicious or widely available as it was back home. He thought everyone deserved better options, so he set about making delicious, nutritious, natural, and accessible Greek Yogurt right here in the U.S. Our mission since day one has been to provide better food to more people. And now as the No. 1-selling Greek Yogurt brand in America and the second largest overall yogurt manufacturer, we believe every food maker has a responsibility to provide people with better options, which is why we're so proud of the way our food is made. Our food philosophy of crafting quality products with simple ingredients is what makes Chobani a different kind of yogurt. Our belief that business done right has the ability to change lives and strengthen communities is what makes Chobani a different kind of company. From the way we source our ingredients to how we treat our employees, Chobani strives to make universal wellness happen sooner with everything we do. Certified as a Great Place to Work® for the last two years, our culture is built on shared passion, dedication, and a commitment to doing what is right. Together, the Chobani family has created something unlike what any company has done before. The possibilities are endless. Chobani is an equal opportunity employer. Chobani will not discriminate against any applicant for employment on any basis including, but not limited to: race, color, religion, sex, sexual orientation, gender identity, national origin, age, disability, veteran status, marital status, predisposing genetic characteristics and genetic information, or any other classification protected by federal, state and local laws.

URL: https://www.goinhouse.com/jobs/4700564-associate-general-counsel-at-chobani

Occupation:     23-1011 Lawyers

Date:   4/10/2018

Title:    Assistant General Counsel

Poster:  Parker and Lynch

City:  Parsippany, NJ

County:  Morris

Ad Job Board(s):    CareerBuilder; Parker and Lynch

ID:   25180

Content Description:

Parker + Lynch Legal is assisting a corporation in New Jersey with their search for an Assistant General Counsel to join their in-house legal team. Qualified candidates should have at least three years of law firm or in-house counsel experience with drafting, negotiate and reviewing contracts, and related documents. Experience in health care law a plus. Must be admitted in New Jersey. Please send resumes in confidence to [Click Here to Email Your ResumÃ©]

URL:
https://www.careerbuilder.com/job/J3M1CK708WFZFYWBKLC?ipath=JRG200&location=new+jersey&searchid=1778d932-8d35-4979-a494-a19717e3e6cf&siteid=cbnsv

Occupation:     23-1011 Lawyers

Date:   4/11/2018

Title:   Vice President Counsel

Poster:   Outfront Media

City:  New York, NY

County:  New York

Ad Job Board(s):     GoInHouse; Compliance Jobs

ID:   25121

Content Description:

Outfront Media is looking for a talented technology attorney to join its fast-paced, collaborative in-house legal team. In this position, you will provide legal support to all of our business groups, with a focus on technology, intellectual property, data privacy, and digital products. You will also serve as a key legal resource for the ON Smart Media team, a cross-functional team dedicated to bringing the digital revolution to the out-of-home industry. The successful candidate must have a passion for technology, be inquisitive, enjoy working hard and being challenged, come to the table with pragmatic solutions, and be a true team player. What You€™ll Do: Â·Take the lead in structuring, drafting and negotiating a wide range of technology agreements, including licensing and development agreements; third party content and data licenses; ad tech platform/exchange agreements; hardware development and supply agreements; complex licenses and other agreements related to new digital products; agreements related to marketing, influencers and social media; IT and enterprise-wide technology agreements (like support, SaaS, hosting and MSAs); and sourcing, procurement and other vendor agreements. - Provide legal support to business teams developing and implementing new digital products and platforms (throughout all stages of development and implementation) - On a day-to-day basis, provide clear, concise and commercial advice (and creative solutions where necessary) to internal clients on a wide range of issues related to technology, intellectual property, data privacy, and digital products - Assist with developing, managing, implementing and maintaining Outfront€™s data privacy policies and procedures across all business units; actively monitor applicable data privacy laws and regulations and pro-actively recommend changes in privacy policies and business processes as needed - Counsel clients and provide support to legal colleagues regarding data privacy and security issues, including drafting and negotiating necessary data privacy provisions - Provide substantive support for the rest of the legal team on an as-needed basis in your areas of expertise - Collaborate with other client-facing business units, including procurement and risk management - Perform other duties as necessary About You: - Â·JD, admitted to New York State Bar - Â·4+ years of relevant legal experience (with at least 2 years at a major law firm) - Experience drafting and negotiating a wide variety of technology agreements - Subject matter expertise in technology, intellectual property, data privacy and commercial contracts - Extremely bright with positive attitude and an EQ that matches your IQ - Thrive in a dynamic, fast-paced, environment where you must take on multiple responsibilities and do what it takes to get things done - Practical, business-oriented and an effective, pro-active communicator - Thorough understanding of existing and emerging technologies and platforms including big data, digital advertising, mobile apps, social media, etc. Bonus Points: - Prior in-house experience - Prior experience in the advertising industry - Strong knowledge of digital advertising ecosystems - CIPP/US, CIPP/C, CIPP/E and/or CIPP/M Certification(s) To all Recruitment Agencies: OUTFRONT Media LLC does not accept agency and unsolicited resumes. Please do not forward resumes to our OUTFRONT Media employees or any other company location . OUTFRONT Media is not responsible for any fees related to unsolicited resumes. OUTFRONT Media Is An Equal Opportunity Employer All applicants shall receive equal consideration without regard to race, color, religion, gender, marital status, gender identity or expression, sexual orientation, national origin, age, veteran status or disability. Please refer to the OUTFRONT Media Affirmative Action policy statement.

URL: https://www.goinhouse.com/jobs/4700587-vp-counsel-at-outfront-media

Occupation:    23-1011 Lawyers

Date:   4/15/2018

Title:   Associate General Counsel Law

Poster:   Hudson River Trading

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse; themuse

ID:   24938

Content Description:

Hudson River Trading (HRT) is seeking a bright and motivated employment lawyer to join our Legal team. As the sole employment lawyer on the team, this person will be at the center of employment related matters across our global offices and be responsible for providing guidance and counsel to Partners, team leads, and People Operations (HR). In addition to handling day-to-day employment related issues, our ideal candidate for the role is also proactive in assessing legal risk and thoughtful in their approach to handling it. Finally, this person should embody HRTâ€™s open and collaborative culture and have a fervent belief in the role Legal plays in preserving it. This role will report directly to the General Counsel. Responsibilities - Continued awareness of changes in employment law and how it may affect existing policies and HRT as a whole. - Employment documentation, including offer letters, severance letters, and workplace policies. - Immigration and employment visa support. - Advise and collaborate with People Operations on workplace policies, hiring, and new initiatives. - Handle employment-related disputes, coordinating with appropriate internal teams and external counsel when necessary. Requirements - A minimum of 5 years of experience in broad-based employment law gained in a combination of law firm and in-house work. - J.D. admitted to and in good standing with the New York State bar. - Excellent organizational as well as oral and written communication skills. - Experience in or exposure to a US multinational corporation. - Visa and immigration experience. - Knowledge of federal and state employment laws and regulations, including ADA, ADEA, and FMLA. - Exceptional interpersonal skills and the ability to build and maintain relationships among and frequently collaborate with various internal teams. - Outstanding business acumen and dexterity when assessing risks and making decisions to protect the companyâ€™s interests. - Composure when dealing with urgent, high-priority, and high-pressure matters in a quick yet effective way.

URL: https://www.themuse.com/jobs/hudsonrivertrading/associate-general-counsel-employment-law

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   4/15/2018

Title:    Director Legal Business Affairs Privacy Product Counsel Compliance

Poster:   Roku

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork

ID:   28291

Content Description:

The Role and Responsibilities: Roku, Inc. is seeking an experienced and self-motivated attorney to join its legal team. This position will provide product counseling and compliance advice for Roku's products, features, platforms and initiatives from the initial stages of product development through launch and implementation. In this role, you will: - Provide guidance on a wide range of legal issues, including consumer protection, privacy and data protection laws and regulations, to ensure that Roku follows applicable U.S. and international legal and regulatory requirements, as well as industry best practices, through the application of privacy-by-design principles. - Collaborate cross-functionally with a wide variety of Roku business units, including engineering, business development and sales and marketing in connection with product development and commercialization programs. - Work closely with other members of the legal team to address the company's broader data collection, use and transfer practices, including drafting, implementing and updating guidelines, creating standard language for agreements, reviewing user and data flows, and creating platform and database controls, implicating data usage and privacy considerations. - Keep up to date on the latest developments in the laws, regulations, self-regulatory principles and industry trends applicable to digital media and technology, Big Data, IOT and smart devices, including the industry standards set forth by the DAA, NAI and IAB and CAN-SPAM, COPPA, TCPA, VPPA, unfair and deceptive trade practices, and other consumer protection, privacy and data protection laws and regulations. Experience/Qualifications: The successful candidate must have a good, general understanding of Internet technology and cloud computing technology, strong product counseling skills, prior experience implementing privacy-by-design principles, keen analytical abilities and excellent judgment, a pragmatic approach to problem solving, and the ability to make smart decisions in the face of ambiguity and imperfect information. This is an amazing opportunity to play a key role in supporting the company's rapid growth. Specific background should include: - At least 10 years of legal experience, with a significant portion of it working in product counseling, digital media platforms and ad tech. - Relevant experience in a top law firm, government agency and/or in-house legal team, preferably working with technology companies on privacy, data protection and the legal and regulatory aspects of product development in the technology space. - Familiarity with both B2B and B2C aspects of the digital advertising ecosystem, including the legal issues related to the use of beacons, cookies and cookie alternatives, device fingerprinting, geolocation functionality, tracking and targeting across devices, programmatic technologies or database management and controls. - A passion for technology and ability to understand complex technology and product use cases quickly. - Bachelor's degree and a Juris Doctorate degree from a U.S. accredited law school. - Licensed to practice law in the State of California or New York. - Strong preference for academic degree in a STEM discipline, particularly in software or computer engineering. #LI-PP1

URL: https://www.californiajobnetwork.com/job/detail/31253028/Director-Legal-Business-Affairs-Privacy-Product-Counsel-Compliance

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 4/15/2018

Title: Senior Corporate Counsel

Poster: Vimeo

City: New York, NY

County: New York

Ad Job Board(s): Geebo

ID: 28311

Content Description:

Are you passionate about solving complex and interesting problems in the video technology space? Are you obsessed with scale, performance, and building beautiful products? Do you seek a casual workplace that's serious about making great products and a healthy work/life balance? If so, we're looking for you! About the Team: Vimeo OTT helps content creators of all sizes seamlessly launch a subscription service, with all the tools and tech they need to grow a sustainable business. While they focus on the content, you'll be working collaboratively with other teams to improve our current offering, building new features, and leading the creation of projects from start to finish. We're a team that cares about collaboration, encourages curiosity, celebrates technical excellence, and is driven by quick and continuous improvements. We believe diversity of perspective and experience are key to building great tech and believe that the best way to iterate towards success is by taking care of ourselves, our families, our users, and one another. You will be best set up to succeed if you: Have a solid foundation of Javascript knowledge, with a focus on technologies such as React/Redux and SASS Have an interest or foundation in functional programming and automated testing Are open to working in a Rails ERB + jQuery legacy stack Have the desire and patience to help mentor fellow engineers Are passionate about code quality Practice empathy while working across teams - we regularly collaborate with peers on non-technical teams Are self-aware and always willing to improve Technologies you can expect to use: React/Redux SASS Ruby on Rails jQuery Mithril.js Webpack About us: Vimeo empowers video creators to tell exceptional stories, and connect with their audiences and communities. Home to more than 70 million members in over 150 countries, Vimeo is the world's largest ad-free open video platform, providing powerful tools to host, share and sell videos in the highest quality possible. Vimeo is based in New York City, with additional offices in Europe and India. Vimeo is an operating business of IAC (NASDAQ: IAC). Learn more at www.vimeo.com. SDL2017

URL: https://newyorkcity-ny.geebo.com/jobs-online/view/id/649776122-sr-corporate-counsel-/

Occupation:    23-1011 Lawyers

Date:  4/18/2018

Title:  Assistant General Counsel Consumer Beauty

Poster:  Coty Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:  28215

Content Description:

PURPOSE Our purpose is to celebrate and liberate the diversity of beauty. We challenge convention through invention, expanding our horizons to enrich your reality with possibility. We build brands to inspire and enable our consumers to experience the confidence and joy of expressing their beauty, their way. MISSION AND RESPONSIBILITIES We are actively looking for an Assistant General Counsel to join our Consumer Beauty division legal group. This position reports to the SVP & General Counsel of Coty's Consumer Beauty Division and works closely with several members of the division and legal teams. Key responsibilities: - Serve as a strategic, solutions-oriented business partner to the marketing, digital, sales, and public relations teams of all of Coty's Consumer Beauty US-based brands, which encompass color cosmetics, retail hair, fragrance, and nail products. - Drafting, reviewing and negotiating a wide range of commercial contracts such as sponsorship, promotion and marketing agreements, licensing, consultant and service provider agreements, advertising, talent and influencer agreements, music licenses, and e-commerce, SaaS, and technology agreements. - Division M&A support THE COTY IDEAL FIT - JD from top tier law school - 8-10 years' in-house legal experience and/or with a major law firm focusing on brand support, consumer products regulations and commercial agreements. - In-house and/or Beauty industry experience preferred - Candidates must be intellectually curious, personable (as Coty employs an open-floor plan for seating), hard-working, possess a can-do attitude, and business savvy. - Must be familiar with claim substantiation rules and regulations.

URL: https://www.goinhouse.com/jobs/4749557-assistant-general-counsel-consumer-beauty-at-coty

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:    4/20/2018

Title:    Associate General Counsel

Poster:   Poster Not Listed

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    US.jobs

ID:   24596

Content Description:

The Associate General Counsel is responsible for providing legal advice to management with regard to various areas of assigned specialization. The Associate General Counsel has clear authority in the specialized area to act for the company, and he/she develops and maintains internal relationships and provides coordination with outside counsel when necessary. The Associate General Counsel shall consult with its practice group leader (or its designee) when issues are significant with regard to impact on the company. The role also: * Provides advice to management on legal issues relating to contracts, corporate governance, insurance regulatory law, and general commercial or contractual negotiations and other legal matters. * Handles legal inquiries from within the company. Responds with legal opinion as appropriate. * Reviews and negotiates contracts, leases and other agreements. * Provides advice and guidance on issues of corporate governance including enabling legislation, charters, Board Operations and related issues, as requested. * Serves on various internal committees as both participant and counsel. Experience: * Requires three (3) to five (5) years of experience in the practice of law in a corporate legal department or a full service law firm with an emphasis in health law, federal healthcare programs, corporate governance, and/or insurance regulatory law. Skills and Abilities: * Requires strong writing skills. * Requires strong verbal communication skills. * Requires ability to relate effectively with all levels of personnel within the company. * Requires strong client engagement and leadership skills Special Licenses and Certifications: * Active NJ Bar Admission or eligibility to obtain limited license for in-house counsel required. Horizon Blue Cross Blue Shield of New Jersey is an Equal Opportunity/Affirmative Action employer. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, sexual orientation, gender identity, protected veteran status or status as an individual with a disability and any other protected class as required by federal, state or local law. Requirements: Education JD Job Level Individual Contributor Expertise Legal & Compliance Job Type Full Time Location Newark, NJ

URL: https://de.jobsyn.org/e9deec1990cd4afdb59dda5bc069a3741394

Occupation: 23-1011 Lawyers

Date: 4/29/2018

Title: Assistant General Counsel

Poster: NYC Department of Citywide Administrative Services

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 24096

Content Description:

Job Description The NYC Board of Standards and Appeals is a critical component of the City's regulation of land use, development and construction in New York City. The Board is an independent, administrative review body, with the power to grant relief to land owners whose property is deemed unduly restricted by the City's Zoning Resolution and Building Code. The Board is composed of five full-time commissioners appointed by the Mayor. The Board's staff includes an executive director, deputy director, general and deputy general counsel, plan examiners and administrative staff.The Board's mandate includes: providing expert review of zoning variance and special permit applications; appeals of determinations made by the Department of Buildings and Fire Department based on legal doctrine; revocations or modifications of certificates of occupancy; and waivers from other laws, including the Multiple Dwelling Law and the General City Law.Under supervision of the General Counsel, the Assistant General Counsel will:• Draft decisions for adoption by the Board;• Analyze and identify complicated legal issues, conduct independent research, and prepare memoranda of law; • Review applications for development projects and appeals of zoning determinations;• Meet with applicants on proposed development projects and advise on legal parameters;• Liaison with other agencies, including the Department of Buildings and the City's Law Department;• Draft responses to inquiries from applicants and members of the public;• Attend public meetings of the Board; • Advise staff members on agency rules of procedure and other legal matters; and• Perform other legal duties as directed by the General Counsel or Executive Director. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills • Excellent communication, research and writing skills;• Ability to work independently on major projects; and• Experience in land use and zoning. To Apply Please go to www.nyc.gov/careers and search for Job ID # 336108For current City employees please go to www.nyc.gov/ess and log into Employee Self Service. NO PHONE CALLS, FAXES OR PERSONAL INQUIRIES PERMITTED. NOTE: ONLY THOSE CANDIDATES UNDER CONSIDERATION WILL BE CONTACTED. Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/4793949-assistant-general-counsel-at-nyc-dept-of-citywide-admin-svcs

Occupation:    23-1011 Lawyers

Date:   4/29/2018

Title:   Vice President Business Legal Affairs

Poster:  VICE MEDIA INC

City:  New York, NY

County:  New York

Ad Job Board(s):    themuse

ID:   27894

Content Description:

DUTIES: - Structures, negotiates and drafts complex development, production and distribution deals (e.g., rights acquisitions, overall development and talent deals, format licenses, producer, director and writer agreements, production company deals, studio license agreements, co-production deals, venue and location releases, integrated marketing and promotions agreements, etc.). - Provide timely and thoughtful legal advice on legal issues (such as intellectual property, contract, rights, clearance, and regulatory issues), evaluate potential risk, and propose practical, responsive solutions. - Handle production related issues, including content and script review. - Leads and engages in strategic deal model and policy-making discussions. - Performs and/or supervises day-to-day legal production work for first-run syndicated series as well as presentations, pilots, specials and weekly series. - Manages and oversees VICELAND Business & Legal Affairs and Standards & Practices Department. - Maintain strong relationships with key agencies and attorneys in the entertainment community. - Partner with business executives, as well as colleagues in VICE Legal Department, to discuss and implement best practices and formulate new processes in connection with business needs. - Advises and consults with clients and productions regarding production-related legal matters. REQUIRED EXPERIENCE / EDUCATION: - J.D. degree and member in good standing of the New York bar. - At least 6 years combined experience as a practicing entertainment attorney at a law firm or in-house, with extensive industry relationships with agents, talent, networks and producers. - Possess excellent negotiating, drafting, analytical, interpersonal, organizational, prioritizing and time management skills in a high-volume environment, and proven ability to lead negotiations with agencies, networks, and other industry partners. - Cooperative, positive, team-oriented spirit and approach. - Highly motivated, highly effective self-starter with strong track record of successful project execution and the ability to handle multiple, high priority tasks in a fast-paced, diverse corporate environment. - Ability to build strong internal client relationships at all levels of the business, and effectively advise clients under conditions of uncertainty, high-pressure and/or high-risk and generate strong client satisfaction through quick turnaround and firm decision-making. - Superior communication, organization, and negotiation skills. - Strong problem-solving skills, analytical orientation, and an ability to structure an issue and analyze alternative solutions. - Desire to work in a fast-paced, entrepreneurial, collaborative environment. - Sound business judgment, and flexibility/adaptability to manage multiple time-sensitive matters, including appropriately prioritizing among them. - Demonstrated ability, in a positive and practical manner, to identify and resolve issues efficiently and effectively. If you require a reasonable accommodation during the application and selection process, please let us know. We will work together to best meet your needs. Disclaimers: Equal Employment Opportunities : VICE is proud to be an equal opportunity employer that strives to create and maintain a workplace that celebrates inclusion and diversity. At VICE, we understand that inclusion and diversity is a major benefit to our employees, our readers and viewers, and our company culture. We treat all applicants and employees fairly without regard to age, alienage or citizenship status, color, disability, gender, gender identity and expression, marital status and partnership status, national origin, pregnancy, race, religion/creed, sexual orientation, arrest or conviction record, caregiver status, credit history, unemployment status, salary history, status as a victim of domestic violence, stalking and sex offenses, status as a veteran or active military service member, or any other characteristic protected by applicable law. VICE requires that all employees have proper authorization to work in the U.S. Should an applicant require employment sponsorship, VICE will determine, in its sole discretion, whether such sponsorship will be provided. Qualified applicants with criminal histories will be considered for employment in a manner consistent with the New York City Fair Chance Act or other applicable laws. *Qualified candidates must be able to perform the essential functions of this position satisfactorily, with or without a reasonable accommodation. The requirements and essential functions described above are not an exhaustive list and instead are meant to describe the general nature and level of work required of the job. VICE reserves the right to modify the essential functions of this position where a legitimate business exists. To all recruitment agencies: Unless otherwise indicated, VICE does not accept agency resumes and is not responsible for any fees or expenses related to such unsolicited resumes.

URL: https://www.themuse.com/jobs/vicemedia/vice-president-business-legal-affairs-viceland

Occupation:     23-1011 Lawyers

Date:   4/30/2018

Title:   Corporate Counsel

Poster:  Robert Half International

City:  New York, NY

County:  New York

Ad Job Board(s):    CareerArc; US.jobs; Nexxt, Inc; TweetMyJobs

ID:   24089

Content Description:

FOR IMMEDIATE CONSIDERATION, please send your resume in microsoft word format to henry.klein@roberthalflegal.com ASAP because these roles fill fast! PROMPT REPLY REQUESTED Imagine yourself as corporate counsel at a global restaurant chain, one of the fastest growing in the world, with stores in more than 100 countries, doing complex work related to technology agreements, contracts, and data privacythis week I am reaching out to Robert Half's network in search of a Technology Contracts Attorney for a long term temporary position with an elite level global corporation in Milford CT. As you know, you must be admitted to the bar in CT. FOR IMMEDIATE CONSIDERATION, please send your resume in microsoft word format to henry.klein@roberthalflegal.com ASAP because these roles fill fast! PROMPT REPLY REQUESTED This is a rare chance to take on extensive responsibility global company, grow your network and learn from professionals who are leaders in their fields. We are confident your compensation needs will be met. Requirements FOR IMMEDIATE CONSIDERATION, please send your resume in microsoft word format to henry.klein@roberthalflegal.com ASAP because these roles fill fast! PROMPT REPLY REQUESTED o Availability to start as soon as possible o Must be admitted to the bar in CT, at least 5 years of experience. o Review, draft, negotiate legal terms in complex technology and digital contracts. o Provide legal advice concerning business to business agreements as well as business to customer relationships including outsourcing, software and hardware supply, development agreements, and SAS agreements and other contracts o Research and prepare memos and guidance on technology related issues. o GDPR, Privacy and Data Protection subject matter expertise is preferred. o Must enjoy working in a positive and collegial environment! FOR IMMEDIATE CONSIDERATION, please send your resume in microsoft word format to henry.klein@roberthalflegal.com ASAP because these roles fill fast! PROMPT REPLY REQUESTED

URL: https://www.careerarc.com/job-listing/robert-half-legal-jobs-corporate-counsel-25752366

Occupation:      23-1011 Lawyers

Date:   5/3/2018

Title:   Assistant General Counsel

Poster:   The Andrew W. Mellon Foundation

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   23866

Content Description:

Summary : The Foundation seeks an experienced, high-performing attorney with background in exempt organization law. The Assistant General Counsel will assist the Vice President, General Counsel & Secretary and Associate General Counsel in providing legal representation to the Foundation on a wide range of matters. Position Details: Vice President, General Counsel & Secretary and works closely with the Associate General Counsel, outside counsel, grant management associates, and program and operational staff throughout the Foundation>span class="">. Among the responsibilities of the Assistant General Counsel are the following: - Assist in providing day-to-day legal counsel to Foundation staff on a wide variety of subjects, particularly in exempt organization, tax, intellectual property, contract, and grant matters - Draft and review provisions of grant award letters and other grant-related documents - Draft, negotiate, and review numerous contracts, including intellectual property agreements - Keep current on new and emerging laws relevant to Foundation work, conduct legal research, and write legal and other memoranda for a range of audiences - Advise and provide training on the interpretation and application of laws and policies - Participate in and advise as needed on special projects throughout the Foundation - Assist in monitoring compliance with tax and not-for-profit corporation laws applicable to private foundations - Coordinate work with outside counsel. - Travel required Required Skills and Experience: The successful candidates will have the following qualifications: - A J.D. and 4- 6 years of law firm experience including experience with exempt organization law. Knowledge of private foundation law and/or intellectual property law is preferred. - Superior academic record and writing and speaking abilities - Excellent negotiation, legal drafting, organizational, and interpersonal skills - Demonstrated track record of providing a positive, creative, problem-solving approach to challenging legal issues - Outstanding work ethic and attention to detail - Ability to manage a heavy workload, to handle multiple tasks effectively and efficiently, and to meet tight deadlines in a fast-paced work environment - Significant experience that demonstrates professionalism, outstanding judgment, discretion, and integrity - Ability to work both independently and collaboratively with colleagues - Ability to proactively anticipate and act upon the legal work of the office - Appreciation for a friendly and collegial work environment The Foundation is an equal opportunity employer that offers a competitive salary, outstanding benefits, and excellent working conditions. Candidates should apply by submitting a thoughtful cover letter describing fit for the position together with a resume. The Foundation will consider each response carefully, but only contact those individuals it believes are most qualified for the position.

URL: https://www.goinhouse.com/jobs/4797251-assistant-general-counsel-at-the-andrew-w-mellon-foundation

Occupation:    23-1011 Lawyers

Date:  5/16/2018

Title:   Vice President Assistant General Counsel

Poster:  Allied World Assurance

City:  New York, NY

County:  New York

Ad Job Board(s):   Allied World Assurance Company

ID:   23314

Content Description:

VP, Assistant General Counsel - ( 1800003B ) Description Vice President, Assistant General Counsel will handle general business contract review and drafting; assist with insurance and corporate compliance; corporate secretarial functions; assist Human Resources with regulatory and employment matters; and oversee the legal review of marketing materials globally. - General contract review, drafting and negotiation. - Assist with corporate secretarial functions, including producing minutes of all group Board. committee and shareholder meetings. - Assist with corporate governance and compliance requirements. - Assist with insurance regulatory and compliance matters. - Monitor developments in and assist with cyber compliance and data privacy laws. - Oversee the legal review of press releases, marketing material and other public disclosures. - Conduct legal research and analysis; drafting legal memoranda. - Manage special projects as assigned.

URL: https://awac.taleo.net/careersection/ex/jobdetail.ftl?job=1800003B&tz=GMT-04%3A00

Occupation: 23-1011 Lawyers

Date: 5/16/2018

Title: Vice President Assistant General Counsel

Poster: Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s): US.jobs

ID: 27511

Content Description:

Vice President, Assistant General Counsel will handle general business contract review and drafting; assist with insurance and corporate compliance; corporate secretarial functions; assist Human Resources with regulatory and employment matters; and oversee the legal review of marketing materials globally. General contract review, drafting and negotiation. Assist with corporate secretarial functions, including producing minutes of all group Board. committee and shareholder meetings. Assist with corporate governance and compliance requirements. Assist with insurance regulatory and compliance matters. Monitor developments in and assist with cyber compliance and data privacy laws. Oversee the legal review of press releases, marketing material and other public disclosures. Conduct legal research and analysis; drafting legal memoranda. Manage special projects as assigned. VEVRAA Federal Contractor Request Priority Protected Veteran Referrals EOE -Veteran /Disabled/Minority/AA/F/M/SO

URL: https://de.jobsyn.org/e3f0304c363f464e8ca7adeaff26b2611396

Occupation:    23-1011 Lawyers

Date:  5/28/2018

Title:    Vice President Business Legal Affairs

Poster:  Execunet

City:  New York, NY

County:  New York

Ad Job Board(s):    Retirement Jobs; CareerBuilder

ID:  27286

Content Description:

DUTIES: - Structures, negotiates and drafts complex development, production and distribution deals (e.g., rights acquisitions, overall development and talent deals, format licenses, producer, director and writer agreements, production company deals, studio license agreements, co-production deals, venue and location releases, integrated marketing and promotions agreements, etc.). - Provide timely and thoughtful legal advice on legal issues (such as intellectual property, contract, rights, clearance, and regulatory issues), evaluate potential risk, and propose practical, responsive solutions. - Handle production related issues, including content and script review. - Leads and engages in strategic deal model and policy-making discussions. - Performs and/or supervises day-to-day legal production work for first-run syndicated series as well as presentations, pilots, specials and weekly series. - Manages and oversees COMPANY Business & Legal Affairs and Standards & Practices Department. - Maintain strong relationships with key agencies and attorneys in the entertainment community. - Partner with business executives, as well as colleagues in COMPANY Legal Department, to discuss and implement best practices and formulate new processes in connection with business needs. - Advises and consults with clients and productions regarding production-related legal matters. REQUIRED EXPERIENCE / EDUCATION: - J.D. degree and member in good standing of the New York bar. - At least 6 years combined experience as a practicing entertainment attorney at a law firm or in-house, with extensive industry relationships with agents, talent, networks and producers. - Possess excellent negotiating, drafting, analytical, interpersonal, organizational, prioritizing and time management skills in a high-volume environment, and proven ability to lead negotiations with agencies, networks, and other industry partners. - Cooperative, positive, team-oriented spirit and approach. - Highly motivated, highly effective self-starter with strong track record of successful project execution and the ability to handle multiple, high priority tasks in a fast-paced, diverse corporate environment. - Ability to build strong internal client relationships at all levels of the business, and effectively advise clients under conditions of uncertainty, high-pressure and/or high-risk and generate strong client satisfaction through quick turnaround and firm decision-making. - Superior communication, organization, and negotiation skills. - Strong problem-solving skills, analytical orientation, and an ability to structure an issue and analyze alternative solutions. - Desire to work in a fast-paced, entrepreneurial, collaborative environment. - Sound business judgment, and flexibility/adaptability to manage multiple time-sensitive matters, including appropriately prioritizing among them. - Demonstrated ability, in a positive and practical manner, to identify and resolve issues efficiently and effectively.

URL: https://www.careerbuilder.com/job/J3R0LQ72G55BHHJLTK6?ipath=JRGZ124&location=new+york&searchid=b0be04a9-f335-4053-ac92-5784dba1c967%3AAPAb7ISkM93NtlWksDqlqQJ%2FSHGHzN%2BdGg%3D%3D&siteid=cbnsv

Occupation:    23-1011 Lawyers

Date:  5/29/2018

Title:    Assistant General Counsel

Poster:  Vera Institute of Justice, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    Vera Institute of Justice; Idealist

ID:  27235

Content Description:

Department: Legal Who We Are The Vera Institute of Justice, founded in 1961, envisions a society that respects the dignity of every person and safeguards justice for everyone. - We study problems that impede human dignity and justice. - We pilot solutions that are at once transformative and achievable. - We engage diverse communities in informed debate. - We harness the power of evidence to drive effective policy and practice. Vera is independent and nonpartisan, with staff who combine expertise in research, technical assistance, and demonstration projects to improve the systems people rely on for justice and safety. We have offices in New York City; Washington, D.C.; Los Angeles; and New Orleans. Vera's Legal Department provides comprehensive in-house legal services to the organization, including each of its administrative departments, centers, programs, and demonstration projects, and to its Board of Trustees. Vera seeks an attorney to join the Legal Department on a full-time basis, with a primary focus on the management, review, and drafting of contracts. The Position This position will be based in Veraâ€™s New York office. The attorney will report to the General Counsel and will work with the entire Legal Department to provide legal advice and assistance to Vera's Board and staff. This attorney will primarily focus on reviewing, drafting, and negotiating contracts, and developing policies and practices where necessitated by contract. Above and beyond these duties, a strong component of the position will also be working with the General Counsel to continue modernizing the contracting process to better serve the organization. The entire Legal Department pitches in on the contracting load, which runs a wide gamut in terms of the form and complexity of agreements, so the attorney will have the opportunity to work with everyone in the department (and over time, most parts of the organization). Key tasks will include researching legal issues, ensuring compliance with legal requirements for nonprofits, and reviewing and writing contracts. About You You understand the opportunity each contract presents to protect, clarify, and further important work, and have enough of a nerdy streak to be excited about it. You have two years or more of relevant experience (whether at another not-for-profit, a law firm, or elsewhere) and are creative, practical, and skilled. You are interested in how not-for-profits work, and you want to use your talentsâ€"which include artful drafting and horse senseâ€"for a great cause. Vera works to automate as many contractual processes as possible, so you will be adept with technology and enjoy the creative challenge of improving operations. Strong writing, oral communication, interpersonal, and organizational skills are a must.. Vera is an equal opportunity/affirmative action employer. All qualified applicants will be considered for employment without unlawful discrimination based on race, color, creed, national origin, sex, age, disability, marital status, sexual orientation, military status, prior record of arrest or conviction, citizenship status, or current employment status. Vera works to advance justice, particularly racial justice, in an increasingly multicultural country and globally connected world. We value diverse experiences, including with regard to educational background and justice system contact, and depend on a diverse staff to carry out our mission. For more information about Vera, please visit www.vera.org . Benefits We want to be an employer of choice in our field, and supporting Vera staffâ€"both personally and professionallyâ€"is a priority. To do this, we provide: - Regular reviews of our salary structure to ensure that we are at or above market rate - Training and learning opportunities with leaders in our field - Eight weeks paid family leave and other generous time off benefits - Comprehensive insurance coverage, including medical and dental, life and accidental death, and disability - A retirement savings plan, including employer contributions and the opportunity for your own tax-advantaged savings - Tuition reimbursement and publication incentives Professional Level None specified Minimum Education Required J.D.

URL: https://www.idealist.org/en/nonprofit-job/b1952e5b50144354aeb8fd0a62ac9824-assistant-general-counsel-vera-institute-of-justice-new-york

Occupation:    23-1011 Lawyers

Date:   5/31/2018

Title:    Associate General Counsel Privacy General Counsel

Poster:   The Nielsen Company

City:  New York, NY

County:  New York

Ad Job Board(s):    The Nielsen Company; Hispanic Alliance for Career Enhancement; JobVertise

ID:   27164

Content Description:

Associate General Counsel - Privacy-15837 Legal-USANew York, New York Nielsen is seeking an experienced privacy attorney to join its global Legal Privacy group. The position will be located in either NYC or Wilton, CT. The Associate General Counsel Privacy will work as part of a team of global privacy and data protection professionals to ensure privacy and data protection compliance while enabling business innovation. The position will report to the Deputy General Counsel - Privacy. Responsibilities include: - Advising on global data protection and privacy laws and regulations, drawing on knowledge and experience with specific industry requirements, self-regulatory codes (e.g., DAA, EDAA, NAI), and best practices. Identifying business risks and requirements resulting from new and evolving privacy laws and regulations. - Analyzing existing and new products and solutions, including traditional market research panels and innovative products involving emerging technologies, and ensuring they comply with applicable privacy and data protection laws and industry best practices. Reviewing data collection and use practices to ensure consistency and legal compliance. - Working with colleagues in Nielsen Legal, Compliance, Security, HR, and the businesses to continually enhance and manage Nielsens global privacy compliance framework. - Developing and providing data protection training and awareness programs/materials. - Reviewing, drafting and negotiating privacy and data protection terms in agreements with customers, business partners and vendors. - Drafting privacy statements, and other privacy disclosures for websites, mobile apps, panels, surveys, and employees in connection with Nielsen products and services. - Advising on notification and other obligations in connection with security/privacy incidents and Nielsens incident response program. - Other related matters as assigned. Qualifications: - Deep knowledge of US, EU and other international data protection laws (including in-depth understanding of the GDPR). - 7-10 years of privacy and data protection-related legal experience in-house with a global company or combined with time spent at a law firm. - Solid understanding of Internet technologies; Experience in a digital marketing industry/ad tech preferred. - Sound judgment, excellent problem-solving skills, practicality, a focus on business outcomes, and flexibility to manage multiple matters simultaneously. - Ability to share knowledge and best practices effectively with colleagues in the Legal Department and business stakeholders. - Excellent writing and communication skills. - Ability to work collaboratively with people at all levels of the Company. - The ability to identify, prioritize and resolve issues quickly and effectively is essential. - Certified Information Privacy Professional (CIPP) accreditation preferred. About Nielsen: Nielsen N.V. (NYSE: NLSN) is a global performance management company that provides a comprehensive understanding of what consumers Watch and Buy. Nielsens Watch segment provides media and advertising clients with Total Audience measurement services across all devices where content video, audio, and text is consumed. The Buy segment offers consumer packaged goods manufacturers and retailers the industrys only global view of retail performance measurement. By integrating information from its Watch and Buy segments and other data sources, Nielsen provides its clients with both world-class measurement as well as analytics that help improve performance. Nielsen, an S&P 500 company, has operations in over 100 countries that cover more than 90 percent of the worlds population. For more information, visit (link removed) is committed to hiring and retaining a diverse workforce. We are proud to be an Equal Opportunity/Affirmative Action-Employer, making decisions without regard to race, color, religion, gender, gender identity or expression, sexual orientation, national origin, genetics, disability status, age, marital status, protected veteran status or any other protected class. Job Type: Regular Primary Location : New York , New York Secondary Locations: CT - Wilton, , , Travel: Yes, 10% of the Time Nielsen

URL: http://www.jobvertise.com/job/24537808

Occupation:     23-1011 Lawyers

Date:   6/5/2018

Title:   General Counsel

Poster:   CultureIQ

City:  New York, NY

County:  New York

Ad Job Board(s):     Truejob.com; GoInHouse

ID:   22625

Content Description:

Position The General Counsel will be a key member of the team at CultureIQ, serving as a strategic business partner to the Head of Delivery and Sales and collaborate with the rest of the senior leadership team. This individual will be the only in-house legal support and be responsible for supporting client contracts, working closely with the Client Delivery team on contracts for large, global organizations and other legal matters as they arise. The General Counsel will initially report to the CEO of CultureIQ. Keys to Hiring The best General Counsels possess an advanced knowledge of data privacy and security and will be a strategic partner to the Sales and Delivery teams, offering thought leadership and deep experience reviewing customer contracts. For CultureIQ, finding great in-house counsel means finding someone used to working in a fast-paced environment and who can find acceptable compromises quickly while protecting the interests of the business. The person who fills this role will be a part of designing and implementing legal and contract best practices to support a high growth organization, and should have experience coordinating and working with external counsel. Performance Objectives Primary Objective: The most important performance objective is to manage an efficient customer contract and approval process at CultureIQ, including the appropriate policies and controls to ensure our business objectives are met. Secondary Objectives: Develop the required processes and documentation for international business operations, manage employment contracts in the US and abroad, manage external vendor and subcontractor agreements, merger and acquisitions, and oversee intellectual property concerns. Team Development & Influencing: It will be the responsibility of the General Counsel to work with the senior leadership team and provide insights and data to help them make the right strategic decisions. Technical competency: As CultureIQ is a technology business, the ideal candidate for this role will have an intimate knowledge of information security processes such as SOC2 and data privacy requirements including GDPR. Project Management, Organizational Planning & Execution: The General Counsel will have full responsibility for various projects as they come up. Some will be one-time in nature and others will be more recurring in nature. A good General Counsel is in regular communication with the senior team at CultureIQ, keeping all in the loop as to the progress and timing of different initiatives, paying particular attention to deadlines as determined by both internal and external parties. Tenacity & Conflict Resolution: At times, this individual will face challenges as he or she brings process and rigor to the Company. The Company will rely on the General Counselâ€™s expertise, drive and collaborative nature to push through these challenges. This individual will be responsible for delivering critical information in a professional manner to managers and staff. Personality & Interpersonal Skills: Success in this role requires emotional agility. This leader will need to demonstrate that they can make a difference quickly while embracing a performance-driven culture. He or she will also need to establish credibility with the management team at CultureIQ by demonstrating technical expertise. Our General Counsel should be ambitious but grounded and should get satisfaction out of building something great alongside people they respect.

URL: https://www.truejob.com/jobs?page=76&job=general-counsel-wkiycw#

Occupation: 23-1011 Lawyers

Date: 6/6/2018

Title: Corporate Counsel

Poster: MetLife, Inc.

City: New York, NY

County: New York

Ad Job Board(s): JobNetwork; US.jobs; CareerBuilder; JobVertise; GoInHouse; Metlife, Inc.; Nexxt, Inc; Geebo

ID: 22574

Content Description:

Job Location: United States : New York : New York Role Value Proposition: This position is for an attorney in the U.S. Insurance Business Unit of the Law Department. The position will support (i) the U.S. core group (dental, disability and life) and voluntary benefits businesses, and (ii) U.S. privacy. In Legal Affairs, we strive to attract, develop and retain diverse talent with the potential to be future leaders of our department and of MetLife as a whole. We seek legal and compliance professionals who demonstrate high intellectual capacity to understand complex matters facing our company, combined with strong leadership competencies to motivate and inspire higher performance by all our professionals. We take an active role in developing the skills of our talent and guiding their professional growth. By promoting skill development and career advancement for our professionals, we are better positioned to serve our internal business partners and to help achieve MetLifeâ€™s vision of becoming a world-class leader in the insurance, retirement savings and employee benefits industries. Key Responsibilities: The attorney will be responsible for: - Day to day delivery of legal services individually and as a member of a team to all areas of MetLifeâ€™s core group and voluntary benefits businesses; - Day to day delivery of legal services individually and as a member of a team to MetLifeâ€™s U.S. businesses and MetLifeâ€™s Corporate Privacy Office regarding privacy laws and regulations; - Effective, timely and strategic counsel to the businesses on significant business initiatives; - Effective support of Unit, Section, and Law Department objectives and initiatives. The attorney will be able to: - Handle complex legal matters, analyze legal (and business, where applicable) issues, draft legal documents, and negotiate matters and solve intricate problems using sound legal judgment and expertise with minimal or no supervision; - Build and maintain client relationships with diplomacy and by providing concise, insightful, timely, pragmatic, and proactive counsel; - Prepare, initiate, advocate, and effectively present legal points and recommendations to influence clients and to represent clients as legal counsel; - Conduct legal research and gather matter-related information from various sources; - Educate self and business partners on legal developments affecting the business and provide innovative strategies to address those developments; - Work on or lead project or cross-functional teams. The attorney will have the responsibility to: - Analyze new laws and regulations to determine whether they require changes to MetLifeâ€™s business processes and products; - Advise business areas on all aspects of product design and marketing; - Handle customer complaints and regulatory inquiries; - Draft and negotiate customer agreements; - Review sales literature; - Advise on U.S. privacy laws and regulations; - Perform other duties as required. Essential Business Experience and Technical Skills: - J.D. and strong academic credentials; - Admitted to practice in New York State or as in-house counsel; - Candidate will be able learn and to work under the limited supervision of a senior attorney; - Candidate must have excellent oral and written communications skills and the ability to handle multiple projects and assignments effectively, and must be able to deal comfortably with business partners and others at all levels within the company; - 3-6 years practice post bar admission; - Relevant practice and experience preferred; - Leadership aptitude and interest in developing management competencies preferred. Travel N/A Business Category Legal Affairs, US Business Number of Openings 1 At MetLife, weâ€™re leading the global transformation of an industry weâ€™ve long defined. United in purpose, diverse in perspective, weâ€™re dedicated to making a difference in the lives of our customers.â€¢MetLife is a proud equal opportunity/affirmative action employer committed to attracting, retaining, and maximizing the performance of a diverse and inclusive workforce. It is MetLife's policy to ensure equal employment opportunity without discrimination or harassment based on race, color, religion, sex (including pregnancy, childbirth, or related medical conditions), sexual orientation, gender identity or expression, age, disability, national origin, marital or domestic/civil partnership status, genetic information, citizenship status, uniformed service member or veteran status, or any other characteristic protected by law. MetLife maintains a drug-free workplace. For immediate consideration, click the Apply Now button. You will be directed to complete an on-line profile. Upon completion, you will receive an automated confirmation email verifying you have successfully applied to the job. Nearest Major Market: Manhattan Nearest Secondary Market: New York City

URL: http://www.newyorkjobnetwork.com/job/detail/32094266/Corporate-Counsel

Occupation: 23-1011 Lawyers

Date: 6/9/2018

Title: Corporate Counsel Privacy

Poster: Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s): JobVertise

ID: 22412

Content Description:

Corporate Counsel - Privacy Summary As Privacy Counsel you will have the opportunityto helpdrivePfizer s global strategy around privacy and data protection and provide global legal advice on privacy issues.The candidate who fills this roll will join Pfizers Global Privacy Office and will report to the Senior Privacy Counsel in the Global Privacy Office within the Legal Division at Pfizer s New York City Headquarters.Although the position is located in the United States, a significant portion of position involves supporting privacy issues globally. Role Responsibilities The successful candidate will establish and maintain a dynamic working relationship with Corporate Governance and ...

URL: http://www.jobvertise.com/job/24610711

Occupation:    23-1011 Lawyers

Date:    6/10/2018

Title:    Assistant General Counsel

Poster:    NYC Mayor's Office of Contract Services

City:    New York, NY

County:    New York

Ad Job Board(s):    GoInHouse

ID:    26909

Content Description:

Job Description The Mayor's Office of Contract Services (MOCS) oversees and supports the procurement activities of City agencies, with a goal to ensure fairness, transparency, efficiency and cost effectiveness. The Director is the City Chief Procurement Officer. Annually, agencies procure billions in products and services from a diverse pool of vendors that represent various industries. MOCS partners with industry groups to implement policies and tools that streamline and modernize procurement, resulting in the delivery of quality services to New Yorkers. Team members operate in a fast-paced, collaborative, service-oriented environment, where flexibility and ability to achieve results are valued.Under the direction of the General Counsel, with latitude for the exercise of independent judgment, the Assistant General Counsel is responsible for assisting with legal and policy projects of the office; providing legal advice to the City Chief Procurement Officer (CCPO) and other MOCS and agency staff. Principal duties and responsibilities are as follows:â€¢ Providing legal advice and analysis to the CCPO and agency contracting personnel on the PASSPort system and a broad range of procurement-related matters, including but not limited to procurement innovation and vendor integrity information and processes, vendor appeals, FOIL requests and pending legislation;â€¢ Drafting of: memoranda of policy and procedure; guidelines for implementation of new legislation; non-responsibility determinations; agency contracts, public testimony for public hearings, and corrective action plans;â€¢ Representing the CCPO/MOCS in connection with various interagency task forces, working groups, and the City's Contract Dispute Resolution Board;â€¢ Assisting in the resolution of disputes regarding contract registration issues, vendor protests and audit findings with the Office of the Comptroller; drafting and reviewing responses to audit findings;â€¢ Assisting agencies with compliance with various local laws, rules and regulations; andâ€¢ Training agency personnel on procurement-related matters Minimum Qual Requirements 1. Graduation from an accredited college with a baccalaureate degree; or2. Graduation from an accredited community college plus two years of experience with administrative, analytic, coordinative, supervisory or liaison responsibilities; or3. Four-year high school diploma or its educational equivalent plus four years of experience as described in â€œ2â€above; or4. A satisfactory equivalent combination of education and experience Preferred Skills 1. Admission to the New York State Bar; and2. One year of satisfactory United States legal experience subsequent to admission to any state bar. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Additional Information Mayor's Office of Contract Services is an equal opportunity employer. Special accommodations provided for applicants with disabilities.Mayor's Office of Contract Services recognizes the unique skills and strengths gained through military service. Veterans and service members of the U.S. Armed Forces are strongly encouraged to apply. To Apply External Applicants, please go to www.nyc.gov/jobs and search for Job ID#: 347838.Current City Employees, please go to www.nyc.gov/ess and search for Job ID#: 347838.No Phone Calls, Faxes or Personal Inquiries permitted.Note: Only those candidates under consideration will be contacted. Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/5100863-assistant-general-counsel-at-nyc-mayors-office-of-contract-svcs

Occupation:     23-1011 Lawyers

Date:   6/12/2018

Title:    Office General Counsel Data Protection Attorney

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   21265

Content Description:

Position/Program Title Office of General Counsel Data Protection Attorney PwC/LoS Overview PwC is a network of firms committed to delivering quality in assurance, tax and advisory services. We help resolve complex issues for our clients and identify opportunities. Learn more about us at (link removed) At PwC, we develop leaders at all levels. The distinctive leadership framework we call the PwC Professional (http://pwc.to/pwcpro) provides our people with a road map to grow their skills and build their careers. Our approach to ongoing development shapes employees into leaders, no matter the role or job title. Are you ready to build a career in a rapidly changing world? Developing as ...

URL: http://www.jobvertise.com/job/24656998

Occupation: 23-1011 Lawyers

Date: 6/13/2018

Title: Corporate Counsel

Poster: The Page Group, Inc.

City: New York, NY

County: New York

Ad Job Board(s): Nexxt, Inc; Monster

ID: 26842

Content Description:

Corporate Counsel with fast-growing eCommerce client. Client Details Exciting, dynamic, growing e-commerce client. Description The Corporate Counsel will report directly to the General Counsel. Main Responsibilities: Drafting and negotiating a variety of commercial agreements, including license, vendor, technology, master services, confidentiality, payment, manufacturing, etc. Drafting, reviewing and negotiating privacy, data security and IP agreements and provisions Creating and implementing a contract management database and template agreements Drafting terms of use, privacy policies, disclosures, disclaimers, FAQs and related communications, and implementing appropriate processes applicable to the foregoing Managing the IP portfolio, including conducting trademark clearances, preparing and filing trademark applications, advising on infringement risk Drafting, reviewing and negotiating advertising and marketing agreements Managing outside counsel Conducting internal trainings with employees Profile Qualifications: JD from a US ABA-accredited law school 3+ years of relevant experience, preference for at least two years at a leading law firm In-house at a technology or e-commerce/B2B/B2C company Member of a the NY State Bar Significant commercial contract negotiation and drafting experience Must have experience with copyright, trademark and general IP issues Must be able to partner with the business in order to achieve favorable results Excellent communication skills, both written and verbal Proactive, team player with a can-do attitude Job Offer Great benefits and compensation package. Updated 06/13/2018

URL: https://www.nexxt.com/jobs/corporate-counsel-new-york-ny-10017-684941640-job.html

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   6/15/2018

Title:    Assistant General Counsel Privacy

Poster:   Interpublic Group of Companies

City:  New York, NY

County:  New York

Ad Job Board(s):    Interpublic Group of Companies, Inc.

ID:   22118

Content Description:

Requisition Title - Assistant General Counsel, Privacy ( Job Number: 009040 ) Primary Location - United States-New York-New York Description The Assistant General Counsel, Privacy will provide strategic legal advice in regard to privacy-related laws and regulations and the company's privacy compliance program. The position will work closely with the company's UK Data Protection Counsel, Privacy Counsel in the U.S., and GDPR DPO. Job Responsibilities: - Advise IPG and its agencies regarding global privacy, security and data protection laws and regulations as well as privacy best practices and standards - Advance the company's compliance program for global privacy laws and regulations, including GDPR - Develop and implement privacy standards, policies and procedures in regard to client, partner, affiliate and vendor relationships - Coordinate privacy risk assessments and implement accompanying compliance recommendations - Advise, and maintain records, on privacy and data security incidents - Review and negotiate privacy and data protection contractual provisions in client, vendor and partner agreements - Review advertising and marketing programs for data collection and use practices; draft privacy statements for websites, apps, surveys and other products and services - Maintain and update employee privacy notices, data transfer and data processing agreements, and notifications to regulators - Develop and present training materials to increase privacy awareness within the company - Remain current on privacy developments and best practices and report on emerging legislation/regulations in key worldwide markets - Manage outside privacy counsel - Work collaboratively to provide creative, proactive solutions to legal and business problems Job Requirements: - J.D. degree from an ABA-accredited law school with over 10+ years privacy-related experience - Training at a large law firm followed by in-house experience preferred - Advanced understanding of privacy and data protection laws and regulations in the US (federal and state) and EU; experience in additional jurisdictions a plus (e.g., Canada, APAC, LATAM) - Proven ability to develop, coordinate and manage multi-stakeholder processes across multiple business units/departments in a global business environment - Strong technological background and understanding of online and mobile advertising ecosystem and practices, including online data collection/tracking, software systems and data flows - Flexible, strategic thinker with excellent business judgment, able to understand overall business objectives while identifying trends and creating proactive solutions - Excellent interpersonal skills, exceptional written and verbal communication skills, strong presentation and negotiation skills - Team player, self-motivating, collaborative, and energetic - Member in good standing of the New York State Bar We, Interpublic Group (IPG), are an equal opportunity employer and value diversity at our company. We do not discriminate on any unlawful basis including race, religion, color, national origin, disability, gender, sexual orientation, age, marital status, veteran status, or any other basis prohibited by law.

URL: https://ipg.taleo.net/careersection/ipg_ext_cs/jobdetail.ftl?job=009040&tz=GMT-04%3A00

Occupation:    23-1011 Lawyers

Date:   6/16/2018

Title:   Corporate Counsel

Poster:  Special Counsel

City:  White Plains, NY

County:  Westchester

Ad Job Board(s):    Special Counsel; Association of Corporate Counsel; Retirement Jobs; CareerBuilder

ID:   22106

Content Description:

Leading Westchester, NY company in a niche area of healthcare is searching for Corporate Counsel for a temporary position that may last one year or longer. The ideal candidate will have solid in-house counsel experience, advising on general corporate and compliance matters, which may include everything from operations, to employment, and risk management issues. This role will report to the General Counsel and is best suited for someone who is independent, resourceful and can handle a wide range of in-house legal issues. This is a Senior Counsel or AGC level position. Corporate Counsel requirements: - Candidates must be attorneys in good standing and admitted in NY - Must have at least 5 years of in-house legal experience, including commercial contracts, corporate governance, and compliance - Experience working for a healthcare related company preferable, but not required

URL: https://jobline.acc.com/jobs/11168481/corporate-counsel

Occupation:     23-1011 Lawyers

Date:   6/22/2018

Title:    Corporate Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):     JobVertise

ID:   21853

Content Description:

Corporate Counsel New York G&A Legal full-time What we do WorkFusion creates technology that makes economies work. The rapid rise of AI and automation, along with the changing roles of people in the workforce, have created both complexity and opportunity for individuals, businesses and entire countries. Our companys purpose is to reduce this complexity and help our customers exploit the opportunity through products that pair people with intelligent software robots. WorkFusion is headquartered on Wall Street in New York City with teams throughout the U.S., Europe and Asia. Position WorkFusion is looking to add a Corporate Counsel to its legal team. The Corporate Co ...

URL: http://www.jobvertise.com/job/24772290

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  7/1/2018

Title:    Vice President Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:    46014

Content Description:

VP Counsel Outfront Media is looking for a talented technology attorney to join its fast-paced, collaborative in-house legal (link removed) this position, you will provide legal support to all of our business groups, with a focus on technology, intellectual property, data privacy, and digital products. You will also serve as a key legal resource for the ON Smart Media team, a cross-functional team dedicated to bringing the digital revolution to the out-of-home industry. The successful candidate must have a passion for technology, be inquisitive, enjoy working hard and being challenged, come to the table with pragmatic solutions, and be a true team player. What Youll Do: Take the lead in str ...

URL: http://www.jobvertise.com/job/24886032

Occupation:     23-1011 Lawyers

Date:   7/8/2018

Title:   Corporate Counsel

Poster:   KONICA MINOLTA

City:  Ramsey, NJ

County:  Bergen

Ad Job Board(s):    Konica Minolta Business Solutions; Retirement Jobs; JobVertise; CareerBuilder; The Job Network; Gee

ID:   42408

Content Description:

Konica Minolta Business Solutions U.S.A., Inc., a global Fortune 1000 company and one of Forbes 2017 America's Best Large Employers, is transforming the way we all do business. From smart office technology and information management to cloud, mobility and IT services, we have a rich history of creating the products and services necessary to drive innovation and make work possible from anywhere at any time. Our award-winning products and solutions help companies around the world move information faster, improve quality and productivity, enhance security and facilitate the sharing of information. We are proud that our portfolio leads the industry while exceeding environmental standards. At Konica Minolta, you'll work for an amazing technology company with growth opportunities, great benefits and talented, passionate co-workers. Position Objective Essential Job Functions Competencies (Knowledge, Skills and Abilities) Experience, Educational Reqts and Certifications Konica Minolta Offers: - Outstanding benefits package (including medical, dental, vision, life insurance) - 401(k) plan with matching company contribution - Generous holiday and paid time off schedules - Tuition Assistance Program - Employee Referral Bonus Program - Ongoing professional development training including access to online Harvard Manage/Mentor courses - Visible, exciting work supporting sales of cutting edge technology and workflow solutions. Join Konica Minolta and help drive innovation as we transform the Workplace of the Future.â„¢ Konica Minolta is an equal opportunity and affirmative action employer. We consider all qualified applicants for employment without regard to race, color, religion, creed, national origin, sex, pregnancy, age, sexual orientation, transgender status, gender identity, disability, alienage or citizenship status, marital status or partnership status, genetic information, veteran status or any other characteristic protected under applicable law.

URL: https://www.careerbuilder.com/job/J3T4W46Q29K5PJSRFPY

Occupation:    23-1011 Lawyers

Date:  7/19/2018

Title:    Corporate Counsel Manager

Poster:  Industrial Facility

City:  New York, NY

County:  New York

Ad Job Board(s):    ZipRecruiter; The Job Network

ID:   44956

Content Description:

Job Description: This is a hybrid role that can best be described as an In-House Attorney/Contracts Management position for a manufacturing facility; knowledge of processes to win and comply with government contracts is required. If you're our ideal candidate you have a law degree and at least 5 years of post graduate business experience in either the government or private sector, and as such: You can expect to provide legal as well as marketing support for technical sales team and related departments; track sales activity, create detailed reports. Additionally, your responsibilities will include, but not be limited to, the following: Research. Interfacing with clients. Building relationships with new customers. Developing deep knowledge of inventory; creating and maintaining databases. Being involved in the promotion of product lines such as aftermarket parts. Responding to customer requests, preparing proposals, assisting with company presentations, promoting solutions, etc. Most importantly in this Corporate Counsel Liaison/Coordinator/Contract Management role you'll basically "own" the RFP process from end to end as you will be responsible for compliance with contracting procedures. If you're a career minded "take charge" type, have a law degree as well as marketing and business development chops, along with great attention to detail, stellar communication skills, and consider yourself more than proficient with Excel, we want to hear from you!

URL:
https://www.ziprecruiter.com/clk/o2y8YbIsjPTl2w6tcF7WMkGBDjKO6pmTvwMFYvUyBczE8breT40l2BfjEXS0YHKr3atzgN1ZiVV
F2ylMJUyNLNVyJCBTQoQHuSq7IlLjfD_KZuFZ7kpcycodSPRSCeUW1G4NTBS6Q_mVLVUtEGUTxowPyxqg1yfJtYm9KG_zwFwRaaT
GopskY0cEEAUKQejrI4_h3Etzilyea3QWg_4GZdmVa6AT-p6H9Gl0ycFeJEI-
esnOJUx_TZdUtL2KOZ71YeDgQcHUz8bjYP3oTxZPexiWEb4r8If1FYGIJC6PF0FoEaxOQXh02tl1G1KIMcRMsEb8DY6nddQhet0Do6t
VMLrrrKO05HJQywpzhwd4ndBxXChVZoKWunW6rRMZOIHOzz7NwmbipfSfSzdRRSgNIAR0IEpjc68siLzit_1DEXMAepZhx-
mcxYJhvzK4Z2_6GOdZvIxt4QoUCPsbnsRZm591ImhgKUwIaF5YlmKLYStE4YhH1ep759tZPparuPzK.3c8dd903d0edd07dcdf2d7d3
71c34d89

Occupation:     23-1011 Lawyers

Date:   7/20/2018

Title:    General Counsel City Public

Poster:   Jersey City Public Schools

City:  Jersey City, NJ

County:  Hudson

Ad Job Board(s):    TopSchoolJobs

ID:   42042

Content Description:

> General Counsel Jersey City Public Schools â€œ Doing Whatâ€™s Best for Our Children â€•MINIMUM REQUIREMENTS : - Juris Doctor Degree - Licensed to practice law in New Jersey - Minimum 10 years of comprehensive legal experience including at least 5 years in the areas of K-12 education and/or labor and employment law - Strong organizational ability - Highly effective written and oral communication skills - Such alternatives to the above that the Superintendent may find appropriate ESSENTIAL EXPERIENCES: Successful candidates will demonstrate experience in: - Providing leadership at a senior level of a complex organization - Addressing labor and employment concerns within a public-sector context, including, but not limited to: - Negotiations - Civil Service Commission matter - Workplace accommodations - State and federal family and medical leave - Establishing code-compliant guidelines for contracting and purchasing - Advising educators on appropriate protocols for matters such as: - Student discipline - Family Education Rights and Privacy Act - Responding to police matters To apply, visit our website: www.jcboe.org (Click on â€œJob Opportunitiesâ€) and then click on â€œStart An Applicationâ€•New Jersey First Act Information Employer, EOE <a class="js-webui-popover hide js-show" data-popover-content=

URL: https://www.topschooljobs.org/job/784133/general-counsel-jersey-city-public-schools/

Occupation:    23-1011 Lawyers

Date:  7/24/2018

Title:   Corporate Counsel Commercial Preferr

Poster:  Poster Not Listed

City:  Teaneck, NJ

County:  Bergen

Ad Job Board(s):    JobVertise

ID:   44758

Content Description:

Job Description - Corporate Counsel - Commercial Contracts; Teaneck NJ/ TX preferred (00022596161) Job Description Corporate
Counsel - Commercial Contracts; Teaneck NJ/ TX preferred( Job Number: 00022596161) Description Cognizant has an immediate
opening for a Senior corporate in-house attorney to participate on our largest, strategic deals.This person will take a lead role to draft,
negotiate, and manage complex global IT, Consulting, and Outsourcing deals and should possess excellent communication and
organizational skills. The attorney would be expected to work directly with strategic account team members and advise on a variety of
day-to-day legal matters ...

URL: http://www.jobvertise.com/job/25172663

Occupation:    23-1011 Lawyers

Date:   7/31/2018

Title:   Corporate Counsel

Poster:  ClassPass

City:  New York, NY

County:  New York

Ad Job Board(s):   VentureLoop; GoInHouse; Built in NYC

ID:   41627

Content Description:

We are looking for a talented, hard-working, super bright team player with at least 3-5 years of experience to join our small but mighty legal team. This is a unique opportunity to work on a wide variety of exciting and challenging matters in a fast-paced and collaborative environment where you can really make a difference. Our new team member will assist our existing 2-person team in handling all of the company's legal needs, including anticipating legal risks, providing advice, negotiating a breadth of commercial arrangements, assisting in our global expansion efforts and generally setting us up for success. Prior technology, privacy and e-commerce experience would be helpful. Responsibilities: - Contracts : Drafting, reviewing and negotiating a wide range of commercial agreements, including studio partners, master services, licensing, leases, professional services, marketing, technology, SaaS, vendor agreements, NDAs, website terms and many more. - Advice : Working cross-functionally to identify risks and provide strategic, practical and creative legal and business advice, including with respect to studio relations, product development, marketing campaigns, technology, customer service, operations, compliance and other matters. - Privacy : Advising on best practices and compliance with global privacy and data protection laws, including by supporting a privacy by design approach and overseeing legal and regulatory aspects of data collection and use, privacy disclosures and transparency, data security and breaches, and the use of location-based services, biometrics and emerging technologies. - Global Expansion : Assisting with rapid global expansion from the legal perspective, including identifying and managing local legal requirements. - Processes : Helping to develop and improve internal procedures and policies, including template agreements, contract management, record retention, outside counsel oversight, company education. - Best Practices : Staying on top of, and educating colleagues about, industry best practices, trends and legal developments. Our ideal candidate: - Excels in a fast-paced environment. We're a high-growth company that's constantly iterating and you will demonstrate responsiveness and flexibility while managing multiple priorities and adapting quickly to change. - Has an extremely practical, creative, business-first, can-do approach to problem solving and is excited to roll up their sleeves to tackle whatever comes our way. - Is super bright, hardworking, reliable and a self-starter; this is a small team and you will need to thrive while working independently. - Demonstrates great judgment and has excellent interpersonal, communication, analytical, negotiating and drafting skills. - Has a collaborative and approachable style and the ability to communicate and interact effectively with all levels of the organization. Requirements: - D. from top law school, NY state bar admission preferred - Minimum 3-5 years experience in a large law firm or corporate legal department, even better if you have also worked in house. - Experience in ecommerce, privacy and technology preferred

URL: https://www.goinhouse.com/jobs/5447124-corporate-counsel-at-classpass

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  8/8/2018

Title:    Assistant General Counsel

Poster:   NYC Mayor's Office of Contract Services

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   47650

Content Description:

Job Description The Mayor's Office of Contract Services (MOCS) oversees and supports the procurement activities of City agencies, with a goal to ensure fairness, transparency, efficiency and cost effectiveness. The Director is the City Chief Procurement Officer. Annually, agencies procure billions in products and services from a diverse pool of vendors that represent various industries. MOCS partners with industry groups to implement policies and tools that streamline and modernize procurement, resulting in the delivery of quality services to New Yorkers. Team members operate in a fast-paced, collaborative, service-oriented environment, where flexibility and ability to achieve results are valued. Under the direction of the General Counsel, with latitude for the exercise of independent judgment, the Assistant General Counsel is responsible for assisting with legal and policy projects of the office; providing legal advice to the City Chief Procurement Officer (CCPO) and other MOCS and agency staff. Principal duties and responsibilities are as follows: â€¢ Providing legal advice and analysis to the CCPO and agency contracting personnel on the PASSPort system and a broad range of procurement-related matters, including but not limited to procurement innovation and vendor integrity information and processes, vendor appeals, FOIL requests and pending legislation; â€¢ Drafting of: memoranda of policy and procedure; guidelines for implementation of new legislation; non-responsibility determinations; agency contracts, public testimony for public hearings, and corrective action plans; â€¢ Representing the CCPO/MOCS in connection with various interagency task forces, working groups, and the City's Contract Dispute Resolution Board; â€¢ Assisting in the resolution of disputes regarding contract registration issues, vendor protests and audit findings with the Office of the Comptroller; drafting and reviewing responses to audit findings; â€¢ Assisting agencies with compliance with various local laws, rules and regulations; and â€¢ Training agency personnel on procurement-related matters Minimum Qual Requirements 1. Graduation from an accredited college with a baccalaureate degree; or 2. Graduation from an accredited community college plus two years of experience with administrative, analytic, coordinative, supervisory or liaison responsibilities; or 3. Four-year high school diploma or its educational equivalent plus four years of experience as described in â€œ2â€ above; or 4. A satisfactory equivalent combination of education and experience Preferred Skills â€¢ Admission to the New York State Bar; and â€¢ One year of satisfactory United States legal experience subsequent to admission to any state bar. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Additional Information Mayor's Office of Contract Services is an equal opportunity employer. Special accommodations provided for applicants with disabilities. Mayor's Office of Contract Services recognizes the unique skills and strengths gained through military service. Veterans and service members of the U.S. Armed Forces are strongly encouraged to apply. To Apply External Applicants, please go to www.nyc.gov/jobs and search for Job ID#: 351512. Current City Employees, please go to www.nyc.gov/ess and search for Job ID#: 351512. No phone calls, faxes, or personal inquiries permitted. Only those candidates under consideration will be contacted. Work Location 253 Broadway New York NY Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/5501920-assitant-general-counsel-at-nyc-mayors-office-of-contract-svcs

Occupation:    23-1011 Lawyers

Date:  8/9/2018

Title:    Assistant General Counsel

Poster:  NYC HRA/Department of Social Services

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:    47576

Content Description:

Job Description The Mayorâ€™s Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayorâ€™s Office of Operations, and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide, and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayorâ€™s Office of Operations, Office of Support Accountability And Value is recruiting for one (1) Agency Attorney I to function as Assistant General Counsel. Responsibilities include, but are not limited to: â€¢ Assisting in supporting citywide compliance with the mandates of the Identifying Information Law. â€¢ Providing legal analysis and advising on complex privacy and data security matters, conducting legal research as necessary. â€¢ Representing MOIP on interagency task forces, working groups, and special projects, as needed. â€¢ Collaborating with counsel and policy staff from City agencies, the Law Department, and outside entities as needed to assist in handling legal questions and responses. â€¢ Researching models of other jurisdictions in handling complex legal privacy issues and projects. â€¢ Drafting memoranda of understanding, guidelines, and other legal documents. â€¢ Managing implementation of projects and work streams related to citywide policy issues with legal implications. â€¢ Other legal work as necessary to support the goals of The Mayorâ€™s Office of Information Privacy and the advancement of citywide privacy protection best practices. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills â€¢ A JD from an accredited educational institution, plus one (1) to four (4) years of full-time professional experience as an attorney admitted to the New York State Bar. â€¢ Experience related to privacy law analysis and data integration work; comfort with data and technology concepts. â€¢ Excellent organizational, time-management, and multi-tasking skills, including the ability to take initiative, problem solve, balance competing priorities, work independently and with teams in a fast-paced environment, pay close attention to detail, meet deadlines, and work well under pressure. â€¢ Strong oral and written communication skills, including strong public speaking skills and proven ability to present the Officeâ€™s position in meetings with senior officials and other governmental and private entities. â€¢ Proven ability to establish and maintain effective and congenial working relationships with a wide range of governmental and external entities. â€¢ Effective and creative leadership ability with the capacity to work both independently and cooperatively to implement key strategies, evaluate new policies, and analyze legal issues. Additional Information LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DSS/HRA/DHS qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the programâ€™s other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... To Apply CLICK "APPLY NOW" BUTTON Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/5505130-assistant-general-counsel-at-nyc-hra-dept-of-social-services

Occupation:    23-1011 Lawyers

Date:   8/16/2018

Title:    Associate General Counsel Privacy General Counsel

Poster:   The College Board

City:  New York, NY

County:  New York

Ad Job Board(s):    Association of Corporate Counsel

ID:   40593

Content Description:

The College Board is conducting a search for an Associate General Counsel and Executive Director, Privacy . This position is based in our New York City headquarters and reports to the Chief Risk Officer and General Counsel. The College Board is a not for profit membership organization that combines over a century of experience, worldwide name recognition, unrivaled reach and mission-driven ambition to clear a path for all students to own their future. Named by Fast Company as one of the most innovative education companies in the world, the College Board helps more than seven million students a year prepare for a successful transition to college through programs and services in college readiness and college success â€" including the SAT, PSAT and the Advanced Placement Program. The Executive Director, Privacy and Associate General Counsel will be a recognized expert in the legal, policy and compliance aspects of privacy and data security who will serve as a visible leader, both internally and externally, in the organizationâ€™s commitment to these areas. This person will be a true counselor and valued business partner who advises the organization, its leaders and staff on a wide spectrum of privacy and data security related matters, combines deep subject matter expertise with a complex understanding of the operational, technical, communications and customer implications of policy decisions, and brings strong leadership and project management skills to the cross-functional design, implementation and enforcement of the organizationâ€™s privacy and data security policies. Responsibilities - Provides expert legal, policy and strategy advice to business and technology teams on privacy, data security and data governance issues in connection with the development of products, platforms, services and other initiatives involving the collection and use of consumer data. Thoughtfully manages risk and zealously protects the organization and its personnel while maintaining a solutions-oriented approach to both legal and business issues. - Maintains both legal and industry expertise on areas of federal, state and international privacy and data security/governance laws including FERPA, GDPR, PPRA, COPPA, CAN-SPAM, TCPA, PCI, state privacy laws, and other relevant legislation and regulation. - Independently or collaboratively drafts, reviews, analyzes and negotiates various commercial agreements, vendor and services agreements, complex government contracts with federal, state and municipal entities, requests for proposals, and other agreements, policies and documents, especially as they pertain to privacy and data security. - Works cross-functionally to draft and review communications and policies that clearly and compellingly articulate the organizationâ€™s commitment to privacy and data security. - Serves as a go-to authority for the resolution of internal and external disputes, questions and concerns around privacy and data security with the goal of providing clarity, building confidence and mitigating risk. - Where needed, works collaboratively with and manages outside counsel on issues related to privacy and data security, providing direction, discussing strategy, reviewing work product and managing fees. - Provide day-to-day advice to programs within the College Board. Required Skills and Experience - J.D. and undergraduate degrees earned with excellent academic credentials. - Admission to and good standing in a U.S. state bar. - Preference for at least 7-10 years of broad and relevant legal experience with a law firm and/or corporate legal department, much of it spent advising on privacy, data security and data sharing matters. - Solid business acumen with sound judgment and the ability to provide business partners at every level with timely and appropriately risk-balanced advice and guidance. - A cross functional collaborator who encourages and builds consensus, easily gains trust and support of senior leadership and peers, finds common ground and solves problems with diligence, creativity and flexibility. - A team-oriented professional with a strong work-ethic who multi-tasks and prioritizes well, takes initiative, is capable of leading projects and who can work effectively both independently and with others. - Superior written and verbal communication skills. - Plusses : - In-house or non-legal business experience. - Experience in the education industry or not-for-profit sector. - Intellectual Property experience. - Technology expertise or experience. Required Competencies - Generosity in service of students, colleagues, and partners. - Command of evidence and technology. - Getting things done, with a premium on quality and efficiency. Benefits We offer our employees an outstanding benefits package, which includes 4 weeks of paid time off, a generous retirement savings plan (up to 10% of salary matched), health, dental and pet insurance, generous tuition reimbursement for college-going children and ongoing professional development and training. Equal Opportunity Employer; E-Verify The College Board is committed to diversity in the workplace and is an Equal Opportunity Employer. The College Board participates in E-Verify, a service of DHS and SSA, where required. Please understand that only qualified applicants will be contacted.

URL: https://jobline.acc.com/jobs/11378350/associate-general-counsel-privacy

Occupation:    23-1011 Lawyers

Date:   8/24/2018

Title:    Executive Director Associate General Counsel Clinical Corporate

Poster:   Poster Not Listed

City:  Plainsboro, NJ

County:  Middlesex

Ad Job Board(s):    JobVertise

ID:   43740

Content Description:

Requisition ID 58202BR State/Provinces: US - NJ City: Plainsboro Job Category: Legal & Compliance ...

URL: http://www.jobvertise.com/job/25590653

Occupation:    23-1011 Lawyers

Date:  8/27/2018

Title:   Corporate Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:  47109

Content Description:

Corporate Counsel New York G&A Legal full-time What we do WorkFusion creates technology that makes economies work. The rapid rise of AI and automation, along with the changing roles of people in the workforce, have created both complexity and opportunity for individuals, businesses and entire countries. Our companys purpose is to reduce this complexity and help our customers exploit the opportunity through products that pair people with intelligent software robots. WorkFusion is headquartered on Wall Street in New York City with teams throughout the U.S., Europe and Asia. Position WorkFusion is looking to add a Corporate Counsel to its legal team. The Corporate Co ...

URL: http://www.jobvertise.com/job/25636384

Occupation:    23-1011 Lawyers

Date:  8/29/2018

Title:    Assistant General Counsel Consumer Beauty

Poster:  Coty Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    ManhattanJobs.com; AfterCollege

ID:  43677

Content Description:

ASSISTANT GENERAL COUNSEL CONSUMER BEAUTY DIVISION COTY - NEW YORK, NY PURPOSE Our purpose is to celebrate and liberate the diversity of beauty. We challenge convention through invention, expanding our horizons to enrich your reality with possibility. We build brands to inspire and enable our consumers to experience the confidence and joy of expressing their beauty, their way. MISSION AND RESPONSIBILITIES We are actively looking for an Assistant General Counsel to join our Consumer Beauty division legal group. This position reports to the SVP & General Counsel of CotyÃ¢â‚¬â„¢s Consumer Beauty Division and works closely with several members of the division and legal teams. Key responsibilities: - Serve as a strategic, solutions-oriented business partner to the marketing, digital, sales, and public relations teams of all of CotyÃ¢â‚¬â„¢s Consumer Beauty US-based brands, which encompass color cosmetics, retail hair, fragrance, and nail products. - Drafting, reviewing and negotiating a wide range of commercial contracts such as sponsorship, promotion and marketing agreements, licensing, consultant and service provider agreements, advertising, talent and influencer agreements, music licenses, and e-commerce, SaaS, and technology agreements. - Division M&A support THE COTY IDEAL FIT - JD from top tier law school - 7-15 yearsÃ¢â‚¬â„¢ in-house legal experience and/or with a major law firm focusing on brand support, consumer products regulations and commercial agreements. - In-house and/or Beauty industry experience preferred - Candidates must be intellectually curious, personable (as Coty employs an open-floor plan for seating), hard-working, possess a can-do attitude, and business savvy. - Must be familiar with claim substantiation rules and regulations. Updated 09/11/2018

URL: http://www.manhattanjobs.com/jobs/assistant-general-counsel-consumer-beauty-new-york-ny-10176-723221868-job.html

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   9/4/2018

Title:    Associate General Counsel Executive Director Privacy

Poster:   The College Board

City:  New York, NY

County:  New York

Ad Job Board(s):    College Board The; GoInHouse

ID:   43534

Content Description:

The College Board is conducting a search for an Associate General Counsel and Executive Director, Privacy . This position is based in our New York City headquarters and reports to the Chief Risk Officer and General Counsel. The College Board is a not for profit membership organization that combines over a century of experience, worldwide name recognition, unrivaled reach and mission-driven ambition to clear a path for all students to own their future. Named by Fast Company as one of the most innovative education companies in the world, the College Board helps more than seven million students a year prepare for a successful transition to college through programs and services in college readiness and college success â€" including the SAT, PSAT and the Advanced Placement Program. The Executive Director, Privacy and Associate General Counsel will be a recognized expert in the legal, policy and compliance aspects of privacy and data security who will serve as a visible leader, both internally and externally, in the organizationâ€™s commitment to these areas. This person will be a true counselor and valued business partner who advises the organization, its leaders and staff on a wide spectrum of privacy and data security related matters, combines deep subject matter expertise with a complex understanding of the operational, technical, communications and customer implications of policy decisions, and brings strong leadership and project management skills to the cross-functional design, implementation and enforcement of the organizationâ€™s privacy and data security policies. Responsibilities - Provides expert legal, policy and strategy advice to business and technology teams on privacy, data security and data governance issues in connection with the development of products, platforms, services and other initiatives involving the collection and use of consumer data. Thoughtfully manages risk and zealously protects the organization and its personnel while maintaining a solutions-oriented approach to both legal and business issues. - Maintains both legal and industry expertise on areas of federal, state and international privacy and data security/governance laws including FERPA, GDPR, PPRA, COPPA, CAN-SPAM, TCPA, PCI, state privacy laws, and other relevant legislation and regulation. - Independently or collaboratively drafts, reviews, analyzes and negotiates various commercial agreements, vendor and services agreements, complex government contracts with federal, state and municipal entities, requests for proposals, and other agreements, policies and documents, especially as they pertain to privacy and data security. - Works cross-functionally to draft and review communications and policies that clearly and compellingly articulate the organizationâ€™s commitment to privacy and data security. - Serves as a go-to authority for the resolution of internal and external disputes, questions and concerns around privacy and data security with the goal of providing clarity, building confidence and mitigating risk. - Where needed, works collaboratively with and manages outside counsel on issues related to privacy and data security, providing direction, discussing strategy, reviewing work product and managing fees. - Provide day-to-day advice to programs within the College Board. Required Skills and Experience - J.D. and undergraduate degrees earned with excellent academic credentials. - Admission to and good standing in a U.S. state bar. - Preference for at least 7-10 years of broad and relevant legal experience with a law firm and/or corporate legal department, much of it spent advising on privacy, data security and data sharing matters. - Solid business acumen with sound judgment and the ability to provide business partners at every level with timely and appropriately risk-balanced advice and guidance. - A cross functional collaborator who encourages and builds consensus, easily gains trust and support of senior leadership and peers, finds common ground and solves problems with diligence, creativity and flexibility. - A team-oriented professional with a strong work-ethic who multi-tasks and prioritizes well, takes initiative, is capable of leading projects and who can work effectively both independently and with others. - Superior written and verbal communication skills. - Plusses : - In-house or non-legal business experience. - Experience in the education industry or not-for-profit sector. - Intellectual Property experience. - Technology expertise or experience. Required Competencies - Generosity in service of students, colleagues, and partners. - Command of evidence and technology. - Getting things done, with a premium on quality and efficiency. Benefits We offer our employees an outstanding benefits package, which includes 4 weeks of paid time off, a generous retirement savings plan (up to 10% of salary matched), health, dental and pet insurance, generous tuition reimbursement for college-going children and ongoing professional development and training. Equal Opportunity Employer; E-Verify The College Board is committed to diversity in the workplace and is an Equal Opportunity Employer. The College Board participates in E-Verify, a service of DHS and SSA, where required. Please understand that only qualified applicants will be contacted.

URL: https://careers.collegeboard.org/job/1282730

Occupation:    23-1011 Lawyers

Date:  9/4/2018

Title:  General Counsel

Poster:  Immunomedics, Inc.

City:  Morris Plains, NJ

County:  Morris

Ad Job Board(s):    US.jobs

ID:  46969

Content Description:

General Counsel ID: 2018-1265 External Company Name: Immunomedics, Inc. External Company URL: http://www.immunomedics.com Street: 300 The American Road Post End Date: 9/4/2018

URL: https://de.jobsyn.org/c8b2d51f1615473caec0a0359ebed1301394

Occupation:    23-1011 Lawyers

Date:  9/5/2018

Title:    General Counsel

Poster:  University Hospitals

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    GoInHouse

ID:    43530

Content Description:

Qualifications: Graduation from an accredited law school and license to practice law in the State of New Jersey required. Five (5) or more years of legal and policy experience in government, academia, or a healthcare provider. Must have significant knowledge of federal and New Jersey legislative processes, demonstrated ability to analyze complex policies and regulations, and prior experience advising on employment law and workplace management. Substantial experience working with a board of directors necessary. Experience with state and federal regulators preferred. Substantial leadership skills including prior experience working in a highly regulated environment. Demonstrated ability to think strategically, and to creatively solve complex legal challenges. Outstanding human relations and the ability to function in a team environment. Responsibilities: The Senior Vice President, General Counsel and Corporate Secretary serves as the chief legal advisor to the hospital and manages all aspects of University Hospital's Legal, Enterprise Risk, Corporate Compliance, and Corporate Secretary groups. The Senior Vice President, General Counsel and Corporate Secretary also serves as a member of the hospital's Executive Leadership Group and an advisor to the hospital's Board of Directors. University Hospital offers a competitive salary & comprehensive benefits package including on-site child care. Affirmative Action/Equal Opportunity Employer, M/F/D/V. For more information, visit www.uhnj.org/hrweb.

URL: https://www.goinhouse.com/jobs/5713858-general-counsel-at-university-hospital

Occupation:    23-1011 Lawyers

Date:  9/5/2018

Title:   General Counsel

Poster:  United States Tennis Association

City:  White Plains, NY

County:  Westchester

Ad Job Board(s):    United States Tennis Association Inc

ID:   46956

Content Description:

Purpose of Position: Provide strategic legal counsel to all operations at the USTA National Campus and day-to-day legal support and oversight to USTA Player Development. Member of USTA National Campus and Player Development Leadership Teams. Major Duties: Provide strategic legal counsel and support for the USTA National Campus in Orlando, Florida. Manage the day-to-day legal affairs relating to all operational elements for USTA at the USTA National Campus including: Events Partnership Marketing/Sponsorships/Suppliers Marketing Facility Management Third Party Vendors Provide strategic legal support for USTA Player Development, wheelchair tennis, and Pro Circuits in the following areas: Partnership Marketing/Sponsorships Event Operations Broadcast Player Services Medical & Sports Science Serve as lead USTA lawyer on all trademark and IP matters and oversee registrations, compliance, C&Ds. Video piracy matters, etc.. Manage outside legal counsel Other such related duties as may be required. Qualifications / Other: 15+ years of applicable law practice experience Law degree with admission to state bar Exceptional business acumen and outstanding communication and writing skills Strong management and mentoring skills Effective collaborator and team player Ability to handle complex legal and business projects both independently as a part of a team Ability to effectively respond to inquiries for regulatory agencies, customers and business community Self-starter, sound decision making skills, excellent attention to detail

URL: https://workforcenow.adp.com/mdf/recruitment/recruitment.html?cid=d28e04ba-8dd3-40b4-9ad1-e77b1a393b82&sid=dXN0ZWFFzc28%3D&

Occupation:    23-1011 Lawyers

Date:    9/7/2018

Title:    Associate General Counsel

Poster:   NYC HRA/Department of Social Services

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:    43237

Content Description:

Job Description The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor's Office of Operations, and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide, and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor's Office of Operations is recruiting for one (1) Executive Agency Counsel MI to function as an Associate General Counsel. Responsibilities include, but are not limited to: • Analyzing the broad array of legal issues affecting Operations and MOIP, and thinking creatively about how to address these issues. • Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as necessary. • Researching models of other jurisdictions in handling complex legal issues and projects. • Assisting in supporting citywide compliance with the mandates of privacy and other relevant laws, regulations and policies. • Partnering with City agencies as needed to assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. • Representing the Office on interagency task forces, working groups, and projects. • Drafting memoranda of understanding, guidelines, policies, and other legal documents. • Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies, • Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. • Managing implementation of projects and work streams related to regulatory matters and other citywide policy issues with legal implications. • Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to advance citywide privacy protection compliance and best practices. Minimum Qual Requirements Admission to the New York State Bar; and four years of recent full-time responsible, relevant, satisfactory legal experience subsequent to admission to any bar, eighteen months of which must have been in the supervision of other attorneys, in an administrative, managerial or executive capacity, or performing highly complex and significant legal work. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Preferred Skills • A JD from an accredited educational institution, plus three (3) to five (5) years of full-time professional experience as an attorney admitted to the New York State Bar. • Experience related to privacy law analysis and data integration; comfort with data and technology concepts. • Excellent organizational, time-management, and multi-tasking skills, including the ability to take initiative, problem solve, balance competing priorities, work independently and with teams in a fast-paced environment, pay close attention to detail, meet deadlines, and work well under pressure. • Strong oral and written communication skills, including effective public speaking skills and proven ability to present the Office's position in meetings with high level officials and other governmental and private entities. • Proven ability to establish and maintain effective and congenial working relationships with a wide range of governmental and external entities. • Effective and creative leadership ability with the capacity to work both independently and cooperatively to implement key strategies, evaluate new policies, and analyze legal issues. Additional Information LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DSS/HRA/DHS qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the program's other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/5732605-associate-general-counsel-at-nyc-hra-dept-of-social-services

Occupation:     23-1011 Lawyers

Date:   9/7/2018

Title:    Assistant General Counsel

Poster:   The Andrew W. Mellon Foundation

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   46691

Content Description:

Summary : The Foundation seeks an experienced, high-performing attorney with background in exempt organization law. The Assistant General Counsel will assist the Vice President, General Counsel & Secretary and Associate General Counsel in providing legal representation to the Foundation on a wide range of matters. Position Details: . Among the responsibilities of the Assistant General Counsel are the following: - Assist in providing day-to-day legal counsel to Foundation staff on a wide variety of subjects, particularly in exempt organization, tax, intellectual property, contract, and grant matters - Draft and review provisions of grant award letters and other grant-related documents - Draft, negotiate, and review numerous contracts, including intellectual property agreements - Keep current on new and emerging laws relevant to Foundation work, conduct legal research, and write legal and other memoranda for a range of audiences - Advise and provide training on the interpretation and application of laws and policies - Participate in and advise as needed on special projects throughout the Foundation - Assist in monitoring compliance with tax and not-for-profit corporation laws applicable to private foundations - Coordinate work with outside counsel. - Travel required Required Skills and Experience: The successful candidates will have the following qualifications: - A J.D. and 4- 6 years of law firm experience including experience with exempt organization law. Knowledge of private foundation law and/or intellectual property law is preferred. - Superior academic record and writing and speaking abilities - Excellent negotiation, legal drafting, organizational, and interpersonal skills - Demonstrated track record of providing a positive, creative, problem-solving approach to challenging legal issues - Outstanding work ethic and attention to detail - Ability to manage a heavy workload, to handle multiple tasks effectively and efficiently, and to meet tight deadlines in a fast-paced work environment - Significant experience that demonstrates professionalism, outstanding judgment, discretion, and integrity - Ability to work both independently and collaboratively with colleagues - Ability to proactively anticipate and act upon the legal work of the office - Appreciation for a friendly and collegial work environment The Foundation is an equal opportunity employer that offers a competitive salary, outstanding benefits, and excellent working conditions.

URL: https://www.goinhouse.com/jobs/5732303-assistant-general-counsel-at-the-andrew-w-mellon-foundation

Occupation:     23-1011 Lawyers

Date:   9/9/2018

Title:    Associate General Counsel

Poster:   Sharp Electronics

City:   Montvale, NJ

County:   Bergen

Ad Job Board(s):    Hire Heroes

ID:   46635

Content Description:

Organization: Sharp Electronics Corporation Location: US-NJ-Montvale Job ID: 2018-4531 Job Details Apply Now

URL: https://jobs.hireheroesusa.org/jobs/5706201-associate-general-counsel-at-sharp-electronics-corporation

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 9/13/2018

Title: Program Assistant Corporate Counsel

Poster: Natural Resources Defense Council

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 46524

Content Description:

The Natural Resources Defense Council (NRDC) is the nation's most effective environmental action organization. We use law, science and the support of 3.1 million members and online activists to protect the planet's wildlife and wild places and to ensure a safe and healthy environment for all living things. NRDC was founded in 1970 and our staff helped write some of America's bedrock environmental laws, including the Clean Water Act, and many of the implementing regulations; our water enforcement cases played a major role shaping current water policy throughout the country. Today, our staff of more than 500 lawyers, scientists, economists, policy and communications experts, and others, work out of offices in New York, Washington, Chicago, Los Angeles, San Francisco, Bozeman, Montana and Beijing. Position Summary: NRDC is seeking a Corporate Counsel Program Assistant to work in NRDC's New York office. The Corporate Counsel team provides in-house legal support to all NRDC programs and departments. The position will provide administrative and other support for the Corporate Counsel team, which currently consists of four attorneys and the Corporate Counsel Administrator. , Processing invoices and expense reports, and maintaining detailed budget trackersManage the contract process, including tracking of agreements to completion and assisting with contract-related insurance mattersAssist the Corporate Counsel Administrator with state charitable solicitation and business registrationsAssist the Corporate Counsel Administrator with lobby compliance, trademark registrations, and charitable solicitation and business registrations, Assist with the management of the annual conflict of interest disclosure processManage state tax exemption certificates, apply for exemptions and renewalsMaintain Corporate Counsel files (i.e. board and committee minutes and materials, document holds, etc.)Distribute Westlaw passwords to staff, interns, and fellows as neededProofread, format, copy, scan, mail, fax, and print documentsSchedule meetingsBook travelOther tasks as assigned by the Corporate Counsel Administrator , Strong organizational skill with an ability to prioritize and meet deadlines under pressureCritical thinking and problem-solving skillsMeticulous attention to detailBachelor's degree requiredOne year of previous administrative or paralegal experience (or equivalent) preferredAbility to perform or quickly learn tasks such as those listed aboveAbility to prioritize and efficiently execute multiple tasks, follow institutional procedures, and work independentlyExcellent written and verbal communication skillsCommitment to accuracy and rigorAbility to maintain composure under deadline pressureAbility to maintain confidentiality and work discreetly with sensitive informationHigh proficiency with Microsoft Office, including Word, Excel, and OutlookMinimum two-year commitment strongly preferred NRDC is committed to workplace diversity and inclusion. We are equal opportunity employers and do not discriminate in hiring or employment on the basis of race, color, religion, national origin, gender identity and expression, marital status, sexual orientation, age, disability, veteran status, or any other characteristic protected by federal, state, or local law. We offer competitive salaries, excellent benefits, and a pleasant working environment. Salary is based on a nonprofit scale and commensurate with experience. Pursuant to the San Francisco Fair Chance Ordinance, for positions based in San Francisco, CA we will consider for employment qualified applicants with arrest and conviction records. To apply, please visit www.nrdc.org/jobs and upload your resume and cover letter through our online portal. We would like you to upload any additional papers or project work that you think would showcase your abilities. Please no phone calls, emails, faxes or in-person resume drop-offs. Please reference where you saw this posting. NRDC is an Equal Opportunity Employer. If you are having technical difficulty while applying, please reach out to Customer Care by dialing 1-800-889-4422. , We can recommend jobs specifically for you! Click here to get started.

URL: https://www.goinhouse.com/jobs/5789101-program-assistant-corporate-counsel-at-natural-resources-defense-council

Occupation:    23-1011 Lawyers

Date:   9/15/2018

Title:    Associate General Counsel Privacy General Counsel

Poster:   The Nielsen Company

City:  New York, NY

County:  New York

Ad Job Board(s):    Geebo

ID:   46467

Content Description:

Associate General Counsel - Privacy - 15837 Legal - USA New York, New York Nielsen is seeking an experienced privacy attorney to join its global Legal Privacy group. The position will be located in either NYC or Wilton, CT. The Associate General Counsel ? Privacy will work as part of a team of global privacy and data protection professionals to ensure privacy and data protection compliance while enabling business innovation. The position will report to the Deputy General Counsel - Privacy. Responsibilities include: Advising on global data protection and privacy laws and regulations, drawing on knowledge and experience with specific industry requirements, self-regulatory codes (e.g., DAA, EDAA, NAI), and best practices. Identifying business risks and requirements resulting from new and evolving privacy laws and regulations. Analyzing existing and new products and solutions, including traditional market research panels and innovative products involving emerging technologies, and ensuring they comply with applicable privacy and data protection laws and industry best practices. Reviewing data collection and use practices to ensure consistency and legal compliance. Working with colleagues in Nielsen Legal, Compliance, Security, HR, and the businesses to continually enhance and manage Nielsen's global privacy compliance framework. Developing and providing data protection training and awareness programs/materials. Reviewing, drafting and negotiating privacy and data protection terms in agreements with customers, business partners and vendors. Drafting privacy statements, and other privacy disclosures for websites, mobile apps, panels, surveys, and employees in connection with Nielsen products and services. Advising on notification and other obligations in connection with security/privacy incidents and Nielsen's incident response program. Other related matters as assigned. Qualifications: Deep knowledge of US, EU and other international data protection laws (including in-depth understanding of the GDPR). 7-10 years of privacy and data protection-related legal experience in-house with a global company or combined with time spent at a law firm. Solid understanding of Internet technologies; Experience in a digital marketing industry/ad tech preferred. Sound judgment, excellent problem-solving skills, practicality, a focus on business outcomes, and flexibility to manage multiple matters simultaneously. Ability to share knowledge and best practices effectively with colleagues in the Legal Department and business stakeholders. Excellent writing and communication skills. Ability to work collaboratively with people at all levels of the Company. The ability to identify, prioritize and resolve issues quickly and effectively is essential. Certified Information Privacy Professional (CIPP) accreditation preferred. About Nielsen: Nielsen N.V. (NYSE: NLSN) is a global performance management company that provides a comprehensive understanding of what consumers Watch and Buy. Nielsen's Watch segment provides media and advertising clients with Total Audience measurement services across all devices where content ? video, audio, and text ? is consumed. The Buy segment offers consumer packaged goods manufacturers and retailers the industry's only global view of retail performance measurement. By integrating information from its Watch and Buy segments and other data sources, Nielsen provides its clients with both world-class measurement as well as analytics that help improve performance. Nielsen, an S&P 500 company, has operations in over 100 countries that cover more than 90 percent of the world's population. For more information, visit www.nielsen.com Nielsen is committed to hiring and retaining a diverse workforce. We are proud to be an Equal Opportunity/Affirmative Action-Employer, making decisions without regard to race, color, religion, gender, gender identity or expression, sexual orientation, national origin, genetics, disability status, age, marital status, protected veteran status or any other protected class. Job Type: Regular Primary Location: New York,New York Secondary Locations: CT - Wilton, , , Travel: Yes, 10% of the Time SDL2017

URL: https://newyorkcity-ny.geebo.com/jobs-online/view/id/672225968-associate-general-counsel-privacy-/

Occupation:    23-1011 Lawyers

Date:   9/17/2018

Title:    Assistant General Counsel Commercial

Poster:   21st Century Fox

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   42987

Content Description:

Job Description : News Corp is looking for a Commercial Attorney to join our team here in NYC. This individual will provide legal support and expertise to both our corporate team here at headquarters and our News America Marketing team. This attorney will draft, review, and negotiate on a wide variety of commercial agreements and contracts with particular emphasis in the media, digital media, advertising technology, and technology space. Qualifications: Required: - Juris Doctor degree (J.D.). - Qualified to practice law in New York. - Minimum six (6) years post-JD experience. - Extensive experience drafting and negotiating all manner of commercial contracts: - content, data and distribution arrangements across all media â€" print, digital and print platforms and devices - advertising and marketing agreements (both digital and print, including agreements with advertising technology providers and exchanges) - consulting agreements - software/technology licensing and development agreements (including SaaS and PaaS) - sponsorship and promotion agreements - IT agreements - sourcing/procurement/vendor contracts - other day-to-day operational contracts - Demonstrated experience handling privacy issues (including collection and use of user data associated with digital direct marketing programs and interest based advertising) - Ability to efficiently process a large volume of contracts in a fast paced environment and to work independently with limited oversight. - Ability to creatively accomplish business goals while managing legal risk - Strong analytical and communication skills. - Comfortable interacting with all levels of business professionals, including senior management and domestic and international colleagues at other business units. - Strong organizational skills. Desired: - Mid to large sized firm training and in-house experience. - Experience handling international and cross-boarder matters

URL: https://www.goinhouse.com/jobs/5817037-assistant-general-counsel-commercial-at-news-corp

Occupation:    23-1011 Lawyers

Date:   9/20/2018

Title:    Corporate Counsel

Poster:    MetLife, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork; ManhattanJobs.com; US.jobs; JobVertise; CareerBuilder; GoInHouse; Geebo

ID:    40922

Content Description:

Job Location: United States:New York : New York A Candidate has been identified for the following role: Role Value Proposition: Metlifes legal team currently seeks a Securities lawyer to provide legal advice to business partners under the Federal securities laws in connection with issuance and maintenance of variable annuities and other variable insurance products, including drafting and filing SEC registration statements for variable annuity and life products and for providing day-to-day legal advice to the business partners who administer these products. In Legal Affairs, we strive to attract, develop and retain diverse talent with the potential to be future leaders of our department and of MetLife as a whole. We seek legal and compliance professionals who demonstrate high intellectual capacity to understand complex matters facing our company, combined with strong leadership competencies to motivate and inspire higher performance by all our professionals. We take an active role in developing the skills of our talent and guiding their professional growth. By promoting skill development and career advancement for our professionals, we are better positioned to serve our internal business partners and to help achieve MetLifes vision of becoming a world-class leader in the insurance, retirement savings and employeebenefits industries. Key Responsibilities: There will be two areas of primary responsibility for the candidate we are seeking: A. Provide legal advice to business partners under the Federal securities laws in connection with issuance and maintenance of variable annuities and other variable insurance products, including drafting and filing SEC registration statements for variable annuity and life products and for providing day-to-day legal advice to the business partners who administer these products. Collaborate with outside counsel, as appropriate, on various matters. B. Provide legal advice via daily contact with primarily the long-term care, and to lesser extent group and disability business partners and through completion of various assignments as an individual or as part of a team including: research and analysis of laws that relate to and impact the business, identifying and quantifying risks, handling market conduct examinations and other regulatory matters with state insurance departments, providing compliance advice on applicable laws including ERISA, insurance law, preparing rate action filings and responding to related objections from insurance regulators, reviewing claim management guidelines and providing legal advice regarding claim processes. The attorney will be responsible for: - Maintenance of variable annuities and other variable insurance products; - Day to day delivery of legal services individually and as a member of a team to all areas of MetLifes individual and group disability and long term care businesses; - Effective, timely and strategic counsel to business on significant business initiatives; - Effective support of Unit, Section, and Law Department objectives and initiatives. The attorney will be able to: - Handle complex legal matters, analyze legal (and business, where applicable) issues, draft legal documents, and negotiate matters and solve intricate problems using sound legal judgment and expertise with minimal or no supervision; - Build and maintain client relationships with diplomacy and by providing concise, insightful, timely, pragmatic, and proactive counsel; - Prepare, initiate, advocate, and effectively present legal points and recommendations to influence clients and to represent clients as legal counsel; - Conduct legal research and gather matter-related information from various sources; - Educate self and business partners on legal developments affecting the business and provide innovative strategies to address those developments; - Work on or lead project or cross-functional teams. The attorney will have the responsibility to: - Handle customer complaints and regulatory inquiries; - Analyze new laws and regulations to determine whether they require changes to MetLifes business processes and products; - Draft disclosures for prospectuses and offering memoranda for variable annuity and life products; - Update product registration statements; - Advise business areas on all aspects of product design and modification; - Reviewing sales literature; - Perform other duties as required. Essential Business Experience and Technical Skills: - J.D. and strong academic credentials; - Admitted to practice in New York State or as in-house counsel; - Candidate will be able learn and to work under the limited supervision of a senior attorney; - Candidate must have excellent oral and written communications skills and the ability to handle multiple projects and assignments effectively, and must be able to deal comfortably with business partners and others at all levels within the company; - 4-6 years practice post bar admission; - Relevant practice and experience preferred; - Leadership aptitude and interest in developing management competencies preferred. Travel n/a Business Category Legal Affairs, US Business Number of Openings 1 At MetLife, were leading the global transformation of an industry weve long defined. United in purpose, diverse in perspective, were dedicated to making a difference in the lives of our customers. MetLife is a proud equal opportunity/affirmative action employer committed to attracting, retaining, and maximizing the performance of a diverse and inclusive workforce. It is MetLife's policy to ensure equal employment opportunity without discrimination or harassment based on race, color, religion, sex (including pregnancy, childbirth, or related medical conditions), sexual orientation, gender identity or expression, age, disability,

national origin, marital or domestic/civil partnership status, genetic information, citizenship status, uniformed service member or veteran status, or any other characteristic protected by law. MetLife maintains a drug-free workplace. For immediate consideration, click the Apply Now button. You will be directed to complete an on-line profile. Upon completion, you will receive an automated confirmation email verifying you have successfully applied to the job. MetLife

URL: http://www.jobvertise.com/job/25888596

Occupation:    23-1011 Lawyers

Date:   9/23/2018

Title:   Senior Corporate Counsel

Poster:  MetLife, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork; US.jobs; ManhattanJobs.com; JobVertise; GoInHouse

ID:   46262

Content Description:

Job Location: United States : New York : New York Role Value Proposition: Metlifeâ€™s legal team currently seeks a Securities lawyer to provide legal advice to business partners under the Federal securities laws in connection with issuance and maintenance of variable annuities and other variable insurance products, including drafting and filing SEC registration statements for variable annuity and life products and for providing day-to-day legal advice to the business partners who administer these products. In Legal Affairs, we strive to attract, develop and retain diverse talent with the potential to be future leaders of our department and of MetLife as a whole. We seek legal and compliance professionals who demonstrate high intellectual capacity to understand complex matters facing our company, combined with strong leadership competencies to motivate and inspire higher performance by all our professionals. We take an active role in developing the skills of our talent and guiding their professional growth. By promoting skill development and career advancement for our professionals, we are better positioned to serve our internal business partners and to help achieve MetLifeâ€™s vision of becoming a world-class leader in the insurance, retirement savings and employee benefits industries. Key Responsibilities: There will be two areas of primary responsibility for the candidate we are seeking: A. Provide legal advice to business partners under the Federal securities laws in connection with issuance and maintenance of variable annuities and other variable insurance products, including drafting and filing SEC registration statements for variable annuity and life products and for providing day-to-day legal advice to the business partners who administer these products. Collaborate with outside counsel, as appropriate, on various matters. B. Provide legal advice via daily contact with â€“ primarily â€“ the long-term care, and â€“ to lesser extent â€“ group and disability business partners and through completion of various assignments as an individual or as part of a team including: research and analysis of laws that relate to and impact the business, identifying and quantifying risks, handling market conduct examinations and other regulatory matters with state insurance departments, providing compliance advice on applicable laws including ERISA, insurance law, preparing rate action filings and responding to related objections from insurance regulators, reviewing claim management guidelines and providing legal advice regarding claim processes. The attorney will be responsible for: - Maintenance of variable annuities and other variable insurance products; - Day to day delivery of legal services individually and as a member of a team to all areas of MetLifeâ€™s individual and group disability and long term care businesses; - Effective, timely and strategic counsel to business on significant business initiatives; - Effective support of Unit, Section, and Law Department objectives and initiatives. The attorney will be able to: - Handle complex legal matters, analyze legal (and business, where applicable) issues, draft legal documents, and negotiate matters and solve intricate problems using sound legal judgment and expertise with minimal or no supervision; - Build and maintain client relationships with diplomacy and by providing concise, insightful, timely, pragmatic, and proactive counsel; - Prepare, initiate, advocate, and effectively present legal points and recommendations to influence clients and to represent clients as legal counsel; - Conduct legal research and gather matter-related information from various sources; - Educate self and business partners on legal developments affecting the business and provide innovative strategies to address those developments; - Work on or lead project or cross-functional teams. The attorney will have the responsibility to: - Handle customer complaints and regulatory inquiries; - Analyze new laws and regulations to determine whether they require changes to MetLifeâ€™s business processes and products; - Draft disclosures for prospectuses and offering memoranda for variable annuity and life products; - Update product registration statements; - Advise business areas on all aspects of product design and modification; - Reviewing sales literature; - Perform other duties as required. Essential Business Experience and Technical Skills: - J.D. and strong academic credentials; - Admitted to practice in New York State or as in-house counsel; - Candidate will be able learn and to work under the limited supervision of a senior attorney; - Candidate must have excellent oral and written communications skills and the ability to handle multiple projects and assignments effectively, and must be able to deal comfortably with business partners and others at all levels within the company; - 4-6 years practice post bar admission; - Relevant practice and experience preferred; - Leadership aptitude and interest in developing management competencies preferred. Travel n/a Business Category Legal Affairs, US Business Number of Openings 1 At MetLife, weâ€™re leading the global transformation of an industry weâ€™ve long defined. United in purpose, diverse in perspective, weâ€™re dedicated to making a difference in the lives of our customers.â€¢MetLife is a proud equal opportunity/affirmative action employer committed to attracting, retaining, and maximizing the performance of a diverse and inclusive workforce. It is MetLife's policy to ensure equal employment opportunity without discrimination or harassment based on race, color, religion, sex (including pregnancy, childbirth, or related medical conditions), sexual orientation, gender identity or

expression, age, disability, national origin, marital or domestic/civil partnership status, genetic information, citizenship status, uniformed service member or veteran status, or any other characteristic protected by law. MetLife maintains a drug-free workplace. For immediate consideration, click the Apply Now button. You will be directed to complete an on-line profile. Upon completion, you will receive an automated confirmation email verifying you have successfully applied to the job.

URL: https://www.goinhouse.com/jobs/5888691-senior-corporate-counsel-at-metlife

Occupation:    23-1011 Lawyers

Date:  9/25/2018

Title:   General Counsel

Poster:  The Quest Organization

City:  New York, NY

County:  New York

Ad Job Board(s):    The Quest Organization

ID:  42671

Content Description:

Family Office General Counsel - Be the newly created In House Counsel - Contract Negotiations and Review - Interact with Outside Counsel - Manage Legal and Construction Billings - Create, Maintain and Build Legal Structure - Prepare LLC Filings - Review Employee Handbook - General Family Office Compliance

URL: https://jobs.questorg.com/jb/General-Counsel-Jobs-in-New-York-NY/4289970

Occupation:    23-1011 Lawyers

Date:   9/28/2018

Title:    Executive Director Associate General Counsel Clinical Corporate

Poster:   NOVO Nordisk

City:  Plainsboro, NJ

County:  Middlesex

Ad Job Board(s):    JobNetwork; Hire Life Science; The Job Network

ID:    40835

Content Description:

Requisition ID 58202BR State/Provinces: US - NJ City: Plainsboro Job Category: Legal & Compliance ... Location/Region: Plainsboro, NJ (US)

URL: https://jobs.thejobnetwork.com/Job/56158865/chief-executive-officer-ceo-job-in-plainsboro-nj

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  9/28/2018

Title:   Deputy General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   42594

Content Description:

Job Description - Deputy General Counsel (1806085) Job Description Deputy General Counsel-1806085 Description Job Description: The Deputy General Counsel is responsible for providing counsel to senior management on legal rights and obligations. S/he provides advice on legal and reputational risks and regulatory issues. S/he effectively manages and oversees outside law firms to provide cost-effective legal services. The incumbent manages other attorneys and legal professionals. Advises the business of statutory obligations/compliance and interacting with regulators, if applicable, and internal stakeholders for implementing processes to effectively manage s ...

URL: http://www.jobvertise.com/job/25970785

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   10/1/2018

Title:    Associate General Counsel

Poster:  TuneSat LLC

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:    40807

Content Description:

The ideal candidate will bring 2-4 years of Big Law experience, with a background in music copyrights and licensing, to this 9am to 5pm NYC in-house position. Your job will primarily involve administering the copyrights of music labels and music publishers when TuneSat's audio fingerprint technology detects an unauthorized use of a rightsholders music. The ideal candidate will have strong writing skills, excellent negotiation skills, and will have experience dealing directly with opposing counsel on a day-to-day basis. â€‹

URL: https://www.goinhouse.com/jobs/5961751-associate-general-counsel-at-tunesat-llc

Occupation:    23-1011 Lawyers

Date:   10/8/2018

Title:   Program Assistant Corporate Counsel

Poster:   Natural Resources Defense Council

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse; AfterCollege

ID:  40633

Content Description:

Job Description Overview The Natural Resources Defense Council (NRDC) is the nation's most effective environmental action organization. We use law, science and the support of 3.1 million members and online activists to protect the planet's wildlife and wild places and to ensure a safe and healthy environment for all living things. NRDC was founded in 1970 and our staff helped write some of America's bedrock environmental laws, including the Clean Water Act, and many of the implementing regulations; our water enforcement cases played a major role shaping current water policy throughout the country. Today, our staff of more than 500 lawyers, scientists, economists, policy and communications experts, and others, work out of offices in New York, Washington, Chicago, Los Angeles, San Francisco, Bozeman, Montana and Beijing. Position Summary: NRDC is seeking a Corporate Counsel Program Assistant to work in NRDC's New York office. The Corporate Counsel team provides in-house legal support to all NRDC programs and departments. The position will provide administrative and other support for the Corporate Counsel team, which currently consists of four attorneys and the Corporate Counsel Administrator. Responsibilities * Processing invoices and expense reports, and maintaining detailed budget trackers * Manage the contract process, including tracking of agreements to completion and assisting with contract-related insurance matters * Assist the Corporate Counsel Administrator with state charitable solicitation and business registrations * Assist the Corporate Counsel Administrator with lobby compliance, trademark registrations, and charitable solicitation and business registrations, * Assist with the management of the annual conflict of interest disclosure process * Manage state tax exemption certificates, apply for exemptions and renewals * Maintain Corporate Counsel files (i.e. board and committee minutes and materials, document holds, etc.) * Distribute Westlaw passwords to staff, interns, and fellows as needed * Proofread, format, copy, scan, mail, fax, and print documents * Schedule meetings * Book travel * Other tasks as assigned by the Corporate Counsel Administrator Qualifications * Strong organizational skill with an ability to prioritize and meet deadlines under pressure * Critical thinking and problem-solving skills * Meticulous attention to detail * Bachelor's degree required * One year of previous administrative or paralegal experience (or equivalent) preferred * Ability to perform or quickly learn tasks such as those listed above * Ability to prioritize and efficiently execute multiple tasks, follow institutional procedures, and work independently * Excellent written and verbal communication skills * Commitment to accuracy and rigor * Ability to maintain composure under deadline pressure * Ability to maintain confidentiality and work discreetly with sensitive information * High proficiency with Microsoft Office, including Word, Excel, and Outlook * Minimum two-year commitment strongly preferred NRDC is committed to workplace diversity and inclusion. We are equal opportunity employers and do not discriminate in hiring or employment on the basis of race, color, religion, national origin, gender identity and expression, marital status, sexual orientation, age, disability, veteran status, or any other characteristic protected by federal, state, or local law. We offer competitive salaries, excellent benefits, and a pleasant working environment. Salary is based on a nonprofit scale and commensurate with experience. Pursuant to the San Francisco Fair Chance Ordinance, for positions based in San Francisco, CA we will consider for employment qualified applicants with arrest and conviction records. To apply, please visit www.nrdc.org/jobs and upload your resume and cover letter through our online portal. We would like you to upload any additional papers or project work that you think would showcase your abilities. Please no phone calls, emails, faxes or in-person resume drop-offs. Please reference where you saw this posting. NRDC is an Equal Opportunity Employer. If you are having technical difficulty while applying, please reach out to Customer Care by dialing 1-800-889-4422. For further information about NRDC, please visit www.nrdc.org Apply Now About Natural Resources Defense Council The Natural Resources Defense Council (NRDC) is the nation's most effective environmental action organization. We use law, science and the support of 1.3 million members and online activists to protect the planet's wildlife and wild places and to ensure a safe and healthy environment for all living things. NRDC was founded in 1970 and our staff helped write some of America's bedrock environmental laws, including the Clean Water Act, and many of the implementing regulations; our water enforcement cases played a major role shaping current water policy throughout the country. Today, our staff of more than 430 lawyers, scientists, economists, policy and communications experts, and others, work out of offices in New York, Washington, Chicago, Los Angeles, San Francisco, Livingston, Montana and Beijing. Apply Now

URL: https://www.aftercollege.com/job/127288230/?refererPath=search

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   10/11/2018

Title:    Director Corporate Counsel

Poster:   Poster Not Listed

City:  Newark, NJ

County:  Essex

Ad Job Board(s):     US.jobs

ID:   40520

Content Description:

LEAP Initiatives Director Attorney Profile We are seeking a talented, business-savvy and experienced lawyer to join a dedicated legal team supporting highly-visible and strategically-important cross-US business initiatives for Prudential . You will work closely with business team members, project Compliance team members, and U.S. Business and Corporate Legal and Compliance teams to provide focused, technically-sound and pragmatic legal support in connection with the these cross-business unit initiatives . Key responsibilities include, but will not be limited to: Providing legal support in connection with the development of innovative products, services and solutions identified by and through the various cross-business unit initiatives. Researching the legal standards and regulatory frameworks applicable to such products, services and solutions. Providing ongoing legal support and advice for day-to-day activities of the project initiatives and business activities. Providing legal support in connection with obtaining the re

URL: https://de.jobsyn.org/4619c7903acd4b5babab9c717eb8dfe81394

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   10/12/2018

Title:    Data Privacy Cybersecurity Lawyer Associate General Counsel

Poster:   American International Group, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    The Job Network

ID:   38640

Content Description:

Data Privacy & Cybersecurity Lawyer and Associate General Counsel Functional Area: LG - Legal, Regulatory & Gov't AffairsEstimated Travel Percentage (%): Up to 25%Relocation Provided: NoAIG Employee Services, Inc. AIG is looking to add a highly skilled Data Privacy and Cybersecurity Attorney to its Global Legal, Compliance and Regulatory department in New York City. This role offers the opportunity to join an award winning Legal department and work directly with key members of Legal, Compliance, IT and various business teams on a variety of cutting edge projects. We are seeking an experienced privacy professional with in-depth knowledge of international, federal and state laws and ... Location/Region: New York, NY (US)

URL: https://jobs.thejobnetwork.com/Job/58570232/general-counsel-job-in-new-york-ny

Occupation:    23-1011 Lawyers

Date:   10/15/2018

Title:    Associate General Counsel Executive Director Privacy

Poster:  The College Board

City:  New York, NY

County:  New York

Ad Job Board(s):    The Job Network

ID:  38637

Content Description:

The College Board is conducting a search for an Associate General Counsel and Executive Director, Privacy . This position is based in our New York City headquarters and reports to the Chief Risk Officer and General Counsel. The College Board is a not for profit membership organization that combines over a century of experience, worldwide name recognition, unrivaled reach and mission-driven ambition to clear a path for all students to own their future. Named by Fast Company as one of the most innovative education companies in the world, the College Board helps more than seven million students a year prepare for a successful transition to college through programs and services in college readiness and college success including the SAT, PSAT and the Advanced Placement Program. The Executive Director, Privacy and Associate General Counsel will be a recognized expert in the legal, policy and compliance aspects of privacy and data security who will serve as a visible leader, both internally and externally, in the organization's commitment to these areas. This person will be a true counselor and valued business partner who advises the organization, its leaders and staff on a wide spectrum of privacy and data security related matters, combines deep subject matter expertise with a complex understanding of the operational, technical, communications and customer implications of policy decisions, and brings strong leadership and project management skills to the cross-functional design, implementation and enforcement of the organization's privacy and data security policies. Responsibilities - Provides expert legal, policy and strategy advice to business and technology teams on privacy, data security and data governance issues in connection with the development of products, platforms, services and other initiatives involving the collection and use of consumer data. Thoughtfully manages risk and zealously protects the organization and its personnel while maintaining a solutions-oriented approach to both legal and business issues. - Maintains both legal and industry expertise on areas of federal, state and international privacy and data security/governance laws including FERPA, GDPR, PPRA, COPPA, CAN-SPAM, TCPA, PCI, state privacy laws, and other relevant legislation and regulation. - Independently or collaboratively drafts, reviews, analyzes and negotiates various commercial agreements, vendor and services agreements, complex government contracts with federal, state and municipal entities, requests for proposals, and other agreements, policies and documents, especially as they pertain to privacy and data security. - Works cross-functionally to draft and review communications and policies that clearly and compellingly articulate the organization's commitment to privacy and data security. - Serves as a go-to authority for the resolution of internal and external disputes, questions and concerns around privacy and data security with the goal of providing clarity, building confidence and mitigating risk. - Where needed, works collaboratively with and manages outside counsel on issues related to privacy and data security, providing direction, discussing strategy, reviewing work product and managing fees. - Provide day-to-day advice to programs within the College Board. Required Skills and Experience - J.D. and undergraduate degrees earned with excellent academic credentials. - Admission to and good standing in a U.S. state bar. - Preference for at least 7-10 years of broad and relevant legal experience with a law firm and/or corporate legal department, much of it spent advising on privacy, data security and data sharing matters. - Solid business acumen with sound judgment and the ability to provide business partners at every level with timely and appropriately risk-balanced advice and guidance. - A cross functional collaborator who encourages and builds consensus, easily gains trust and support of senior leadership and peers, finds common ground and solves problems with diligence, creativity and flexibility. - A team-oriented professional with a strong work-ethic who multi-tasks and prioritizes well, takes initiative, is capable of leading projects and who can work effectively both independently and with others. - Superior written and verbal communication skills. - Plusses : - In-house or non-legal business experience. - Experience in the education industry or not-for-profit sector. - Intellectual Property experience. - Technology expertise or experience. Required Competencies - Generosity in service of students, colleagues, and partners. - Command of evidence and technology. - Getting things done, with a premium on quality and efficiency. Benefits We offer our employees an outstanding benefits package, which includes 4 weeks of paid time off, a generous retirement savings plan (up to 10% of salary matched), health, dental and pet insurance, generous tuition reimbursement for college-going children and ongoing professional development and training. Equal Opportunity Employer; E-Verify The College Board is committed to diversity in the workplace and is an Equal Opportunity Employer. The College Board participates in E-Verify, a service of DHS and SSA, where required. Please understand that only qualified applicants will be contacted. Location/Region: New York, NY (US)

URL: https://jobs.thejobnetwork.com/Job/58887835/general-counsel-job-in-new-york-ny

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   10/18/2018

Title:   Corporate Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):   JobVertise

ID:   40380

Content Description:

Corporate Counsel New York G&A Legal full-time What we do WorkFusion creates technology that makes economies work. The rapid rise of AI and automation, along with the changing roles of people in the workforce, have created both complexity and opportunity for individuals, businesses and entire countries. Our companys purpose is to reduce this complexity and help our customers exploit the opportunity through products that pair people with intelligent software robots. WorkFusion is headquartered on Wall Street in New York City with teams throughout the U.S., Europe and Asia. Position WorkFusion is looking to add a Corporate Counsel to its legal team. The Corporate Co ...

URL: http://www.jobvertise.com/job/26231664

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   10/19/2018

Title:   Associate General Counsel

Poster:  Anthem, Inc.

City:  Iselin, NJ

County:  Middlesex

Ad Job Board(s):    US.jobs

ID:   35817

Content Description:

Associate General Counsel PS13927 **New** **Location:** **Indianapolis, Indiana, United States** **Field:** Legal **Requisition #:** PS13927 **Post Date:** 1 day ago _Your Talent. Our Vision._ **At Anthem, Inc.,** it's a powerful combination, and the foundation upon which we're creating greater care for our members, greater value for our customers, and greater health for our communities. Join us and together we will **drive the future of health care** . This is an exceptional opportunity to do innovative work that means more to you and those we serve at one of America's leading health benefits companies and a Fortune Top 50 Company. **Preferred locations:** New York City or Indianapolis but may work at an office location or remotely. The **Associate General Counsel** has in-depth legal knowledge of the Medicare Advantage program area to provide advice and recommendations to executives and management on complex matters that have a broad organizational impact and counsel on risk management. Partners with clients to drive strategic outcomes and decisions impacting the East coast region. Primary duties may include, but are not limited to: + Researches applicable legal principles and precedents and consults with outside counsel on legal strategies on particular issues. + Uses legal theories and best practices to contribute to development of company's concepts and goals and to achieve enterprise objectives in an original and highly effective way. + Reviews a wide variety of Medicare Advantage documents and drafts contractual agreements. + Provides expertise based on a combination of law practice experience, and advanced legal and business knowledge. + Collaborates with other members of the team and department, provides timely briefings to senior level business and legal management. + Confers with other senior leaders members as applicable. + Works on complex and multifaceted problems in which analysis of solutions and/or facts require an evaluation of intangible variables. + Develops methods, approaches and evaluation criteria for obtaining results. + Works collaboratively with other legal staff on active cases, though such leadership is subordinate to the main technical focus of this role. + Assesses and mitigates risk. + Manages high-level organizational risks. Requires a JD; current license to practice law; 9 to15 years of specific industry and/or technical legal experience post licensure including experience in managing outside counsel; or any combination of education and experience, which would provide an equivalent background.Knowledge of Medicare Advantage important. **_Anthem, Inc. is ranked as one of America's Most Admired Companies among health insurers by Fortune magazine and is a 2018 DiversityInc magazine Top 50 Company for Diversity. To learn more about our company and apply, please visit us at careers.antheminc.com_** **_An Equal Opportunity Employer/Disability/Veteran_**

URL: https://de.jobsyn.org/dd978a5769894c8e901cabed31ed19e91394

Occupation: 23-1011 Lawyers

Date: 10/20/2018

Title: Associate Legal General Counsel

Poster: NYC Mayor's Office of Contract Services

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 38510

Content Description:

Job Description The Mayor's Office of Contract Services (MOCS) oversees and supports the procurement activities of City agencies, with a goal to ensure fairness, transparency, efficiency and cost effectiveness. The Director is the City Chief Procurement Officer. Annually, agencies procure billions in products and services from a diverse pool of vendors that represent various industries. MOCS partners with industry groups to implement policies and tools that streamline and modernize procurement, resulting in the delivery of quality services to New Yorkers. Team members operate in a fast-paced, collaborative, service-oriented environment, where flexibility and ability to achieve results are valued. Under the direction of the General Counsel and Deputy General Counsel, with latitude for the exercise of independent judgment, the Associate General Counsel is responsible for assisting with legal and policy projects of the office; providing legal advice to the City Chief Procurement Officer (CCPO) and other MOCS and agency staff. Principal duties and responsibilities are as follows: â€¢ Providing legal advice and analysis to the CCPO, General Counsel and agency contracting personnel on the City's procurement rules and processes with a focus on integration into and development of the City's new PASSPort system; â€¢ Providing legal advice on a broad range of procurement-related matters, including but not limited to procurement innovation and vendor integrity information and processes, vendor appeals, FOIL requests and pending legislation; â€¢ Drafting of: memoranda of policy and procedure; guidelines for implementation of new legislation; non-responsibility determinations; agency contracts, public testimony for public hearings, and corrective action plans; â€¢ Representing the CCPO/MOCS in connection with various interagency task forces, working groups, and the City's Contract Dispute Resolution Board; â€¢ Assisting in the resolution of disputes regarding contract registration issues, vendor protests and audit findings with the Office of the Comptroller; drafting and reviewing responses to audit findings; â€¢ Assisting agencies with compliance with various local laws, rules and regulations; and â€¢ Training agency personnel on procurement-related matters Minimum Qual Requirements 1. Graduation from an accredited college with a baccalaureate degree; or 2. Graduation from an accredited community college plus two years of experience with administrative, analytic, coordinative, supervisory or liaison responsibilities; or 3. Four-year high school diploma or its educational equivalent plus four years of experience as described in â€œ2â€�above; or 4. A satisfactory equivalent combination of education and experience Preferred Skills 1. Admission to the New York State Bar; 2. Four years of satisfactory United States legal experience subsequent to admission to any state bar; and 3. Experience handling and knowledge of the New York procurement law and New York City Procurement rules, policies, and procedures. Additional Information Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Mayor's Office of Contract Services is an equal opportunity employer. Special accommodations provided for applicants with disabilities. Mayor's Office of Contract Services recognizes the unique skills and strengths gained through military service. Veterans and service members of the U.S. Armed Forces are strongly encouraged to apply. To Apply External Applicants, please go to www.nyc.gov/jobs and search for Job ID#: 369499 Current City Employees, please go to www.nyc.gov/ess and search for Job ID#: 369499 No Phone Calls, Faxes or Personal Inquiries permitted. Note: Only those candidates under consideration will be contacted. Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/6191719-associate-general-counsel-legal-at-nyc-mayors-office-of-contract-svcs

Occupation:    23-1011 Lawyers

Date:   10/28/2018

Title:    Deputy General Counsel

Poster:  Santander

City:  New York, NY

County:  New York

Ad Job Board(s):    The Job Network

ID:    35682

Content Description:

Job Description - Deputy General Counsel (1806085) Job Description Deputy General Counsel - 1806085 Description Job Description: The Deputy General Counsel is responsible for providing counsel to senior management on legal rights and obligations. S/he provides advice on legal and reputational risks and regulatory issues. S/he effectively manages and oversees outside law firms to provide cost-effective legal services. The incumbent manages other attorneys and legal professionals. Advises the business of statutory obligations/compliance and interacting with regulators, if applicable, and internal stakeholders for implementing processes to effectively manage s ... Location/Region: New York, NY (US)

URL: https://jobs.thejobnetwork.com/Job/61173856/general-counsel-job-in-new-york-ny

Occupation:     23-1011 Lawyers

Date:   11/1/2018

Title:    Assistant General Counsel Consumer Beauty

Poster:  Coty Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):     JobNetwork

ID:   38198

Content Description:

ASSISTANT GENERAL COUNSEL CONSUMER BEAUTY DIVISION COTY - NEW YORK, NY PURPOSE Our purpose is to celebrate and liberate the diversity of beauty. We challenge convention through invention, expanding our horizons to enrich your reality with possibility. We build brands to inspire and enable our consumers to experience the confidence and joy of expressing their beauty, their way. MISSION AND RESPONSIBILITIES We are actively looking for an Assistant General Counsel to join our Consumer Beauty division legal group. This position reports to the SVP & General Counsel of Coty's Consumer Beauty Division and works closely with several members of the division and legal teams. Key responsibilities: - Serve as a strategic, solutions-oriented business partner to the marketing, digital, sales, and public relations teams of all of Coty's Consumer Beauty US-based brands, which encompass color cosmetics, retail hair, fragrance, and nail products. - Drafting, reviewing and negotiating a wide range of commercial contracts such as sponsorship, promotion and marketing agreements, licensing, consultant and service provider agreements, advertising, talent and influencer agreements, music licenses, and e-commerce, SaaS, and technology agreements. - Division M&A support THE COTY IDEAL FIT - JD from top tier law school - 7-15 years in-house legal experience and/or with a major law firm focusing on brand support, consumer products regulations and commercial agreements. - In-house and/or Beauty industry experience preferred - Candidates must be intellectually curious, personable (as Coty employs an open-floor plan for seating), hard-working, possess a can-do attitude, and business savvy. - Must be familiar with claim substantiation rules and regulations.

URL: http://www.newyorkjobnetwork.com/job/detail/34517996/Assistant-General-Counsel-Consumer-Beauty

Occupation: 23-1011 Lawyers

Date: 11/3/2018

Title: Legal Assistant General Counsel

Poster: NYC Mayor's Office of Contract Services

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 38144

Content Description:

Job Description The Mayor's Office of Contract Services (MOCS) oversees and supports the procurement activities of City agencies, with a goal to ensure fairness, transparency, efficiency and cost effectiveness. The Director is the City Chief Procurement Officer. Annually, agencies procure billions in products and services from a diverse pool of vendors that represent various industries. MOCS partners with industry groups to implement policies and tools that streamline and modernize procurement, resulting in the delivery of quality services to New Yorkers. Team members operate in a fast-paced, collaborative, service-oriented environment, where flexibility and ability to achieve results are valued. Under the direction of the General Counsel, with latitude for the exercise of independent judgment, the Assistant General Counsel is responsible for assisting with legal and policy projects of the office; providing legal advice to the City Chief Procurement Officer (CCPO) and other MOCS and agency staff. Principal duties and responsibilities are as follows: • Providing legal advice and analysis to the CCPO and agency contracting personnel on the PASSPort system and a broad range of procurement-related matters, including but not limited to procurement innovation and vendor integrity information and processes, vendor appeals, FOIL requests and pending legislation; • Drafting of: memoranda of policy and procedure; guidelines for implementation of new legislation; non-responsibility determinations; agency contracts, public testimony for public hearings, and corrective action plans; • Representing the CCPO/MOCS in connection with various interagency task forces, working groups, and the City's Contract Dispute Resolution Board; • Assisting in the resolution of disputes regarding contract registration issues, vendor protests and audit findings with the Office of the Comptroller; drafting and reviewing responses to audit findings; • Assisting agencies with compliance with various local laws, rules and regulations; and • Training agency personnel on procurement-related matters Minimum Qual Requirements 1. Graduation from an accredited college with a baccalaureate degree; or 2. Graduation from an accredited community college plus two years of experience with administrative, analytic, coordinative, supervisory or liaison responsibilities; or 3. Four-year high school diploma or its educational equivalent plus four years of experience as described in "2" above; or 4. A satisfactory equivalent combination of education and experience Preferred Skills 1. Admission to the New York State Bar; and 2. One year of satisfactory United States legal experience subsequent to admission to any state bar. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Additional Information Mayor's Office of Contract Services is an equal opportunity employer. Special accommodations provided for applicants with disabilities. Mayor's Office of Contract Services recognizes the unique skills and strengths gained through military service. Veterans and service members of the U.S. Armed Forces are strongly encouraged to apply. To Apply External Applicants, please go to www.nyc.gov/jobs and search for Job ID#: 372991 Current City Employees, please go to www.nyc.gov/ess and search for Job ID#: 372991 No Phone Calls, Faxes or Personal Inquiries permitted. Note: Only those candidates under consideration will be contacted. Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/6378113-assistant-general-counsel-legal-at-nyc-mayors-office-of-contract-svcs

Occupation:     23-1011 Lawyers

Date:   11/4/2018

Title:   Corporate Counsel

Poster:  WorkFusion

City:  New York, NY

County:  New York

Ad Job Board(s):   The Job Network

ID:   38137

Content Description:

Corporate Counsel New York G&A â€" Legal full-time What we do WorkFusion creates technology that makes economies work. The rapid rise of AI and automation, along with the changing roles of people in the workforce, have created both complexity and opportunity for individuals, businesses and entire countries. Our companyâ€™s purpose is to reduce this complexity and help our customers exploit the opportunity through products that pair people with intelligent software robots. WorkFusion is headquartered on Wall Street in New York City with teams throughout the U.S., Europe and Asia. Position WorkFusion is looking to add a Corporate Counsel to its legal team. The Corporate Co ... Location/Region: New York, NY (US)

URL: https://jobs.thejobnetwork.com/Job/61793792/corporate-attorney-job-in-new-york-ny

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   11/5/2018

Title:    Assistant General Counsel Consumer Beauty

Poster:   COTY US LLC

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork

ID:   40054

Content Description:

ASSISTANT GENERAL COUNSEL CONSUMER BEAUTY DIVISION COTY - NEW YORK, NY PURPOSE Our purpose is to celebrate and liberate the diversity of beauty. We challenge convention through invention, expanding our horizons to enrich your reality with possibility. We build brands to inspire and enable our consumers to experience the confidence and joy of expressing their beauty, their way. MISSION AND RESPONSIBILITIES We are actively looking for an Assistant General Counsel to join our Consumer Beauty division legal group. This position reports to the SVP & General Counsel of Coty's Consumer Beauty Division and works closely with several members of the division and legal teams. Key responsibilities: - Serve as a strategic, solutions-oriented business partner to the marketing, digital, sales, and public relations teams of all of Coty's Consumer Beauty US-based brands, which encompass color cosmetics, retail hair, fragrance, and nail products. - Drafting, reviewing and negotiating a wide range of commercial contracts such as sponsorship, promotion and marketing agreements, licensing, consultant and service provider agreements, advertising, talent and influencer agreements, music licenses, and e-commerce, SaaS, and technology agreements. - Division M&A support THE COTY IDEAL FIT - JD from top tier law school - 7-15 years in-house legal experience and/or with a major law firm focusing on brand support, consumer products regulations and commercial agreements. - In-house and/or Beauty industry experience preferred - Candidates must be intellectually curious, personable (as Coty employs an open-floor plan for seating), hard-working, possess a can-do attitude, and business savvy. - Must be familiar with claim substantiation rules and regulations.

URL: http://www.newyorkjobnetwork.com/job/detail/34517996/Assistant-General-Counsel-Consumer-Beauty

Occupation:    23-1011 Lawyers

Date:   11/7/2018

Title:   Associate General Counsel

Poster:  NYC HRA/Department of Social Services

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:  38046

Content Description:

The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor's Office of Operations, and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide, and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor's Office of Operations is recruiting for one (1) Executive Agency Counsel MI to function as an Associate General Counsel. Responsibilities include, but are not limited to: • Analyzing the broad array of legal issues affecting Operations and MOIP, and thinking creatively about how to address these issues. • Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as necessary. • Researching models of other jurisdictions in handling complex legal issues and projects. • Assisting in supporting citywide compliance with the mandates of privacy and other relevant laws, regulations and policies. • Partnering with City agencies as needed to assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. • Representing the Office on interagency task forces, working groups, and projects. • Drafting memoranda of understanding, guidelines, policies, and other legal documents. • Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies, and • Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. • Managing implementation of projects and work streams related to regulatory matters and other citywide policy issues with legal implications. • Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to advance citywide privacy protection compliance and best practices. Minimum Qual Requirements Admission to the New York State Bar; and four years of recent full-time responsible, relevant, satisfactory legal experience subsequent to admission to any bar, eighteen months of which must have been in the supervision of other attorneys, in an administrative, managerial or executive capacity, or performing highly complex and significant legal work. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Preferred Skills • A JD from an accredited educational institution, plus three (3) to five (5) years of full-time professional experience as an attorney admitted to the New York State Bar. • Experience related to privacy law analysis and data integration; comfort with data and technology concepts. • Excellent organizational, time-management, and multi-tasking skills, including the ability to take initiative, problem solve, balance competing priorities, work independently and with teams in a fast-paced environment, pay close attention to detail, meet deadlines, and work well under pressure. • Strong oral and written communication skills, including effective public speaking skills and proven ability to present the Office's position in meetings with high level officials and other governmental and private entities. • Proven ability to establish and maintain effective and congenial working relationships with a wide range of governmental and external entities. • Effective and creative leadership ability with the capacity to work both independently and cooperatively to implement key strategies, evaluate new policies, and analyze legal issues. Additional Information LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DSS/HRA/DHS qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the program's other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... To Apply CLICK "APPLY NOW" BUTTON Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/6410421-associate-general-counsel-at-nyc-hra-dept-of-social-services

Occupation: 23-1011 Lawyers

Date: 11/8/2018

Title: AVP Product Development Attorney

Poster: Arch

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 37990

Content Description:

Mid-level attorney to work with Archâ€™s Enterprise Product Development team within Corporate Underwriting Services (CUS). , Review, draft and create insurance coverage forms for multiple business units and coverage lines, including standard P&C lines. Communicate and collaborate with Underwriters, Managers, Claim Attorneys, Compliance and the Legal department to ensure products remain competitive while protecting their profitability.Help business units identify and prioritize product development needs.Remain apprised of and monitor U.S. case law, regulations, legal trends and emerging issues affecting insurance coverage. , 5 - 10 years of insurance contract drafting and insurance industry experience.Strong analytical skills and attention to detail.Thorough understanding of insurance contract language and legal precedentAbility to manage projects from concept to fruition with minimal oversight Excellent time management and organizational skills.Strong oral and written communication skills.Ability to review and assess the impact of legal decisions and court cases on insurance contract language.

URL: https://www.goinhouse.com/jobs/6447771-avp-product-development-attorney-at-arch

Occupation:    23-1011 Lawyers

Date:   11/9/2018

Title:    Deputy General Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   37031

Content Description:

Job Description - Deputy General Counsel (1806085) Job Description Deputy General Counsel-1806085 Description Job Description: The Deputy General Counsel is responsible for providing counsel to senior management on legal rights and obligations. S/he provides advice on legal and reputational risks and regulatory issues. S/he effectively manages and oversees outside law firms to provide cost-effective legal services. The incumbent manages other attorneys and legal professionals. Advises the business of statutory obligations/compliance and interacting with regulators, if applicable, and internal stakeholders for implementing processes to effectively manage s ...

URL: http://www.jobvertise.com/job/26466788

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   11/9/2018

Title:    Director Corporate Counsel

Poster:   Poster Not Listed

City:  Newark, NJ

County:  Essex

Ad Job Board(s):     JobVertise

ID:   39945

Content Description:

Job Description - Director, Corporate Counsel (RET000FL) Job Description Director, Corporate Counsel-RET000FL Description LEAP Initiatives Director Attorney Profile We are seeking a talented, business-savvy and experienced lawyer to join a dedicated legal team supporting highly-visible and strategically-important cross-US business initiatives for Prudential. You will work closely with business team members, project Compliance team members, and U.S. Business and Corporate Legal and Compliance teams to provide focused, technically-sound and pragmatic legal support in connection with the these cross-business unit initiatives. Key responsibilities include, ...

URL: http://www.jobvertise.com/job/26467733

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   11/10/2018

Title:    Executive Director Associate General Counsel Clinical Corporate

Poster:   Poster Not Listed

City:  Plainsboro, NJ

County:  Middlesex

Ad Job Board(s):    JobVertise

ID:   35466

Content Description:

Requisition ID 58202BR State/Provinces: US - NJ City: Plainsboro Job Category: Legal & Compliance ...

URL: http://www.jobvertise.com/job/26495461

Occupation:     23-1011 Lawyers

Date:   11/12/2018

Title:   Assistant General Counsel

Poster:   NYC Taxi and Limousine Commission (TLC)

City:  New York, NY

County:  New York

Ad Job Board(s):   GoInHouse

ID:   39919

Content Description:

Job Description The Candidate will be responsible for assisting with all aspects of matters handled by the Office of Legal Affairs, and will also specifically be responsible for working with legislative staff, City agencies, and external stakeholders to advance the TLC's mission through legislation and regulation, in partnership with the Mayor's Office and other agencies. The Attorney will help manage constituent and policy-related inquiries from elected officials and help coordinate TLC's role in the City, State, and Federal legislative process, and the preparation of the Commissioner and other senior managers' participation in oversight and budgetary hearings. Reporting to the General Counsel/Deputy Commissioner for Legal Affairs, the Candidate's duties will include, but not be limited to: • Research legal issues and abstract salient points and references from relevant cases. • Assist in the review of agency contracts. • Aid in the review and interpretation of existing laws, rules and regulations. • Draft rules and legislation • Identify, track and analyze City, State and Federal legislation that impacts TLC and advise on opportunities to shape legislation or regulations to advance TLC's mission, with an emphasis on New York City legislation. • Advise agency personnel on all legislative and regulatory matters governing the area of concern and work with senior TLC staff to coordinate agency approach to legislation. • Ensure that there are clear, timely written or oral reports interpreting and detailing relevant legislative and regulatory developments for agency review. • Coordinate agency strategy for proposing and responding to legislation and regulatory initiatives in order to influence and advance the interests of TLC. • Manage the preparation of position papers reflecting TLC policy on key legislation and regulations at the state, federal, regional, and local levels. • Establish and build communications and working relationships with Mayor's Office and City Council legislative staff. • Prepare briefings for legislators and their staff on issues of importance to the agency. • Work with External Affairs to develop strategies for community engagement on key initiatives and manage implementation of strategies. • Liaison as directed with advocacy groups and other TLC stakeholders; ensure that advocacy and stakeholder groups have clear, timely information about TLC's policies, work and intergovernmental/interagency efforts as appropriate. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills Interested candidates should have excellent written and verbal communication skills, effective problem-solving skills, and the ability to prioritize, manage time, and engage in multiple tasks in a fast-paced environment. Candidates should be highly motivated and able to work well independently and as part of a team. Candidates should have relevant experience drafting legislative testimony and/or advocacy position papers. Although not required, the successful applicant will likely have one or more of the following academic or professional experiences: urban planning, transportation policy, public administration, public policy, economics, statistics, political science, or in a related degree program. To Apply Click, "APPLY NOW" Current city employees must apply via Employee Self-Service (ESS) Work Location 33 Beaver St, New York NY Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/6479622-assistant-general-counsel-at-nyc-taxi-limousine-commission

Occupation:    23-1011 Lawyers

Date:  11/15/2018

Title:   Assistant General Counsel Insurance

Poster:  Aon

City:  New York, NY

County:  New York

Ad Job Board(s):    US.jobs; GoInHouse; AON Corporation

ID:  35383

Content Description:

Job Description Aon is looking for an Assistant General Counsel for Affinity Insurance Solutions As part of an industry-leading team, you will help empower results for our clients by delivering innovative and effective solutions supporting our Risk Division in New York, NY or Chicago IL. As an Assistant General Counsel, you will report directly to the Chief Counsel, US and will be responsible for managing another legal colleague, together forming a cohesive team to support the Affinity business. Your impact as an Assistant General Counsel, Affinity Insurance Solutions You will have strong commercial legal experience, ideally in-house, and be accustomed to dealing with consumer facing insurance products, providing legal counsel to Aon's Affinity operations by: - Partnering with Executive Management as a member of the Affinity Executive Committee to provide expert advice and counsel on the proper structuring, development and launching of Affinity's Strategic priorities and go to market strategy; - Assisting the operating divisions of Affinity in the engagement of clients and the development of insurance offerings in a way that maintains the competitive advantage of Affinity and delivers leading solutions to our clients, comprised primarily of organizations that make insurance available to their members, while meeting all legal and regulatory requirements in the increasingly scrutinized consumer space; - Working closely with sponsoring organizations though which Affinity products are offered to consumers to develop solutions tailor-made to their specific group members; - Structuring business operations and client and market engagement to comply with the insurance laws, specifically as apply to direct-to-consumer insurance products, as promulgated by the various states; - Analyzing and maintaining disclosure methodologies and business practices consistent with applicable Aon policies; - Drafting and negotiating corporate agreements with clients, including key association partners and insurance markets offering coverage; - Assist the leaders of Aon's MGU/MGA operations in engagement with placing brokers and represented markets in developing innovative risk managed solutions for the purchasers of insurance; - Advising Senior Management in all aspects of the formulation and execution of Aon's business strategy and key initiatives; - Assisting brokers in the mitigation of potential errors and omissions through application of candidate's detailed knowledge of the responsibilities of insurance brokers and the duties owed by brokers to insurers and policyholders. You Bring Knowledge and Expertise - The ideal candidate will be a licensed attorney in good standing with eight to twelve years' experience and will possess detailed knowledge of the legal and regulatory framework applicable to insurance products offered directly to consumers. - The desired Assistant General Counsel will seek to independently undertake significant responsibility and will establish him/herself as a critical resource to Aon management by confidently delivering practical, actionable legal solutions that advance the goals of the business while at all times complying with applicable legal requirements. - The candidate should have good inter-personal skills; be comfortable operating independently and negotiating with sophisticated counterparties; drafting complex corporate agreements; identifying areas of legal concern in a company's day-to-day operations and providing practical, timely solutions to business partners. We offer you A competitive total rewards package, continuing education & training, and tremendous potential with a growing worldwide organization. Our Colleague Experience: From helping clients gain access to capital after natural disasters, to creating access to health care and retirement for millions, Aon colleagues empower results for our clients, communities, and each other every day. They make a difference, work with the best, own their potential, and value one another. This is the Aon Colleague Experience, defining what it means to work at Aon and realizing our vision of empowering human and economic possibility. To learn more visit Aon Colleague Experience . About Aon: Aon plc (NYSE:AON) is a leading global professional services firm providing a broad range of risk, retirement and health solutions. Our 50,000 colleagues in 120 countries empower results for clients by using proprietary data and analytics to deliver insights that reduce volatility and improve performance. By applying for a position with Aon, you understand that, should you be made an offer, it will be contingent on your undergoing and successfully completing a background check consistent with Aon's employment policies. Background checks may include some or all of the following based on the nature of the position: SSN/SIN validation, education verification, employment verification, and criminal check, search against global sanctions and government watch lists, fingerprint verification, credit check, and/or drug test. You will be notified during the hiring process which checks are required by the position. Aon provides equal employment opportunities (EEO) to all employees and applicants for employment without regard to race, color, religion, creed, sex, sexual orientation, gender identity, national origin, age, disability, veteran, marital, or domestic partner status. Aon is committed to a diverse workforce and is an affirmative action employer. DISCLAIMER: Nothing in this job description restricts management's right to assign or reassign duties and responsibilities to this job at any time.

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 11/16/2018

Title: Corporate Counsel Manager

Poster: Industrial Facility

City: New York, NY

County: New York

Ad Job Board(s): ZipRecruiter; North Jersey Jobs; The Job Network

ID: 39868

Content Description:

Job Description: This is a hybrid role that can best be described as an In-House Attorney/Contracts Management position for a manufacturing facility; knowledge of processes to win and comply with government contracts is required. If you're our ideal candidate you have a law degree and at least 5 years of post graduate business experience in either the government or private sector, and as such: You can expect to provide legal as well as marketing support for technical sales team and related departments; track sales activity, create detailed reports. Additionally, your responsibilities will include, but not be limited to, the following: Research. Interfacing with clients. Building relationships with new customers. Developing deep knowledge of inventory; creating and maintaining databases. Being involved in the promotion of product lines such as aftermarket parts. Responding to customer requests, preparing proposals, assisting with company presentations, promoting solutions, etc. Most importantly in this Corporate Counsel Liaison/Coordinator/Contract Management role you'll basically "own" the RFP process from end to end as you will be responsible for compliance with contracting procedures. If you're a career minded "take charge" type, have a law degree as well as marketing and business development chops, along with great attention to detail, stellar communication skills, and consider yourself more than proficient with Excel, we want to hear from you!

URL: https://www.ziprecruiter.com/clk/-
PoR5RlLhYNAd7h3wFaMUCFTEquQpSYybb2pUEytPrupUm7UgYSF7tcazg4puS08cyfH_D43LaTrSpkGAEnub0v7HDkeAIXFeBOQZ
e-MDeLQrNSQaLeFDBHvqWc8F-cy6JVRDaq_84FfNc-zKD3uJzUpGyqDFya_VbqZGilEFOUUg8bp7z0V-iHceJfmseozES-
9AL5N_OqSnYTbo138xWkXicO36T6syTCIeXW47UkwPQDznviT8gEuqdhDJjTORShEjV1IeKQjAa3anLHoDnqqYgZUTXpShsD8TXUC
W8t3caHRLmjPRpdV0Eiw2c_wadN_CVO46lrwRUm6BTuEzXWWkPzcokaA2pSDrRoeRkpzmPn7GO-
zYD7TSrjS6W5hZtIqVa6fnanKIyUkr5W7on8Dyag_GmJESk7F72WnllkiK0Bdry7FnByWxIUlYiY5HfQFMpYhJmpyf1o6FZ1wT0RFEd
HpEMXDIFQgDvjCwd2O0pOQyJPuNvOFkFnWV27s.ef3d0a979bb173ede7c17a5f95cac842

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 11/19/2018

Title: Corporate Counsel

Poster: OSCARS

City: New York, NY

County: New York

Ad Job Board(s): VentureLoop; GoInHouse; Built in NYC

ID: 39821

Content Description:

We are changing how health insurance works. Our goal is to make health insurance simple, transparent and human. We need your help to do so. We brought together leaders from top technology, service and healthcare companies to work side by side to disrupt health insurance. The result? Better people, better ideas, and better healthcare. As Corporate Counsel, you will be a key member of the Legal team responsible for new market licensing, commercial contracting, employment matters and other corporate work. This position works with virtually every department at the company, spanning offices across the country. We operate in New York, California, Texas, New Jersey, Tennessee and Ohio, and next year will add Arizona, Florida and Michigan. We anticipate further geographic expansion and new product offerings, including in the Medicare Advantage market. You should be comfortable in an ever changing environment as we continue to grow! Responsibilities: - Review, draft, edit and negotiate commercial agreements, including NDAs, BAAs, and vendor agreements of all kinds - Provide information on employment-related issues to Oscar personnel and help Oscar stay current with laws and regulations that assure a fair work environment - Coordinate and assemble Oscar's applications for insurance licenses in new markets - Assist in project management of Oscar's Medicare Advantage application and launch - Handle corporate governance and other corporate housekeeping matters, including preparing board and committee meeting agendas, meeting minutes, resolutions, and shareholder/board consents - Serve as a resource on matters of corporate law and governance - Become a company resource for contract related questions and processes; the business can rely on you and your expertise, and guidance About you: - J.D. from an ABA accredited law school and at least 2 years of relevant experience at a law firm and/or in-house - Experience and understanding of corporate law and contract drafting and interpretation - Excellent critical thinking and analytical abilities, particularly in developing conceptual understanding of new topics for yourself and others - Demonstrated ability to take ownership with strong work ethic and follow-through skills - Excellent communication and interpersonal skills, both oral and written, with a proven ability to build strong interpersonal relationships - Detail-oriented and dynamic team player who thrives in a fast-paced environment Bonus points if you have: - Experience in employment law - Experience working in the healthcare industry and knowing what a deductible actually is - Experience with startups

URL: https://www.goinhouse.com/jobs/6579314-corporate-counsel-at-oscar

Occupation:    23-1011 Lawyers

Date:   11/20/2018

Title:   Corporate Counsel

Poster:   MetLife, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    US.jobs; GoInHouse; The Job Network

ID:  35329

Content Description:

In Legal Affairs, we strive to attract, develop and retain diverse talent with the potential to be future leaders of our department and of MetLife as a whole. We seek legal and compliance professionals who demonstrate high intellectual capacity to understand complex matters facing our company, combined with strong leadership competencies to motivate and inspire higher performance by all our professionals. We take an active role in developing the skills of our talent and guiding their professional growth. By promoting skill development and career advancement for our professionals, we are better positioned to serve our internal business partners and to help achieve MetLifeâ€™s vision of becoming a world-class leader in the insurance, retirement savings and employee benefits industries. The attorney in this Corporate Counsel position will be responsible for providing timely legal advice via daily contact with the U.S. core group (dental, disability and life) and voluntary benefits business partners and through completion of various assignments as an individual or as a part of a team including: performing research and analysis of laws that relate to the businesses, identifying and quantifying risks, reviewing sales and training material, negotiating customer agreements, handling Market Conduct Examinations and other regulatory matters with state insurance departments, and providing compliance advice on applicable laws including ERISA and insurance laws. The attorney will also be charged with providing timely legal advice to MetLifeâ€™s U.S. businesses and MetLifeâ€™s Corporate Privacy Office on U.S. Privacy laws including: Gramm Leach Bliley, the Health Insurance Portability and Accountability Act, the Fair Credit Reporting Act and state security breach notification laws. Key Responsibilities: The attorney will be responsible for: Day to day delivery of legal services individually and as a member of a team to all areas of MetLifeâ€™s core group and voluntary benefits businesses; Day to day delivery of legal services individually and as a member of a team to MetLifeâ€™s U.S. businesses and MetLifeâ€™s Corporate Privacy Office regarding privacy laws and regulations; Effective, timely and strategic counsel to the businesses on significant business initiatives; Effective support of Unit, Section, and Law Department objectives and initiatives. The attorney will be able to: Handle complex legal matters, analyze legal (and business, where applicable) issues, draft legal documents, and negotiate matters and solve intricate problems using sound legal judgment and expertise with minimal or no supervision; Build and maintain client relationships with diplomacy and by providing concise, insightful, timely, pragmatic, and proactive counsel; Prepare, initiate, advocate, and effectively present legal points and recommendations to influence clients and to represent clients as legal counsel; Conduct legal research and gather matter-related information from various sources; Educate self and business partners on legal developments affecting the business and provide innovative strategies to address those developments; Work on or lead project or cross-functional teams. The attorney will have the responsibility to: Analyze new laws and regulations to determine whether they require changes to MetLifeâ€™s business processes and products; Advise business areas on all aspects of product design and marketing; Handle customer complaints and regulatory inquiries; Draft and negotiate customer agreements; Review sales literature; Advise on U.S. privacy laws and regulations; Perform other duties as required. Essential Business Experience and Technical Skills: (5 -7 bullets) Required: J.D. and strong academic credentials; Admitted to practice in New York State or as in-house counsel; Candidate will be able learn and to work under the limited supervision of a senior attorney; Candidate must have excellent oral and written communications skills and the ability to handle multiple projects and assignments effectively, and must be able to deal comfortably with business partners and others at all levels within the company; 3-6 years practice post bar admission; Preferred: Relevant practice and experience preferred; Leadership aptitude and interest in developing management competencies preferred. Travel n/a Location/Region: New York, NY (US)

URL: https://jobs.thejobnetwork.com/Job/65179226/corporate-attorney-job-in-new-york-ny

Occupation:    23-1011 Lawyers

Date:  11/20/2018

Title:   Senior Corporate Counsel

Poster:  MetLife, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):   The Job Network

ID:  39801

Content Description:

Metlife's legal team currently seeks a Securities lawyer to provide legal advice to business partners under the Federal securities laws in connection with issuance and maintenance of variable annuities and other variable insurance products, including drafting and filing SEC registration statements for variable annuity and life products and for providing day-to-day legal advice to the business partners who administer these products. In Legal Affairs, we strive to attract, develop and retain diverse talent with the potential to be future leaders of our department and of MetLife as a whole. We seek legal and compliance professionals who demonstrate high intellectual capacity to understand complex matters facing our company, combined with strong leadership competencies to motivate and inspire higher performance by all our professionals. We take an active role in developing the skills of our talent and guiding their professional growth. By promoting skill development and career advancement for our professionals, we are better positioned to serve our internal business partners and to help achieve MetLife's vision of becoming a world-class leader in the insurance, retirement savings and employee benefits industries. Key Responsibilities: There will be two areas of primary responsibility for the candidate we are seeking: A. Provide legal advice to business partners under the Federal securities laws in connection with issuance and maintenance of variable annuities and other variable insurance products, including drafting and filing SEC registration statements for variable annuity and life products and for providing day-to-day legal advice to the business partners who administer these products. Collaborate with outside counsel, as appropriate, on various matters. B. Provide legal advice via daily contact with â€" primarily â€" the long-term care, and â€" to lesser extent â€" group and disability business partners and through completion of various assignments as an individual or as part of a team including: research and analysis of laws that relate to and impact the business, identifying and quantifying risks, handling market conduct examinations and other regulatory matters with state insurance departments, providing compliance advice on applicable laws including ERISA, insurance law, preparing rate action filings and responding to related objections from insurance regulators, reviewing claim management guidelines and providing legal advice regarding claim processes. The attorney will be responsible for: Maintenance of variable annuities and other variable insurance products; Day to day delivery of legal services individually and as a member of a team to all areas of MetLife's individual and group disability and long term care businesses; Effective, timely and strategic counsel to business on significant business initiatives; Effective support of Unit, Section, and Law Department objectives and initiatives. The attorney will be able to: Handle complex legal matters, analyze legal (and business, where applicable) issues, draft legal documents, and negotiate matters and solve intricate problems using sound legal judgment and expertise with minimal or no supervision; Build and maintain client relationships with diplomacy and by providing concise, insightful, timely, pragmatic, and proactive counsel; Prepare, initiate, advocate, and effectively present legal points and recommendations to influence clients and to represent clients as legal counsel; Conduct legal research and gather matter-related information from various sources; Educate self and business partners on legal developments affecting the business and provide innovative strategies to address those developments; Work on or lead project or cross-functional teams. The attorney will have the responsibility to: Handle customer complaints and regulatory inquiries; Analyze new laws and regulations to determine whether they require changes to MetLife's business processes and products; Draft disclosures for prospectuses and offering memoranda for variable annuity and life products; Update product registration statements; Advise business areas on all aspects of product design and modification; Reviewing sales literature; Perform other duties as required. Essential Business Experience and Technical Skills: J.D. and strong academic credentials; Admitted to practice in New York State or as in-house counsel; Candidate will be able learn and to work under the limited supervision of a senior attorney; Candidate must have excellent oral and written communications skills and the ability to handle multiple projects and assignments effectively, and must be able to deal comfortably with business partners and others at all levels within the company; 4-6 years practice post bar admission; Relevant practice and experience preferred; Leadership aptitude and interest in developing management competencies preferred. Location/Region: New York, NY (US)

URL: https://jobs.thejobnetwork.com/Job/65179220/corporate-attorney-job-in-new-york-ny

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  11/22/2018

Title:   Associate General Counsel

Poster:  Anthem, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):   GoInHouse; The Job Network

ID:  37531

Content Description:

The Associate General Counsel has in-depth legal knowledge of the Medicare Advantage program area to provide advice and recommendations to executives and management on complex matters that have a broad organizational impact and counsel on risk management. Partners with clients to drive strategic outcomes and decisions impacting the East coast region. Primary duties may include, but are not limited to: Researches applicable legal principles and precedents and consults with outside counsel on legal strategies on particular issues. Uses legal theories and best practices to contribute to development of companys concepts and goals and to achieve enterprise objectives in an original and highly effective way. Reviews a wide variety of Medicare Advantage documents and drafts contractual agreements. Provides expertise based on a combination of law practice experience, and advanced legal and business knowledge. Collaborates with other members of the team and department, provides timely briefings to senior level business and legal management. Confers with other senior leaders members as applicable. Works on complex and multifaceted problems in which analysis of solutions and/or facts require an evaluation of intangible variables. Develops methods, approaches and evaluation criteria for obtaining results. Works collaboratively with other legal staff on active cases, though such leadership is subordinate to the main technical focus of this role. Assesses and mitigates risk. Manages high-level organizational risks. Requires a JD; current license to practice law; 9 to15 years of specific industry and/or technical legal experience post licensure including experience in managing outside counsel; or any combination of education and experience, which would provide an equivalent background. Knowledge of Medicare Advantage important. Location/Region: New York, NY (US)

URL: https://jobs.thejobnetwork.com/Job/65772872/general-counsel-job-in-new-york-ny

Occupation:    23-1011 Lawyers

Date:   11/26/2018

Title:    Assistant General Counsel

Poster:   Capgemini

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork; GoInHouse

ID:   39748

Content Description:

Assistant General Counsel (040119) The North America Office of General Counsel of Capgemini has an immediate opening for an in-house attorney. Candidates should have 6 years of commercial law experience in a leading law firm or in-house legal department. The attorney will be involved in advising on various commercial matters, predominantly in the information technology area. This position requires the ability to draft, negotiate and manage deals independently. Candidates should possess excellent legal and interpersonal skills, the ability to manage multiple tasks (prioritizing as necessary), have a strong work ethic and excellent communication and organizational skills. The attorney would be expected to work directly with the senior members of the OGC and the business team and to provide counseling on an as needed basis. Experience with contract negotiation is required, preferably in an information technology industry. Candidates should be flexible / willing to work across this delivery landscape which includes and not limited to Agile Applications Development, Support and Deployment. Applicants for employment in the US must have valid work authorization that does not now and/or will not in the future require sponsorship of a visa for employment authorization in the US by Capgemini. Qualifications Capgemini is an Equal Opportunity Employer encouraging diversity in the workplace. All qualified applicants will receive consideration for employment without regard to race, national origin, gender identity/expression, age, religion, disability, sexual orientation, genetics, veteran status, marital status or any other characteristic protected by law. This is a general description of the Duties, Responsibilities and Qualifications required for this position. Physical, mental, sensory or environmental demands may be referenced in an attempt to communicate the manner in which this position traditionally is performed. Whenever necessary to provide individuals with disabilities an equal employment opportunity, Capgemini will consider reasonable accommodations that might involve varying job requirements and/or changing the way this job is performed, provided that such accommodations do not pose an undue hardship. Click the following link for more information on your rights as an Applicant - About Capgemini A global leader in consulting, technology services and digital transformation, Capgemini is at the forefront of innovation to address the entire breadth of clients opportunities in the evolving world of cloud, digital and platforms. Building on its strong 50-year heritage and deep industry-specific expertise, Capgemini enables organizations to realize their business ambitions through an array of services from strategy to operations. Capgemini is driven by the conviction that the business value of technology comes from and through people. It is a multicultural company of 200,000 team members in over 40 countries. The Group reported 2017 global revenues of EUR 12.8 billion (about $14.4 billion USD at 2017 average rate). Visit us at . People matter, results count.

URL: http://www.newyorkjobnetwork.com/job/detail/34854606/Assistant-General-Counsel

Occupation:     23-1011 Lawyers

Date:   11/30/2018

Title:    Avp Senior Legal Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):     JobVertise

ID:   37355

Content Description:

Description Job Description Xandr, AT&Ts Newly launched Advertising companyis seeking a bright, highly motivated, and experienced attorney for our legal team. The person in this role will be responsible for managing and overseeing negotiation and execution of a variety of complex and cutting-edge commercial and technology matters. In this role, you will work closely with internal clients spanning multiple functions across AppNexus, a Xandr Companyto understand and assess legal and business risks and make sound decisions under tight deadlines. Youll have the opportunity to help launch first-to-market innovative products in a legally responsible and compliant way and to play a m ...

URL: http://www.jobvertise.com/job/26665131

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   12/2/2018

Title:    Corporate Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   37304

Content Description:

Job Description - Corporate Counsel (100514) Job Description Corporate Counsel-100514 Description Advance your Legal career at Liberty Mutual Insurance- A Fortune 100 Company! Please Note: This is a range posting. Theactual internal level/grade and compensation for this role will depend on the candidates overall experience and skill level. Job Summary: Global Risk Solutions (GRS) Legal is seeking a highly-motivated, intellectually curious and collaborative attorney to support our GRS North America Specialty organization. GRS offers a full range of risk solutions across traditional insurance, specialty, and reinsurance products and has more than $10 ...

URL: http://www.jobvertise.com/job/26715850

Occupation:     23-1011 Lawyers

Date:   12/4/2018

Title:    AVP Associate General Counsel American Legal Compliance

Poster:  Allied World Assurance

City:  New York, NY

County:  New York

Ad Job Board(s):    Allied World Assurance Company

ID:   35209

Content Description:

AVP, Associate General Counsel, North American Legal & Compliance Group - ( 18000076 ) Description Job Objectives: This position will provide legal assistance to the Programs Division, focusing on Casualty, Property and Inland Marine, and Professional lines of business. It will provide day-to-day support for the business, including product development, and related compliance support on surplus lines and admitted business. The lines of business include, but are not limited to: Commercial General Liability (including primary, umbrella and excess), Commercial Automobile Liability, Property and Inland Marine, Directors & Officers Liability, Errors & Omissions Liability, and Cyber Liability. This position will be located in our New York, NY or Farmington, CT office. Duties and Responsibilities: - Serve as legal counsel to underwriters by providing advice and guidance regarding policy interpretation, claim trends and insurance laws and regulations. - Develop and draft/revise a variety of documents, including but not limited to, new insurance policies, endorsements, applications and related materials. - Support the continuous improvement of standard form agreements and legal processes and assist in the development and implementation of company policies and procedures. - Aid underwriters in responding to coverage requests. - Prepare responses to state insurance departments regarding objections to filed policies and endorsements. - Apprise underwriters of judicial and legislative developments affecting their lines of business.

URL: https://awac.taleo.net/careersection/ex/jobdetail.ftl?job=18000076&tz=GMT-04%3A00

Occupation:     23-1011 Lawyers

Date:   12/5/2018

Title:   Associate General Counsel

Poster:  Sharp Electronics

City:  Montvale, NJ

County:  Bergen

Ad Job Board(s):   Hire Heroes

ID:  35206

Content Description:

Organization: Sharp Electronics Corporation Location: US-NJ-Montvale Job ID: 2018-4531 Job Details Apply Now

URL: https://jobs.hireheroesusa.org/jobs/6807744-associate-general-counsel-at-sharp-electronics-corporation

Occupation:    23-1011 Lawyers

Date:    12/5/2018

Title:    Avp Senior Legal Counsel

Poster:  AT&T

City:  New York, NY

County:  New York

Ad Job Board(s):    AT&T; CareerArc; US.jobs; GoInHouse; Black Enterprise

ID:    37173

Content Description:

Description Job Description Xandr, AT&T's Newly launched Advertising companyis seeking a bright, highly motivated, and experienced attorney for our legal team. The person in this role will be responsible for managing and overseeing negotiation and execution of a variety of complex and cutting-edge commercial and technology matters. In this role, you will work closely with internal clients spanning multiple functions across AppNexus, a Xandr Companyto understand and assess legal and business risks and make sound decisions under tight deadlines. You'll have the opportunity to help launch first-to-market innovative products in a legally responsible and compliant way and to play a meaningful part in our company's mission to transform advertising in digital media. The ideal candidate is a business-minded lawyer who understands business objectives and helps balance legal risks. This person is also a creative problem-solver and a team player who is collaborative and yet comfortable making decisions. She/he can draft and negotiate effectively and thrives in a high growth environment. The ideal candidate is also passionate about technology and may even get a little excited about improving forms, processes and procedures. About the team: The mission of the Legal team is to serve as a trusted business partner in the creation and protection of responsible revenue for Xandr. We strive to apply both legal acumen and business judgment to provide sound, practical legal advice to all functions throughout the organization. Our responsibilities run the gamut, including drafting and negotiating contracts, evaluating product offerings, building internal and external compliance protocols, and monitoring and addressing legislative and regulatory developments that affect digital media and advertising. We are energized by the challenges of serving this dynamic, fast-moving part of the broader AT&T family. Qualifications About your skills: - JD degree with superior academic credentials - 8+ years of experience at a top-tier law firm or in-house legal department. (Prior tech experience is a plus) - An entrepreneurial spirit and passion for working in a dynamic environment - Excellent business judgment and ability to assess legal risk while also thinking strategically and providing practical advice - Strong work ethic and proven ability to multi-task and set priorities - Exceptional communication, analytical and writing skills - Ability and desire to work both autonomously but also collaboratively - Member in good standing of the New York state bar or eligible to register as in-house counsel in New York State More about you: - You are passionate about a culture of learning and teaching. You love challenging yourself to constantly improve, and sharing your knowledge to empower others - You like to take risks when looking for novel solutions to complex problems. If faced with roadblocks, you continue to reach higher to make greatness happen - You care about solving big, systemic problems. You look beyond the surface to understand root causes so that you can build long-term solutions for the whole ecosystem - You believe in not only serving customers, but also empowering them by providing knowledge and tools

URL: https://www.careerarc.com/job-listing/at-t-jobs-avp-senior-legal-counsel-27597305

Occupation: 23-1011 Lawyers

Date: 12/7/2018

Title: Assistant General Counsel

Poster: NYC HRA/Department of Social Services

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 37063

Content Description:

Job Description The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor's Office of Operations, and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide, and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor's Office of Operations is recruiting for one (1) Executive Agency Counsel MI to function as an Assistant General Counsel. Responsibilities include, but are not limited to: â€¢ Assisting in supporting citywide compliance with the mandates of the Identifying Information Law. â€¢ Providing legal analysis and advice on complex privacy and data security matters; conducting legal research as necessary. â€¢ Representing MOIP on interagency task forces, working groups, and special projects, as needed. â€¢ Collaborating with counsel and policy staff from City agencies, the Law Department, and outside entities as needed to assist in handling legal questions and responses. â€¢ Researching models of other jurisdictions in handling complex legal privacy issues and projects. â€¢ Drafting memoranda of understanding, guidelines, and other legal documents. â€¢ Managing implementation of projects and work streams related to citywide policy issues with legal implications. â€¢ Other legal work as necessary to support the goals of MOIP and the advancement of citywide privacy protection best practices. Minimum Qual Requirements Admission to the New York State Bar; and four years of recent full-time responsible, relevant, satisfactory legal experience subsequent to admission to any bar, eighteen months of which must have been in the supervision of other attorneys, in an administrative, managerial or executive capacity, or performing highly complex and significant legal work. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Preferred Skills â€¢ A JD from an accredited educational institution, plus one (1) to four (4) years of full-time professional experience as an attorney admitted to the New York State Bar. â€¢ Experience related to privacy law analysis and data integration work; comfort with data and technology concepts. â€¢ Excellent organizational, time-management, and multi-tasking skills, including the ability to take initiative, problem solve, balance competing priorities, work independently and with teams in a fast- paced environment, pay close attention to detail, meet deadlines, and work well under pressure. â€¢ Strong oral and written communication skills, including strong public speaking skills and proven ability to present the Office's position in meetings with senior officials and other governmental and private entities. â€¢ Proven ability to establish and maintain effective and congenial working relationships with a wide range of governmental and external entities. â€¢ Effective and creative leadership ability with the capacity to work both independently and cooperatively to implement key strategies, evaluate new policies, and analyze legal issues. Additional Information LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DSS/HRA/DHS qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the program's other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... To Apply CLICK "APPLY NOW" BUTTON Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/6881672-assistant-general-counsel-at-nyc-hra-dept-of-social-services

Occupation:     23-1011 Lawyers

Date:   12/7/2018

Title:   General Counsel

Poster:  Novogradac & Company LLP

City:  New York, NY

County:  New York

Ad Job Board(s):   Novogradac & Company LLP

ID:  37102

Content Description:

The firm has one available position, which can be located in New York, NY, Toms River, NJ, Dover, OH, Cleveland, OH, Columbus, OH, Long Beach, CA, Walnut Creek, CA, or San Francisco, CA. The General Counsel will work with the firm's Chief Risk Officer and Executive Committee in supporting the firm's legal needs. This position focuses on advising and representing the firm in connection with a variety of legal and contractual matters, including providing assistance to partners and employees with respect to the firm's client engagement letters, master services agreements, responses to requests for proposals, subcontractor agreements, Kovel agreements, and other vendor and client-related agreements. The General Counsel will also assist the firm with subpoena compliance and other court-related matters. The position also involves reviewing leases for the firm's premises throughout the country, and assisting with employment-related legal issues. The ability to anticipate and identify issues and strategically weigh risks is key, as is a thoughtful and practical approach to negotiating and resolving legal issues. Education: - Juris Doctorate degree, required Preferred Bar Admissions: New York, California or Ohio Experience: -Professional defense experience preferred - Five (5) or more years of relevant experience as a practicing attorney at a law firm or as an in-house corporate attorney, required - Experience drafting, reviewing, negotiating, and advising on a variety of contracts, including negotiation of agreements with clients, vendors and other third parties, required -Experience drafting court filings is desirable License/Certifications: - Member in good standing of at least one of the state Bars specified above Other Qualifications: - Excellent written and verbal communication and interpersonal skills - Ability to work independently or as a team member - Ability to provide substantive/technical legal advice and support to firm personnel, including clear and effective communication of such guidance - Interested in playing a long-term role to provide continuity as current risk and legal personnel retire - Detail-oriented, with excellent organizational skills To be considered for this position, interested candidates MUST apply via our company website: http://careers.novoco.com/ Novogradac & Company LLP offers a progressive work environment, competitive pay and an excellent benefit package including; medical, dental, vision, paid-time-off, life/disability insurance, commuter flex accounts and a 401(k). Novogradac & Company LLP is an equal opportunity employer.

URL: https://chu.tbe.taleo.net/chu03/ats/careers/v2/viewRequisition?org=NOVOCO&cws=43&rid=1095

Occupation: 23-1011 Lawyers

Date: 12/16/2018

Title: Assistant General Counsel

Poster: NYC ADMIN TRIALS AND HEARINGS

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 39401

Content Description:

Job Description The City of New York's Office of Administrative Trials and Hearings (OATH) is the nation's largest central administrative tribunal, conducting approximately 400,000 hearings per year. OATH is a fast-paced organization committed to providing fair and timely administrative hearings to all New Yorkers. Through its Trials and Hearings Divisions, OATH serves as a neutral forum for the adjudication of a wide variety of civil cases affecting city employees and licensees, and the health, safety, and quality of life in New York City. In the past several years, OATH has grown significantly in size, scope and jurisdiction. The Office of the General Counsel (OGC) provides legal services and guidance to executive agency staff, tribunal personnel, and the Clerk's Office. OGC plays a key role in strengthening the legal foundation for the agency's mission through research and writing, in-depth legal analysis, and advice. OGC is seeking a dynamic and thoughtful attorney to serve as Assistant General Counsel. This person will have responsibility for significant legal matters affecting the agency. He or she will work principally in the area of labor and employment, acting as disciplinary counsel for the agency, responding to employee grievances, advising management and staff on disciplinary and labor-related matters, drafting agency response statements in employment-related matters, and acting as liaison to other city agencies, such as the Law Department and the Office of Labor Relations. He or she will work collaboratively with other attorneys in the Office of the General Counsel who perform diverse in-house counsel functions, and with constituent groups outside of the agency. Exceptional writing, research, analytical and organizational skills are required, as well as excellent communication skills and comfort in a diverse setting. The ideal candidate is able to work independently, pays attention to detail, and thinks strategically and holistically about the agency and its workforce. She or he must exercise sound judgment and demonstrate a commitment to public service. Prior government service is not required but can be an asset. Duties include but are not limited to: • Acting as disciplinary counsel for the agency, drafting charges and prosecuting matters internally; • Responding to employee grievances and liaising with the Office of Labor Relations; • Providing legal, policy and strategic guidance to the General Counsel and executive staff; • Making appropriate legal recommendations concerning employment and labor matters; • Monitoring and disseminating to staff information about relevant changes in employment law; and • Performing Special Projects as requested by the General Counsel. Minimum Qual Requirements Admission to the New York State Bar, and four years of recent full-time responsible, relevant, satisfactory legal experience subsequent to admission to any bar, eighteen months of which must have been in the supervision of other attorneys, in an administrative, managerial or executive capacity, or performing highly complex and significant legal work. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Preferred Skills Candidates must demonstrate: • Excellent writing, legal research and analytical skills. • Outstanding interpersonal and communication skills. • Strong organizational skills. • Strong management and training skills. • History of volunteerism, such as service in the AmeriCorps or Peace Corps, is viewed favorable. To Apply Applicant must be a City resident within 90 days of appointment. Interested candidates should apply online via NYC Careers on the NYC.gov website (http://www.nyc.gov/html/careers/html/home/home.shtml). Please upload a cover letter, resume, and writing sample, combined in one document, when you are prompted to upload a resume. In addition, a writing sample should be submitted to [email protected] No telephone calls, faxes or personal inquiries please. Only those candidates under consideration will be contacted. For more information about OATH, visit us at: www.nyc.gov/oath Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/7026107-assistant-general-counsel-at-nyc-admin-trials-and-hearings

Occupation:     23-1011 Lawyers

Date:   12/17/2018

Title:   Corporate Counsel

Poster:  Compass

City:  New York, NY

County:  New York

Ad Job Board(s):   themuse

ID:   39386

Content Description:

As a Corporate Counsel at Compass, you work on exciting matters that require proactive legal guidance. You're part of a group of talented in-house lawyers and the projects you work on challenge you to think creatively and constructively. You are energetic and collaborative -- ready to partner in initiatives that influence all aspects of Compassâ€™s business and work with employees and agents across the company. Your contributions will be impactful, value driven, and you will play an instrumental role on the Compass Legal Team. At Compass You Will: - Draft, review, and negotiate a wide range of routine and mission-critical commercial contracts (including independent contractor agreements, consulting agreements, non-disclosure agreements, and various services agreements) - Identify and explain non-standard terms and associated risks to relevant business stakeholders - Advise various business teams and partners on legal issues, approval processes, Compass policies and procedures, and business strategy - Support the continuous improvement of standard form agreements and legal processes, with an emphasis on efficiency and scalability - Participate in the maintenance of various contracts to ensure compliance with Compass policies and risk tolerance - Advise and assist with matters of corporate governance, organizational structure, and entity management (including routine corporate filings) What We Look For: - Strong academic credentials including a JD and membership in good standing in at least one state bar (NY bar a plus) - 1-2 years of top-tier law firm and/or in-house experience with a focus on corporate matters - Background in contract drafting and negotiation - General understanding of business and commercial affairs - Attention to detail and superior organizational skills - A creative thinker with strong problem solving skills and the ability to stay calm under pressure, work independently, handle multiple assignments simultaneously, and effectively manage deliverables with time-sensitive deadlines - A team player with low ego who can effectively work with other attorneys and legal professionals - Exceptional written and verbal communication skills and an ability to clearly and simply explain complex ideas At Compass, our mission is to help everyone find their place in the world. This means we continually celebrate the diverse community different individuals cultivate. As an equal opportunity employer, we stay true to our mission by ensuring that our place can be anyoneâ€™s place.

URL: https://www.themuse.com/jobs/compass/corporate-counsel

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:    12/18/2018

Title:    Corporate Counsel

Poster:  Delo

City:  New York, NY

County:  New York

Ad Job Board(s):    Association of Corporate Counsel; GoInHouse

ID:   36661

Content Description:

Delos is seeking a Corporate Counsel to join our talented legal team. The position will be located at our New York City office in the Meatpacking District. We seek a generalist mid-level lawyer with a broad range of skills who is able to provide business friendly legal solutions in a fast-paced, dynamic environment. The ideal candidate will be enthusiastic about learning new things and contributing to the growth of the legal department and the company as a whole. Responsibilities: - Provide practical, business-oriented legal and contracting advice directly to internal stakeholders - Draft, review, negotiate and administer a variety of commercial contracts, including confidentiality agreements, client agreements, statements of work, license agreements, partnership agreements, consulting agreements, and supplier and other vendor agreements - Partner with business teams in the preparation of client proposals, identifying and helping mitigate legal and business risks - Review marketing collateral and public-facing content for compliance with FTC and other regulatory guidelines - Prepare, maintain and update form agreements for all business lines and supervise implementation of contract management system - Support senior attorneys as needed with a variety of matters, including legal research and special projects - Help ensure ongoing compliance with state, federal and foreign laws and regulations applicable to the company's business and operations - Assist with employee training and education on legal and compliance matters, as needed Candidate Profile & Prerequisites: - J.D. from U.S. accredited law school - Member in good standing of the bar of at least one state (NY preferred) - Skillful drafter and issue-spotter with substantive experience and a high level of proficiency preparing, reviewing and negotiating commercial agreements - Comfortable in a fast-paced, high-demand environment - Proven ability to comfortably and successfully manage multiple projects with competing priorities, both collaborating as a team and working independently - Exceptional communication, analytical and writing skills, with ability to communicate effectively with employees at all levels of the organization (from junior employees to executives) and distill complex legal concepts into practical, concise and plain-English advice - Team player with a high level of professionalism and commitment to developing strong relationships with colleagues, internal clients, and business teams across the company - Roll-up-the sleeves attitude willing to tackle the matter at hand, whether unique, complicated or routine - Self-starter, possessing a high degree of self-motivation, with a demonstrated ability to drive results - Meticulous, detail-oriented approach to work balanced with good time management and strong organizational skills - Highly available, dependable and hard worker, with a positive attitude and desire to get things done - Comfortable working across different time zones and cultures Desired Experience: - Minimum of 3 years of relevant experience in an in-house environment - Experience working in a high-growth environment (technology start-up or similar)

URL: https://jobline.acc.com/jobs/11802225/corporate-counsel

Occupation:    23-1011 Lawyers

Date:   12/20/2018

Title:   General Counsel

Poster:  Covera Health

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   39330

Content Description:

At Covera Health, we believe that advanced data science can prevent serious misdiagnoses that often lead to poor patient outcomes. Using our proprietary framework, we've helped thousands of patients recover from injury and illness better, faster, and more affordably. We're looking for a General Counsel to join us in our fight to democratize access to high-quality, cost-effective care. As General Counsel at Covera Health, you'll be responsible for all legal, regulatory, and contracting matters. You'll work closely with members of the executive leadership team regarding customer, vendor, and partner relationships, as well as on insurance, compliance, and corporate governance matters. You will be expected to: Provide expert and strategic legal advice to management. Anticipate legal issues and estimate risks strategically. Manage all of the Company's legal documentation and contracts, including but not limited to, customer contracts, vendor contracts, data use agreements, non-disclosure agreements, partnership structure proposals, etc. Help ensure all legal arrangements comply with appropriate regulations, including but not limited to, HIPAA. Interface with external parties (outside counsel, regulators, client legal departments, etc.). Deal with complex, significant matters that cut across legal and related areas. Stay abreast of any legislative and regulatory changes. Perform other duties and contribute to additional initiatives/projects, as deemed appropriate by the Company's management team. You'll be a full-time employee with competitive salary, stock options, and great benefits. Benefits include medical, dental, and vision insurance (with premiums fully covered), FSA, pre-tax commuter benefits, flexible paid time-off, and a nice, new office space. Most importantly, you'll get to work with an incredible team of other smart, motivated people who are passionate about changing healthcare for the better! Requirements B.S. or B.A. At least 3 years of work experience as a technical product manager. Strong communication with excellent ability to work in a team environment and work cross-functionally across various departments and roles. Strong analytical skills with attention to detail. Prior work experience in a dynamic startup environment a plus. Prior work experience in healthcare a plus.

URL: https://www.goinhouse.com/jobs/7074808-general-counsel-at-covera-health

Occupation:    23-1011 Lawyers

Date:  1/1/2019

Title:   Avp Senior Legal Counsel

Poster:  AT&T

City:  New York, NY

County:  New York

Ad Job Board(s):    Geebo

ID:  9851

Content Description:

Description Job Description Xandr, AT&T's Newly launched Advertising companyis seeking a bright, highly motivated, and experienced attorney for our legal team. The person in this role will be responsible for managing and overseeing negotiation and execution of a variety of complex and cutting-edge commercial and technology matters. In this role, you will work closely with internal clients spanning multiple functions across AppNexus, a Xandr Companyto understand and assess legal and business risks and make sound decisions under tight deadlines. You'll have the opportunity to help launch first-to-market innovative products in a legally responsible and compliant way and to play a meaningful part in our company's mission to transform advertising in digital media. The ideal candidate is a business-minded lawyer who understands business objectives and helps balance legal risks. This person is also a creative problem-solver and a team player who is collaborative and yet comfortable making decisions. She/he can draft and negotiate effectively and thrives in a high growth environment. The ideal candidate is also passionate about technology and may even get a little excited about improving forms, processes and procedures. About the team: The mission of the Legal team is to serve as a trusted business partner in the creation and protection of responsible revenue for Xandr. We strive to apply both legal acumen and business judgment to provide sound, practical legal advice to all functions throughout the organization. Our responsibilities run the gamut, including drafting and negotiating contracts, evaluating product offerings, building internal and external compliance protocols, and monitoring and addressing legislative and regulatory developments that affect digital media and advertising. We are energized by the challenges of serving this dynamic, fast-moving part of the broader AT&T family. Qualifications About your skills: JD degree with superior academic credentials 8+ years of experience at a top-tier law firm or in-house legal department. (Prior tech experience is a plus) An entrepreneurial spirit and passion for working in a dynamic environment Excellent business judgment and ability to assess legal risk while also thinking strategically and providing practical advice Strong work ethic and proven ability to multi-task and set priorities Exceptional communication, analytical and writing skills Ability and desire to work both autonomously but also collaboratively Member in good standing of the New York state bar or eligible to register as in-house counsel in New York State More about you: You are passionate about a culture of learning and teaching. You love challenging yourself to constantly improve, and sharing your knowledge to empower others You like to take risks when looking for novel solutions to complex problems. If faced with roadblocks, you continue to reach higher to make greatness happen You care about solving big, systemic problems. You look beyond the surface to understand root causes so that you can build long-term solutions for the whole ecosystem You believe in not only serving customers, but also empowering them by providing knowledge and tools Job ID 1852419 Date posted 11/07/2018 SDL2017

URL: https://newyorkcity-ny.geebo.com/jobs-online/view/id/698403878-avp-senior-legal-counsel-/

Occupation:    23-1011 Lawyers

Date:  1/1/2019

Title:   Corporate Counsel

Poster:  Oscar Insurance

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com; Geebo

ID:  13275

Content Description:

As Corporate Counsel, you will be a key member of the Legal team responsible for new market licensing, commercial contracting, employment matters and other corporate work. This position works with virtually every department at the company, spanning offices across the country. We operate in New York, California, Texas, New Jersey, Tennessee and Ohio, and next year will add Arizona, Florida and Michigan. We anticipate further geographic expansion and new product offerings, including in the Medicare Advantage market. You should be comfortable in an ever changing environment as we continue to grow! Responsibilities: - Review, draft, edit and negotiate commercial agreements, including NDAs, BAAs, and vendor agreements of all kinds - Provide information on employment-related issues to Oscar personnel and help Oscar stay current with laws and regulations that assure a fair work environment - Coordinate and assemble Oscar's applications for insurance licenses in new markets - Assist in project management of Oscar's Medicare Advantage application and launch - Handle corporate governance and other corporate housekeeping matters, including preparing board and committee meeting agendas, meeting minutes, resolutions, and shareholder/board consents - Serve as a resource on matters of corporate law and governance - Become a company resource for contract related questions and processes; the business can rely on you and your expertise, and guidance About you: - J.D. from an ABA accredited law school and at least 2 years of relevant experience at a law firm and/or in-house - Experience and understanding of corporate law and contract drafting and interpretation - Excellent critical thinking and analytical abilities, particularly in developing conceptual understanding of new topics for yourself and others - Demonstrated ability to take ownership with strong work ethic and follow-through skills - Excellent communication and interpersonal skills, both oral and written, with a proven ability to build strong interpersonal relationships - Detail-oriented and dynamic team player who thrives in a fast-paced environment Bonus points if you have: - Experience in employment law - Experience working in the healthcare industry and knowing what a deductible actually is - Experience with startups

URL: https://www.theladders.com/job/corporate-counsel-hioscar-new-york-ny_38327770

Occupation: 23-1011 Lawyers

Date: 1/4/2019

Title: Associate General Counsel Business CommercialLeasing General CounselParalegal ASenior M&A Assistant

Poster: Compass

City: New York, NY

County: New York

Ad Job Board(s): Built in NYC

ID: 13184

Content Description:

As an Associate Counsel at Compass, you work on exciting matters that require proactive legal guidance. You're part of a group of talented in-house lawyers and the projects you work on challenge you to think creatively and constructively. You are energetic and collaborative -- ready to partner in initiatives that influence all aspects of Compass's business and work with employees and agents across the company. Your contributions will be impactful, value driven, and you will play an instrumental role on the Compass Legal Team. At Compass You Will: - Draft, review, and negotiate a wide range of routine and mission-critical commercial contracts (including independent contractor agreements, consulting agreements, non-disclosure agreements, and various services agreements) - Identify and explain non-standard terms and associated risks to relevant business stakeholders - Advise various business teams and partners on legal issues, approval processes, Compass policies and procedures, and business strategy - Support the continuous improvement of standard form agreements and legal processes, with an emphasis on efficiency and scalability - Participate in the maintenance of various contracts to ensure compliance with Compass policies and risk tolerance - Advise and assist with matters of corporate governance, organizational structure, and entity management (including routine corporate filings) What We Look For: - Strong academic credentials including a JD and membership in good standing in at least one state bar (NY bar a plus) - 1-2 years of top-tier law firm and/or in-house experience with a focus on corporate matters - Background in contract drafting and negotiation - General understanding of business and commercial affairs - Attention to detail and superior organizational skills - A creative thinker with strong problem solving skills and the ability to stay calm under pressure, work independently, handle multiple assignments simultaneously, and effectively manage deliverables with time-sensitive deadlines - A team player with low ego who can effectively work with other attorneys and legal professionals - Exceptional written and verbal communication skills and an ability to clearly and simply explain complex ideas At Compass, our mission is to help everyone find their place in the world. This means we continually celebrate the diverse community different individuals cultivate. As an equal opportunity employer, we stay true to our mission by ensuring that our place can be anyone's place.

URL: https://www.builtinnyc.com/job/legal/associate-counsel-business-and-commercial/43788https://www.builtinnyc.com/job/legal/leasing-counsel/43757https://www.builtinnyc.com/job/legal/paralegal-ma/45989https://www.builtinnyc.com/job/legal/senior-counsel-ma/45990https://www.builtinnyc.com/job/legal/senior-counsel-ma-new-york-hq/45991https://www.builtinnyc.com/job/legal/assistant-general-counsel-ma/45984https://www.builtinnyc.com/job/legal/associate-counsel-ma/45985https://www.builtinnyc.com/job/legal/counsel-ma/45986https://www.builtinnyc.com/job/legal/counsel-ma/45987https://www.builtinnyc.com/job/legal/corporate-counsel/46722

Occupation: 23-1011 Lawyers

Date: 1/6/2019

Title: Associate General Counsel

Poster: NYC HRA/Department of Social Services

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 9713

Content Description:

Job Description The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor's Office of Operations, and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide, and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor's Office of Operations is recruiting for one (1) Executive Agency Counsel MI to function as an Associate General Counsel. Responsibilities include, but are not limited to: â€¢ Analyzing the broad array of legal issues affecting Operations and MOIP, and thinking creatively about how to address these issues. â€¢ Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as necessary. â€¢ Researching models of other jurisdictions in handling complex legal issues and projects. â€¢ Assisting in supporting citywide compliance with the mandates of privacy and other relevant laws, regulations and policies. â€¢ Partnering with City agencies as needed to assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. â€¢ Representing the Office on interagency task forces, working groups, and projects. â€¢ Drafting memoranda of understanding, guidelines, policies, and other legal documents. â€¢ Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies, â€¢ Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. â€¢ Managing implementation of projects and work streams related to regulatory matters and other citywide policy issues with legal implications. â€¢ Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to advance citywide privacy protection compliance and best practices. Minimum Qual Requirements Admission to the New York State Bar; and four years of recent full-time responsible, relevant, satisfactory legal experience subsequent to admission to any bar, eighteen months of which must have been in the supervision of other attorneys, in an administrative, managerial or executive capacity, or performing highly complex and significant legal work. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Preferred Skills â€¢ A JD from an accredited educational institution, plus three (3) to five (5) years of full-time professional experience as an attorney admitted to the New York State Bar. â€¢ Experience related to privacy law analysis and data integration; comfort with data and technology concepts. â€¢ Excellent organizational, time-management, and multi-tasking skills, including the ability to take initiative, problem solve, balance competing priorities, work independently and with teams in a fast-paced environment, pay close attention to detail, meet deadlines, and work well under pressure. â€¢ Strong oral and written communication skills, including effective public speaking skills and proven ability to present the Office's position in meetings with high level officials and other governmental and private entities. â€¢ Proven ability to establish and maintain effective and congenial working relationships with a wide range of governmental and external entities. â€¢ Effective and creative leadership ability with the capacity to work both independently and cooperatively to implement key strategies, evaluate new policies, and analyze legal issues. Additional Information LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DSS/HRA/DHS qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the program's other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... To Apply CLICK "APPLY NOW" BUTTON Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/7281226-associate-general-counsel-at-nyc-hra-dept-of-social-services

Occupation: 23-1011 Lawyers

Date: 1/7/2019

Title: AVP Product Development Attorney

Poster: Arch

City: Jersey City, NJ

County: Hudson

Ad Job Board(s): GoInHouse

ID: 9692

Content Description:

Mid-level attorney to work with Arch's Enterprise Product Development team within Corporate Underwriting Services (CUS). , Review, draft and create insurance coverage forms for multiple business units and coverage lines, including standard P&C lines. Communicate and collaborate with Underwriters, Managers, Claim Attorneys, Compliance and the Legal department to ensure products remain competitive while protecting their profitability.Help business units identify and prioritize product development needs.Remain apprised of and monitor U.S. case law, regulations, legal trends and emerging issues affecting insurance coverage. , 5 - 10 years of insurance contract drafting and insurance industry experience.Strong analytical skills and attention to detail.Thorough understanding of insurance contract language and legal precedentAbility to manage projects from concept to fruition with minimal oversight Excellent time management and organizational skills.Strong oral and written communication skills.Ability to review and assess the impact of legal decisions and court cases on insurance contract language.

URL: https://www.goinhouse.com/jobs/7301871-avp-product-development-attorney-at-arch

Occupation:    23-1011 Lawyers

Date:  1/16/2019

Title:    Associate General Counsel

Poster:  RPN Executive Search

City:  New York, NY

County:  New York

Ad Job Board(s):    Association of Corporate Counsel

ID:  9474

Content Description:

A NY-based healthcare organization is seeking an Associate GC. The Associate GC will be expected to provide legal advice and guidance, and assist senior leadership with regard to the legal implications and considerations of current or prospective programs, services, agreements and/or contracts. The AGC will also review official correspondence and records to ensure legal compliance. The candidate should have six plus years of healthcare experience, preferably in an in-house environment. A JD and admission in NY state is a must.

URL: https://jobline.acc.com/jobs/11895145/ny-associate-general-counsel

Occupation:     23-1011 Lawyers

Date:   1/17/2019

Title:   Head Legal Associate General Counsel

Poster:  Travel Guard

City:  New York, NY

County:  New York

Ad Job Board(s):   Learn4Good; The Job Network

ID:   9425

Content Description:

Provide timely and cost effective legal support to DSA management and staff on all aspects of activity conducted by DSA, including with respect to: Claims Services and Third Party Administration (TPA) governance and controls, including: Developing TPA-related policies and procedures Monitoring and advising on laws and regulations applicable to the adjustment of claims under various property & casualty lines, including Workers' Compensation; General Liability; Excess Casualty; Pollution Liability; and Structured Settlements Oversight of regulatory exams and inquiries Data privacy and security Board and committee governance Claims Services and TPA Operations, including: Policyholder communications and regulatory inquiries Obtaining, maintaining and advising on TPA and adjuster licensing Processing of claims and commission payments Records management and retention Data privacy and security Contract drafting and negotiation, including: Administrative services agreements, third party administration agreements and related agreements, such as transition services and asset transfer agreements IT and non-IT vendor contracts and other outsourcing arrangements Accountable for managing lower level attorneys and paralegals as well as external coverage counsel. Responsible for partnering closely with the Compliance team, including by providing commercially useful legal advice. Accountable for building and maintaining strong working relationships with business and other functional teams. Responsible for monitoring governance practices, identifying any weaknesses and making recommendations for improvement to reflect best practices. Responsible for partnering closely with group legal team on matters including reinsurance and group-wide corporate governance Provide General Counsel with advice regarding all aspects of Property & Casualty claims adjusting and TPA activity. QUALIFICATIONS A minimum of 7 years of relevant experience with a highly recognized law firm or as a senior in-house counsel Experience with property & casualty complex claims adjusting and legal and regulatory issues related thereto, particularly with respect to legacy (run-off) portfolios Experience with claims adjuster and TPA licensing and regulatory requirements, legal issues and corporate governance Experience with property & casualty reinsurance Broad cross-functional expertise Proven effective communicator, demonstrating flexibility to adapt to different audiences Demonstrated experience as a change agent, driving innovative and effective approaches to problem solving Demonstrated commitment to excellence in the provision of legal advice Strong analytic and problem-solving skills Collaborative approach Discretion with confidential information Deep understanding of the legal system as it affects business Excellent communication and interpersonal skills Simultaneously flexible and detail-oriented Superior judgment Location/Region: New York, NY (US)

URL: https://jobs.thejobnetwork.com/Job/77025649/general-counsel-job-in-new-york-ny

Occupation: 23-1011 Lawyers

Date: 1/17/2019

Title: Senior Corporate Counsel

Poster: Salesforce.com

City: New York, NY

County: New York

Ad Job Board(s): TheLadders.com

ID: 12586

Content Description:

Role This person will play a key role in Salesforce's Legal team working with groups across the company and directly interfacing with Salesforce's customers on privacy and data protection-related issues in the United States and Latin America. This position will report to Salesforceâ€™s global head of Privacy and will be based in Salesforceâ€™s offices in New York, Chicago or Burlington. This individual will partner closely with the Privacy & Product Legal team and other teams within Legal in addition to various departments across the Company, including Security, Technology & Products, Government Affairs, Compliance, Communications, Marketing and Employee Success. Responsibilities: - Be a resident expert and resource on US, Latin America and other global privacy and data protection laws. - Partner with the Commercial Legal team in customer negotiations, including supporting the drafting and negotiation of privacy related agreements. - Work with customers, prospective customers and partners on privacy-related questions about using Salesforce's services. - Partner with members of the legal team, security team, technology team, other stakeholders and outside counsel to help ensure the company's compliance with laws, regulations, and privacy commitments in customer contracts. - Counsel on privacy and security issues related to Salesforceâ€™s use of vendors, marketing and sales activities, and employee matters. - Conduct privacy assessments of business initiatives, manage privacy compliance documentation and support compliance certifications. - Assist in developing and maintaining privacy policies and procedures, as well as strategic internal and external communications. - Assist in developing training materials and providing training to employees on privacy-related obligations. - Work with our government affairs team to help influencing Latin America privacy and data protection laws.Prepare content for our websites and other promotional privacy initiatives. Required Skills/Experience: - Undergraduate degree and JD from highly regarded schools. - At least six years combined experience in a law firm and/or in-house legal department. - At least three years experience on privacy and data protection issues, including familiarity with privacy laws in the U.S. and Europe and interest in Latin American privacy issues. - Fluent written and verbal English and Spanish language skills required. - Flexibility and understanding of the culture of a fast-paced, commercially oriented technology company. - Excellent written/verbal communication, presentation, and negotiation skills. - Highly responsive and service-oriented attitude. - Ability to organize, prioritize and manage deadlines in a fast-paced and demanding work environment. - Ability to maintain strong working relationships with internal clients. - Experience working with and influencing senior leaders. - Familiarity with technical concepts in Web applications/cloud computing. - Collaborative team player combined with ability to work independently. - Sound and practical business judgment. - Sense of humor. - Willingness to travel. Desired Skills/Experience: - Certified Information Privacy Professional. - Knowledge of Portuguese is a plus. JR30636

URL: https://www.theladders.com/job/corporate-counsel-sr-corporate-counsel-salesforce-new-york-ny_38451913

Occupation:     23-1011 Lawyers

Date:   1/18/2019

Title:    Corporate Counsel

Poster:   BCG Attorney Search

City:  White Plains, NY

County:  Westchester

Ad Job Board(s):    Bcg Attorney Search

ID:   12503

Content Description:

O0HJ153193 LOCATION New York - White Plains Submit Resume White Plains office of our client seeks corporate counsel with 7+ years of experience. The candidate will prepare, review, edit all forms of commercial and personal business agreements. Will use experience to solve problems for client situations. Provide sounding board advice to clients covering business matters beyond legal advice. Interact with clients and colleagues in a collaborative manner. Must have previous experience and be well versed in contracts. Should have practical business experience. Excellent written and verbal communication skills; Strong organizational skills; Strong analytical and problem solving abilities. 2019-01-14 12:23:25 New York 125 Park Avenue, 25th floor New York,New York 10017 Phone (212) 232-0277 | Fax (213) 895-7306

URL: https://www.bcgsearch.com/jobdetail/O0HJ153193/job.html

Occupation:    23-1011 Lawyers

Date:  1/23/2019

Title:    Senior Corporate Counsel

Poster:  OHL USA

City:  College Point, NY

County:  Queens

Ad Job Board(s):    Jobing

ID:  9266

Content Description:

Senior Corporate Counsel sought by OHL - USA, Inc. in College Point, NY. Draft & negotiate non-disclosure, teaming, & jnt vntr agrmts. Req dmstc trvl as nedd. Apply @ www.jobpostingtoday.com, # 10231.

URL: https://tucson.jobing.com/ohl---usa-inc435/senior-corporate-counsel-1-10362410

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 1/25/2019

Title: Senior Corporate Counsel

Poster: Dextpro LLC

City: Edison, NJ

County: Middlesex

Ad Job Board(s): ZipRecruiter

ID: 9244

Content Description:

Top 5 Global Technology services firm

URL:
https://www.ziprecruiter.com/clk/gLysxuSyayXMreVKxXuO7pXwQtVRx26iCqqIBRu3M4ugBupVhSK3XKyidiPu5Hl9xJTqx5puuvx
IZky3xq-2Jkfi39zUXHS5glKVnP9uAT-BTFc45WHpjL9fAkF5UDruBfOGmEKlPmOdV-
JihWeXc7Bb1NCnO1lirR5Y3jzV7l9xYIJiCfi9RV3W7p-WTI-jw41wewEOE-
3NjXsaO8sUOya_6mIJH0IlPZhuQoEhzU2uc_k1WJTPeFv7pBZDOQDwCKuBuhncjS_OViJBRvPPHzeURam27OwYBoHUGCdQzuAa
BN02YasKLDBOex9BQ20PcVPLrdZAgAqGrrrWc5lPz4OZjb-
LO7I3P9WQQpA16s0XtHXuLJTqNGmc_8Qa6HQkze9eKcH079tdzRVWqYzofqgOvUMw5SNTeDPrd5fc3Vm0kirZrszqBtE-
dol76HSBnouvVylXo7JXRyid1Hr6scIxdSxVMsthSZa5KEpj2Ro.09ef7a3b4e9b79f6b05b648c81688db6

Occupation: 23-1011 Lawyers

Date: 1/25/2019

Title: AVP Associate General Counsel American Legal Complianc

Poster: Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s): JobVertise

ID: 17329

Content Description:

Job Description - AVP, Associate General Counsel, North American Legal & Compliance Group (18000076) Job Description AVP, Associate General Counsel, North American Legal & Compliance Group-(18000076) Description Job Objectives: This position will provide legal assistance to the Programs Division, focusing on Casualty, Property and Inland Marine, and Professional lines of business. It will provide day-to-day support for the business, including product development, and related compliance support on surplus lines and admitted business. The lines of business include, but are not limited to: Commercial General Liability (including primary, umbrella and exce ...

URL: http://www.jobvertise.com/job/27252557

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 1/25/2019

Title: Senior Corporate Counsel CHC

Poster: Poster Not Listed

City: Bridgewater, NJ

County: Somerset

Ad Job Board(s): JobVertise

ID: 17345

Content Description:

Sr Corporate Counsel, CHC Job Title: Sr. Corporate Counsel Job Summary Provide sound legal and strategic advice and partner closely with the CHC North America executive management team. Leading responsibility for all general legal matters concerning the CHC North America business Provide guidance and timely legal support to general matters concerning the CHC business, including, but not limited to, trade management and new channels emergence, unfair competition, life science and consumer law, media and advertisement law. Act as a partner to the business in considering, developing and executing initiatives related to business and functional strategies, R&D and business develop ...

URL: http://www.jobvertise.com/job/27253183

Occupation:    23-1011 Lawyers

Date:  1/26/2019

Title:   Vice President Tax Counsel

Poster:  Michael Page

City:  New York, NY

County:  New York

Ad Job Board(s):    New York City Jobs Online

ID:  9203

Content Description:

VP, Tax Counsel * Apply * Email Job * Save Job Manhattan Permanent Bullet points * Major media company with exciting project * Great work life balance About Our Client Well know media company. Job Description - Research - M&A - International tax planning - Writing memos The Successful Applicant - 10+ years of tax planning experience - JD required - LLM preferred - Big Four or Law Firm experience preferred What's on Offer DOE Contact: Valerie Jordan Quote job ref: 1347808 Save Job Apply 10+ years of tax planning experience - JD required - LLM preferred - Big Four or Law Firm experience preferred Contact: Valerie Jordan

URL: https://newyorkcityjobsonline.net/job_view.php?bjobid=6866725086&keyword=&region_browse=&category=200

Occupation:    23-1011 Lawyers

Date:  1/31/2019

Title:    AVP Product Development Attorney

Poster:  Arch Insurance Group

City:  Jersey City, NJ

County:  Hudson

Ad Job Board(s):    TheLadders.com

ID:  9041

Content Description:

Overview Mid-level attorney to work with Arch's Enterprise Product Development team within Corporate Underwriting Services (CUS). Responsibilities - Review, draft and create insurance coverage forms for multiple business units and coverage lines, including standard P&C lines. - Communicate and collaborate with Underwriters, Managers, Claim Attorneys, Compliance and the Legal department to ensure products remain competitive while protecting their profitability. - Help business units identify and prioritize product development needs. - Remain apprised of and monitor U.S. case law, regulations, legal trends and emerging issues affecting insurance coverage. Qualifications - 5 - 10 years of insurance contract drafting and insurance industry experience. - Strong analytical skills and attention to detail. - Thorough understanding of insurance contractlanguage and legal precedent - Ability to manage projects from concept to fruition with minimal oversight - Excellent time management and organizational skills. - Strong oral and written communication skills. - Ability to review and assess the impact of legal decisions and court cases on insurance contractlanguage. 2018-2171

URL: https://www.theladders.com/job/avp-product-development-attorney-archcapgroup-jersey-city-nj_38571357

Occupation:     23-1011 Lawyers

Date:   2/1/2019

Title:   Senior Associate General Counsel

Poster:  Anthem, Inc.

City:  Somerset, NJ

County:  Somerset

Ad Job Board(s):    US Jobs

ID:   9003

Content Description:

Assoc General Counsel Sr - PS17499 **New** **Location:** **Los Angeles, California, United States** **Field:** Legal **Requisition #:** PS17499 **Post Date:** 9 hours ago _Your Talent. Our Vision._ **At Anthem, Inc.,** it's a powerful combination, and the foundation upon which we're creating greater access to care for our members, greater value for our customers, and greater health for our communities. Join us and together we will **drive the future of health care** . This is an exceptional opportunity to do innovative work that means more to you and those we serve at one of America's leading health benefits companies and a Fortune Top 50 Company. **Preferred location:** CareMore offices in Los Angeles, CA The **Associate General Counsel Sr** will serve as the primary legal support for Aspire and CareMore. This position will be responsible for leveraging in-depth knowledge of a legal specialty or area of law to provide advice and recommendations to executives and management on highly complex matters which have a broad organizational impact and high level of risk. Partners with clients to drive strategic outcomes and make complex decisions. Primary duties may include, but are not limited to: Carries out research of legal principles and precedents and consults with outside counsel on legal strategies on particular issues, including federal and state healthcare regulatory matters, healthcare provider scope of practice requirements and provider-centric operational strategies. Uses professional legal theories and best practices to contribute to development of company's concepts and principles and to achieve enterprise objectives in an original and highly effective way. This position is regarded as an expert in its area of expertise due to the combination of advanced legal and business knowledge. Provides general and detailed instructions for other members of the department and concise, timely briefings to senior level business and legal management. Works on extremely complex and multifaceted problems in which analysis of solutions and/or facts require an evaluation of intangible variables. Develops methods, approaches and evaluation criteria for obtaining results. Provides ad hoc work direction and supervision to other legal staff regarding support on active matters, though such leadership is subordinate to the main technical focus of this role. Assesses and mitigates risk on even the most difficult and challenging issues. Manages high-level organizational risks. Requires a JD; current license to practice law; 15 years of specific industry and/or technical legal experience post licensure including experience in managing outside counsel; or any combination of education and experience, which would provide an equivalent background. Preferred: + 10+ years of previous experience with physician group practices, and/or health care delivery systems either in-house or at a large law firm. + Ability to apply analytical skills in addressing complex legal issues. + Ability and willingness to proactively communicate with leadership, stakeholders and other members of the organization. **_Anthem, Inc. is ranked as one of America's Most Admired Companies among health insurers by Fortune magazine and is a 2018 DiversityInc magazine Top 50 Company for Diversity. To learn more about our company and apply, please visit us at careers.antheminc.com_** **_An Equal Opportunity Employer/Disability/Veteran_**

URL: https://de.jobsyn.org/106d67b5803746efb91920b6dfa79db91394

Occupation:    23-1011 Lawyers

Date:   2/3/2019

Title:   General Counsel

Poster:   Complex Networks

City:  New York, NY

County:  New York

Ad Job Board(s):   The Job Network

ID:   8938

Content Description:

Complex Networks is a global lifestyle video, brand, and media company jointly owned by Hearst and Verizon, and is one of the most influential voices in popular culture today. Complex generates over 1.2 billion video views a month across its digital channels. It is a top 10 publisher in the U.S. for social engagement on platforms such as YouTube, Facebook, Netflix, and Snapchat. Complex seeks an experienced and talented lawyer to lead its Business and Legal Affairs department as General Counsel. The General Counsel will serve as a key advisor to Complex's business and executive leadership teams, and will have overall responsibility for Complex's legal affairs, including overseeing transact ... Location/Region: New York, NY (US)

URL: https://jobs.thejobnetwork.com/Job/79742157/general-counsel-job-in-new-york-ny

Occupation:     23-1011 Lawyers

Date:   2/3/2019

Title:    Associate General Counsel Head Legal C Solutions Fortitude

Poster:   American International Group, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    Broker Hunter; GoInHouse; SnagAJob; Geebo; The Job Network

ID:   8970

Content Description:

Associate General Counsel and Head of Legal - DSA P&C Solutions, Inc. (â€œFortitude Re Groupâ€)â€‹ Functional Area: LG - Legal, Regulatory & Gov't AffairsEstimated Travel Percentage (%): Up to 25%Relocation Provided: YesAmerican General Life Insurance Company Associate General Counsel and Head of Legal - DSA P&C Solutions, Inc. (â€œFortitude Re Groupâ€)â€‹ The role is responsible for all legal and regulatory aspects of DSA P&C Solutions, Inc. (DSA), a member company of the Fortitude Re Group, which provides claims adjusting and related services for legacy (run-off) property & casualty insurance policies. This position is a direct report to the Senior Vice President & General ... Location/Region: New York, NY (US)

URL: https://jobs.thejobnetwork.com/Job/79692335/general-counsel-job-in-new-york-ny

Occupation: 23-1011 Lawyers

Date: 2/6/2019

Title: Assistant General Counsel

Poster: Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s): Craigslist

ID: 8874

Content Description:

Overview CHANGE TO WIN Job Title : Staff Attorney Annual Pay: 80K-100K/YR Location: New York or Washington, DC Assistant General Counsel Change to Win is seeking an Assistant General Counsel in New York City to provide cutting edge legal research and strategic guidance to support campaigns that challenge the power and conduct of America's largest corporations. This position demands creativity and resourcefulness, as the Assistant General Counsel is called upon to engage a wide variety of cutting edge legal issues, challenging legal questions, and areas of the law. The Assistant General Counsel conducts legal research and develops campaign strategy in collaboration with Change to Win and affiliate legal, research, organizing and communications staff on a range of subject areas including corporate accountability, competition/antitrust, consumer protection, civil rights, and employment/workplace issues. The Assistant General Counsel is also responsible for crafting regulatory complaints at the state and national level, advocating directly with agencies and regulators, and collaborating with affiliates and allies on public policy and legislation. Change to Win is a dynamic coalition of North America's most progressive labor unions and a leading force for social, racial and economic justice in our country. We engage in campaigns that confront corporations to make them take responsibility for business practices that harm workers and consumers in the U.S. and globally. Responsibilities: - Provide legal advice and review on strategies and tactics related to organizing and corporate responsibility campaigns - Research and develop new legal theories to advance worker and consumer rights and protections - Advocate directly to regulators for enforcement action, policy reforms and rulemaking - Assist workers in their efforts to change their workplaces - Provide advice on the drafting of federal and state legislation - Help develop public messaging of campaigns - Collaborate with union affiliates, outside law firms and other external allies Job Qualifications: - Law degree and at least 4 years of post-law school legal experience - Have a passion for justice and a strong commitment to workers rights - Excellent research and writing skills - Ability to drive ideas, collaborate and manage initiatives - A driver's license and travel required - Judicial clerkship a plus - Law firm experience a plus Compensation: $80-$100k plus excellent benefits. Women and people of color are strongly urged to apply. CtW does not discriminate in any of its programs, procedures or practices on the basis of age, color, disability, national or ethnic origin, political affiliation, race, religion, sex (including pregnancy), sexual orientation, gender identity or expression, or veteran status. How to Apply: Email cover letter, resume and writing sample. Please reference Assistant General Counsel in the subject line. Apply Here PI107550176

URL: https://newyork.craigslist.org/mnh/lgl/d/new-york-city-assistant-general-counsel/6813369520.html

Occupation:    23-1011 Lawyers

Date:   2/6/2019

Title:   Associate General Counsel

Poster:  Sharp Electronics

City:  Montvale, NJ

County:  Bergen

Ad Job Board(s):    Hire Heroes

ID:   11874

Content Description:

Organization: Sharp Electronics Corporation Location: US-NJ-Montvale Job ID: 2018-4531 Job Details Apply Now

URL: https://jobs.hireheroesusa.org/jobs/7698564-associate-general-counsel-at-sharp-electronics-corporation

Occupation:     23-1011 Lawyers

Date:    2/9/2019

Title:    Vice President Cybersecurity Legal

Poster:    Salesforce.com

City:  New York, NY

County:  New York

Ad Job Board(s):    Job Monkey

ID:    11789

Content Description:

Job Category Legal Job Details VP, Cybersecurity Legal Job Details: This position will lead Salesforce's Cybersecurity Legal function, which is responsible for advising on and helping to set forth the Company's strategy on cybersecurity legal matters. Reporting directly to Salesforce's EVP, Global Privacy & Product Legal, the successful candidate will partner closely with Salesforce's Security department, various teams within Salesforce's Legal department, and Salesforce's Government Affairs department. Responsibilities : - Counseling the Security team on various legal matters, such as incident response, breach notification, and board reporting. - Partnering with Security and Government Affairs to help set out and execute on the Company's cybersecurity policy priorities. - Collaborating with Salesforce's Global Privacy and Product Legal team to help ensure compliance with applicable security-related legal requirements. - Advising and reviewing security-related policies, standards, and procedures. - Be a resident expert and resource on issues related to cybersecurity legal matters. Required Skills / Experience - Undergraduate degree and a law degree from highly regarded schools. - Significant leadership experience. - 15+ years combined experience in law firm and/or in-house legal department, preferably in the technology industry, with significant cybersecurity counseling experience. - Substantive expertise in the laws governing cybersecurity. - Experience counseling on privacy and data protection issues and strong knowledge of global privacy laws. - Excellent written/verbal communication and negotiation skills. - Highly responsive with a service-oriented attitude. - Ability to organize, prioritize, and manage a high-volume workload in a fast-based and demanding work environment. - Ability to build and maintain strong relationships with internal clients. - Sound and practical business judgment. - Collaborative team player combined with ability to work independently. - Sense of humor. Desired Skills / Experience - Computer Science / Engineering background. - Certified Information Privacy Professional (CIPP) certification. Posting Statement Salesforce.com and Salesforce.org are Equal Employment Opportunity and Affirmative Action Employers. Qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender perception or identity, national origin, age, marital status, protected veteran status, or disability status. Headhunters and recruitment agencies may not submit resumes/CVs through this Web site or directly to managers. Salesforce.com and Salesforce.org do not accept unsolicited headhunter and agency resumes. Salesforce.com and Salesforce.org will not pay fees to any third-party agency or company that does not have a signed agreement with Salesforce.com or Salesforce.org. Pursuant to the San Francisco Fair Chance Ordinance and the Los Angeles Fair Chance Initiative for Hiring, Salesforce will consider for employment qualified applicants with arrest and conviction records.

URL: https://www.jobmonkeyjobs.com/career/18530730/Vp-Cybersecurity-Legal-New-York-New-York

Occupation:     23-1011 Lawyers

Date:   2/14/2019

Title:   General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):   JobVertise

ID:   11616

Content Description:

General Counsel Location: New York, NY Job Code: 1208 # of openings: 1 Description Travelzoo is a publicly-traded global media commerce company. With 25 offices and more than 28 million members in Asia Pacific, Europe and North America, we publish outstanding deals from over 2,000 travel, entertainment and local companies. A career at Travelzoo is more than a job -- its a calling. We love what we do and our team works hard to make an impact. Travelzoo is seeking a General Counsel to oversee Travelzoo s legal department and serve as a strategic advisorfor all legal matters affecting Travelzoo globally.This role requires an individual with the personal confidence, legal acumen and ...

URL: http://www.jobvertise.com/job/27472390

Occupation:    23-1011 Lawyers

Date:  2/18/2019

Title:   Senior Associate General Counsel

Poster:  Northwell Health

City:  New Hyde Park, NY

County:  Nassau

Ad Job Board(s):    The Job Network

ID:   8537

Content Description:

Graduate from a Law School. Admission to New York State Bar. Minimum of ten plus (10+) years legal experience with significant exposure to not-for-profit legal affairs. Must be computer literate. Location/Region: New Hyde Park, NY (US)

URL: https://jobs.thejobnetwork.com/Job/82048494/general-counsel-job-in-new-hyde-park-ny

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   2/18/2019

Title:    Assistant General Counsel

Poster:  SEIU

City:  New York, NY

County:  New York

Ad Job Board(s):    US Jobs; GoInHouse; AfterCollege; Service Employees International Union; Idealist; The Job Network

ID:  8539

Content Description:

Provide legal advice and review on strategies and tactics related to organizing and corporate responsibility campaigns Research and develop new legal theories to advance worker and consumer rights and protections Advocate directly to regulators for enforcement action, policy reforms and rulemaking Assist workers in their efforts to change their workplaces Provide advice on the drafting of federal and state legislation Help develop public messaging of campaigns Collaborate with union affiliates, outside law firms and other external allies Qualifications Law degree and at least 4 years of post-law school legal experience Have a passion for justice and a strong commitment to workersâ€™ rights Excellent research and writing skills Ability to drive ideas, collaborate and manage initiatives A driverâ€™s license and travel required Judicial clerkship a plus Law firm experience a plus Location/Region: New York, NY (US)

URL: https://jobs.thejobnetwork.com/Job/82144749/general-counsel-job-in-new-york-ny

Occupation:    23-1011 Lawyers

Date:  2/18/2019

Title:  Senior Corporate Counsel

Poster:  Datorama

City:  New York, NY

County:  New York

Ad Job Board(s):  The Job Network

ID:  11502

Content Description:

This person will play a key role in Salesforces Legal team working with groups across the company and directly interfacing with Salesforces customers on privacy and data protection-related issues in the United States and Latin America. This position will report to Salesforce's global head of Privacy and will be based in Salesforce's offices in New York, Chicago or Burlington. This individual will partner closely with the Privacy & Product Legal team and other teams within Legal in addition to various departments across the Company, including Security, Technology & Products, Government Affairs, Compliance, Communications, Marketing and Employee Success. Responsibilities: Be a resident expert and resource on US, Latin America and other global privacy and data protection laws. Partner with the Commercial Legal team in customer negotiations, including supporting the drafting and negotiation of privacy related agreements. Work with customers, prospective customers and partners on privacy-related questions about using Salesforces services. Partner with members of the legal team, security team, technology team, other stakeholders and outside counsel to help ensure the companys compliance with laws, regulations, and privacy commitments in customer contracts. Counsel on privacy and security issues related to Salesforce's use of vendors, marketing and sales activities, and employee matters. Conduct privacy assessments of business initiatives, manage privacy compliance documentation and support compliance certifications. Assist in developing and maintaining privacy policies and procedures, as well as strategic internal and external communications. Assist in developing training materials and providing training to employees on privacy-related obligations. Work with our government affairs team to help influencing Latin America privacy and data protection laws.Prepare content for our websites and other promotional privacy initiatives. Required Skills/Experience: Undergraduate degree and JD from highly regarded schools. At least six years combined experience in a law firm and/or in-house legal department. At least three years experience on privacy and data protection issues, including familiarity with privacy laws in the U.S. and Europe and interest in Latin American privacy issues. Fluent written and verbal English and Spanish language skills required. Flexibility and understanding of the culture of a fast-paced, commercially oriented technology company. Excellent written/verbal communication, presentation, and negotiation skills. Highly responsive and service-oriented attitude. Ability to organize, prioritize and manage deadlines in a fast-paced and demanding work environment. Ability to maintain strong working relationships with internal clients. Experience working with and influencing senior leaders. Familiarity with technical concepts in Web applications/cloud computing. Collaborative team player combined with ability to work independently. Sound and practical business judgment. Sense of humor. Willingness to travel. Desired Skills/Experience: Certified Information Privacy Professional. Knowledge of Portuguese is a plus. Location/Region: New York, NY (US)

URL: https://jobs.thejobnetwork.com/Job/82142550/corporate-attorney-job-in-new-york-ny

Occupation:    23-1011 Lawyers

Date:   2/19/2019

Title:   Corporate Counsel

Poster:  Workwave

City:  Holmdel, NJ

County:  Monmouth

Ad Job Board(s):   TheLadders.com

ID:   17088

Content Description:

WHAT YOU'LL DO: - Work with WorkWave's General Counsel on a wide variety of legal matters affecting the business - Work with the partnership team to build relationships with a variety of third parties - Draft and negotiate contracts with customers, vendors, partners and others - Maintain corporate records - Assist in privacy, data security and compliance areas - Participate in interdepartmental initiatives - Provide advice to WorkWave personnel from all business units - Review and advise on marketing collateral and marketing initiatives - Attend to intellectual property matters - Assist in ensuring compliance with applicable laws and regulations WHAT YOU'LL NEED: - 3-5 years experience in-house with a software company, or 3-5 years law firm experience providing services to software and technology companies, SaaS experience is a plus - Experience with commercial contracts, software licensing and software development agreements, as well as joint venture and corporate partnering agreements - Exposure to or experience with privacy and data security laws is a plus - Exposure to trademarks, copyrights and general intellectual property matters is a plus - Ability to maintain a high level of confidentiality - Dynamic, fast-moving, and able to quickly adjust to changing priority - Ability to multi-task, self motivated with a high attention to detail - Ability to communicate effectively and work collaboratively with others - Active bar admission, including NJ Bar Admission or ability to obtain NJ bar admission - Juris Doctor from an accredited law school - Salesforce experience is a plus

URL: https://www.theladders.com/job/corporate-counsel-workwave-holmdel-nj_38748601

Occupation:     23-1011 Lawyers

Date:   2/20/2019

Title:    JDHuntr House General Counsel Updated

Poster:   JDHUNTR

City:  New York, NY

County:  New York

Ad Job Board(s):    CareerArc

ID:   8482

Content Description:

JDHuntr In-House Counsel Jobs 28465 General Counsel (updated), New York, NY To apply go to https://www.JDHuntr.com As General Counsel you'll take the lead in all corporate strategic and tactical legal initiatives. You'll provide senior management with effective advice on company strategies and their implementation, manage the legal function, and obtain and oversee the work of outside counsel. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.careerarc.com/job-listing/jdhuntr-in-house-jobs-jobs-jdhuntr-in-house-counsel-jobs-28465-general-counsel-updated-new-york-ny-28448298

Occupation: 23-1011 Lawyers

Date: 2/21/2019

Title: Assistant General Counsel

Poster: NYC HRA/Department of Social Services

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 17056

Content Description:

Job Description The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor's Office of Operations, and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide, and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor's Office of Operations is recruiting for one (1) Agency Attorney II to function as an Assistant General Counsel. Responsibilities include, but are not limited to: • Assisting in supporting citywide compliance with the mandates of the Identifying Information Law. • Providing legal analysis and advice on complex privacy and data security matters; conducting legal research as necessary. • Representing MOIP on interagency task forces, working groups, and special projects, as needed. • Collaborating with counsel and policy staff from City agencies, the Law Department, and outside entities as needed to assist in handling legal questions and responses. • Researching models of other jurisdictions in handling complex legal privacy issues and projects. • Drafting memoranda of understanding, guidelines, and other legal documents. • Managing implementation of projects and work streams related to citywide policy issues with legal implications. • Other legal work as necessary to support the goals of MOIP and the advancement of citywide privacy protection best practices. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills • A JD from an accredited educational institution, plus one (1) to four (4) years of full-time professional experience as an attorney admitted to the New York State Bar. • Experience related to privacy law analysis and data integration work; comfort with data and technology concepts. • Excellent organizational, time-management, and multi-tasking skills, including the ability to take initiative, problem solve, balance competing priorities, work independently and with teams in a fast-paced environment, pay close attention to detail, meet deadlines, and work well under pressure. • Strong oral and written communication skills, including strong public speaking skills and proven ability to present the Office's position in meetings with senior officials and other governmental and private entities. • Proven ability to establish and maintain effective and congenial working relationships with a wide range of governmental and external entities. • Effective and creative leadership ability with the capacity to work both independently and cooperatively to implement key strategies, evaluate new policies, and analyze legal issues. Additional Information LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DSS/HRA/DHS qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the program's other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... To Apply CLICK "APPLY NOW" BUTTON Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/8187244-assistant-general-counsel-at-nyc-hra-dept-of-social-services

Occupation:    23-1011 Lawyers

Date:   2/22/2019

Title:    AVP Associate General Counsel American Legal Compliance

Poster:   Allied World Assurance

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com; The Job Network

ID:   8427

Content Description:

Job Objectives:This position will provide legal assistance to the Programs Division, focusing on Casualty, Property and Inland Marine, and Professional lines of business. It will provide day-to-day support for the business, including product development, and related compliance support on surplus lines and admitted business. The lines of business include, but are not limited to: Commercial General Liability (including primary, umbrella and excess), Commercial Automobile Liability, Property and Inland Marine, Directors & Officers Liability, Errors & Omissions Liability, and Cyber Liability. This position will be located in our New York, NY or Farmington, CT office. Duties and Responsibilities: - Serve as legal counsel to underwriters by providing advice and guidance regarding policy interpretation, claim trends and insurance laws and regulations. - Develop and draft/revise a variety of documents, including but not limited to, new insurance policies, endorsements, applications and related materials. - Support the continuous improvement of standard form agreements and legalprocesses and assist in the development and implementation of company policies and procedures. - Aid underwriters in responding to coverage requests. - Prepare responses to state insurance departments regarding objections to filed policies and endorsements. - Apprise underwriters of judicial and legislative developments affecting their lines of business. Qualifications Requirements: - Law degree and admission in at least one state. - 2-4 years legal experience. - In-house or law firm insurance coverage experience required. - Product development and coverage issues experience required. - Ability to work independently and meet short deadlines. - Ability to multi-task - Candidates should have strong analytical and technical skill sets. - Candidates should have the ability to quickly understand key business issues and operational objectives. - Candidates should be effective and confident communicators of complex messages (written and oral) to both internal and external audiences. 18000076

URL: https://www.theladders.com/job/avp-associate-general-counsel-north-american-legal-compliance-group-new-york-ny_38782512

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   2/24/2019

Title:   JDHUNTR House Senior Vice President General Counsel Secretary

Poster:   JDHUNTR

City:  New York, NY

County:  New York

Ad Job Board(s):    CareerArc

ID:   11241

Content Description:

JDHuntr In-House Counsel Jobs 28691 Senior VP, General Counsel and Secretary, New York, NY To apply go to
https://www.JDHuntr.com Senior VP, General Counsel and Secretary will be responsible for all legal and corporate secretarial matters
concerning company and its affiliates worldwide, managing the legal department, and serving as the primary legal advisor to executive
leadership team and Board of Directors. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs
DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York,
legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.careerarc.com/job-listing/jdhuntr-in-house-jobs-jobs-jdhuntr-in-house-counsel-jobs-28691-senior-vp-
general-counsel-and-secretary-new-york-ny-28474094

Occupation:    23-1011 Lawyers

Date:    2/27/2019

Title:    Corporate Counsel

Poster:  Fog Creek

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com

ID:   8313

Content Description:

Responsibilites - Enable Glitch to innovate on policy for terms of service, privacy, compliance, and intellectual property. - Serve as the primary legal advisor for product and engineering teams. - Analyze the features that Glitch builds to help protect the trust, privacy, safety and security of its users. - Help develop the companyâ€™s stance on public policy issues. - Manage agreements that comply with company policies. - Review public statements and content for risk, where appropriate. - Advise on all legal issues and risks, approval processes, company policies and procedures, intellectual property (IP) and business strategy. - Respond to inbound legal requests from our business teams. Qualifications - J.D. (or foreign equivalent) with membership in at least one state bar - 3+ years of legal experience Preferred Experience - In-house and software experience - Knowledge of international privacy and data use regulations - Experience drafting and revising company policies - Familiar with cloud computing, business associate agreements, software licensing contracts, services agreements, and privacy law - Experience drafting and managing sales contracts, licenses, partnership agreements and intellectual property agreements

URL: https://www.theladders.com/job/corporate-counsel-fogcreek-new-york-city-ny_38810849

Occupation:    23-1011 Lawyers

Date:   3/1/2019

Title:   Corporate Counsel

Poster:  Selective

City:  Branchville, NJ

County:  Sussex

Ad Job Board(s):    GoInHouse

ID:   11065

Content Description:

Provides high quality legal risk analysis, advice and counsel to Insurance Operations, Compliance, and, when requested, other business partners. Has oversight of low to moderately complex issues with limited independent decision-making authority. All job duties and responsibilities must be carried out in compliance with applicable legal and regulatory requirements. Provides high quality legal risk analysis, advice and counsel to insurance operations and, when requested, other business partners. Will provide legal risk analysis, advice and counsel relative to all aspects of insurance operations matters including compliance, revenue generating products and services, distribution channels, marketing, and insurance operations risk management.Furnishes legal risk analysis, advice and counsel on other issues as assigned by supervisor.Develops, maintains and produces meaningful management reporting tools and metrics to identify value added, trends and opportunities.Assists in providing training to the underwriting and claims departments on matters of legal, regulatory or compliance interest. Strong analytical skillsExcellent communication skills, both written and oralAbility to build strong relationships and influence the businessStrong working knowledge of P&C insurance Juris Doctor required5-10 years experience practicing law and, under general instruction, responsible for handling moderately complex issues.General working knowledge of the major lines of Property & Casualty insurance.2+ years of Regulatory and Compliance analysis experience preferred

URL: https://www.goinhouse.com/jobs/8501999-corporate-counsel-at-selective

Occupation:    23-1011 Lawyers

Date:   3/3/2019

Title:   General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    Flexjobs

ID:   8225

Content Description:

Job Description Will work on leading structure and strategy for the legal department, developing and supporting the public policy team, providing legal counsel and strategic advice, and other assigned tasks. J.D. required. Remote option with frequent travel.

URL: https://www.flexjobs.com/publicjobs/general-counsel-1043547

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  3/8/2019

Title:  Corporate Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:  8102

Content Description:

Who we are: We are Dataminr. We deliver real-time, actionable alerts that are derived from vast amounts of publicly available information. Our clients are the first to know about high-impact events and critical breaking information, giving them the opportunity to act faster and stay one step ahead when every second counts. We are a mission-driven company committed to the power of real-time information as a force for good in the world. Our groundbreaking AI and machine learning technology cuts through the noise in an increasingly complex landscape by detecting, classifying, and determining the significance of public information. Headquartered in NYC, Dataminr has revolutionized the way tha ...

URL: http://www.jobvertise.com/job/27713517

Occupation:    23-1011 Lawyers

Date:  3/8/2019

Title:    AVP Product Development Attorney

Poster:  Arch

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    GoInHouse

ID:  10784

Content Description:

Mid-level attorney to work with Arch's Enterprise Product Development team within Corporate Underwriting Services (CUS). Review, draft and create insurance coverage forms for multiple business units and coverage lines, including standard P&C lines. Communicate and collaborate with Underwriters, Managers, Claim Attorneys, Compliance and the Legal department to ensure products remain competitive while protecting their profitability.Help business units identify and prioritize product development needs.Remain apprised of and monitor U.S. case law, regulations, legal trends and emerging issues affecting insurance coverage. 5 - 10 years of insurance contract drafting and insurance industry experience.Strong analytical skills and attention to detail.Thorough understanding of insurance contract language and legal precedentAbility to manage projects from concept to fruition with minimal oversight Excellent time management and organizational skills.Strong oral and written communication skills.Ability to review and assess the impact of legal decisions and court cases on insurance contract language.

URL: https://www.goinhouse.com/jobs/8820315-avp-product-development-attorney-jersey-city-nj-at-arch

Occupation:     23-1011 Lawyers

Date:   3/11/2019

Title:   Corporate Counsel

Poster:  Poster Not Listed

City:  Branchville, NJ

County:  Sussex

Ad Job Board(s):   JobVertise

ID:   10709

Content Description:

Corporate Counsel Location US-NJ-Branchville Experience (Years) 5 Category Legal/Staff Counsel Status Full-Time Regular FLSA Status Exempt/Salaried Job ID 6352 Travel % 0-5% Overview Provides high quality legal risk analysis, advice and counsel to Insurance Operations, Compliance, and, when requested, other business partners. Has oversight of low to moderately complex issues with limited independent decision-making authority. All job duties and responsibilities must be carried out in compliance with applicable legal and regulatory requirements. Responsibilities Provides high quality legal ...

URL: http://www.jobvertise.com/job/27742372

Occupation:    23-1011 Lawyers

Date:   3/11/2019

Title:   Corporate Counsel

Poster:   OSCARS

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   10721

Content Description:

We are changing how health insurance works. Our goal is to make health insurance simple, transparent and human. We need your help to do so. We brought together leaders from top technology, service and healthcare companies to work side by side to disrupt health insurance. The result? Better people, better ideas, and better healthcare. As Corporate Counsel, you will be a key member of the Legal team responsible for new market licensing, commercial contracting, employment matters and other corporate work. This position works with virtually every department at the company, spanning offices across the country. We operate in New York, California, Texas, New Jersey, Tennessee and Ohio, and next year will add Arizona, Florida and Michigan. We anticipate further geographic expansion and new product offerings, including in the Medicare Advantage market. You should be comfortable in an ever changing environment as we continue to grow! Responsibilities: - Review, draft, edit and negotiate commercial agreements, including NDAs, BAAs, and vendor agreements of all kinds - Provide information on employment-related issues to Oscar personnel and help Oscar stay current with laws and regulations that assure a fair work environment - Coordinate and assemble Oscar's applications for insurance licenses in new markets - Assist in project management of Oscar's Medicare Advantage application and launch - Handle corporate governance and other corporate housekeeping matters, including preparing board and committee meeting agendas, meeting minutes, resolutions, and shareholder/board consents - Serve as a resource on matters of corporate law and governance - Become a company resource for contract related questions and processes; the business can rely on you and your expertise, and guidance About you: - J.D. from an ABA accredited law school and at least 2 years of relevant experience at a law firm and/or in-house - Experience and understanding of corporate law and contract drafting and interpretation - Excellent critical thinking and analytical abilities, particularly in developing conceptual understanding of new topics for yourself and others - Demonstrated ability to take ownership with strong work ethic and follow-through skills - Excellent communication and interpersonal skills, both oral and written, with a proven ability to build strong interpersonal relationships - Detail-oriented and dynamic team player who thrives in a fast-paced environment Bonus points if you have: - Experience in employment law - Experience working in the healthcare industry and knowing what a deductible actually is - Experience with startups

URL: https://www.goinhouse.com/jobs/9031368-corporate-counsel-at-oscar

Occupation:    23-1011 Lawyers

Date:   3/15/2019

Title:    Principal General Counsel Regulatory Office

Poster:   FINRA

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   16852

Content Description:

Job Summary: Render legal advice and support in connection with the complete life cycle of the adoption of new regulatory initiatives, and serve as subject matter resource in one or more areas of legal expertise.This is experienced-level professional work in which incumbents are defining their assigned roles, increasing their skills, and working with other experienced attorneys. Position may be filled at various levels depending on experience and job skills of a successful candidate. Essential Job Functions: - Provide interpretative advice to the Board of Governors and FINRA advisory committees with respect to regulatory initiatives and rule changes under consideration by the Board. - Assist in briefing and communicating regulatory initiatives to senior executives of FINRA. Must be able to provide such analysis under urgent deadlines. - Serve as a source of legal expertise within FINRA in subject areas and provide advice on questions in these subject areas. - Prepare Board materials that contain sophisticated analyses and discussions of competing policy or political considerations necessary for the informed judgment of the issues by the Board. - Review and draft new rule proposals, with increased independence; gather and incorporate views of industry participants, other regulators, and senior staff; and prepare rule filings to the SEC. - Work with the Office of the Chief Economist in conducting economic impact assessments of rulemakings. - Together with senior-level OGC attorneys, meet with senior staff of SEC, industry groups and other interested parties concerning regulatory initiatives. - May represent FINRA before industry groups. - Prepare Regulatory Notices, rule guidance and other correspondence with member firms and their outside counsel. - Demonstrate increased proficiency in conducting legal and other research into matters of regulatory policy as necessary to (1) develop rule proposals and to respond to internal and external comments, and (2) respond to interpretive and exemptive requests. - Together with senior-level OGC attorneys, identify and present original, creative, innovative and sophisticated solutions and proposals for changes to existing rules, including the elimination or reduction of unnecessary regulation and the adoption of new rules. - May serve as liaison to FINRA advisory committees as assigned. - Keep abreast of and analyze SEC, industry and other self-regulatory organization initiatives, and develop and maintain strong working relationships with SEC staff and other regulators. - Attend and speak at regulatory policy public conferences and meetings of FINRA advisory committees on areas of subject matter expertise. - May support handling of disciplinary appeals by assisting with drafting of proposed decisions. Other Responsibilities: - Participate in ad hoc special projects and initiatives as requested. - Provide status reports of assigned matters or projects. - Develop communications as needed for Chief Legal Officer and other senior management. - Provide and implement suggestions to increase efficiency and effectiveness of office procedures. Qualifications Education/Experience Requirements: - Law degree from an accredited law school, admission to a bar, and a minimum of 4-8 years of directly related legal experience. - Advanced working knowledge of laws, rules, and regulations governing the securities industry. - Strong organizational skills. - Excellent oral and written communication skills. - Excellent judgment, analytical, and interpersonal skills. Working Conditions: - Normal office conditions. - Occasional travel and extended hours may be required.

URL: https://www.goinhouse.com/jobs/9289177-principal-counsel-regulatory-office-of-general-counsel-at-finra

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  3/18/2019

Title:   General Counsel JDHUNTR House

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:  10425

Content Description:

JDHuntr In-House Counsel Jobs 29215 General Counsel, New York, NY To apply go to (link removed) Seeking an accomplished / driven in-house General Counsel to join our leadership team. Reporting directly to our Chief Operating Officer and co-founder, our General Counsel will be a strategic advisor and partner to the executive team concerning all company legal matters. To apply, visit JDHUNTR for the employer s name, contact information and job details. Please do not submit your resume to JDHUNTR. JDHUNTR is a job board and does not have any involvement in this employer s hiring process, other than listing of jobs. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California JDHuntr In-House Counsel Jobs PLEASE CLICK HERE TO APPLY 633 W. 5th Street Los Angeles, CA 90071

URL: http://www.jobvertise.com/job/27802566

Occupation:    23-1011 Lawyers

Date:  3/18/2019

Title:    Senior Corporate Counsel Practice Claims

Poster:  Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s):    JobVertise

ID:  16837

Content Description:

TriNet is a leading provider of comprehensive human resources solutions for small to midsize businesses (SMBs). We enhance business productivity by enabling our clients to outsource their HR function to one strategic partner and allowing them to focus on operating and growing their core businesses. Our full-service HR solutions include features such as payroll processing, human capital consulting, employment law compliance and employee benefits, including health insurance, retirement plans and workers compensation insurance. TriNet has a nationwide presence and an experienced executive team. Our stock is publicly traded on the NYSE under the ticker symbol TNET. If youre passionate about in ...

URL: http://www.jobvertise.com/job/27798851

Occupation: 23-1011 Lawyers

Date: 3/20/2019

Title: JDHuntr Attorney Law Senior Vice President Operations

Poster: JDHUNTR

City: New York, NY

County: New York

Ad Job Board(s): CareerArc

ID: 7812

Content Description:

JDHuntr Attorney Law Jobs 29218 Senior Vice President of Operations, Operations, New York, NY To apply go to Https://www.JDHuntr.com *highly organized, *focused, and *strategic SVP of Operations to *oversee field operations, facilities, technology operations, and F&B. *Reporting directly to the co-founder, this person *will be a critical member of the senior leadership team, setting both the strategic vision for the departments they oversee, as well as day to day operations of Field and Corporate teams. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.careerarc.com/job-listing/jdhuntr-in-house-jobs-jobs-jdhuntr-attorney-law-jobs-29218-senior-vice-president-of-operations-operations-new-york-ny-28708197

Occupation:    23-1011 Lawyers

Date:  3/20/2019

Title:    Senior Corporate Counsel Practice Claims

Poster:  TriNet

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork; Trinet Group, Inc.; GoInHouse; Geebo; The Job Network

ID:  10341

Content Description:

TriNet is a leading provider of comprehensive human resources solutions for small to midsize businesses (SMBs). We enhance business productivity by enabling our clients to outsource their HR function to one strategic partner and allowing them to focus on operating and growing their core businesses. Our full-service HR solutions include features such as payroll processing, human capital consulting, employment law compliance and employee benefits, including health insurance, retirement plans and workersâ€™ compensation insurance. TriNet has a nationwide presence and an experienced executive team. Our stock is publicly traded on the NYSE under the ticker symbol TNET. If youâ€™re passionate about in ... Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/Job/88701610/corporate-attorney-job-in-new-york-ny

Occupation:     23-1011 Lawyers

Date:   3/20/2019

Title:    Senior Corporate Counsel

Poster:   The Princeton Review

City:  New York, NY

County:  New York

Ad Job Board(s):     JobNetwork; The Princeton Review Inc

ID:   10351

Content Description:

Job Title Corporate Counsel/Senior Counsel Job Type Full Time - Permanent Location COS-New York-NY Other Location(s) Job Description About The Princeton Review The Princeton Review is a leading tutoring, test prep, and college admission services company. Every year, it helps millions of college- and graduate school--bound students achieve their education and career goals through online and in-person courses delivered by a network of more than 4,000 teachers and tutors, online resources, and its more than 150 print and digital books published by Penguin Random House. The Princeton Review is headquartered in New York, NY. The Princeton Review is not affiliated with Princeton University. For more information, visit . Follow the company on Twitter . JOB SUMMARY: Under the direction of the General Counsel, the Corporate Counsel/Senior Counsel is responsible for the wide-ranging legal needs of The Princeton Review, including our Tutor.com business. Responsibilities will include the following: - Provide advice on employment matters. - Draft, negotiate, and review contracts with, and assist in responding to RFPs issued by, state and local governments and educational institutions. - Draft, negotiate, and review a wide variety of commercial contracts, including master services agreements, vendor contracts, leases, and contracts with international franchisees. - Provide advice regarding data protection laws and regulations. - Review advertising and marketing materials. - Draft terms for consumers. - Manage the company's intellectual property. - Corporate housekeeping. Requirements QUALIFICATIONS: The Corporate Counsel/Senior Counsel must possess the strong critical thinking, analytical, and problem-solving skills and sound judgment needed to handle any legal issues that arise. Other qualifications include the following: - Doctor of Jurisprudence (J.D.) degree from an accredited law school; membership in, or eligibility for admission to, the New York Bar. - 4+ years of legal experience. - Experience in employment law. - Experience in commercial contracts. - Experience in government contracts preferred. - Experience in data protection laws and regulations preferred. - Prior law firm experience. Prior in-house experience preferred. - Superior drafting and communication skills and attention to detail. - Ability to work independently in a fast-paced environment and manage multiple priorities. **PLEASE INCLUDE A COVER LETTER & WRITING SAMPLE WITH RESUME Equal Opportunity Employer Requisition Number NY10293

URL: http://www.newyorkjobnetwork.com/job/detail/36464158/Corporate-Counsel-Senior-Counsel

Occupation:    23-1011 Lawyers

Date:  3/22/2019

Title:   Assistant General Counsel

Poster:  CBS CORPORATION

City:  New York, NY

County:  New York

Ad Job Board(s):    CBS Corporation

ID:  10279

Content Description:

CBS Television Studios is one of the industry's leading suppliers of programming for broadcast, basic and premium cable and streaming platforms. The Studio's primetime programming includes the phenomenally successful NCIS franchise; the critically acclaimed series Madam Secretary, Jane The Virgin, Crazy Ex-Girlfriend and Reign; the hit dramas Elementary, Blue Bloods, Hawaii Five-0, MACGYVER, BULL and Scorpion; the popular comedies The Great Indoors, Kevin Can Wait, SUPERIOR DONUTS and MAN WITH A PLAN; and the summer series ZOO and new suspense thriller SALVATION. The Studio also produces the Daytime Emmy Award-winning talk show THE TALK, as well as the acclaimed THE LATE SHOW with STEPHEN COLBERT and the Emmy-nominated THE LATE LATE SHOW with JAMES CORDEN. For CBS All Access, CBS Television Network's subscription video on-demand and live-streaming service, the Studio produces the highly anticipated Star Trek: Discovery, as well as critically acclaimed THE GOOD FIGHT. The Studio also produces two new series based on popular, viral segments from THE LATE LATE SHOW, CARPOOL KARAOKE for Apple and DROP THE MIC for TBS; the scripted summer series AMERICAN VANDAL for Netflix; and the comedy anthology THE GUEST BOOK for TBS. DESCRIPTION: This position is as a studio production lawyer for CBS Television Studios, a leading producer of television programming for network, cable and digital media. The attorney will be responsible for drafting and negotiating agreements in all areas of television development and production, including services agreements for producers, writers, directors and actors; rights acquisition agreements; production services agreements; co-venture agreements; and other production-related agreements. The attorney also will act as the show attorney for certain television pilots and series, and in that capacity will handle day-to-day production legal matters and counsel productions and studio executives in connection with all aspects of television development and production, including contractual issues; clearance issues involving copyright, trademark, defamation and rights of privacy; and publicity and promotional activities. This position also includes reviewing and analyzing contracts and providing risk assessments, including with regard to chain-of-title and derivative rights issues and intellectual property matters.

URL: https://cbscorporation.jobs/studio-city-ca/assistant-general-counsel/23E0BD458C924D10BBCDE190071E4BD1/job/

Occupation:    23-1011 Lawyers

Date:  3/27/2019

Title:   Associate General Counsel

Poster:  CareMount Medical

City:  Chappaqua, NY

County:  Westchester

Ad Job Board(s):    Association of Corporate Counsel

ID:  10039

Content Description:

Position Overview : The Associate/Senior Associate General Counsel will provide legal counsel to CareMount under the supervision of the General Counsel. Essential Duties and Responsibilities (including, but not limited to the following) : - Review, draft and negotiate contracts, leases, vendor agreements and other documents. - Advise members of senior management team and directors on a range of legal and compliance issues affecting the operations of multi-specialty medical group and affiliated management services organization. - Work collaboratively with Human Resources Department on employee relations issues. - Provide legal support to Compliance Committee and committees related to accountable care organization. - Develop training materials and provide presentations. - Keep apprised on new developments in New York State law, especially in the healthcare and human resources areas. - Review and revise policies. - Maintain information and confidentiality. - Perform related work as required. Performance Requirements: - Adheres to all CareMount Medical Group's policies and procedures. - Ability to handle stressful situations. Typical Physical Demands: - Work requires sitting for long periods of time; also stooping, bending and stretching for files and supplies. - Requires the use of office equipment, such as computer terminals, telephones and copiers. Typical Working Conditions: - Work is performed in administrative offices in Chappaqua. - Involves frequent contact with senior leadership, manager(s), supervisor(s) and physician(s). - May require travel to other sites. - Work may be stressful at times; interaction with others is constant and interruptive. Qualifications: - Current license to practice law in New York State. - Member in good standing of the New York State Bar. - Superior management skills including the ability to provide legal advice to senior management team, directors, and physicians. - Excellent professional presentation and organization skills with ability to multi-task. - Excellent written and oral communication skills. - Strong negotiation, analytic, problem-solving and leadership skills. - PC proficiency with Microsoft Office and Outlook - Self-starter with the ability to work independently - Extensive understanding of legal issues related to contracting; experience with managed care and other insurance contracts preferred. - Extensive understanding of legal issues related to the operations of a health care organization, including HIPAA, fraud and abuse laws, employment law, payer contracts, leases, and information technology agreements. Experience : - Minimum 8 years' experience practicing law required, 6 years' experience in a health care environment preferred. - Experience with management services organization preferred. Education : - Bachelor's Degree from an accredited college or university. - J.D. from A.B.A accredited law school. Experience : - Minimum 8 years' experience practicing law required, 6 years' experience in a health care environment preferred. - Experience with management services organization preferred. Education : - Bachelor's Degree from an accredited college or university. - J.D. from A.B.A accredited law school.

URL: https://jobline.acc.com/jobs/12152664/associate-general-counsel

Occupation:     23-1011 Lawyers

Date:   3/28/2019

Title:    Senior Corporate Counsel Latin Privacy

Poster:   Salesforce.com

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   9983

Content Description:

Job Details Role This person will play a key role in Salesforce's Legal team working with groups across the company and directly interfacing with Salesforce's customers on privacy and data protection-related issues in the United States and Latin America. This position will report to Salesforce's global head of Privacy and will be based in Salesforce's offices in New York, Chicago or Burlington. This individual will partner closely with the Privacy & Product Legal team and other teams within Legal in addition to various departments across the Company, including Security, Technology & Products, Government Affairs, Compliance, Communications, Marketing and Employee Success. Responsibilities: - Be a resident expert and resource on US, Latin America and other global privacy and data protection laws. - Partner with the Commercial Legal team in customer negotiations, including supporting the drafting and negotiation of privacy related agreements. - Work with customers, prospective customers and partners on privacy-related questions about using Salesforce's services. - Partner with members of the legal team, security team, technology team, other stakeholders and outside counsel to help ensure the company's compliance with laws, regulations, and privacy commitments in customer contracts. - Counsel on privacy and security issues related to Salesforce's use of vendors, marketing and sales activities, and employee matters. - Conduct privacy assessments of business initiatives, manage privacy compliance documentation and support compliance certifications. - Assist in developing and maintaining privacy policies and procedures, as well as strategic internal and external communications. - Assist in developing training materials and providing training to employees on privacy-related obligations. - Work with our government affairs team to help influencing Latin America privacy and data protection laws.Prepare content for our websites and other promotional privacy initiatives. Required Skills/Experience: - Undergraduate degree and JD from highly regarded schools. - At least six years combined experience in a law firm and/or in-house legal department. - At least three years experience on privacy and data protection issues, including familiarity with privacy laws in the U.S. and Europe and interest in Latin American privacy issues. - Fluent written and verbal English and Spanish language skills required. - Fluency in Portuguese preferred. - Flexibility and understanding of the culture of a fast-paced, commercially oriented technology company. - Excellent written/verbal communication, presentation, and negotiation skills. - Highly responsive and service-oriented attitude. - Ability to organize, prioritize and manage deadlines in a fast-paced and demanding work environment. - Ability to maintain strong working relationships with internal clients. - Experience working with and influencing senior leaders. - Familiarity with technical concepts in Web applications/cloud computing. - Collaborative team player combined with ability to work independently. - Sound and practical business judgment. - Sense of humor. - Willingness to travel. Desired Skills/Experience: - Certified Information Privacy Professional. -

URL: https://www.goinhouse.com/jobs/9705955-corporate-counsel-sr-corporate-counsel-us-and-latin-america-privacy-at-salesforce

Occupation:    23-1011 Lawyers

Date:  3/29/2019

Title:    Senior Corporate Counsel Director Commercial Brand

Poster:  Poster Not Listed

City: Bridgewater, NJ

County:  Somerset

Ad Job Board(s):    US Jobs

ID:  9978

Content Description:

Description: - Senior Corporate Counsel, Director - Commercial/Brand is a new position that will be responsible for the day-to-day coordination of legal work on brand and commercial work. More specifically, s/he will be responsible for, at the direction of the Vice President, Legal Affairs or his/her designee, (i) handling the day-to-day legal work related to Amneal's brand division including promotional review and general commercial and clinical contracting and (ii) handling an overseeing the day to day commercial and customer contracting for the company . The Senior Corporate Counsel, Director - Commercial/Brand role requires extraordinary organizational capabilities, in addition to outstanding technical legal skills in the relevant areas of contracting and promotional review. The successful candidate will possess a minimum of 7 years of experience.w A strong contracting and promotional review expertise is required. Essential Functions: - Oversee the company promotional review and brand matters by providing direct legal services on a broad range of matters. - Work with and help manage the Associate Corporate Counsel and his/her handling of commercial contracting - Handle clinical trial contracting - Work with and and help manage Manager Database and Legal Operations and his/her handling of all database (teamconnect) activities - Work with and help manage senior paralegal in his/her to support the carrying out of the above activities - Perform other duties as assigned. VEVRAA Federal Contractor Equal Opportunity Employer-minorities/females/veterans/individuals with disabilities/sexual orientation/gender identity

URL: https://de.jobsyn.org/2ff00fdad20d412ebd26bc92513744851394

Occupation:     23-1011 Lawyers

Date:   3/29/2019

Title:    Vice President Corporate Counsel

Poster:  Poster Not Listed

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    JobVertise

ID:   16677

Content Description:

Job Description - VP, Corporate Counsel (ANN000S9) Job Description VP, Corporate Counsel-ANN000S9 Description We are seeking an experienced attorney to join the Annuities Law Department.This position will provide counsel and support to Prudentials Annuities business on variable and fixed annuity product development, maintenance and marketing.This position also will have the opportunity to provide cross-business legal support on product development for the Individual Life Insurance Law Department, and work closely with other US business and corporate legal groups on a variety of strategic and cross-business initiatives. The position may be located in Shelto ...

URL: http://www.jobvertise.com/job/27916492

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   3/29/2019

Title:   Associate General Counsel

Poster:   Ambulatory Surgery Center

City:  Chappaqua, NY

County:  Westchester

Ad Job Board(s):   Regional Help Wanted

ID:   16682

Content Description:

Associate General Counsel Position Overview : The Associate/Senior Associate General Counsel will provide legal counsel to CareMount under the supervision of the General Counsel. Essential Duties and Responsibilities (including, but not limited to the following) : - Review, draft and negotiate contracts, leases, vendor agreements and other documents. - Advise members of senior management team and directors on a range of legal and compliance issues affecting the operations of multi-specialty medical group and affiliated management services organization. - Work collaboratively with Human Resources Department on employee relations issues. - Provide legal support to Compliance Committee and committees related to accountable care organization. - Develop training materials and provide presentations. - Keep apprised on new developments in New York State law, especially in the healthcare and human resources areas. - Review and revise policies. - Maintain information and confidentiality. - Perform related work as required. Performance Requirements: - Adheres to all CareMount Medical Group's policies and procedures. - Ability to handle stressful situations. Typical Physical Demands: - Work requires sitting for long periods of time; also stooping, bending and stretching for files and supplies. - Requires the use of office equipment, such as computer terminals, telephones and copiers. Typical Working Conditions: - Work is performed in administrative offices in Chappaqua. - Involves frequent contact with senior leadership, manager(s), supervisor(s) and physician(s). - May require travel to other sites. - Work may be stressful at times; interaction with others is constant and interruptive Qualifications: - Current license to practice law in New York State. - Member in good standing of the New York State Bar. - Superior management skills including the ability to provide legal advice to senior management team, directors, and physicians. - Excellent professional presentation and organization skills with ability to multi-task. - Excellent written and oral communication skills. - Strong negotiation, analytic, problem-solving and leadership skills. - PC proficiency with Microsoft Office and Outlook - Self-starter with the ability to work independently - Extensive understanding of legal issues related to contracting; experience with managed care and other insurance contracts preferred. - Extensive understanding of legal issues related to the operations of a health care organization, including HIPAA, fraud and abuse laws, employment law, payer contracts, leases, and information technology agreements. Experience : - Minimum 8 years' experience practicing law required, 6 years' experience in a health care environment preferred. - Experience with management services organization preferred. Education : - Bachelor's Degree from an accredited college or university. - J.D. from A.B.A accredited law school.

URL: https://regionalhelpwanted.com/hudson-valley/jobs-associate-general-counsel-the-ambulatory-surgery-center-of-westchester-chappaqua-ny/122992173/

Occupation:     23-1011 Lawyers

Date:   3/31/2019

Title:    JDHuntr House General Counsel Senior Assistant

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobSpider

ID:   16667

Content Description:

JDHuntr In-House Counsel Jobs 29259 Senior Counsel/Assistant General Counsel, General Corporate, New York, NY *with superior drafting skills and advanced client management skills. *have strong negotiating skills as well as *ability to work successfully both independently and as part of a team. Have responsibility for general legal matters, including commercial legal advice and contracts, in support of the Commerce Services segment of the company in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8527471.html

Occupation:    23-1011 Lawyers

Date:   4/2/2019

Title:   Senior Corporate Counsel

Poster:   The Princeton Review

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   6715

Content Description:

JOB SUMMARY: Under the direction of the General Counsel, the Corporate Counsel/Senior Counsel is responsible for the wide-ranging legal needs of The Princeton Review, including our Tutor.com business. Responsibilities will include the following: - Provide advice on employment matters. - Draft, negotiate, and review contracts with, and assist in responding to RFPs issued by, state and local governments and educational institutions. - Draft, negotiate, and review a wide variety of commercial contracts, including master services agreements, vendor contracts, leases, and contracts with international franchisees. - Provide advice regarding data protection laws and regulations. - Review advertising and marketing materials. - Draft terms for consumers. - Manage the company's intellectual property. - Corporate housekeeping. Job Type Full Time - Permanent Other Location(s) Requirements QUALIFICATIONS: The Corporate Counsel/Senior Counsel must possess the strong critical thinking, analytical, and problem-solving skills and sound judgment needed to handle any legal issues that arise. Other qualifications include the following: - Doctor of Jurisprudence (J.D.) degree from an accredited law school; membership in, or eligibility for admission to, the New York Bar. - 4+ years of legal experience. - Experience in employment law. - Experience in commercial contracts. - Experience in government contracts preferred. - Experience in data protection laws and regulations preferred. - Prior law firm experience. Prior in-house experience preferred. - Superior drafting and communication skills and attention to detail. - Ability to work independently in a fast-paced environment and manage multiple priorities.

URL: https://www.goinhouse.com/jobs/9860584-corporate-counsel-senior-counsel-at-the-princeton-review

Occupation: 23-1011 Lawyers

Date: 4/3/2019

Title: Head Legal Associate General Counsel

Poster: American International Group, Inc.

City: New York, NY

County: New York

Ad Job Board(s): Times Jobs; TheLadders.com

ID: 6616

Content Description:

RESPONSIBILITIES - Contract drafting and negotiation, including: - Administrative services agreements, third party administration agreements and related agreements, such as transition services and asset transfer agreements - IT and non-IT vendor contracts and other outsourcing arrangements - Accountable for managing lower level attorneys and paralegals as well as external coverage counsel. - Responsible for partnering closely with the Compliance team, including by providing commercially useful legal advice. - Accountable for building and maintaining strong working relationships with business and other functional teams. - Responsible for supporting and implementing best practices for board and committee structure and operation and development of robust policies and procedures. - Responsible for partnering closely with group legal team on matters including reinsurance and group-wide corporate governance - Provide timely and cost effective legal support to DSA management and staff on all aspects of activity conducted by DSA, including with respect to: - Claims Services and Third Party Administration (TPA) governance and controls, including: - Developing TPA-related policies and procedures - Monitoring and advising on laws and regulations applicable to the adjustment of claims under various property & casualty lines, including Workers' Compensation; General Liability; Excess Casualty; Pollution Liability; and Structured Settlements - Oversight of regulatory exams and inquiries - Data privacy and security - Claims Services and TPA Operations, including: - Policyholder communications and regulatory inquiries - Obtaining, maintaining and advising on TPA and adjuster licensing - Records management and retention - Data privacy and security - Provide General Counsel with advice regarding all aspects of Property & Casualty claims adjusting and TPA activity. QUALIFICATIONS - A minimum of 7 years of relevant experience with a highly recognized law firm or as a senior in-house counsel - Broad cross-functional expertise - Experience with property & casualty reinsurance - Experience with property & casualty complex claims adjusting and legal and regulatory issues related thereto, particularly with respect to legacy (run-off) portfolios - Experience with claims adjuster and TPA licensing and regulatory requirements, legal issues and corporate governance - Proven effective communicator, demonstrating flexibility to adapt to different audiences - Demonstrated experience as a change agent, driving innovative and effective approaches to problem solving - Demonstrated commitment to excellence in the provision of legal advice - Strong analytic and problem-solving skills - Collaborative approach - Discretion with confidential information - Deep understanding of the legal system as it affects business - Excellent communication and interpersonal skills - Simultaneously flexible and detail-oriented - Superior judgment JR1815242

URL: https://www.theladders.com/job/associate-general-counsel-and-head-of-legal-aig-new-york-ny_39116480

Occupation:   23-1011 Lawyers

Date:   4/3/2019

Title:   Senior Corporate Counsel

Poster:   Salesforce.com

City:  New York, NY

County:  New York

Ad Job Board(s):   TheLadders.com

ID:   6624

Content Description:

Job Category Legal Job Details Role This person will play a key role in Salesforce's Legal team working with groups across the company and directly interfacing with Salesforce's customers on privacy and data protection-related issues in the United States and Latin America. This position will report to Salesforce's global head of Privacy and will be based in Salesforce's offices in New York, Chicago or Burlington. This individual will partner closely with the Privacy & Product Legal team and other teams within Legal in addition to various departments across the Company, including Security, Technology & Products, Government Affairs, Compliance, Communications, Marketing and Employee Success. Responsibilities: - Be a resident expert and resource on US, Latin America and other global privacy and data protection laws. - Partner with the Commercial Legal team in customer negotiations, including supporting the drafting and negotiation of privacy related agreements. - Work with customers, prospective customers and partners on privacy-related questions about using Salesforce's services. - Partner with members of the legal team, security team, technology team, other stakeholders and outside counsel to help ensure the company's compliance with laws, regulations, and privacy commitments in customer contracts. - Counsel on privacy and security issues related to Salesforce's use of vendors, marketing and sales activities, and employee matters. - Conduct privacy assessments of business initiatives, manage privacy compliance documentation and support compliance certifications. - Assist in developing and maintaining privacy policies and procedures, as well as strategic internal and external communications. - Assist in developing training materials and providing training to employees on privacy-related obligations. - Work with our government affairs team to help influencing Latin America privacy and data protection laws.Prepare content for our websites and other promotional privacy initiatives. Required Skills/Experience: - Undergraduate degree and JD from highly regarded schools. - At least six years combined experience in a law firm and/or in-house legal department. - At least three years experience on privacy and data protection issues, including familiarity with privacy laws in the U.S. and Europe and interest in Latin American privacy issues. - Fluent written and verbal English and Spanish language skills required . - Fluency in Portuguese preferred . - Flexibility and understanding of the culture of a fast-paced, commercially oriented technology company. - Excellent written/verbal communication, presentation, and negotiation skills. - Highly responsive and service-oriented attitude. - Ability to organize, prioritize and manage deadlines in a fast-paced and demanding work environment. - Ability to maintain strong working relationships with internal clients. - Experience working with and influencing senior leaders. - Familiarity with technical concepts in Web applications/cloud computing. - Collaborative team player combined with ability to work independently. - Sound and practical business judgment. - Sense of humor. - Willingness to travel . Desired Skills/Experience: - Certified Information Privacy Professional. - Knowledge of Portuguese is a plus . JR30636

URL: https://www.theladders.com/job/corporate-counsel-sr-corporate-counsel-salesforce-new-york-ny_39118775

Occupation:    23-1011 Lawyers

Date:  4/3/2019

Title:  Senior Corporate Counsel Business Model Implementation

Poster:  Cisco

City:  New York, NY

County:  New York

Ad Job Board(s):    Black Enterprise

ID:  7537

Content Description:

> Sr Corporate Counsel, Business Model Implementation You are using an old Internet Explorer version. Please consider upgrading to version 9 or higher, or using a different browser like Chrome, Firefox or Safari. Sr Corporate Counsel, Business Model Implementation Location: New York, NY, US Area of Interest Legal Job Type Professional Technology Interest *None Job Id 1260340 New What You'll Do We are launching a revolution in Ciscoâ€™s Customer Contracting Experience! Do you have a passion for creating elegant contracts with simple, straight-forward terms that reflect shared risk between Cisco and its customers? Does designing a graphical, modern form factor for our contracts excite you? Does the idea of solving complex issues with less-than-obvious solutions energize you? Are you motivated to be a part of driving Ciscoâ€™s transformation to a recurring revenue business? Our dream is to lead not just the company, but the industry. Would you like to join us? Who You'll Work With To deliver on this critical objective, Ciscoâ€™s Legal Services organization is building out a new legal innovation design team to revolutionize the entire customer experience when transacting with Cisco. As part of the team leading the Business Model Implementation (BMI) Initiative: You will help architect a brand new, modernized, simple and elegant contracting experience for our customers â€" integrated with the SalesForce platform â€" for a fully automated end-to-end customer experience. The entire portfolio will be built on the latest technology. You will contribute to the effort of building and harmonizing new outbound and inbound contract terms: we need short, crisp, risk-smart terms that make it easy to do business with us. You will help modernize their look and feel. You will drive the contracting experience in a direction that makes it easier for partners to purchase, expand, and renew the breadth of our offerings without multiple separate and disconnected negotiations. You will assist with the design and curation of departmental Knowledge Management and training offerings. In short, we want a contract experience that delights our customers, partners, vendors, and internal clients. Who You Are Skills and experience required for this role: JD with minimum 10+ yearsâ€™ experience in combination of law firms and in-house. Excellent academic credentials. Experience working in a software or SaaS/Cloud native technology company; familiar with the operational, legal and business issues presented by selling SaaS and Cloud services. Significant experience leading complex commercial negotiations. Demonstrably superior communication, people and interpersonal skills. Excellent drafting skills. Ability to write a substantive email in five sentences or less. Creative approach to solving problems. Experience managing cross-functional projects and influencing varied stakeholders within Legal and outside Legal. Fierce organization and program management skills, with the ability to prioritize and manage several projects simultaneously under deadline pressure. Confidence and comfort interacting with individuals at every level within the organization. Our ideal candidate: Is a relationship builder. Shows up every day with a creative mindset, ready to innovate. Is passionate about simple, clear, plain-language legal drafting. Works effectively on independent tasks and collaborates well with our high energy, talented colleagues. Is allergic to the status quo. Desires to build a rewarding career with Ciscoâ€™s Legal team. Has a wicked sense of humor. Why Cisco At Cisco, each person brings their unique talents to work as a team and make a difference. Yes, our technology changes the way the world works, lives, plays and learns, but our edge comes from our people. â€¢ We connect everything â€" people, process, data and things â€" and we use those connections to change our world for the better. â€¢ We innovate everywhere - From launching a new era of networking that adapts, learns and protects, to building Cisco Services that accelerate businesses and business results. Our technology powers entertainment, retail, healthcare, education and more â€" from Smart Cities to your everyday devices. â€¢ We benefit everyone - We do all of this while striving for a culture that empowers every person to be the difference, at work and in our communities. Colorful hair? Donâ€™t care. Tattoos? Show off your ink. Like polka dots? Thatâ€™s cool. Pop culture geek? Many of us are. Be you, with us! #WeAreCisco

URL: https://jobs.blackenterprise.com/jobs/sr-corporate-counsel-business-model-implementation-112625157-d?contextType=browse

Occupation:     23-1011 Lawyers

Date:   4/7/2019

Title:   Assistant General Counsel

Poster:  Westchester Medical Center

City:  Valhalla, NY

County:  Westchester

Ad Job Board(s):    HealthCareSource

ID:  3110

Content Description:

Westchester Medical Center Health Network (WMC Health) is a system of healthcare providers affiliated with its flagship institution, Westchester Medical Center (WMC). WMC, a tertiary and quaternary care hospital, is a Level I Trauma Center and Transplant Center, operates the only Burn Center between New York City and Canada, and serves as the Regional Perinatal Center for the Hudson Valley. As the academic medical center affiliate of New York Medical College, WMC also sponsors a broad range of residency and fellowship programs. WMCHealth also includes the renowned Maria Fareri Children's Hospital, a behavioral health center, six community hospitals, several significant multi-specialty physician practices, and multiple foundations. WMCHealth is seeking an attorney with 4-6 years of practice to join its Office of Legal Affairs as an Assistant General Counsel. Reporting to the WMCHealth General Counsel and Chief Legal Officer, the candidate must have excellent interpersonal, contract drafting, and overall writing and communication skills. He/she must be able to work independently and efficiently on tight deadlines, but know when to seek guidance. The ability to work well with the existing team of more senior attorneys as well as management, and openness to direction and collaboration, is essential.Law firm or other in-house experience, as well as knowledge of healthcare law (e.g., fraud and abuse, HIPAA) is preferred.

URL: https://jobboard.healthcaresource.com/job/1131394/assistant-general-counsel/

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 4/9/2019

Title: Assistant General Counsel

Poster: Nippon Life Benefits

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 6400

Content Description:

Nippon Life Insurance Company of America (â€œNippon Life Benefitsâ€) is the U.S. subsidiary of Japan-based Nippon Life Insurance Company, one of the worldâ€™s largest mutual life insurance companies with over $520 billion in assets. We have been focused on delivering innovative employee benefits since 1991 and are proud of our A- (Excellent) rating from AM Best in 2018. We believe delivering the highest levels of service, day in and day out, is the best way to demonstrate our dedication to putting people first. We seek an Assistant General Counsel to provide legal counsel to the Company on a multitude of corporate and insurance regulatory compliance matters. Nature and Scope of Responsibilities: - Manage the Companyâ€™s legislative and regulatory tracking and implementation process. Assist in notifying appropriate staff and Senior Management of emerging law and associated compliance strategies. - Draft, review and negotiate contracts. - Assist in the Companyâ€™s group life and health insurance product development and regulatory approval process. - Respond to regulators concerning complaints, reports, surveys, market conduct exams, etc. - Review and provide legal risk assessments related to marketing/advertising materials. Qualifications / Requirements: - Juris Doctorate degree from an ABA accredited U.S. law school. - Actively admitted to practice law in New York. - 1-4 years of experience post law school graduation (entry level position). - Strong business, communication, organization and interpersonal skills. Preferred Qualifications (not requirements): - Prior in-house experience. - Experience working with life and health insurance regulation. - Experience working with US data privacy and security laws. - Experience working with regulatory tracking software. Please note in your application if you have experience with CODE by RegEd. Nippon Life Benefits is committed to a policy of equal opportunity for all qualified employees and applicants for employment without regard to race, religion, color, age, sex, sexual orientation, pregnancy or other medical condition, ancestry, marital status, national origin, handicap or disability, or status as a Vietnam era or special disabled veteran. â€¹

URL: https://www.goinhouse.com/jobs/10150415-assistant-general-counsel-at-nippon-life-benefits

Occupation:     23-1011 Lawyers

Date:   4/10/2019

Title:   Assistant General Counsel

Poster:  Health Alliance of The Hudson Valley

City:  Valhalla, NY

County:  Westchester

Ad Job Board(s):   AfterCollege

ID:   2981

Content Description:

Job Description Job Details: Westchester Medical Center Health Network (WMC Health) is a system of healthcare providers affiliated with its flagship institution, Westchester Medical Center (WMC). WMC, a tertiary and quaternary care hospital, is a Level I Trauma Center and Transplant Center, operates the only Burn Center between New York City and Canada, and serves as the Regional Perinatal Center for the Hudson Valley. As the academic medical center affiliate of New York Medical College, WMC also sponsors a broad range of residency and fellowship programs. WMCHealth also includes the renowned Maria Fareri Children's Hospital, a behavioral health center, six community hospitals, several significant multi-specialty physician practices, and multiple foundations. WMCHealth is seeking an attorney with 4-6 years of practice to join its Office of Legal Affairs as an Assistant General Counsel. Reporting to the WMCHealth General Counsel and Chief Legal Officer, the candidate must have excellent interpersonal, contract drafting, and overall writing and communication skills. He/she must be able to work independently and efficiently on tight deadlines, but know when to seek guidance. The ability to work well with the existing team of more senior attorneys as well as management, and openness to direction and collaboration, is essential.Law firm or other in-house experience, as well as knowledge of healthcare law (e.g., fraud and abuse, HIPAA) is preferred. Apply Now

URL: https://www.aftercollege.com/job/133872328/?refererPath=search

Occupation: 23-1011 Lawyers

Date: 4/16/2019

Title: Vice President Business Legal Affairs

Poster: NBC Universal

City: New York, NY

County: New York

Ad Job Board(s): NBC Universal; US Jobs; GoInHouse; TheLadders.com; Media Bistro; SnagAJob; The Job Network; Gee

ID: 2489

Content Description:

**Job Number** 48151BR **Job Title** VP, Business & Legal Affairs **Business Segment** Global Distribution and International **Sub-Business** NGDI Global Distribution **Posting Category** Legal & Business Affairs **About Us** At NBCUniversal, we believe in the talent of our people. It's our passion and commitment to excellence that drives NBCU's vast portfolio of brands to succeed. From broadcast and cable networks, news and sports platforms, to film, world-renowned theme parks and a diverse suite of digital properties, we take pride in all that we do and all that we represent. It's what makes us uniquely NBCU. Here you can create the extraordinary. Join us. **Country** United States **State** New York **City** New York **Responsibilities** **Qualifications/Requirements** **Qualifications:** + Member of California bar or other U.S. state bar. + JD or LLM degree from an accredited law school, with 10+ years of legal experience. + Experience in the entertainment industry, including a thorough understanding of and demonstrated proficiency with the distribution or acquisition of video programming for exploitation on television and in new media. + Interested candidates must submit a resume/CV online to be considered and must be willing to submit transcripts. + Willingness to work nights and on weekends, if needed. + Must have unrestricted authorization to work in the United States. + Must be willing to work in Los Angeles, CA or New York, NY **Desired Characteristics** + Strong academic credentials. + Outstanding analytic, communication and organizational skills, including excellent drafting and negotiation skills. + Collaborative, team-oriented approach. + Comfortable making legal decisions and advising on business risks. + Sound business judgment, and flexibility/adaptability to manage multiple, wide-ranging matters, conflicting deadlines, and new areas of expertise as business needs change. + Proactively identify, prioritize and resolve legal issues quickly and effectively. + Demonstrated ability, in a positive and practical manner, to approach complex legal scenarios in a thoughtful and analytic fashion. + Ability to explain complex legal concepts to business and creative executives, build consensus across business units, think creatively, and collaborate with other executives to address business needs. **Notices** NBCUniversal's policy is to provide equal employment opportunities to all applicants and employees without regard to race, color, religion, creed, gender, gender identity or expression, age, national origin or ancestry, citizenship, disability, sexual orientation, marital status, pregnancy, veteran status, membership in the uniformed services, genetic information, or any other basis protected by applicable law. NBCUniversal will consider for employment qualified applicants with criminal histories in a manner consistent with relevant legal requirements, including the City of Los Angeles Fair Chance Initiative For Hiring Ordinance, where applicable.

URL: https://de.jobsyn.org/bf075fa539164f1e93fac8540c7f710b1396

Occupation: 23-1011 Lawyers

Date: 4/16/2019

Title: Vice President Associate General Counsel

Poster: Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s): US Jobs

ID: 2730

Content Description:

VP, Associate General Counsel Job Objectives: The VP, Associate General Counsel position provides legal assistance to the Property and Inland Marine Divisions, including product development and related compliance support on surplus lines and admitted business, where applicable. Duties and Responsibilities: - Serve as legal counsel to underwriters by providing advice and guidance regarding policy interpretation, claim trends and insurance laws and regulations. - Develop and draft a variety of documents, including but not limited to new insurance policies, endorsements, applications and related materials. - Aid underwriters in responding to coverage requests from program administrators, brokers and insureds. - Prepare responses to state insurance departments regarding their comments to filed proprietary policies and endorsements. - Apprise underwriters of judicial and legislative developments affecting their lines of business. - Assist in the development and implementation of company policies and procedures. VEVRAA Federal Contractor Equal Opportunity Employer-minorities/females/veterans/individuals with disabilities/sexual orientation/gender identity

URL: https://de.jobsyn.org/ae61498d2a764e1d8f0b84180d69c81b1396

Occupation:   23-1011 Lawyers

Date:   4/20/2019

Title:   Corporate Counsel Commercial

Poster:   Lotame Solutions, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    US Jobs; GoInHouse; TheLadders.com

ID:   6016

Content Description:

Lotame is hiring Corporate Counsel (Commercial) to join its Legal team. Reporting to the GC and VP of Privacy, this hire will be responsible for advising on legal matters for the company, providing dedicated support to Lotame?s revenue teams, and building cross-functional relationships with key stakeholders. The ideal candidate is someone who is self-directed, personable, and comfortable making decisions in a fast-paced, entrepreneurial environment. Digital experience, particularly in ad tech or martech, is strongly preferred. Candidates seeking remote work arrangements and/or modified work hours will be considered and encouraged to apply. Essential Duties and Responsibilities: + Serve as dedicated legal support for the company?s revenue teams + Draft, review and negotiate commercial agreements, including data licensing agreements, SaaS agreements, data protection agreements, professional services agreements, NDA?s, and strategic partnership agreements + Drive strong relationships with internal stakeholders + Build policies and workflows to support efficient legal services + Communicate regularly with and train clients on applicable legal processes and policies + Help maintain corporate legal infrastructure, company records, and internal systems such as new contract management system + Stay up-to-date and keep key business partners informed about changes to existing policies, laws, and regulations - particularly with respect to digital privacy + Manage other legal projects and perform other duties as assigned Skills and Experience + Minimum 3 years of legal experience in a rapidly growing technology, SaaS, digital media, or ad tech company, or at a law firm serving high growth clients in such industries + Experience drafting and negotiating SaaS, partnership, data licensing and distribution agreements with minimal oversight under deadline pressure (i.e., end of quarter) + Pragmatic and solutions-oriented attorney, with an ability to quickly understand and affirmatively support business needs + Working knowledge of digital privacy and data protection laws, particularly ongoing developments (i.e., GDPR, CCPA) + Willingness to work modified hours to support teams in Europe, Asia, Australia and New Zealand + Flexible, self-starting and hard working + Genuine business partner with excellent communication and interpersonal skills + Ability to manage numerous projects simultaneously under global-oriented deadline pressures + Ability to work independently and think strategically + JD and active membership in at least one state bar About Lotame: Lotame is the world?s leading unstacked data solutions company, helping publishers, marketers and agencies find new customers, increase engagement, and grow revenue through audience data. Our real-time data management technologies, global data exchanges, and award-winning customer service make us the unrivaled, unstacked choice for clients that want a flexible, scalable and cost-effective antidote to walled gardens from the large martech stack companies. As the pioneer data management platform thirteen years ago, Lotame has continuously innovated to become the trusted data solutions company for global enterprises. Lotame is headquartered in New York City and Columbia MD, with offices around the world, including London, Singapore, Mumbai and Sydney. Learn more at www.lotame.com.

URL: https://de.jobsyn.org/d26f3cebfd0148eebbf32ef80d940b971396

Occupation:    23-1011 Lawyers

Date:  4/22/2019

Title:   Senior Corporate Counsel

Poster:  Priceline.com

City:  New York, NY

County:  New York

Ad Job Board(s):   TheLadders.com

ID:   2439

Content Description:

Our Legal teams make sure we provide a highly ethical working environment where everyone at priceline can bring their whole selves to work and deliver their very best each day. We want you to thrive â€" to feel safe, supported, valued, and growing to your highest potential! Priceline is expanding its airline reservation service internationally! We need a smart, energetic and globally-minded lawyer to help us navigate the international regulatory landscape. You will help us understand and manage legal, regulatory and industry requirements in a variety of jurisdictions around the world, starting with Asia and expanding into Europe and Latin America. You will work with outside advisors and local lawyers to understand country-specific requirements. You will help develop a strategy for rolling out the business. You will help us decide whether to set up new offices or other presences in particular countries. You will work with external and internal advisors to identify risks, including taxrisk. You will handle all contracting and commercial agreements and arrangements for this project. Over time the role may expand to include other international projects. Senior Counsel, International at priceline will report directly to the priceline General Counsel Required Skills - At least 7 years legal experience as a qualified attorney, preferably some in house experience - Exceptional legal education and law firm credentials - Experience in the travel space and/or aviation and transportation space- online travel agencies, airlines, GDSes etc a plus - Tax experience a plus - Strong international regulatory experience - Commercial and contract drafting experience, experience directly negotiating with counterparties - Willingness to travelinternationally and/or participate in conference calls or video meetings at early or late hours - Ability to work well with colleagues around the world - Intellectual curiosity - A self starter who wants to grow in the role and help us understand what we donâ€™t know - Demonstrated history of living the values important to priceline: Customer, Innovation, Team, Accountability and Trust. Unquestionable integrity and ethics. Priceline is an equal opportunity employer in accordance with all applicable federal, state and local laws. R1697

URL: https://www.theladders.com/job/sr-corporate-counsel-ir-pricelinegroup-new-york-ny_39327454

Occupation:    23-1011 Lawyers

Date:    4/23/2019

Title:    General Counsel JDHUNTR House

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobSpider

ID:    2397

Content Description:

JDHuntr In-House Counsel Jobs 29215 General Counsel, New York, NY Seeking an accomplished / driven in-house General Counsel to join our leadership team. Reporting directly to our Chief Operating Officer and co-founder, our General Counsel will be a strategic advisor and partner to the executive team concerning all company legal matters. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8589160.html

Occupation:     23-1011 Lawyers

Date:   4/25/2019

Title:    JDHuntr House General Counsel Vice President Updated

Poster:   Poster Not Listed

City:  Farmingdale, NY

County:  Nassau

Ad Job Board(s):    JobSpider

ID:   2317

Content Description:

JDHuntr In-House Counsel Jobs 29523 Vice President, General Counsel (Updated), Farmingdale, NY VP, General Counsel provides legal representation / advice to the senior management team regarding all legal and contract issues related to the Company and its business. Individual will have full responsibility for the Legal Department and will analyze business and legal risks to ensure that legal obligations, duties, and policies of the company are observed and performed, and that the Company's legal rights are protected and enforced. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8596094.html

Occupation:    23-1011 Lawyers

Date:  4/25/2019

Title:   Associate General Counsel Head Legal C Solutions Fortitude

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    Geebo

ID:  2331

Content Description:

RESPONSIBILITIESAssociate General Counsel and Head of Legal - DSA P&C Solutions, Inc. ("Fortitude Re Group") . The role is responsible for (a) leading all legal and regulatory aspects of DSA P&C Solutions, Inc. (DSA), a member company of the Fortitude Re Group, which provides claims adjusting and related services for legacy (run-off) property & casualty insurance policies and (b) providing general support to the Fortitude Re Group General Counsel in a broad array of legal and regulatory matters

URL: https://newyorkcity-ny.geebo.com/jobs-online/view/id/730936294-associate-general-counsel-and-/

Occupation: 23-1011 Lawyers

Date: 4/28/2019

Title: Senior Counsel Vice President Business Legal Affairs Direct Con

Poster: NBC Universal

City: New York, NY

County: New York

Ad Job Board(s): NBC Universal; Learn4Good; US Jobs; GoInHouse; TheLadders.com; SnagAJob

ID: 2241

Content Description:

Senior Counsel / Vice President Business & Legal Affairs Direct-To-Con 48385BR Legal & Business Affairs Direct-to-Consumer & Digital Enterprises Responsibilities Responsibilities: This position will serve as the main legal point of contact and provide legal support for a wide variety of software and related technology licenses, as well as new media distribution agreements, for the NBCU streaming service set to launch in 2020, as well as the Digital Enterprises lines of business. This role will report to the division's Vice President. Responsibilities include: â€¢Independently draft, review, negotiate and interpret a range of contracts and other legal documents, including software and technology licenses for use in connection with the service and with Digital Enterprises properties. â€¢Work closely with distribution executives to strategically plan, negotiate and draft the agreements relating to the distribution of the service and Digital Enterprises properties in various new media outlets. â€¢Coordinate with Privacy and Information Security teams to ensure personal data and confidential information is collected, used and secured in accordance with the law and company policy. â€¢Provide timely and thoughtful legal advice on potential risks and issues, and propose practical, responsive solutions. â€¢Maintain an awareness and understanding of the latest developments in the law and technology as they relate to the exploitation of content in digital media. â€¢Identify and implement improvements to forms and processes. â€¢Partner with NBCUniversal business executives, as well as colleagues in the Law Department, to discuss and implement best practices and formulate new processes in connection with business needs. â€¢Other matters as needed at the direction of the division's Vice President. Qualifications/Requirements Qualifications/Requirements: â€¢Member of New York bar or other U.S. state bar. â€¢JD or LLM degree from an accredited law school. â€¢7+ years of relevant legal experience for Sr. Counsel and 10+ years of relevant legal experience for Vice President â€¢Experience in digital / new media, including a thorough understanding of and demonstrated proficiency with the technology and distribution agreements. â€¢Interested candidates must submit a resume/CV online to be considered and must be willing to submit transcripts. â€¢Willingness to work nights and on weekends, if needed. â€¢Must have unrestricted authorization to work in the United States. â€¢Must be willing to work in New York, NY. Desired Characteristics Desired Characteristics: â€¢Strong academic credentials. â€¢Outstanding analytic, communication and organizational skills, including excellent drafting and negotiation skills. â€¢Collaborative, team-oriented approach. â€¢Comfortable making legal decisions and advising on business risks. â€¢Sound business judgment, and flexibility/adaptability to manage multiple, wide-ranging matters, conflicting deadlines, and new areas of expertise as business needs change. â€¢Proactively identify, prioritize and resolve legal issues quickly and effectively. â€¢Demonstrated ability, in a positive and practical manner, to approach complex legal scenarios in a thoughtful and analytic fashion. â€¢Ability to explain complex legal concepts to business and creative executives, build consensus across business units, think creatively, and collaborate with other executives to address business needs. Sub-Business Digital Enterprises Career Level Co-op/Intern City New York State/Province New York Country United States About Us At NBCUniversal, we believe in the talent of our people. It's our passion and commitment to excellence that drives NBCU's vast portfolio of brands to succeed. From broadcast and cable networks, news and sports platforms, to film, world-renowned theme parks and a diverse suite of digital properties, we take pride in all that we do and all that we represent. It's what makes us uniquely NBCU. Here you can create the extraordinary. Join us.

URL: https://www.goinhouse.com/jobs/10883039-senior-counsel-vice-president-business-legal-affairs-direct-to-con-at-nbc-universal-inc

Occupation:   23-1011 Lawyers

Date:  4/29/2019

Title:   Vice President Corporate Counsel Annuities

Poster:  IvyExec, LLC

City:  Newark, NJ

County:  Essex

Ad Job Board(s):   Learn4Good

ID:  2188

Content Description:

We are seeking an experienced attorney to join the Annuities Law Department. This position will provide counsel and support to Prudential's Annuities business on variable and fixed annuity product development, maintenance and marketing. This position also will have the opportunity to provide cross-business legal support on product development for the Individual Life Insurance Law Department, and work closely with other US business and corporate legal groups on a variety of strategic and cross-business initiatives. The position may be located in Shelton, CT, Hartford, CT, or Newark, NJ. The responsibilities for this position include: Providing legal advice on new Annuities product development initiatives, working closely with business partners in a team environment from product concept to product launch; Providing counsel to the Annuities marketing team on the development of advertising, sales and producer training materials, and new and innovative marketing concepts; Collaborating regularly with the Annuities Compliance and Risk Management functions in assessing risks; Working closely with legal colleagues on issues impacting the Annuities business, as well as other strategic and cross-business initiatives impacting the broader enterprise; Representing Prudential in industry committees and groups that evaluate legal issues that impact the Annuities business; and Engaging and managing outside counsel, as needed. We offer a collaborative and collegial work environment, with an enterprise focus on the growth, development and success of talented associates. Members of the Annuities legal team are part of Prudential's global Law, Compliance, Business Ethics and External Affairs (LCBE) organization. Qualifications Law degree required; Admission to the bar of at least one state, and will need to obtain the New Jersey and Connecticut Corporate Counsel licenses if not admitted to the bars in those states; At least eight (8) years relevant law firm, regulatory or insurance company law department experience; A working knowledge of annuities, including the state insurance and federal securities laws related to those products; A working knowledge of annuities operations and related legal and contractual requirements; Experience providing legal advice in connection with customer and regulatory inquiries, and interacting with regulators; Superior verbal and written communication skills; Strong interpersonal skills and ability to work with various levels of personnel, including senior management; Ability to work well in an environment where collaboration and teamwork with legal, compliance and business associates is a priority. Competencies Essential to Success: In addition to the stated qualifications for the position, an ideal candidate should possess the following core competencies: High ethical standards; Intellectual curiosity, with a strong drive to identify solutions and achieve results; Strong work ethic, with an ability to work in a fast-paced environment; Practical problem-solving skills; Courage and confidence to speak up, challenge and advocate for a point of view; A talent mindset â€" understands talent to be a strategic differentiator and works toward developing themselves and others; An external focus â€" maintains a strong network of resources in the industry, including peer companies and trade associations, and consistently tracks emerging issues An ability to engage in intelligent risk taking â€" excellent judgment and the ability to comfortably make clear, rational and timely decisions in the best interests of Prudential consistent with available facts and applicable laws and regulations Strong customer-service mindset; and Flexibility to adapt to rapidly changing needs of business partners and the broader enterprise. Some travel to other offices may be required

URL: https://www.learn4good.com/jobs/newark/new-jersey/law_and_legal/33157745/e/

Occupation:    23-1011 Lawyers

Date:  4/29/2019

Title:   Assistant General Counsel

Poster:  IvyExec, LLC

City:  New York, NY

County:  New York

Ad Job Board(s):    Learn4Good; The Job Network

ID:  5739

Content Description:

Provide legal advice and review on strategies and tactics related to organizing and corporate responsibility campaigns Research and develop new legal theories to advance worker and consumer rights and protections Advocate directly to regulators for enforcement action, policy reforms and rulemaking Assist workers in their efforts to change their workplaces Provide advice on the drafting of federal and state legislation Help develop public messaging of campaigns Collaborate with union affiliates, outside law firms and other external allies Qualifications Law degree and at least 4 of post-law school legal experience Have a passion for justice and a strong commitment to workers' rights Excellent research and writing skills Ability to drive ideas, collaborate and manage initiatives A driver's license and travel required Judicial clerkship a plus Law firm experience a plus

URL: https://www.learn4good.com/jobs/new-york-city/new-york/law_and_legal/33101080/e/

Occupation:    23-1011 Lawyers

Date:   4/30/2019

Title:    Senior Counsel Vice President Business Legal Affairs Direct

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   2157

Content Description:

Direct-to-Consumer & Digital Enterprises Responsibilities: Responsibilities: This position will serve as the main legal point of contact and provide legal support for a wide variety of software and related technology licenses, as well as new media distribution agreements, for the NBCU streaming service set to launch in 2020, as well as the Digital Enterprises lines of business. This role will report to the divisions Vice President. Responsibilities include: Independently draft, review, negotiate and interpret a range of contracts and other legal documents, including software and technology licenses for use in connection with the service and with Digital Enterprises properties. Wo ...

URL: http://www.jobvertise.com/job/28215052

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   4/30/2019

Title:    Corporate Counsel

Poster:   Bonobos, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    Uncubed; GoInHouse; TheLadders.com; themuse; Bonobos, Inc.

ID:   5701

Content Description:

Bonobos is looking for a bright, business-minded, and self-motivated Corporate Counsel to help meet the demands of our rapidly expanding business. At Bonobos, we're redefining how customers browse, discover and shop for apparel. As the largest digitally native apparel company in the US, we are poised to make groundbreaking advances in how customers shop. Bonobos is uniquely positioned to delight customers by connecting our showroom stores (we call them Guideshops) to our online experiences. We're inventing the future of retail and our customers are fanatical about our clothes and our world-class customer service. What you'll do... - Negotiate, draft and review a wide range of commercial agreements, including: consulting, SaaS and other vendor agreements, NDAs, co-promotion/sponsorship agreements, and those supporting social media and influencer marketing, IP and content licensing, and digital and print media production - Advise on legal issues related to marketing and promotional programs, including review of all customer-facing advertising and marketing materials, rights clearance issues, claim substantiation, and contests/sweepstakes - Create scalable processes for triaging a high volume of disparate legal issues from all areas of the business and help provide training, create templates and manage workflows to allow business teams to move quickly while addressing key risks You... - Have at least 4-6 years' experience at a top law firm, ideally with some in-house experience (experience with an e-commerce company a plus) - Have a JD from a top accredited law school, exceptional academic credentials (yes, really) and are a member in good standing of the New York bar or eligible to register as in-house counsel in New York - Have exceptional judgment and are able to act decisively in situations requiring quick but thorough analysis and decision-making, while understanding when and how to appropriately escalate issues - Are highly detail-oriented, with strong organizational and communication skills, and the ability to prioritize and re-prioritize based on changing business needs in a fast-paced environment - Embrace projects large and small (yes, even those boilerplate contracts must (unfortunately) be reviewed) - Have an entrepreneurial spirit and are excited by the challenges that come along with building a disruptive business - Are psyched to help build and improve internal processes and best practices/policies We... - Work hard because we love what we're doing, but also believe in balance (say hello to unlimited vacation days!) - Back up our talk with a competitive compensation and benefits package, challenging projects, random acts of team-wide fun and awesome co-workers that feel like family - Value self-awareness, intellectual honesty, judgment, empathy & positive energy â€" often over experience - Are located in the Flatiron District in the heart of Manhattan - Have a passion for delivering a superior experience to our customers, clients, vendors & one another - Are excited to hear from you

URL: https://boards.greenhouse.io/bonobos/jobs/1667281

Occupation: 23-1011 Lawyers

Date: 4/30/2019

Title: Vice President Assistant General Counsel

Poster: Allied World Assurance

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse; TheLadders.com; Allied World Assurance Company

ID: 5703

Content Description:

Job Objectives: This position will provide legal assistance to the Programs Division, focusing on Casualty, Property and Inland Marine, and Professional lines of business. It will provide day-to-day support for the business, including product development, and related compliance support on surplus lines and admitted business. The lines of business include, but are not limited to: Commercial General Liability (including primary, umbrella and excess), Commercial Automobile Liability, Property and Inland Marine, Directors & Officers Liability, Errors & Omissions Liability, and Cyber Liability. This position will be located in our New York, NY office. Duties and Responsibilities: - Serve as legal counsel to underwriters by providing advice and guidance regarding policy interpretation, claim trends and insurance laws and regulations. - Develop and draft/revise a variety of documents, including but not limited to, new insurance policies, endorsements, applications and related materials. - Aid underwriters in responding to coverage requests from program administrators, brokers and insureds. - Prepare responses to state insurance departments regarding their comments to filed proprietary policies and endorsements. - Apprise underwriters of judicial and legislative developments affecting their lines of business. - Assist in the development and implementation of company policies and procedures. Qualifications - Law degree and admission in at least one state. If not admitted in New York, must successfully register as in-house counsel with the Appellate Division of the Supreme Court of the New York Court of Appeals and Office of Court Administration. - At least 7 years legal experience. - In-house or law firm insurance coverage experience required. - Product development (including policy drafting) and coverage issues experience required. - Ability to work independently, handle multiple projects simultaneously, deal with conflicting agendas and meet short deadlines. - Strong analytical and technical skills. - Ability to quickly understand key business issues and operational objectives. - Effective and confident communicator of complex messages (written and oral) to both internal and external audiences. - Decisive and principled. - Individual must be detail-oriented and highly organized. - Good interpersonal skills and a positive team member.

URL: https://www.goinhouse.com/jobs/10944495-vp-assistant-general-counsel-at-allied-world

Occupation:    23-1011 Lawyers

Date:  5/1/2019

Title:  Document Review Attorney Special Counsel

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:  2129

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming project in New York, NY , which is scheduled to start on 5/13/2019 . Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: 5/13/2019 - Expected Duration: 1 year - Hour requirement: 40 hour minimum per week - Pay: Market Rate - Location: Special Counsel Review Center in New York, NY Required Qualifications: - eDiscovery experience: - Bar/License: Any, must be active and in good standing - Other: 2 years experience with Commercial Contracts and privacy issues related to commercial contracts If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/document-review-attorney-with-contracts-experience-attorney/?ID=US_EN_66_869813_2659406

Occupation:    23-1011 Lawyers

Date:  5/2/2019

Title:    General Counsel Distribution

Poster:  McCormack Schreiber Legal Search Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    Association of Corporate Counsel

ID:  5645

Content Description:

Our client, a national distribution company headquartered in Detroit, is actively seeking an experienced attorney to join as General Counsel. Target candidates must have general corporate experience with commercial agreements and contracts, assisting with M&A deals, and fielding a range of business matters. Experience working with employment matters a plus. Must have 5+ years of in-house experience â€" preferably from a large company. This is a unique opportunity to join a dynamic and growing company with competitive compensation and benefits that offers a collaborative Midwestern culture. Internal Number: RJ90378551

URL: https://jobline.acc.com/jobs/12300827/new-general-counsel-national-distribution-company-detroit

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 5/2/2019

Title: Avp Associate General Counsel

Poster: SCOR

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 5650

Content Description:

Job Summary The AVP will deliver a comprehensive, reasoned and commercially viable contract wordings service to the Americas' P&C Treaty Underwriting Team. The role holder will be responsible for: - Providing the required legal input and advice to and will be a member of the Americas' reinsurance contracts wording team - Reviewing and drafting reinsurance contract wordings. - Monitoring, understanding, analyzing and proactively developing P&C's contract wording responses to emerging (re)insurance issues and trends, requiring a focus on and understanding of North and South American trends as well as an awareness and understanding of global developments and trends. The role holder will also participate in and contribute to the P&C Division's broader contract wording activities. The role holder will be familiar with and will keep apprised of: - The regulatory regimes within which P&C Americas operates and their respective requirements vis a vis contract wordings - The P&C Division's claims experience and issues that may impact the contract wordings used. As time permits, the role holder will be expected to drive and/or support (depending on capacity) a refresh and updating of the P&C division's Global Wordings Library and to support the review and development of direct contract wordings to support the P&C Specialty Division's efforts to increase the size of the P&C Division's direct insurance operations. The role holder will be expected to be commercial and pragmatic and to understand the impact of market conditions and client relationships on contract wordings, while being able to clearly and succinctly articulate contract wordings issues to the underwriting community (and management), to evaluate the risks associated wordings and to develop commercial risk mitigation options. Finally, the role holder will be expected to provide general legal support to the P&C Legal function as time and experience permits. The role holder will report directly to the Americas' Associate General Counsel and Senior Legal Counsel P&C, with a dotted reporting line to the CEO P&C Partners. The role holder will also interact extensively with the Americas' General Counsel and the P&C Division's Chief Legal Counsel. Key duties and Responsibilities â€¢ Provide legal drafting, review and advice (primarily) to the Americas reinsurance business lines and their leadership with respect to reinsurance wordings, including: o Provide legal analysis and support on contracts drafting, standard clauses/wordings o Identify and address legal risks and trends attendant to proposed wordings and to proactively develop and provide business-oriented and solution driven legal advice o Conduct/support contract negotiations as needed for reinsurance wordings o Develop/retain an industry network to further support the business and P&C wordings initiatives â€¢ Develop and deliver training to the P&C Division related to industry trends and standards and reinsurance wordings â€¢ Contract/document drafting, review, negotiation and completion within expected timeframes and to a high standard of quality â€¢ Provide support to the Chief Claims Counsel re any claims/coverage related issues arising from drafting/wording issues â€¢ Accurately and timely deliver all assigned tasks â€¢ Identify and protect the SCOR's interests in all matters. â€¢ Assume significant roles in Divisional contract wording projects to enable the business units/internal clients to achieve goals, including a refresh and updating of the P&C Division's Global Wordings Library â€¢ Proactively engage in the business processes of assigned internal clients, so as to anticipate contract wording needs and risks and work with the clients to manage the same Required experience & competencies Experience: â€¢ 3+ years relevant (re)insurance legal experience in private practice or an in-house corporate environment â€¢ In depth expertise in contract drafting, negotiation and lawyering skills and the commercial application of (re)insurance law and wordings â€¢ A track record of having the ability to accurately assess the degree of legal risk and opportunity in a given situation and the ability to develop solutions to mitigate legal risk â€¢ Experience of influencing and motivating others Personal Competencies: â€¢ Problem Solving - Ability to identify and analyze issues, proposals and rolling out relevant solutions after appropriate approvals â€¢ Communication â€" Strong written and oral communication skills the ability to determine how and when to develop/sustain a message and/or an idea and the ability to deploy the right tools to present information â€¢ Decision Making â€" an ability to promptly make decisions and/or to roll out decisions, reflecting all available information and appropriate risk assessments â€¢ Independence - A proven self-starter who takes the initiative and can act independently when needed and make his/her own decisions â€¢ Presence/Reputation â€" An established and authoritative network of relationships â€¢ Accountability - Alerts, raises the critical points when needed, shoulders and corrects his/her decisions and shows responsibility regarding cost management â€¢ Commitment - Makes the effort to bring his/her skills and uses his/her expertise to contribute to the success of the Division â€¢ Curiosity - An appetite for learning and developing his/her-self in his/her field Digital Competencies: â€¢ Ability to employ information: identify, recognize, record and store digital information to facilitate retrieval and use â€¢ Ability to access information: locate, select and retrieve digital information â€¢ Ability to turn information into business insights, analyze trends

and how to compare or combine relevant data sets â€¢ Ability to determine information needs: recognize, define and articulate digital information needs Managerial competencies (if applicable): â€¢ Leadership - Demonstrates a capacity to drive positively, to convince, to federate around a common purpose and to collectively move forward and acts as a role model â€¢ Team Spirit - Helps his/her colleagues and facilitates working relationships seeking a consensus â€¢ Feedback - Gives and takes into consideration constructive remarks with his/her management, peers, clients and employees â€¢ Flexibility - Adapts to change and shows reactivity to make the best of it Required Education â€¢ J.D. from an accredited law school â€¢ Licensed to practice and a member in good standing in at least one state

URL: https://www.goinhouse.com/jobs/11039730-avp-associate-general-counsel-at-scor

Occupation:     23-1011 Lawyers

Date:   5/3/2019

Title:    JDHUNTR House Senior Vice President General Counsel Secretary

Poster:   JDHUNTR

City:  New York, NY

County:  New York

Ad Job Board(s):    CareerArc

ID:   2065

Content Description:

JDHuntr In-House Counsel Jobs 28691 Senior VP, General Counsel and Secretary, New York, NY To apply go to https://www.JDHuntr.com Senior VP, General Counsel and Secretary will be responsible for all legal and corporate secretarial matters concerning company and its affiliates worldwide, managing the legal department, and serving as the primary legal advisor to executive leadership team and Board of Directors. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.careerarc.com/job-listing/jdhuntr-in-house-jobs-jobs-jdhuntr-in-house-counsel-jobs-28691-senior-vp-general-counsel-and-secretary-new-york-ny-28474094

Occupation:    23-1011 Lawyers

Date:  5/3/2019

Title:    Legal Corporate Counsel Operations

Poster:  Poster Not Listed

City:  Bridgewater, NJ

County:  Somerset

Ad Job Board(s):    JobVertise

ID:  5597

Content Description:

Corporate Counsel - US Legal Operations, Bridgewater, NJ Job title:Corporate Counsel Reporting To: Head, US Contracting & Transversal Support Location: Bridgewater, NJ Job purpose: Legal support for all US Contracting Operations, including Procurement Contracting, Contracting Processes, as well as Corporate Governance. Key Accountabilities: Contracting Draft and negotiate various agreements of relative complexity,predominantly in the area ofProcurement/ Buy-side agreements including various services and supply agreements/master services agreements, market research, patient support programs, COGS, construction, Information Technology/SAAS/data, detailing, contracted workfo ...

URL: http://www.jobvertise.com/job/28227672

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   5/5/2019

Title:    JDHuntr House General Counsel Updated

Poster:   JDHUNTR

City:  New York, NY

County:  New York

Ad Job Board(s):    CareerArc

ID:   2027

Content Description:

JDHuntr In-House Counsel Jobs 28465 General Counsel (updated), New York, NY To apply go to https://www.JDHuntr.com As General Counsel you€™ll take the lead in all corporate strategic and tactical legal initiatives. You€™ll provide senior management with effective advice on company strategies and their implementation, manage the legal function, and obtain and oversee the work of outside counsel. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.careerarc.com/job-listing/jdhuntr-in-house-jobs-jobs-jdhuntr-in-house-counsel-jobs-28465-general-counsel-updated-new-york-ny-28448298

Occupation: 23-1011 Lawyers

Date: 5/5/2019

Title: JDHuntr Attorney Law Senior Vice President Operations

Poster: JDHUNTR

City: New York, NY

County: New York

Ad Job Board(s): CareerArc

ID: 2029

Content Description:

JDHuntr Attorney Law Jobs 29218 Senior Vice President of Operations, Operations, New York, NY To apply go to Https://www.JDHuntr.com *highly organized, *focused, and *strategic SVP of Operations to *oversee field operations, facilities, technology operations, and F&B. *Reporting directly to the co-founder, this person *will be a critical member of the senior leadership team, setting both the strategic vision for the departments they oversee, as well as day to day operations of Field and Corporate teams. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.careerarc.com/job-listing/jdhuntr-in-house-jobs-jobs-jdhuntr-attorney-law-jobs-29218-senior-vice-president-of-operations-operations-new-york-ny-28708197

Occupation:     23-1011 Lawyers

Date:   5/5/2019

Title:    General Counsel JDHUNTR House

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   5524

Content Description:

JDHuntr In-House Counsel Jobs 28991 General Counsel, New York, NY To apply go to (link removed) Responsible for all legal, regulatory, and contracting matters. Work closely with members of the executive leadership team regarding customer, vendor, and partner relationships, as well as on insurance, compliance, and corporate governance matters. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California In-House Counsel Jobs JDHuntr

URL: http://www.jobvertise.com/job/28252237

Occupation:    23-1011 Lawyers

Date:  5/6/2019

Title:    Senior Corporate Counsel

Poster:  MeiraGTx

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse; Monster; The Job Network

ID:  5509

Content Description:

Senior Corporate Counsel MeiraGTx is seeking an outstanding and experienced corporate attorney to be the company's second in-house lawyer. We are a four-year-old NASDAQ-listed clinical stage gene therapy company focused on potentially curative treatments for patients living with serious diseases, including Parkinson's Disease and full or partial blindness due to Inherited Retinal Disease. As Senior Corporate Counsel, you will report to our newly-hired General Counsel and will play a critical role in supporting the company's US and UK operations and its corporate governance and SEC compliance activities. Responsibilities: - Advise on broad range of corporate governance matters and ensure compliance Location/Region: New York, NY (10261)

URL: https://jobs.thejobnetwork.com/Job/99196276/corporate-attorney-job-in-new-york-ny-10261

Occupation:    23-1011 Lawyers

Date:    5/6/2019

Title:    Assistant General Counsel

Poster:    NYC Dept. of Info. Tech & Telecom. (DOITT)

City:    New York, NY

County:    New York

Ad Job Board(s):    GoInHouse

ID:    7256

Content Description:

Job Description DoITT provides for the sustained, efficient and effective delivery of IT services, infrastructure and telecommunications to enhance service delivery to New York City's residents, businesses, employees and visitors. As the City's technology leader, DoITT is responsible for maintaining the foundational IT infrastructure and systems that touch every aspect of City life from public safety to human services, from education to economic development crossing the full spectrum of governmental operations. The Opportunity The Office of General Counsel seeks an accomplished and highly capable attorney to join its Contracts Unit to draft and negotiate contract documents in support of the Department s responsibility to provide appropriate, reliable, cost-effective and responsive information technology and telecommunications products and services for the benefit of the City. These contracts include the procurement of sophisticated technologies that are critical to City operations, and range in value from tens of thousands of dollars to hundreds of millions of dollars in products and services. Working under the supervision of Senior Counsel, the Contracts Counsel will perform duties including: What You Will Do The successful candidate will serve as an Assistant General Counsel reporting to the Office of the General Counsel. Responsibilities will include: â€¢ Coordinate and lead contract negotiations with prospective vendors, or assist agency managers in conducting such negotiations; â€¢ Draft contracts or contract provisions; â€¢ Interview agency personnel to gain an understanding of planned programs and projects in order to formulate the contracting objectives; â€¢ Review and revise draft solicitation documents (such as invitations for bids and RFPs); â€¢ Review and revise draft contracts submitted by prospective vendors; â€¢ Provide advice and information to agency personnel about the negotiation, drafting, and administration of contracts; â€¢ Consult personnel of the Cityâ€™s Law Department or the Mayorâ€™s Office of Contract Services as warranted; â€¢ Maintain productive and amicable relationships with vendors and prospective vendors. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills The preferred candidate should possess the following: â€¢ Knowledge of general contract law principles; â€¢ Experience negotiating and drafting information technology and telecommunications contracts; â€¢ Knowledge of contract provisions relevant to different types of information technology contracts (for example, licensing, cyber-security, cloud computing, artificial intelligence); â€¢ Knowledge of state and local law. To Apply Careers, and search for Job ID #387766 For all other applicants, please go to www.nyc.gov/jobs/search and search for Job ID #387766 SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL RECEIVE AN INTERVIEW APPOINTMENTS ARE SUBJECT TO OVERSIGHT APPROVAL The Department of Information Technology & Telecommunications and the City of New York are equal opportunity employers. DoITT participates in E-Verify Hours/Shift Day Work Location Brooklyn, NY Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/11163483-assistant-general-counsel-at-nyc-dept-of-info-tech-telecomm

Occupation:    23-1011 Lawyers

Date:    5/7/2019

Title:    JDHuntr Attorney Law Corporate Counsel Holmdel

Poster:    Poster Not Listed

City:    Holmdel, NJ

County:    Monmouth

Ad Job Board(s):    JobSpider

ID:    5453

Content Description:

JDHuntr Attorney Law Jobs 29473 Corporate Counsel, General Corporate, Holmdel, NJ *a dedicated and highly motivated lawyer with extensive experience in *drafting and *negotiating supplier and/or customer contracts. *will have a strong background in all types of software licensing contracts, ideally in the telecommunications sector. *will need to be able to think on their feet and bring about swift resolution of contractual matters in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8627959.html

Occupation:     23-1011 Lawyers

Date:   5/9/2019

Title:    JDHuntr Corporate House Senior Director Associate General Counsel

Poster:  Poster Not Listed

City:  South Plainfield, NJ

County:  Middlesex

Ad Job Board(s):    JobSpider

ID:   5392

Content Description:

JDHuntr Corporate In-House Jobs 29487 Senior Director, Associate General Counsel â€" Commercial, General Corporate, South Plainfield, NJ *provides legal support for companyâ€™s commercial operations (including but not limited to sales, marketing, market access and reimbursement, and patient advocacy) in North America. *Working in close partnership and collaboration with the General Counsel â€" Americas, the role *provides hands-on, *day-to-day legal support and *advice, and *business partnership for the US and Canada commercial teams, on a wide range of legal matters in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8635955.html

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 5/15/2019

Title: JDHuntr House General Counsel Vice President Updated

Poster: JDHUNTR

City: Farmingdale, NY

County: Nassau

Ad Job Board(s): CareerArc

ID: 1703

Content Description:

In-House Jobs California JDHuntr 29523 Vice President, General Counsel (Updated), Farmingdale, NY To apply go to https://www.JDHuntr.com VP, General Counsel provides legal representation / advice to the senior management team regarding all legal and contract issues related to the Company and its business. Individual will have full responsibility for the Legal Department and will analyze business and legal risks to ensure that legal obligations, duties, and policies of the company are observed and performed, and that the Company's legal rights are protected and enforced. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.careerarc.com/job-listing/jdhuntr-in-house-jobs-jobs-in-house-jobs-california-jdhuntr-29523-vice-president-general-counsel-updated-farmingdale-ny-29221838

Occupation: 23-1011 Lawyers

Date: 5/15/2019

Title: AVP Product Development Attorney

Poster: Poster Not Listed

City: Jersey City, NJ

County: Hudson

Ad Job Board(s): JobVertise

ID: 1706

Content Description:

AVP, Product Development Attorney AVP, Product Development Attorney Job Locations US-MO-Kansas City | US-NJ-Jersey City Job ID 2018-2187 # of Openings 1 Category Corporate Underwriting The Position Mid-level attorney to work in Arch Insurances Enterprise Product Development team within Corporate Underwriting Services (CUS) to service Arch Insurances Lenders business unit. Job Responsibilities Review, draft and create insurance coverage forms for multiple business units and coverage lines, including standard P&C lines. Communicate and collaborate with Underwriters, Managers, Claim Attorneys, Complian ...

URL: http://www.jobvertise.com/job/28349385

Occupation:    23-1011 Lawyers

Date:    5/15/2019

Title:    Associate General Counsel Director Relations

Poster:    Fedcap Rehabilitation Services

City:    New York, NY

County:    New York

Ad Job Board(s):    ZipRecruiter

ID:    5165

Content Description:

The Fedcap Group is a family of companies that provides programs and services that changes the lives of persons with barriers. We help individuals move toward independence as valued members of their communities and in the workplace. Fedcap was one of the first vocational rehabilitation programs for the physically disabled in the United States and has broadened its services to address many more people who are marginalized. An organization started in 1935 by three World War I veterans who came home from war and could not find work because of their injuries, has become a vibrant organization where the opportunities are endless. Fedcap employees take pride in their work and enrich the lives of others. We are each a part of a team that makes a difference every day and provides the "Power of Possible."

URL:
https://www.ziprecruiter.com/clk/sssvwGD6iKPkeFwDYUPNCYYZTaESU1ncFgUslVDQeQuWV7pAZ4RQsBBVXrkGgJ84Anfv8XBK
2vE00UtWzLf2rTs9hdd4em7D9vSvJO8g5uArsnsihL-gJY3W_pY-Sc1HdLPcHMHURU-39Y0pKd75jJFwyAHM4a1ttfE--
oJB87aQKzCZZC7GNYHKrEm9QyfMJhMnqO_accmgagj_5xRMFIeb2cTAu_xkra2cA9AYyBpkWBl1O53tPwmtF9XjKZDfC_pjb9O0K
Dj8qAuuXAihi_oQP4d6W76tbAPfQALhjsstZSlK-
ox40qYSpgGojNAmUltw0LHg5fziinE5pNPtM1M9Y0bvdf2WCl8BYc5GafO4ysooaAMUwBLni9NjjLFxCpOj1JTYJeN-SUBqOzfnuIf-
0WgahY8o4XsIHMrlSqvJVZnOOL4kS6UDHmT2PCIPC6Yh6dw1xU2g0IJHA8FGYALf5serlKpvyVAn3AOaky-
d5BC7tP9rmHriirEI8zs2-cwrBvpOIlQqQiucJ8GyHYJ4uw2pc8rLMmNDds5xOe8.3c0446c17be95a13fd5ab20899f9854b

Occupation: 23-1011 Lawyers

Date: 5/15/2019

Title: House JDHuntr Vice President Couns

Poster: Poster Not Listed

City: Farmingdale, NY

County: Nassau

Ad Job Board(s): JobVertise

ID: 5178

Content Description:

In-House Jobs California JDHuntr 29523 Vice President, General Counsel (Updated), Farmingdale, NY To apply go to (link removed) VP, General Counsel provides legal representation / advice to the senior management team regarding all legal and contract issues related to the Company and its business. Individual will have full responsibility for the Legal Department and will analyze business and legal risks to ensure that legal obligations, duties, and policies of the company are observed and performed, and that the Company s legal rights are protected and enforced. To apply, visit JDHUNTR for the employer s name, contact information and job details. Please do not submit your resume to JDHUNTR. JDHUNTR is a job board and does not have any involvement in this employer s hiring process, other than listing of jobs. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California JDHuntr In-House Counsel Jobs PLEASE CLICK HERE TO APPLY 633 W. 5th Street Los Angeles, CA 90071

URL: http://www.jobvertise.com/job/28355085

Occupation:     23-1011 Lawyers

Date:   5/16/2019

Title:   Law JDHuntr Vice President Associate General Counsel Corporate Yor

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobSpider

ID:   1626

Content Description:

law jobs JDHuntr 29558 VP, Associate General Counsel, General Corporate, New York, NY *a VP, Associate General Counsel & Compliance Counsel, Digital for our legal and compliance departments who will be responsible for *supporting the product, *digital marketing, *e-commerce and IT teams together with the SVP, Associate General Counsel and Compliance Counsel. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8656296.html

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:  5/16/2019

Title:   Assistant General Counsel Telecommunications

Poster:  The City of New York- DoITT

City:  Brooklyn, NY

County:  Kings

Ad Job Board(s):    The Job Network

ID:  1641

Content Description:

Assistant General Counsel, Telecommunications Salary: up to $99,394 Commensurate with Experience Excellent Benefits Package Brooklyn, NY The Opportunity The Office of the General Counsel seeks a motivated and highly capable attorney to join its Telecommunications Unit to give legal counsel to the City team trying to bring affordable, high-speed broadband to all New Yorkers and to draft and negotiate documents franchise agreements with companies using the Cityâ€™s rights-of-way to provide telecommunications services. What You Will Do â€¢ Coordinate and lead franchise negotiations with prospective franchisees and licensees; â€¢ Draft franchises or franchise requests-for-proposals; and franchise enforcement and administration letters; â€¢ Location/Region: Brooklyn, NY (11210)

URL: https://jobs.thejobnetwork.com/Job/101064692/general-counsel-job-in-brooklyn-ny-11210

Occupation:    23-1011 Lawyers

Date:   5/16/2019

Title:   General Counsel

Poster:   NYC Business Integrity Commission

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   7173

Content Description:

Job Description The Business Integrity Commission (BIC) is both a law enforcement and regulatory agency. Formed in 1996 as the Trade Waste Commission, BIC regulates the commercial garbage collection industry and the public wholesale markets in NYC. To eliminate organized crime from those industries, protect the safety of the public and workersâ€™ rights, and create and preserve a healthy and competitive business environment, BIC utilizes a unique combination of a full range of law enforcement tactics and regulatory oversight. BIC is seeking a very experienced, innovative, self-motivated attorney to serve as General Counsel under the direction of BICâ€™s Commissioner and Chair. The General Counsel will have wide latitude to utilize his/her legal knowledge, judgment and experience. The specific duties for this position include, but are not limited to: â€¢ Acting as the principal legal advisor to the Commissioner and Chair, the Commission itself, senior executive staff and managers on all legal matters related to BICâ€™s jurisdiction; â€¢ Supervising agency attorneys and Legal Unit support staff; â€¢ Representing the Commission at meetings involving legal and policy issues with the Mayorâ€™s Office, other governmental agencies and other entities; â€¢ Providing advice and recommendations on questions of law, fact, and administrative policy; â€¢ Reviewing contracts and other documents; â€¢ Ensuring the agencyâ€™s compliance with applicable law, rules, and policies; â€¢ Reviewing, modifying, and streamlining various inter- and intra-agency procedures; â€¢ Accepting additional assignments as needed, including, but not limited to, planning, coordinating, and conducting special projects; and â€¢ Acting as a senior member of the agencyâ€™s intergovernmental relations team. Minimum Qual Requirements Admission to the New York State Bar; and four years of recent full-time responsible, relevant, satisfactory legal experience subsequent to admission to any bar, eighteen months of which must have been in the supervision of other attorneys, in an administrative, managerial or executive capacity, or performing highly complex and significant legal work. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Preferred Skills â€¢ Excellent analytical, legal writing, negotiation, communication and problem-solving skills. â€¢ Ability to organize, delegate and establish meaningful goals; establish effective working relationships with employees and the public. â€¢ Must have strong interpersonal, leadership and management skills and experience managing other attorneys and legal staff. â€¢ Intergovernmental and operational experience â€¢ Commitment to maintaining strict confidentiality on highly sensitive matters. . To Apply City Employees: https://a127-ess.nyc.gov/psp/p... Non-City candidates: https://a127-jobs.nyc.gov/ Appointments are subject to Office of Management and Budget (OMB) approval Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/11623938-general-counsel-at-nyc-business-integrity-commission

Occupation:    23-1011 Lawyers

Date:  5/17/2019

Title:   Assistant General Counsel

Poster:  Keane, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):   US Jobs

ID:  5091

Content Description:

The Assistant General Counsel?s (?AGC?) primary responsibility is to answer all questions from the various teams within Keane?s Owner Location services as they relate to the estate of a Deceased Asset Owner (ie: who is entitled to the asset under various state laws of intestacy, directing research for Family Trees beyond the immediate family ? kinship issues; assistance in interpreting Court Documents and Trust Instruments; interpreting contracts, legal documents and statutes; researching various legal issues in order to provide answers), as well as to answer questions from the General Counsel and other legal staff. Duties: Include, but are not limited to the following: + Corresponding, interacting, hiring outside counsel in different states whenever it is necessary to open or re-open an estate in order to appoint a fiduciary for the estate to recover or liquidate the asset(s). + Identifying issues and areas of law on which the LCS group, managers or other staff require education and training, the research and preparation of the training materials/hand-outs for these training sessions; and conducts the classes/training sessions. + Assists in preparation and finalizing of (Public Administrator) cases for Kinship Hearings in Surrogate?s Court (ie: preparation of Family Trees, assembling documentation/proof, directing and assisting in research, assisting with witness preparation). + Responsible for updating documentation and forms used by the various Owner Location groups. The AGC may also be responsible from time to time for reviewing contracts between Keane and its clients and third party vendors. + Conducting research on legal issues to answer questions. + Assisting in reading and interpreting legal and court documents. + Reading and interpreting statutes, cases and law. + Assisting in directing research (ie: issues, cases, kinship). + Conducting the estates training classes/sessions. Qualifications: + Law Degree from an accredited Law School. + Admission to the at least one State Bar. + 1 ? 3 years of experience in the Trusts or Estates field. + Excellent verbal communication skills. + Strong research and writing skills. + Strong detail and organization skills. + Ability to analyze complex situations and data and apply the law. + Sound decision-making skills. Physical: The physical demands are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions. + Normal office activity including keyboarding, telephone usage, interacting with legal claimants, other legal counsel, other office staff, participating in meetings, extended periods of sitting and/or standing in an office environment and in a classroom/training/speaking environment. + Visual acuity to read computer screens and written materials + Ability to hear and speak on the telephone + Semi-regular (monthly) travel between Keane's NY and PA office.

URL: https://de.jobsyn.org/ca52f876d9564454b06325ceef291a241396

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  5/17/2019

Title:   Vice President Corporate Counsel Annuities

Poster:  Poster Not Listed

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    JobVertise

ID:  7165

Content Description:

Job Description - Vice President, Corporate Counsel- Annuities (ANN000S9) Job Description Vice President, Corporate Counsel-Annuities-ANN000S9 Description We are seeking an experienced attorney to join the Annuities Law Department.This position will provide counsel and support to Prudentials Annuities business on variable and fixed annuity product development, maintenance and marketing.This position also will have the opportunity to provide cross-business legal support on product development for the Individual Life Insurance Law Department, and work closely with other US business and corporate legal groups on a variety of strategic and cross-business initiative ...

URL: http://www.jobvertise.com/job/28371875

Occupation:    23-1011 Lawyers

Date:  5/22/2019

Title:    Svp General Counsel

Poster:  ST. CATHERINE OF SIENA MEDICAL CENTER

City:  Smithtown, NY

County:  Suffolk

Ad Job Board(s):    Learn4Good

ID:    4889

Content Description:

Job Details Catholic Health Services of Long Island (CHS) is an integrated health care delivery system with some of the region's finest health and human services agencies. CHS includes six hospitals, three skilled nursing facilities, a regional home nursing service, hospice and a multiservice, community-based agency for persons with special needs. Under the sponsorship of the Diocese of Rockville Centre, CHS serves hundreds of thousands of Long Islanders each year, providing care that extends from the beginning of life to helping people live their final years in comfort, grace and dignity. Position Summary: Serving as the chief legal officer for Catholic Health Services and its entities, the General Counsel is responsible for leading strategic and tactical legal initiatives for the health system. Working collaboratively as a member of the executive team with leaders across the organization s/he will provide effective advice and strategies to ensure Catholic Health Services operates in full compliance with all applicable laws and in accordance with best practices. The General Counsel is expected to be a highly engaged leader who adds a strong health law background to the team and remains active in the practice of law. S/he is expected to provide a proactive and collaborative approach to the legal framework of the business issues associated with a dynamic and growing integrated health care system. The General Counsel is responsible for leadership and management of the Legal Affairs Department. The Legal Affairs department includes experienced and well-seasoned attorneys as well as paralegal and support staff. Requirements: * Law degree from an ABA accredited law school. SDL2017

URL: https://www.learn4good.com/jobs/smithtown/new-york/administrative/42418149/e/

Occupation:    23-1011 Lawyers

Date:   5/23/2019

Title:   Assistant General Counsel

Poster:   SEIU

City:   New York, NY

County:   New York

Ad Job Board(s):   GoInHouse

ID:   1383

Content Description:

CHANGE TO WIN Job Title: Assistant General Counsel Annual Pay: 80K-100K/YR Location: New York or Washington, DC Change to Win is seeking an Assistant General Counsel in New York or Washington, DC provide cutting edge legal research and strategic guidance to support campaigns that challenge the power and conduct of America's largest corporations. This position demands creativity and resourcefulness, as the Assistant General Counsel is called upon to engage a wide variety of cutting edge legal issues, challenging legal questions, and areas of the law. The Assistant General Counsel conducts legal research and develops campaign strategy in collaboration with Change to Win and affiliate legal, research, organizing and communications staff on a range of subject areas including corporate accountability, competition/antitrust, consumer protection, civil rights, and employment/workplace issues. The Assistant General Counsel is also responsible for crafting regulatory complaints at the state and national level, advocating directly with agencies and regulators, and collaborating with affiliates and allies on public policy and legislation.Change to Win is a dynamic coalition of North America's most progressive labor unions and a leading force for social, racial and economic justice in our country. We engage in campaigns that confront corporations to make them take responsibility for business practices that harm workers and consumers in the U.S. and globally. Responsibilities:Provide legal advice and review on strategies and tactics related to organizing and corporate responsibility campaignsResearch and develop new legal theories to advance worker and consumer rights and protections Advocate directly to regulators for enforcement action, policy reforms and rulemakingAssist workers in their efforts to change their workplacesProvide advice on the drafting of federal and state legislationHelp develop public messaging of campaignsCollaborate with union affiliates, outside law firms and other external allies Job Qualifications:Law degree and at least 4 years of post-law school legal experienceHave a passion for justice and a strong commitment to workers' rights Excellent research and writing skills Ability to drive ideas, collaborate and manage initiatives A driver's license and travel requiredJudicial clerkship a plusLaw firm experience a plus Compensation: $80-$100k plus excellent benefits. Women and people of color are strongly urged to apply. CtW does not discriminate in any of its programs, procedures or practices on the basis of age, color, disability, national or ethnic origin, political affiliation, race, religion, sex (including pregnancy), sexual orientation, gender identity or expression, or veteran status. How to Apply: Email cover letter, resume and writing sample. Please reference Assistant General Counsel in the subject line.

URL: https://www.goinhouse.com/jobs/11942555-assistant-general-counsel-at-seiu

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  5/24/2019

Title:    Deputy General Counsel

Poster:  Gizmodo Media Group

City:  New York, NY

County:  New York

Ad Job Board(s):    Gizmodo Media Group

ID:  4291

Content Description:

G/O Media connects with the young, diverse audiences that are shaping our future. Through fearless journalism, provoking comedy, and high-impact storytelling we elevate the stories and issues our readers and viewers are passionate about. G/O Media reaches 115MM unique visitors monthly and includes Gizmodo Media Group and The Onion Inc. About the Role: G/O Media is currently looking for a Deputy General Counsel to provide day-to-day business affairs, legal affairs and editorial legal support for all of our properties -- Gizmodo, Deadspin, Jalopnik, Jezebel, The Root, Lifehacker, Kotaku, Splinter, The Onion, Clickhole, The A.V. Club and The Takeout. Essential Duties & Responsibilities: Advise creative, development, and editorial teams on legal issues related to advertising, commerce and editorial Structure, negotiate, draft and close a wide range of agreements -- including technology contracts, vendor agreements, production services agreements, content license agreements, talent agreements, location agreements and appearance releases Advise on access and FOIA issues Conduct prepublication reviews and copyright analysis for both editorial and advertising content Advise on right of publicity questions Working with clients, helping to achieve their business goals and be part of their teams, while operating independently and collaboratively Qualifications: At least 5 years experience in media, advertising, entertainment or related business A member of the New York Bar in good standing Excellent drafting, negotiation, communication (written and verbal), interpersonal, organizational and computer skills Sound business judgment, strong work ethic, ability to make legal and business decisions Substantial experience with commercial issues at a digital media company, network, production company or other media company or comparable experience at a law firm Ability to handle multiple wide-ranging matters efficiently, to meet short deadlines and to learn new areas of expertise as business needs change A passion for journalism or the media business overall G/O Media is deeply committed to fostering a transparently inclusive workplace environment and people of color, women, people with disabilities, veterans and LGBTQ candidates are very strongly encouraged to apply. Our company-wide mission is to reach very diverse audiences and so, we are deeply committed to having teams and leaders that reflect this mission.

URL: https://gizmodo.com/careers/job/1702716?gh_jid=1702716

Occupation:     23-1011 Lawyers

Date:   5/24/2019

Title:   General Counsel

Poster:   The Quest Organization

City:  New York, NY

County:  New York

Ad Job Board(s):    Monster

ID:   4833

Content Description:

Family Office General Counsel Be the newly created In House Counsel Contract Negotiations and Review Interact with Outside Counsel Manage Legal and Construction Billings Create, Maintain and Build Legal Structure Prepare LLC Filings Review Employee Handbook General Family Office Compliance

URL: https://job-openings.monster.com/general-counsel-manhattan-ny-us-the-quest-organization/208438796?WT.mc_n=sk_feed_wantedtech

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  5/26/2019

Title:   Senior Associate General Counsel

Poster:  IvyExec, LLC

City:  New Hyde Park, NY

County:  Nassau

Ad Job Board(s):    Learn4Good; The Job Network

ID:   4774

Content Description:

from a Law School. Admission to New York State Bar. Minimum of ten plus (10+) legal experience with significant exposure to not-for-profit legal affairs. Must be computer literate. Location/Region: New Hyde Park, NY

URL: https://jobs.thejobnetwork.com/Job/104448132/general-counsel-job-in-new-hyde-park-ny

Occupation:     23-1011 Lawyers

Date:   5/26/2019

Title:   Assistant General Counsel

Poster:   NYC HRA/Department of Social Services

City:  New York, NY

County:  New York

Ad Job Board(s):   GoInHouse

ID:   7104

Content Description:

Job Description The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor's Office of Operations, and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide, and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor's Office of Operations is recruiting for one (1) Agency Attorney II to function as an Assistant General Counsel. Responsibilities include, but are not limited to: • Analyzing the broad array of legal issues affecting Operations and MOIP, and thinking creatively about how to address these issues. • Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as necessary. • Researching models of other jurisdictions in handling complex legal issues and projects. • Assisting in supporting citywide compliance with the mandates of privacy and other relevant laws, regulations and policies. • Partnering with City agencies as needed to assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. • Representing the Office on interagency task forces, working groups, and projects. • Drafting memoranda of understanding, guidelines, policies, and other legal documents. • Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies, • Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. • Managing implementation of projects and work streams related to regulatory matters and other citywide policy issues with legal implications. • Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to advance citywide privacy protection compliance and best practices. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills • A JD from an accredited educational institution, plus one (1) to three (3) years of full-time professional experience as an attorney admitted to the New York State Bar. • Experience related to privacy law analysis and data integration; comfort with data and technology concepts. • Excellent organizational, time-management, and multi-tasking skills, including the ability to take initiative, problem solve, balance competing priorities, work independently and with teams in a fast-paced environment, pay close attention to detail, meet deadlines, and work well under pressure. • Strong oral and written communication skills, including effective public speaking skills and proven ability to present the Office's position in meetings with high level officials and other governmental and private entities. • Proven ability to establish and maintain effective and congenial working relationships with a wide range of governmental and external entities. • Effective and creative leadership ability with the capacity to work both independently and cooperatively to implement key strategies, evaluate new policies, and analyze legal issues. Additional Information LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DSS/HRA/DHS qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the program's other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... To Apply Click "APPLY NOW" button Work Location 253 Broadway New York Ny Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/12069148-assistant-general-counsel-at-nyc-hra-dept-of-social-services

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   5/29/2019

Title:   Corporate Counsel

Poster:   OSCARS

City:  New York, NY

County:  New York

Ad Job Board(s):   GoInHouse

ID:   4724

Content Description:

We are changing how health insurance works. Our goal is to make health insurance simple, transparent and human. We need your help to do so. We brought together leaders from top technology, service and healthcare companies to work side by side to disrupt health insurance. The result? Better people, better ideas, and better healthcare. As Corporate Counsel, you will be a key member of the Legal team responsible for new market licensing, commercial contracting, employment matters and other corporate work. This position works with virtually every department at the company, spanning offices across the country. We operate in New York, California, Texas, New Jersey, Tennessee and Ohio, and next year will add Arizona, Florida and Michigan. We anticipate further geographic expansion and new product offerings, including in the Medicare Advantage market. You should be comfortable in an ever changing environment as we continue to grow! Responsibilities: - Review, draft, edit and negotiate commercial agreements, including NDAs, BAAs, and vendor agreements of all kinds - Provide information on employment-related issues to Oscar personnel and help Oscar stay current with laws and regulations that assure a fair work environment - Coordinate and assemble Oscar's applications for insurance licenses in new markets - Assist in project management of Oscar's Medicare Advantage application and launch - Handle corporate governance and other corporate housekeeping matters, including preparing board and committee meeting agendas, meeting minutes, resolutions, and shareholder/board consents - Serve as a resource on matters of corporate law and governance - Become a company resource for contract related questions and processes; the business can rely on you and your expertise, and guidance About you: - J.D. from an ABA accredited law school and at least 2 years of relevant experience at a law firm and/or in-house - Experience and understanding of corporate law and contract drafting and interpretation - Excellent critical thinking and analytical abilities, particularly in developing conceptual understanding of new topics for yourself and others - Demonstrated ability to take ownership with strong work ethic and follow-through skills - Excellent communication and interpersonal skills, both oral and written, with a proven ability to build strong interpersonal relationships - Detail-oriented and dynamic team player who thrives in a fast-paced environment Bonus points if you have: - Experience in employment law - Experience working in the healthcare industry and knowing what a deductible actually is - Experience with startups

URL: https://www.goinhouse.com/jobs/12171993-corporate-counsel-at-oscar

Occupation:     23-1011 Lawyers

Date:   5/30/2019

Title:   Vice President Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):     US Jobs

ID:   7082

Content Description:

Job Duties: Serve as Global Head of Endeavor Global Marketing legal division and manage legal aspects of the business unit. Structure, draft and negotiate a wide range of complex commercial domestic and international contracts, including consulting, master services, statements of work, talent, influencer, representation, licensing, creative services, sponsorship, vendor, marketing, digital services and production agreements. Provide legal counsel, issue spot and analyze legal and business issues globally. Review marketing materials for compliance with FTC and other laws and regulations. Provide risk analysis and assessment. Advise business unit on clearance and rights issues to use third party materials in marketing and promotional materials. Research, manage and track existing contractual obligations, including compliance with existing contractual obligations and evaluate requirements. Refine and implement policies and procedures for contract administrative and document management process. Supervise Associate Counsels.Job Requirements: Juris Doctor degree (or foreign equivalent) in Law or related and eight (8) years of experience in the job offered, or as a Senior Counsel, Associate or related. Must have three (3) years of experience in each of the following skills: Working at a law firm and in-house practice with international legal experience; Legal experience in entertainment, sports and media industry, including structuring, negotiating and drafting music, artist, talent, influencer, spokesperson, endorsement, athlete, sports, content production, licensing and distribution deals; Intellectual property experience, including trademark, copyright, fair use, and right of publicity; Legal experience with drafting Terms of Use and Privacy Policies; Experience with SAG and AFTRA, union laws when negotiating talent, crew and production deals; Legal oversight of event production in global markets; Rights clearances and licensing of third party images, music and content; and Drafting and reviewing digital and technology agreements. Must be admitted to the New York Bar (or another state bar permissible under NY in-house counsel rules). Employer will accept any suitable combination of education, training or experience.

URL: https://de.jobsyn.org/6dae3f9eabde433c912de82a9cbeec1c1396

Occupation:    23-1011 Lawyers

Date:  6/2/2019

Title:   Corporate General Counsel JDHuntr Senior Associate C

Poster:  Poster Not Listed

City:  Morristown, NJ

County:  Morris

Ad Job Board(s):    JobSpider

ID:   4612

Content Description:

Corporate Counsel Jobs JDHuntr 29758 Senior Associate General Counsel, General Corporate, Morristown, NJ *leveraging in-depth knowledge of a legal specialty or area of law to *provide advice and recommendations to executives and management on highly complex matters which have a broad organizational impact and high level of risk. *Partners with clients to drive strategic outcomes and make complex decisions. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8700918.html

Occupation:    23-1011 Lawyers

Date:    6/5/2019

Title:    Deputy General Counsel

Poster:    GoGORILLA Media

City:    New York, NY

County:    New York

Ad Job Board(s):    GoInHouse

ID:    308

Content Description:

About the Role: G/O Media is currently looking for a Deputy General Counsel to provide day-to-day business affairs, legal affairs and editorial legal support for all of our properties -- Gizmodo, Deadspin, Jalopnik, Jezebel, The Root, Lifehacker, Kotaku, Splinter, The Onion, Clickhole, The A.V. Club and The Takeout. Essential Duties & Responsibilities: - Advise creative, development, and editorial teams on legal issues related to advertising, commerce and editorial - Structure, negotiate, draft and close a wide range of agreements -- including technology contracts, vendor agreements, production services agreements, content license agreements, talent agreements, location agreements and appearance releases - Advise on access and FOIA issues - Conduct prepublication reviews and copyright analysis for both editorial and advertising content - Advise on right of publicity questions - Working with clients, helping to achieve their business goals and be part of their teams, while operating independently and collaboratively Qualifications: - At least 5 years experience in media, advertising, entertainment or related business - A member of the New York Bar in good standing - Excellent drafting, negotiation, communication (written and verbal), interpersonal, organizational and computer skills - Sound business judgment, strong work ethic, ability to make legal and business decisions - Substantial experience with commercial issues at a digital media company, network, production company or other media company or comparable experience at a law firm - Ability to handle multiple wide-ranging matters efficiently, to meet short deadlines and to learn new areas of expertise as business needs change - A passion for journalism or the media business overall

URL: https://www.goinhouse.com/jobs/12470004-deputy-general-counsel-at-g-o-media

Occupation:     23-1011 Lawyers

Date:   6/7/2019

Title:   Corporate Counsel Governance Legal

Poster:  SWISS RE

City:  Armonk, NY

County:  Westchester

Ad Job Board(s):    Swiss Re; The Job Network

ID:   964

Content Description:

Keywords: Reference Code: 85296

URL: https://career2.successfactors.eu/career?career_ns=job_listing&company=SwissRe&career_job_req_id=85296

Occupation:     23-1011 Lawyers

Date:  6/7/2019

Title:    Associate General Counsel Head Legal C Solutions

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:  988

Content Description:

Associate General Counsel and Head of Legal - DSA P&C Solutions, Inc. (Fortitude Re Group) Functional Area: LG - Legal, Regulatory &
Gov t AffairsEstimated Travel Percentage (%): Up to 25%Relocation Provided: YesAmerican General Life Insurance Company Associate
General Counsel and Head of Legal - DSA P&C Solutions, Inc. The role is responsible for (a) leading all legal and regulatory aspects of
DSA P&C Solutions, Inc. (DSA), a member company of the Fortitude Re Group, which provides claims adjusting and related services for
legacy (run-off) property & casualty insurance policies and (b) providing general support to the Fortitude Re Group General Counsel in
a broad a ...

URL: http://www.jobvertise.com/job/28524829

Occupation:     23-1011 Lawyers

Date:   6/8/2019

Title:    Vice President NBC Entertainment Lead Late Specialist

Poster:   NBC Universal

City:  New York, NY

County:  New York

Ad Job Board(s):   ManhattanJobs.com

ID:   4383

Content Description:

Job Number 49377BR Job Title VP, NBC Entertainment, Lead Late Night and Specials Business Segment Staff Sub-Business Corporate Legal Posting Category Legal & Business Affairs About Us At NBCUniversal, we believe in the talent of our people. It's our passion and commitment to excellence that drives NBCU's vast portfolio of brands to succeed. From broadcast and cable networks, news and sports platforms, to film, world-renowned theme parks and a diverse suite of digital properties, we take pride in all that we do and all that we represent. It's what makes us uniquely NBCU. Here you can create the extraordinary. Join us. Country United States State New York City New York Responsibilities Qualifications/Requirements Qualifications: - Member of New York bar or other U.S. state bar. - JD or LLM degree from an accredited law school. - A minimum of 15 years of entertainment, media law, intellectual property and/or other relevant experience. Eligibility Requirements: - Interested candidate must submit a resume/CV through ~~ to be considered - Willingness to work nights and on weekends, if needed. - Must have unrestricted work authorization to work in the United States Desired Characteristics - Excellent drafting and negotiating skills and a strong strategist who can present, develop and guide negotiations through to closure. - Demonstrated ability, in a positive and practical manner, to approach complex legal scenarios in a thoughtful and analytic fashion. - Superior influencing skills and will be able to gain the respect of, and build a rapport with, multiple constituencies at all levels, internally and externally. - Strong leader and persuasive communicator with a vision; proven ability to self-motivate, work independently as well as collaboratively. - Excellent organizational and communication skills, exceptional ability to multi-task in a fast-paced environment. - Ability to recognize and respond quickly and pragmatically to urgent situations. Notices NBCUniversal's policy is to provide equal employment opportunities to all applicants and employees without regard to race, color, religion, creed, gender, gender identity or expression, age, national origin or ancestry, citizenship, disability, sexual orientation, marital status, pregnancy, veteran status, membership in the uniformed services, genetic information, or any other basis protected by applicable law. NBCUniversal will consider for employment qualified applicants with criminal histories in a manner consistent with relevant legal requirements, including the City of Los Angeles Fair Chance Initiative For Hiring Ordinance, where applicable.

URL: https://www.manhattanjobs.com/jobs/vp-nbc-entertainment-lead-late-night-and-specials-new-york-ny-10176-920739057-job.html

Occupation:    23-1011 Lawyers

Date:  6/9/2019

Title:    Attorney Law JDHuntr Vice President Quality Performance Management Chief

Poster:  Poster Not Listed

City: Brooklyn, NY

County:  Kings

Ad Job Board(s):    JobSpider

ID:  904

Content Description:

Attorney Law Jobs JDHuntr 29857 VP / Quality & Performance Management and Chief Compliance Officer, Compliance/Regulatory, Brooklyn, NY *Responsible for the integration of *organizational performance management, *compliance and *contract management, *promoting the highest quality services for company's diverse programs. *Work in partnership with senior leadership on *strategic planning, *risk management, and *program development by *focusing management resources on critical agency priorities. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8722143.html

Occupation:    23-1011 Lawyers

Date:   6/9/2019

Title:    Associate General Counsel

Poster:   Sharp Electronics

City:  Montvale, NJ

County:  Bergen

Ad Job Board(s):    Hire Heroes

ID:   923

Content Description:

Organization: Sharp Electronics Corporation Location: US-NJ-Montvale Job ID: 2018-4531 Job Details Apply Now

URL: https://jobs.hireheroesusa.org/jobs/12591952-associate-general-counsel-at-sharp-electronics-corporation

Occupation:     23-1011 Lawyers

Date:   6/9/2019

Title:    Vice President Counsel

Poster:   International Merchandising Inc Sdn. Bhd.

City:  New York, NY

County:  New York

Ad Job Board(s):    North Jersey Jobs; CareerBank; The Job Network

ID:   4348

Content Description:

Vice President & Counsel @ International Merchandising Company, LLC (NY, NY) F/T. Serve as Gbl Head of Endeavor Gbl Mrkting legal division & mnge legal aspects of bus unit. Reqts: JD deg (or frgn equiv) in Law or rltd & 8 yrs exp in job offd, or Sr Counsel, Assoc or rltd. Must have 3 yrs exp in each of fllwng skills: Wrking at a law firm & in-house pract w/ int'l legal exp; Legal exp in entmnt, sports & media ind, incl strctrng, negotng & drftng music, artist, talent, influencer, spokesperson, endrsemnt, athlete, sports, cntnt prod, licnsng & dist deals; Intellctl property exp, inc tmk, copyright, fair use & right of publcty; Legal exp w/ drftng Terms of Use & Pvcy Policies; SAG & AFTRA, union laws when negotng talent, crew & prod deals; Legal oversight of event prod in gbl mrkts; Rights clearances & licnsng of 3rd party imgs, music & cntnt; & Drftng & rvwng digital & tech agrmnts. Must be admitted to NY Bar (or another state bar permissible under NY in-house counsel rules). Emp will accept any suitable combo of edu, training or exp. Send resume to International Merchandising Company, LLC- Attn: Jamie Cheung, HR - 304 Park Ave S., 10th Fl, NY, NY 10010. Indicate CC-NY. EOE. Location/Region: New York, NY (10010)

URL: https://jobs.thejobnetwork.com/Job/107254991/spokesperson-job-in-new-york-ny-10010

Occupation:    23-1011 Lawyers

Date:  6/9/2019

Title:   Vice President Corporate Counsel

Poster:  IvyExec, LLC

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    Learn4Good; The Job Network

ID:   4358

Content Description:

Providing legal advice on new Annuities product development initiatives, working closely with business partners in a team environment from product concept to product launch; Providing counsel to the Annuities marketing team on the development of advertising, sales and producer training materials, and new and innovative marketing concepts; Collaborating regularly with the Annuities Compliance and Risk Management functions in assessing risks; Working closely with legal colleagues on issues impacting the Annuities business, as well as other strategic and cross-business initiatives impacting the broader enterprise; Representing Company in industry committees and groups that evaluate legal issues that impact the Annuities business; and Engaging and managing outside counsel, as needed. We offer a collaborative and collegial work environment, with an enterprise focus on the growth, development and success of talented associates. Members of the Annuities legal team are part of Company's global Law, Compliance, Business Ethics and External Affairs (LCBE) organization. Qualifications Law degree required; Admission to the bar of at least one state, and will need to obtain the New Jersey and Connecticut Corporate Counsel licenses if not admitted to the bars in those states; At least eight (8) years relevant law firm, regulatory or insurance company law department experience; A working knowledge of annuities, including the state insurance and federal securities laws related to those products; A working knowledge of annuities operations and related legal and contractual requirements; Experience providing legal advice in connection with customer and regulatory inquiries, and interacting with regulators; Superior verbal and written communication skills; Strong interpersonal skills and ability to work with various levels of personnel, including senior management; Ability to work well in an environment where collaboration and teamwork with legal, compliance and business associates is a priority. Location/Region: Newark, NJ

URL: https://jobs.thejobnetwork.com/Job/107441467/corporate-attorney-job-in-newark-nj

Occupation:   23-1011 Lawyers

Date:   6/9/2019

Title:   Vice President Assistant General Counsel

Poster:  IvyExec, LLC

City:  New York, NY

County:  New York

Ad Job Board(s):   The Job Network

ID:   4364

Content Description:

This position will provide legal assistance to the Programs Division, focusing on Casualty, Property and Inland Marine, and Professional lines of business. It will provide day-to-day support for the business, including product development, and related compliance support on surplus lines and admitted business. The lines of business include, but are not limited to: Commercial General Liability (including primary, umbrella and excess), Commercial Automobile Liability, Property and Inland Marine, Directors & Officers Liability, Errors & Omissions Liability, and Cyber Liability. This position will be located in our New York, NY office. Duties and Responsibilities: Serve as legal counsel to underwriters by providing advice and guidance regarding policy interpretation, claim trends and insurance laws and regulations. Develop and draft/revise a variety of documents, including but not limited to, new insurance policies, endorsements, applications and related materials. Aid underwriters in responding to coverage requests from program administrators, brokers and insureds. Prepare responses to state insurance departments regarding their comments to filed proprietary policies and endorsements. Apprise underwriters of judicial and legislative developments affecting their lines of business. Assist in the development and implementation of company policies and procedures. Qualifications Law degree and admission in at least one state. If not admitted in New York, must successfully register as in-house counsel with the Appellate Division of the Supreme Court of the New York Court of Appeals and Office of Court Administration. At least 7 years legal experience. In-house or law firm insurance coverage experience required. Product development (including policy drafting) and coverage issues experience required. Ability to work independently, handle multiple projects simultaneously, deal with conflicting agendas and meet short deadlines. Strong analytical and technical skills. Ability to quickly understand key business issues and operational objectives. Effective and confident communicator of complex messages (written and oral) to both internal and external audiences. Decisive and principled. Individual must be detail-oriented and highly organized. Good interpersonal skills and a positive team member. Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/Job/107435494/general-counsel-job-in-new-york-ny

Occupation:    23-1011 Lawyers

Date:   6/10/2019

Title:   Attorney Law JDHuntr Vice President Quality Performance Managemen

Poster:  Poster Not Listed

City: Brooklyn, NY

County:  Kings

Ad Job Board(s):    JobVertise

ID:   4260

Content Description:

Attorney Law Jobs JDHuntr 29857 VP / Quality & Performance Management and Chief Compliance Officer, Compliance/Regulatory, Brooklyn, NY To apply go to (link removed) *Responsible for the integration of *organizational performance management, *compliance and *contract management, *promoting the highest quality services for company s diverse programs. *Work in partnership with senior leadership on *strategic planning, *risk management, and *program development by *focusing management resources on critical agency priorities. To apply, visit JDHUNTR for the employer s name, contact information and job details. Please do not submit your resume to JDHUNTR. JDHUNTR is a job board and does not have any involvement in this employer s hiring process, other than listing of jobs. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California JDHuntr In-House Counsel Jobs PLEASE CLICK HERE TO APPLY 633 W. 5th Street Los Angeles, CA 90071

URL: http://www.jobvertise.com/job/28565471

Occupation:    23-1011 Lawyers

Date:   6/10/2019

Title:    Senior Counsel Vice President Business Legal Affairs Direct Con

Poster:   NBC Universal

City:  West New York, NJ

County:  Hudson

Ad Job Board(s):    Learn4Good

ID:   6668

Content Description:

Direct-to-Consumer & Digital Enterprises Responsibilities: Responsibilities:This position will serve as the main legal point of contact and provide legal support for a wide variety of software and related technology licenses, as well as new media distribution agreements, for the NBCU streaming service set to launch in 2020, as well as the Digital Enterprises lines of business. This role will report to the divisionâ€™s Vice President.Responsibilities include:â€¢Independently draft, review, negotiate and interpret a range of contracts and other legal documents, including software and technology licenses for use in connection with the service and with Digital Enterprises properties.â€¢Work closely with distribution executives to strategically plan, negotiate and draft the agreements relating to the distribution of the service and Digital Enterprises properties in various new media outlets.â€¢Coordinate with Privacy and Information Security teams to ensure personal data and confidential information is collected, used and secured in accordance with the law and company policy.â€¢Provide timely and thoughtful legal advice on potential risks and issues, and propose practical, responsive solutions.â€¢Maintain an awareness and understanding of the latest developments in the law and technology as they relate to the exploitation of content in digital media.â€¢Identify and implement improvements to forms and processes.â€¢Partner with NBCUniversal business executives, as well as colleagues in the Law Department, to discuss and implement best practices and formulate new processes in connection with business needs.â€¢Other matters as needed at the direction of the divisionâ€™s Vice President. Qualifications/Requirements: Qualifications/Requirements:â€¢Member of New York bar or other U.S. state bar.â€¢JD or LLM degree from an accredited law school.â€¢7+ years of relevant legal experience for Sr. Counsel and 10+ years of relevant legal experience for Vice Presidentâ€¢Experience in digital / new media, including a thorough understanding of and demonstrated proficiency with the technology and distribution agreements.â€¢Interested candidates must submit a resume/CV online to be considered and must be willing to submit transcripts.â€¢Willingness to work nights and on weekends, if needed.â€¢Must have unrestricted authorization to work in the United States.â€¢Must be willing to work in New York, NY. Desired Characteristics: Desired Characteristics:â€¢Strong academic credentials.â€¢Outstanding analytic, communication and organizational skills, including excellent drafting and negotiation skills.â€¢Collaborative, team-oriented approach.â€¢Comfortable making legal decisions and advising on business risks.â€¢Sound business judgment, and flexibility/adaptability to manage multiple, wide-ranging matters, conflicting deadlines, and new areas of expertise as business needs change.â€¢Proactively identify, prioritize and resolve legal issues quickly and effectively.â€¢Demonstrated ability, in a positive and practical manner, to approach complex legal scenarios in a thoughtful and analytic fashion.â€¢Ability to explain complex legal concepts to business and creative executives, build consensus across business units, think creatively, and collaborate with other executives to address business needs. Sub-Business: Digital Enterprises Career Level: Experienced City: New York State/Province: New York Country: United States About Us: At NBCUniversal, we believe in the talent of our people. Itâ€™s our passion and commitment to excellence that drives NBCUâ€™s vast portfolio of brands to succeed. From broadcast and cable networks, news and sports platforms, to film, world-renowned theme parks and a diverse suite of digital properties, we take pride in all that we do and all that we represent. Itâ€™s what makes us uniquely NBCU. Here you can create the extraordinary. Join us.

URL: https://www.learn4good.com/jobs/west-new-york/new-jersey/management_and_managerial/46222895/e/

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   6/13/2019

Title:   Legislative General Counsel

Poster:   NYC OFFICE OF THE MAYOR

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   295

Content Description:

The Mayorâ€™s Office of City Legislative Affairs is seeking a dynamic, detail-orientated professional who can take the initiative and assist in leading a fast-paced team, for the position of General Counsel. About the Office: The Mayorâ€™s Office of City Legislative Affairs serves as the principal liaison between Mayor Bill de Blasioâ€™s Administration and the New York City Council. City Legislative Affairs works toward the goal of fostering productive relationships between the executive and legislative branches and assists the Mayorâ€™s Administration in: (1) Shaping public policy; (2) Developing and advancing the Administrationâ€™s agenda through local law, the budget and land use; (3) Negotiating City Council legislation; and (4) Preparing agencies for City Council public hearings. About the Role: The General Counsel is a senior staff position, responsible for advising and strategizing on all legal matters before the office. General Counsel must possess knowledge of the laws, regulatory powers, limitations, authorities and responsibilities of the City of New York. General Counsel also acts as a liaison between the Mayorâ€™s Office of City Legislative Affairs, the Law Department, and City agencies. Duties of the General Counsel include, but are not limited to: ï¿· Developing and advancing legislative proposals by coordinating efforts across offices and agencies; ï¿· Assisting staff with legal strategy ï¿· Supporting staff with analyzing and interpreting laws, court decisions, legal authorities, and other legal documents as needed; ï¿· Collaborating directly with the NYC Law Department on legal analysis; ï¿· Working with staff and agencies in reviewing and preparing legislation; ï¿· Working with agencies in crafting a response to City Council legislation and oversight hearings and preparing testimony; and, ï¿· Preparing written analyses of legislation; ï¿· And, advocating on behalf the legal interests of City Legislative Affairs. Page 1 of 2 Qualifications ï¿· Juris Doctor Degree (JD) Required. ï¿· Demonstrated understanding of and experience with any combination of the following: - Local legislative process, - Public policy analysis - New York City agency operations - Understanding of local laws ï¿· Excellent written, oral and interpersonal skills ï¿· Strong work-ethic ï¿· The ability to work independently is imperative. Salary: Commensurate with Experience To Apply: Please submit a resume, cover letter and three (3) references by clicking

URL: https://www.goinhouse.com/jobs/12939612-general-counsel-legislative-at-nyc-office-of-the-mayor

Occupation:    23-1011 Lawyers

Date:  6/14/2019

Title:    Senior Counsel Vice President Business Legal Affairs Nickelo

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:  730

Content Description:

Senior Counsel/Vice President, Business & Legal Affairs, Nickelodeon Location : CityStateForPosting New York, NY Brand Viacom Job Locations US-NY-New York | US-CA-Hollywood iCIMS ID 2019-12021 Overview and Responsibilities Nickelodeon is the number-one entertainment brand for kids. It has built a diverse, global business by putting kids first in everything it does. The company includes television programming and production in the United States and around the world, plus consumer products, online, recreation, books and feature films. Nickelodeons U.S. television network is seen in more than 90 million households and has be ...

URL: http://www.jobvertise.com/job/28619136

Occupation:    23-1011 Lawyers

Date:   6/16/2019

Title:   Document Review Attorney Added III

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:   4057

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming project in New York, NY , which is scheduled to start around June 30, 2019 . Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: around 6/30/2019 - Expected Duration: 6 months - Hour requirement: 40 hour minimum per week - Pay: $38/hr - Location: Special Counsel Review Center in New York, NY Required Qualifications: - eDiscovery experience: preferred - Bar/License: Any, must be active and in good standing - Other: 2 years experience with Commercial Contracts and privacy issues related to commercial contracts highly preferred If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/document-review-attorney-with-contracts-experience-attorney/?ID=US_EN_66_869813_2659406

Occupation:    23-1011 Lawyers

Date:   6/17/2019

Title:    Senior Corporate Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   659

Content Description:

Senior Corporate Counsel New York City Business Operations Full-time Bluecore is a Retail Performance Cloud specializing in artificial intelligence - based workflows. Our unique ability to leverage machine learning to match customer data with real-time product and behavior enables brands to build intelligent, marketing communications and personalized campaigns in seconds vs. days. More than 400 retail brands, including Staples, Perry Ellis, Teleflora, Tommy Hilfiger and Best Buy Canada, increase their performance with less effort leveraging our products. Bluecore has been recognized as one of the Best Places to Work by Glassdoor and is ranked No. 241 on the Inc. 500 List, the mo ...

URL: http://www.jobvertise.com/job/28543244

Occupation:    23-1011 Lawyers

Date:  6/20/2019

Title:   Vice President Business Legal Affairs

Poster:  NBC Universal

City:  West New York, NJ

County:  Hudson

Ad Job Board(s):   The Job Network

ID:  362

Content Description:

Direct-to-Consumer & Digital Enterprises Responsibilities: Role PurposeThe Vice President, Business & Legal Affairs will serve as a legal point of contact and provide legal support for all aspects of content acquisition by the Direct-To-Consumer programming team, including a wide range of issues relating to the licensing of film, television, news, sports, live events and original programming for exploitation on the NBCU streaming service set to launch in 2020. This role will report to the division's Senior Vice President.Responsibilities:•Independently draft, review, negotiate and interpret a range of contracts and other legal documents.•Provide timely and thoughtful legal advice on potential risks and issues, and propose practical, responsive solutions.•Identify and implement improvements to forms and processes.•Partner with NBCUniversal business executives, as well as colleagues in the Law Department, to discuss and implement best practices and formulate new processes in connection with business needs.•Other matters as needed at the direction of the division's General Counsel and its Senior Vice President. Qualifications/Requirements: Member of California bar or other U.S. state bar.JD or LLM degree from an accredited law school, with 10+ years of legal experience.Experience in the entertainment industry, including a thorough understanding of and demonstrated proficiency with the distribution or acquisition of video programming for exploitation on television and in new media.Interested candidates must submit a resume/CV online to be considered.Eligibility Requirements: Willingness to work nights and on weekends, if needed.Must have unrestricted authorization to work in the United States.Must be willing to work in Los Angeles, CA or New York, NY. Desired Characteristics: Strong academic credentials.Outstanding analytic, communication and organizational skills, including excellent drafting and negotiation skills.Collaborative, team-oriented approach.Comfortable making legal decisions and advising on business risks.Sound business judgment, and flexibility/adaptability to manage multiple, wide-ranging matters, conflicting deadlines, and new areas of expertise as business needs change.Proactively identify, prioritize and resolve legal issues quickly and effectively.Demonstrated ability, in a positive and practical manner, to approach complex legal scenarios in a thoughtful and analytic fashion.Ability to explain complex legal concepts to business and creative executives, build consensus across business units, think creatively, and collaborate with other executives to address business needs. Sub-Business: Direct-to-Consumer Career Level: Experienced City: New York State/Province: New York Country: United States About Us: At NBCUniversal, we believe in the talent of our people. It's our passion and commitment to excellence that drives NBCU's vast portfolio of brands to succeed. From broadcast and cable networks, news and sports platforms, to film, world-renowned theme parks and a diverse suite of digital properties, we take pride in all that we do and all that we represent. It's what makes us uniquely NBCU. Here you can create the extraordinary. Join us. Location/Region: West New York, NJ

URL: https://jobs.thejobnetwork.com/Job/110740301/vp-legal-affairs-job-in-west-new-york-nj

Occupation:    23-1011 Lawyers

Date:   6/20/2019

Title:   Associate General Counsel

Poster:   University Hospitals

City:  Newark, NJ

County:  Essex

Ad Job Board(s):   GoInHouse

ID:   6871

Content Description:

Qualifications: Successful applicant must possess a Bachelor's Degree from an accredited four-year college or university and a J.D. from an ABA-accredited law school. License in good standing to practice law in the State of New Jersey required. Five (5) years of legal experience in health care law representing providers and facilities is required. Excellent human relations and communications skills, strong work ethic, and the ability to function in a team environment are required. Experience working with an academic medical center is encouraged. Responsibilities: The Associate General Counsel provides legal advice and counsel for a leading academic medical center and level I trauma center on a wide range of complex health care related legal matters including EMTALA, HIPAA, HITECH, Stark Law, Anti-Kickback Statute, the False Claims Act, the Sunshine Act, the Patient Safety Act, and Medicaid and Medicare/New Jersey Department of Health regulatory compliance, among other issues. Responsibilities include coordinating regulatory compliance, educational partnerships, patient relations issues, clinical research, telemedicine, payor participation issues, medical relations issues, health care agreements, and other general health care issues. Oversees and manages matters assigned to outside counsel, as appropriate. Must also maintain familiarity, and ensure compliance with, all relevant local, state, and federal statutes and regulations.

URL: https://www.goinhouse.com/jobs/13409461-associate-general-counsel-healthcare-at-university-hospital

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 6/20/2019

Title: Vice President Legal Affairs

Poster: NBC Universal

City: New York, NY

County: New York

Ad Job Board(s): TheLadders.com

ID: 6878

Content Description:

Responsibilities Role Summary The person in this role will lead the team of legal affairs lawyers in New York who provide "show lawyer" support for NBC Entertainment Late Night and Specials productions and otherwise support NBC Entertainment scripted and alternative studios. The work includes a holistic, business-friendly approach, providing timely and practical legal advice during the development and production content, including vetting scripts and concepts and analyzing music rights, intellectual property and other legal matters. The person in this role will also draft and review agreements, as well as coordinate legal services provided by other groups in the NBCUniversal Law Department. This role will report to the General Counsel of NBC Entertainment. Responsibilities - Identify, analyze, and tee up practical, responsive solutions on issues relating to projects in development and production. - Draft, review, negotiate and interpret talent, rights and production contracts and other documentation. - Identify and implement improvements to forms and processes. - Partner with NBCUniversal business executives, as well as colleagues in the Law Department, to best coordinate, prioritize and streamline legal support. - Work with the Legal Affairs team and colleagues in the Law Department on major projects with long-term business implications. - Supervise certain junior members of Legal Affairs department. - Other matters as needed. Qualifications/Requirements Qualifications: - Member of New York bar or other U.S. state bar. - JD or LLM degree from an accredited law school. - A minimum of 15 years of entertainment, media law, intellectual property and/or other relevant experience. Eligibility Requirements: - Interested candidate must submit a resume/CV through www.nbcunicareers.com to be considered - - Willingness to work nights and on weekends, if needed. - - Must have unrestricted work authorization to work in the United States Desired Characteristics - Excellent drafting and negotiating skills and a strong strategist who can present, develop and guide negotiations through to closure. - - Demonstrated ability, in a positive and practical manner, to approach complex legal scenarios in a thoughtful and analytic fashion. - - Superior influencing skills and will be able to gain the respect of, and build a rapport with, multiple constituencies at all levels, internally and externally. - - Strong leader and persuasive communicator with a vision; proven ability to self-motivate, work independently as well as collaboratively. - - Excellent organizational and communication skills, exceptional ability to multi-task in a fast-paced environment. - - Ability to recognize and respond quickly and pragmatically to urgent situations. 49377BR

URL: https://www.theladders.com/job/vp-legal-affairs-universalstudios-new-york-ny_39828406

Occupation:     23-1011 Lawyers

Date:   6/21/2019

Title:    E-DISCOVERY Attorney Special Counsel

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:   328

Content Description:

Special Counsel is seeking experienced AM law attorneys for a 3 month or longer term assignment at a prestigious law firm in New York City. Please see details below apply today with your resume in word format Details and Requirements: Expected Start: As early as the week of June 24th Expected Duration: 3 months, with the possibility of being extended Hour requirement: minimum 40 hours per week Pay: $50 per hour (may increase depending on experience) Location: midtown NYC Bar Requirement: Must have an active NY state bar license Experience: - Must have at least 3 years law firm experience (AM law firm preferred). - Managing, and supervisory skills experience preferred. - Must be familiar with Westlaw and Lexis Nexis. - Must have experience analyzing key documents, building factual timelines and defenses, performing deposition preparation, and researching legal issues - Anti-trust and project management experience preferred Available benefits: Direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! T he Company will consider for employment qualified applicants with arrest and conviction records. If you'd like to be considered for this upcoming position in New York City. don't delay! Submit your resume today in Word format. Please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2675798

Occupation:   23-1011 Lawyers

Date:   6/23/2019

Title:   House General Counsel JDHuntr Assistant Healthcare Genera

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):   JobSpider

ID:   6825

Content Description:

In-House Counsel Jobs JDHuntr 30058 Assistant General Counsel Healthcare, General Corporate, New York, NY *providing legal advice, counsel and services that ensure the organization is operating in compliance with regulations. *Anticipate and *guard against legal risks involving the organization. *Draw up contracts related to *provider agreements, *management agreements, *licenses, *purchases, *employment, *insurance and other matters. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8760182.html

Occupation:    23-1011 Lawyers

Date:  6/25/2019

Title:    E-DISCOVERY Attorney Contract Attorney Special Counsel

Poster:  Special Counsel

City:  Roseland, NJ

County:  Essex

Ad Job Board(s):    Special Counsel

ID:  197

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming review project in Roseland, New Jersey, which is scheduled to start as early as Wed. June 26th. Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: As early as June 26th - Expected Duration: 6 weeks - Hour requirement: 40 hour minimum per week - Pay: $32/hr. - Location: On site at client's office in Roseland, N.J. Required Qualifications: - eDiscovery experience: Document review experience is preferred - Bar/License: Must be admitted and in good standing with any US Jurisdiction - Conflicts- list to be screened If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2676531

Occupation: 23-1011 Lawyers

Date: 6/25/2019

Title: Associate General Counsel

Poster: CareMount Medical

City: Chappaqua, NY

County: Westchester

Ad Job Board(s): ZipRecruiter

ID: 208

Content Description:

Position Overview: The Associate/Senior Associate General Counsel will provide legal counsel to CareMount under the supervision of the General Counsel. Essential Duties and Responsibilities (including, but not limited to the following):Review, draft and negotiate contracts, leases, vendor agreements and other documents.Advise members of senior management team and directors on a range of legal and compliance issues affecting the operations of multi-specialty medical group and affiliated management services organization.Work collaboratively with Human Resources Department on employee relations issues.Provide legal support to Compliance Committee and committees related to accountable care organization.Develop training materials and provide presentations.Keep apprised on new developments in New York State law, especially in the healthcare and human resources areas.Review and revise policies.Maintain information and confidentiality.Perform related work as required. Performance Requirements:Adheres to all CareMount Medical Groupâ€™s policies and procedures.Ability to handle stressful situations. Typical Physical Demands:Work requires sitting for long periods of time; also stooping, bending and stretching for files and supplies. Requires the use of office equipment, such as computer terminals, telephones and copiers. Typical Working Conditions:Work is performed in administrative offices in Chappaqua.Involves frequent contact with senior leadership, manager(s), supervisor(s) and physician(s). May require travel to other sites.Work may be stressful at times; interaction with others is constant and interruptive Qualifications:Current license to practice law in New York State.Member in good standing of the New York State Bar.Superior management skills including the ability to provide legal advice to senior management team, directors, and physicians.Excellent professional presentation and organization skills with ability to multi-task.Excellent written and oral communication skills.Strong negotiation, analytic, problem-solving and leadership skills.PC proficiency with Microsoft Office and OutlookSelf-starter with the ability to work independentlyExtensive understanding of legal issues related to contracting; experience with managed care and other insurance contracts preferred.Extensive understanding of legal issues related to the operations of a health care organization, including HIPAA, fraud and abuse laws, employment law, payer contracts, leases, and information technology agreements. Experience:Minimum 8 yearsâ€™ experience practicing law required, 6 yearsâ€™ experience in a health care environment preferred.Experience with management services organization preferred. Education:Bachelorâ€™s Degree from an accredited college or university.J.D. from A.B.A accredited law school.

URL:
https://www.ziprecruiter.com/clk/0QRCgTsfyGQXduqqr5kCKC2fXmsNZwyXrF_QJNjrz75QQ7dIYxR2yGBeRjn8DSlcU5UMCbmt9
FtnwrWigeWz0llDc8H6IeD_wyVXUXN6nbGHwVVSATwq7Q9OLxiU5iqR_4mcTf8iRGY6o6cTFrZzh9Srvcw87owWSDV2A5SoyWy7
tQEJqGKwYAXlZzhWn99QtfDv_Rmsr-ExnkXFiDvzWxUBqUdxKNVNw60uDkrCnLlPQJyPnnnpCQ5EzlsSam0kiQVyozm-
sTok8K0UNIjtJLGM9KjEccLVAEWgcBvxoKsUdOW0Dtaugmn-
Z7nQkhFTot7nG2XVXv9nzPYJ_SavLWj68xqYTcYzFDlKAi5dJKucCypA4JjDh9zqNvSy7Rk1a-
q5EJgb8E74HSBbfhlNF5vQGWYN3JtWnH7Wh43tylZ3m18o7EnhHVUMViZ-3HdHjWq-
HJ_0yzU5PdhJK5wBOPr1Bpo49TLrMkVKBZckOvBLOzwt1-oUaucd7Z7YoJaR.cde59f8316eb09f71af3e4c6327191b2

Occupation:   23-1011 Lawyers

Date:   6/28/2019

Title:   Associate General Counsel

Poster:   Yorkson Legal, Inc.

City:  Jersey City, NJ

County:  Hudson

Ad Job Board(s):   ZipRecruiter; Learn4Good; Monster

ID:   69

Content Description:

A Jersey City-based leading data science and industry research company is seeking a Associate General Counsel on a contract-to-permanent basis. The role will focus primarily on contract lifecycle, including drafting, remediating, and negotiating the full slate of commercial contracts for both procurement and in support of the sales team. Qualified candidates will have 6+ years of experience with corporate contract negotiation, either from a comparable in-house role or from the corporate desk at a national law firm. The role will sit onsite in the offices in downtown Jersey City, with an expectation of full-time (40 hours per week) commitment.

URL: https://www.ziprecruiter.com/clk/tyQ9KDhfvg6LlODo6U2TdKUQVWAUN_ZBfY5qynVOh9tf2PZ-cQCukHPeo9JAC_CyzqHCGCfGCQ9GCX8KPsTMqbl0i4E9Q8NE-LOhOQvUUpBgw1M0i4hGyLO-wheFS2u4xMybuah-sXoEwMyGbhLEEbebA9XQtSCEbhOEhgwf6pNI6rWoKqK9mBAYpz_03AiwLHMMamfJRULNLy-LoQf4gMOI3DBPYDtgFfN6eUQeGgG7FrejjbOKI2DayrBrIOPeemjYOAlRFpkEGxx1UeDLGH_VflNHTalqFrJXW2rhGmhlu8EAIcfsA8L1F9pbtECXMPzVLZqLRdNYZai9-9MxAGIiMB3Ow0GzBC7t8n5Um5PEi3PNcqADY88pch4luWRVuvj2zllQVGfgnGHrQsDFbl8Kp3pjaH_prTP0HgrAmRk3zuEoR2EocR0sb045lmnd_5ZiUGWBGemEi8UZ1-Dhd0Daarb2A8rfHmeXJsYgkPFfV-nunElBTrvxbETlu7hm.243127e9649aee8cae41412c270a97c1

Occupation:    23-1011 Lawyers

Date:  6/28/2019

Title:    Family Office General Counsel

Poster:  The Quest Organization

City:  New York, NY

County:  New York

Ad Job Board(s):    Monster

ID:  3460

Content Description:

Family Office General Counsel Be the newly created In House Counsel Contract Negotiations and Review Interact with Outside Counsel Manage Legal and Construction Billings Create, Maintain and Build Legal Structure Prepare LLC Filings Review Employee Handbook General Family Office Compliance

URL: https://job-openings.monster.com/general-counsel-family-office-experience-required-manhattan-ny-us-the-quest-organization/209638879?WT.mc_n=sk_feed_wantedtech

Occupation:     23-1011 Lawyers

Date:   6/29/2019

Title:   Assistant Associate General Counsel

Poster:  Barnard College

City:  New York, NY

County:  New York

Ad Job Board(s):     US Jobs; Barnard College; Higher Education Recruitment Consortium; HigherEdjobs

ID:   23

Content Description:

Type of Position: Administrative Job Function: The Assistant/Associate General Counsel reports to the Deputy General Counsel and General Counsel/Chief of Staff. This Assistant/Associate General Counsel assists with the handling of all legal issues affecting the College. At the assignment of the Deputy General Counsel and General Counsel/Chief of Staff, the Assistant/Associate General Counsel will provide advice on a wide range of issues related to higher education, with a primary focus on matters relating to students, including student conduct, residential life, discrimination and harassment prevention and response, disability/accessibility, federal, state, and city regulatory compliance and more. In consultation with the Deputy General Counsel and General Counsel/Chief of Staff, the Assistant/Associate General Counsel will be expected to respond to external complaints, provide appropriate training and education for the College community, develop and interpret College policy, supervise outside counsel retained by the College, and assist on other legal matters affecting the College, including but not limited to contracts and risk management. Department: General Counsel Required Qualification Summary: - Juris Doctor from ABA accredited law school. - Member in good standing with the New York State Bar. - Assistant General Counsel: A minimum of 2 years of law firm or applicable in-house experience required. Associate General Counsel: A minimum of 5 years of law firm or applicable in-house experience required. - Preference for experience in the field of higher education law, especially in the area of student matters. - Computer literate in Microsoft Word, Excel, and Adobe Acrobat. EEO Statement: Barnard College is an Equal Opportunity Employer. Barnard does not discriminate due to race, color, creed, religion, sex, sexual orientation, gender and/or gender identity or expression, marital or parental status, national origin, ethnicity, citizenship status, veteran or military status, age, disability, or any other legally protected basis, and to the extent permitted by law. Qualified candidates of diverse ethnic and racial backgrounds are encouraged to apply for vacant positions at all levels. Internal Number: 4420

URL: https://main.hercjobs.org/jobs/12512158/assistant-associate-general-counsel

Occupation: 23-1011 Lawyers

Date: 6/29/2019

Title: Corporate Counsel Information Technology Contracting Procurement Attorney

Poster: Poster Not Listed

City: Madison, NJ

County: Morris

Ad Job Board(s): Geebo

ID: 3428

Content Description:

Job description This role provides legal support to the centralized enterprise Procurement Team with a focus on technology contracts supporting our business. . This position will be responsible for delivering supply contracts and legal advice relating to procurement matters in a collaborative, professional and timely manner. The successful candidate will participate in drafting, reviewing, negotiating and advising on company-wide technology and corporate procurement arrangements. This role also provides counsel and risk analysis to evaluate the terms of the technology agreements and company policies to drive best practices in supplier relationships and to secure first class contracts with those suppliers. This position reports to the SVP, Assistant Corporate Secretary. Specific Duties: Draft and review a wide variety of technology agreements to ensure compliance of all contracts/service agreements with all relevant requirements, laws, and regulations. Negotiate all forms of agreements, and documents such, including those related to software licenses, SaaS, maintenance and support, consulting services, e-commerce, web hosting, database access, on-line subscriptions, IT development, data mining, and associated modifications such as renewals, assignments, and terminations. Provide ad hoc advice as it relates to contracts/service agreements and advice on drafting and negotiating supply contracts to other members of Legal team across all business units. Work with legal colleagues to improve contract practices and protocols and to ensure completion of contracts in a timely manner. Work closely with the procurement team to deliver effective support and advice . Liaise across business units in relation to procurement activity, and work closely with all other Legal teams. Experience/Education: Excellent academic credentials and JD from an ABA accredited law school. License in good standing to practice law in NJ, NY or PA. 5-7 years experience in a large corporation focusing on technology contracts. Knowledge of Apptus contract management software application. Solid understanding of information security and data privacy laws. Understanding of procurement best practices and ability to provide thoughtful, proactive, strategic legal advice. Skilled at identifying issues early and identifying creative solutions. Superior oral and written communication skills. Demonstrated ability to work collaboratively with clients, other attorneys and in a team environment in addition to working independently. Salary Range: NA Minimum Qualification 5 - 7 years

URL: https://madison-nj.geebo.com/jobs-online/view/id/746026416-corporate-counsel-it-contracting-/

Occupation:    23-1011 Lawyers

Date:  6/30/2019

Title:    Associate General Counsel Office General Counsel

Poster:  NYC Department of Health and Mental Hygiene

City:  New York, NY

County:  New York

Ad Job Board(s):    US Jobs; GoInHouse

ID:  3390

Content Description:

Job Description The New York City Department of Mental Hygiene (DOHMH) is one of the largest public health agencies in the world. Law plays an important part role in attaining public health goals and addressing emerging public health threats. The Office of Legal Affairs at the DOHMH provides quality representation and legal support for the agency and its many public health functions serving more than 8.6 million New Yorkers. DUTIES WILL INCLUDE BUT NOT BE LIMITED TO: Under general direction of the General Counsel and Deputy General Counsel, with wide latitude for the exercise of independent initiative and judgment, the Agency Attorney will be responsible for the analysis and drafting of important and complex legal documents and opinions for the Department. --Incumbents are eligible, upon admission to the New York State Bar, to argue motions, try cases, handle appeals, and etc. --Research laws, rules, regulations, and case law. --Draft amendments to the Health Code and Commissioner of Health regulations. --Provide legal guidance to programs at the health department. --Provide support to the Office as needed. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills - A background and previous experience working within a public health agency - Strong organizational skills - Excellent oral and written communication skills - Previous experience using West Law and Clear or other online legal research platforms - Team player with ability to work independently. Additional Information **IMPORTANT NOTES TO ALL CANDIDATES: Please note: If you are called for an interview you will be required to bring to your interview copies of original documentation, such as: • A document that establishes identity for employment eligibility, such as: A Valid U.S. Passport, Permanent Resident Card/Green Card, or Driver's license. • Proof of Education according to the education requirements of the civil service title. • Current Resume • Proof of Address/NYC Residency dated within the last 60 days, such as: Recent Utility Bill (i.e. Telephone, Cable, Mobile Phone) Additional documentation may be required to evaluate your qualification as outlined in this posting's "Minimum Qualification Requirements" section. Examples of additional documentation may be, but not limited to: college transcript, experience verification or professional trade licenses. If after your interview you are the selected candidate you will be contacted to schedule an on-boarding appointment. By the time of this appointment you will be asked to produce the originals of the above documents along with your original Social Security card. **LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DOHMH qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the program's other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... "FINAL APPOINTMENTS ARE SUBJECT TO OFFICE OF MANAGEMENT & BUDGET APPROVAL•To Apply Apply online with a cover letter to https://a127-jobs.nyc.gov/. In the Job ID search bar, enter: job ID number # 398898. We appreciate the interest and thank all applicants who apply, but only those candidates under consideration will be contacted. The NYC Health Department is committed to recruiting and retaining a diverse and culturally responsive workforce. We strongly encourage people of color, people with disabilities, veterans, women, and lesbian, gay, bisexual, and transgender and gender non-conforming persons to apply. All applicants will be considered without regard to actual or perceived race, color, national origin, religion, sexual orientation, marital or parental status, disability, sex, gender identity or expression, age, prior record Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/13832263-associate-general-counsel-office-of-general-counsel-at-nyc-dept-of-health-mental-hygiene

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   7/1/2019

Title:    Corporate Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):     JobVertise

ID:   16624

Content Description:

Corporate Counsel New York Legal Full-time About Snowflake Snowflake is growing fast and were scaling our team to help enable and accelerate our growth. Were passionate about our people, our customers, our values and our culture! Were also looking for people with a growth mindset and the pragmatic insight to solve for today while building for the future. And as a Snowflake employee, you will be accountable for supporting and enabling diversity and belonging. Snowflake started with a clear vision: make modern data warehousing effective, affordable, and accessible to all data users. Because traditional on-premises and cloud solutions struggle with this, Snowflake developed ...

URL: http://www.jobvertise.com/job/28778946

Occupation:   23-1011 Lawyers

Date:   7/1/2019

Title:   Corporate Counsel

Poster:   OSCARS

City:  New York, NY

County:  New York

Ad Job Board(s):   GoInHouse

ID:   21210

Content Description:

We are changing how health insurance works. Our goal is to make health insurance simple, transparent and human. We need your help to do so. We brought together leaders from top technology, service and healthcare companies to work side by side to disrupt health insurance. The result? Better people, better ideas, and better healthcare. As Corporate Counsel, you will be a key member of the Legal team responsible for new market licensing, commercial contracting, employment matters and other corporate work. This position works with virtually every department at the company, spanning offices across the country. We operate in New York, California, Texas, New Jersey, Tennessee and Ohio, and next year will add Arizona, Florida and Michigan. We anticipate further geographic expansion and new product offerings, including in the Medicare Advantage market. You should be comfortable in an ever changing environment as we continue to grow! Responsibilities: - Review, draft, edit and negotiate commercial agreements, including NDAs, BAAs, and vendor agreements of all kinds - Provide information on employment-related issues to Oscar personnel and help Oscar stay current with laws and regulations that assure a fair work environment - Coordinate and assemble Oscar's applications for insurance licenses in new markets - Assist in project management of Oscar's Medicare Advantage application and launch - Handle corporate governance and other corporate housekeeping matters, including preparing board and committee meeting agendas, meeting minutes, resolutions, and shareholder/board consents - Serve as a resource on matters of corporate law and governance - Become a company resource for contract related questions and processes; the business can rely on you and your expertise, and guidance About you: - J.D. from an ABA accredited law school and at least 2 years of relevant experience at a law firm and/or in-house - Experience and understanding of corporate law and contract drafting and interpretation - Excellent critical thinking and analytical abilities, particularly in developing conceptual understanding of new topics for yourself and others - Demonstrated ability to take ownership with strong work ethic and follow-through skills - Excellent communication and interpersonal skills, both oral and written, with a proven ability to build strong interpersonal relationships - Detail-oriented and dynamic team player who thrives in a fast-paced environment Bonus points if you have: - Experience in employment law - Experience working in the healthcare industry and knowing what a deductible actually is - Experience with startups

URL: https://www.goinhouse.com/jobs/13898703-corporate-counsel-at-oscar

Occupation:     23-1011 Lawyers

Date:  7/2/2019

Title:    Barred Document Review Attorney Added Currently

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:  16541

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming project in New York, New York, which is scheduled to start on 7.2.19 . Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: TOMORROW, 7.2.19 - Expected Duration: 2-3 Weeks - Hour requirement: 40 hour minimum per week - Pay: $33.00/hr - Location: Special Counsel office in New York City (Grace Building) Required Qualifications: - eDiscovery experience: Preferred - Bar/License: Must be active and in good standing in New York - Other: If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/new-york-barred-document-review-attorney-attorney/?ID=US_EN_66_869813_2678030

Occupation:     23-1011 Lawyers

Date:   7/2/2019

Title:    Senior Corporate Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   16581

Content Description:

Senior Corporate Counsel New York, New York Legal & Compliance Full-time Transfix, named one of Forbes "Next Billion-Dollar Startups" in 2018, is the leading freight marketplace that s transforming the $700 billion trucking industry, connecting shippers to a national network of reliable carriers. Fortune 500 companies such as Anheuser-Busch, Unilever, and Target rely on Transfix to handle their most important FTL freight needs. With instant pricing tools, guaranteed capacity, data-driven insights, and reliable service, Transfix is changing the world of transportation one load at a time. Join us, and leave a positive impact on the environment as we help reduce the carbon fo ...

URL: http://www.jobvertise.com/job/28717210

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:  7/2/2019

Title:   Vice President Assistant General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    US Jobs

ID:  16589

Content Description:

This position will provide legal assistance to the Programs Division, focusing on Casualty, Property and Inland Marine, and Professional lines of business. It will provide day-to-day support for the business, including product development (drafting of proprietary insurance policies and endorsements), and related compliance support on surplus lines and admitted business. The lines of business include, but are not limited to: Commercial General Liability (including primary, umbrella and excess), Commercial Automobile Liability, Property and Inland Marine, Directors & Officers Liability, Errors & Omissions Liability, and Cyber Liability. This position will be located in our New York, NY office. Duties and Responsibilities: Develop and draft/revise new proprietary insurance policies, endorsements, applications and related materials. Prepare responses to state insurance departments regarding their comments to filed proprietary insurance policies and endorsements. Serve as legal counsel to underwriters by providing advice and guidance regarding policy interpretation, claim trends and insurance laws and regulations. Aid underwriters in responding to coverage requests from program administrators, brokers and insureds. Apprise underwriters of judicial and legislative developments affecting their lines of business. Assist in the development and implementation of company policies and procedures. Equal Opportunity Employer-minorities/females/veterans/individuals with disabilities/sexual orientation/gender identity

URL: https://de.jobsyn.org/443b03a844724e45ba47daf7c2166dd11396

Occupation:     23-1011 Lawyers

Date:   7/2/2019

Title:    Vice President Corporate Counsel Annuities

Poster:   Poster Not Listed

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    JobVertise

ID:   19943

Content Description:

Job Description - Vice President, Corporate Counsel- Annuities (ANN000S9) Job Description Vice President, Corporate Counsel-Annuities-ANN000S9 Description We are seeking an experienced attorney to join the Annuities Law Department.This position will provide counsel and support to Prudentials Annuities business on variable and fixed annuity product development, maintenance and marketing.This position also will have the opportunity to provide cross-business legal support on product development for the Individual Life Insurance Law Department, and work closely with other US business and corporate legal groups on a variety of strategic and cross-business initiative ...

URL: http://www.jobvertise.com/job/28775663

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   7/2/2019

Title:    Corporate Counsel JDHuntr Senior Director Commercial Gene

Poster:   Poster Not Listed

City:  Bridgewater, NJ

County:  Somerset

Ad Job Board(s):    JobSpider

ID:   21175

Content Description:

Corporate Counsel Jobs JDHuntr 30203 Senior Counsel, Director â€" Commercial, General Corporate, Bridgewater, NJ *handling the day-to-day legal work related to company's brand division including promotional review and general commercial and clinical contracting and (ii) h*andling an overseeing the day to day commercial and customer contracting for the company . *requires extraordinary organizational capabilities, in addition to outstanding technical legal skills in the relevant areas of contracting and promotional review. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8781921.html

Occupation:     23-1011 Lawyers

Date:   7/4/2019

Title:   Vice President Legal Affairs NBC Entertainment

Poster:   NBC Universal

City:  West New York, NJ

County:  Hudson

Ad Job Board(s):    Learn4Good

ID:   16464

Content Description:

Staff Responsibilities: Role SummaryThe person in this role will lead the team of legal affairs lawyers in New York who provide â€œshow lawyerâ€support for NBC Entertainment Late Night and Specials productions and otherwise support NBC Entertainment scripted and alternative studios. The work includes a holistic, business-friendly approach, providing timely and practical legal advice during the development and production content, including vetting scripts and concepts and analyzing music rights, intellectual property and other legal matters. The person in this role will also draft and review agreements, as well as coordinate legal services provided by other groups in the NBCUniversal Law Department. This role will report to the General Counsel of NBC Entertainment.ResponsibilitiesIdentify, analyze, and tee up practical, responsive solutions on issues relating to projects in development and production.Draft, review, negotiate and interpret talent, rights and production contracts and other documentation.Identify and implement improvements to forms and processes.Partner with NBCUniversal business executives, as well as colleagues in the Law Department, to best coordinate, prioritize and streamline legal support.Work with the Legal Affairs team and colleagues in the Law Department on major projects with long-term business implications.Supervise certain junior members of Legal Affairs department.Other matters as needed. Qualifications/Requirements: Qualifications:Member of New York bar or other U.S. state bar.JD or LLM degree from an accredited law school.A minimum of 15 years of entertainment, media law, intellectual property and/or other relevant experience.Eligibility Requirements:Interested candidate must submit a resume/CV through (Please contact us using the "Apply for this Job Posting" box below) to be consideredWillingness to work nights and on weekends, if needed.Must have unrestricted work authorization to work in the United States Desired Characteristics: Excellent drafting and negotiating skills and a strong strategist who can present, develop and guide negotiations through to closure.Demonstrated ability, in a positive and practical manner, to approach complex legal scenarios in a thoughtful and analytic fashion.Superior influencing skills and will be able to gain the respect of, and build a rapport with, multiple constituencies at all levels, internally and externally.Strong leader and persuasive communicator with a vision; proven ability to self-motivate, work independently as well as collaboratively.Excellent organizational and communication skills, exceptional ability to multi-task in a fast-paced environment.Ability to recognize and respond quickly and pragmatically to urgent situations. Sub-Business: Corporate Legal Career Level: Experienced City: New York State/Province: New York Country: United States About Us: At NBCUniversal, we believe in the talent of our people. Itâ€™s our passion and commitment to excellence that drives NBCUâ€™s vast portfolio of brands to succeed. From broadcast and cable networks, news and sports platforms, to film, world-renowned theme parks and a diverse suite of digital properties, we take pride in all that we do and all that we represent. Itâ€™s what makes us uniquely NBCU. Here you can create the extraordinary. Join us. Notices: NBCUniversalâ€™s policy is to provide equal employment opportunities to all applicants and employees without regard to race, color, religion, creed, gender, gender identity or expression, age, national origin or ancestry, citizenship, disability, sexual orientation, marital status, pregnancy, veteran status, membership in the uniformed services, genetic information, or any other basis protected by applicable law. NBCUniversal will consider for employment qualified applicants with criminal histories in a manner consistent with relevant legal requirements, including the City of Los Angeles Fair Chance Initiative For Hiring Ordinance, where applicable.

URL: https://www.learn4good.com/jobs/west-new-york/new-jersey/law_and_legal/49681864/e/

Occupation:     23-1011 Lawyers

Date:  7/4/2019

Title:    House JDHuntr General Counsel CCO Email

Poster:  Poster Not Listed

City:  Union, NJ

County:  Union

Ad Job Board(s):    JobSpider

ID:  16475

Content Description:

In-House Jobs California JDHuntr 30221 General Counsel & CCO (apply by email), Union, NJ The CCO & General Counsel is responsible for the development and execution of the company's compliance strategy to ensure the company adheres to all applicable legal and ethical regulatory standards and the development and execution of the company's legal strategy, in support of company's mission, vision, and business strategy – and reports directly to the Chief Executive Officer (CEO). in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8786338.html

Occupation: 23-1011 Lawyers

Date: 7/8/2019

Title: Vice President Legal Counsel

Poster: Major, Lindsey & Africa

City: Armonk, NY

County: Westchester

Ad Job Board(s): CareerBuilder; The Job Network

ID: 16343

Content Description:

The company is an equal opportunity employer and will consider all applications without regard to race, sex, age, color, religion, national origin, veteran status, disability, genetic information or any other characteristic protected by law. Major, Lindsey & Africa's Interim Legal Talent group has an immediate need for a Vice President - Legal Counsel. Vice President – Legal Counsel Overview: Our client has an immediate need to expand their strong yet nimble legal team. This role is integral to the companies' success as they grow into new areas of the insurtech industry. Company: A well-established start-up insurtech company. Compensation: Compensation is competitive and will be commensurate with experience. Experience: 3 - 6 years experience as an insurance regulatory attorney. Location: Westchester, NY. Relocation: No. Responsibilities Include: - Provide insurance regulatory advice concerning product development, underwriting, administration, and claims - Have working knowledge of insurance products and insurance distribution channels including licensing, appointments, advertising, marketing and sales - Have the ability to apply insurance regulatory requirements to new and creative insurance benefits or features - Have familiarity with federal and state privacy and information security laws (e.g., HIPAA, CCPA, GDPR, NAIC laws, etc.) - Collaborate with the Legal and Compliance teams - Craft forms, contracts, and processes to build and ensure a compliant, scalable business that can fulfill its mission and purpose - Collaborate with other members of the legal team regarding disputes, corporate organization, employment and intellectual property matters - Assist with regulatory issues related to acquisitions, joint ventures and the establishment of new licensed businesses - Draft and negotiate of insurance related agreements, NDAs, and technology agreements Qualifications Include: - Meaningful insurance regulatory experience supporting business leaders of insurance carriers - Knowledge of and familiarity with reinsurance and related issues - Transferable skills from having worked for or with other insurance businesses - Demonstrated emotional intelligence, pragmatism, a business enabling mind-set, social skills, curiosity and resilience - Work independently while balancing the need to collaborate and maintain an appropriate level of communication and coordination with the rest your peers - Ethical, professional and act with integrity - Balance legal risks and its impacts to the company while serving the needs of the company's customers and partners - Advocate successfully for a given legal position whether it be within the business or while negotiating with outside parties - 3 - 6 years experience as an insurance regulatory attorney #mlainterim (See Job Description) Location/Region: Armonk, NY

URL: https://jobs.thejobnetwork.com/job/117096996/legal-advisor-job-in-armonk-ny

Occupation:   23-1011 Lawyers

Date:   7/8/2019

Title:   Senior General Counsel Assistant General Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):   Flexjobs

ID:   16351

Content Description:

Job Description Full-time senior counsel/assistant general counsel needed for a position with flexible hours. Will oversee agreements, perform negotiations, and advise on legal matters. Law degree, bar admission, and five years of legal experience required.

URL: https://www.flexjobs.com/publicjobs/senior-counsel-assistant-general-counsel-1106357

Occupation:     23-1011 Lawyers

Date:   7/10/2019

Title:    Associate General Counsel Product WhatsApp

Poster:  Facebook

City:  New York, NY

County:  New York

Ad Job Board(s):     US Jobs; Facebook, Inc.

ID:   20888

Content Description:

Facebook's mission is to give people the power to build community and bring the world closer together. Through our family of apps and services, we're building a different kind of company that connects billions of people around the world, gives them ways to share what matters most to them, and helps bring people closer together. Whether we're creating new products or helping a small business expand its reach, people at Facebook are builders at heart. Our global teams are constantly iterating, solving problems, and working together to empower people around the world to build community and connect in meaningful ways. Together, we can help people build stronger communities â€" we're just getting started. WhatsApp is the world's fastest growing communication service with over 1 billion active users globally. We help bring friends, families, communities, soccer groups, storm chasers and millions of others together. We are just getting started. We are looking for the best individuals to grow and support this incredible community of users. WhatsApp has been ranked as one of the Top 25 Most Downloaded apps in over 100 countries on the App Store and has received over 1 billion installs on Google Play. WhatsApp is looking for an Associate General Counsel, Product to join our team. You must have flexibility to adapt to changing priorities and organizational needs. In addition, you must have the ability to operate independently in a fast-paced, small but growing environment and work proactively with various teams, including the business, marketing, product management, engineering, policy, communications and customer support teams. RESPONSIBILITIES Act as primary legal advisor for product and engineering teams. Provide legal advice across many subject areas including data protection/privacy laws and regulations, telecom, competition, consumer protection laws, and other global legal frameworks. Coordinate with public policy, communications, product management, product marketing, trust and safety, and other cross-functional teams on external communications, policy development, product development, and product launches. Lead consensus building and drive coordination with other members of the Legal team. Manage/mentor other legal team member(s). Travel domestically and internationally as required. MINIMUM QUALIFICATIONS J.D. degree (or foreign equivalent) and membership in at least one U.S. state bar. 8+ years of law firm and/or in-house experience with internet or technology companies. Experience with product or regulatory counseling related to consumer protection, privacy, data security, and intellectual property law. Experience taking on projects involving different subject matters, and working with cross-functional organizations. PREFERRED QUALIFICATIONS People management experience. Experience supporting a global team at a messaging services provider or other Internet services and technology company. Demonstrated ability to work on multiple projects in a fast-paced environment. Excellent interpersonal skills with an absolute commitment to professionalism and collegiality. Facebook is committed to providing reasonable accommodations for qualified individuals with disabilities and disabled veterans in our job application procedures. If you need assistance or an accommodation due to a disability, you may contact us at accommodations-ext@fb.com .

URL: https://www.facebook.com/careers/jobs/2372877496124850/

Occupation:    23-1011 Lawyers

Date:  7/11/2019

Title:    E-DISCOVERY Attorney Added Currently Documen III

Poster:  Special Counsel

City:  Roseland, NJ

County:  Essex

Ad Job Board(s):    Special Counsel

ID:  20830

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming review project in Roseland, New Jersey, which is scheduled to start on Monday, July 15th. Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: Monday, July 15th - Expected Duration: 6 weeks - Hour requirement: 40 hour minimum per week - Pay: $32/hr. - Location: On site at client's office in Roseland, N.J. Required Qualifications: - eDiscovery experience: Document review experience is preferred - Bar/License: Must be admitted and in good standing with any US Jurisdiction - Conflicts- list to be screened If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2676531

Occupation:    23-1011 Lawyers

Date:  7/12/2019

Title:    E-DISCOVERY Attorney Added Currently Document II

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:  16122

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming project in New York City, which is scheduled to start on Monday, July 15th. Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: Monday, July 15th - Expected Duration: 7 - 10 days - Hour requirement: 40 hour minimum per week - Pay: $33/hr - Location: midtown on site at client's office Required Qualifications: - eDiscovery experience: Previous review experience required - Bar/License: Must be admitted and in good standing with any US Bar Jurisdiction If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2681478

Occupation:     23-1011 Lawyers

Date:   7/13/2019

Title:    AVP Product Development Attorney

Poster:   Poster Not Listed

City:  Jersey City, NJ

County:  Hudson

Ad Job Board(s):     JobVertise

ID:   16065

Content Description:

AVP, Product Development Attorney AVP, Product Development Attorney Job Locations US-MO-Kansas City | US-NJ-Jersey City Job ID 2018-2187 # of Openings 1 Category Corporate Underwriting The Position Mid-level Product Development drafting technician to work in Arch Insurances Enterprise Product Development team within Corporate Underwriting Services (CUS) to service Arch Insurances Lenders business unit. Job Responsibilities New product development with focus on new product design, policy form drafting and implementation. Communicate and collaborate with Underwriters, Managers, Claim Attorneys, Compliance ...

URL: http://www.jobvertise.com/job/28908033

Occupation:    23-1011 Lawyers

Date:  7/13/2019

Title:   Associate General Counsel

Poster:  Sharp Electronics

City:  Montvale, NJ

County:  Bergen

Ad Job Board(s):    Hire Heroes

ID:   16082

Content Description:

Organization: Sharp Electronics Corporation Location: US-NJ-Montvale Job ID: 2018-4531 Job Details Apply Now

URL: https://jobs.hireheroesusa.org/jobs/14225739-associate-general-counsel-at-sharp-electronics-corporation

Occupation:     23-1011 Lawyers

Date:   7/13/2019

Title:    Senior Corporate Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   16083

Content Description:

Senior Corporate Counsel New York City Business Operations Full-time Bluecore is a Retail Performance Cloud specializing in artificial intelligence - based workflows. Our unique ability to leverage machine learning to match customer data with real-time product and behavior enables brands to build intelligent, marketing communications and personalized campaigns in seconds vs. days. More than 400 retail brands, including Staples, Perry Ellis, Teleflora, Tommy Hilfiger and Best Buy Canada, increase their performance with less effort leveraging our products. Bluecore has been recognized as one of the Best Places to Work by Glassdoor and is ranked No. 241 on the Inc. 500 List, the mo ...

URL: http://www.jobvertise.com/job/28883966

Occupation:     23-1011 Lawyers

Date:   7/13/2019

Title:   Senior Corporate Counsel Corporate Jdhuntr Law Jdhuntr Counsel Law

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   20761

Content Description:

law jobs JDHuntr 30317 Senior Corporate Counsel, General Corporate, New York, NY To apply go to (link removed) *help us understand and *manage legal, regulatory and industry requirements in a variety of jurisdictions around the world, starting with Asia and expanding into Europe and Latin America. *work with outside advisors and local lawyers to understand country-specific requirements. *help develop a strategy for rolling out the business. To apply, visit JDHUNTR for the employer s name, contact information and job details. Please do not submit your resume to JDHUNTR. JDHUNTR is a job board and does not have any involvement in this employer s hiring process, other than listing of jobs. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California JDHuntr In-House Counsel Jobs PLEASE CLICK HERE TO APPLY 633 W. 5th Street Los Angeles, CA 90071

URL: http://www.jobvertise.com/job/28879134

Occupation:    23-1011 Lawyers

Date:  7/14/2019

Title:   Corporate Counsel Corporate Jdhuntr Counsel Law

Poster:  JDHUNTR

City:  New York, NY

County:  New York

Ad Job Board(s):    CareerArc

ID:  20724

Content Description:

law jobs JDHuntr 30341 Corporate Counsel, General Corporate, New York, NY To apply go to https://www.JDHuntr.com *Assist in the continuous improvement of company's corporate governance program, including *performing research, *drafting corporate governance articles, and *preparing stakeholder presentations *Assist with drafting proxy statement (including CD&A), annual report and quarterly filings in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.careerarc.com/job-listing/jdhuntr-in-house-jobs-jobs-law-jobs-jdhuntr-30341-corporate-counsel-general-corporate-new-york-ny-29772947

Occupation:   23-1011 Lawyers

Date:   7/15/2019

Title:   Assistant Vice President Legal Regulatory Professional Affairs

Poster:   GNYHA Management

City:  New York, NY

County:  New York

Ad Job Board(s):   CareerBuilder

ID:   20681

Content Description:

Greater New York Hospital Association (GNYHA) is a member-driven, service-oriented hospital trade association that is at the forefront of high-profile health care issues at a state and national level. Reporting to the Senior Vice President of Legal, Regulatory, and Professional Affairs/General Counsel, the Assistant Vice President of Legal, Regulatory, and Professional Affairs will work with hospital compliance professionals, in-house lawyers, other hospital administrators, and New York State and local government officials on a variety of health care issues. Duties and Responsibilities: - Lead GNYHA's member educational efforts in the area of corporate compliance. - Provide technical assistance to hospital compliance and regulatory professionals and in-house lawyers on complying with new and existing laws and regulations, including through the development of written guidance and other tools. - Develop educational and other programs for GNYHA members, including identifying topics of interest and experts to deliver content, and presenting content, as appropriate. - Conduct statutory and regulatory analysis; limited legal research. - Advocate on behalf of GNYHA members before State and local administrative agencies. Skills and Requirements: - J.D. from an accredited law school. - 5+ years' health care experience in a legal, compliance, or policy role. - Strong understanding of the health care legal and regulatory framework, with an additional understanding of hospital operations preferred. - Ability to creatively solve problems and build relationships with GNYHA members, government officials, and outside organizations. - Ability to self-start, prioritizing and working independently in a busy, service-oriented environment. - Superior communication skills: ability to explain complex topics to a diverse audience orally and in writing; ability to facilitate large and small-group discussions. Equal Opportunity Employer â€" Race, Sex, Veteran or Disability status, Gender Identity, Sexual Orientation If you need an accommodation to complete the electronic employment application, please email us at Email blocked - click to apply or call (212) 246-7100. If calling, please ask to be transferred to our Recruiting Department. If no one is available, please leave a message and a member of our Recruiting team will return your call within two business days. Please note this line is only for those individuals who need an accommodation to apply for a job. Calls for any other reason will not be returned. Skills required Marketing Presentations Business Administration Management Business Development Strategic Planning Apply to this job. Think you're the perfect candidate?

URL: https://www.careerbuilder.com/job/J3S32Q720PC6RB58ZZN

Occupation:     23-1011 Lawyers

Date:   7/16/2019

Title:    E-DISCOVERY Attorney Added Currently Document Revisor

Poster:   Special Counsel

City:  Roseland, NJ

County:  Essex

Ad Job Board(s):    Special Counsel

ID:   15901

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming review project in Roseland, New Jersey, which is scheduled to start on Wednesday, July 17th. Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: Wed. July 17th - Expected Duration: 6 weeks - Hour requirement: 40 hour minimum per week - Pay: $32/hr. - Location: On site at client's office in Roseland, N.J. Required Qualifications: - eDiscovery experience: Document review experience is preferred - Bar/License: Must be admitted and in good standing with any US Jurisdiction - Conflicts- list to be screened If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2676531

Occupation:    23-1011 Lawyers

Date:  7/16/2019

Title:    Assistant Vice President Legal Regulatory Professional Affairs

Poster:  York Hospital

City:  New York, NY

County:  New York

Ad Job Board(s):    US Jobs

ID:  20675

Content Description:

Greater New York Hospital Association (GNYHA) is a member-driven, service-oriented hospital trade association that is at the forefront of high-profile health care issues at a state and national level. Reporting to the Senior Vice President of Legal, Regulatory, and Professional Affairs/General Counsel, the Assistant Vice President of Legal, Regulatory, and Professional Affairs will work with hospital compliance professionals, in-house lawyers, other hospital administrators, and New York State and local government officials on a variety of health care issues. **Duties and Responsibilities:** * Lead GNYHA's member educational efforts in the area of corporate compliance. * Provide technical assistance to hospital compliance and regulatory professionals and in-house lawyers on complying with new and existing laws and regulations, including through the development of written guidance and other tools. * Develop educational and other programs for GNYHA members, including identifying topics of interest and experts to deliver content, and presenting content, as appropriate. * Conduct statutory and regulatory analysis; limited legal research. * Advocate on behalf of GNYHA members before State and local administrative agencies. **Skills and Requirements:** * J.D. from an accredited law school. * 5+ years health care experience in a legal, compliance, or policy role. * Strong understanding of the health care legal and regulatory framework, with an additional understanding of hospital operations preferred. * Ability to creatively solve problems and build relationships with GNYHA members, government officials, and outside organizations. * Ability to self-start, prioritizing and working independently in a busy, service-oriented environment. * Superior communication skills: ability to explain complex topics to a diverse audience orally and in writing; ability to facilitate large and small-group discussions. *Company:* GNYHA/Management Corporation *Location:* 555 West 57th Street, New York, NY 10019 *Internal Job Code:* ASSOC69 *# of Openings:* 1

URL: https://de.jobsyn.org/031671b3ddee4fe7a7907fbe7cdf92a21396

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   7/20/2019

Title:    Senior Counsel Vice President Business Legal Affairs Nickelo

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   15203

Content Description:

Senior Counsel/Vice President, Business & Legal Affairs, Nickelodeon Location : CityStateForPosting New York, NY Brand Viacom Job Locations US-NY-New York | US-CA-Hollywood iCIMS ID 2019-12021 Overview and Responsibilities Nickelodeon is the number-one entertainment brand for kids. It has built a diverse, global business by putting kids first in everything it does. The company includes television programming and production in the United States and around the world, plus consumer products, online, recreation, books and feature films. Nickelodeons U.S. television network is seen in more than 90 million households and has be ...

URL: http://www.jobvertise.com/job/28980064

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:  7/22/2019

Title:    Corporate Counsel JDHuntr Attorney Vice President Data

Poster:  Poster Not Listed

City: New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:  15669

Content Description:

Corporate Counsel Jobs JDHuntr 30485 Attorney, VP Data, General Corporate, New York, NY To apply go to (link removed) *Analyze,
*apply and *identify business requirements resulting from existing, new and evolving, federal, state, and local laws (as well as
government and industry standards and guidelines) related to *data processing activities (including data privacy and data protection),
*applicable to the enterprise s operations To apply, visit JDHUNTR for the employer s name, contact information and job details.
Please do not submit your resume to JDHUNTR. JDHUNTR is a job board and does not have any involvement in this employer s hiring
process, other than listing of jobs. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in
house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs,
law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California JDHuntr In-House Counsel Jobs
PLEASE CLICK HERE TO APPLY 633 W. 5th Street Los Angeles, CA 90071

URL: http://www.jobvertise.com/job/28989977

Occupation:     23-1011 Lawyers

Date:   7/23/2019

Title:    Senior Corporate Counsel Commercial Manager

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    US Jobs

ID:   15642

Content Description:

Getty Images, Inc. Legal | New York Getty Images is an equal opportunity employer and strongly supports diversity in the workplace Who You Are: This role will provide legal support to numerous business functions at Getty Images, with a very strong emphasis on support of commercial matters such as regional sales, strategic development and content partners. The Corporate Counsel is expected to develop relationships with key internal and external customers by quickly and accurately drafting, negotiating and implementing a range of commercial agreements. This position provides appropriate legal guidance as and where needed as well as troubleshooting operational roadblocks. Your Next Challenge: â€¢ Exercise independent responsibility for partnering with the applicable business teams, providing contract drafting, negotiation and maintenance support together with legal team members in other offices. â€¢ Independently prepare and manage legal documentation (contracts, legal correspondence, etc.) and other materials related to job duties. â€¢ Establish and maintain positive relationships with internal and external customers. â€¢ Train internal customers and present to external customers on salient legal issues affecting Getty Imagesâ€™ business. â€¢ Communicate (written and verbal) with internal and external parties, including internal and external customers, as necessary to perform job duties. â€¢ Serve as contact for general legal issues that arise in the region. â€¢ Occasional travel may be required. What Youâ€™ll Need: â€¢ Desired 5+ years relevant experience with general commercial legal matters. â€¢ Experience at a large law firm and/or as in-house counsel, with licensing and intellectual property experience strongly preferred. â€¢ Juris Doctorate and member in good standing with the New York state Bar. â€¢ Strong knowledge and experience negotiating and drafting contracts and agreements independently, with an excellent attention to detail. â€¢ Strong negotiation skills and ability to interact with senior legal and business leaders internally and externally. â€¢ Critical analysis skills related to identifying and solving problems in a busy corporate environment. â€¢ Experience working with and training non-legal colleagues. â€¢ Exceptional interpersonal and communication skills. â€¢ Strong organizational and time-management skills. â€¢ Ability to perform complex tasks with minimal direction and/or supervision. â€¢ Ability to work productively in an evolving environment. â€¢ Self-starting and solutions-oriented team player. â€¢ Maintains composure during tight deadlines. â€¢ Ability to manage multiple tasks simultaneously. â€¢ Completes work with professionalism and with integrity. â€¢ Fluency in Spanish (reading, writing, speaking) is highly desirable. #LI-MM1 Who We Are: Getty Images is one of the most trusted and esteemed sources of visual content in the world, with over 300 million assets including photos , videos , and music , available through its industry-leading sites www.gettyimages.com and www.istock.com . The Getty Images website serves creative, business and media customers in nearly every country in the world and is the first-place people turn to discover, purchase and share powerful visual content from the worldâ€™s best photographers

URL: https://de.jobsyn.org/cc9db4af6e23403e9775101393932cc71396

Occupation:    23-1011 Lawyers

Date:  7/24/2019

Title:    E-DISCOVERY Attorney Added Currently Document Revie

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:  15592

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming project in New York City which is scheduled to start as early as July 31s t or at the latest August 5th . Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: July 31st or at the latest August 5th - Expected Duration: 4-6 weeks - Hour requirement: 40 hour minimum per week - Pay: $33/hr - Location: Special Counsel midtown Center Required Qualifications: - eDiscovery experience: document review experience is required - Bar/License: Must be barred and in good standing with the NY Bar If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2685523

Occupation:    23-1011 Lawyers

Date:  7/25/2019

Title:   Associate General Counsel

Poster:  CareMount Medical

City: Chappaqua, NY

County:  Westchester

Ad Job Board(s):    ZipRecruiter

ID:  15547

Content Description:

Position Overview: The Associate/Senior Associate General Counsel will provide legal counsel to CareMount under the supervision of the General Counsel. Essential Duties and Responsibilities (including, but not limited to the following):Review, draft and negotiate contracts, leases, vendor agreements and other documents.Advise members of senior management team and directors on a range of legal and compliance issues affecting the operations of multi-specialty medical group and affiliated management services organization.Work collaboratively with Human Resources Department on employee relations issues.Provide legal support to Compliance Committee and committees related to accountable care organization.Develop training materials and provide presentations.Keep apprised on new developments in New York State law, especially in the healthcare and human resources areas.Review and revise policies.Maintain information and confidentiality.Perform related work as required. Performance Requirements:Adheres to all CareMount Medical Groupâ€™s policies and procedures.Ability to handle stressful situations. Typical Physical Demands:Work requires sitting for long periods of time; also stooping, bending and stretching for files and supplies. Requires the use of office equipment, such as computer terminals, telephones and copiers. Typical Working Conditions:Work is performed in administrative offices in Chappaqua.Involves frequent contact with senior leadership, manager(s), supervisor(s) and physician(s). May require travel to other sites.Work may be stressful at times; interaction with others is constant and interruptive Qualifications:Current license to practice law in New York State.Member in good standing of the New York State Bar.Superior management skills including the ability to provide legal advice to senior management team, directors, and physicians.Excellent professional presentation and organization skills with ability to multi-task.Excellent written and oral communication skills.Strong negotiation, analytic, problem-solving and leadership skills.PC proficiency with Microsoft Office and OutlookSelf-starter with the ability to work independentlyExtensive understanding of legal issues related to contracting; experience with managed care and other insurance contracts preferred.Extensive understanding of legal issues related to the operations of a health care organization, including HIPAA, fraud and abuse laws, employment law, payer contracts, leases, and information technology agreements. Experience:Minimum 8 yearsâ€™ experience practicing law required, 6 yearsâ€™ experience in a health care environment preferred.Experience with management services organization preferred. Education:Bachelorâ€™s Degree from an accredited college or university.J.D. from A.B.A accredited law school.

URL:
https://www.ziprecruiter.com/clk/daNZuELO_ZSeRV4vjqlh5IhZJmAQa7WHMFldzPfvzewzzsHwUaX6e4iR91JHbrLyajNFR9p1XU
VNY1hp6oy0Vr7xblw03ZnSwCmPJp17-IdbXb1Y5c14yhD6-RpBr1RC--
jzyuLQsFZki4lysJ0NeLrJCkvscPoBW8Dp3as3WZ69RDlGdtKboofYlpoOC4tesUFqLlTMVZYdvGUHFV362tOU_sAJxuYB2furPeXKXjw
j82egJHgiA0P3SJBHd6RLTQdOlnKQKWz-s5FT0M9x-FiSz8Dy3sbvQlcoWlruYyuupmKBAGIG9hScY5Fc-
7WZwICvUNakDHGy2BbVFr-
NPbMhfkm5__YwxYj1pBtBGyq2JNq_1RT0Dvrx4QLsmiPkhMdb9UgHiRc2RF4BBBXu9xooCcEcfiPB8FZi3QzW4Ac2uTTxu92vHCUl
GP6z_KeWTJ98UmRKUZNvzP-GjAqYFFpJy1oCdTEy8PSEMJvRDPf3DHdXj0IuuoXM83osQjBSALWqVBpHtHBVtYijGlJelx_pgQaoF-
Etpb6JHn9L6Bs.edb9533fd49d136503d8a170c6632947

Occupation:     23-1011 Lawyers

Date:   7/27/2019

Title:    Corporate Counsel JDHuntr Attorney Vice President Data

Poster:   JDHUNTR

City:  New York, NY

County:  New York

Ad Job Board(s):     CareerArc

ID:   15448

Content Description:

Corporate Counsel Jobs JDHuntr 30485 Attorney, VP Data, General Corporate, New York, NY To apply go to https://www.JDHuntr.com
*Analyze, *apply and *identify business requirements resulting from existing, new and evolving, federal, state, and local laws (as well
as government and industry standards and guidelines) related to *data processing activities (including data privacy and data
protection), *applicable to the enterpriseâ€™s operations in-house counsel jobs, in-house attorney jobs, in-house jobs California, in
house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal
jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.careerarc.com/job-listing/jdhuntr-in-house-jobs-jobs-corporate-counsel-jobs-jdhuntr-30485-attorney-vp-
data-general-corporate-new-york-ny-29836997

Occupation:    23-1011 Lawyers

Date:  8/1/2019

Title:   Associate General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    US Jobs

ID:  15188

Content Description:

Job Title Associate General Counsel Location New York Schedule Full-time Type of Position Regular Job Description Location: New York, NY Position Summary: We are seeking a highly motivated attorney to join the Sirius XM and Pandora legal departments to work on cutting edge marketing issues. This position will be based in New York City and will provide legal subject matter expertise on a wide range of marketing, consumer and privacy law matters. This role requires 7+ years of direct experience with a focus on complex marketing and consumer law matters. Duties and Responsibilities: This attorney will be the primary counsel for Sirius XM and Pandora's marketing and promotions department. The specific responsibilities will include: The review of advertising materials and claims Charitable solicitation promotions Children's advertising, marketing and privacy related issues Credit card rules, regulations and EFT regulations Deceptive Trade Practices and FTC issues Direct marketing E-commerce marketing E-mail promotions Event marketing and promotions Loyalty programs Legislation monitoring Rebate programs, materials and policies Regulatory compliance and monitoring Review of press releases and public relations pieces Social media issues, including advertising, promotion and influencer limitations Sweepstakes creation and compliance Telemarketing and telesales, including state law, FTC law and emerging issues Text marketing and call-to-action texting Website terms, sales and operations Supervisory Responsibilities: None Minimum Qualifications: Must be licensed and in good standing to practice law in New York. A Juris Doctorate from a nationally recognized law school is required. Excellent time management skills, with the ability to prioritize and multi-task, and work under shifting deadlines in a fast-paced environment. Must have legal right to work in the U.S. Requirements and General Skills: Provide marketing and consumer law expertise to cross-functional stakeholders and legal colleagues. Experience in draft and negotiate in-bound and out-bound agreements with a variety of counterparties. Provide guidance and negotiate provisions contained in advertising, marketing and commercial agreements. Provide assistance to legal team members on advising senior leadership on marketing, consumer law and privacy policy issues. Provide assistance to legal team as well as the privacy and security teams in connection with compliance matters for data and privacy laws and regulations, including GDPR, the California Consumer Privacy Act and other data protection, data retention, data security, and data breach regulations. This position will report into the Senior Vice President, Deputy General Counsel, Sirius XM. 7+ years of direct marketing and consumer law experience required, some in-house experience preferred. Demonstrated knowledge and experience drafting and negotiating complex agreements relating to in-bound and out-bound agreements. Direct experience advising internal stakeholders on a wide range of marketing and consumer law matters. Experience advising on privacy and data security law and compliance efforts, including the organization and coordination of privacy assessments, corporate policies and processes. In-depth knowledge of cutting edge IT, web, mobile and ad-tech ecosystems and their marketing and consumer law implications. Ability to maintain strong working relationships with demanding internal clients. Strong analytical capabilities and judgment. Ability to make decisions and pivot quickly and fluidly, thinking practically and be solution-oriented. A practical and proactive problem-solver who possesses strong business acumen and is confident, mature and calm under fire. Excellent time management skills with the ability to prioritize and multita

URL: https://de.jobsyn.org/d0fa6c68f92a431888bd17097eeb5f511396

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:  8/3/2019

Title:     E-DISCOVERY Attorney Added Document Review

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):     Special Counsel

ID:  15101

Content Description:

Special Counsel is looking for Document Review Attorneys for several upcoming projects. Please see details below â€" and donâ€™t delay so you wonâ€™t miss out in joining this exciting new project. Details and Requirements: - Expected Start: In the next 10 days - Expected Duration: approximately 2-3 weeks - Bar Requirement: active and in good standing with the NY Bar - Hour requirement: minimum of 40 hours per week - OT may be an option - Pay: $31 - $32/hr plus OT, $33-$35 without OT - Location: midtown NYC - Preferred Experience: document review preferred but not required If youâ€™d like to be considered for this upcoming Document Review Attorney job in New York donâ€™t delay! Submit your resume todayin Word format. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us; - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Wondering how you can get in on the action? Come work with us as a reviewer! From there, any number of doors can open for you in the Adecco family! Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2689081

Occupation:     23-1011 Lawyers

Date:  8/3/2019

Title:    Document Review Attorney Added Staffing Upcomin IV

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):     Special Counsel

ID:  20104

Content Description:

Special Counsel is staffing an upcoming Document review project that is expected to start as early as week of August 5th in NYC . Please see details below for more information regarding this assignment. Details and Requirements: - Expected Start: Sometime during week of August 5th - Approximate Duration: TBD - Bar Requirement: Must be barred in NY and be active and in good standing - Hour Requirement: Work at least a minimum of 40 hours a week flexible for more - Pay Rate:$31/hr plus OT after 40 hours worked - Location: NY Special Counsel Turnkey Legal Center - midtown - Preferred Experience: If you'd like to be considered for this upcoming Document Review Attorney job in New York , please submit your resume today. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/document-review-attorney-ny-attorney/?ID=US_EN_66_869813_2588722

Occupation:     23-1011 Lawyers

Date:  8/3/2019

Title:    Vice President Assistant General Counsel

Poster:  Allied World Assurance

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com

ID:   20106

Content Description:

Description This position will provide legal assistance to the Programs Division, focusing on Casualty, Property and Inland Marine, and Professional lines of business. It will provide day-to-day support for the business, including product development (drafting of proprietary insurance policies and endorsements), and related compliance support on surplus lines and admitted business. The lines of business include, but are not limited to: Commercial General Liability (including primary, umbrella and excess), Commercial Automobile Liability, Property and Inland Marine, Directors & Officers Liability, Errors & Omissions Liability, and Cyber Liability. This position will be located in our New York, NY office. Duties and Responsibilities: - Develop and draft/revise new proprietary insurance policies, endorsements, applications and related materials. - Prepare responses to state insurance departments regarding their comments to filed proprietary insurance policies and endorsements. - Serve as legal counsel to underwriters by providing advice and guidance regarding policy interpretation, claim trends and insurance laws and regulations. - Aid underwriters in responding to coverage requests from program administrators, brokers and insureds. - Apprise underwriters of judicial and legislative developments affecting their lines of business. - Assist in the development and implementation of company policies and procedures. Qualifications - Law degree and admission in at least one state. - At least 7 years legal experience. - Insurance product development, including insurance policy drafting, required. - In-house or law firm insurance coverage experience required. - Experience with evaluating coverage issues required. - Ability to work independently. - Ability to multi-task and meet required deadlines. - Strong analytical and technical skills. - Ability to quickly understand key business issues and operational objectives. - Effective and confident communicator of complex messages (written and oral) to both internal and external audiences. - Decisive and principled team member. - Individual must be detail-oriented and highly organized. - Good interpersonal skills and a positive team member.

URL: https://www.theladders.com/job/vp-assistant-general-counsel-awac-new-york-ny_40223586

Occupation:    23-1011 Lawyers

Date:  8/5/2019

Title:   Corporate Counsel

Poster:  MetLife, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork; ManhattanJobs.com; CareerBuilder; JobVertise; US Jobs; GoInHouse; Metlife, Inc.; TheLa

ID:   14983

Content Description:

Content Description:

URL: https://jobs.law360.com/jobs/corporate-counsel-new-york-ny-10007-114364758-d?contextType=search&networkView=national

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   8/5/2019

Title:   Document Review Attorney Added Staffing II

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):   Special Counsel

ID:   14998

Content Description:

Special Counsel is staffing a Document Review project at a client-site that is set to start on Monday, August 5th! Please see details below â€" and donâ€™t delay so you wonâ€™t miss out in joining this exciting new opportunity! It is scheduled to start on Monday, August 5th ! Please see assignment details and requirements below. Project Details - Expected Start : Monday, August 5th ! - Expected Duration : 1 Day - Bar Requirement: Must have an active NY Bar License - Hour requirement : FLEXIBLE FOR TOMORROW 8/hrs+ - Pay: $32/hr - Location: Cravath, Swaine & Moore - 825 8th Ave, New York, NY 10019 If youâ€™d like to be considered for this upcoming Document Review Attorney job in New York, NY please submit your most up to date resume in Word today! Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/document-review-attorney-needed-asap-attorney/?ID=US_EN_66_869813_2689198

Occupation: 23-1011 Lawyers

Date: 8/6/2019

Title: E-DISCOVERY Attorney Added Currently Docum I

Poster: Special Counsel

City: New Hyde Park, NY

County: Nassau

Ad Job Board(s): Special Counsel

ID: 14952

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming project in New Hyde Park, New York which is scheduled to start ASAP. Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: August 8th or August 12th - Expected Duration: 2 months, flexible for longer - Hour requirement: 40 hour minimum per week - Pay: $35/hr. - Location: On site at client's office in New Hyde Park, New York Required Qualifications: - eDiscovery experience: Candidates must be comfortable reviewing claim files and extracting information and processing them. - Bar/License: Must be active and in good standing with any US jurisdiction - Other: Interested candidates should be detail oriented and have strong computer skills If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2680942

Occupation:     23-1011 Lawyers

Date:  8/8/2019

Title:    E-DISCOVERY Attorney Added Currently Documen II

Poster:  Special Counsel

City:  Roseland, NJ

County:  Essex

Ad Job Board(s):    Special Counsel

ID:  14862

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming review project in Roseland, New Jersey, which is scheduled to start on Monday, August 12th. Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: Monday, August 12th - Expected Duration: 4-5 weeks - Hour requirement: 40 hour minimum per week - Pay: $32/hr. - Location: On site at client's office in Roseland, N.J. Required Qualifications: - eDiscovery experience: Document review experience is preferred - Bar/License: Must be admitted and in good standing with any US Jurisdiction - Conflicts- list to be screened If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2676531

Occupation:     23-1011 Lawyers

Date:  8/8/2019

Title:   Corporate Counsel

Poster:  Lucas Group

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:  19876

Content Description:

Would you be interested in a counsel role with an online speciality news site (most visited site in the world for their particular niche) founded in the 90's, with instant name/brand recognition, at a time of rapid growth? We are seeing a generalist (commercial/tech contracts, privacy, M&A due diligence) with 2-3 years of experience, who will be working with both the legal and business teams. The legal team is under 5 people so this person will have significant responsibility and a very wide variety of legal work. Open floor plan, state of the art office in Manhattan. For confidential inquiries, please contact Henry Klein at hklein@lucasgroup.com or at 212.293.6913

URL: https://www.goinhouse.com/jobs/15855287-corporate-counsel-at-lucas-group

Occupation:    23-1011 Lawyers

Date:   8/9/2019

Title:   Special Counsel Legal Land Use

Poster:   NYC PRESIDENT BOROUGH OF MANHATTAN

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   19822

Content Description:

Job Description Manhattan Borough President Gale A. Brewer seeks an admitted attorney with significant New York City land use experience to serve as Special Counsel to the Borough President, her General Counsel, and the Land Use Division of the Manhattan Borough Presidentâ€™s Office. Applicant will have knowledge of the NYC zoning resolution, environmental review process, the City Charter and other relevant statutes and regulations. Applicant will be able to participate in the prosecution of current lawsuits and possible future legal actions on behalf of the Borough President related to land use and other matters. Responsibilities include but not limited to: consulting with the Land Use Division on range of planning and development issues and reviewing ULURP recommendations; identifying and making recommendations on various issues of concern to the Borough President and potential strategies to address them; responding to FOIL requests, assisting with ACCO-related work and conflict of interest and EEO issues as they relate to staff and community boards. In addition, applicant may be required to represent the MBPO at community meetings involving Land Use and other issues. MBPO employees work 35 hours per week. Weekend and evening work hours may be required. Incumbent must remain a Member of the New York State Bar in good standing for the duration of this employment. Minimum Qual Requirements 1. A license to practice law in the State of New York; and 2. Three (3) years of satisfactory legal experience subsequent to admission to the bar. Preferred Skills Responsible, relevant, satisfactory legal and land use experience. To Apply Interested candidates must complete both of the following steps: 1. Email a cover letter, resume, IN ONE DOCUMENT ATTACHMENT(word or PDF) to resumes@manhattanbp.nyc.gov with â€œSpecial Counselâ€in the subject line, AND 2. Apply to this job posting notice Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/15859162-special-counsel-legal-land-use-at-nyc-president-borough-of-manhattan

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 8/14/2019

Title: E-DISCOVERY Attorney Added Currently Document

Poster: Special Counsel

City: New Hyde Park, NY

County: Nassau

Ad Job Board(s): Special Counsel

ID: 14280

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming project in New Hyde Park, New York which is scheduled to start ASAP. Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: Week of August 12th or August 19th - Expected Duration: 2 months, flexible for longer - Hour requirement: 40 hour minimum per week - Pay: $35/hr. - Location: On site at client's office in New Hyde Park, New York Required Qualifications: - eDiscovery experience: Candidates must be comfortable reviewing claim files and extracting information and processing them. - Bar/License: Must be active and in good standing with any US jurisdiction - Other: Interested candidates should be detail oriented and have strong computer skills If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2680942

Occupation:    23-1011 Lawyers

Date:  8/15/2019

Title:    Associate General Counsel

Poster:  Sirius XM Radio

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork; Sirius XM Radio Inc.; GoInHouse; TheLadders.com; The Job Network

ID:  14646

Content Description:

Position Summary: We are seeking a highly motivated attorney to join the Sirius XM and Pandora legal departments to work on cutting edge marketing issues. This position will be based in New York City and will provide legal subject matter expertise on a wide range of marketing, consumer and privacy law matters. This role requires 7+ years of direct experience with a focus on complex marketing and consumer law matters. Duties and Responsibilities: This attorney will be the primary counsel for Sirius XM and Pandora's marketing and promotions department. The specific responsibilities will include: - The review of advertising materials and claims - Charitable solicitation promotions - Children's advertising, marketing and privacy related issues - Credit card rules, regulations and EFT regulations - Deceptive Trade Practices and FTC issues - Direct marketing - E-commerce marketing - E-mail promotions - Event marketing and promotions - Loyalty programs - Legislation monitoring - Rebate programs, materials and policies - Regulatory compliance and monitoring - Review of press releases and public relations pieces - Social media issues, including advertising, promotion and influencer limitations - Sweepstakes creation and compliance - Telemarketing and telesales, including state law, FTC law and emerging issues - Text marketing and call-to-action texting - Website terms, sales and operations Superv iso ry Responsibilities: - None Minimum Qualifications: - Must be licensed and in good standing to practice law in New York. - A Juris Doctorate from a nationally recognized law school is required. - Excellent time management skills, with the ability to prioritize and multi-task, and work under shifting deadlines in a fast-paced environment. - Must have legal right to work in the U.S. Requirements and General Skills: - Provide marketing and consumer law expertise to cross-functional stakeholders and legal colleagues. - Experience in draft and negotiate in-bound and out-bound agreements with a variety of counterparties. - Provide guidance and negotiate provisions contained in advertising, marketing and commercial agreements. - Provide assistance to legal team members on advising senior leadership on marketing, consumer law and privacy policy issues. - Provide assistance to legal team as well as the privacy and security teams in connection with compliance matters for data and privacy laws and regulations, including GDPR, the California Consumer Privacy Act and other data protection, data retention, data security, and data breach reg - 7+ years of direct marketing and consumer law experience required, some in-house experience preferred. - Demonstrated knowledge and experience drafting and negotiating complex agreements relating to in-bound and out-bound agreements. - Direct experience advising internal stakeholders on a wide range of marketing and consumer law matters. - Experience advising on privacy and data security law and compliance efforts, including the organization and coordination of privacy assessments, corporate policies and processes. - In-depth knowledge of cutting edge IT, web, mobile and ad-tech ecosystems and their marketing and consumer law implications. - Ability to maintain strong working relationships with demanding internal clients. - Strong analytical capabilities and judgment. - Ability to make decisions and pivot quickly and fluidly, thinking practically and be solution-oriented. - A practical and proactive problem-solver who possesses strong business acumen and is confident, mature and calm under fire. - Excellent time management skills with the ability to prioritize and multitask and work under shifting deadlines in a fast-paced environment. - Ability to work independently and in a team environment. - Willingness to take initiative and to follow through on projects. - Excellent written and verbal communication skills. Technical Skills: - Thorough knowledge of MS-Office Suite (Word and PowerPoint).

URL: https://www.theladders.com/job/associate-general-counsel-sirius-xm-radio-new-york-ny_40349048

Occupation:     23-1011 Lawyers

Date:   8/15/2019

Title:   General Counsel

Poster:   NYC Business Integrity Commission

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   19623

Content Description:

The Business Integrity Commission (BIC) is both a law enforcement and regulatory agency. Formed in 1996 as the Trade Waste Commission, BIC regulates the commercial garbage collection industry and the public wholesale markets in NYC. To eliminate organized crime from those industries, protect the safety of the public and workers' rights, and create and preserve a healthy and competitive business environment, BIC utilizes a unique combination of a full range of law enforcement tactics and regulatory oversight. BIC is seeking a very experienced, innovative, self-motivated attorney to serve as General Counsel under the direction of BIC's Commissioner and Chair. The General Counsel will have wide latitude to utilize his/her legal knowledge, judgment and experience. The specific duties for this position include, but are not limited to: • Acting as the principal legal advisor to the Commissioner and Chair, the Commission itself, senior executive staff and managers on all legal matters related to BIC's jurisdiction; • Supervising agency attorneys and Legal Unit support staff; • Representing the Commission at meetings involving legal and policy issues with the Mayor's Office, other governmental agencies and other entities; • Providing advice and recommendations on questions of law, fact, and administrative policy; • Reviewing contracts and other documents; • Ensuring the agency's compliance with applicable law, rules, and policies; • Reviewing, modifying, and streamlining various inter- and intra-agency procedures; • Accepting additional assignments as needed, including, but not limited to, planning, coordinating, and conducting special projects; and • Acting as a senior member of the agency's intergovernmental relations team. Minimum Qual Requirements Admission to the New York State Bar; and four years of recent full-time responsible, relevant, satisfactory legal experience subsequent to admission to any bar, eighteen months of which must have been in the supervision of other attorneys, in an administrative, managerial or executive capacity, or performing highly complex and significant legal work. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Preferred Skills • Excellent analytical, legal writing, negotiation, communication and problem-solving skills. • Ability to organize, delegate and establish meaningful goals; establish effective working relationships with employees and the public. • Must have strong interpersonal, leadership and management skills and experience managing other attorneys and legal staff. • Intergovernmental and operational experience • Commitment to maintaining strict confidentiality on highly sensitive matters.

URL: https://www.goinhouse.com/jobs/16195898-general-counsel-at-nyc-business-integrity-commission

Occupation:     23-1011 Lawyers

Date:  8/17/2019

Title:   Document Review Attorney Added Staffing Upcoming Doc

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:  14595

Content Description:

Special Counsel is staffing an upcoming Document review project that is expected to start as early as week of August 19th in NYC . Please see details below for more information regarding this assignment. Details and Requirements: - Expected Start: Sometime during week of August 19th - Approximate Duration: TBD - Bar Requirement: Must be barred in NY and be active and in good standing - Hour Requirement: Work at least a minimum of 40 hours a week flexible for more - Pay Rate:$31/hr plus OT after 40 hours worked - Location: NY Special Counsel Turnkey Legal Center - midtown - Preferred Experience: If you'd like to be considered for this upcoming Document Review Attorney job in New York , please submit your resume today. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/document-review-attorney-ny-attorney/?ID=US_EN_66_869813_2588722

Occupation:     23-1011 Lawyers

Date:   8/17/2019

Title:    E-Discovery Attorney Special Counsel

Poster:  Special Counsel

City:  New Hyde Park, NY

County:  Nassau

Ad Job Board(s):    Special Counsel

ID:   19520

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming project in New Hyde Park, New York which is scheduled to start ASAP. Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: sometime during week of August 19th - Expected Duration: 2 months, flexible for longer - Hour requirement: 40 hour minimum per week - Pay: $35/hr. - Location: On site at client's office in New Hyde Park, New York Required Qualifications: - eDiscovery experience: Candidates must be comfortable reviewing claim files and extracting information and processing them. - Bar/License: Must be active and in good standing with any US jurisdiction - Other: Interested candidates should be detail oriented and have strong computer skills If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2680942

Occupation:    23-1011 Lawyers

Date:  8/19/2019

Title:   Associate General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    Geebo

ID:  19488

Content Description:

Position Summary: We are seeking a highly motivated attorney to join the Sirius XM and Pandora legal departments to work on cutting edge marketing issues. This position will be based in New York City and will provide legal subject matter expertise on a wide range of marketing, consumer and privacy law matters. This role requires 7+ years of direct experience with a focus on complex marketing and consumer law matters. Duties and Responsibilities: This attorney will be the primary counsel for Sirius XM and Pandora's marketing and promotions department. The specific responsibilities will include: The review of advertising materials and claims Charitable solicitation promotions Children's advertising, marketing and privacy related issues Credit card rules, regulations and EFT regulations Deceptive Trade Practices and FTC issues Direct marketing E-commerce marketing E-mail promotions Event marketing and promotions Loyalty programs Legislation monitoring Rebate programs, materials and policies Regulatory compliance and monitoring Review of press releases and public relations pieces Social media issues, including advertising, promotion and influencer limitations Sweepstakes creation and compliance Telemarketing and telesales, including state law, FTC law and emerging issues Text marketing and call-to-action texting Website terms, sales and operations Supervisory Responsibilities: None Minimum Qualifications: Must be licensed and in good standing to practice law in New York. A Juris Doctorate from a nationally recognized law school is required. Excellent time management skills, with the ability to prioritize and multi-task, and work under shifting deadlines in a fast-paced environment. Must have legal right to work in the U.S. Requirements and General Skills: Provide marketing and consumer law expertise to cross-functional stakeholders and legal colleagues. Experience in draft and negotiate in-bound and out-bound agreements with a variety of counterparties. Provide guidance and negotiate provisions contained in advertising, marketing and commercial agreements. Provide assistance to legal team members on advising senior leadership on marketing, consumer law and privacy policy issues. Provide assistance to legal team as well as the privacy and security teams in connection with compliance matters for data and privacy laws and regulations, including GDPR, the California Consumer Privacy Act and other data protection, data retention, data security, and data breach reg 7+ years of direct marketing and consumer law experience required, some in-house experience preferred. Demonstrated knowledge and experience drafting and negotiating complex agreements relating to in-bound and out-bound agreements. Direct experience advising internal stakeholders on a wide range of marketing and consumer law matters. Experience advising on privacy and data security law and compliance efforts, including the organization and coordination of privacy assessments, corporate policies and processes. In-depth knowledge of cutting edge IT, web, mobile and ad-tech ecosystems and their marketing and consumer law implications. Ability to maintain strong working relationships with demanding internal clients. Strong analytical capabilities and judgment. Ability to make decisions and pivot quickly and fluidly, thinking practically and be solution-oriented. A practical and proactive problem-solver who possesses strong business acumen and is confident, mature and calm under fire. Excellent time management skills with the ability to prioritize and multitask and work under shifting deadlines in a fast-paced environment. Ability to work independently and in a team environment. Willingness to take initiative and to follow through on projects. Excellent written and verbal communication skills. Technical Skills: Thorough knowledge of MS-Office Suite (Word and PowerPoint). Salary Range: NA Minimum Qualification 8 - 10 years

URL: https://newyorkcity-ny.geebo.com/jobs-online/view/id/750524853-associate-general-counsel-/

Occupation:    23-1011 Lawyers

Date:  8/20/2019

Title:    Associate General Counsel

Poster:  Mast-Jagermeister US, Inc.

City:  White Plains, NY

County:  Westchester

Ad Job Board(s):    US Jobs

ID:  19443

Content Description:

The Associate General Counsel will support the legal department at Mast-JÃ¤germeister US ("MJUS") in fulfilling its legal responsibilities, compliance, and business needs to ensure the organizations value and interests are protected. You will partner with the General Counsel to support various departments, including the MJUS commercial team, marketing, operations, and human resources. You will handle a broad range of responsibilities. This position will develop expertise in the practice areas of state and federal alcohol beverage regulation, three-tier distribution, trade practices, intellectual property, corporate risk management and beverage alcohol marketing and advertising. Job Responsibilities: + Draft, review and negotiate contracts + Advise sales and marketing personnel on alcohol beverage regulatory issues such as; the execution of sales and marketing activities and promotions + Play an important and strategic role in fostering awareness and ensuring compliance with regulatory and contractual obligations across the company + Analyze new and current laws and regulations and advise on our privacy and security obligations to support our business, sales, compliance, marketing and innovation teams + Directs, evaluates and oversees the work of outside counsel + Support the General Counsel on all legal needs and special projects + Implement legal policies, procedures and guidelines + Manage the internal filing docket for the department + Communicate with counterparts of parent company to ensure department is sharing information in a proper and efficient manner Requirements + 3+ years of legal experience + Bar Certified in the State of New York + Juris Doctor (J.D. Degree) + Ability to operate autonomously and work collaboratively as a team player with sales and other internal business partners + Motivated to learn continuously and expand practice area to meet changing business environment and needs of company + Pragmatic and commercial approach + Excellent business judgement; intellectual curiosity and the ability to balance legal and business requirements + Flexibility to multi-task and prioritize multiple responsibilities Benefits + Highly competitive compensation packages + Comprehensive medical, dental, and vision insurance + Matching 401(k) plan + Yearly wellness stipend (gym membership or fitness classes) + Generous holiday and vacation policy

URL: https://de.jobsyn.org/e8c398366bf54be0ac95d9af22844c161396

Occupation:    23-1011 Lawyers

Date:  8/22/2019

Title:    Vice President Corporate Counsel Annuities

Poster:  IvyExec, LLC

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    The Job Network

ID:  14430

Content Description:

We are seeking an experienced attorney to join the Annuities Law Department. This position will provide counsel and support to Prudential's Annuities business on variable and fixed annuity product development, maintenance and marketing. This position also will have the opportunity to provide cross-business legal support on product development for the Individual Life Insurance Law Department, and work closely with other US business and corporate legal groups on a variety of strategic and cross-business initiatives. The position may be located in Shelton, CT, Hartford, CT, or Newark, NJ. The responsibilities for this position include: Providing legal advice on new Annuities product development initiatives, working closely with business partners in a team environment from product concept to product launch; Providing counsel to the Annuities marketing team on the development of advertising, sales and producer training materials, and new and innovative marketing concepts; Collaborating regularly with the Annuities Compliance and Risk Management functions in assessing risks; Working closely with legal colleagues on issues impacting the Annuities business, as well as other strategic and cross-business initiatives impacting the broader enterprise; Representing Prudential in industry committees and groups that evaluate legal issues that impact the Annuities business; and Engaging and managing outside counsel, as needed. We offer a collaborative and collegial work environment, with an enterprise focus on the growth, development and success of talented associates. Members of the Annuities legal team are part of Prudential's global Law, Compliance, Business Ethics and External Affairs (LCBE) organization. Qualifications Law degree required; Admission to the bar of at least one state, and will need to obtain the New Jersey and Connecticut Corporate Counsel licenses if not admitted to the bars in those states; At least eight (8) years relevant law firm, regulatory or insurance company law department experience; A working knowledge of annuities, including the state insurance and federal securities laws related to those products; A working knowledge of annuities operations and related legal and contractual requirements; Experience providing legal advice in connection with customer and regulatory inquiries, and interacting with regulators; Superior verbal and written communication skills; Strong interpersonal skills and ability to work with various levels of personnel, including senior management; Ability to work well in an environment where collaboration and teamwork with legal, compliance and business associates is a priority. Competencies Essential to Success: In addition to the stated qualifications for the position, an ideal candidate should possess the following core competencies: High ethical standards; Intellectual curiosity, with a strong drive to identify solutions and achieve results; Strong work ethic, with an ability to work in a fast-paced environment; Practical problem-solving skills; Courage and confidence to speak up, challenge and advocate for a point of view; A talent mindset â€" understands talent to be a strategic differentiator and works toward developing themselves and others; An external focus â€" maintains a strong network of resources in the industry, including peer companies and trade associations, and consistently tracks emerging issues An ability to engage in intelligent risk taking â€" excellent judgment and the ability to comfortably make clear, rational and timely decisions in the best interests of Prudential consistent with available facts and applicable laws and regulations Strong customer-service mindset; and Flexibility to adapt to rapidly changing needs of business partners and the broader enterprise. Some travel to other offices may be require Location/Region: Newark, NJ

URL: https://jobs.thejobnetwork.com/job/131658584/corporate-attorney-job-in-newark-nj

Occupation:   23-1011 Lawyers

Date:  8/24/2019

Title:   Avp Senior Legal Counsel

Poster:  AT&T

City:  New York, NY

County:  New York

Ad Job Board(s):   AT&T; CareerArc; ManhattanJobs.com; US Jobs; GoInHouse; TheLadders.com; Black Enterprise; Jobs.L

ID:  19255

Content Description:

Description Xandr is seeking a bright, highly motivated, and experienced data privacy attorney for our legal team. The person in this role will support our data and technology teams. In this role, you will work closely with internal clients to promote and support the governance and responsible use of data. You will help the clients navigate legal and business risks and make sound decisions under tight deadlines. Youâ€™ll have the opportunity to help enable innovative uses of data in a legally and ethically responsible way and to play a meaningful part in our companyâ€™s mission to transform advertising. The ideal candidate is a business-minded lawyer who understands business objectives and helps balance legal risks. This person is also a creative problem-solver and a team player who is collaborative and yet comfortable making decisions. The ideal candidate is also passionate about data and technology, including privacy, data protection, and security. About the team: At Xandr, we make advertising matter. The mission of the Legal team is to serve as a trusted business partner in reinventing advertising. We strive to apply both legal acumen and business judgment to provide sound, practical legal advice to all functions throughout the organization. Our responsibilities run the gamut, so we need to understand the legal issues that affect digital media and advertising. We are energized by the challenges of serving this dynamic, fast-moving part of the broader AT&T family. Qualifications â€¢ JD degree with superior academic credentials â€¢ 6+ years of experience at a top-tier law firm or in-house legal department â€¢ Prior technology, data governance, privacy, or data protection experience preferred â€¢ Excellent business judgment and ability to assess legal risk while also thinking strategically and providing practical advice â€¢ Strong work ethic and proven ability to multi-task and set priorities â€¢ Exceptional communication, analytical and writing skills â€¢ Ability and desire to work both autonomously and collaboratively â€¢ Member in good standing of the New York state bar or eligible to register as in-house counsel in New York State More about you: â€¢ You challenge yourself to constantly improve â€¢ You are not satisfied with â€œgood enoughâ€â€¢ You look for novel solutions to complex problems â€¢ You love the challenge of solving big, systemic challenges â€¢ You look beyond the surface to understand root causes so that you can build long-term solutions

URL: https://careers.vindy.com/jobs/avp-senior-legal-counsel-new-york-ny-10007-114900308-d?contextType=search&networkView=national

Occupation: 23-1011 Lawyers

Date: 8/29/2019

Title: Senior Corporate Counsel Commercial Manager

Poster: Getty Images

City: New York, NY

County: New York

Ad Job Board(s): JobNetwork; GoInHouse; TheLadders.com; militaryvetjobs; Geebo

ID: 14217

Content Description:

Who You Are: This role will provide legal support to numerous business functions at Getty Images, with a very strong emphasis on support of commercial matters such as regional sales, strategic development and content partners. The Corporate Counsel is expected to develop relationships with key internal and external customers by quickly and accurately drafting, negotiating and implementing a range of commercial agreements. This position provides appropriate legal guidance as and where needed as well as troubleshooting operational roadblocks. Your Next Challenge: â€¢ Exercise independent responsibility for partnering with the applicable business teams, providing contract drafting, negotiation and maintenance support together with legal team members in other offices. â€¢ Independently prepare and manage legal documentation (contracts, legal correspondence, etc.) and other materials related to job duties. â€¢ Establish and maintain positive relationships with internal and external customers. â€¢ Train internal customers and present to external customers on salient legal issues affecting Getty Images business. â€¢ Communicate (written and verbal) with internal and external parties, including internal and external customers, as necessary to perform job duties. â€¢ Serve as contact for general legal issues that arise in the region. â€¢ Occasional travel may be required. What You'll Need: â€¢ Desired 5+ years relevant experience with general commercial legal matters. â€¢ Experience at a large law firm and/or as in-house counsel, with licensing and intellectual property experience strongly preferred. â€¢ Juris Doctorate and member in good standing with the New York state Bar. â€¢ Strong knowledge and experience negotiating and drafting contracts and agreements independently, with an excellent attention to detail. â€¢ Strong negotiation skills and ability to interact with senior legal and business leaders internally and externally. â€¢ Critical analysis skills related to identifying and solving problems in a busy corporate environment. â€¢ Experience working with and training non-legal colleagues. â€¢ Exceptional interpersonal and communication skills. â€¢ Strong organizational and time-management skills. â€¢ Ability to perform complex tasks with minimal direction and/or supervision. â€¢ Ability to work productively in an evolving environment. â€¢ Self-starting and solutions-oriented team player. â€¢ Maintains composure during tight deadlines. â€¢ Ability to manage multiple tasks simultaneously. â€¢ Completes work with professionalism and with integrity. â€¢ Fluency in Spanish (reading, writing, speaking) is highly desirable. Valid Through: 2019-10-24

URL: https://www.theladders.com/job/senior-manager-corporate-counsel-commercial-getty-images-new-york-ny_40487226

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 8/30/2019

Title: Assistant General Counsel

Poster: NYC Department of Citywide Administrative Services

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 19052

Content Description:

Job Description The NYC Board of Standards and Appeals is a critical component of the City's regulation of land use, development and construction in New York City. The Board is an independent, administrative review body, with the power to grant relief to land owners whose property is deemed unduly restricted by the City's Zoning Resolution and Building Code. The Board is composed of five full-time commissioners appointed by the Mayor. The Board's staff includes an executive director, general counsel and plan examiners. The Board's mandate includes: providing expert review of zoning variance and special permit applications; appeals to determinations made by the Department of Buildings and Fire Department based on legal doctrine; revocations or modifications of certificates of occupancy; and waivers from other laws, including the Multiple Dwelling Law and the General City Law. Under supervision of the General Counsel, the Assistant General Counsel will: • Draft decisions for adoption by the Board; • Analyze and identify complicated legal issues, conduct independent research, and prepare memoranda of law; • Review applications for development projects and appeals to zoning determinations; • Meet with applicants on proposed development projects and advise on legal parameters; • Liaison with other agencies, including the Department of Buildings and the City's Law Department; • Draft responses to inquiries from applicants and members of the public; • Attend all public meetings of the Board; • Advise staff members on agency rules of procedure and other legal matters; and • Perform other legal duties as directed by the General Counsel or Executive Director. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills • Excellent communication, research and writing skills; • Ability to work independently on major projects; and • Experience in land use and zoning. To Apply Please go to www.nyc.gov/careers and search for Job ID #409117. For current City employees please go to www.nyc.gov/ess and log into Employee Self Service. NO PHONE CALLS, FAXES OR PERSONAL INQUIRIES PERMITTED. NOTE: ONLY THOSE CANDIDATES UNDER CONSIDERATION WILL BE CONTACTED. Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/16964977-assistant-general-counsel-at-nyc-dept-of-citywide-admin-svcs

Occupation:    23-1011 Lawyers

Date:  9/2/2019

Title:    AVP Product Development Attorney

Poster:  Arch

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    GoInHouse

ID:  18922

Content Description:

Mid-level attorney to work with Archâ€™s Enterprise Product Development team within Corporate Underwriting Services (CUS).
Review, draft and create insurance coverage forms for multiple business units and coverage lines, including standard P&C lines.
Communicate and collaborate with Underwriters, Managers, Claim Attorneys, Compliance and the Legal department to ensure
products remain competitive while protecting their profitability.Help business units identify and prioritize product development
needs.Remain apprised of and monitor U.S. case law, regulations, legal trends and emerging issues affecting insurance coverage. 5 - 10
years of insurance contract drafting and insurance industry experience.Strong analytical skills and attention to detail.Thorough
understanding of insurance contract language and legal precedentAbility to manage projects from concept to fruition with minimal
oversight Excellent time management and organizational skills.Strong oral and written communication skills.Ability to review and
assess the impact of legal decisions and court cases on insurance contract language.

URL: https://www.goinhouse.com/jobs/17144643-avp-product-development-attorney-jersey-city-nj-at-arch

Occupation:     23-1011 Lawyers

Date:   9/3/2019

Title:   Corporate Counsel

Poster:   Reonomy

City:  New York, NY

County:  New York

Ad Job Board(s):    VentureLoop; GoInHouse; TheLadders.com; Built in NYC

ID:   14086

Content Description:

ABOUT THE ROLE: As Corporate Counsel at Reonomy, you'll be essential to the success of our growing business as our sole legal counsel. As we bring our legal team in house, we will rely heavily on your legal expertise to navigate our complex data partnership agreements, enterprise agreements, and many more. In addition, we will leverage your support to revamp our overall processes and the way we interact with our customers and vendors at the contract stage. Your work will be vital to major decisions within Reonomy. With an environment that presents unique and evolving challenges, we need a skilled, creative, and multi-faceted Corporate Counsel to drive the best strategy for each situation. Responsibilities include: - Draft, review, and negotiate SaaS customer agreements, data source agreements, NDAs, contractor agreements, and license agreements - Support and advise sales teams on deal structure and contract negotiations - Maintain and update commercial agreement templates - Optimize contract execution processes - Provide general legal support on a flexible, as-needed basis with respect to other areas of the business - Review and negotiate inbound vendor agreements ABOUT YOU: - JD degree and New York State Bar registered - 3- 5 years legal experience focused on commercial law - 2 years focused experience with B2B SaaS contract drafting and negotiating - Solid knowledge of commercial, contract, intellectual property and data privacy laws - Ability to manage time and client expectations in the face of competing demands - Outstanding written and verbal communication skills - Polished professional who leads by example

URL: https://www.goinhouse.com/jobs/17145287-corporate-counsel-at-reonomy

Occupation:     23-1011 Lawyers

Date:   9/3/2019

Title:    House General Counsel JDHuntr Associate Gene

Poster:   Poster Not Listed

City:  Jersey City, NJ

County:  Hudson

Ad Job Board(s):     JobSpider

ID:   17982

Content Description:

In House Counsel Jobs California | JDHuntr 30987 Associate General Counsel, General Corporate, Jersey City, NJ *Operate independently as legal counsel to senior business leaders in company's clearing agencies. *Identify and evaluate regulatory issues as they arise. *Provide legal and regulatory advice in the development and structuring of new business initiatives. *Provide legal and regulatory advice on risk issues, including issues regarding clearing agencies. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8915203.html

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  9/4/2019

Title:    AVP Product Development Attorney

Poster:  Arch Insurance Group

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com

ID:  18823

Content Description:

The Position Mid-level attorney to work with Arch's Enterprise Product Development team within Corporate Underwriting Services (CUS). Job Responsibilities Review, draft and create insurance coverage forms for multiple business units and coverage lines, including standard P&C lines. Communicate and collaborate with Underwriters, Managers, Claim Attorneys, Compliance and the Legal department to ensure products remain competitive while protecting their profitability. Help business units identify and prioritize product development needs. Remain apprised of and monitor U.S. case law, regulations, legal trends and emerging issues affecting insurance coverage. Desired Skills/Experience 5 - 10 years of insurance contract drafting and insurance industry experience. Strong analytical skills and attention to detail. Thorough understanding of insurance contract language and legal precedent Ability to manage projects from concept to fruition with minimal oversight Excellent time management and organizational skills. Strong oral and written communication skills. Ability to review and assess the impact of legal decisions and court cases on insurance contract language. Valid Through: 2019-10-30

URL: https://www.theladders.com/job/avp-product-development-attorney-archcapgroup-new-york-ny_40528417

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   9/4/2019

Title:    Corporate Counsel

Poster:   The Princeton Review

City:  New York, NY

County:  New York

Ad Job Board(s):     JobNetwork; The Princeton Review Inc

ID:   18847

Content Description:

Job Title Corporate Counsel Job Type Full Time - Permanent Location COS-New York-NY Other Location(s) Job Description About The Princeton Review: The Princeton Review is a leading tutoring, test prep and college admission services company. Every year, it helps millions of college and graduate school-bound students achieve their education and career goals through online and in person courses delivered by a network of more than 4,000 teachers and tutors, online resources, and its more than 150 print and digital books published by Penguin Random House. Its Tutor.com brand is the largest online tutoring service with a community of more than 3,000 expert tutors and 17 million one-to-one tutoring sessions completed. The Princeton Review is headquartered in New York, NY. For more information, visit PrincetonReview.com. Follow the company on Twitter @ThePrincetonRev. The Princeton Review is not affiliated with Princeton University. Summary of Position: The Corporate Counsel's primary responsibility will be reviewing, drafting, and negotiating contracts with, and assisting in responding to RFPs issued by, customers and prospective customers, including state and local governments and educational institutions. The ideal candidate will also be able to provide advice regarding privacy laws and regulations.As a member of a small legal department, the Corporate Counsel will have the opportunity to work on other matters, depending on experience and interest. Requirements Background, Experience & Qualifications: - Doctor of Jurisprudence (J.D.) degree from an accredited law school; membership in, or eligibility for admission to, the New York Bar. - 2 or more years of legal experience. - Experience in commercial contracts. - Experience in government contracts preferred. - Experience in privacy laws and regulations preferred. - Prior law firm experience. Prior in-house experience preferred. - Superior drafting and communication skills and attention to detail. - Ability to work independently in a fast-paced environment and manage multiple priorities. The Princeton Review is an equal employment opportunity employer. The Princeton Review's policy is not to discriminate against any applicant or employee based on race, color, religion, national origin, gender, sexual orientation, gender identity or expression, age, marital status, disability, military status, genetic information, or any other basis protected by applicable law. The Princeton Review also prohibits harassment of Requisition Number NY10380

URL: http://www.newyorkjobnetwork.com/job/detail/38975056/Corporate-Counsel

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  9/8/2019

Title:    Vice President Assistant General Counsel

Poster:  IvyExec, LLC

City:  New York, NY

County:  New York

Ad Job Board(s):    Learn4Good; The Job Network

ID:  18672

Content Description:

This position will provide legal assistance to the Programs Division, focusing on Casualty, Property and Inland Marine, and Professional lines of business. It will provide day-to-day support for the business, including product development, and related compliance support on surplus lines and admitted business. The lines of business include, but are not limited to: Commercial General Liability (including primary, umbrella and excess), Commercial Automobile Liability, Property and Inland Marine, Directors & Officers Liability, Errors & Omissions Liability, and Cyber Liability. This position will be located in our New York, NY office. Duties and Responsibilities: Serve as legal counsel to underwriters by providing advice and guidance regarding policy interpretation, claim trends and insurance laws and regulations. Develop and draft/revise a variety of documents, including but not limited to, new insurance policies, endorsements, applications and related materials. Aid underwriters in responding to coverage requests from program administrators, brokers and insureds. Prepare responses to state insurance departments regarding their comments to filed proprietary policies and endorsements. Apprise underwriters of judicial and legislative developments affecting their lines of business. Assist in the development and implementation of company policies and procedures. Qualifications Law degree and admission in at least one state. If not admitted in New York, must successfully register as in-house counsel with the Appellate Division of the Supreme Court of the New York Court of Appeals and Office of Court Administration. At least 7 years legal experience. In-house or law firm insurance coverage experience required. Product development (including policy drafting) and coverage issues experience required. Ability to work independently, handle multiple projects simultaneously, deal with conflicting agendas and meet short deadlines. Strong analytical and technical skills. Ability to quickly understand key business issues and operational objectives. Effective and confident communicator of complex messages (written and oral) to both internal and external audiences. Decisive and principled. Individual must be detail-oriented and highly organized. Good interpersonal skills and a positive team member. Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/137481166/general-counsel-job-in-new-york-ny

Occupation:    23-1011 Lawyers

Date:  9/9/2019

Title:   Assistant General Counsel

Poster:  NYC Taxi and Limousine Commission (TLC)

City: New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:  18649

Content Description:

Job Description The New York City Taxi and Limousine Commission (TLC) is the nationâ€™s largest for-hire transportation agency, licensing and regulating the Cityâ€™s yellow and green taxicabs, for-hire vehicles, commuter vans, and luxury limousines. TLC develops and enforces rules to promote safety, transparency, as well as consumer and driver protection for a vital mode of transportation in New York City. The Office of Legal Affairs is seeking a talented and enthusiastic attorney to prepare and prosecute employee discipline cases. Under direct supervision, the selected candidate will be responsible for, but not limited to, the following duties: â€¢ Evaluating disciplinary matters for legal sufficiency; â€¢ Conducting interviews with potential witnesses; â€¢ Reviewing audio and video tape evidence and making comparative reviews; â€¢ Drafting formal charges against TLC uniform and non-uniform employees; â€¢ Recommending appropriate dispositions on disciplinary matters; â€¢ Preparing and reviewing required documents and reciprocal discovery; â€¢ Representing the Commission during informal settlement negotiations with opposing counsel; â€¢ Conducting informal conferences concerning disciplinary cases at the Office of Administrative Trials and Hearings (OATH); â€¢ Preparing disciplinary matters that are not settled for formal hearings at OATH; â€¢ Conducting formal hearings on disciplinary charges at OATH against employees of the Commission; â€¢ Drafting memoranda detailing evidence and recommending settlement options; â€¢ Researching legal issues; and â€¢ Performing related duties as assigned. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills â€¢ Excellent writing, communication, analytical, researching, problem-solving, multi-tasking and organizational skills. To Apply Click, "APPLY NOW" Current city employees must apply via Employee Self-Service (ESS) Work Location 33 Beaver St, New York NY Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/17514191-assistant-general-counsel-at-nyc-taxi-limousine-commission

Occupation: 23-1011 Lawyers

Date: 9/12/2019

Title: Corporate Counsel

Poster: Bonobos, Inc.

City: New York, NY

County: New York

Ad Job Board(s): Wal-Mart; GoInHouse; themuse

ID: 18473

Content Description:

What you'll do at Bonobos is looking for a bright, business-minded, and self-motivated Corporate Counsel to help meet the demands of our rapidly expanding business. At Bonobos, weâ€™re redefining how customers browse, discover and shop for apparel. As the largest digitally native apparel company in the US, we are poised to make groundbreaking advances in how customers shop. Bonobos is uniquely positioned to delight customers by connecting our showroom stores (we call them Guideshops) to our online experiences. We're inventing the future of retail and our customers are fanatical about our clothes and our world-class customer service. What you'll do... - Negotiate, draft and review a wide range of commercial agreements, including: consulting, SaaS and other vendor agreements, NDAs, co-promotion/sponsorship agreements, and those supporting social media and influencer marketing, IP and content licensing, and digital and print media production - Advise on legal issues related to marketing and promotional programs, including review of all customer-facing advertising and marketing materials, rights clearance issues, claim substantiation, and contests/sweepstakes - Create scalable processes for triaging a high volume of disparate legal issues from all areas of the business and help provide training, create templates and manage workflows to allow business teams to move quickly while addressing key risks You... - Have at least 4-6 yearsâ€™ experience at a top law firm, ideally with some in-house experience (experience with an e-commerce company a plus) - Have a JD from a top accredited law school, exceptional academic credentials (yes, really) and are a member in good standing of the New York bar or eligible to register as in-house counsel in New York - Have exceptional judgment and are able to act decisively in situations requiring quick but thorough analysis and decision-making, while understanding when and how to appropriately escalate issues - Are highly detail-oriented, with strong organizational and communication skills, and the ability to prioritize and re-prioritize based on changing business needs in a fast-paced environment - Embrace projects large and small (yes, even those boilerplate contracts must (unfortunately) be reviewed) - Have an entrepreneurial spirit and are excited by the challenges that come along with building a disruptive business - Are psyched to help build and improve internal processes and best practices/policies We... - Work hard because we love what weâ€™re doing, but also believe in balance (say hello to unlimited vacation days!) - Back up our talk with a competitive compensation and benefits package, challenging projects, random acts of team-wide fun and awesome co-workers that feel like family - Value self-awareness, intellectual honesty, judgment, empathy & positive energy â€" often over experience - Are located in the Flatiron District in the heart of Manhattan - Have a passion for delivering a superior experience to our customers, clients, vendors & one another - Are excited to hear from you

URL: https://careers.walmart.com/us/jobs/GH1867966-corporate-counsel-new-york-ny

Occupation:    23-1011 Lawyers

Date:   9/13/2019

Title:    E-DISCOVERY Attorney Added Staffing Upcoming Document

Poster:   Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:   13781

Content Description:

Special Counsel is staffing an upcoming Document review project that is expected to start as early as week of September 3rd in NYC . Please see details below for more information regarding this assignment. Details and Requirements: - Expected Start: Sometime during week of Sept. 16th - Approximate Duration: TBD - Bar Requirement: Must be barred in NY and be active and in good standing - Hour Requirement: Work at least a minimum of 40 hours a week flexible for more - Pay Rate:$31/hr plus OT after 40 hours worked - Location: NY Special Counsel Turnkey Legal Center - midtown - Preferred Experience: If you'd like to be considered for this upcoming Document Review Attorney job in New York , please submit your resume today. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2588722

Occupation:     23-1011 Lawyers

Date:   9/15/2019

Title:   JDHuntr House General Counsel Associate Corpora

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobSpider

ID:   13733

Content Description:

In House Counsel Jobs | JDHuntr 31448 Associate General Counsel, General Corporate, New York, NY *providing impactful support to company's legal and compliance teams as well as various company product and business teams as we continue to build at the company. *Identify, *interpret, and *apply, in a highly ethical manner, legal and regulatory requirements and *determine their implications for the business. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8948245.html

Occupation:     23-1011 Lawyers

Date:   9/17/2019

Title:    House General Counsel JDHuntr Associate Healt

Poster:   Poster Not Listed

City:  Newark, NJ

County:  Essex

Ad Job Board(s):     JobSpider

ID:   18239

Content Description:

In House Counsel Jobs California | JDHuntr 31487 Associate General Counsel Healthcare, General Corporate, Newark, NJ *coordinating regulatory compliance, *educational partnerships, *patient relations issues, *clinical research, *telemedicine, *payor participation issues, *medical relations issues, *health care agreements, and other general health care issues. *Oversees and *manages matters assigned to outside counsel, as appropriate. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8955560.html

Occupation:    23-1011 Lawyers

Date:  9/18/2019

Title:    Deputy General Counsel

Poster:  New York City Council

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com

ID:  18183

Content Description:

DUTIES AND RESPONSIBILITIES The New York City Council Office of General Counsel is seeking a senior-level attorney to serve as Deputy General Counsel ("DGC"). This position provides legal representation and advice to the members and staff of the New York City Council. The DGC supports the General Counsel, and assists with supervision throughout the Office of General Counsel, which handles the full range of legal issues affecting the legislative body of the City of New York. The DGC will be expected to provide strategic legal advice on a broad range of legal issues, including local, state and federal law, internal agency compliance, employment, ethics and open government laws. The DGC may also coordinate and lead legal staff as well as handle complex legal proceedings affecting the City Council. REQUIREMENTS Candidates must possess a J.D. from an accredited school of law, be admitted to practice law in New York State and have at least 7 years of relevant legal experience. The ideal candidate will have experience in and strong working knowledge of ethics, the legislative process, and familiarity with New York City and State law. Prior City agency General Counsel Office experience is preferred. Candidates should possess the following: (1) demonstrated competence and confidence to operate with credibility at senior levels; (2) intellectual and conceptual flexibility to analyze, interpret, present and write about complex ideas and concepts clearly and concisely; (3) ability to rapidly prioritize as well as execute while exhibiting good judgment; and (4) collegial and collaborative mindset. Excellent benefits package and salary commensurate with experience. New York City residency required within 90 days of appointment. Valid Through: 2019-11-13

URL: https://www.theladders.com/job/deputy-general-counsel-council-nyc-gov-new-york-ny_40686020

Occupation: 23-1011 Lawyers

Date: 9/19/2019

Title: General Counsel Securitas

Poster: Securitas

City: Parsippany, NJ

County: Morris

Ad Job Board(s): CareerBuilder; Geebo

ID: 18112

Content Description:

Job Description Job Code: 90616347695 Category: Executive General Counsel Securitas North America Job Requirements General Counsel Securitas North America

URL: https://parsippany-nj.geebo.com/jobs-online/view/id/754103418-general-counsel-securitas-north-/

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   9/19/2019

Title:   Associate General Counsel

Poster:  Verizon

City:  New York, NY

County:  New York

Ad Job Board(s):     JobNetwork; Verizon Communications Inc.

ID:   18139

Content Description:

Content Description:

URL: https://www.verizon.com/about/work/jobs/4608282-associate-general-counsel

Occupation:     23-1011 Lawyers

Date:   9/20/2019

Title:    E-DISCOVERY Attorney Added Staffing Upcoming Documen I

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):     Special Counsel

ID:   13565

Content Description:

Special Counsel is staffing an upcoming Document review project that is expected to start as early as week of September 3rd in NYC . Please see details below for more information regarding this assignment. Details and Requirements: - Expected Start: Sometime during week of Sept. 23rd - Approximate Duration: TBD - Bar Requirement: Must be barred in NY and be active and in good standing - Hour Requirement: Work at least a minimum of 40 hours a week flexible for more - Pay Rate:$31/hr plus OT after 40 hours worked - Location: NY Special Counsel Turnkey Legal Center - midtown - Preferred Experience: If you'd like to be considered for this upcoming Document Review Attorney job in New York , please submit your resume today. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2588722

Occupation:     23-1011 Lawyers

Date:   9/20/2019

Title:   E-DISCOVERY Attorney Added License I

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):   Special Counsel

ID:   13571

Content Description:

Special Counsel has a need for New York-licensed document review attorneys in New York City . Please view the project details and requirements below: - Start Date: As early as 9.23.2019 - Duration: 4-6 weeks - Location: on site at client's office in midtown - Hours: 40 hrs/week, with the possibility that OT will be offered as the project progresses - Pay: $32/hr - Bar Status: Licensed and in good standing in New York - Document review experience is required - Detailed Conflicts Form will also need to be completed If you'd like to be considered for this position, don't delay! Submit your resume in Word format today. Interested in what else Special Counsel has to offer? Please visit our website at www.specialcounsel.com to review all current career opportunities. Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_874579_2299310

Occupation:     23-1011 Lawyers

Date:  9/22/2019

Title:    House General Counsel JDHuntr Assistant Corpora

Poster:  Poster Not Listed

City:  Brooklyn, NY

County:  Kings

Ad Job Board(s):     JobSpider

ID:   13541

Content Description:

In House Counsel Jobs | JDHuntr 31538 Assistant General Counsel, General Corporate, Brooklyn. NY *working at the direction of the General Counsel and with the Deputy General Counsel and other Associates. *providing legal advice and services to company and all its affiliated entities, including Hospice and Palliative Care, Home Care, Isabella Geriatric Center and Menorah Rehabilitation and Nursing Center, a majority of the attorney s activity will be directed in support of Elderplan/Homefirst. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8968261.html

Occupation:    23-1011 Lawyers

Date:   9/23/2019

Title:    Legal Compliance Chief Office Attorney

Poster:   The Blackstone Group L.P.

City:  New York, NY

County:  New York

Ad Job Board(s):    OneWire

ID:   17937

Content Description:

Description Job Description: - Job Description: Responsibilities : Blackstone's Legal Department seeks a Contracts Attorney for its Chief Legal Office. The role will report to one of the Managing Directors that co-heads the Chief Legal Office under the Chief Legal Officer/GC and work closely with vendors and cross functional teams. The successful candidate will work on a variety of matters, with a focus on negotiating vendor and other contracts and managing the contracts process from end-to-end, including working on a centralized depository, tracking key terms, standardization, expiration and reviews of agreements. This role will also be participating in various ad hoc department or cross-firm projects and work closely with the Vendor Risk Management team. This position will require interaction with individuals of all levels in Blackstone's business and corporate groups, other members of the firm's Legal and Compliance group, and outside counsel. This is not an administrative role; the successful candidate will be able to make substantive judgment calls on acceptable contract terms and firmwide processes. Qualifications : Blackstone seeks to hire individuals who are highly motivated, proactive, intelligent, and have demonstrated excellence in prior endeavors. The ideal candidate will have a J.D. and have at least three years of experience engaging in substantive contract negotiations. Candidates without a J.D. degree will be considered if they have spent at least six years in a substantive role in an in-house legal environment with primary responsibility for contracts negotiation, standardization and management. The successful candidate should possess extreme attention to detail, the ability to handle and prioritize multiple tasks and projects simultaneously, exhibit maturity and judgment, and have the ability to build and maintain positive working relationships with individuals across a spectrum of seniority levels and roles in the firm. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, or any other protected category. If you need a reasonable accommodation to complete your application, please contact Human Resources at 212-583-5000 (US), +44 (0)20 7451 4000 (EMEA) or +852 3656 8600 (APAC). The Blackstone Group and its affiliates provide equal employment opportunity to all qualified employees and applicants for employment regardless of race, color, creed, religion, sex, pregnancy, national origin, ancestry, citizenship status, age, marital or partnership status, sexual orientation, gender identity or expression, disability, genetic predisposition, veteran or military status, status as a victim of domestic violence, a sex offense or stalking, or any other classification prohibited by applicable law. To submit your application please complete the form below. Fields marked with a red asterisk * are required in order to enter into a possible employment contract (although some can be answered " prefer not to say "). Failure to provide this information may compromise the follow-up of your application. When you have finished click Submit at the bottom of this form. If you need a reasonable accommodation to complete your application, please contact Human Resources at 212-583-5000 (US), +44 (0)20 7451 4000 (EMEA) or +852 3656 8600 (APAC). The Blackstone Group and its affiliates provide equal employment opportunity to all qualified employees and applicants for employment regardless of race, color, creed, religion, sex, pregnancy, national origin, ancestry, citizenship status, age, marital or partnership status, sexual orientation, gender identity or expression, disability, genetic predisposition, veteran or military status, status as a victim of domestic violence, a sex offense or stalking, or any other classification prohibited by applicable law. To submit your application please complete the form below. Fields marked with a red asterisk * are required in order to enter into a possible employment contract (although some can be answered " prefer not to say "). Failure to provide this information may compromise the follow-up of your application. When you have finished click Submit at the bottom of this form. Posted 09/23/2019 - Full Time position - Compensation will be Market Rate

URL: https://www.onewire.com/p-278787-Legal-Compliance-Chief-Legal-Office-Contracts-Attorney.aspx

Occupation:     23-1011 Lawyers

Date:   9/24/2019

Title:    JDHuntr House General Counsel Associate Regul

Poster:   Poster Not Listed

City:  Paramus, NJ

County:  Bergen

Ad Job Board(s):     JobSpider

ID:   17875

Content Description:

In House Counsel Jobs California | JDHuntr 31578 Associate General Counsel Regulatory, General Corporate, Paramus, NJ *Reporting to the General Counsel, *primarily responsible for *helping our company navigate the stringent and ever-changing regulatory landscape, and will *assist in achieving business objectives while minimizing risk. Provide pre- and post-market compliance counseling and regulatory defense in connection with federal and state laws, guidelines and industry standards impacting life sciences company. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: http://www.jobspider.com/job/view-job-8975749.html

Occupation:    23-1011 Lawyers

Date:  9/25/2019

Title:   General Counsel StatesWhere Impossible Norm

Poster:  Mogul Corporation

City:  New York, NY

County:  New York

Ad Job Board(s):    Mogul

ID:  17803

Content Description:

Weâ€™re looking for an experienced General Counsel to join our team and manage all legal strategy and processes of our company. About the role - Manage the overall legal strategy and processes at Blue Apron - Devise and oversee processes for contract review and negotiation for managers - Develop company standard contract templates - Draft and negotiate contracts with vendors, marketing partners, landlords and other business partners - Coordinate and handle all employment law related matters with HR team - Manage relationships with regulators and own food regulatory strategy - Devise and implement insurance and risk management strategies - Oversee general corporate and business law matters - Build and maintain relationships with external lawyers Requirements - 4+ years of previous in-house counsel experience - Extensive and broad legal knowledge - Excellent verbal and written communication skills - Excited to work in a fluid and rapidly changing environment - Ability to think practically about business problems

URL: https://onmogul.com/jobs/general-counsel

Occupation:   23-1011 Lawyers

Date:   9/26/2019

Title:   Assistant General Counsel

Poster:   NYC HRA/Department of Social Services

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   17766

Content Description:

Job Description The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor's Office of Operations, and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide, and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor's Office of Operations is recruiting for one (1) Agency Attorney II to function as an Assistant General Counsel. Responsibilities include, but are not limited to: • Analyzing the broad array of legal issues affecting Operations and MOIP, and thinking creatively about how to address these issues. • Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as necessary. • Researching models of other jurisdictions in handling complex legal issues and projects. • Assisting in supporting citywide compliance with the mandates of privacy and other relevant laws, regulations and policies. • Partnering with City agencies as needed to assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. • Representing the Office on interagency task forces, working groups, and projects. • Drafting memoranda of understanding, guidelines, policies, and other legal documents. • Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies, • Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. • Managing implementation of projects and work streams related to regulatory matters and other citywide policy issues with legal implications. • Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to advance citywide privacy protection compliance and best practices. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills • A JD from an accredited educational institution, plus one (1) to three (3) years of full-time professional experience as an attorney admitted to the New York State Bar. • Experience related to privacy law analysis and data integration; comfort with data and technology concepts. • Excellent organizational, time-management, and multi-tasking skills, including the ability to take initiative, problem solve, balance competing priorities, work independently and with teams in a fast-paced environment, pay close attention to detail, meet deadlines, and work well under pressure. • Strong oral and written communication skills, including effective public speaking skills and proven ability to present the Office's position in meetings with high level officials and other governmental and private entities. • Proven ability to establish and maintain effective and congenial working relationships with a wide range of governmental and external entities. • Effective and creative leadership ability with the capacity to work both independently and cooperatively to implement key strategies, evaluate new policies, and analyze legal issues. Additional Information The high end of the salary range is reserved for candidates who have been in city service for 2 years or more. LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DSS/HRA/DHS qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the program's other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... addition, the Human Resources Administration/Department of Social Services offers competitive salaries and the following benefits: Generous Pension Plans (The New York Employees Retirement System); 401(k) and 457(k) Retirement Savings Programs; U.S. Savings Bonds Flexible Spending Program; Health Benefits, Dental, Vision Coverage, Prescription Drug Program; Training and Professional Development; Opportunity for Scholarship; College Savings Program; Paid Holidays and Generous Annual Leave; To Apply Click "APPLY NOW" button Work Location 253 Broadway New York Ny Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked

for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/18683341-assistant-general-counsel-at-nyc-hra-dept-of-social-services

Occupation:     23-1011 Lawyers

Date:  9/29/2019

Title:   Assistant General Counsel

Poster:  NYC Department of Health and Mental Hygiene

City:  New York, NY

County:  New York

Ad Job Board(s):    US Jobs; GoInHouse

ID:  17628

Content Description:

Job Description The New York City Department of Health and Mental Hygiene (DOHMH) is one of the largest public health agencies in the world. The Office of Legal Affairs at the DOHMH provides legal support for the agency and its many public health functions serving more that 8 million New Yorkers. DUTIES WILL INCLUDE BUT NOT BE LIMITED TO: * Assist the Director and the Deputy Director of the Employment Law Unit in handling disciplinary cases, including the preparation and drafting of charges as well as the subsequent prosecution from the informal conference to the appeal process. * Assist the Director and the Deputy Director with advising agency managers and supervisors regarding disciplinary matters and procedures. * Assist the Director and the Deputy Director with training agency staff of all levels on employment law, progressive discipline, administrative law, and Chapter 68. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills Knowledge of Employment Law. The Employment Law Unit seeks a talented writer with great attention to detail and efficient organizational skills Additional Information **IMPORTANT NOTES TO ALL CANDIDATES: Please note: If you are called for an interview you will be required to bring to your interview copies of original documentation, such as: â€¢ A document that establishes identity for employment eligibility, such as: A Valid U.S. Passport, Permanent Resident Card/Green Card, or Driverâ€™s license. â€¢ Proof of Education according to the education requirements of the civil service title. â€¢ Current Resume â€¢ Proof of Address/NYC Residency dated within the last 60 days, such as: Recent Utility Bill (i.e. Telephone, Cable, Mobile Phone) Additional documentation may be required to evaluate your qualification as outlined in this postingâ€™s â€œMinimum Qualification Requirementsâ€section. Examples of additional documentation may be, but not limited to: college transcript, experience verification or professional trade licenses. If after your interview you are the selected candidate you will be contacted to schedule an on-boarding appointment. By the time of this appointment you will be asked to produce the originals of the above documents along with your original Social Security card. **LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DOHMH qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the programâ€™s other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... "FINAL APPOINTMENTS ARE SUBJECT TO OFFICE OF MANAGEMENT & BUDGET APPROVALâ€•To Apply Apply online with a cover letter to https://a127-jobs.nyc.gov/. In the Job ID search bar, enter: job ID number # 413203. We appreciate the interest and thank all applicants who apply, but only those candidates under consideration will be contacted. The NYC Health Department is committed to recruiting and retaining a diverse and culturally responsive workforce. We strongly encourage people of color, people with disabilities, veterans, women, and lesbian, gay, bisexual, and transgender and gender non-conforming persons to apply. All applicants will be considered without regard to actual or perceived race, color, national origin, religion, sexual orientation, marital or parental status, disability, sex, gender identity or expression, age, prior record Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/18861438-assistant-general-counsel-at-nyc-dept-of-health-mental-hygiene

Occupation:     23-1011 Lawyers

Date:   9/29/2019

Title:    Corporate Counsel JDHUNTR House

Poster:   Poster Not Listed

City:  Brooklyn, NY

County:  Kings

Ad Job Board(s):     JobVertise

ID:   17635

Content Description:

In House Counsel Jobs New York | JDHuntr 31607 Corporate Counsel, General Corporate, Brooklyn, NY To apply go to (link removed) *Reporting to the President, Corporate Counsel will *lead the day-to-day work of the company s global legal and risk management portfolio and *work to implement strategies for helping the company achieve its business goals and objectives. Drafting, reviewing and negotiating contracts To apply, visit JDHUNTR for the employer s name, contact information and job details. Please do not submit your resume to JDHUNTR. JDHUNTR is a job board and does not have any involvement in this employer s hiring process, other than listing of jobs. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California JDHuntr In-House Counsel Jobs PLEASE CLICK HERE TO APPLY 633 W. 5th Street Los Angeles, CA 90071

URL: http://www.jobvertise.com/job/29619926

Occupation:    23-1011 Lawyers

Date:   9/29/2019

Title:    Legal Compliance Chief Office Attorney

Poster:  Blackstone US

City:  New York, NY

County:  New York

Ad Job Board(s):    eFinancialCareers

ID:   17640

Content Description:

Legal & Compliance - Chief Legal Office, Contracts Attorney Job Description: - Job Description: Responsibilities : Blackstone's Legal Department seeks a Contracts Attorney for its Chief Legal Office. The role will report to one of the Managing Directors that co-heads the Chief Legal Office under the Chief Legal Officer/GC and work closely with vendors and cross functional teams. The successful candidate will work on a variety of matters, with a focus on negotiating vendor and other contracts and managing the contracts process from end-to-end, including working on a centralized depository, tracking key terms, standardization, expiration and reviews of agreements. This role will also be participating in various ad hoc department or cross-firm projects and work closely with the Vendor Risk Management team. This position will require interaction with individuals of all levels in Blackstone's business and corporate groups, other members of the firm's Legal and Compliance group, and outside counsel. This is not an administrative role; the successful candidate will be able to make substantive judgment calls on acceptable contract terms and firmwide processes. Qualifications : Blackstone seeks to hire individuals who are highly motivated, proactive, intelligent, and have demonstrated excellence in prior endeavors. The ideal candidate will have a J.D. and have at least three years of experience engaging in substantive contract negotiations. Candidates without a J.D. degree will be considered if they have spent at least six years in a substantive role in an in-house legal environment with primary responsibility for contracts negotiation, standardization and management. The successful candidate should possess extreme attention to detail, the ability to handle and prioritize multiple tasks and projects simultaneously, exhibit maturity and judgment, and have the ability to build and maintain positive working relationships with individuals across a spectrum of seniority levels and roles in the firm. All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, national origin, or any other protected category. If you need a reasonable accommodation to complete your application, please contact Human Resources at 212-583-5000 (US), +44 (0)20 7451 4000 (EMEA) or +852 3656 8600 (APAC). The Blackstone Group and its affiliates provide equal employment opportunity to all qualified employees and applicants for employment regardless of race, color, creed, religion, sex, pregnancy, national origin, ancestry, citizenship status, age, marital or partnership status, sexual orientation, gender identity or expression, disability, genetic predisposition, veteran or military status, status as a victim of domestic violence, a sex offense or stalking, or any other classification prohibited by applicable law. To submit your application please complete the form below. Fields marked with a red asterisk * are required in order to enter into a possible employment contract (although some can be answered " prefer not to say "). Failure to provide this information may compromise the follow-up of your application. When you have finished click Submit at the bottom of this form. If you need a reasonable accommodation to complete your application, please contact Human Resources at 212-583-5000 (US), +44 (0)20 7451 4000 (EMEA) or +852 3656 8600 (APAC). The Blackstone Group and its affiliates provide equal employment opportunity to all qualified employees and applicants for employment regardless of race, color, creed, religion, sex, pregnancy, national origin, ancestry, citizenship status, age, marital or partnership status, sexual orientation, gender identity or expression, disability, genetic predisposition, veteran or military status, status as a victim of domestic violence, a sex offense or stalking, or any other classification prohibited by applicable law. To submit your application please complete the form below. Fields marked with a red asterisk * are required in order to enter into a possible employment contract (although some can be answered " prefer not to say "). Failure to provide this information may compromise the follow-up of your application. When you have finished click Submit at the bottom of this form. Job ID: 8210 gqDzD8oGrwrwukOl Posted Date: 29 Sep 19

URL: https://www.efinancialcareers-canada.com/jobs-USA-NY-New_York-Legal__Compliance_-_Chief_Legal_Office_Contracts_Attorney.id06518986

Occupation:    23-1011 Lawyers

Date:  9/29/2019

Title:    JDHuntr House Counsel Vice President Business Legal Affairs

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobSpider

ID:  17648

Content Description:

In House Counsel Jobs | JDHuntr 31659 Vice President, Business & Legal Affairs (IP, Licensing, Likeness), Entertainment, New York, NY *Negotiating and documenting recording agreements, merchandise, fan club, and collateral entertainment activities agreements, label deals, and P&D agreements. *Responsible for managing ongoing contractual relationships and handling all business affairs aspects for a substantial roster of artists, including high profile legacy artists. *Rendering general business and legal advice to all departments within the company in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-8988266.html

Occupation:    23-1011 Lawyers

Date:   10/4/2019

Title:   Barred Document Review Attorney Added Currently

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:   32885

Content Description:

Special Counsel is currently seeking New York-barred document review attorneys for an upcoming project in New York City , which is scheduled to start on Monday, October 7th. Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: Monday, October 7th - Expected Duration: 2 months - flexible to end of year - Hour requirement: 40 hour minimum per week but up to 60 hours when required - Pay: $31/hr plus OT after 40 hours worked - Location: Midtown - Conflict list to screen Required Qualifications: - eDiscovery experience: Review Experience is required - Bar/License: Must be admitted and in good standing with NY Bar only If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/new-york-barred-document-review-attorney-attorney/?ID=US_EN_66_869813_2709756

Occupation:    23-1011 Lawyers

Date:   10/5/2019

Title:   Avp Senior Legal Counsel

Poster:  AT&T

City:  New York, NY

County:  New York

Ad Job Board(s):    AT&T; CareerArc; WITI Career Center; ManhattanJobs.com; US Jobs; GoInHouse; Black Enterprise; The

ID:  26384

Content Description:

Description Xandr is seeking a bright, highly motivated, and experienced employment attorney for our legal team. The person in this role will be responsible for supporting our People team on global employment and related issues. In this role, you will work closely with internal clients to understand and assess legal and business risks and make sound decisions under tight deadlines. You'll have the opportunity to help the team launch first-to-market innovative products in a legally responsible and compliant way and to play a meaningful part in our company's mission to transform advertising in digital media. The ideal candidate is a business-minded employment lawyer who understands business objectives as well as statutory requirements. This person is also a creative problem-solver and a team player who is collaborative and yet comfortable making decisions. The ideal candidate is also passionate about technology and the people working in the field. About the team: The mission of the Legal team is to serve as a trusted business partner in the creation and protection of responsible revenue for Xandr. We strive to apply both legal acumen and business judgment to provide sound, practical legal advice to all functions throughout the organization. Our responsibilities run the gamut, including drafting and negotiating contracts, evaluating product offerings, building internal and external compliance protocols, and monitoring and addressing legislative and regulatory developments that affect digital media and advertising. We are energized by the challenges of serving this dynamic, fast-moving part of the broader AT&T family. Qualifications Ã¢â‚¬Â¢ JD degree with superior academic credentials Ã¢â‚¬Â¢ 8+ years of employment law experience at a top-tier law firm or in-house legal department. Ã¢â‚¬Â¢ An entrepreneurial spirit and passion for working in a dynamic environment Ã¢â‚¬Â¢ Excellent business judgment and ability to assess legal risk while also thinking strategically and providing practical advice Ã¢â‚¬Â¢ Strong work ethic and proven ability to multi-task and set priorities Ã¢â‚¬Â¢ Exceptional communication, analytical and writing skills Ã¢â‚¬Â¢ Ability and desire to work both autonomously but also collaboratively Ã¢â‚¬Â¢ Member in good standing of the New York state bar or eligible to register as in-house counsel in New York State More about you: Ã¢â‚¬Â¢ You are passionate about a culture of learning and teaching. You love challenging yourself to constantly improve, and sharing your knowledge to empower others Ã¢â‚¬Â¢ You like to take risks when looking for novel solutions to complex problems. If faced with roadblocks, you continue to reach higher to make greatness happen Ã¢â‚¬Â¢ You care about solving big, systemic problems. You look beyond the surface to understand root causes so that you can build long-term solutions for the whole ecosystem Ã¢â‚¬Â¢ You believe in not only serving customers, but also empowering them by providing knowledge and tools

URL: https://www.manhattanjobs.com/jobs/avp-senior-legal-counsel-employment-new-york-ny-10176-1018781884-job.html

Occupation:     23-1011 Lawyers

Date:   10/9/2019

Title:   Corporate Counsel Commercial

Poster:  Michael Page

City: Jersey City, NJ

County: Hudson

Ad Job Board(s):   Michael Page

ID:  32689

Content Description:

- All matters assigned by the VP Corporate Legal Counsel including: - Corporate and Insurance legal support: - Review and drafting of TPA and other insurance related contracts - Review and drafting of commutation agreements - Review and drafting of intercompany / shared service agreements - General legal advice and analysis / research on insurance matters - Legal support for Group Procurement - Legal review of general commercial contracts and ancillary documents - Legal support for regulatory matters - Legal analysis of state statutes and regulations - Support US Corporate Secretary with US board governance including: - Assisting in planning meetings, providing reporting on Group Governance and other initiatives as needed. - Other corporate legal projects as assigned by the US legal director The Successful Applicant - 2-4 years of experience of general corporate/commercial contracts experience - focus on insurance is preferable - experience reviewing corporate/commercial contracts - corporate governance experience is a plus - knowledge of the insurance and reinsurance industry - additional experience in insurance regulatory matters is preferable What's on Offer - high visibility - work-life balance - competitive compensation <span

URL: https://www.michaelpage.com/job-detail/corporate-counsel-commercial-contracts/ref/1403564

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   10/10/2019

Title:    House General Counsel JDHuntr Assistant Genera

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobSpider

ID:  32641

Content Description:

In House Counsel Jobs New York | JDHuntr 31892 Assistant General Counsel, General Corporate, New York, NY *Support all business groups (sports & entertainment, confectionery, digital) on all commercial legal matters. *Ongoing management and oversight of company's global IP portfolio, including trademarks, copyright and other IP. *Anticipate and identify issues and risks, recommending potential solutions, and identifying trends relating to intellectual property, licensing and regulatory matters. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-9023309.html

Occupation:     23-1011 Lawyers

Date:   10/16/2019

Title:   Associate Product General Counsel

Poster:  Facebook

City:  New York, NY

County:  New York

Ad Job Board(s):     US Jobs; Facebook, Inc.

ID:   32356

Content Description:

**Intro:** Facebook's mission is to give people the power to build community and bring the world closer together. Through our family of apps and services, we're building a different kind of company that connects billions of people around the world, gives them ways to share what matters most to them, and helps bring people closer together. Whether we're creating new products or helping a small business expand its reach, people at Facebook are builders at heart. Our global teams are constantly iterating, solving problems, and working together to empower people around the world to build community and connect in meaningful ways. Together, we can help people build stronger communities - we're just getting started. **Summary:** Facebook is one of the world's largest content platforms and plays a critical role in helping people discover content, creators, and communities they love. We are seeking a highly-motivated and experienced attorney to serve as product counsel on the Facebook media legal team. The role will focus on counseling the product and engineering teams that are building some of the most high-profile tools for publishers and content creators in the video, advertising, and entertainment space. This is a great opportunity to join a growing legal team and to work on novel issues internationally in a dynamic regulatory environment. **Required Skills:** 1. Review global products, features, platforms and initiatives to provide practical legal risk mitigation strategies across multiple jurisdictions 2. Provide product, engineering and other business teams with legal advice across many subject areas including consumer protection law, privacy and data use, platform/publisher liability, intellectual property, media law, data protection laws and regulations, etc. 3. Coordinate with other members of legal, public policy, privacy, communications and other stakeholders on relevant issues 4. Adapt to rapidly changing and ambiguous circumstances **Minimum Qualifications:** 5. J.D. degree (or foreign equivalent) and membership in at least one US state bar 6. 8+ years of legal experience from a law firm or in-house 7. Experience working with content creation and licensing, user generated content and advising clients on legal issues related to privacy and data use **Preferred Qualifications:** 8. Technology experience 9. Media law or publishing experience, product review experience 10. Demonstrated experience working on many different projects at once in a fast-paced environment **Industry:** Internet **Equal Opportunity:** Facebook is proud to be an Equal Opportunity and Affirmative Action employer. We do not discriminate based upon race, religion, color, national origin, sex (including pregnancy, childbirth, or related medical conditions), sexual orientation, gender, gender identity, gender expression, transgender status, sexual stereotypes, age, status as a protected veteran, status as an individual with a disability, or other applicable legally protected characteristics. We also consider qualified applicants with criminal histories, consistent with applicable federal, state and local law. Facebook is committed to providing reasonable accommodations for candidates with disabilities in our recruiting process. If you need any assistance or accommodations due to a disability, please let us know at accommodations-ext@fb.com.

URL: https://de.jobsyn.org/883598e5ef55494f93282a97bbd465571396

Occupation:     23-1011 Lawyers

Date:    10/17/2019

Title:    Associate Product General Counsel

Poster:    Oculus VR

City:    New York, NY

County:    New York

Ad Job Board(s):    Learn4Good

ID:    32284

Content Description:

Position: Associate General Counsel, Product - WhatsApp Facebook's mission is to give people the power to build community and bring the world closer together. Through our family of apps and services, we're building a different kind of company that connects billions of people around the world, gives them ways to share what matters most to them, and helps bring people closer together. Whether we're creating new products or helping a small business expand its reach, people at Facebook are builders at heart. Our global teams are constantly iterating, solving problems, and working together to empower people around the world to build community and connect in meaningful ways. Together, we can help people build stronger communities â€" we're just getting started. WhatsApp is the world's fastest growing communication service with over 1 billion active users globally. We help bring friends, families, communities, soccer groups, storm chasers and millions of others together. We are just getting started. We are looking for the best individuals to grow and support this incredible community of users. WhatsApp has been ranked as one of the Top 25 Most Downloaded apps in over 100 countries on the App Store and has received over 1 billion installs on Google Play. WhatsApp is looking for an Associate General Counsel, Product to join our team. You must have flexibility to adapt to changing priorities and organizational needs. In addition, you must have the ability to operate independently in a fast-paced, small but growing environment and work proactively with various teams, including the business, marketing, product management, engineering, policy, communications and customer support teams. RESPONSIBILITIESAct as primary legal advisor for product and engineering teams.Provide legal advice across many subject areas including data protection/privacy laws and regulations, telecom, competition, consumer protection laws, and other global legal frameworks.Coordinate with public policy, communications, product management, product marketing, trust and safety, and other cross-functional teams on external communications, policy development, product development, and product launches.Lead consensus building and drive coordination with other members of the Legal team.Manage/mentor other legal team member(s).Travel domestically and internationally as required.MINIMUM QUALIFICATIONSJ.D. degree (or foreign equivalent) and membership in at least one U.S. state bar.8+ years of law firm and/or in-house experience with internet or technology companies.Experience with product or regulatory counseling related to consumer protection, privacy, data security, and intellectual property law.Experience taking on projects involving different subject matters, and working with cross-functional organizations.PREFERRED QUALIFICATIONSPeople management experience.Experience supporting a global team at a messaging services provider or other Internet services and technology company.Demonstrated ability to work on multiple projects in a fast-paced environment.Excellent interpersonal skills with an absolute commitment to professionalism and collegiality. Facebook is committed to providing reasonable accommodations for qualified individuals with disabilities and disabled veterans in our job application procedures. If you need assistance or an accommodation due to a disability, you may contact us at (Please contact us using the "Apply for this Job Posting" box below)

URL: https://www.learn4good.com/jobs/new-york-city/new-york/management_and_managerial/65595923/e/

Occupation:    23-1011 Lawyers

Date:   10/21/2019

Title:    Product Counsel Vice President

Poster:   Blue Capital Reinsurance Holdings

City: Florham Park, NJ

County:  Morris

Ad Job Board(s):    TheLadders.com

ID:   32102

Content Description:

We are seeking a VP, Product Counsel for our Florham Park, NJ office. This position will report to the VP â€" Product Development and will provide legal support to the Global Risk Solutions product lines. Key responsibilities of this role include drafting policy forms for new and existing products and providing advice to property and casualty underwriters and management on legal matters. Job Responsibilities: Draft property and casualty lines policy forms and endorsements Advise underwriters regarding property and casualty lines policy terms, coverage issues, and related legal issues Assist underwriters in the negotiation of product coverage terms Review and approve legal documents such as non-disclosure agreements (NDAs) and vendor agreements Collaborate with various functional areas across the organization, including underwriting, claims, actuarial, legal, and regulatory compliance in creating products Provide product-related regulatory compliance support Identify opportunities for, and contribute to, continual improvement of team processes Other duties as determined by management Qualifications: Juris Doctor degree, admission to the bar of one state, and eligibility for in-house bar admission in New Jersey required Minimum of (6) years of relevant experience as in-house counsel at an insurance company or combination of in-house and law firm experience Substantial property and casualty lines policy drafting experience Excellent analytical reasoning and problem-solving skills Outstanding legal writing skills; Candidates may be asked to provide a writing sample Exceptional attention to detail Strong organizational and time management skills Ability to make decisions with limited information and see issues through to resolution Excellent spoken and written communication skills, including the ability to communicate effectively to both technical and non-technical audiences and to all levels of management Regulatory expertise relating to product filings and state required policy provisions Experience managing relationships with senior management Ability to work independently and as part of a cross-functional team Strong commitment to providing superior client service Valid Through: 2019-12-16

URL: https://www.theladders.com/job/-vp-product-counsel-bluecapitalreinsuranceholdings-florham-park-nj_41019562

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   10/22/2019

Title:    House Counsel JDHuntr Senior Vice President Complianc

Poster:   Poster Not Listed

City:   New York, NY

County:   New York

Ad Job Board(s):    JobSpider

ID:   32072

Content Description:

In House Counsel Jobs California | JDHuntr 32095 Senior Vice President Compliance, Compliance/Regulatory, New York, NY *provide critical â€œface of complianceâ€ support, guidance and advice to all members and teams of the Commercial Group. *Serve as the single point of coordination among compliance, legal and government and public affairs for *analyzing and *responding to new Commercial-initiated product developments and bespoke product requests for individual customers. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-9057473.html

Occupation: 23-1011 Lawyers

Date: 10/23/2019

Title: Vice President Business Legal Affairs

Poster: NBC Universal

City: West New York, NJ

County: Hudson

Ad Job Board(s): The Job Network

ID: 34466

Content Description:

Direct-to-Consumer & Digital Enterprises Responsibilities: Role PurposeThe Vice President, Business & Legal Affairs will serve as a legal point of contact and provide legal support for all aspects of content acquisition by the Direct-To-Consumer programming team, including a wide range of issues relating to the licensing of film, television, news, sports, live events and original programming for exploitation on the NBCU streaming service set to launch in 2020. This role will report to the division's Senior Vice President.Responsibilities:•Independently draft, review, negotiate and interpret a range of contracts and other legal documents.•Provide timely and thoughtful legal advice on potential risks and issues, and propose practical, responsive solutions.•Identify and implement improvements to forms and processes.•Partner with NBCUniversal business executives, as well as colleagues in the Law Department, to discuss and implement best practices and formulate new processes in connection with business needs.•Other matters as needed at the direction of the division's General Counsel and its Senior Vice President. Qualifications/Requirements: Member of California bar or other U.S. state bar.JD or LLM degree from an accredited law school, with 10+ years of legal experience.Experience in the entertainment industry, including a thorough understanding of and demonstrated proficiency with the distribution or acquisition of video programming for exploitation on television and in new media.Interested candidates must submit a resume/CV online to be considered.Eligibility Requirements: Willingness to work nights and on weekends, if needed.Must have unrestricted authorization to work in the United States.Must be willing to work in Los Angeles, CA or New York, NY. Desired Characteristics: Strong academic credentials.Outstanding analytic, communication and organizational skills, including excellent drafting and negotiation skills.Collaborative, team-oriented approach.Comfortable making legal decisions and advising on business risks.Sound business judgment, and flexibility/adaptability to manage multiple, wide-ranging matters, conflicting deadlines, and new areas of expertise as business needs change.Proactively identify, prioritize and resolve legal issues quickly and effectively.Demonstrated ability, in a positive and practical manner, to approach complex legal scenarios in a thoughtful and analytic fashion.Ability to explain complex legal concepts to business and creative executives, build consensus across business units, think creatively, and collaborate with other executives to address business needs. Sub-Business: Direct-to-Consumer Career Level: Experienced City: New York State/Province: New York Country: United States About Us: At NBCUniversal, we believe in the talent of our people. It's our passion and commitment to excellence that drives NBCU's vast portfolio of brands to succeed. From broadcast and cable networks, news and sports platforms, to film, world-renowned theme parks and a diverse suite of digital properties, we take pride in all that we do and all that we represent. It's what makes us uniquely NBCU. Here you can create the extraordinary. Join us. Location/Region: West New York, NJ

URL: https://jobs.thejobnetwork.com/job/152773098/vp-legal-affairs-job-in-west-new-york-nj

Occupation:     23-1011 Lawyers

Date:   10/24/2019

Title:    AVP Product Development Attorney

Poster:  Arch Insurance Group

City: Jersey City, NJ

County: Hudson

Ad Job Board(s):   TheLadders.com

ID:   34439

Content Description:

The Position Mid-level attorney to work with Arch's Enterprise Product Development team within Corporate Underwriting Services (CUS). Job Responsibilities - Review, draft and create insurance coverage forms for multiple business units and coverage lines, including standard P&C lines. - Communicate and collaborate with Underwriters, Managers, Claim Attorneys, Compliance and the Legal department to ensure products remain competitive while protecting their profitability. - Help business units identify and prioritize product development needs. - Remain apprised of and monitor U.S. case law, regulations, legal trends and emerging issues affecting insurance coverage. Desired Skills/Experience - 5 - 10 years of insurance contract drafting and insurance industry experience. - Strong analytical skills and attention to detail. - Thorough understanding of insurance contract language and legal precedent - Ability to manage projects from concept to fruition with minimal oversight - Excellent time management and organizational skills. - Strong oral and written communication skills. - Ability to review and assess the impact of legal decisions and court cases on insurance contract language. OVERVIEW Arch Capital Group Ltd. (Arch Capital or ACGL), a Bermuda public limited liability company, writes insurance, reinsurance and mortgage insurance on a worldwide basis. Our unique underwriting platform, experienced management team and strong capital base have enabled us to establish a prominent presence in the global insurance, reinsurance and mortgage insurance markets. Valid Through: 2019-12-18

URL: https://www.theladders.com/job/avp-product-development-attorney-archcapgroup-jersey-city-nj_41051709

Occupation: 23-1011 Lawyers

Date: 10/24/2019

Title: House General Counsel JDHuntr Deputy C

Poster: Poster Not Listed

City: Plainsboro, NJ

County: Middlesex

Ad Job Board(s): JobSpider

ID: 34441

Content Description:

In House Counsel Jobs New York | JDHuntr 32142 Deputy General Counsel, General Corporate, Plainsboro, NJ *Provide legal support for divisional sales, marketing, product development and clinical teams on a variety of contracting and promotional matters, including *negotiating and drafting license, *development and other strategic alliance arrangements, *material transfer agreements, *research agreements, *clinical site agreements and *evaluation agreements and *conducting promotional collateral reviews; *Partner with the professional education team to provide advice and counsel on HCP agreements and educational events; in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-9065222.html

Occupation:     23-1011 Lawyers

Date:   10/24/2019

Title:   Associate General Counsel Product WhatsApp

Poster:  Facebook

City:  New York, NY

County:  New York

Ad Job Board(s):    Facebook, Inc.; The Job Network

ID:   34451

Content Description:

Facebook's mission is to give people the power to build community and bring the world closer together. Through our family of apps and services, we're building a different kind of company that connects billions of people around the world, gives them ways to share what matters most to them, and helps bring people closer together. Whether we're creating new products or helping a small business expand its reach, people at Facebook are builders at heart. Our global teams are constantly iterating, solving problems, and working together to empower people around the world to build community and connect in meaningful ways. Together, we can help people build stronger communities â€" we're just getting started. WhatsApp is the world's fastest growing communication service with over 1 billion active users globally. We help bring friends, families, communities, soccer groups, storm chasers and millions of others together. We are just getting started. We are looking for the best individuals to grow and support this incredible community of users. WhatsApp has been ranked as one of the Top 25 Most Downloaded apps in over 100 countries on the App Store and has received over 1 billion installs on Google Play. WhatsApp is looking for an Associate General Counsel, Product to join our team. You must have flexibility to adapt to changing priorities and organizational needs. In addition, you must have the ability to operate independently in a fast-paced, small but growing environment and work proactively with various teams, including the business, marketing, product management, engineering, policy, communications and customer support teams. RESPONSIBILITIES Act as primary legal advisor for product and engineering teams. Provide legal advice across many subject areas including data protection/privacy laws and regulations, telecom, competition, consumer protection laws, and other global legal frameworks. Coordinate with public policy, communications, product management, product marketing, trust and safety, and other cross-functional teams on external communications, policy development, product development, and product launches. Lead consensus building and drive coordination with other members of the Legal team. Manage/mentor other legal team member(s). Travel domestically and internationally as required. MINIMUM QUALIFICATIONS J.D. degree (or foreign equivalent) and membership in at least one U.S. state bar. 8+ years of law firm and/or in-house experience with internet or technology companies. Experience with product or regulatory counseling related to consumer protection, privacy, data security, and intellectual property law. Experience taking on projects involving different subject matters, and working with cross-functional organizations. PREFERRED QUALIFICATIONS People management experience. Experience supporting a global team at a messaging services provider or other Internet services and technology company. Demonstrated ability to work on multiple projects in a fast-paced environment. Excellent interpersonal skills with an absolute commitment to professionalism and collegiality. Facebook is committed to providing reasonable accommodations for qualified individuals with disabilities and disabled veterans in our job application procedures. If you need assistance or an accommodation due to a disability, you may contact us at accommodations-ext@fb.com .

URL: https://www.facebook.com/careers/jobs/2372877496124850/

Occupation:    23-1011 Lawyers

Date:   10/29/2019

Title:    Associate Corporate General Counsel

Poster:  Enstar Group, LTD

City:  Jersey City, NJ

County:  Hudson

Ad Job Board(s):   The Job Network

ID:   31719

Content Description:

NOTE: THIS IS A STARSTONE LEGAL ROLE Key Accountabilities - Assist Executive Management in identifying and containing legal risk. - Partner with key stakeholders to further corporate development and execute on business initiatives - Provide US legal advice to various entities and operational areas within the StarStone Group - Provide support with respect to US regulatory filings - Provide timely/efficient responses to internal clients on all assignments - Draft and negotiate documents in compliance with internal corporate policies, regulatory requirements, contractual obligations and the company's risk appetite, including: (i) program management agreements; (ii) service and consulting agreements; (iii) confidentiality and non-disclosure agreements; and (iv) such other agreements as the business may from time to time require - Assist with, and oversee support of, US corporate secretarial functions, including: (i) Organizing board and committee meetings; (ii) Preparing materials for board and committee meetings; (iii) Drafting minutes of board and committee meetings; (iv) Maintaining governance policies and procedures; (v) Ensuring compliance with and providing guidance on governance policies and procedures; (vi) Maintaining corporate records, including those stored on Blueprint; (vii) Coordinating conflict of interest declarations; (viii) Coordinating Board and Committee evaluations; and (ix) such other matters as the business may from time to time require - Manage US Corporate paralegal function - Perform special projects/other duties as assigned In addition to the above key responsibilities, such other duties from time to time as the Company may reasonably require. Person Specification Experience: Law degree State bar license, preferably New Jersey At least eight (8) years' experience in insurance industry, either in-house or as outside counsel providing corporate legal support to clients in the insurance industry At least three years' experience in corporate secretarial role, including managing the setup of meetings, taking minutes and issuing action points Knowledge: Good working knowledge of the US insurance industry Demonstrable knowledge of the role and responsibility of the corporate secretarial function ? General Skills / Attributes: Proactive work approach Demonstrated ability to analyze complex contract provisions Ability to identify key matters and accurately record and report on Demonstrated organizational skills with the ability to meet tight deadlines Ability to interact and communicate with individuals at all levels of the organization and display effective inter-personal skills Superior attention to detail and quality Flexibility to adapt to changing circumstances Ability to manage a team Location/Region: Jersey City, NJ

URL: https://jobs.thejobnetwork.com/job/154551281/general-counsel-job-in-jersey-city-nj

Occupation: 23-1011 Lawyers

Date: 10/31/2019

Title: AVP Senior Legal Counsel Commercial

Poster: AT&T

City: New York, NY

County: New York

Ad Job Board(s): AT&T; WITI Career Center; CareerArc; ManhattanJobs.com; US Jobs; GoInHouse; themuse; Black Ente

ID: 26187

Content Description:

> Description Xandr is seeking a bright, highly motivated, and experienced attorney for our legal team. The person in this role will be responsible for supporting our commercial sales and operations teams in negotiating and implementing a variety of complex and cutting-edge agreements. In this role, you will work closely with internal clients spanning multiple functions across Xandr, to understand and assess legal and business risks and make sound decisions under tight deadlines. As a member of this team, you'll have the opportunity to help provide first-to-market innovative products and to play a meaningful part in our company's mission to transform advertising in digital and television media, to Make Advertising Matter. The ideal candidate is a business-minded lawyer who understands business objectives and helps balance legal risks. This person is also a creative problem-solver and a team player who is collaborative and yet comfortable making decisions. She/he can draft and negotiate effectively and thrives in a high growth environment. The ideal candidate is also passionate about technology and may even get a little excited about using it to improve advertising for our buyers, publishers and consumers. About the team: The mission of the Legal team is to serve as a trusted business partner in the creation and protection of responsible revenue for Xandr. We strive to apply both legal acumen and business judgment to provide sound, practical legal advice to all functions throughout the organization. Our responsibilities run the gamut, including drafting and negotiating contracts, evaluating product offerings, building internal and external compliance protocols, and monitoring and addressing legislative and regulatory developments that affect digital media and advertising. We are energized by the challenges of serving this dynamic, fast-moving part of the broader AT&T family. Qualifications • JD degree with superior academic credentials • 8+ years of experience at a top-tier law firm or in-house legal department. (Prior tech or sales experience is a plus) • An entrepreneurial spirit and passion for working in a dynamic environment • Excellent business judgment and ability to assess legal risk while also thinking strategically and providing practical advice • Strong work ethic and proven ability to multi-task and set priorities • Exceptional communication, analytical and writing skills • Ability and desire to work both autonomously but also collaboratively • Member in good standing of the New York state bar or eligible to register as in-house counsel in New York State More about you: • You are passionate about a culture of learning and teaching. You love challenging yourself to constantly improve, and sharing your knowledge to empower others • You like to take risks when looking for novel solutions to complex problems. If faced with roadblocks, you continue to reach higher to make greatness happen • You care about solving big, systemic problems. You look beyond the surface to understand root causes so that you can build long-term solutions for the whole ecosystem • You believe in not only serving customers, but also empowering them by providing knowledge and tools • You enjoy working with bright, dynamic colleagues and clients

URL: https://jobs.blackenterprise.com/jobs/avp-senior-legal-counsel-us-commercial-new-york-ny-10007-115646936-d?contextType=browse

Occupation: 23-1011 Lawyers

Date: 11/1/2019

Title: Assistant General Counsel

Poster: The City of New York/NYC Department of Design & Construction

City: New York, NY

County: New York

Ad Job Board(s): Idealist

ID: 33490

Content Description:

The Mayor's Office of Information Privacy (MOIP) Agency Attorney II Assistant General Counsel The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor's Office of Operations and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor's Office of Operations is recruiting for one (1) Agency Attorney II to function as an Assistant General Counsel, Responsibilities include, but are not limited to: • Analyzing the broad array of legal issues affecting Operations and MOIP, and thinking creatively about how to address these issues. • Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as necessary. • Researching models of other jurisdictions in handling complex legal issues and projects. • Assisting in supporting citywide compliance with the mandates of privacy and other relevant laws, regulations and policies. • Partnering with City agencies as needed to assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. • Representing the Office on interagency task forces, working groups, and projects. • Drafting memoranda of understanding, guidelines, and other legal documents. • Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies, • Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. • Managing implementation of projects and work streams related to regulatory matters and other citywide policy issues with legal implications. • Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to advance citywide privacy protection compliance and best practices. Minimum Qualification Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Salary Range: $69,176- $79,552 (Annual) New York City offers an excellent and comprehensive benefits package. For consideration, please go to http://www1.nyc.gov/jobs and search for Job ID # 396310 to apply. SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL RECEIVE AN INTERVIEW. HRA/DSS IS AN EQUAL OPPORTUNITY EMPLOYER. The Mayor's Office of Information Privacy (MOIP) Agency Attorney II Assistant General Counsel The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017… Read less

URL: https://www.idealist.org/en/job/e1a38c89e03e49e29f1735b8481d531e-assistant-general-counsel-city-of-new-york-nyc-mayors-office-of-information-privacy-new-york

Occupation:    23-1011 Lawyers

Date:   11/4/2019

Title:   Associate General Counsel

Poster:   Mast-Jagermeister US, Inc.

City:  White Plains, NY

County:  Westchester

Ad Job Board(s):   The Job Network

ID:   31421

Content Description:

The Associate General Counsel will support the legal department at Mast-JÃ¤germeister US (â€œMJUSâ€) in fulfilling its legal responsibilities, compliance, and business needs to ensure the organizations value and interests are protected. You will partner with the General Counsel to support various departments, including the MJUS commercial team, marketing, operations, and human resources. You will handle a broad range of responsibilities. This position will develop expertise in the practice areas of state and federal alcohol beverage regulation, three-tier distribution, trade practices, intellectual property, corporate risk management and beverage alcohol marketing and advertising. Job Responsibilities : - Draft, review and negotiate contracts - Advise sales and marketing personnel on alcohol beverage regulatory issues such as the execution of sales and marketing activities and promotions - Play an important and strategic role in fostering awareness and ensuring compliance with regulatory and contractual obligations across the company - Analyze new and current laws and regulations and advise on our privacy and security obligations to support our business, sales, compliance, marketing and innovation teams - Directs, evaluates and oversees the work of outside counsel - Support the General Counsel on all legal needs and special projects - Implement legal policies, procedures and guidelines - Manage the internal filing docket for the department - Communicate with counterparts of parent company to ensure department is sharing information in a proper and efficient manner Requirements - 3+ years of legal experience - Bar Certified in the State of New York - Juris Doctor (J.D. Degree) - Ability to operate autonomously and work collaboratively as a team player with sales and other internal business partners - Motivated to learn continuously and expand practice area to meet changing business environment and needs of company - Pragmatic and commercial approach - Excellent business judgement; intellectual curiosity and the ability to balance legal and business requirements - Flexibility to multi-task and prioritize multiple responsibilities Benefits - Highly competitive compensation packages - Comprehensive medical, dental, and vision insurance - Matching 401(k) plan - Yearly wellness stipend (gym membership or fitness classes) - Generous holiday and vacation policy Location/Region: White Plains, NY

URL: https://jobs.thejobnetwork.com/job/156709207/general-counsel-job-in-white-plains-ny

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:    11/5/2019

Title:    JDHuntr House General Counsel Associate Security

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobSpider

ID:    31392

Content Description:

In House Counsel Jobs California | JDHuntr 32274 Associate General Counsel Securities, General Corporate, New York, NY *Reporting and compliance under the Federal securities laws and the rules and listing standards of the NYSE. *Corporate governance matters. *Drafting, *reviewing, and *negotiating a variety of corporate and business agreements, including software licenses (including SaaS) and services agreements, supply and distribution agreements, employment, consulting and nondisclosure agreements. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-9097213.html

Occupation:    23-1011 Lawyers

Date:   11/5/2019

Title:   Corporate Counsel

Poster:  Bonobos, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    Bonobos, Inc.

ID:   34200

Content Description:

Bonobos is looking for a bright, business-minded, and self-motivated Corporate Counsel to help meet the demands of our rapidly expanding business. At Bonobos, weâ€™re redefining how customers browse, discover and shop for apparel. As the largest digitally native apparel company in the US, we are poised to make groundbreaking advances in how customers shop. Bonobos is uniquely positioned to delight customers by connecting our showroom stores (we call them Guideshops) to our online experiences. We're inventing the future of retail and our customers are fanatical about our clothes and our world-class customer service. What you'll do... - Negotiate, draft and review a wide range of commercial agreements, including: consulting, SaaS and other vendor agreements, NDAs, co-promotion/sponsorship agreements, and those supporting social media and influencer marketing, IP and content licensing, and digital and print media production - Advise on legal issues related to marketing and promotional programs, including review of all customer-facing advertising and marketing materials, rights clearance issues, claim substantiation, and contests/sweepstakes - Create scalable processes for triaging a high volume of disparate legal issues from all areas of the business and help provide training, create templates and manage workflows to allow business teams to move quickly while addressing key risks You... - Have at least 4-6 yearsâ€™ experience at a top law firm, ideally with some in-house experience (experience with an e-commerce company a plus) - Have a JD from a top accredited law school, exceptional academic credentials (yes, really) and are a member in good standing of the New York bar or eligible to register as in-house counsel in New York - Have exceptional judgment and are able to act decisively in situations requiring quick but thorough analysis and decision-making, while understanding when and how to appropriately escalate issues - Are highly detail-oriented, with strong organizational and communication skills, and the ability to prioritize and re-prioritize based on changing business needs in a fast-paced environment - Embrace projects large and small (yes, even those boilerplate contracts must (unfortunately) be reviewed) - Have an entrepreneurial spirit and are excited by the challenges that come along with building a disruptive business - Are psyched to help build and improve internal processes and best practices/policies We... - Work hard because we love what weâ€™re doing, but also believe in balance (say hello to unlimited vacation days!) - Back up our talk with a competitive compensation and benefits package, challenging projects, random acts of team-wide fun and awesome co-workers that feel like family - Value self-awareness, intellectual honesty, judgment, empathy & positive energy â€" often over experience - Are located in the Flatiron District in the heart of Manhattan - Have a passion for delivering a superior experience to our customers, clients, vendors & one another - Are excited to hear from you

URL: https://boards.greenhouse.io/bonobos2/jobs/1828056?gh_jid=1828056

Occupation:     23-1011 Lawyers

Date:   11/5/2019

Title:   General Counsel

Poster:  Mogul Corporation

City: New York, NY

County:  New York

Ad Job Board(s):     Mogul

ID:   34202

Content Description:

Weâ€™re looking for an experienced General Counsel to join our team and manage all legal strategy and processes of our company. About the role - Manage the overall legal strategy and processes at Blue Apron - Devise and oversee processes for contract review and negotiation for managers - Develop company standard contract templates - Draft and negotiate contracts with vendors, marketing partners, landlords and other business partners - Coordinate and handle all employment law related matters with HR team - Manage relationships with regulators and own food regulatory strategy - Devise and implement insurance and risk management strategies - Oversee general corporate and business law matters - Build and maintain relationships with external lawyers Requirements - 4+ years of previous in-house counsel experience - Extensive and broad legal knowledge - Excellent verbal and written communication skills - Excited to work in a fluid and rapidly changing environment - Ability to think practically about business problems

URL: https://onmogul.com/jobs/general-counsel

Occupation:    23-1011 Lawyers

Date:    11/6/2019

Title:    Assistant Labor Relations General Counsel

Poster:    CBS CORPORATION

City:    New York, NY

County:    New York

Ad Job Board(s):    Mogul

ID:    31311

Content Description:

Responsibilities include: National Labor Relations Board Proceedings, including representation petitions, unfair labor practices, jurisdictional disputes and secondary picketing issues. EEO/FEP proceedings, involving individual or group complaints of employment discrimination based on race, color, national origin, religion, sex, age, disability, alienage or citizenship status, marital status, creed, genetic information, height or weight, sexual orientation, veteran's status, gender identity or gender expression, or any other characteristic protected by law. OFCCP Affirmative Action Audits. As a federal contractor, the Company is required to maintain affirmative action plans at its various business locations. These plans are subject to regular audits by the Office of Federal Contract Compliance. Labor Arbitration. Employment contracts and termination agreements. Miscellaneous proceedings, such as wage and hour claims, veterans reemployment rights, OSHA enforcement, Family Medical Leave Act enforcement, child labor issues and related state and municipal claims. The Section also handles immigration issues. Labor negotiations. Preventive law. The successful candidate will spend considerable time dealing with policy matters, as well as giving advice to operating management concerning ongoing problems. Vetting proposed layoffs and discipline is a regular part of this effort.

URL: https://onmogul.com/jobs/assistant-general-counsel-labor-and-employment-relations

Occupation:     23-1011 Lawyers

Date:   11/6/2019

Title:    E-DISCOVERY Attorney Added Staffing Upcoming Document

Poster:   Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:   31333

Content Description:

Special Counsel is staffing an upcoming document review project that is expected to start as early as week of Nov. 11th in NYC . Please see details below for more information regarding this assignment. Details and Requirements: - Expected Start: Sometime during week of Nov. 11th - Approximate Duration: TBD - Bar Requirement: Must be barred in NY and be active and in good standing - Hour Requirement: Work at least a minimum of 40 hours a week flexible for more - Pay Rate:$31/hr plus OT after 40 hours worked - Location: NY Special Counsel Turnkey Legal Center - midtown - Preferred Experience: If you'd like to be considered for this upcoming Document Review Attorney job in New York , please submit your resume today. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2588722

Occupation: 23-1011 Lawyers

Date: 11/7/2019

Title: AVP Senior Legal Counsel Supply Chain

Poster: AT&T

City: New York, NY

County: New York

Ad Job Board(s): AT&T; CareerArc; WITI Career Center; ManhattanJobs.com; US Jobs; GoInHouse; Black Enterprise

ID: 31259

Content Description:

Description Xandr is seeking a bright, highly motivated, and experienced contract attorney for our legal team. The person in this role will be responsible for managing and negotiating complex agreements with suppliers and strategic partners on a variety of cutting-edge commercial and technology matters. In this role, you will work closely with internal clients spanning multiple functions across Xandr, to understand and assess legal and business risks and make sound decisions under tight deadlines. Youâ€™ll have the opportunity to play a meaningful part in our companyâ€™s mission to transform advertising in digital media. The ideal candidate is a business-minded lawyer who understands business objectives and helps balance legal risks. This person is also a creative problem-solver and a team player who is collaborative and yet comfortable making decisions. She/he can draft and negotiate effectively and thrives in a high growth environment. The ideal candidate is also passionate about technology and may even get a little excited about improving forms, processes and procedures. About the team: The mission of the Legal team is to serve as a trusted business partner and legal advisor for Xandr. We strive to apply both legal acumen and business judgment to provide sound, practical legal advice to all functions throughout the organization. Our responsibilities run the gamut, including drafting and negotiating contracts, evaluating product offerings, building internal and external compliance protocols, and monitoring and addressing legislative and regulatory developments that affect digital media and advertising. We are energized by the challenges of serving this dynamic, fast-moving part of the broader AT&T family. Qualifications â€¢ JD degree with superior academic credentials â€¢ 4+ years of experience at a top-tier law firm or in-house legal department. (Prior tech experience is a plus) â€¢ An entrepreneurial spirit and passion for working in a dynamic environment â€¢ Excellent business judgment and ability to assess legal risk while also thinking strategically and providing practical advice â€¢ Strong work ethic and proven ability to multi-task and set priorities â€¢ Exceptional communication, analytical and writing skills â€¢ Ability and desire to work both autonomously but also collaboratively â€¢ Member in good standing of the New York state bar or eligible to register as in-house counsel in New York More about you: â€¢ You are passionate about a culture of learning and teaching. You love challenging yourself to constantly improve, and sharing your knowledge to empower others â€¢ You like to take risks when looking for novel solutions to complex problems. If faced with roadblocks, you continue to reach higher to make greatness happen â€¢ You care about solving big, systemic problems. You look beyond the surface to understand root causes so that you can build long-term solutions for the whole ecosystem â€¢ You believe in not only serving customers, but also empowering them by providing knowledge and tools Categories - Legal - Marketing - Engineering - Business

URL: http://careercenter.witi.com/jobs/avp-senior-legal-counsel-supply-chain-new-york-ny-10007-115383507-d?contextType=search&networkView=national

Occupation:     23-1011 Lawyers

Date:   11/10/2019

Title:   Assistant General Counsel Privacy Information Protection

Poster:   KPMG

City:  New York, NY

County:  New York

Ad Job Board(s):    KPMG LLP

ID:   34108

Content Description:

Assistant General Counsel - Privacy & Information Protection Business Title: Assistant General Counsel - Privacy & Information Protection Requisition Number: 47064 - 64 Function: Business Support Services Area of Interest: State: NY City: New York Description: Known for being a great place to work and build a career, KPMG provides audit, tax and advisory services for organizations in todayâ€™s most important industries. Our growth is driven by delivering real results for our clients. Itâ€™s also enabled by our culture, which encourages individual development, embraces an inclusive environment, rewards innovative excellence and supports our communities. With qualities like those, itâ€™s no wonder weâ€™re consistently ranked among the best companies to work for by Fortune Magazine, Consulting Magazine, Working Mother Magazine, Diversity Inc. and others. If youâ€™re as passionate about your future as we are, join our team. KPMG is currently seeking an Assistant General Counsel, Privacy & Information Protection to join our KPMG Office of General Counsel organization. Responsibilities: - Accountable for advising on and enhancing the firmâ€™s evolving privacy, confidentiality, and information protection compliance strategy as well as driving awareness, which may include developing and delivering training - Provide advice to client service delivery and business process group teams on privacy, confidentiality and information security implications for new tools, products and features, and review the collection, use and transfer of confidential and personal data - Analyze the potential business impact of proposed changes to U.S. and foreign information privacy and protection/security laws and regulations, and advise client service delivery and business process group teams accordingly - Draft privacy policies and notices (and same for confidentiality and information protection), and inform contract provisions relating to privacy, confidentiality and information protection in client and vendor agreements, including technology license agreements - Provide advice on alignment of information and records management with professional standards, laws and internal policies governing confidentiality, privacy and information security Qualifications: - Minimum six years of experience, including some from a leading law firm and preferably with in-house legal department experience as well; experience with public accounting firms subject to professional standards, or other regulated entities is preferred - JD or LLM from an accredited law school, and licensed to practice law in the U.S. - Demonstrated collaboration skills, including building strong business partnerships and working within cross-functional teams - Knowledge of and experience analyzing and advising on information protection and security laws and frameworks (e.g., NIST Cybersecurity Framework), U.S. and foreign privacy laws (e.g., GLBA, HIPAA, GDPR, CCPA) and marketing laws (e.g., CAN-SPAM, TCPA) - Certified Information Privacy Professional (CIPP) strongly preferred - Knowledge of federal contracting and security requirements a plus (FAR, DFARS, NIST 800-171); fluent in Spanish or Portuguese is preferred KPMG LLP (the U.S. member firm of KPMG International) offers a comprehensive compensation and benefits package. KPMG is an affirmative action-equal opportunity employer. KPMG complies with all applicable federal, state and local laws regarding recruitment and hiring. All qualified applicants are considered for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, protected veteran status, or any other category protected by applicable federal, state or local laws. The attached link contains further information regarding the firm's compliance with federal, state and local recruitment and hiring laws. No phone calls or agencies please. GL: 2 GF: 15313

URL: http://kpmgglobalcareers.com/index.php?gu=yes&jobid=4233&reqid=47064&location=United States

Occupation:    23-1011 Lawyers

Date:   11/14/2019

Title:   Associate General Counsel Marketing

Poster:  Sirius XM Radio

City:  New York, NY

County:  New York

Ad Job Board(s):    JobNetwork; Sirius XM Radio Inc.; Job Monkey

ID:  30873

Content Description:

Job Title Associate General Counsel - Marketing Location New York Schedule Full-time Type of Position Regular Job Description Location: New York, NY Position Summary: We are seeking a highly motivated attorney to join the Sirius XM and Pandora legal departments to work on cutting edge marketing issues. This position will be based in New York City and will provide legal subject matter expertise on a wide range of marketing, consumer and privacy law matters. This role requires 7+ years of direct experience with a focus on complex marketing and consumer law matters within a subscription based company. Duties and Responsibilities: This attorney will be the primary counsel for Sirius XM and Pandora's marketing and promotions department. The specific responsibilities will include: - The review of advertising materials and claims - Charitable solicitation promotions - Children's advertising, marketing and privacy related issues - Credit card rules, regulations and EFT regulations - Deceptive Trade Practices and FTC issues - Direct marketing - E-commerce marketing - E-mail promotions - Event marketing and promotions - Loyalty programs - Legislation monitoring - Rebate programs, materials and policies - Regulatory compliance and monitoring - Review of press releases and public relations pieces - Social media issues, including advertising, promotion and influencer limitations - Sweepstakes creation and compliance - Telemarketing and telesales, including state law, FTC law and emerging issues - Text marketing and call-to-action texting - Website terms, sales and operations Supervisory Responsibilities: - None Minimum Qualifications: - Must be licensed and in good standing to practice law in New York. - A Juris Doctorate from a nationally recognized law school is required. - Excellent time management skills, with the ability to prioritize and multi-task, and work under shifting deadlines in a fast-paced environment. - Must have legal right to work in the U.S. Requirements and General Skills: - Provide marketing and consumer law expertise to cross-functional stakeholders and legal colleagues. - Experience in draft and negotiate in-bound and out-bound agreements with a variety of counterparties. - Provide guidance and negotiate provisions contained in advertising, marketing and commercial agreements. - Provide assistance to legal team members on advising senior leadership on marketing, consumer law and privacy policy issues. - Provide assistance to legal team as well as the privacy and security teams in connection with compliance matters for data and privacy laws and regulations, including GDPR, the California Consumer Privacy Act and other data protection, data retention, data security, and data breach reg - 7+ years of direct marketing and consumer law experience required, some in-house experience preferred within a subscription based company. - Demonstrated knowledge and experience drafting and negotiating complex agreements relating to in-bound and out-bound agreements. - Direct experience advising internal stakeholders on a wide range of marketing and consumer law matters. - Experience advising on privacy and data security law and compliance efforts, including the organization and coordination of privacy assessments, corporate policies and processes. - In-depth knowledge of cutting edge IT, web, mobile and ad-tech ecosystems and their marketing and consumer law implications. - Ability to maintain strong working relationships with demanding internal clients. - Strong analytical capabilities and judgment. - Ability to make decisions and pivot quickly and fluidly, thinking practically and be solution-oriented. - A practical and proactive problem-solver who possesses strong business acumen and is confident, mature and calm under fire. - Excellent time management skills with the ability to prioritize and multitask and work under shifting deadlines in a fast-paced environment. - Ability to work independently and in a team environment. - Willingness to take initiative and to follow through on projects. - Excellent written and verbal communication skills. Technical Skills: - Thorough knowledge of MS-Office Suite (Word and PowerPoint). SiriusXM is an equal opportunity employer that does not discriminate on the basis of sex, race, color, age, national origin, religion, creed, physical or mental disability, medical condition, marital status, sexual orientation, gender identity or expression, citizenship, pregnancy, military or veteran status or any other status protected by applicable law. The requirements and duties described above may be modified or waived by the Company in its sole discretion without notice. As an EEO/Affirmative Action Employer all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, veteran status.

URL: http://www.newyorkjobnetwork.com/job/detail/38460089/Associate-General-Counsel-Marketing

Occupation:    23-1011 Lawyers

Date:    11/14/2019

Title:    Attorney Reinsurance General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    Craigslist

ID:    30930

Content Description:

General Counsel Position for an â€œInsurtech Reinsurance Companyâ€‌based in Northern NJâ€¦ Firm has recently developed an Asset Liability Management Platformâ€¦ -- Primary objective is Bidding & Buying on Variable or Fixed Annuity Blocks from Insurance Companies who are looking to reduce their Long Term Liability and Cost. -- Firm has built a system/algorithms/models that manage the annuity blocks more efficiently and less costly than these insurance companies canâ€¦ looking at other ALM business -life insurance, pension liability etc. A new Business Model! -- General Counsel Positionâ€¦ bright, eager, good pedigreeâ€¦ Background in Insurance, Securities Law, Contract Negotiations, Etc. -- An Associate at a top Law Firm -or- Attorney at an Insurance Company. -- 200K on the Baseâ€¦ plus Bonus and more. EMAIL YOUR RESUME TO: steveN@bachrachgroup.com & CALL ME @ 212-279-7777 Steve N.

URL: https://newyork.craigslist.org/jsy/lgl/d/new-york-attorney-general-counsel/7019948711.html

Occupation: 23-1011 Lawyers

Date: 11/16/2019

Title: Associate General Counsel Marketing

Poster: Pandora

City: New York, NY

County: New York

Ad Job Board(s): JobNetwork; Pandora Media, Inc.

ID: 25999

Content Description:

Job Title Associate General Counsel - Marketing Schedule Full-time Job Description Location: New York, NY Position Summary: We are seeking a highly motivated attorney to join the Sirius XM and Pandora legal departments to work on cutting edge marketing issues. This position will be based in New York City and will provide legal subject matter expertise on a wide range of marketing, consumer and privacy law matters. This role requires 7+ years of direct experience with a focus on complex marketing and consumer law matters within a subscription based company. Duties and Responsibilities: This attorney will be the primary counsel for Sirius XM and Pandora's marketing and promotions department. The specific responsibilities will include: - The review of advertising materials and claims - Charitable solicitation promotions - Children's advertising, marketing and privacy related issues - Credit card rules, regulations and EFT regulations - Deceptive Trade Practices and FTC issues - Direct marketing - E-commerce marketing - E-mail promotions - Event marketing and promotions - Loyalty programs - Legislation monitoring - Rebate programs, materials and policies - Regulatory compliance and monitoring - Review of press releases and public relations pieces - Social media issues, including advertising, promotion and influencer limitations - Sweepstakes creation and compliance - Telemarketing and telesales, including state law, FTC law and emerging issues - Text marketing and call-to-action texting - Website terms, sales and operations Supervisory Responsibilities: - None Minimum Qualifications: - Must be licensed and in good standing to practice law in New York. - A Juris Doctorate from a nationally recognized law school is required. - Excellent time management skills, with the ability to prioritize and multi-task, and work under shifting deadlines in a fast-paced environment. - Must have legal right to work in the U.S. Requirements and General Skills: - Provide marketing and consumer law expertise to cross-functional stakeholders and legal colleagues. - Experience in draft and negotiate in-bound and out-bound agreements with a variety of counterparties. - Provide guidance and negotiate provisions contained in advertising, marketing and commercial agreements. - Provide assistance to legal team members on advising senior leadership on marketing, consumer law and privacy policy issues. - Provide assistance to legal team as well as the privacy and security teams in connection with compliance matters for data and privacy laws and regulations, including GDPR, the California Consumer Privacy Act and other data protection, data retention, data security, and data breach reg - 7+ years of direct marketing and consumer law experience required, some in-house experience preferred within a subscription based company. - Demonstrated knowledge and experience drafting and negotiating complex agreements relating to in-bound and out-bound agreements. - Direct experience advising internal stakeholders on a wide range of marketing and consumer law matters. - Experience advising on privacy and data security law and compliance efforts, including the organization and coordination of privacy assessments, corporate policies and processes. - In-depth knowledge of cutting edge IT, web, mobile and ad-tech ecosystems and their marketing and consumer law implications. - Ability to maintain strong working relationships with demanding internal clients. - Strong analytical capabilities and judgment. - Ability to make decisions and pivot quickly and fluidly, thinking practically and be solution-oriented. - A practical and proactive problem-solver who possesses strong business acumen and is confident, mature and calm under fire. - Excellent time management skills with the ability to prioritize and multitask and work under shifting deadlines in a fast-paced environment. - Ability to work independently and in a team environment. - Willingness to take initiative and to follow through on projects. - Excellent written and verbal communication skills. Technical Skills: - Thorough knowledge of MS-Office Suite (Word and PowerPoint). SiriusXM is an equal opportunity employer that does not discriminate on the basis of sex, race, color, age, national origin, religion, creed, physical or mental disability, medical condition, marital status, sexual orientation, gender identity or expression, citizenship, pregnancy, military or veteran status or any other status protected by applicable law. The requirements and duties described above may be modified or waived by the Company in its sole discretion without notice. Location New York Type of Position Regular

URL: https://recruiting.adp.com/srccar/public/RTI.home?c=1147611&d=ExternalCareerSite#/

Occupation:    23-1011 Lawyers

Date:   11/17/2019

Title:   Associate General Counsel

Poster:  Cadwalader, Wickersham & Taft, LLP

City:  New York, NY

County:  New York

Ad Job Board(s):   The Job Network

ID:   30780

Content Description:

Description : Summary: The associate general counsel will be responsible for risk management and compliance functions relating to contracts entered into by the Firm, including vendor contracts, outside counsel guidelines, proposals, non-disclosure agreements, employment agreements and consulting contracts. The associate general counsel will work closely with the General Counsel to deliver on responsibilities including those listed below. Responsibilities: Â· Draft, review and negotiate vendor contracts, non-disclosure agreements and employment related agreements. Â· Coordination with other administrative departments reviewing and preparing responses to RFPs. Â· Review and negotiation of client outside counsel guidelines. Â· Preparation and communication of key points/summaries of outside counsel guidelines to attorneys and staff. Â· Development and maintenance of a database to track outside counsel guidelines. Â· Coordination with IT and other administrative departments on client audits and certifications. Â· Monitor and coordinate Firm reporting requirements on regulatory requirements related to client engagements. Â· Provide support and assistance on compliance related issues under US and UK regulations. Â· Assist in developing, maintaining and revising policies and procedures relevant to the work of the office of general counsel. Â· Assist in developing and implementing training programs to attorneys and staff. Skills/Qualifications : Â· NY Qualified lawyer with experience working in a commercial law environment. Â· Experience reviewing, drafting, negotiating contracts. Â· Familiarity with IT and/or Software related legal documentation (preferred). Â· Proven ability to solve problems in a methodical and practical way. Â· Strong communications skills, both oral and written. Â· Ability to plan and organize effectively in order to meet business priorities. Â· Ability to work with minimal supervision. 3-5 + years of related experience EEOC: Cadwalader is an equal opportunity employer. We offer opportunities to all qualified persons regardless of race, color, religion, sex, age, national origin, marital status, veteran status, disability, sexual orientation, gender identity and expression, or status in any group protected by federal, state or local law. Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/161281307/general-counsel-job-in-new-york-ny

Occupation:     23-1011 Lawyers

Date:   11/19/2019

Title:    House General Counsel JDHuntr Associate Gene

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobSpider

ID:   33949

Content Description:

In House Counsel Jobs California | JDHuntr 32506 Associate General Counsel, General Corporate, New York, NY *Handle a wide range of legal responsibilities as assigned and supervised by the General Counsel, including participating in business, operational and strategic decisions. *Advise management team on legal strategies, issues and risk management. *Support new business development from both a commercial and regulatory perspective. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-9137025.html

Occupation:     23-1011 Lawyers

Date:   11/20/2019

Title:    Attorney Reinsurance General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    Craigslist

ID:   29707

Content Description:

General Counsel Position for a Reinsurance Company based in Northern NJâ€¦ Firm has recently developed an Asset Liability Management Platformâ€¦ -- General Counsel Positionâ€¦ Background in Insurance, Securities Law, Contract Negotiations, Etc. -- An Associate at a Law Firm -or- Attorney at an Insurance Company. -- 200K on the Baseâ€¦ plus Bonus and more. E-MAIL YOUR RESUME TO: steveN@bachrachgroup.com & CALL ME @ 212-279-7777 Steve N.

URL: https://newyork.craigslist.org/mnh/lgl/d/new-york-attorney-general-counsel/7023660646.html

Occupation:    23-1011 Lawyers

Date:   11/22/2019

Title:    Document Review Attorney Added Currently

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:   30522

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming project in New York City which is scheduled to start on November 25th. Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Project start date: Monday, 11/25/2019 - Project location: Midtown location TBD (likely our 52 nd street review center) - Anticipated duration: Approximately 1 month - License requirement: Reviewers on this matter must be licensed and in good standing in the state of NY - Hours available: 40 hours/week minimum, with OT available and paid at 1.5x. Candidates willing and able to work 60+ hours/week will be given preference. - Experience requirement: Previous document review experience heavily preferred. - Pay rate: $31/hr, with 1.5x OT after 40 hours Required Qualifications: - eDiscovery experience: document review experience is required - Bar/License: Must be barred and in good standing with the NY Bar If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/document-review-attorney-attorney/?ID=US_EN_66_869813_2726228

Occupation:     23-1011 Lawyers

Date:   11/22/2019

Title:   Assistant General Counsel

Poster:  City Of New York

City:  New York, NY

County:  New York

Ad Job Board(s):     lawjobs; The Job Network

ID:   30545

Content Description:

The Mayor's Office of Information Privacy (MOIP) Agency Attorney II Assistant General Counsel The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor's Office of Operations and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor's Office of Operations is recruiting for one (1) Agency Attorney II to function as an Assistant General Counsel, Responsibilities include, but are not limited to: • Analyzing the broad array of legal issues affecting Operations and MOIP, and thinking creatively about how to address these issues. • Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as necessary. • Researching models of other jurisdictions in handling complex legal issues and projects. • Assisting in supporting citywide compliance with the mandates of privacy and other relevant laws, regulations and policies. • Partnering with City agencies as needed to assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. • Representing the Office on interagency task forces, working groups, and projects. • Drafting memoranda of understanding, guidelines, policies, and other legal documents. • Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies, • Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. • Managing implementation of projects and work streams related to regulatory matters and other citywide policy issues with legal implications. • Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to advance citywide privacy protection compliance and best practices. Minimum Qualification Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Salary Range: $69,176- $79,552 (Annual) New York City offers an excellent and comprehensive benefits package. For consideration, please go to http://www1.nyc.gov/jobs and search for Job ID 396310 to apply. SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL RECEIVE AN INTERVIEW. HRA/DSS IS AN EQUAL OPPORTUNITY EMPLOYER. Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/163608188/attorney-job-in-new-york-ny

Occupation:     23-1011 Lawyers

Date:   11/22/2019

Title:   Deputy General Counsel

Poster:   Sirius International Insurance Corporation

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse; TheLadders.com

ID:   30548

Content Description:

Sirius is currentlyseeking a Deputy General Counsel tobe based in our downtown New York offices. This position will be responsible for assisting with a wide-range oflegal matters involving property and casualty (re)insurance company operations. RESPONSIBILITIES: Assist General Counsel with the legal matters associatedwith North American operations, including regulatory and compliancematters. Serve as legal counsel tounderwriters by providing advice and guidance on insurance laws applicable tothe company's products, licensing and business relationships, includingmanaging general agency relationships and other producers and administrators. Prepare responses and present to state insurance departmentsin connection with market conduct and consumer complaints and coverage matters. Conduct legal research and prepare memoranda regardinglegislative developments and current affairs affecting the company's productsand operations. Participate in the review of policy wordings and reinsurancecontracts including assumed and ceded reinsurance business. Draft and review commutations, confidentiality agreementsand trust agreements as needed. Adviseand assist with the preparation and approval of marketing and advertisingprograms. Review and advise on a wide-range of corporate contracts,including IT service agreements and other vendor agreements. Provide guidance and assistance to the company's compliancestaff. Assist with the preparation of the company's corporategovernance and provide corporate secretarial services. Ensure the proper maintenance of thecompany's books and records. Perform other duties as may be necessary. DESIRED QUALIFICIATIONS: Bachelor's degree from a four-year college or university;J.D. and admission in at least one state (New York preferred). Seven or more years (re)insurance experience in either aninsurance company legal department or law firm. Ability to work with minimal supervision, capable ofsetting priorities and following through on projects and problems. Ability to take on broadened responsibilities asneeded. Must be resourceful and decisive with good reasoningability and a high degree of attention to detail. Excellent written and verbal communication skills. Valid Through: 2020-1-17

URL: https://www.theladders.com/job/deputy-general-counsel-siriusinternationalinsurancegroup-new-york-ny_41360387

Occupation:    23-1011 Lawyers

Date:   11/24/2019

Title:    Corporate Counsel JDHUNTR House

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobSpider

ID:   30415

Content Description:

In House Counsel Jobs | JDHuntr 32605 Corporate Counsel, General Corporate, New York, NY *Negotiate, draft and review a wide range of commercial agreements, including: *employment contracts, *consulting, *SaaS and other vendor agreements, *NDAs, *co-promotion/sponsorship agreements, and those *supporting social media and influencer marketing, *IP and content licensing, and *digital and print media production. *Advise on legal issues related to marketing and promotional programs, including *review of all customer-facing advertising and marketing materials, rights clearance issues, claim substantiation, and contests/sweepstakes in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-9150769.html

Occupation: 23-1011 Lawyers

Date: 11/25/2019

Title: Assistant General Counsel

Poster: NYC HRA/Department of Social Services

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 30377

Content Description:

Job Description The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor's Office of Operations and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor's Office of Operations is recruiting for one (1) Agency Attorney Intern to function as an Assistant General Counsel. Responsibilities include, but are not limited to: • Analyzing the broad array of legal issues affecting Operations and MOIP and thinking creatively about how to address these issues. • Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as necessary. • Researching models of other jurisdictions in handling complex legal issues and projects. • Assist in supporting citywide compliance with the mandates of privacy and other relevant laws, regulations and policies. • Partnering with City agencies as needed to assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. • Representing the Office on interagency task forces, working groups, and projects. • Drafting memoranda of understanding, guidelines, policies, and other legal documents. • Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies. • Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. • Managing implementation of projects and workstreams related to regulatory matters and other citywide policy issues with legal implications. • Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to advance citywide privacy protection compliance and best practices. Minimum Qual Requirements Graduation from an accredited United States law school as defined in the Rules of the New York Court of Appeals (Sections 520.3 or 520.5) or admission to the New York State Bar. Additional Information **LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DSS/HRA/DHS qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the program's other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... In addition, the Human Resources Administration/Department of Social Services offers competitive salaries and the following benefits: Generous Pension Plans (The New York Employees Retirement System); 401(k) and 457(k) Retirement Savings Programs; U.S. Savings Bonds Flexible Spending Program; Health Benefits, Dental, Vision Coverage, Prescription Drug Program; Training and Professional Development; Opportunity for Scholarship; College Savings Program; Paid Holidays and Generous Annual Leave. To Apply CLICK "APPLY NOW" BUTTON Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/25354385-assistant-general-counsel-at-nyc-hra-dept-of-social-services

Occupation:    23-1011 Lawyers

Date:   11/27/2019

Title:   Associate General Counsel Privacy General Counsel

Poster:  The Nielsen Company

City:  New York, NY

County:  New York

Ad Job Board(s):   The Nielsen Company; Hispanic Alliance for Career Enhancement; GoInHouse

ID:   33821

Content Description:

Nielsen is seeking an experienced privacy attorney to join its Global Legal Privacy Team. The position will be located in NYC. The Associate General Counsel â€" Privacy will be the primary privacy counsel for Nielsenâ€™s Connect business, and will work as part of a team of global privacy and data protection professionals to ensure privacy and data protection compliance while enabling business innovation. The position will report to the Chief Privacy Officer. Responsibilities include: - Advising Nielsenâ€™s Connect business on global data protection and privacy laws and regulations, drawing on knowledge and experience with specific industry requirements, self-regulatory codes, and best practices. Identifying business risks and requirements resulting from new and evolving privacy laws and regulations. - Analyzing existing and new products and solutions, including traditional market research panels and innovative products involving emerging technologies, and ensuring they comply with applicable privacy and data protection laws and industry best practices. - Leading the implementation of privacy compliance processes, including privacy impact assessments, data inventories, data subject access requests, vendor privacy reviews, and incident response procedures. - Working with colleagues in Legal, Compliance, CyberSecurity, HR, Government Relations, and the Connect businesses to continually enhance and manage Nielsenâ€™s privacy compliance framework. - Developing and providing data protection training and awareness programs/materials. - Reviewing, drafting and negotiating agreements with customers, business partners and vendors with a focus on privacy and data protection terms - Drafting privacy statements, and other privacy disclosures for websites, mobile apps, panels, surveys, and employees in connection with Nielsen products and services. - Advising on notification and other obligations in connection with security/privacy incidents and Nielsenâ€™s incident response program. - Other related matters as assigned. Requirements: - Deep knowledge of US, EU and other international data protection laws. - Minimum 8-10 years of privacy and data protection-related legal experience in-house with a global company or combined with time spent at a law firm. - Ability to work collaboratively with people at all levels of the Company, and to present to business leadership on privacy-related matters. - Solid understanding of Internet technologies; Experience in a digital marketing industry/ad tech preferred. - Sound judgment, excellent problem-solving skills, practicality, a focus on business outcomes, and flexibility to manage multiple matters simultaneously. - Ability to share knowledge and best practices effectively with colleagues in the Legal Department and business stakeholders. - Excellent writing and communication skills. - The ability to identify, prioritize and resolve issues quickly, effectively and pragmatically is essential. - Certified Information Privacy Professional (CIPP) accreditation preferred.

URL: https://www.dataprivacycareers.com/jobs/25431616-associate-general-counsel-privacy-at-nielsen

Occupation: 23-1011 Lawyers

Date: 11/29/2019

Title: Associate General Counsel Marketing

Poster: Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s): US Jobs

ID: 33795

Content Description:

Position Summary: We are seeking a highly motivated attorney to join the Sirius XM and Pandora legal departments to work on cutting edge marketing issues. This position will be based in New York City and will provide legal subject matter expertise on a wide range of marketing, consumer and privacy law matters. This role requires 7+ years of direct experience with a focus on complex marketing and consumer law matters within a subscription based company. Duties and Responsibilities: This attorney will be the primary counsel for Sirius XM and Pandora's marketing and promotions department. The specific responsibilities will include: * The review of advertising materials and claims * Charitable solicitation promotions * Children's advertising, marketing and privacy related issues * Credit card rules, regulations and EFT regulations * Deceptive Trade Practices and FTC issues * Direct marketing * E-commerce marketing * E-mail promotions * Event marketing and promotions * Loyalty programs * Legislation monitoring * Rebate programs, materials and policies * Regulatory compliance and monitoring * Review of press releases and public relations pieces * Social media issues, including advertising, promotion and influencer limitations * Sweepstakes creation and compliance * Telemarketing and telesales, including state law, FTC law and emerging issues * Text marketing and call-to-action texting * Website terms, sales and operations Supervisory Responsibilities: * None Minimum Qualifications: * Must be licensed and in good standing to practice law in New York. * A Juris Doctorate from a nationally recognized law school is required. * Excellent time management skills, with the ability to prioritize and multi-task, and work under shifting deadlines in a fast-paced environment. * Must have legal right to work in the U.S. Requirements and General Skills: * Provide marketing and consumer law expertise to cross-functional stakeholders and legal colleagues. * Experience in draft and negotiate in-bound and out-bound agreements with a variety of counterparties. * Provide guidance and negotiate provisions contained in advertising, marketing and commercial agreements. * Provide assistance to legal team members on advising senior leadership on marketing, consumer law and privacy policy issues. * Provide assistance to legal team as well as the privacy and security teams in connection with compliance matters for data and privacy laws and regulations, including GDPR, the California Consumer Privacy Act and other data protection, data retention, data security, and data breach reg * 7+ years of direct marketing and consumer law experience required, some in-house experience preferred within a subscription based company. * Demonstrated knowledge and experience drafting and negotiating complex agreements relating to in-bound and out-bound agreements. * Direct experience advising internal stakeholders on a wide range of marketing and consumer law matters. * Experience advising on privacy and data security law and compliance efforts, including the organization and coordination of privacy assessments, corporate policies and processes. * In-depth knowledge of cutting edge IT, web, mobile and ad-tech ecosystems and their marketing and consumer law implications. * Ability to maintain strong working relationships with demanding internal clients. * Strong analytical capabilities and judgment. * Ability to make decisions and pivot quickly and fluidly, thinking practically and be solution-oriented. * A practical and proactive problem-solver who possesses strong business acumen and is confident, mature and calm under fire. * Excellent time management skills with the ability to prioritize and multitask and work under shifting deadlines in a fa

URL: https://de.jobsyn.org/a0aaa7df47194a4ab3958d87ba7544f71396

Occupation:    23-1011 Lawyers

Date:  11/29/2019

Title:   Assistant General Counsel

Poster:  NYC Department of Health and Mental Hygiene

City:  New York, NY

County:  New York

Ad Job Board(s):   GoInHouse

ID:  33797

Content Description:

Job Description The New York City Department of Health and Mental Hygiene (DOHMH) is one of the largest public health agencies in the world. The Office of Legal Affairs at the DOHMH provides legal support for the agency and its many public health functions serving more that 8 million New Yorkers. DUTIES WILL INCLUDE BUT NOT BE LIMITED TO: * Assist the Director and the Deputy Director of the Employment Law Unit in handling disciplinary cases, including the preparation and drafting of charges as well as the subsequent prosecution from the informal conference to the appeal process. * Assist the Director and the Deputy Director with advising agency managers and supervisors regarding disciplinary matters and procedures. * Assist the Director and the Deputy Director with training agency staff of all levels on employment law, progressive discipline, administrative law, and Chapter 68. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills Knowledge of Employment Law. The Employment Law Unit seeks a talented writer with great attention to detail and efficient organizational skills Additional Information **IMPORTANT NOTES TO ALL CANDIDATES: Please note: If you are called for an interview you will be required to bring to your interview copies of original documentation, such as: â€¢ A document that establishes identity for employment eligibility, such as: A Valid U.S. Passport, Permanent Resident Card/Green Card, or Driverâ€™s license. â€¢ Proof of Education according to the education requirements of the civil service title. â€¢ Current Resume â€¢ Proof of Address/NYC Residency dated within the last 60 days, such as: Recent Utility Bill (i.e. Telephone, Cable, Mobile Phone) Additional documentation may be required to evaluate your qualification as outlined in this postingâ€™s â€œMinimum Qualification Requirementsâ€section. Examples of additional documentation may be, but not limited to: college transcript, experience verification or professional trade licenses. If after your interview you are the selected candidate you will be contacted to schedule an on-boarding appointment. By the time of this appointment you will be asked to produce the originals of the above documents along with your original Social Security card. **LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DOHMH qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the programâ€™s other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... "FINAL APPOINTMENTS ARE SUBJECT TO OFFICE OF MANAGEMENT & BUDGET APPROVALâ€•To Apply Apply online with a cover letter to https://a127-jobs.nyc.gov/. In the Job ID search bar, enter: job ID number # 413203. We appreciate the interest and thank all applicants who apply, but only those candidates under consideration will be contacted. The NYC Health Department is committed to recruiting and retaining a diverse and culturally responsive workforce. We strongly encourage people of color, people with disabilities, veterans, women, and lesbian, gay, bisexual, and transgender and gender non-conforming persons to apply. All applicants will be considered without regard to actual or perceived race, color, national origin, religion, sexual orientation, marital or parental status, disability, sex, gender identity or expression, age, prior record Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/25707302-assistant-general-counsel-at-nyc-dept-of-health-mental-hygiene

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   12/3/2019

Title:    House Counsel JDHuntr Vice President Relations

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):     JobSpider

ID:   33708

Content Description:

In House Counsel Jobs California | JDHuntr 32753 Vice President Employee Relations, Employment/Labor Relations, Manhattan, NY
*providing expert level consultation, guidance and support in all matters related to employee relations and labor relations. *Promote
a collaborative and mutually beneficial relationship between our organization and our two unions. *Primary partner to legal and the
business for union contract negotiations, *serves as the subject matter expert around union contract interpretation. in-house counsel
jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs
New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate
lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-9172409.html

Occupation: 23-1011 Lawyers

Date: 12/5/2019

Title: Associate General Counsel Office General Counsel

Poster: NYC Department of Health and Mental Hygiene

City: New York, NY

County: New York

Ad Job Board(s): US Jobs; GoInHouse

ID: 25852

Content Description:

Job Description The New York City Department of Health and Mental Hygiene (DOHMH) is one of the largest public health agencies in the world. Legal Affairs with in the Office of General Counsel at the DOHMH provides legal support to the agency and its many public health programs that serve more than 8 million New Yorkers. DUTIES WILL INCLUDE BUT NOT BE LIMITED TO: Under the supervision of the General Counsel and/or the Deputy General Counsel, the Agency Attorney III would serve as legal counsel to several public health programs within DOHMH. The Associate General Counsel will perform the following duties: * Draft amendments to the NYC Health Code and Commissioner of Health regulations. * Draft legal documents involving Orders of the Commissioner. * Draft legal documents such as agreements, contracts, and/or memorandums of law. * Provide recommendations on questions of law and administrative policy. * Address concerns related to (but not limited to) enforcement, Freedom of Information Law requests, privacy issues, environmental health and etc. * Make appearances at OATH. * Conduct legal research - Maintain sensitive and confidential information - Manage and distribute information accurately and appropriately - Establish positive working relationships with co-workers and programs. * Other duties as requested . Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills * Graduated from an accredited United States Law School as defined in the Rules of the NY Court of Appeals or admission to the NY State Bar * A member of the New York State Bar with good standing * Highly detail oriented with the ability to prioritize and manage multiple projects * Previous experience using online legal databases such as West Law, CLEAR, and Lexis Nexis * Current working knowledge of Health Department procedures, policies and practices is a plus. * Current experience in or knowledge and interest in Freedom of Information Law requests, Privacy Issues, Animal Control, Day Care and Restaurant Enforcement and other public health matters is a plus. Additional Information **IMPORTANT NOTES TO ALL CANDIDATES: Please note: If you are called for an interview you will be required to bring to your interview copies of original documentation, such as: * A document that establishes identity for employment eligibility, such as: A Valid U.S. Passport, Permanent Resident Card/Green Card, or Driver's license. * Proof of Education according to the education requirements of the civil service title. * Current Resume * Proof of Address/NYC Residency dated within the last 60 days, such as: Recent Utility Bill (i.e. Telephone, Cable, Mobile Phone) Additional documentation may be required to evaluate your qualification as outlined in this posting's "Minimum Qualification Requirements" section. Examples of additional documentation may be, but not limited to: college transcript, experience verification or professional trade licenses. If after your interview you are the selected candidate you will be contacted to schedule an on-boarding appointment. By the time of this appointment you will be asked to produce the originals of the above documents along with your original Social Security card. **LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DOHMH qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the program's other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/repay-loans/forgiveness-cancellation/public-service To Apply Apply online with a cover letter to https://a127-jobs.nyc.gov/. In the Job ID search bar, enter: job ID number # 424567. We appreciate the interest and thank all applicants who apply, but only those candidates under consideration will be contacted. The NYC Health Department is committed to recruiting and retaining a diverse and culturally responsive workforce. We strongly encourage people of color, people with disabilities, veterans, women, and lesbian, gay, bisexual, and transgender and gender non-conforming persons to apply. All applicants will be considered without regard to actual or perceived race, color, national origin, religion, sexual orientation, marital or parental status, disability, sex, gender identity or expression, age, prior record of arrest; or any other basis prohibited by law. Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange

County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview. *Job ID:* 424567 *# of Positions:* 1 *Business Title:* Associate General Counsel, Office of General Counsel *Civil Service Title:* AGENCY ATTORNEY *Title Classification:* Non-Competitive *Job Category:* Health, Legal Affairs *Career Level:* Experienced (non-manager) *Work Location:* 42-09 28th Street *Division/Work Unit:* Legal Affairs *Title Code No:* 3008703 *Level:* 03 *Proposed Salary Range:* $ 79,620.00 - $102,600.00 (Annual) *POSTING DATE:* 12/04/2019 *POST UNTIL:* 03/31/2020

URL: https://de.jobsyn.org/011cfa95577740419076124b9f3a638b1396

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 12/5/2019

Title: Assistant General Counsel Privacy

Poster: KPMG

City: New York, NY

County: New York

Ad Job Board(s): AfterCollege

ID: 29958

Content Description:

Known for being a great place to work and build a career, KPMG provides audit, tax and advisory services for organizations in today's most important industries. Our growth is driven by delivering real results for our clients. It's also enabled by our culture, which encourages individual development, embraces an inclusive environment, rewards innovative excellence and supports our communities. With qualities like those, it's no wonder we're consistently ranked among the best companies to work for by Fortune Magazine, Consulting Magazine, Working Mother Magazine, Diversity Inc. and others. If you're as passionate about your future as we are, join our team. KPMG is currently seeking an Assistant General Counsel, Privacy & Information Protection to join our KPMG Office of General Counsel organization. Responsibilities: * Accountable for advising on and enhancing the firm's evolving privacy, confidentiality, and information protection compliance strategy as well as driving awareness, which may include developing and delivering training * Provide advice to client service delivery and business process group teams on privacy, confidentiality and information security implications for new tools, products and features, and review the collection, use and transfer of confidential and personal data * Analyze the potential business impact of proposed changes to U.S. and foreign information privacy and protection/security laws and regulations, and advise client service delivery and business process group teams accordingly * Draft privacy policies and notices (and same for confidentiality and information protection), and inform contract provisions relating to privacy, confidentiality and information protection in client and vendor agreements, including technology license agreements * Provide advice on alignment of information and records management with professional standards, laws and internal policies governing confidentiality, privacy and information security Qualifications: * Minimum six years of experience, including some from a leading law firm and preferably with in-house legal department experience as well; experience with public accounting firms subject to professional standards, or other regulated entities is preferred * JD or LLM from an accredited law school, and licensed to practice law in the U.S. * Demonstrated collaboration skills, including building strong business partnerships and working within cross-functional teams * Knowledge of and experience analyzing and advising on information protection and security laws and frameworks (e.g., NIST Cybersecurity Framework), U.S. and foreign privacy laws (e.g., GLBA, HIPAA, GDPR, CCPA) and marketing laws (e.g., CAN-SPAM, TCPA) * Certified Information Privacy Professional (CIPP) strongly preferred * Knowledge of federal contracting and security requirements a plus (FAR, DFARS, NIST 800-171); fluency or proficiency in Spanish or Portuguese is a plus KPMG LLP (the U.S. member firm of KPMG International) offers a comprehensive compensation and benefits package. KPMG is an affirmative action-equal opportunity employer. KPMG complies with all applicable federal, state and local laws regarding recruitment and hiring. All qualified applicants are considered for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, protected veteran status, or any other category protected by applicable federal, state or local laws. The attached link contains further information regarding the firm's compliance with federal, state and local recruitment and hiring laws. No phone calls or agencies please.

URL: https://www.aftercollege.com/job/143391710/?refererPath=search

Occupation:    23-1011 Lawyers

Date:   12/5/2019

Title:    Deputy General Counsel Premier Asset Manager

Poster:   ELR Legal Search

City:  New York, NY

County:  New York

Ad Job Board(s):    lawjobs

ID:   29963

Content Description:

Content Description:

URL: https://lawjobs.com/job/deputy-general-counsel-premier-asset-manager-nyc-new-york-new-york-181371

Occupation:     23-1011 Lawyers

Date:   12/5/2019

Title:    Vice President Counsel JDHUNTR House

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   29983

Content Description:

In House Counsel Jobs California | JDHuntr 32753 Vice President Employee Relations, Employment/Labor Relations, Manhattan, NY To apply go to (link removed) *providing expert level consultation, guidance and support in all matters related to employee relations and labor relations. *Promote a collaborative and mutually beneficial relationship between our organization and our two unions. *Primary partner to legal and the business for union contract negotiations, *serves as the subject matter expert around union contract interpretation. To apply, visit JDHUNTR for the employer s name, contact information and job details. Please do not submit your resume to JDHUNTR. JDHUNTR is a job board and does not have any involvement in this employer s hiring process, other than listing of jobs. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California JDHuntr In-House Counsel Jobs PLEASE CLICK HERE TO APPLY 633 W. 5th Street Los Angeles, CA 90071

URL: http://www.jobvertise.com/job/30241216

Occupation:    23-1011 Lawyers

Date:   12/7/2019

Title:    Associate General Counsel Privacy General Counsel

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   29832

Content Description:

Associate General Counsel, Privacy-49282 Legal-USANew York, New York Nielsen is seeking an experienced privacy attorney to join its Global Legal Privacy Team. The position will be located in NYC. The Associate General Counsel Privacy will be the primary privacy counsel for Nielsens Connect business, and will work as part of a team of global privacy and data protection professionals to ensure privacy and data protection compliance while enabling business innovation. The position will report to the Chief Privacy Officer. Responsibilities include: - Advising Nielsens Connect business on global data protection and privacy laws and regulations, drawing on knowledge and experience with specific industry requirements, self-regulatory codes, and best practices. Identifying business risks and requirements resulting from new and evolving privacy laws and regulations. - Analyzing existing and new products and solutions, including traditional market research panels and innovative products involving emerging technologies, and ensuring they comply with applicable privacy and data protection laws and industry best practices. - Leading the implementation of privacy compliance processes, including privacy impact assessments, data inventories, data subject access requests, vendor privacy reviews, and incident response procedures. - Working with colleagues in Legal, Compliance, CyberSecurity, HR, Government Relations, and the Connect businesses to continually enhance and manage Nielsens privacy compliance framework. - Developing and providing data protection training and awareness programs/materials. - Reviewing, drafting and negotiating agreements with customers, business partners and vendorswith a focus onprivacy and data protection terms - Drafting privacy statements, and other privacy disclosures for websites, mobile apps, panels, surveys, and employees in connection with Nielsen products and services. - Advising on notification and other obligations in connection with security/privacy incidents and Nielsens incident response program. - Other related matters as assigned. Requirements: - Deep knowledge of US, EU and other international data protection laws. - Minimum 8-10 years of privacy and data protection-related legal experience in-house with a global company or combined with time spent at a law firm. - Ability to work collaboratively with people at all levels of the Company, and to present to business leadership on privacy-related matters. - Solid understanding of Internet technologies; Experience in a digital marketing industry/ad tech preferred. - Sound judgment, excellent problem-solving skills, practicality, a focus on business outcomes, and flexibility to manage multiple matters simultaneously. - Ability to share knowledge and best practices effectively with colleagues in the Legal Department and business stakeholders. - Excellent writing and communication skills. - The ability to identify, prioritize and resolve issues quickly, effectively and pragmatically is essential. - Certified Information Privacy Professional (CIPP) accreditation preferred. #LI-US ABOUT NIELSEN Were in tune with what the world is watching, buying, and everything in between. If you can think of it, were measuring it. We sift through the small stuff and piece together big pictures to provide a comprehensive understanding of whats happening now and whats coming next for our clients. Todays data is tomorrows marketplace revelation. We like to be in the middle of the action. Thats why you can find us at work in over 100 countries. From global industry leaders to small businesses, consumer goods to media companies, we work with them all. Were bringing in data 24/7 and the possibilities are endless. See whats next with us at Nielsen: Nielsen is committed to hiring and retaining a diverse workforce. We are proud to be an Equal Opportunity/Affirmative Action-Employer, making decisions without regard to race, color, religion, gender, gender identity or expression, sexual orientation, national origin, genetics, disability status, age, marital status Nielsen

URL: http://www.jobvertise.com/job/30262215

Occupation: 23-1011 Lawyers

Date: 12/7/2019

Title: Associate General Counsel Conflicts Compliance

Poster: Cadwalader, Wickersham & Taft, LLP

City: New York, NY

County: New York

Ad Job Board(s): The Job Network

ID: 29839

Content Description:

Description: Summary: The associate general counsel will work closely with the General Counsel to protect the Firmâ€™s legal interests. The Associate General Counsel will advise partners, attorneys and staff on legal issues, will make recommendations to management and will work with attorneys and staff to address risk and compliance issue relating to legal matters of the Firm including matters of ethics, conflicts and professional responsibility. The associate general counsel will work closely with the General Counsel to deliver on responsibilities including but not limited to those listed below. Responsibilities: Â· Work closely with the General Counsel on legal issues faced by the Firm, with a particular emphasis on issues involving ethics, conflicts and/or professional responsibility. Â· Perform legal research and, drafting memos. Â· Consult with outside counsel and other experts when retained by the Firm. Â· Coordinate with Recruiting and Associate Development regarding matters involving questions of professional responsibility involving attorneys. Â· Support conflicts/new business intake team regarding engagement letters, and waivers, and compliance issues associated with new business intake. Â· Provide support for attorneys in drafting, renewing and negotiating engagement letters and conflict waivers. Â· Develop processes and protocols to improve consistency in terms of engagement letters, including provisions related to advance waivers, arbitration clauses and termination provisions. Â· Assist in developing, maintaining and revising policies and procedures relevant to the work of the Office of General Counsel. Â· Assist in lateral partner onboarding, including coordination and supervision of due diligence. Â· Assist in developing and implementing training programs to attorneys and staff.
Skills/Qualifications: Â· New York qualified lawyer with experience working in a commercial law environment. Â· Experience with issues involving ethics, conflicts and other matters of professional responsibility (preferred). Â· Experience supervising a team. Â· Strong communication skills, both oral and written. Â· Ability to work with minimal supervision. Â· Proven ability to solve problems in a methodical and practical way. Â· Ability to plan and organize effectively in order to meet business priorities. Â· Attention to detail. 5-7 + years experience. EEOC: Cadwalader is an equal opportunity employer. We offer opportunities to all qualified persons regardless of race, color, religion, sex, age, national origin, marital status, veteran status, disability, sexual orientation, gender identity and expression, or status in any group protected by federal, state or local law. Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/170828034/general-counsel-job-in-new-york-ny

Occupation:    23-1011 Lawyers

Date:    12/8/2019

Title:    Special Counsel Legal Land Use

Poster:  NYC PRESIDENT BOROUGH OF MANHATTAN

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:    29819

Content Description:

Job Description Manhattan Borough President Gale A. Brewer seeks an admitted attorney with significant New York City land use experience to serve as Special Counsel to the Borough President, her General Counsel, and the Land Use Division of the Manhattan Borough Presidentâ€™s Office. Applicant will have knowledge of the NYC zoning resolution, environmental review process, the City Charter and other relevant statutes and regulations. Applicant will be able to participate in the prosecution of current lawsuits and possible future legal actions on behalf of the Borough President related to land use and other matters. Responsibilities include but not limited to: consulting with the Land Use Division on range of planning and development issues and reviewing ULURP recommendations; identifying and making recommendations on various issues of concern to the Borough President and potential strategies to address them; responding to FOIL requests, assisting with ACCO-related work and conflict of interest and EEO issues as they relate to staff and community boards. In addition, applicant may be required to represent the MBPO at community meetings involving Land Use and other issues. MBPO employees work 35 hours per week. Weekend and evening work hours may be required. Incumbent must remain a Member of the New York State Bar in good standing for the duration of this employment. Minimum Qual Requirements 1. A license to practice law in the State of New York; and 2. Three (3) years of satisfactory legal experience subsequent to admission to the bar. Preferred Skills Responsible, relevant, satisfactory legal and land use experience. To Apply Interested candidates must complete both of the following steps: 1. Email a cover letter, resume, IN ONE DOCUMENT ATTACHMENT(word or PDF) to resumes@manhattanbp.nyc.gov with â€œSpecial Counselâ€•in the subject line, AND 2.

URL: https://www.goinhouse.com/jobs/26303251-special-counsel-legal-land-use-at-nyc-president-borough-of-manhattan

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   12/13/2019

Title:    Corporate Counsel JDHUNTR House

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobVertise

ID:   25807

Content Description:

In House Counsel Jobs New York | JDHuntr 32904 Corporate Counsel, General Corporate, New York, NY To apply go to (link removed) *Negotiate, *draft and *review a wide range of commercial agreements, including: *consulting, *SaaS and other vendor agreements, *NDAs, *co-promotion/sponsorship agreements, and *those supporting social media and *influencer marketing, *IP and content licensing, and *digital and print media production To apply, visit JDHUNTR for the employer s name, contact information and job details. Please do not submit your resume to JDHUNTR. JDHUNTR is a job board and does not have any involvement in this employer s hiring process, other than listing of jobs. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California JDHuntr In-House Counsel Jobs PLEASE CLICK HERE TO APPLY 633 W. 5th Street Los Angeles, CA 90071

URL: http://www.jobvertise.com/job/30284619

Occupation:    23-1011 Lawyers

Date:   12/13/2019

Title:   Assistant General Counsel

Poster:   NYC Dept. of Info. Tech & Telecom. (DOITT)

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   29554

Content Description:

Job Description DoITT provides for the sustained, efficient and effective delivery of IT services, infrastructure and telecommunications to enhance service delivery to New York City's residents, businesses, employees and visitors. As the City's technology leader, DoITT is responsible for maintaining the foundational IT infrastructure and systems that touch every aspect of City life from public safety to human services, from education to economic development crossing the full spectrum of governmental operations. The Opportunity: The Office of General Counsel seeks an accomplished and highly capable attorney to join its Contracts Unit to draft and negotiate contract documents in support of the Department s responsibility to provide appropriate, reliable, cost-effective and responsive information technology and telecommunications products and services for the benefit of the City. These contracts include the procurement of sophisticated technologies that are critical to City operations, and range in value from tens of thousands of dollars to hundreds of millions of dollars in products and services. What you will do: Working under the supervision of Senior Counsel, the Contracts Counsel will perform duties including: â€¢ Coordinate and lead contract negotiations with prospective vendors, or assist agency managers in conducting such negotiations; â€¢ Draft contracts or contract provisions; â€¢ Interview agency personnel to gain an understanding of planned programs and projects in order to formulate `the contracting objectives; â€¢ Review and revise draft solicitation documents (such as invitations for bids and RFPs); â€¢ Review and revise draft contracts submitted by prospective vendors; â€¢ Provide advice and information to agency personnel about the negotiation, drafting, and administration of contracts; â€¢ Consult personnel of the Cityâ€™s Law Department or the Mayorâ€™s Office of Contract Services as warranted; â€¢ Maintain productive and amicable relationships with vendors and prospective vendors. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills The preferred candidate should possess the following: â€¢ Knowledge of general contract law principles; â€¢ Experience negotiating and drafting information technology and telecommunications contracts; â€¢ Knowledge of contract provisions relevant to different types of information technology contracts (for example, licensing, cyber-security, cloud computing, artificial intelligence); â€¢ Knowledge of state and local law. To Apply For City employees, please go to Employee Self Service (ESS), click on Recruiting Activities > Careers, and search for Job ID #425135 For all other applicants, please go to www.nyc.gov/jobs/search and search for Job ID #425135 SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL RECEIVE AN INTERVIEW APPOINTMENTS ARE SUBJECT TO OVERSIGHT APPROVAL The Department of Information Technology & Telecommunications and the City of New York are equal opportunity employers. DoITT participates in E-Verify Hours/Shift Day - Due to the necessary support duties of this position in a 24/7 operation, candidate may be required to work various shifts such as weekends and/or nights/evenings. Work Location Brooklyn, NY Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/26512152-assistant-general-counsel-at-nyc-dept-of-info-tech-telecomm

Occupation:     23-1011 Lawyers

Date:   12/14/2019

Title:    Corporate Counsel Bicoastal Series Consumer Fintech

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    Learn4Good

ID:   33417

Content Description:

Position: Corporate Counsel Bicoastal, Series A Consumer Fintech Startup Corporate Counsel @ Bicoastal, Series A Consumer Fintech Startup Conceived just a handful of years ago as part of a university research project, this early stage, socially-conscious, consumer fintech startup is already making waves. With a physical presence on both US coasts and an international focus, this growing company is primed to make a massive impact on the global citizen and global consumer.

URL: https://www.learn4good.com/jobs/manhattan/new-york/administrative/77218279/e/

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:    12/16/2019

Title:    AVP Product Development Attorney

Poster:  Arch

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    GoInHouse

ID:    29406

Content Description:

Mid-level attorney to work with Arch's Enterprise Product Development team within Corporate Underwriting Services (CUS). Review, draft and create insurance coverage forms for multiple business units and coverage lines, including standard P&C lines. Communicate and collaborate with Underwriters, Managers, Claim Attorneys, Compliance and the Legal department to ensure products remain competitive while protecting their profitability.Help business units identify and prioritize product development needs.Remain apprised of and monitor U.S. case law, regulations, legal trends and emerging issues affecting insurance coverage. 5 - 10 years of insurance contract drafting and insurance industry experience.Strong analytical skills and attention to detail.Thorough understanding of insurance contract language and legal precedentAbility to manage projects from concept to fruition with minimal oversight Excellent time management and organizational skills.Strong oral and written communication skills.Ability to review and assess the impact of legal decisions and court cases on insurance contract language.

URL: https://www.goinhouse.com/jobs/26677905-avp-product-development-attorney-jersey-city-nj-at-arch

Occupation:     23-1011 Lawyers

Date:   12/18/2019

Title:   E-DISCOVERY Attorney Added Staffing Upcoming Documen

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):   Special Counsel

ID:   29334

Content Description:

Special Counsel is staffing an upcoming document review project that is expected to start as early as week of Dec. 23rd in NYC . Please see details below for more information regarding this assignment. Details and Requirements: - Expected Start: Sometime during week of Dec. 23rd - Approximate Duration: TBD - Bar Requirement: Must be barred in NY and be active and in good standing - Hour Requirement: Work at least a minimum of 40 hours a week flexible for more - Pay Rate:$31/hr plus OT after 40 hours worked - Location: NY Special Counsel Turnkey Legal Center - midtown - Preferred Experience: If you'd like to be considered for this upcoming Document Review Attorney job in New York , please submit your resume today. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2588722

Occupation:     23-1011 Lawyers

Date:   12/18/2019

Title:    Vice President Associate General Counsel Chief Privacy Officer

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):     US Jobs

ID:   33320

Content Description:

Job Title Vice President, Associate General Counsel & Chief Privacy Officer Location New York Schedule Full-time Type of Position Regular Job Description Location: New York, NY Position Summary: We are seeking a highly motivated attorney to join the Sirius XM and Pandora legal departments to work on cutting edge privacy issues. This position will be based in New York City and will provide legal subject matter expertise on a wide range of privacy law matters. This role requires 10+ years of direct experience with a focus on complex privacy and consumer law matters. This is an executive level role tasked with the responsibility of ensuring the protection and proper usage of all consumer and employee data. Duties and Responsibilities: This attorney will be the primary counsel for Sirius XM and Pandora's operations in the area of privacy. The position will support the Company's Chief Information Security Officer and General Counsel on maintenance of the Sirius XM's Enterprise Incident Response and Notification Plan. In addition, the role will be responsible for privacy advice and compliance across the entire consolidated organization, including Sirius XM, Pandora, Sirius XM Connected Vehicle Services, Automatic Labs and AdsWizz. The specific responsibilities will include: Developing a legal and business framework for the Company's privacy policies, including creation of a compliance regimen for the Company's privacy practices Counseling and advising executive management on privacy matters Working with a large cross section of the Company's personnel, including various business owners, to ensure both existing and new services comply with privacy laws and obligations Working with management, key departments and committees to ensure the organization has and maintains appropriate privacy and confidentiality, consent and authorization forms and information notices and materials reflecting current organization and legal practices and requirements Maintaining current knowledge of applicable federal, state and foreign privacy laws and accreditation standards, and monitor advancements in information privacy technologies to ensure organizational adaptation and compliance Ensuring all processing and/or databases are registered with the local privacy/data protection authorities, where required Working with business teams and senior management to ensure awareness of "best practices" on privacy issues Working with the Chief Information Security Officer to develop strategies for data security and privacy engineering Interfacing with senior management to develop strategic plans for the collection, use and sharing of privacy-related information in a manner that maximizes its value while complying with applicable privacy regulations and third party agreements Assisting business units with development of tools and methodologies to ensure on-going privacy compliance Coordinating with the General Counsel regarding procedures for documenting and reporting self-disclosures of any evidence of privacy violations Providing leadership for the organization's privacy program Ensuring compliance with privacy practices and consistent application of sanctions for failure to comply with privacy policies for all individuals in the organization's workforce, extended workforce and for all business associates in cooperation with Human Resources, the Chief Information Security Officer, administration and legal counsel, as applicable Developing and manage procedures for vetting and auditing vendors for compliance with the Company's privacy policies and legal requirements Participating in the implementation and ongoing compliance monitoring of all third party agreements, to ensure all privacy concerns, requirements and responsibilities are addressed Reviewing a variety of agreements, both in-bound and out-bound, for privacy compliance Assisting in any privacy

URL: https://de.jobsyn.org/a634cb250be6450193a296466cc5659c1396

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   12/20/2019

Title:    Assistant General Counsel

Poster:   FAIR Health, Inc

City:  New York, NY

County:  New York

Ad Job Board(s):    ZipRecruiter; GoInHouse; The Job Network

ID:   25751

Content Description:

FAIR Health, an independent, operating nonprofit, is seeking an experienced attorney to join its legal team in supporting its national data licensing, analytic and consumer activities. In advancing its mission to bring transparency and integrity to healthcare cost and insurance information, FAIR Health serves all stakeholders in the US healthcare sector and conducts all its operations in-house with its own state-of-the art technology and its expert staff of statisticians, data scientists, technology and clinical experts. Summary The Assistant General Counsel will be an attorney with business and contracting experience who will have the responsibility for drafting and negotiating data license agreements for FAIR Healthâ€™s data products, as well as other vendor and customer agreements. The Assistant General Counsel also will be involved in a range of legal issues affecting daily operations, including privacy, regulatory and IP matters. The position will be located in FAIR Healthâ€™s headquarters in New York City. Primary Responsibilities Â· Drafting and negotiating a broad range of contracts, including software and data licenses, vendor contracts, consulting agreements, teaming and other business agreements; Â· Reviewing marketing and public relations communications, including materials posted on organization's corporate and consumer website. Â· Assisting with research and advice on intellectual property law; HIPAA and other privacy rules; government contracts; employment law; and emerging legislation and regulations. Â· Advising on companyâ€™s QA/QC and compliance programs, professional licensing, corporate filings and not-for-profit matters. Â· Performing other duties as assigned. Knowledge and Skill Requirements Â· JD (or equivalent) with at least 5 years of legal experience in private practice or a corporate legal department. Â· Expertise in drafting and negotiating business agreements, preferably including data and/or technology licensing agreements. Â· Ability to develop productive relationships throughout the FAIR Health organization. Â· Excellent organizational skills and ability to prioritize among competing demands. Â· Outstanding oral and written communication skills. Â· Familiarity with health care, intellectual property law, regulatory matters, privacy or government contracts would be a plus. Â· Admitted to practice in New York. Interested candidates should submit resumes to: resumes@fairhealth.org. Please include â€œAGCâ€ and your last name in the subject line.

URL: https://www.ziprecruiter.com/clk/au2I0oehE5iogOJNKe8ZD-FRdwVtUctVQHJZO1yshVArNtrLrhk4QLti0U8F1eAXsJFs9_kxSrbixapPomummwIYi9FsFOt10z1VbTc52GMwtROOhx2yj70DaZTYRfaEAgOKraO7nD1q2OSdd3-YvmfJAYgQe___BDKoNwXvr7MQpNubPwg0uXh6KOryeH2YI8jt9-EcP3QvamheztcLRZ19SrTvTC_GH8fLnb6FUUW-mcObhf1V20TythV0I_MBON0MmRMFCiYgshGJEn0KkzBwoyQX9If_7JrnKESvN8Ok_lJ9ZpNCH0iL-gVy1b5A3hGRKQ4jfLY2tZVEpnkcF383UlfIF8I8q73PFnrlxjo178uuT2T3zWougIqSOS2QH1Kl005yVsYLNuxiT0CzAiYNWXik4exLIhsAxcmtykjIyg5kSjFB6HBXRheWXTw1Ud2InuQNlwrMQv0E8Mr7HB4yFH2Qd6nbtfmXChlO8biOZj2jzu3T7FTnY710r_MMtJcqt4u_ENlCqvrIPPZFJ7smLGJ2-6vQW4wyoSCaA_-eIEwfqPUTvk0DW89BWzi_Tds2Os4Xm5kKtMvMpPjS5950N0qxrsgRiIXu1X6qPudY.f3671c70e2b947aed0d64c55d0da5c1d

Occupation:     23-1011 Lawyers

Date:   12/20/2019

Title:   Assistant General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    Flexjobs

ID:   33284

Content Description:

Job Description Full-time position with flexible schedule. Will advise teammates, oversee processes, review documentation, coordinate with counsel, identify issues and achieve goals. JD and 10+ years related experience required.

URL: https://www.flexjobs.com/publicjobs/assistant-general-counsel-1168284

Occupation:    23-1011 Lawyers

Date:    12/21/2019

Title:    House Corporate Counsel Media Entertainment Leader

Poster:   Whistler Partners

City:  New York, NY

County:  New York

Ad Job Board(s):    The Job Network

ID:   29073

Content Description:

Corporate/IP Counsel @ Media & Entertainment Leader Dream Job Alert! Our friends at a leader in media and entertainment, a name we all know and most of us love, are looking to add a Corporate/IP Counsel. Work will include a mix of marketing, advertising, ecommerce, venue agreements, commercial contracts, and privacy. Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/177521434/corporate-attorney-job-in-new-york-ny

Occupation:    23-1011 Lawyers

Date:    12/21/2019

Title:    E-DISCOVERY Attorney Added Currently Document III

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:    29107

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming project in New York City which is scheduled to start on Friday, Dec. 27th. Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Project start date: Friday, Dec. 27th - Project location: On-site with firm located in midtown - Anticipated duration: Approximately 3 weeks - License requirement: Reviewers on this matter must be licensed and in good standing with the state of NY - Schedule of hours: 40 hours a week, 8 hours a day - Experience requirement: Previous document review experience and privilege review experience is a plus - Pay rate: $35/hr - Conflicts : Form to be completed Required Qualifications: - eDiscovery experience: document review experience is required and privilege review is a plus - Bar/License: Must be barred and in good standing with the NY Bar If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_879827_2733893

Occupation:    23-1011 Lawyers

Date:   12/22/2019

Title:   Assistant General Counsel

Poster:   NYC Department of Information Technology & Telecommunications

City:  New York, NY

County:  New York

Ad Job Board(s):    The Job Network

ID:   29032

Content Description:

Assistant General Counsel Salary: up to $100,000 Commensurate with Experience Excellent Benefits Brooklyn, NY The Opportunity The Office of General Counsel seeks an accomplished and highly capable attorney to join its Contracts Unit to draft and negotiate contract documents in support of the Department s responsibility to provide appropriate, reliable, cost-effective and responsive information technology and telecommunications products and services for the benefit of the City. These contracts include the procurement of sophisticated technologies that are critical to City operations, and range in value from tens of thousands of dollars to hundreds of millions of dollars in products and services. What You Will Do Working under the supervision of Senior Counsel, the Contracts Counsel will perform duties including: Â· Coordinate and lead contract negotiations with prospective vendors, or assist agency managers in conducting such negotiations; Â· Draft contracts or contract provisions; Â· Interview agency personnel to gain an understanding of planned programs and projects in order to formulate `the contracting objectives; Â· Review and revise draft solicitation documents (such as invitations for bids and RFPs); Â· Review and revise draft contracts submitted by prospective vendors; Â· Provide advice and information to agency personnel about the negotiation, drafting, and administration of contracts; Â· Consult personnel of the Cityâ€™s Law Department or the Mayorâ€™s Office of Contract Services as warranted; - Maintain productive and amicable relationships with vendors and prospective vendors. Preferred skills : Â· Knowledge of general contract law principles; Â· Experience negotiating and drafting information technology and telecommunications contracts; Â· Knowledge of contract provisions relevant to different types of information technology contracts (for example, licensing, cyber-security, cloud computing, artificial intelligence); - Knowledge of state and local law. Qualification Requirements: Admission to the New York State Bar and 3 years of United States legal experience subsequent to admission to any state bar. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. To Apply SERIOUS CANDIDATES MUST SUBMIT A RESUME AND COVER LETTER TO BE CONSIDERED Please go to www.nyc.gov/jobs/search and search for Job ID #425135 or Email resume to LegalJobs@doitt.nyc.gov (Indicate â€˜425135 â€" Assistant General Counsel in subject line) SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL RECEIVE AN INTERVIEW APPOINTMENTS ARE SUBJECT TO OVERSIGHT APPROVALS Visit us at www.nyc.gov/DoITT The Department of Information Technology & Telecommunications and the City of New York are equal opportunity employers. DoITT participates in E-Verify Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/177766435/general-counsel-job-in-new-york-ny

Occupation: 23-1011 Lawyers

Date: 12/22/2019

Title: House General Counsel JDHuntr Assistant Corpora

Poster: Poster Not Listed

City: New York, NY

County: New York

Ad Job Board(s): JobSpider

ID: 29044

Content Description:

In House Counsel Jobs | JDHuntr 33105 Assistant General Counsel, General Corporate, New York, NY *providing legal advice, counsel and services that ensure the organization is operating in compliance with regulations. *Anticipates and *guards against legal risks involving the organization. *reviews, *draws up contracts related to provider agreements, management agreements, licenses, purchases, employment, insurance and other matters. *studies proposed and existing legislation affecting the organization and *advises with departments concerned. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-9224723.html

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   12/22/2019

Title:    House General Counsel Jdhuntr Assistant Healthcare Gene

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobSpider

ID:   29054

Content Description:

In House Counsel Jobs | JDHuntr 33109 Assistant General Counsel Healthcare, General Corporate, New York, NY *providing legal advice, counsel and services that ensure the organization is operating in compliance with regulations. *Anticipate and guard against legal risks involving the organization. *Draw up contracts related to *provider agreements, *management agreements, *licenses, *purchases, *employment, *insurance and other matters. *Study proposed and existing legislation affecting the organization; *advise with departments concerned. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-9224725.html

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   12/23/2019

Title:   General Counsel JDHUNTR House

Poster:   Poster Not Listed

City:  Montville, NJ

County:  Morris

Ad Job Board(s):    JobVertise

ID:   28968

Content Description:

In House Counsel Jobs | JDHuntr 33089 General Counsel, Montville, NJ To apply go to (link removed) General Counsel is responsible for leading corporate strategic and tactical legal and contractual initiatives. The general counsel provides senior management with effective advice on company strategies and subsequent implementation, manages the legal and contracts function, and obtains and oversees the work of outside counsel. To apply, visit JDHUNTR for the employer s name, contact information and job details. Please do not submit your resume to JDHUNTR. JDHUNTR is a job board and does not have any involvement in this employer s hiring process, other than listing of jobs. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California JDHuntr In-House Counsel Jobs PLEASE CLICK HERE TO APPLY 633 W. 5th Street Los Angeles, CA 90071

URL: http://www.jobvertise.com/job/30326487

Occupation: 23-1011 Lawyers

Date: 12/25/2019

Title: AVP Senior Legal Counsel Technology Data Privacy

Poster: AT&T

City: New York, NY

County: New York

Ad Job Board(s): AT&T; CareerArc; US Jobs; GoInHouse; Black Enterprise

ID: 28907

Content Description:

Description Xandr is seeking a bright, highly motivated, and experienced attorney for our legal team. The person in this role will support our data and technology teams. In this role, you will work closely with internal clients to promote and support the governance and responsible use of data. You will help the clients navigate legal and business risks and make sound decisions under tight deadlines. You'll have the opportunity to help enable innovative uses of data in a legally and ethically responsible way and to play a meaningful part in our company's mission to transform advertising. The ideal candidate is a business-minded lawyer who understands business objectives and helps balance legal risks. This person is also a creative problem-solver and a team player who is collaborative and yet comfortable making decisions. The ideal candidate is passionate about data and technology, including privacy, data protection, and security. About the team: At Xandr, we make advertising matter. The mission of the Legal team is to serve as a trusted business partner in reinventing advertising. We strive to apply both legal acumen and business judgment to provide sound, practical legal advice to all functions throughout the organization. Our responsibilities run the gamut, so we need to understand the legal issues that affect digital media and advertising. We are energized by the challenges of serving this dynamic, fast-moving part of the broader AT&T family. Qualifications About your skills: â€¢ JD degree with superior academic credentials â€¢ 6+ years of experience at a top-tier law firm or in-house legal department â€¢ Prior technology, advertising, data governance, privacy, or data protection experience required â€¢ Excellent business judgment and ability to assess legal risk while also thinking strategically and providing practical advice â€¢ Strong work ethic and proven ability to multi-task and set priorities â€¢ Exceptional communication, analytical and writing skills â€¢ Ability and desire to work both autonomously and collaboratively â€¢ Member in good standing of the New York state bar or eligible to register as in-house counsel in New York State More about you: â€¢ You challenge yourself to constantly improve â€¢ You are not satisfied with â€œgood enoughâ€â€¢ You look for novel solutions to complex problems â€¢ You are a problem solver who looks beyond the surface to understand root causes so that you can build long-term solutions

URL: https://www.careerarc.com/job-listing/at-t-jobs-avp-senior-legal-counsel-technology-data-privacy-31303851

Occupation:    23-1011 Lawyers

Date:  12/25/2019

Title:   Assistant General Counsel

Poster:  NYC Department of Information Technology & Telecommunications

City:  Brooklyn, NY

County:  Kings

Ad Job Board(s):   The Job Network

ID:   33175

Content Description:

Assistant General Counsel Salary: up to $100,000 Commensurate with Experience Excellent Benefits Brooklyn, NY The Opportunity The Office of General Counsel seeks an accomplished and highly capable attorney to join its Contracts Unit to draft and negotiate contract documents in support of the Department s responsibility to provide appropriate, reliable, cost-effective and responsive information technology and telecommunications products and services for the benefit of the City. These contracts include the procurement of sophisticated technologies that are critical to City operations, and range in value from tens of thousands of dollars to hundreds of millions of dollars in products and services. What You Will Do Working under the supervision of Senior Counsel, the Contracts Counsel will perform duties including: Â· Coordinate and lead contract negotiations with prospective vendors, or assist agency managers in conducting such negotiations; Â· Draft contracts or contract provisions; Â· Interview agency personnel to gain an understanding of planned programs and projects in order to formulate `the contracting objectives; Â· Review and revise draft solicitation documents (such as invitations for bids and RFPs); Â· Review and revise draft contracts submitted by prospective vendors; Â· Provide advice and information to agency personnel about the negotiation, drafting, and administration of contracts; Â· Consult personnel of the Cityâ€™s Law Department or the Mayorâ€™s Office of Contract Services as warranted; Maintain productive and amicable relationships with vendors and prospective vendors. Preferred skills: Â· Knowledge of general contract law principles; Â· Experience negotiating and drafting information technology and telecommunications contracts; Â· Knowledge of contract provisions relevant to different types of information technology contracts (for example, licensing, cyber-security, cloud computing, artificial intelligence); Knowledge of state and local law. Qualification Requirements: Admission to the New York State Bar and 3 years of United States legal experience subsequent to admission to any state bar. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. To Apply SERIOUS CANDIDATES MUST SUBMIT A RESUME AND COVER LETTER TO BE CONSIDERED Please go to www.nyc.gov/jobs/search and search for Job ID #425135 or Email resume to LegalJobs@doitt.nyc.gov (Indicate â€˜425135 â€" Assistant General Counsel in subject line) SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL RECEIVE AN INTERVIEW APPOINTMENTS ARE SUBJECT TO OVERSIGHT APPROVALS Visit us at www.nyc.gov/DoITT The Department of Information Technology & Telecommunications and the City of New York are equal opportunity employers. DoITT participates in E-Verify Location/Region: Brooklyn, NY

URL: https://jobs.thejobnetwork.com/job/179643218/general-counsel-job-in-brooklyn-ny

Occupation: 23-1011 Lawyers

Date: 12/27/2019

Title: AVP Senior Legal Counsel Technology Data Privacy

Poster: Xandr

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 32605

Content Description:

Description Xandr is seeking a bright, highly motivated, and experienced attorney for our legal team. The person in this role will support our data and technology teams. In this role, you will work closely with internal clients to promote and support the governance and responsible use of data. You will help the clients navigate legal and business risks and make sound decisions under tight deadlines. Youâ€™ll have the opportunity to help enable innovative uses of data in a legally and ethically responsible way and to play a meaningful part in our companyâ€™s mission to transform advertising. The ideal candidate is a business-minded lawyer who understands business objectives and helps balance legal risks. This person is also a creative problem-solver and a team player who is collaborative and yet comfortable making decisions. The ideal candidate is passionate about data and technology, including privacy, data protection, and security. About the team: At Xandr, we make advertising matter. The mission of the Legal team is to serve as a trusted business partner in reinventing advertising. We strive to apply both legal acumen and business judgment to provide sound, practical legal advice to all functions throughout the organization. Our responsibilities run the gamut, so we need to understand the legal issues that affect digital media and advertising. We are energized by the challenges of serving this dynamic, fast-moving part of the broader AT&T family. Qualifications About your skills: â€¢ JD degree with superior academic credentials â€¢ 6+ years of experience at a top-tier law firm or in-house legal department â€¢ Prior technology, advertising, data governance, privacy, or data protection experience required â€¢ Excellent business judgment and ability to assess legal risk while also thinking strategically and providing practical advice â€¢ Strong work ethic and proven ability to multi-task and set priorities â€¢ Exceptional communication, analytical and writing skills â€¢ Ability and desire to work both autonomously and collaboratively â€¢ Member in good standing of the New York state bar or eligible to register as in-house counsel in New York State More about you: â€¢ You challenge yourself to constantly improve â€¢ You are not satisfied with â€œgood enoughâ€â€¢ You look for novel solutions to complex problems â€¢ You are a problem solver who looks beyond the surface to understand root causes so that you can build long-term solutions

URL: https://www.goinhouse.com/jobs/27132343-avp-senior-legal-counsel-technology-data-privacy-at-xandr

Occupation:    23-1011 Lawyers

Date:   12/28/2019

Title:    E-DISCOVERY Attorney Added Staffing Upcoming Docume III

Poster:   Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:   33124

Content Description:

Special Counsel is staffing an upcoming document review project that is expected to start as early as week of Dec, 30th n NYC . Please see details below for more information regarding this assignment. Details and Requirements: - Expected Start: Sometime during week of Dec. 30th - Approximate Duration: TBD - Bar Requirement: Must be barred in NY and be active and in good standing - Hour Requirement: Work at least a minimum of 40 hours a week flexible for more - Pay Rate:$31/hr plus OT after 40 hours worked - Location: NY Special Counsel Turnkey Legal Center - midtown - Preferred Experience: If you'd like to be considered for this upcoming Document Review Attorney job in New York , please submit your resume today. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2588722

Occupation:    23-1011 Lawyers

Date:   1/1/2020

Title:    Assistant General Counsel

Poster:   NYC Department of Information Technology & Telecommunications

City:  New York, NY

County:  New York

Ad Job Board(s):    The Job Network

ID:   78841

Content Description:

Assistant General Counsel Salary: up to $100,000 Commensurate with Experience Excellent Benefits Brooklyn, NY The Opportunity The Office of General Counsel seeks an accomplished and highly capable attorney to join its Contracts Unit to draft and negotiate contract documents in support of the Department s responsibility to provide appropriate, reliable, cost-effective and responsive information technology and telecommunications products and services for the benefit of the City. These contracts include the procurement of sophisticated technologies that are critical to City operations, and range in value from tens of thousands of dollars to hundreds of millions of dollars in products and services. What You Will Do Working under the supervision of Senior Counsel, the Contracts Counsel will perform duties including: Â· Coordinate and lead contract negotiations with prospective vendors, or assist agency managers in conducting such negotiations; Â· Draft contracts or contract provisions; Â· Interview agency personnel to gain an understanding of planned programs and projects in order to formulate `the contracting objectives; Â· Review and revise draft solicitation documents (such as invitations for bids and RFPs); Â· Review and revise draft contracts submitted by prospective vendors; Â· Provide advice and information to agency personnel about the negotiation, drafting, and administration of contracts; Â· Consult personnel of the Cityâ€™s Law Department or the Mayorâ€™s Office of Contract Services as warranted; - Maintain productive and amicable relationships with vendors and prospective vendors. Preferred skills : Â· Knowledge of general contract law principles; Â· Experience negotiating and drafting information technology and telecommunications contracts; Â· Knowledge of contract provisions relevant to different types of information technology contracts (for example, licensing, cyber-security, cloud computing, artificial intelligence); - Knowledge of state and local law. Qualification Requirements: Admission to the New York State Bar and 3 years of United States legal experience subsequent to admission to any state bar. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. To Apply SERIOUS CANDIDATES MUST SUBMIT A RESUME AND COVER LETTER TO BE CONSIDERED Please go to www.nyc.gov/jobs/search and search for Job ID #425135 or Email resume to LegalJobs@doitt.nyc.gov (Indicate â€˜425135 â€“ Assistant General Counsel in subject line) SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL RECEIVE AN INTERVIEW APPOINTMENTS ARE SUBJECT TO OVERSIGHT APPROVALS Visit us at www.nyc.gov/DoITT The Department of Information Technology & Telecommunications and the City of New York are equal opportunity employers. DoITT participates in E-Verify Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/182428709/general-counsel-job-in-new-york-ny

Occupation:     23-1011 Lawyers

Date:   1/1/2020

Title:   Assistant General Counsel Privacy Information Protection

Poster:   KPMG

City:  New York, NY

County:  New York

Ad Job Board(s):   ManhattanJobs.com

ID:   83056

Content Description:

Business Title: Assistant General Counsel - Privacy & Information Protection Requisition Number: 47064 - 64 Function: Business Support Services Area of Interest: State: NY City: New York Description: Known for being a great place to work and build a career, KPMG provides audit, tax and advisory services for organizations in today's most important industries. Our growth is driven by delivering real results for our clients. It's also enabled by our culture, which encourages individual development, embraces an inclusive environment, rewards innovative excellence and supports our communities. With qualities like those, it's no wonder we're consistently ranked among the best companies to work for by Fortune Magazine, Consulting Magazine, Working Mother Magazine, Diversity Inc. and others. If you're as passionate about your future as we are, join our team. KPMG is currently seeking an Assistant General Counsel, Privacy & Information Protection to join our KPMG Office of General Counsel organization. Responsibilities: - Accountable for advising on and enhancing the firm's evolving privacy, confidentiality, and information protection compliance strategy as well as driving awareness, which may include developing and delivering training - Provide advice to client service delivery and business process group teams on privacy, confidentiality and information security implications for new tools, products and features, and review the collection, use and transfer of confidential and personal data - Analyze the potential business impact of proposed changes to U.S. and foreign information privacy and protection/security laws and regulations, and advise client service delivery and business process group teams accordingly - Draft privacy policies and notices (and same for confidentiality and information protection), and inform contract provisions relating to privacy, confidentiality and information protection in client and vendor agreements, including technology license agreements - Provide advice on alignment of information and records management with professional standards, laws and internal policies governing confidentiality, privacy and information security Qualifications: - Minimum six years of experience, including some from a leading law firm and preferably with in-house legal department experience as well; experience with public accounting firms subject to professional standards, or other regulated entities is preferred - JD or LLM from an accredited law school, and licensed to practice law in the U.S. - Demonstrated collaboration skills, including building strong business partnerships and working within cross-functional teams - Knowledge of and experience analyzing and advising on information protection and security laws and frameworks (e.g., NIST Cybersecurity Framework), U.S. and foreign privacy laws (e.g., GLBA, HIPAA, GDPR, CCPA) and marketing laws (e.g., CAN-SPAM, TCPA) - Certified Information Privacy Professional (CIPP) strongly preferred - Knowledge of federal contracting and security requirements a plus (FAR, DFARS, NIST 800-171); fluency or proficiency in Spanish or Portuguese is a plus KPMG LLP (the U.S. member firm of KPMG International) offers a comprehensive compensation and benefits package. KPMG is an affirmative action-equal opportunity employer. KPMG complies with all applicable federal, state and local laws regarding recruitment and hiring. All qualified applicants are considered for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability, protected veteran status, or any other category protected by applicable federal, state or local laws. The attached link contains further information regarding the firm's compliance with federal, state and local recruitment and hiring laws. No phone calls or agencies please. GL: 2 GF: 15313

URL: https://www.manhattanjobs.com/jobs/assistant-general-counsel-privacy-information-protection-new-york-ny-10176-1097909582-job.html

Occupation:    23-1011 Lawyers

Date:  1/3/2020

Title:   Agency Attorney II Assistant General Counsel

Poster:   Mayors Office of Information Technology of Baltimore City

City:  New York, NY

County:  New York

Ad Job Board(s):    lawjobs; Idealist; The Job Network

ID:  78715

Content Description:

The Mayor's Office of Information Privacy (MOIP) Agency Attorney II Assistant General Counsel The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor's Office of Operations and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor's Office of Operations is recruiting for one (1) Agency Attorney II to function as an Assistant General Counsel, Responsibilities include, but are not limited to: â€¢ Analyzing the broad array of legal issues affecting Operations and MOIP, and thinking creatively about how to address these issues. â€¢ Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as necessary. â€¢ Researching models of other jurisdictions in handling complex legal issues and projects. â€¢ Assisting in supporting citywide compliance with the mandates of privacy and other relevant laws, regulations and policies. â€¢ Partnering with City agencies as needed to assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. â€¢ Representing the Office on interagency task forces, working groups, and projects. â€¢ Drafting memoranda of understanding, guidelines, policies, and other legal documents. â€¢ Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies, â€¢ Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. â€¢ Managing implementation of projects and work streams related to regulatory matters and other citywide policy issues with legal implications. â€¢ Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to advance citywide privacy protection compliance and best practices. Minimum Qualification Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Salary Range: $69,176- $79,552 (Annual) New York City offers an excellent and comprehensive benefits package. For consideration, please go to http://www1.nyc.gov/jobs and search for Job ID # 396310 to apply. SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL RECEIVE AN INTERVIEW. HRA/DSS IS AN EQUAL OPPORTUNITY EMPLOYER. The Mayor's Office of Information Privacy (MOIP) Agency Attorney II Assistant General Counsel The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017â€¦ Read less

URL: https://www.idealist.org/en/job/92da932f315244e8b94f1f7b23ba9a92-agency-attorney-ii-assistant-general-counsel-the-mayors-office-of-information-privacy-moip-new-york

Occupation:     23-1011 Lawyers

Date:   1/3/2020

Title:   Agency Attorney II Assistant General Counsel

Poster:  City Of New York

City:  New York, NY

County:  New York

Ad Job Board(s):    Monster

ID:   78734

Content Description:

The Mayor s Office of Information Privacy (MOIP) Agency Attorney II Assistant General Counsel The Mayor s Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor s Office of Operations and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor s Office of Operations is recruiting for one (1) Agency Attorney II to function as an Assistant General Counsel, Responsibilities include, but are not limited to: Analyzing the broad array of legal issues affecting Operations and MOIP, and thinking creatively about how to address these issues. Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as necessary. Researching models of other jurisdictions in handling complex legal issues and projects. Assisting in supporting citywide compliance with the mandates of privacy and other relevant laws, regulations and policies. Partnering with City agencies as needed to assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. Representing the Office on interagency task forces, working groups, and projects. Drafting memoranda of understanding, guidelines, policies, and other legal documents. Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies, Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. Managing implementation of projects and work streams related to regulatory matters and other citywide policy issues with legal implications. Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to advance citywide privacy protection compliance and best practices. Minimum Qualification Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Salary Range: $69,176-$79,552 (Annual) New York City offers an excellent and comprehensive benefits package. For consideration, please go to and search for Job ID # 396310 to apply. SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL RECEIVE AN INTERVIEW. HRA/DSS IS AN EQUAL OPPORTUNITY EMPLOYER.

URL: https://job-openings.monster.com/agency-attorney-ii-assistant-general-counsel-new-york-city-ny-us-city-of-new-york-mayorâ€™s-office-of-information-privacy/214822039?WT.mc_n=sk_feed_wantedtech

Occupation:    23-1011 Lawyers

Date:  1/5/2020

Title:   Senior General Counsel Assistant General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    US Jobs

ID:  78643

Content Description:

Guy Carpenter is the Global Leader in providing risk and reinsurance intermediary services. It creates and executes reinsurance solutions and delivers capital market solutions for clients across the globe. The New York City office of Guy Carpenter is seeking candidates for the following position: Chief Counsel, North America (Assistant General Counsel) What can you expect? - The Chief Counsel, North America, will serve as a trusted advisor to senior leaders of the US and Canada division of Guy Carpenter. - Reporting directly to the General Counsel with frequent interaction with business leaders and senior attorneys across Guy Carpenter and the entire Marsh & McLennan enterprise. - Serving as Assistant Corporate Secretary of Guy Carpenter, assisting the General Counsel with corporate governance and board matters. - Providing legal counsel on a wide range of issues, including insurance and reinsurance laws and regulations, complex commercial agreements, business partnerships, M&A, intellectual property, privacy and employment. - Leading the North America Legal team, which entails managing direct reports that support various corporate functions and initiatives. - Advising business leaders on the legal issues and implications of potential decisions, initiatives and new offerings. - Managing outside counsel relationships, including selecting counsel, negotiating scope and pricing, overseeing output, and serving as relationship manager. - Keeping senior management abreast of new and changing laws and regulations. - Providing guidance and assistance to the Company's North America Compliance team. - Fostering an environment of high ethical standards and promoting a culture in which employees feel free to speak up. - Our training program will be customized to your needs, filling in any knowledge gaps on the industry and getting you up to speed on general risks related to the reinsurance industry. What's in it for you? - As Chief Counsel, North America, you will be part of a global network of leaders. - Competitive salary and comprehensive benefits and programs including: health and welfare, tuition assistance, 401K, employee assistance program, domestic partnership benefits, career mobility, employee network groups, volunteer opportunities, and other programs. - Medical coverage offered through four major firms, as well as dental and vision coverages. - We value work-life balance and offer 25 days of vacation in addition to annual sick time.As a corporate social responsibility effort, we also encourage employees to take advantage of our Volunteer Time Off towards any volunteer event of your choosing. - We are a Fortune 500 firm with the opportunity to grow throughout the firm worldwide.Additionally, as a member of Legal, Compliance and Public Affairs, your opportunities are further multiplied through our Professional Development Programs, international employee exchange program, and endless other division-specific advantages. We will count on you to: - Keep up with industry related standards and changes, as well as country/region specific regulatory changes. - Make consistent, difficult, and sometimes unpopular decisions based upon deductive reasoning and sound judgement. - We expect you to conduct research and report on the changing risks in our industry landscape. - Promote integrity and enforce stated policies and procedures consistently. - Assist in the mitigation of undue risk by working with the business, Legal, Operations, and Compliance. - Develop yourself as the Legal liaison and trusted advisor to business leaders and colleagues in and outside of the Legal, Compliance and Public Affairs department. - Assist colleagues with raising concerns and escalate matters timely and factually. <

URL: https://de.jobsyn.org/f72f1ae441824414bf439a22cfac3a7c1396

Occupation: 23-1011 Lawyers

Date: 1/5/2020

Title: Assistant General Counsel

Poster: NYC Department of Information Technology & Telecommunications

City: Brooklyn, NY

County: Kings

Ad Job Board(s): The Job Network

ID: 82982

Content Description:

Assistant General Counsel Salary: up to $100,000 Commensurate with Experience Excellent Benefits Brooklyn, NY The Opportunity The Office of General Counsel seeks an accomplished and highly capable attorney to join its Contracts Unit to draft and negotiate contract documents in support of the Department s responsibility to provide appropriate, reliable, cost-effective and responsive information technology and telecommunications products and services for the benefit of the City. These contracts include the procurement of sophisticated technologies that are critical to City operations, and range in value from tens of thousands of dollars to hundreds of millions of dollars in products and services. What You Will Do Working under the supervision of Senior Counsel, the Contracts Counsel will perform duties including: Â· Coordinate and lead contract negotiations with prospective vendors, or assist agency managers in conducting such negotiations; Â· Draft contracts or contract provisions; Â· Interview agency personnel to gain an understanding of planned programs and projects in order to formulate `the contracting objectives; Â· Review and revise draft solicitation documents (such as invitations for bids and RFPs); Â· Review and revise draft contracts submitted by prospective vendors; Â· Provide advice and information to agency personnel about the negotiation, drafting, and administration of contracts; Â· Consult personnel of the Cityâ€™s Law Department or the Mayorâ€™s Office of Contract Services as warranted; Maintain productive and amicable relationships with vendors and prospective vendors. Preferred skills: Â· Knowledge of general contract law principles; Â· Experience negotiating and drafting information technology and telecommunications contracts; Â· Knowledge of contract provisions relevant to different types of information technology contracts (for example, licensing, cyber-security, cloud computing, artificial intelligence); Knowledge of state and local law. Qualification Requirements: Admission to the New York State Bar and 3 years of United States legal experience subsequent to admission to any state bar. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. To Apply SERIOUS CANDIDATES MUST SUBMIT A RESUME AND COVER LETTER TO BE CONSIDERED Please go to www.nyc.gov/jobs/search and search for Job ID #425135 or Email resume to LegalJobs@doitt.nyc.gov (Indicate â€˜425135 â€" Assistant General Counsel in subject line) SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL RECEIVE AN INTERVIEW APPOINTMENTS ARE SUBJECT TO OVERSIGHT APPROVALS Visit us at www.nyc.gov/DoITT The Department of Information Technology & Telecommunications and the City of New York are equal opportunity employers. DoITT participates in E-Verify Location/Region: Brooklyn, NY

URL: https://jobs.thejobnetwork.com/job/184590347/general-counsel-job-in-brooklyn-ny

Occupation: 23-1011 Lawyers

Date: 1/8/2020

Title: Assistant General Counsel

Poster: NYC Taxi and Limousine Commission (TLC)

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 82906

Content Description:

Job Description The New York City Taxi and Limousine Commission (TLC) is the nationâ€™s largest for-hire transportation agency, licensing and regulating the Cityâ€™s yellow and green taxicabs, for-hire vehicles, commuter vans, and luxury limousines. TLC develops and enforces rules to promote safety, transparency, as well as consumer and driver protection for a vital mode of transportation in New York City. The Office of Legal Affairs is seeking a talented and enthusiastic attorney to prepare and prosecute employee discipline cases. Under direct supervision, the selected candidate will be responsible for, but not limited to, the following duties: â€¢ Evaluating disciplinary matters for legal sufficiency; â€¢ Conducting interviews with potential witnesses; â€¢ Reviewing audio and video tape evidence and making comparative reviews; â€¢ Drafting formal charges against TLC uniform and non-uniform employees; â€¢ Recommending appropriate dispositions on disciplinary matters; â€¢ Preparing and reviewing required documents and reciprocal discovery; â€¢ Representing the Commission during informal settlement negotiations with opposing counsel; â€¢ Conducting informal conferences concerning disciplinary cases at the Office of Administrative Trials and Hearings (OATH); â€¢ Preparing disciplinary matters that are not settled for formal hearings at OATH; â€¢ Conducting formal hearings on disciplinary charges at OATH against employees of the Commission; â€¢ Drafting memoranda detailing evidence and recommending settlement options; â€¢ Researching legal issues; and â€¢ Performing related duties as assigned. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills â€¢ Excellent writing, communication, analytical, researching, problem-solving, multi-tasking and organizational skills. To Apply Click, "APPLY NOW" Current city employees must apply via Employee Self-Service (ESS) Work Location 33 Beaver St, New York NY Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/27555756-assistant-general-counsel-at-nyc-taxi-limousine-commission

Occupation:    23-1011 Lawyers

Date:   1/10/2020

Title:    Attorney Added Actively II

Poster:  Special Counsel

City:  Paterson, NJ

County:  Passaic

Ad Job Board(s):    Special Counsel

ID:   78211

Content Description:

Special Counsel is actively seeking an Attorney for our client who provides legal assistance to the most disadvantaged and vulnerable members of society. This is a temporary opportunity until the end of June with the possibility to be extended as well as go perm. The ideal candidate would have an interest in public interest work and interest in working with low income community. They provide full in-house training on how to appear in court. Also, candidates will have a chance to shadow senior attorneys. Responsibilities: - Providing consultations with low income clients having housing related issues - Assisting them with responding go eviction complaints and other housing related issues Qualifications: - Must be licensed to practice law in New Jersey - Will consider candidates that finished a clerkship in August and are seeking employment - No Document Review attorneys Hourly rate is negotiable: $30/hr Hours: 9AM-5PM with 1 hour lunch

URL: https://www.specialcounsel.com/legal-jobs/temporary-attorney-attorney/?ID=US_EN_66_872282_2737162

Occupation:     23-1011 Lawyers

Date:   1/13/2020

Title:   Senior Associate General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):   Flexjobs

ID:  78068

Content Description:

Job Description Senior associate general counsel needed for a full-time opportunity. This position is partially remote with some travel involved. Will be overseeing the delivery of services. JD and eight years of healthcare professional legal experience required.

URL: https://www.flexjobs.com/publicjobs/senior-associate-general-counsel--1177285

Occupation:    23-1011 Lawyers

Date:  1/14/2020

Title:   Chief Privacy Officer Associate General Counsel State Education

Poster:  Futuretech Staffing

City: New York, NY

County:  New York

Ad Job Board(s):   ZipRecruiter

ID:  78020

Content Description:

Base Salary DOE + Full Benefits The Chief Privacy Officer, Associate General Counsel (Juris Doctor) for support of College Readiness, College Connection & Success, Student Opportunities and Advocacy, will have strong focus on improving educational opportunities and outcomes, particularly for disadvantaged students, in the context of a competitive business environment. The Chief Privacy Officer, Associate General Counsel (Juris Doctor) will be a recognized leader and expert in the legal, policy and compliance aspects of privacy and data security who will serve as a visible leader and advocate, both internally and externally, in the organizationâ€™s commitment to these areas. You will be a true strategic partner who guides the organization, its leaders and staff with regard to a wide spectrum of privacy and data security related matters, combines deep subject matter expertise with a complex understanding of the operational, technical, communications and customer implications of policy decisions, and brings strong leadership and project management skills to the cross-functional design, implementation and enforcement of the organizationâ€™s privacy and data security policies. Responsibilities:Builds and evolves a comprehensive privacy program governing the collection, use and disclosure of personal data, including student data.Drives awareness and implementation of the privacy program at all levels of the organization.Strategically advises on the development of products and services that anticipate and successfully navigate privacy considerations.Serves as the â€œfaceâ€•of privacy for the organization, attending and leading key meetings with stakeholders including staff, our members, higher education and government officials.Analyzes and advises on new and proposed state and federal privacy laws, proactively partnering with policy and government relations teams.Maintains expertise on all matters relating to student privacy, including FERPA, PPRA, COPPA and state student privacy laws such as SOPIPA.Counsels on global privacy laws, including GDPR, and other privacy, marketing and data security laws, including CAN-SPAM, TCPA and PCI - DSS.Independently or collaboratively drafts, reviews, and negotiates various agreements and responses to RFPs as they pertain to privacy and data security (e.g., vendor and services agreements; government contracts with federal, state and municipal entities; collaborative research requests and proposals).Partners with the data governance team, information security teams and the Chief Information Security Officer on data governance policies, practices, standards and certifications. Requirements:JD and undergraduate degrees earned with excellent academic credentials.Admission to and good standing in a U.S. State Bar.At least 7-10 years of broad and relevant legal experience with a law firm and/or corporate legal department, much of it spent advising on privacy, data security and data sharing matters.Experience working on student data privacy issues with state and/or federal departments of education.Experience with K-12Experience working with IT and Operations teamsExperience working with State Education and/or Schools in generalStrategic and/or transformational leadership experience.Ability to build privacy programs including implementing privacy impact assessments.Superior written and verbal communicationA cross functional collaborator who encourages and builds consensus, easily gains trust and support of senior leadership and peers, finds common ground and solves problems with diligence, creativity andA team-oriented professional with a strong work-ethic who multi-tasks and prioritizes well, takes initiative, is capable of leading projects and who can work effectively both independently and withGenerosity in service of students, colleaguesGetting things done, with a premium on quality Pluses:Experience with privacy as applied to digital products.In-house or non-legal businessExperience working with international constituents and international law. Local New York, New York or Washington DC candidates please. There is no relocation for this position. Sorry, we are unable to sponsor or transfer at this time. Only qualified candidates will be responded to. Key Words: Chief, Privacy Officer, General Counsel, Juris Doctor, Legal, Law, Policy, Compliance, Education, K-12, State Bar, State Education, Student Advocacy, Data Security, Data Sharing, IT, Operations, Collaborator, FERPA, PPRA, COPPA, State Student Privacy, OPIPA, Global Privacy Laws, GDPR, Marketing and Data Security Laws, CAN-SPAM, TCPA, PCI â€" DSS Base Salary DOE + Full Benefits

URL: https://www.ziprecruiter.com/clk/yoZ5ZHW6ezaFhi-4ZvGctPpMn5qdXrOT-OPLpSw737ZqvoMDVUnTQqZ-rUt2l5AR9ngcBsbDCmkJ40ntOJmpTDrGfvlRJ_XNguS1ksXhRIsktav0e-rWJpEP7Rbuh2URnEm-QjM8pr72tPdvDjSYEjiAtACSkO8iCT6W9MDrQP0MKZdyXnY19HKkAXrdoA7Bs3eK3hzu5AJ1DxtAIpfAMEo93UTl2AuulMPaj5yaBDIM5Zl1c8g0-3ef_oHBcqthQ1v33SarTRzOll-ElQ7dy4By_7ClSPPfpdO4sn5OZi076lhX_dddvT0PQgYBnv0npLgcnt2sP0QWGVlGGCIbhNQ79MnjR_EEhYkztIQesuucjBCxBMNPqrInd-JsV9GxDfvYgVkFgkU_LJoUdaNt29-WkxQLUuaG0y7yQlpICMhBGcByOTG_acPmWAzgspkO0hEm56NLH2RPg7KZudyrZ8AJ_R-



piYxuVjOwBnVhwI7yPsCL_Wyn0VKlJI4F5xKEfnvjUH-Rfoh1VL_OD-
apyzeZON9tnfd80lq7GwIEFTACsfkwLEpUfsdDQ12DEVrIpc4eAOZeRBWjRxDhAeEtPJCiLPbnmTJeowBGe8FLvCQEx3ncj9oU91wm
sR6B1dfY.1b0e21c4af6cd300a0afe77f2160bc6a

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   1/14/2020

Title:   Associate General Counsel

Poster:  Hudson River Trading

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse; TheLadders.com

ID:  78036

Content Description:

Job Description Hudson River Trading, a global quantitative trading firm, is looking for an associate general counsel to join their legal team in New York City. The candidate will have demonstrated leadership in working effectively as part of a team while possessing a hands-on approach and strong attention to detail. You will be joining a small legal department, where you'll have the opportunity to work on complex projects that involve coordination across multiple teams at HRT. You will have the opportunity to engage in a very broad array of legal work. This includes, but is not limited to, regulatory advisory, intellectual property, employment-related matters, and contract negotiation. You will be reporting directly to the General Counsel. Job duties will include: - Corporate structuring and policy development - Legal research and advising the general counsel and management - Supervising outside counsel - Contract drafting and negoti See More Valid through: 2020-3-10

URL: https://www.theladders.com/job/associate-general-counsel-hudson-trading-new-york-ny_41811405

Occupation:    23-1011 Lawyers

Date:   1/15/2020

Title:   General Counsel

Poster:   CHILDREN'S VILLAGE

City:  Dobbs Ferry, NY

County:  Westchester

Ad Job Board(s):    CareerArc; US Jobs; GoInHouse; The Children's Village

ID:   77979

Content Description:

Description Position Overview: Reporting to the Chief Program Office (CPO), the General Counsel (GC) will oversee and supervise all functions relating to legal affairs, compliance, risk management and governance. In carrying out duties, the GC will have access to the President and CEO and the Board of Trustees.The Children's Village (CV) is accredited by the Council for Accreditation and the BBB, meeting and exceeding all of the BBB's Wise Giving Alliance Standards for Charity Accountability. CV adheres to the highest standards of ethical conduct and conformity with government statutes and regulations. It is the role of the GC to insure that The Children's Village maintains these standards. Minimum Requirements:â€¢ Juris Doctorate from an ABA accredited law schoolâ€¢ Admission to the State of New York Barâ€¢ Must retain status as a member of the New York State Bar in good standing for the duration of employmentâ€¢ Minimum of ten years of progressively responsible legal experience with preference given to prior assignments in a relevant government, non-profit, health care, or higher education setting or legal firm or advocacy organization experience with direct involvement in the issues that face CVâ€¢ Strong analytical, interpersonal and writing skillsâ€¢ Demonstrated ability to serve as a team player in a complex and collegial organization â€¢ Experience with Medicaid, HIPAA, a plus Preferred Qualifications:â€¢ Ability to frame legal issues in a manner that serves to inform organizational decision-making to enhance services to clients while at the same time mitigating riskâ€¢ Ability to work as an active member of the senior management team in a highly collegial organizationâ€¢ Capacity to set and advance organizational priorities in ways that support the agency's goals and objectives and are consistent with the highest ethical standardsâ€¢ Highly skilled at articulating agency positions to external constituencies *3 days per week, flexible schedule* Qualifications Experience Required + 10 years: progressively responsible legal experience with preference given to prior assignments in a relevant government, non-profit, health care, or higher education setting or legal firm or advocacy organization experience with direct involvement in the issues that face CV

URL: https://de.jobsyn.org/0991d17244a04bc68cc2e66f7a3d248a1396

Occupation:    23-1011 Lawyers

Date:  1/17/2020

Title:   Senior Corporate Counsel OTT

Poster:  Integra LifeSciences

City: Plainsboro, NJ

County: Middlesex

Ad Job Board(s):    TheLadders.com

ID:  82689

Content Description:

Job Description Responsibilities The Senior Corporate Counsel will report to the Deputy General Counsel, Orthopedics and Tissue Technologies and will provide legal support for a variety of general corporate and commercial contracting matters. The Senior Corporate Counsel will provide advisory services to divisional leaders, including sales, marketing, regulatory, quality, clinical and product development leaders. The Senior Corporate Counsel also will be expected to exhibit leadership and independent judgment, and to partner with colleagues at all levels of the Company, to provide advice and assistance in negotiating and drafting relevant documents and to otherwise execute on strategic priorities for the division. The Senior Corporate Counsel must be adept at providing timely, pragmatic and effective legal support while managing multiple projects simultaneously. Responsibilities include: - Draft, review, analyze and negotiate See More Valid through: 2020-3-11

URL: https://www.theladders.com/job/sr-corporate-counsel-ott-integra-lifesciences-plainsboro-nj_41826166

Occupation:    23-1011 Lawyers

Date:   1/19/2020

Title:   Construction General Counsel

Poster:  C. Winchell Agency

City:  New York, NY

County:  New York

Ad Job Board(s):    The Job Network

ID:   77683

Content Description:

JD required and 5+ years of relevant insurance experience as an insurance manager, underwriter, broker or claims manager. Attend and defend company at violation hearings throughout the 5 boroughs including DOT, DOB and DEP violations. Thorough understanding of general liability, excess liability, workers compensation, professional liability, pollution liability, builders risk, property, equipment and OCIP/CCIP policies and the insurance coverages contained in these policies. High level of ability to work with complex spreadsheets. Ability to independently manage insurance projects for jobs. Ability to work with the estimating team on bids and the project team on insurance placements with the ability to promptly respond to inquiries and provide answers. Understanding the carrier billing process for premiums and claims. Strong written and verbal communication skills. Ability to maintain discretion and confidentiality at all times. Excellent time management and organizational skills. Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/191856021/general-counsel-job-in-new-york-ny

Occupation: 23-1011 Lawyers

Date: 1/20/2020

Title: Assistant General Counsel

Poster: FAIR Health, Inc

City: New York, NY

County: New York

Ad Job Board(s): ZipRecruiter; The Job Network

ID: 77650

Content Description:

Job Description FAIR Health, an independent, operating nonprofit, is seeking an experienced attorney to join its legal team in supporting its national data licensing, analytic and consumer activities. In advancing its mission to bring transparency and integrity to healthcare cost and insurance information, FAIR Health serves all stakeholders in the US healthcare sector and conducts all its operations in-house with its own state-of-the art technology and its expert staff of statisticians, data scientists, technology and clinical experts. Summary The Assistant General Counsel will be an attorney with business and contracting experience who will have the responsibility for drafting and negotiating data license agreements for FAIR Health's data products, as well as other vendor and customer agreements. The Assistant General Counsel also will be involved in a range of legal issues affecting daily operations, including privacy, regulatory and IP matters. The position will be located in FAIR Health's headquarters in New York City. Primary Responsibilities Â· Drafting and negotiating a broad range of contracts, including software and data licenses, vendor contracts, consulting agreements, teaming and other business agreements; Â· Reviewing marketing and public relations communications, including materials posted on organization's corporate and consumer website. Â· Assisting with research and advice on intellectual property law; HIPAA and other privacy rules; government contracts; employment law; and emerging legislation and regulations. Â· Advising on company's QA/QC and compliance programs, professional licensing, corporate filings and not-for-profit matters. Â· Performing other duties as assigned. Knowledge and Skill Requirements Â· JD (or equivalent) with at least 5 years of legal experience in private practice or a corporate legal department. Â· Expertise in drafting and negotiating business agreements, preferably including data and/or technology licensing agreements. Â· Ability to develop productive relationships throughout the FAIR Health organization. Â· Excellent organizational skills and ability to prioritize among competing demands. Â· Outstanding oral and written communication skills. Â· Familiarity with health care, intellectual property law, regulatory matters, privacy or government contracts would be a plus. Â· Admitted to practice in New York. Interested candidates should submit resumes to: resumes@fairhealth.org . Please include â€œAGCâ€and your last name in the subject line. Company Description FAIR Health. Established in 2009, FAIR Health maintains a database of over 29 billion private healthcare insurance claims,â€"the largest in the countryâ€"which is growing by over 2 billion new claims each year. The database serves as the foundation for a variety of data products, custom analytics and consumer tools. FAIR Health also holds all Medicare Parts A, B and D claims from 2013 to the present. Our standard data modules, custom analytics and technological tools serve all participants in the healthcare sector including insurers, healthcare providers and systems, federal and state governments, academic researchers and consultants. See www.fairhealth.org. We also offer cost-lookup tools and educational resources free-of-charge to consumers on our English- and Spanish language consumer websites at www.fairhealthconsoumer.org and www.fairhealthconsumidor.org. Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/192183942/general-counsel-job-in-new-york-ny

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   1/23/2020

Title:   E-DISCOVERY Attorney Added Staffing Document Review I

Poster:  Special Counsel

City:  Roseland, NJ

County:  Essex

Ad Job Board(s):   Special Counsel

ID:   77477

Content Description:

Special Counsel is staffing a document review project expected to start on Monday, Feb. 3rd at a client's office in Roseland, New Jersey. Please see details below for more information regarding this assignment. Details and Requirements: - Expected Start: Monday, Feb. 3rd - Approximate Duration: 3 months - Bar Requirement: Must be admitted and in good standing with any US Bar - Hour Requirement: Regular 40 hours a week - Pay Rate:$33/hr. - Location: On site at client's office in Roseland, N.J. - Preferred Experience: Document review experience is required If you'd like to be considered for this upcoming Document Review Attorney job in Roseland, New Jersey , please submit your resume today. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2742950

Occupation: 23-1011 Lawyers

Date: 1/23/2020

Title: Life Sciences Lead Corporate Counsel

Poster: Cognizant Technology Solutions

City: Teaneck, NJ

County: Bergen

Ad Job Board(s): CareerBuilder; SnagAJob

ID: 77478

Content Description:

At Cognizant we have a diverse legal team working closely with business, sales and marketing teams, and other corporate functions throughout the United States and the world to deliver digital and information technology solutions for our customers around the globe. The work is fast-paced and dynamic, often time-sensitive and demanding, but one that will continuously challenge you to learn and grow as an attorney. The Cognizant Legal team is looking for a Life Sciences â€" Lead Corporate Counsel to be the primary resource for our Life Sciences business unit, coordinating across all corporate functions on legal and contractual matters. This position will ideally be located in our Teaneck, NJ office. In this role, you will be responsible for the full range of legal responsibilities associated with Cognizantâ€™s Life Sciences business unit including: - negotiating complex, technology-driven, commercial contracts with our customers, many of which are represented by top law firms; Recommended skills Negotiation Provide Legal Advice Problem Solving Research Consulting Contract Negotiation Apply to this job. Think you're the perfect candidate?

URL: https://www.careerbuilder.com/job/J3S14D6XZ18LX6CM15M?ipath=CRJR37

Occupation:     23-1011 Lawyers

Date:   1/23/2020

Title:   Associate General Counsel

Poster:   IPC SYSTEMS, INC.

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    GoInHouse

ID:   80903

Content Description:

Looking for a Corporate Counsel or a Sr. Corporate Counsel to join IPCâ€™s dynamic, efficient and reliable Legal Team. This role will help support IPCâ€™s entire business from a Legal perspective (with primary focus in North America). Regularly liaise with the IPC Sales Team negotiating agreements and facilitating the closing of deals. Support the Product Team in the development of new products and services (including negotiating partner and supplier agreements). Assist the Procurement Team in the negotiation and administration of various agreements required to acquire and maintain all of the things it takes to keep IPC running. Assist the HR Team with the review and drafting of various agreements and the administration of employment issues from a legal perspective. The successful candidate will bring a can-do attitude with an eagerness to roll up their sleeves and assist the Legal team in any legal matter with which they are engaged. This is an excellent opportunity for a technology attorney who is looking to expand their knowledgebase and experience into all areas involving corporate law or for a corporate generalist with some technology experience looking to expand their understanding of technology law. What youâ€™ll do: PRIMARY RESPONSIBILITIES: Negotiating, drafting and advising on commercial agreements for a technology company, including customer agreements (including SaaS, license, CapEx, maintenance and managed services agreements) and vendor agreements (including in-bound license agreements) - Assisting with responses to the legal aspects in tender responses - Assist in the creation / implementation / review / amendment of legal department processes as and when required OTHER RESPONSIBILITIES: - Assist with corporate secretarial work for North America - Manage process for communicating outage/emergency activities to the organization. Manage vendor relationships as it depends on daily operational needs. PO review and approval/budgeting. Desired Skills and Experience: - JD and Admission to any State Bar - At least 2 years of experience negotiating and drafting commercial agreements for a technology company and interacting with customers and vendors - Bright, high-energy and committed to always acting with the highest ethical standards - Proven ability to work independently in a fast-paced environment - Strong interpersonal skills - Committed to supporting other members of the Legal team as well as internal and external clients - Ability to develop practical solutions to complex problems - Strong Microsoft Office (Outlook, Word, Power Point, Excel) skills Reporting Relationships: - Reports directly to the Associate General Counsel, Director of Legal. - Regular communication with the Chief Legal Officer. - No direct reports initially other than a shared administrative resource. Location: - New Jersey preferred but could be based in CT, NJ or NYC.

URL: https://www.goinhouse.com/jobs/28524244-associate-general-counsel-at-ipc

Occupation:    23-1011 Lawyers

Date:  1/24/2020

Title:    E-DISCOVERY Attorney Added Currently Document Revie

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:  77348

Content Description:

Special Counsel is currently seeking document review attorneys for an upcoming project in New York City which is scheduled to start on Monday, Jan. 27th. Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Project start date: Monday, Jan. 27th - Project location: Special Counsel Midtown Center - Anticipated duration: Approximately 3 weeks possibly longer - License requirement: Reviewers on this matter must be licensed and in good standing in the state of NY - Hours available: Minimum of 40 hours a week but flexible to work up to 60 hours including weekends - Experience requirement: Previous document review experience highly preferred. - Pay rate: $31/hr, with 1.5x OT after 40 hours - Conflicts : List to be screened Required Qualifications: - eDiscovery experience: document review experience is required - Bar/License: Must be barred and in good standing with the NY Bar If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2729838

Occupation:     23-1011 Lawyers

Date:  1/24/2020

Title:   Senior Corporate Counsel Licensing Product

Poster:  TubiTv (adRiseInc)

City:  New York, NY

County:  New York

Ad Job Board(s):   TheLadders.com

ID:  77349

Content Description:

Job Description About the Role: We are looking for a Senior Corporate Counsel to assist with licensing agreements, working cross-functionally internally and with external parties. This role will have a direct impact on our product as we continue to scale our database of over 20,000 titles. You are well-seasoned within your career, and some that experience should have been in an in-house environment. In addition, you covert highly collaborative interpersonal skills, and take pride in personal excellence, displaying a high level of energy and possess a proven ability to thrive in an environment with frequently shifting priorities. This person may reside in our San Francisco or New York office. Responsibilities: - Working cross-functionally to complete complex commercial and technology licensing agreements in support of Business Development, Marketing, Sales Operations and Engineering. - Drafting and negotiating sales agreements with a See More Valid through: 2020-3-17

URL: https://www.theladders.com/job/senior-corporate-counsel-licensing-and-product-tubitv-new-york-ny_41890116

Occupation:     23-1011 Lawyers

Date:   1/24/2020

Title:    Corporate Counsel

Poster:  Tough Mudder

City: Brooklyn, NY

County: Kings

Ad Job Board(s):    GoInHouse; TheLadders.com

ID:   77351

Content Description:

Job Description Tough Mudder's flagship U.S. office is located in downtown Brooklyn. Joining our team offers a once-in-a-lifetime opportunity for those dedicated few who share the goal of delivering great experiences for our participants. We're on the lookout for people who want more than a job or even a career â€" they want to help build a company that changes the lives of millions of people for the better. As a member of TMHQ, you'll be given an opportunity to push your boundaries and find out what you're capable of, to work with and learn from incredibly smart colleagues, and to enjoy the journey of building a world-class company. Sound like something you can get on board with? The Job: Reporting to the President, Corporate Counsel (CC) will lead the day-to-day work of the company's global legal and risk management portfolio and work to implement strategies for helping the company achieve its business goals and objectives. The CC's duties are extensive and inc See More Valid through: 2020-3-17

URL: https://www.theladders.com/job/corporate-counsel-toughmudder-brooklyn-ny_41890136

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 1/24/2020

Title: Assistant General Counsel

Poster: NYC HRA/Department of Social Services

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse

ID: 82534

Content Description:

Job Description The Mayor's Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayor's Office of Operations, and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide, and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor's Office of Operations is recruiting for one (1) Agency Attorney II to function as an Assistant General Counsel. Responsibilities include, but are not limited to: • Analyzing the broad array of legal issues affecting Operations and MOIP, and thinking creatively about how to address these issues. • Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as necessary. • Researching models of other jurisdictions in handling complex legal issues and projects. • Assisting in supporting citywide compliance with the mandates of privacy and other relevant laws, regulations and policies. • Partnering with City agencies as needed to assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. • Representing the Office on interagency task forces, working groups, and projects. • Drafting memoranda of understanding, guidelines, policies, and other legal documents. • Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies, • Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. • Managing implementation of projects and work streams related to regulatory matters and other citywide policy issues with legal implications. • Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to advance citywide privacy protection compliance and best practices. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills • Experience related to privacy law analysis and data integration; comfort with data and technology concepts. • Excellent organizational, time-management, and multi-tasking skills, including the ability to take initiative, problem solve, balance competing priorities, work independently and with teams in a fast-paced environment, pay close attention to detail, meet deadlines, and work well under pressure. • Strong oral and written communication skills, including effective public speaking skills and proven ability to present the Office's position in meetings with high level officials and other governmental and private entities. • Proven ability to establish and maintain effective and congenial working relationships with a wide range of governmental and external entities. • Effective and creative leadership ability with the capacity to work both independently and cooperatively to implement key strategies, evaluate new policies, and analyze legal issues. Additional Information The high end of the salary range is reserved for candidates who have been in city service for 2 years or more. LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DSS/HRA/DHS qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the program's other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... addition, the Human Resources Administration/Department of Social Services offers competitive salaries and the following benefits: Generous Pension Plans (The New York Employees Retirement System); 401(k) and Roth 457 Retirement Savings Programs; U.S. Savings Bonds Flexible Spending Program; Health Benefits, Dental, Vision Coverage, Prescription Drug Program; Training and Professional Development; Opportunity for Scholarship; College Savings Program; Paid Holidays and Generous Annual Leave. To Apply Click "APPLY NOW" button Work Location 253 Broadway New York Ny Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement

applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/28632759-assistant-general-counsel-at-nyc-hra-dept-of-social-services

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   1/26/2020

Title:   Deputy General Counsel

Poster:  Sirius Group

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:  82499

Content Description:

Deputy General Counsel New York, NY-Downtown Job Description Sirius InternationalInsurance Group, Ltd. (â€œSiriusâ€) is an international, multi-billion dollar,public company with worldwide interests in insurance and reinsurance. Listed onthe NASDAQ (â€œSGâ€), Sirius is a Bermuda domiciled holding company providing reinsuranceon a worldwide basis through four principal segments: Global Property, GlobalA&H, Specialty & Casualty, and Run-off and Other. Sirius has locations around the globe, withprincipal locations in Bermuda, Stockholm, New York and London. Siriusprovides insurance and reinsurance products worldwide. Sirius offers insuranceand reinsurance products for property lines and agriculture, accident andhealth, medical travel, aviation and space, marine, trade credit, contingency,casualty, surety, asbestos risks, environmental risks, and other long-tailedliability exposures, as well as administration services. They are also involvedin the acquisition and management of runoff liabilities for insurance andreinsurance companies. Sirius is currentlyseeking a Deputy General Counsel tobe based in our downtown New York offices. This position will be responsible for assisting with a wide-range oflegal matters involving property and casualty (re)insurance company operations. RESPONSIBILITIES: Assist General Counsel with the legal matters associatedwith North American operations, including regulatory and compliancematters. Serve as legal counsel tounderwriters by providing advice and guidance on insurance laws applicable tothe companyâ€™s products, licensing and business relationships, includingmanaging general agency relationships and other producers and administrators. Prepare responses and present to state insurance departmentsin connection with market conduct and consumer complaints and coverage matters. Conduct legal research and prepare memoranda regardinglegislative developments and current affairs affecting the companyâ€™s productsand operations. Participate in the review of policy wordings and reinsurancecontracts including assumed and ceded reinsurance business. Draft and review commutations, confidentiality agreementsand trust agreements as needed. Adviseand assist with the preparation and approval of marketing and advertisingprograms. Review and advise on a wide-range of corporate contracts,including IT service agreements and other vendor agreements. Provide guidance and assistance to the companyâ€™s compliancestaff. Assist with the preparation of the companyâ€™s corporategovernance and provide corporate secretarial services. Ensure the proper maintenance of thecompanyâ€™s books and records. Perform other duties as may be necessary. DESIRED QUALIFICIATIONS: Bachelor's degree from a four-year college or university;J.D. and admission in at least one state (New York preferred). Seven or more years (re)insurance experience in either aninsurance company legal department or law firm. Ability to work with minimal supervision, capable ofsetting priorities and following through on projects and problems. Ability to take on broadened responsibilities asneeded. Must be resourceful and decisive with good reasoningability and a high degree of attention to detail. Excellent written and verbal communication skills. Sirius is an Equal Opportunity Employer. We offer excellent opportunities forcompetitive salaries, employee development and comprehensive benefits for adiverse workforce. Department NA Legal Auto req ID 142BR

URL: https://www.goinhouse.com/jobs/28699142-deputy-general-counsel-at-sirius-group

Occupation:    23-1011 Lawyers

Date:  1/27/2020

Title:   Associate General Counsel Marketing

Poster:  Sirius XM Radio

City:  New York, NY

County:  New York

Ad Job Board(s):   The Job Network

ID:  77215

Content Description:

We are seeking a highly motivated attorney to join the Sirius XM and Pandora legal departments to work on cutting edge marketing issues. This position will be based in New York City and will provide legal subject matter expertise on a wide range of marketing, consumer and privacy law matters. This role requires 7+ years of direct experience with a focus on complex marketing and consumer law matters within a subscription based company. Duties and Responsibilities: This attorney will be the primary counsel for Sirius XM and Pandoras marketing and promotions department. The specific responsibilities will include: The review of advertising materials and claims Charitable solicitation promotions Childrens advertising, marketing and privacy related issues Credit card rules, regulations and EFT regulations Deceptive Trade Practices and FTC issues Direct marketing E-commerce marketing E-mail promotions Event marketing and promotions Loyalty programs Legislation monitoring Rebate programs, materials and policies Regulatory compliance and monitoring Review of press releases and public relations pieces Social media issues, including advertising, promotion and influencer limitations Sweepstakes creation and compliance Telemarketing and telesales, including state law, FTC law and emerging issues Text marketing and call-to-action texting Website terms, sales and operations Minimum Qualifications: Must be licensed and in good standing to practice law in New York. A Juris Doctorate from a nationally recognized law school is required. Excellent time management skills, with the ability to prioritize and multi-task, and work under shifting deadlines in a fast-paced environment. Must have legal right to work in the U.S. Requirements and General Skills: Provide marketing and consumer law expertise to cross-functional stakeholders and legal colleagues. Experience in draft and negotiate in-bound and out-bound agreements with a variety of counterparties. Provide guidance and negotiate provisions contained in advertising, marketing and commercial agreements. Provide assistance to legal team members on advising senior leadership on marketing, consumer law and privacy policy issues. Provide assistance to legal team as well as the privacy and security teams in connection with compliance matters for data and privacy laws and regulations, including GDPR, the California Consumer Privacy Act and other data protection, data retention, data security, and data breach reg 7+ years of direct marketing and consumer law experience required, some in-house experience preferred within a subscription based company. Demonstrated knowledge and experience drafting and negotiating complex agreements relating to in-bound and out-bound agreements. Direct experience advising internal stakeholders on a wide range of marketing and consumer law matters. Experience advising on privacy and data security law and compliance efforts, including the organization and coordination of privacy assessments, corporate policies and processes. In-depth knowledge of cutting edge IT, web, mobile and ad-tech ecosystems and their marketing and consumer law implications. Ability to maintain strong working relationships with demanding internal clients. Strong analytical capabilities and judgment. Ability to make decisions and pivot quickly and fluidly, thinking practically and be solution-oriented. A practical and proactive problem-solver who possesses strong business acumen and is confident, mature and calm under fire. Excellent time management skills with the ability to prioritize and multitask and work under shifting deadlines in a fast-paced environment. Ability to work independently and in a team environment. Willingness to take initiative and to follow through on projects. Excellent written and verbal communication skills. Technical Skills: Thorough knowledge of MS-Office Suite (Word and PowerPoint). Location/Region: New York, NY (10001)

URL: https://jobs.thejobnetwork.com/job/195439885/general-counsel-job-in-new-york-ny-10001

Occupation:    23-1011 Lawyers

Date:   1/28/2020

Title:    Svp Business Legal Affairs

Poster:   Metro-Goldwyn-Mayer Studios Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com

ID:   77167

Content Description:

Job Description Job Description EPIX, an MGM company, is seeking a Senior Vice President of Business and Legal Affa irs who will be responsible for providing business and legal affairs support to the affiliate, acquisition, digital and marketing teams at EPIX. The primary responsibilities will be supporting the content distribution, business development and film acquisitions teams. PRINCIPAL RESPONSIBILITIES: - Structure, draft and negotiate affiliate distribution deals with traditional, digital/OTT and SVOD partners - Interpret, synthesize and manage rights and obligations under affiliate distribution deals (e.g., content requirements, MFNs, etc.); advise and counsel internal stakeholders accordingly - Analyze, assess and provide guidance on new business opportunities and initiatives - Negotiate and draft acquisition deals with major studios to support EPIX's fil See More Valid through: 2020-3-21

URL: https://www.theladders.com/job/svp-business-and-legal-affairs-metrogoldwynmayerstudios-new-york-ny_41939806

Occupation:    23-1011 Lawyers

Date:  1/31/2020

Title:    E-DISCOVERY Attorney Added Staffing Upcoming Document

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:  76961

Content Description:

Special Counsel is staffing an upcoming document review project that is expected to start as early as week of Feb. 3rd in NYC . Please see details below for more information regarding this assignment. Details and Requirements: - Expected Start: Sometime during week of Feb. 3rd - Approximate Duration: TBD - Bar Requirement: Must be barred in NY and be active and in good standing - Hour Requirement: Work at least a minimum of 40 hours a week flexible for more - Pay Rate:$31/hr plus OT after 40 hours worked - Location: NY Special Counsel Turnkey Legal Center - midtown - Preferred Experience: If you'd like to be considered for this upcoming Document Review Attorney job in New York , please submit your resume today. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2588722

Occupation:   23-1011 Lawyers

Date:   1/31/2020

Title:   Assistant General Counsel

Poster:   NYC Department of Health and Mental Hygiene

City:  New York, NY

County:  New York

Ad Job Board(s):   GoInHouse

ID:   82318

Content Description:

Job Description The New York City Department of Health and Mental Hygiene (DOHMH) is one of the largest public health agencies in the world. The Office of Legal Affairs at the DOHMH provides legal support for the agency and its many public health functions serving more that 8 million New Yorkers. DUTIES WILL INCLUDE BUT NOT BE LIMITED TO: * Assist the Director and the Deputy Director of the Employment Law Unit in handling disciplinary cases, including the preparation and drafting of charges as well as the subsequent prosecution from the informal conference to the appeal process. * Assist the Director and the Deputy Director with advising agency managers and supervisors regarding disciplinary matters and procedures. * Assist the Director and the Deputy Director with training agency staff of all levels on employment law, progressive discipline, administrative law, and Chapter 68. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills Knowledge of Employment Law. The Employment Law Unit seeks a talented writer with great attention to detail and efficient organizational skills Additional Information **IMPORTANT NOTES TO ALL CANDIDATES: Please note: If you are called for an interview you will be required to bring to your interview copies of original documentation, such as: • A document that establishes identity for employment eligibility, such as: A Valid U.S. Passport, Permanent Resident Card/Green Card, or Driver's license. • Proof of Education according to the education requirements of the civil service title. • Current Resume • Proof of Address/NYC Residency dated within the last 60 days, such as: Recent Utility Bill (i.e. Telephone, Cable, Mobile Phone) Additional documentation may be required to evaluate your qualification as outlined in this posting's "Minimum Qualification Requirements"section. Examples of additional documentation may be, but not limited to: college transcript, experience verification or professional trade licenses. If after your interview you are the selected candidate you will be contacted to schedule an on-boarding appointment. By the time of this appointment you will be asked to produce the originals of the above documents along with your original Social Security card. **LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DOHMH qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the program's other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... "FINAL APPOINTMENTS ARE SUBJECT TO OFFICE OF MANAGEMENT & BUDGET APPROVAL•To Apply Apply online with a cover letter to https://a127-jobs.nyc.gov/. In the Job ID search bar, enter: job ID number # 413203. We appreciate the interest and thank all applicants who apply, but only those candidates under consideration will be contacted. The NYC Health Department is committed to recruiting and retaining a diverse and culturally responsive workforce. We strongly encourage people of color, people with disabilities, veterans, women, and lesbian, gay, bisexual, and transgender and gender non-conforming persons to apply. All applicants will be considered without regard to actual or perceived race, color, national origin, religion, sexual orientation, marital or parental status, disability, sex, gender identity or expression, age, prior record Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/28927754-assistant-general-counsel-at-nyc-dept-of-health-mental-hygiene

Occupation:     23-1011 Lawyers

Date:   2/2/2020

Title:    Corporate Counsel JDHUNTR House

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobSpider

ID:   76759

Content Description:

In House Counsel Jobs | JDHuntr 33731 Corporate Counsel, General Corporate, New York, NY *provide general legal support and advice to our commercial solutions business. *lead complex client negotiations and counsel internal stakeholders across the commercial business (and around the world). *interact closely with colleagues throughout the Company's legal and compliance functions in order to support the development of new products, services and partnerships. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-9352090.html

Occupation:   23-1011 Lawyers

Date:   2/2/2020

Title:   Assistant General Counsel

Poster:   NYC Department of Citywide Administrative Services

City:  New York, NY

County:  New York

Ad Job Board(s):   GoInHouse

ID:  83809

Content Description:

Job Description The NYC Board of Standards and Appeals is a critical component of the City's regulation of land use, development and construction in New York City. The Board is an independent, administrative review body, with the power to grant relief to landowners whose property is deemed unduly restricted by the City's Zoning Resolution and Building Code. The Board is composed of five full-time commissioners appointed by the Mayor. The Board's staff includes an executive director, general counsel and plan examiners. The Board's mandate includes: providing expert review of zoning variance and special permit applications; appeals to determinations made by the Department of Buildings and Fire Department based on legal doctrine; revocations or modifications of certificates of occupancy; and waivers from other laws, including the Multiple Dwelling Law and the General City Law. Under supervision of the General Counsel, the Assistant General Counsel will: • Draft decisions for adoption by the Board; • Analyze and identify complicated legal issues, conduct independent research, and prepare memoranda of law; • Review applications for development projects and appeals to zoning determinations; • Meet with applicants on proposed development projects and advise on legal parameters; • Liaison with other agencies, including the Department of Buildings and the City's Law Department; • Draft responses to inquiries from applicants and members of the public; • Attend all public meetings of the Board; • Advise staff members on agency rules of procedure and other legal matters; and • Perform other legal duties as directed by the General Counsel or Executive Director. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills • Excellent communication, research and writing skills; • Ability to work independently on major projects; and • Experience in land use and zoning. To Apply Please go to www.nyc.gov/careers and search for Job ID # 431175. For current City employees please go to www.nyc.gov/ess and log into Employee Self Service. NO PHONE CALLS, FAXES OR PERSONAL INQUIRIES PERMITTED. NOTE: ONLY THOSE CANDIDATES UNDER CONSIDERATION WILL BE CONTACTED. Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/29093723-assistant-general-counsel-at-nyc-dept-of-citywide-admin-svcs

Occupation:    23-1011 Lawyers

Date:   2/3/2020

Title:   Corporate Counsel

Poster:  AMPLITUDE

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   82219

Content Description:

About The Role & Team The Corporate Counsel will play a key role on Amplitude's legal team working with cross-functional groups across the company and directly interfacing with our employees, customers, and partners. The position will be based in our San Francisco office and will report to the VP of Legal. As Amplitude's Corporate Counsel, you will: - negotiate and draft a wide range of commercial contracts, including master services agreements, professional services agreements, partnership agreements, reseller agreements, and other types of agreements with customers in support of the global sales team. - take on responsibility for the entire client contracting cycle — from initial draft to execution, working with business teams to drive contract negotiations to timely and successful completion. - draft and maintain standard agreements (nondisclosure agreements, master service agreements, partnership agreements, reseller agreements, consulting agreements, vendor agreements, terms of service and privacy policy). - develop and administer internal processes to assist employees, ensure quick delivery of legal service, and review compliance. - provide practical and strategic business-focused advice to all internal business clients, with the ability to summarize and communicate complex legal concepts, in order to achieve business objectives, mitigate risks and meet legal obligations. - advise on data and privacy law issues, particularly legal requirements regarding COPPA, CCPA and other state and international laws such as the GDPR. - work on various other matters - some legal, some not. You'll be a great addition to the team if you have: - a JD from an accredited institution and are a member of the California bar in good standing - practiced law for at least 5 years and have a mix of in-house and law firm experience - experience reviewing, drafting and negotiating commercial contracts - excellent business judgment and are both detail-oriented and practical - a highly responsive and service-oriented attitude. You interpret "I need it soon" to mean today or tomorrow - the ability to be a self-starter who can handle a fast-paced, high-growth and informal start-up environment where there may be a good deal of ambiguity and a bit of controlled chaos - great communication skills and you know how to talk and write like a human, not a lawyer

URL: https://www.goinhouse.com/jobs/29145116-corporate-counsel-at-amplitude

Occupation:     23-1011 Lawyers

Date:    2/5/2020

Title:    General Counsel JDHUNTR House

Poster:   Poster Not Listed

City:  Montville, NJ

County:  Morris

Ad Job Board(s):     JobVertise

ID:   76529

Content Description:

In House Counsel Jobs | JDHuntr 33089 General Counsel, Montville, NJ To apply go to (link removed) General Counsel is responsible for leading corporate strategic and tactical legal and contractual initiatives. The general counsel provides senior management with effective advice on company strategies and subsequent implementation, manages the legal and contracts function, and obtains and oversees the work of outside counsel. To apply, visit JDHUNTR for the employer s name, contact information and job details. Please do not submit your resume to JDHUNTR. JDHUNTR is a job board and does not have any involvement in this employer s hiring process, other than listing of jobs. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California JDHuntr In-House Counsel Jobs PLEASE CLICK HERE TO APPLY 633 W. 5th Street Los Angeles, CA 90071

URL: http://www.jobvertise.com/job/30326487

Occupation:    23-1011 Lawyers

Date:  2/6/2020

Title:    Associate General Counsel Office General Counsel

Poster:  NYC Department of Health and Mental Hygiene

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:  82047

Content Description:

Job Description The New York City Department of Health and Mental Hygiene (DOHMH) is one of the largest public health agencies in the world. Legal Affairs with in the Office of General Counsel at the DOHMH provides legal support to the agency and its many public health programs that serve more than 8 million New Yorkers. DUTIES WILL INCLUDE BUT NOT BE LIMITED TO: Under the supervision of the General Counsel and/or the Deputy General Counsel, the Agency Attorney III would serve as legal counsel to several public health programs within DOHMH. The Associate General Counsel will perform the following duties: - Draft amendments to the NYC Health Code and Commissioner of Health regulations. - Draft legal documents involving Orders of the Commissioner. - Draft legal documents such as agreements, contracts, and/or memorandums of use. - Provide recommendations on questions of law and administrative policy. - Address concerns related to (but not limited to) enforcement, Freedom of Information Law requests, privacy issues, environmental health and etc. - Make appearances at OATH. - Conduct legal research - Maintain sensitive and confidential information - Manage and distribute information accurately and appropriately - Establish positive working relationships with co-workers and programs. - Other duties as requested . Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills - Graduated from an accredited United States Law School as defined in the Rules of the NY Court of Appeals or admission to the NY State Bar - A member of the New York State Bar with good standing - Highly detail oriented with the ability to prioritize and manage multiple projects - Previous experience using online legal databases such as West Law, CLEAR, and Lexis Nexis - Current working knowledge of Health Department procedures, policies and practices is a plus. -Current experience in or knowledge and interest in Freedom of Information Law requests, Privacy Issues, Animal Control, Day Care and Restaurant Enforcement and other public health matters is a plus. Additional Information **IMPORTANT NOTES TO ALL CANDIDATES: Please note: If you are called for an interview you will be required to bring to your interview copies of original documentation, such as: â€¢ A document that establishes identity for employment eligibility, such as: A Valid U.S. Passport, Permanent Resident Card/Green Card, or Driverâ€™s license. â€¢ Proof of Education according to the education requirements of the civil service title. â€¢ Current Resume â€¢ Proof of Address/NYC Residency dated within the last 60 days, such as: Recent Utility Bill (i.e. Telephone, Cable, Mobile Phone) Additional documentation may be required to evaluate your qualification as outlined in this postingâ€™s â€œMinimum Qualification Requirementsâ€ section. Examples of additional documentation may be, but not limited to: college transcript, experience verification or professional trade licenses. If after your interview you are the selected candidate you will be contacted to schedule an on-boarding appointment. By the time of this appointment you will be asked to produce the originals of the above documents along with your original Social Security card. **LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DOHMH qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the programâ€™s other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/repay-loans/forgiveness-cancellation/public-service To Apply Apply online with a cover letter to https://a127-jobs.nyc.gov/. In the Job ID search bar, enter: job ID number # 424567. We appreciate the interest and thank all applicants who apply, but only those candidates under consideration will be contacted. The NYC Health Department is committed to recruiting and retaining a diverse and culturally responsive workforce. We strongly encourage people of color, people with disabilities, veterans, women, and lesbian, gay, bisexual, and transgender and gender non-conforming persons to apply. All applicants will be considered without regard to actual or perceived race, color, national origin, religion, sexual orientation, marital or parental status, disability, sex, gender identity or expression, age, prior record of arrest; or any other basis prohibited by law. Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange

County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/29294962-associate-general-counsel-office-of-general-counsel-at-nyc-dept-of-health-mental-hygiene

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   2/6/2020

Title:   Assistant General Counsel

Poster:  Kinney Recruiting LP

City:  New York, NY

County:  New York

Ad Job Board(s):    Above The Law

ID:   82055

Content Description:

Description Kinney Recruiting has been engaged, on an exclusive basis, by a large healthcare company in New York, NY, to search for an Assistant General Counsel ("AGC"). The AGC will be based in the company's Manhattan office. We are interested in speaking with an attorney with three (3) to five (5) years of experience advising healthcare providers and/or hospitals in commercial contracts, healthcare regulations, and new healthcare legislation. We welcome candidates with in-house (insurance company, hospital systems) or private practice experience. Note that because this company has fully staffed compliance and procurement teams, the ideal candidate should have at least three (3) years of true legal experience. A JD from a US law school and admission to the New York bar is required. The winning candidate will have the opportunity to interface with business units outside of the legal team, as well as work directly with the company's leadership. Competitive compensation and benefits are on offer, which includes health, dental, and vision coverage, life insurance, PTO, and 401(k) match.The legal team is eager to interview and hire the right candidate. To learn more, submit your resume or send a note to jobs@kinneyrecruiting.com. Apply

URL: https://abovethelaw.com/job/assistant-general-counsel-99517/

Occupation:    23-1011 Lawyers

Date:  2/6/2020

Title:   Legal Land Use Special Counsel

Poster:  NYC PRESIDENT BOROUGH OF MANHATTAN

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:  82060

Content Description:

Job Description Manhattan Borough President Gale A. Brewer seeks an admitted attorney with significant New York City land use experience to serve as Special Counsel to the Borough President, her General Counsel, and the Land Use Division of the Manhattan Borough Presidentâ€™s Office. Applicant will have knowledge of the NYC zoning resolution, environmental review process, the City Charter and other relevant statutes and regulations. Applicant will be able to participate in the prosecution of current lawsuits and possible future legal actions on behalf of the Borough President related to land use and other matters. Responsibilities include but not limited to: consulting with the Land Use Division on range of planning and development issues and reviewing ULURP recommendations; identifying and making recommendations on various issues of concern to the Borough President and potential strategies to address them; responding to FOIL requests, assisting with ACCO-related work and conflict of interest and EEO issues as they relate to staff and community boards. In addition, applicant may be required to represent the MBPO at community meetings involving Land Use and other issues. MBPO employees work 35 hours per week. Weekend and evening work hours may be required. Incumbent must remain a Member of the New York State Bar in good standing for the duration of this employment. Minimum Qual Requirements 1. A license to practice law in the State of New York; and 2. Three (3) years of satisfactory legal experience subsequent to admission to the bar. Preferred Skills Responsible, relevant, satisfactory legal and land use experience. To Apply Interested candidates must complete both of the following steps: 1. Email a cover letter, resume, IN ONE DOCUMENT ATTACHMENT(word or PDF) to resumes@manhattanbp.nyc.gov with â€œSpecial Counselâ€•in the subject line, AND 2.

URL: https://www.goinhouse.com/jobs/29358648-special-counsel-legal-land-use-at-nyc-president-borough-of-manhattan

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  2/6/2020

Title:    Assistant General Counsel Ozone

Poster:  The New York Racing Association

City: New York, NY

County:  New York

Ad Job Board(s):    Geebo

ID:  82061

Content Description:

Collaborating internally with members of the business operations this person will be responsible for understanding business unit responsibilities and translating them into insights and actions to protect and maintain NYRA's intellectual property, regulatory authorizations and legal rights. Responsibilities Draft, review, negotiate and manage wide range of legal agreements while minimizing business risk. Advise internal business clients on contract interpretation and negotiation. Interpret applicable gaming laws and regulations and advise internal business clients as to legal and regulatory requirements. Collaborate closely with the legal team, internal business clients, and other business areas including Simulcasting, Advanced Deposit Wagering, Content Rights and distribution (domestic and international). Other projects and matters as required. Ensures that business units understand, incorporate and fo Salary Range: NA Minimum Qualification Legal & Regulatory

URL: https://ozonepark-ny.geebo.com/jobs-online/view/id/769341150-assistant-general-counsel-in-/

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  2/8/2020

Title:    Assistant General Counsel Life Insurance Annuities Regulatory Attorney

Poster:  New York Life

City:  New York, NY

County:  New York

Ad Job Board(s):    New York Life Insurance Company; US Jobs; The Job Network; Geebo

ID:  76407

Content Description:

A career at New York Life

URL: https://newyorkcity-ny.geebo.com/jobs-online/view/id/769687116-assistant-general-counsel-life-/

Occupation:    23-1011 Lawyers

Date:  2/11/2020

Title:   Assistant General Counsel

Poster:  City Of New York

City:  New York, NY

County:  New York

Ad Job Board(s):   Monster

ID:  81872

Content Description:

Mayors Office Of Information Privacy Assistant General Counsel Agency Attorney II The Mayor s Office of Information Privacy (MOIP),
was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The
Office is housed within the Mayor s Office of Operations, and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and
centrally coordinate responsible data-sharing practices citywide, and continue to improve how the City uses data to inform equitable,
responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayor s Office of Operations is
recruiting for one (1) Agency Attorney II to function as an Assistant General Counsel. Responsibilities include, but are not limited to:
Analyzing the broad array of legal issues affecting Operations and MOIP, and thinking creatively about how to address these issues.
Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as
necessary. Researching models of other jurisdictions in handling complex legal issues and projects. Assisting in supporting citywide
compliance with the mandates of privacy and other relevant laws, regulations and policies. Partnering with City agencies as needed to
assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. Representing
the Office on interagency task forces, working groups, and projects. Drafting memoranda of understanding, guidelines, policies, and
other legal documents. Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies,
Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as
needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. Managing
implementation of projects and work streams related to regulatory matters and other citywide policy issues with legal implications.
Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to
advance citywide privacy protection compliance and best practices. Qualification Requirements: Admission to the New York State Bar;
and either "2" or "3" below. One year of satisfactory United States legal experience subsequent to admission to any state bar; or Six
months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in
good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned
to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal
experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must
have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission
to the bar, in the areas of law related to the assignment. Preferred Skills Experience related to privacy law analysis and data
integration; comfort with data and technology concepts. Excellent organizational, time-management, and multi-tasking skills,
including the ability to take initiative, problem solve, balance competing priorities, work independently and with teams in a fast-paced
environment, pay close attention to detail, meet deadlines, and work well under pressure. Strong oral and written communication
skills, including effective public speaking skills and proven ability to present the Office s position in meetings with high level officials
and other governmental and private entities. Proven ability to establish and maintain effective and congenial working relationships
with a wide range of governmental and external entities. Effective and creative leadership ability with the capacity to work both
independently and cooperatively to implement key strategies, evaluate new policies, and analyze legal issues. Residency Requirement:
New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have
worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange
County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of
interview. Salary Range: $69,176-$79,552 (Annual) New York City offers an excellent and comprehensive benefits package. For
consideration, please go to and search for Job ID # 396310 to apply. SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL
RECEIVE AN INTERVIEW. HRA/DSS IS AN EQUAL OPPORTUNITY EMPLOYER.

URL: https://job-openings.monster.com/assistant-general-counsel-new-york-city-ny-us-city-of-new-
york/215799453?WT.mc_n=sk_feed_wantedtech

Occupation:    23-1011 Lawyers

Date:   2/11/2020

Title:    General Counsel

Poster:  Kickstarter

City: Brooklyn, NY

County:  Kings

Ad Job Board(s):    TheLadders.com

ID:   81881

Content Description:

Job Description Kickstarter, PBC is seeking an experienced General Counsel to join our team. About the Team Kickstarter is a Public Benefit Corporation, and our mission is to help bring creative projects to life. We measure our success as a company by how well we achieve that mission, not by the size of our profits. In our charter, we spell out our mission, our values, and the commitments we have made to pursue them. About the Role The General Counsel at Kickstarter is an important leadership role. Our GC is central to our day-to-day operations and is a key partner in committed areas of innovation and leadership for Kickstarter -- from corporate and governance structures to site policy to public policy. As Kickstarters approach is unique, so is this role. Its an opportunity to help push things forward, considering impact both inside and outside of Kickstarters walls. This position See More Valid through: 2020-3-30

URL: https://www.theladders.com/job/general-counsel-kickstarter-brooklyn-ny_42049071

Occupation:    23-1011 Lawyers

Date:   2/11/2020

Title:   Assistant General Counsel

Poster:   NYC Mayors? Office Of Information Privacy

City:  New York, NY

County:  New York

Ad Job Board(s):   lawjobs; The Job Network

ID:   81908

Content Description:

Assistant General Counsel Mayorsâ€™ Office Of Information Privacy Assistant General Counsel Agency Attorney II The Mayorâ€™s Office of Information Privacy (MOIP), was established by Executive Order 34 (2018) in accordance with Local Laws 245 and 247 of 2017 (Identifying Information Law). The Office is housed within the Mayorâ€™s Office of Operations, and headed by a Chief Privacy Officer (CPO). MOIP works to enhance and centrally coordinate responsible data-sharing practices citywide, and continue to improve how the City uses data to inform equitable, responsible policies grounded in privacy best practices that are aligned with applicable law. The Mayorâ€™s Office of Operations is recruiting for one (1) Agency Attorney II to function as an Assistant General Counsel. Responsibilities include, but are not limited to: - Analyzing the broad array of legal issues affecting Operations and MOIP, and thinking creatively about how to address these issues. - Providing legal analysis, opinions, and advice on complex privacy and data security matters, conducting legal and other research as necessary. - Researching models of other jurisdictions in handling complex legal issues and projects. - Assisting in supporting citywide compliance with the mandates of privacy and other relevant laws, regulations and policies. - Partnering with City agencies as needed to assist in negotiating and handling data privacy and security matters, relevant legislation, and questions, and responses. - Representing the Office on interagency task forces, working groups, and projects. - Drafting memoranda of understanding, guidelines, policies, and other legal documents. - Conducting legal research to help ensure agency compliance with applicable laws, regulations, and policies, - Collaborating with the Law Department, other agency counsel, and policy and technical staff from City agencies and outside entities as needed to assist in strategy and handling legal questions and responses and to implement key policy goals and projects. - Managing implementation of projects and work streams related to regulatory matters and other citywide policy issues with legal implications. - Other legal work as necessary to support the goals of Operations, the Office of Information Privacy, and Administration, and to advance citywide privacy protection compliance and best practices. Qualification Requirements: - Admission to the New York State Bar; and either "2" or "3" below. - One year of satisfactory United States legal experience subsequent to admission to any state bar; or - Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills - Experience related to privacy law analysis and data integration; comfort with data and technology concepts. - Excellent organizational, time-management, and multi-tasking skills, including the ability to take initiative, problem solve, balance competing priorities, work independently and with teams in a fast-paced environment, pay close attention to detail, meet deadlines, and work well under pressure. - Strong oral and written communication skills, including effective public speaking skills and proven ability to present the Officeâ€™s position in meetings with high level officials and other governmental and private entities. - Proven ability to establish and maintain effective and congenial working relationships with a wide range of governmental and external entities. - Effective and creative leadership ability with the capacity to work both independently and cooperatively to implement key strategies, evaluate new policies, and analyze legal issues. Residency Requirement: New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview. Salary Range: $69,176-$79,552 (Annual) New York City offers an excellent and comprehensive benefits package. For consideration, please go to https://a127-jobs.nyc.gov and search for Job ID # 396310 to apply. SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL RECEIVE AN INTERVIEW. HRA/DSS IS AN EQUAL OPPORTUNITY EMPLOYER.

URL: https://lawjobs.com/job/assistant-general-counsel-new-york-new-york-181852

Occupation:    23-1011 Lawyers

Date:   2/11/2020

Title:   Corporate Counsel Autonomous Mobility

Poster:   JAGUAR LAND ROVER

City:  Mahwah, NJ

County:  Bergen

Ad Job Board(s):   GoInHouse

ID:   83788

Content Description:

Position Summary: Reporting to the General Counsel for North America, the attorney in this role shall assist the legal department of Jaguar Land Rover North America by providing legal advice to the company to support autonomous mobility projects which will require substantial experience in contract drafting, interpretation and negotiation, as well as knowledge of automotive franchise laws, warranty obligations, and customs, safety, and emissions compliance and other related areas of law. The attorney shall advise the company regarding best practices, policies and processes relating to the foregoing topics. The attorney may also be required to handle privacy law issues, insurance-related issues, and assist the legal department as needed in other areas of law. This attorney shall continuously develop and maintain the legal expertise needed to perform the role. The successful candidate must have the ability to actively manage a large workload, juggle different legal areas and projects and to prioritize tasks, while planning and accomplishing objectives in a timely manner. He/She must have strong business acumen and be able to work productively and collaboratively with the business teams in a solution-oriented manner, remain flexible to respond to the changing requirements of the business and evolving needs of the legal department, and must perform tasks in a hands-on manner with excellent judgment on getting value from outside counsel. Key Responsibilities: - Provide daily legal services related to autonomous mobility projects of the company, including contracts, warranty issues, compliance/safety regulatory issues, and other related areas of law. Train the business in best practices on the foregoing areas. - Assist in areas of privacy law, insurance-related issues, consumer law issues and assist as needed in other areas of law and other needs of the legal department Job Requirements: - Bachelor's degree and a J.D. degree from an accredited law school - Member of the Bar in a U.S. state and be in good standing - 5+ years of relevant experience - Advanced commercial contract experience - Superior drafting and negotiating skills - Proficient with Microsoft Office Suite (Outlook, Word, Powerpoint, and Excel) - Excellent organizational, written, and verbal communication skills - Advanced automotive experience strongly preferred - Must be willing to travel domestically and internationally as needed

URL: https://www.goinhouse.com/jobs/29689396-corporate-counsel-autonomous-mobility-at-jaguar-land-rover

Occupation:    23-1011 Lawyers

Date:   2/12/2020

Title:   Assistant General Counsel

Poster:   NYC Dept. of Info. Tech & Telecom. (DOITT)

City:  New York, NY

County:  New York

Ad Job Board(s):   GoInHouse

ID:  83786

Content Description:

Job Description DoITT provides for the sustained, efficient and effective delivery of IT services, infrastructure and telecommunications to enhance service delivery to New York City's residents, businesses, employees and visitors. As the City's technology leader, DoITT is responsible for maintaining the foundational IT infrastructure and systems that touch every aspect of City life from public safety to human services, from education to economic development crossing the full spectrum of governmental operations. The Opportunity: The Office of General Counsel seeks an accomplished and highly capable attorney to join its Contracts Unit to draft and negotiate contract documents in support of the Department s responsibility to provide appropriate, reliable, cost-effective and responsive information technology and telecommunications products and services for the benefit of the City. These contracts include the procurement of sophisticated technologies that are critical to City operations, and range in value from tens of thousands of dollars to hundreds of millions of dollars in products and services. What you will do: Working under the supervision of Senior Counsel, the Contracts Counsel will perform duties including: â€¢ Coordinate and lead contract negotiations with prospective vendors, or assist agency managers in conducting such negotiations; â€¢ Draft contracts or contract provisions; â€¢ Interview agency personnel to gain an understanding of planned programs and projects in order to formulate `the contracting objectives; â€¢ Review and revise draft solicitation documents (such as invitations for bids and RFPs); â€¢ Review and revise draft contracts submitted by prospective vendors; â€¢ Provide advice and information to agency personnel about the negotiation, drafting, and administration of contracts; â€¢ Consult personnel of the Cityâ€™s Law Department or the Mayorâ€™s Office of Contract Services as warranted; â€¢ Maintain productive and amicable relationships with vendors and prospective vendors. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills The preferred candidate should possess the following: â€¢ Knowledge of general contract law principles; â€¢ Experience negotiating and drafting information technology and telecommunications contracts; â€¢ Knowledge of contract provisions relevant to different types of information technology contracts (for example, licensing, cyber-security, cloud computing, artificial intelligence); â€¢ Knowledge of state and local law. To Apply For City employees, please go to Employee Self Service (ESS), click on Recruiting Activities > Careers, and search for Job ID #425135 For all other applicants, please go to www.nyc.gov/jobs/search and search for Job ID #425135 SUBMISSION OF A RESUME IS NOT A GUARANTEE THAT YOU WILL RECEIVE AN INTERVIEW APPOINTMENTS ARE SUBJECT TO OVERSIGHT APPROVAL The Department of Information Technology & Telecommunications and the City of New York are equal opportunity employers. DoITT participates in E-Verify Hours/Shift Day - Due to the necessary support duties of this position in a 24/7 operation, candidate may be required to work various shifts such as weekends and/or nights/evenings. Work Location Brooklyn, NY Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/29702813-assistant-general-counsel-at-nyc-dept-of-info-tech-telecomm

Occupation:    23-1011 Lawyers

Date:  2/13/2020

Title:    Associate General Counsel Chief Privacy Officer

Poster:  The PeterSan Group

City:  New York, NY

County:  New York

Ad Job Board(s):    Association of Corporate Counsel

ID:  76030

Content Description:

Our client, a recognized non-profit headquartered in New York City, is seeking an experienced attorney to serve as their Chief Privacy Officer. This role will be a true strategic partner who guides the organization, its leaders and staff with regard to a wide spectrum of privacy and data security related matters, combines deep subject matter expertise with a complex understanding of the operational, technical, communications and customer implications of policy decisions, and brings strong leadership and project management skills to the cross-functional design, implementation and enforcement of the organizationâ€™s privacy and data security policies. - - Responsibilities for this role with include the following: - -Build and evolve a comprehensive privacy program governing the collection, use and disclosure of personal data. - -Drive awareness and implementation of the privacy program at all levels of the organization. - - Strategically advise on the development of products and services that anticipate and successfully navigate privacy considerations. - - Counsel on global privacy laws, including GDPR, and other privacy, marketing and data security laws, including CAN-SPAM, TCPA and PCI - DSS. - -Independently or collaboratively draft, review, and negotiate various agreements and responses to RFPs as they pertain to privacy and data security (e.g., vendor and services agreements; government contracts with federal, state and municipal entities; collaborative research requests and proposals). - -Partners with the data governance team, information security teams and the Chief Information Security Officer on data governance policies, practices, standards and certifications. Candidates should have the following qualifications in order to be considered: -A strong academic record from top schools -At least 7-10 years of broad and relevant legal experience with a law firm and/or corporate legal department, much of it spent advising on privacy, data security and data sharing matters. -Ability to build privacy programs including implementing privacy impact assessments.

URL: https://jobline.acc.com/jobs/13362107/chief-privacy-officer-associate-general-counsel-new-york-city-or-washington-dc

Occupation:    23-1011 Lawyers

Date:   2/14/2020

Title:    AVP Product Development Attorney

Poster:  Arch

City:  Newark, NJ

County:  Essex

Ad Job Board(s):    GoInHouse

ID:   81755

Content Description:

Mid-level attorney to work with Arch's Enterprise Product Development team within Corporate Underwriting Services (CUS). Review, draft and create insurance coverage forms for multiple business units and coverage lines, including standard P&C lines. Communicate and collaborate with Underwriters, Managers, Claim Attorneys, Compliance and the Legal department to ensure products remain competitive while protecting their profitability.Help business units identify and prioritize product development needs.Remain apprised of and monitor U.S. case law, regulations, legal trends and emerging issues affecting insurance coverage. 5 - 10 years of insurance contract drafting and insurance industry experience.Strong analytical skills and attention to detail.Thorough understanding of insurance contract language and legal precedentAbility to manage projects from concept to fruition with minimal oversight Excellent time management and organizational skills.Strong oral and written communication skills.Ability to review and assess the impact of legal decisions and court cases on insurance contract language.

URL: https://www.goinhouse.com/jobs/29922024-avp-product-development-attorney-jersey-city-nj-at-arch

Occupation:    23-1011 Lawyers

Date:   2/17/2020

Title:    E-DISCOVERY Attorney Added Staffing Upcoming Docume IV

Poster:   Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:   75842

Content Description:

Special Counsel is staffing an upcoming document review project that is expected to start as early as week of Feb. 17th in NYC . Please see details below for more information regarding this assignment. Details and Requirements: - Expected Start: Sometime during week of Feb. 17th - Approximate Duration: TBD - Bar Requirement: Must be barred in NY and be active and in good standing - Hour Requirement: Work at least a minimum of 40 hours a week flexible for more - Pay Rate:$31/hr plus OT after 40 hours worked - Location: NY Special Counsel Turnkey Legal Center - midtown - Preferred Experience: If you'd like to be considered for this upcoming Document Review Attorney job in New York , please submit your resume today. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2588722

Occupation:     23-1011 Lawyers

Date:   2/18/2020

Title:   JDHuntr House General Counsel Assistant Control

Poster:   Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    JobSpider

ID:   75786

Content Description:

In House Counsel Jobs California | JDHuntr 34010 Assistant General Counsel, Contracting, General Corporate, New York, NY *Negotiate and draft contracts, *provide legal review and advice in support of data and digital technology resources across the institution to support patient care and research objectives. *Work closely with technology leadership in the review and development of all policies and procedures, and training materials, in relation to technology operations. *Proactively advise on substantive areas of law and be familiar with the impact of anti-kickback regulation in contracting matters. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-9403445.html

Occupation:    23-1011 Lawyers

Date:   2/22/2020

Title:    Senior Director Associate General Counsel Gene Therapy

Poster:  PTC Therapeutics

City:  South Plainfield, NJ

County:  Middlesex

Ad Job Board(s):    TheLadders.com; Geebo; The Job Network

ID:   81413

Content Description:

Summary: The PTC Legal Team strives to be a valued business partner accelerating innovation and access to our medicines for patients in need, while balancing opportunity and risk in the conduct of our work . In every matter we handle, we strive to : â€¢ Provide business-focused advice, solutions and support ; â€¢ Demonstrate a thorough understanding of the business; â€¢ Anticipate challenges and remove obstacles; â€¢ Communicate promptly, clearly and effectively; â€¢ Navigate the legal landscape, identifying risk s and formulating alternatives where possible; and â€¢ Exemplify the PTC Expectations. Job Description: The Senior Director, Associate General Counsel â€" Gene Therapy is a newly created position based in our South Plainfield, NJ office and provides legal support for PTC's gene therapy bu See More Valid through: 2020-4-17

URL: https://www.theladders.com/job/sr-director-associate-general-counsel-gene-therapy-ptcbio-south-plainfield-nj_42266945

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:    2/23/2020

Title:    Corporate Counsel Research

Poster:   Flatiron Construction Corp.

City:  New York, NY

County:  New York

Ad Job Board(s):     TheLadders.com

ID:   81344

Content Description:

We're looking for a Corporate Counsel to help us accomplish our mission to improve lives by learning from the experience of every cancer patient. Here's what you need to know about the role, our team and why Flatiron Health is the right next step in your career. What You'll Do In this role, you'll work with the Legal, Privacy & Compliance team to provide legal and strategic support across the entire company. Reporting to the Associate General Counsel, you'll work efficiently to drive our business forward while maintaining high standards for professionalism and compliance. This role will provide product, regulatory, commercial and compliance support to our Life Sciences team. This role may also support associated business development and partnership activities, as well as other legal matters that inevitably arise throughout our day. Working collaboratively with other members of the department, these roles will work across the company to identify needs, a See More Valid through: 2020-4-14

URL: https://www.theladders.com/job/corporate-counsel-research-flatironcorp-new-york-ny_42214519

Occupation:     23-1011 Lawyers

Date:   2/23/2020

Title:    Assistant General Counsel

Poster:   XL Specialty Insurance Company

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com

ID:   81394

Content Description:

The Assistant General Counsel will provide day-to-day legal support to multiple commercial property and casualty underwriting business units. Candidate must also have regulatory compliance knowledge so that they can interface in a meaningful way with the regulatory compliance team. What will your essential responsibilities include? - Assist in product development and existing product support, including: draft and review proprietary insurance policies and manuscript endorsements, provide legal advice regarding coverage terms and conditions - Serve as legal counsel to executives and underwriters of US underwriting business units - Provide creative and timely legal advice and guidance on wide range of insurance and corporate issues - Draft, review and negotiate large variety of commercial contracts (including producer, program administrator, confidentiality, third party administrator, vendor, indemnity, collateral related, etc.) - Colla See More Valid through: 2020-4-13

URL: https://www.theladders.com/job/assistant-general-counsel-xlgroup-new-york-ny_42208828

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   2/25/2020

Title:   Vice President Attorney

Poster:  AT&T

City:  New York, NY

County:  New York

Ad Job Board(s):    AT&T; ManhattanJobs.com; US Jobs; Black Enterprise

ID:  81273

Content Description:

Description Xandr is seeking a bright, highly motivated, and experienced attorney for our legal team. The person in this role will support our privacy and technology teams. In this role, you will work closely with internal clients to promote and support the responsible use of data. You will help the clients navigate legal and business risks and make sound decisions under tight deadlines. You'll have the opportunity to help enable innovative uses of data in a legally and ethically responsible way and to play a meaningful part in our company's mission to transform advertising. The ideal candidate is a business-minded lawyer who understands business objectives and helps balance legal risks. This person is also a creative problem-solver and a team player who is collaborative and yet comfortable making decisions. The ideal candidate is passionate about data and technology, including privacy, data protection, and security. For the right candidate, there will be an opportunity to lead a small, but dedicated team of privacy professionals. This position will be located in New York, New York (Flatiron area) or Richardson, Texas. About the team: At Xandr, we make advertising matter. The mission of the Legal team is to serve as a trusted business partner in reinventing advertising. We strive to apply both legal acumen and business judgment to provide sound, practical legal advice to all functions throughout the organization. Our responsibilities run the gamut, so we need to understand the legal issues that affect digital media and advertising. We are energized by the challenges of serving this dynamic, fast-moving part of the broader AT&T family. Qualifications Ã¢â‚¬Â¢ JD degree Ã¢â‚¬Â¢ 6+ years of experience at a law firm or in-house legal department Ã¢â‚¬Â¢ Prior technology, advertising, data governance, privacy, or data protection experience required Ã¢â‚¬Â¢ Business judgment and ability to assess legal risk while also thinking strategically and providing practical advice Ã¢â‚¬Â¢ Strong work ethic and proven ability to multi-task and set priorities Ã¢â‚¬Â¢ Exceptional communication, analytical and writing skills Ã¢â‚¬Â¢ Ability and desire to work both autonomously and collaboratively Ã¢â‚¬Â¢ Licensed to practice law in at least on state, with the ability to gain authorizationto practice in New York or Texas, as applicable More about you: Ã¢â‚¬Â¢ You challenge yourself to constantly improve Ã¢â‚¬Â¢ You are not satisfied with "good enough" Ã¢â‚¬Â¢ You look for novel solutions to complex problems Ã¢â‚¬Â¢ You are a problem solver who looks beyond the surface to understand root causes so that you can build long-term solutions.

URL: https://www.manhattanjobs.com/jobs/vp-attorney-new-york-ny-10176-1147069947-job.html

Occupation:     23-1011 Lawyers

Date:   3/1/2020

Title:    Senior Corporate Counsel Fda

Poster:   Quest Diagnostics

City:  Secaucus, NJ

County:  Hudson

Ad Job Board(s):     TheLadders.com

ID:   75432

Content Description:

Sr Corporate Counsel , FDA Recognized by FORTUNE magazine as one of the "World's Most Admired Companies," Quest Diagnostics is the world's leading provider of diagnostic testing, information and services that doctors and patients need to make better healthcare decisions. They are pioneers in developing inno vat ive diagnostic tests and advanced healthcare information technology solutions that help improve patient care . With corporate headquarters in Secaucus, NJ, Quest Diagnostics is a Fortune 500 company trade d on the New York Stock Exchange (NYSE: DGX) and included in the Dow Jones Sustainability World Index. With 2019 revenues of around $7.7 Billion and approximately 46,000 employees and 6,600 patient See More Valid through: 2020-4-24

URL: https://www.theladders.com/job/sr-corporate-counsel-fda-questdiagnostics-secaucus-nj_42329221

Occupation:     23-1011 Lawyers

Date:  3/2/2020

Title:    House Corporate Counsel Media Entertainment Leader

Poster:  Whistler Partners

City:  New York, NY

County:  New York

Ad Job Board(s):    The Job Network

ID:  75422

Content Description:

Corporate/IP Counsel Media & Entertainment Leader Dream Job Alert Our friends at a leader in media and entertainment, a name we all know and most of us love, are looking to add a Corporate/IP Counsel. Work will include a mix of marketing, advertising, ecommerce, venue agreements, commercial contracts, and privacy. Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/212306137/corporate-attorney-job-in-new-york-ny

Occupation:     23-1011 Lawyers

Date:  3/3/2020

Title:   Vice President Assistant General Counsel

Poster:  Execunet

City:  New York, NY

County:  New York

Ad Job Board(s):   CareerBuilder; Geebo; The Job Network

ID:  75376

Content Description:

Key Responsibilities: - Develop, implement and administer plan to attain and maintain corporate status as a Covered Entity under HIPAA - Advise senior management on HIPAA compliance issues - Assist with overall administration of Company's corporate compliance program - Negotiate and draft contracts with healthcare providers, payors (private and public), physicians, and other key stakeholders on behalf of WW's Health Solutions team - Work with Company's senior management and security/privacy teams to maintain compliance with applicable laws - Perform assessments of risks and mitigation of potential breach incidents Requirements: - J.D. with both law firm and in-house experience preferred - Experience in creating, implementing and administering a HIPAA compliance program - Excellent business judgment and comfort partnering with and advising management team - Familiarity with GDPR, CCPA, COPPA and other relevant privacy and security laws and regulations preferred - Experience with Medicare/Medicaid programs and compliance - Experience with Diabetes Prevention Programs preferred - Nationally recognized privacy certification (e.g. IAPP) preferred - Interest in global healthcare compliance issues - Ability to work independently and in fast-paced environment - Skilled at collaborating effectively across different levels of an organization - Experience successfully managing multiple projects simultaneously - Strong interest in working for a global health and wellness industry leader making a real difference in people's lives Location/Region: New York, NY (10261)

URL: https://jobs.thejobnetwork.com/job/212680996/general-counsel-job-in-new-york-ny-10261

Occupation:     23-1011 Lawyers

Date:   3/4/2020

Title:   E-DISCOVERY Attorney Added Staffing Upcoming Docume II

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):   Special Counsel

ID:   75336

Content Description:

Special Counsel is staffing an upcoming document review project that is expected to start as early as week of March 9th in NYC . Please see details below for more information regarding this assignment. Details and Requirements: - Expected Start: Sometime during week of March 9th - Approximate Duration: TBD - Bar Requirement: Must be barred in NY and be active and in good standing - Hour Requirement: Work at least a minimum of 40 hours a week flexible for more - Pay Rate:$31/hr plus OT after 40 hours worked - Location: NY Special Counsel Turnkey Legal Center - midtown - Preferred Experience: If you'd like to be considered for this upcoming Document Review Attorney job in New York , please submit your resume today. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2588722

Occupation:     23-1011 Lawyers

Date:   3/5/2020

Title:   Compliance Director Legal Council

Poster:  Successful AD Partnership

City:  New York, NY

County:  New York

Ad Job Board(s):    The Job Network

ID:  80852

Content Description:

SUMMARY The Compliance Director/Legal Counsel will be an attorney, and member of senior management who will work with Agency teams regarding all client related legal and advertising matters. Requirements - 3-5 years of experience with advertising law - Meticulous attention to detail and strong organizational skills - Excellent written and oral communication skills - Active membership to the New York state bar required (Knowledge and familiarity with the following ) - Production Creative- Video Scripts - Production Shoots-Location Release -Talent Release-Asset Release/Permission -Music License - Digital Creative-Banners, Media Videos Media Copy - Print Creative- Image, Copy - Events/PR-Sponsorship Agreements, Sweepstakes/Contest Rules, Vendor Agreements, Influencer Agreements, Events Creative, Releases/Misc - Social Media -Post (Image & Copy), YouTube Tags/Descriptions - Bloggers Service Agreements- Blog & Images - Talent- Service Agreements, Multiâ€Service Agreements - New Business-NDA, LOI/Term Sheets, MSA/Consulting Agreements - Talent Vetting, SAG Contracts (for casted talent) - Session and Reuse - Invoice Processing - Legal Log Questions - Kickâ€Off Meetings/Preâ€Production Concept Review - All Agreement Drafting and Reviews - Social Media - Digital/Print Reviews Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/214027356/compliance-director-job-in-new-york-ny

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:   3/8/2020

Title:    Associate General Counsel

Poster:   Rainbow Rehabilitation Centers

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com; Geebo

ID:   75167

Content Description:

Orchard is looking for an Associate General Counsel to join our dynamic and rapidly growing team. As the second member of the Legal team, you are ready to roll up your sleeves and make an immediate impact. You will play a key role in our rapidly growing business, partnering with our General Counsel and other teams across the company to help build and evolve our product offerings, expand to new jurisdictions, and grow the business, all while balancing business objectives and legal risk across the multiple highly-regulated sectors in which we operate. You will act as a legal swiss-army knife, comfortable working independently across several di See More Valid through: 2020-4-30

URL: https://www.theladders.com/job/associate-general-counsel-perch-new-york-ny_42405874

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation: 23-1011 Lawyers

Date: 3/9/2020

Title: Deputy General Counsel

Poster: Sirius International Insurance Corporation

City: New York, NY

County: New York

Ad Job Board(s): TheLadders.com

ID: 74929

Content Description:

Sirius International Insurance Group, Ltd. ("Sirius") is an international, multi-billion dollar, public company with worldwide interests in insurance and reinsurance. Listed on the NASDAQ ("SG"), Sirius is a Bermuda domiciled holding company providing reinsurance on a worldwide basis through four principal segments: Global Property, Global A&H, Specialty & Casualty, and Run-off and Other. Sirius has locations around the globe, with principal locations in Bermuda, Stockholm, New York and London. Sirius provides insurance and reinsurance products worldwide. Sirius offers insurance and reinsurance products for property lines and agriculture, accident and health, medical travel, aviation and space, marine, trade credit, contingency, casualty, surety, asbestos risks, environmental risks, and other long-tailed liability exposures, as well as administration services. They are also involved See More Valid through: 2020-4-27

URL: https://www.theladders.com/job/deputy-general-counsel-siriusinternationalinsurancegroup-new-york-ny_42359847

Occupation:     23-1011 Lawyers

Date:   3/9/2020

Title:   General Counsel

Poster:  Eyeota

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   80712

Content Description:

Almost there. Subscribe to see the details of this job and get our weekly email with top in-house jobs straight to your inbox. Easy unsubscribe at any time. Enter your email here... Subscribe

URL: https://www.goinhouse.com/jobs/31218124-general-counsel-at-eyeota

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   3/10/2020

Title:    E-DISCOVERY Attorney Added Staffing Upcoming Docume III

Poster:  Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:   75103

Content Description:

Special Counsel is staffing an upcoming document review project that is expected to start as early as week of March 16th in NYC . Please see details below for more information regarding this assignment. Details and Requirements: - Expected Start: Sometime during week of March 16th - Approximate Duration: TBD - Bar Requirement: Must be barred in NY and be active and in good standing - Hour Requirement: Work at least a minimum of 40 hours a week flexible for more - Pay Rate:$31/hr plus OT after 40 hours worked - Location: NY Special Counsel Turnkey Legal Center - midtown - Preferred Experience: If you'd like to be considered for this upcoming Document Review Attorney job in New York , please submit your resume today. Also, please visit the Special Counsel website at www.specialcounsel.com to review all current career opportunities. Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us - Our VP of Delivery started as a Document Review with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery; - We are the legal branch of Adecco, and we have a presence all around the world. Available benefits: Competitive hourly rate; direct deposit; optional medical, dental, and vision coverage; flexible hours; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2588722

Occupation:    23-1011 Lawyers

Date:  3/10/2020

Title:   Corporate Counsel

Poster:  Workday

City:  New York, NY

County:  New York

Ad Job Board(s):    Workday; GoInHouse

ID:   80661

Content Description:

Almost there. Subscribe to see the details of this job and get our weekly email with top in-house jobs straight to your inbox. Easy unsubscribe at any time. Enter your email here... Subscribe

URL: https://www.goinhouse.com/jobs/31316290-corporate-counsel-at-workday

Occupation:    23-1011 Lawyers

Date:  3/11/2020

Title:    Deputy General Counsel

Poster:  Apifiny Group Inc

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:  75059

Content Description:

Almost there. Subscribe to see the details of this job and get our weekly email with top in-house jobs straight to your inbox. Easy unsubscribe at any time. Enter your email here... Subscribe

URL: https://www.goinhouse.com/jobs/31344860-deputy-general-counsel-at-apifiny-group-inc

Occupation:    23-1011 Lawyers

Date:  3/11/2020

Title:    E-DISCOVERY Attorney Added Currently Document Revie

Poster:  Special Counsel

City:  West Orange, NJ

County:  Essex

Ad Job Board(s):    Special Counsel

ID:  80618

Content Description:

Special Counsel is currently seeking document review attorneys for a document review project in West Orange, N.J. which is scheduled to start on March 25th . Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: March 25th - Expected Duration: 3 months - Hour requirement: 40 hours minimum up to 50 hours a week - Pay:$33/hr. - Location: On site at client's office in West Orange, N.J. Required Qualifications: - eDiscovery experience: Prior document review experience preferred - Bar/License: Must be admitted and in good standing with any US Jurisdiction If you are available and meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2759465

Occupation:    23-1011 Lawyers

Date:  3/12/2020

Title:   Vice President General Counsel

Poster:  Varonis Systems, Inc.

City:  New York, NY

County:  New York

Ad Job Board(s):    Varonis Systems Inc.; VentureLoop

ID:  75034

Content Description:

Description Varonis Systems, a publicly traded, Software Company with approximately 1,500 employees and independent contractors worldwide, is looking for a corporate counsel. The candidate will, among other things, ( i ) draft and negotiate all types of agreements between the Company and its customers, partners and vendors, with a particular focus on license agreements, (ii) handle various corporate and securities matters related to the Company and its subsidiaries worldwide; and (iii) work and coordinate with local, outside counsel as necessary. Responsibilities Provide support to route to market business owners (e.g. Distribution, OEM, Cloud Provider, Resell), Global program teams (e.g. Partner Programs, Incentives, Channel Compliance), Channel sales & the worldwide Commercial Legal team to provide general advice and counsel and draft, review and negotiate a broad range of complex commercial agreements with our Channel Partners & Distributors involving the sale of software licenses, hardware, and cloud services. Acting as a trusted advisor to the Channel leadership & associated business teams and provide ongoing counsel while bringing ideas that help define broader business strategy and direction. Regularly liaise with & support our Regional Commercial Legal Teams (AMER, APJ, EMEA) & Compliance teams on Channel & related competition law matters. Collaborate and partner effectively with internal business clients to advise on a wide range of legal topics relevant to the Channel with a specific focus on competition & anti-trust matters. Provide interpretation of terms and conditions and make practical and pragmatic recommendations based on a risk analysis, ensuring adherence to company policies including revenue recognition. Act as a fiduciary for the company. Work in collaboration with Regional Commercial Legal Teams and the Ethics & Compliance functions to emphasize and foster a culture of integrity and compliance. Identify and drive awareness around changes to the legislative and regulatory landscape that may have an impact on VMware's operations specifically in the competition/anti-trust area, including developing and delivering training to in-house business clients. Take responsibility for projects initiated by both the legal department and the VMware business as appropriate. Job Requirements A qualified lawyer licensed to practice in the United States. Minimum of 12 years' experience with significant experience providing advice/guidance regarding Antitrust/Competition law issues, preferably in the Technology sector, either with a software/IT company, or in a law firm with competence in supporting software or IT companies with significant Channel related experience. We will consider the applications of candidates who fall outside of this range but who have the relevant experience. An in-depth understanding of relevant competition law legislation and its application to VMware's business is essential. Demonstrable experience in commercial law, experience in reviewing, drafting, managing and negotiating a wide variety of international commercial contracts in the IT sector, with an emphasis on channel agreements, software licensing, hardware sales, and cloud service provider agreements. Knowledge or experience in privacy and/or cybersecurity matters would be considered an asset. Negotiator with strong influencing skills who focuses on client satisfaction and can plan, manage and conduct negotiations on a non-confrontational win-win basis. Problem solver with ability to quickly and concisely analyze legal issues and help to develop innovative solutions that achieve a successful commercial outcome whilst protecting the company from risk. Strong business acumen and a familiarity with GAAP rules and revenue recognition issues. Excellent oral and written communication and interpersonal skills, with the ability and desire to collaborate in a high energy and innovative legal team. Self-starter with ability to work independently, juggle multiple priorities, and meet deadlines in a fast-paced high-growth environment. Ability to focus and drive projects from the start through to conclusion. Highest degree of personal and professional integrity and ethics. Fluency in Englis h is essential. We invite you to check out our Instagram Page to gain further insight into the Varonis culture! @ VaronisLife Varonis is an equal opportunity employer. We evaluate qualified applicants without regard to race, color, religion, sex, national origin, disability, veteran status, and other legally protected characteristics APPLY NOW BACK TO SEARCH RESULTS

URL: https://www.ventureloop.com/ventureloop/jobdetail.php?jobid=1382991&hc=varonis-systems&jt=vice-president-and-general-counsel

Occupation:     23-1011 Lawyers

Date:   3/12/2020

Title:    General Counsel

Poster:  Varonis

City:  New York, NY

County:  New York

Ad Job Board(s):     GoInHouse

ID:   83683

Content Description:

Almost there. Subscribe to see the details of this job and get our weekly email with top in-house jobs straight to your inbox. Easy unsubscribe at any time. Enter your email here... Subscribe

URL: https://www.goinhouse.com/jobs/31443016-general-counsel-at-varonis

Occupation:     23-1011 Lawyers

Date:   3/14/2020

Title:    SVP Underwriting Lawyersvp Lawyer Professional Liability

Poster:  Argo Group

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com; themuse

ID:   74966

Content Description:

So what's it like to work on the Argo Pro Underwriting team ? Well, it's different, and different can be good. The work we offer is challenging and diversified. Hate predictability and doing the same task all the time? No worries! Here you will need to think quickly to resolve a range of problems, and projects are given during the year to always keep busy. We offer a work environment that inspires innovation and is open to employee suggestions. While we work hard, a work/life balance is just as important so that our employees are fully focused while working. We believe in building an inclusive and diverse team, and we strive to make our office a welcoming space for everyone. We encourage talented people from all backgrounds to apply. Sound like a team you would like to join ? F irs t you'll want to make sure you embody See More Valid through: 2020-5-8

URL: https://www.theladders.com/job/svp-underwriting-lawyers-accountants-professional-liability-argogroup-new-york-ny_42497581

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   3/15/2020

Title:    Associate General Counsel

Poster:  ADstruc

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com

ID:   74891

Content Description:

Project X seeks an entrepreneurial minded Associate General Counsel to support the fastest growing outdoor advertising media specialist in the US. This role reports to the company's Chief Legal Officer. Responsibilities: - Draft and negotiate various media and corporate agreements, including master service agreements, media purchase agreements, technology license agreements, vendor agreements, data license agreements, production agreements and consulting agreements. - Assist with development and maintenance of legal forms. - Advise on various legal issues relating to intellectual property, corporate law, contract law, trademark law and advertising law. - Advise on corporate compliance matters and manage corporate registrations and filings. - Manage the company's Contract Administration department, including the company's Contract Management System. Requirements : - 2-5 See More Valid through: 2020-5-7

URL: https://www.theladders.com/job/associate-general-counsel-adstruc-new-york-ny_42485058

Occupation:     23-1011 Lawyers

Date:   3/15/2020

Title:    Office Senior General Counsel

Poster:  Planned Parenthood

City:  New York, NY

County:  New York

Ad Job Board(s):    TheLadders.com; Planned Parenthood

ID:   80442

Content Description:

The Senior Associate General Counsel and Corporate Privacy Officer will provide advice and counsel to business partners, including senior leadership teams. As the attorney principally charged with supporting information technology and information security initiatives, data-driven initiatives and leading organizational privacy compliance, the Senior Associate General Counsel and Corporate Privacy Officer shall have extensive subject matter expertise in federal and state privacy laws, including the Heath Insurance Portability and Accountability Act (HIPAA), and knowledge of major international privacy laws and intellectual property law. The ideal candidate will have experience designing and implementing an organizational privacy compliance program. The Senior Associate General Counsel and Corporate Privacy Officer will also have extensive experience drafting and negotiating agreements, with an emphasis on information technology and information security and data use su See More Valid through: 2020-5-7

URL: https://www.theladders.com/job/senior-counsel-office-of-the-general-counsel-plannedparenthood-org-new-york-ny_42484623

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:  3/16/2020

Title:    Assistant General Counsel

Poster:  Rainforest Alliance

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse; TheLadders.com; Idealist; Rainforest Alliance, Incorporated

ID:  74868

Content Description:

Position summary: The Assistant General Counsel will be a corporate generalist and will provide legal support to the organization's global operations across a broad range of legal areas. The Assistant General Counsel will work closely with the General Counsel and the rest of the Office of the General Counsel, senior management, board of directors, outside legal counsel and employees at all levels of the organization around the world. Responsibilities: - Review, draft and negotiate a variety of contracts (including, for example, collaborations with other organizations and fee-for-service, employment, consultant, federal and international grant programs, non-disclosure, and licensing agreements) - Support Rainforest Alliance's risk management and compliance efforts across the organization - Provide support as necessary in connection with establishment, operation of and other iss See More Valid through: 2020-5-4

URL: https://www.theladders.com/job/assistant-general-counsel-rainforest-alliance-org-new-york-ny_42440100

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:    23-1011 Lawyers

Date:    3/16/2020

Title:    Corporate Counsel

Poster:    Varonis

City:    New York, NY

County:    New York

Ad Job Board(s):    GoInHouse

ID:    74870

Content Description:

Almost there. Subscribe to see the details of this job and get our weekly email with top in-house jobs straight to your inbox. Easy unsubscribe at any time. Enter your email here... Subscribe

URL: https://www.goinhouse.com/jobs/31832513-corporate-counsel-at-varonis

Occupation: 23-1011 Lawyers

Date: 3/18/2020

Title: Associate General Counsel Head Legal Markets Clearing Collateral Management

Poster: BNY Mellon

City: New York, NY

County: New York

Ad Job Board(s): GoInHouse; The Job Network

ID: 80301

Content Description:

Almost there. Subscribe to see the details of this job and get our weekly email with top in-house jobs straight to your inbox. Easy unsubscribe at any time. Enter your email here... Subscribe

URL: https://www.goinhouse.com/jobs/31927261-associate-general-counsel-head-of-legal-for-markets-clearing-and-collateral-management-at-bny-mellon

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.

Occupation:     23-1011 Lawyers

Date:   3/19/2020

Title:   General Counsel

Poster:  Adecco

City: New York, NY

County:  New York

Ad Job Board(s):    AfterCollege

ID:  80255

Content Description:

Since 2011, General Assembly has transformed tens of thousands of careers through pioneering, experiential education in today's most in-demand skills. As featured in The Economist, Wired, and The New York Times, GA offers training in web development, data, design, business, and more, both online and at campuses around the world. Our global professional community boasts 40,000 alumni - and counting. In addition to fostering career growth for individuals, GA helps employers cultivate top tech talent and spur innovation by transforming their teams through strategic learning. More than 21,000 employees at elite companies worldwide have honed their digital fluency with our corporate training programs. GA has also been recognized as one of Deloitte's Technology Fast 500, and Fast Company has dubbed us leaders in World-Changing Ideas as well as the #1 Most Innovative Company in Education. Someone with a strong customer service background and a readiness to handle lots of moving pieces. This position is heavily involved in public-facing functions like greeting students/instructors, checking guests in, assisting with events and class setup, troubleshooting AV/technical issues as they arise, and tidying up before/after classes...all with a smile on your face. The main focus of this role is to be a customer service wizard! Responsibilities * Greeting everyone who walks through the door * Acting as a brand ambassador for GA; Understands our products and is able to answer general questions about them * Checking students/guests in for classes and events * Assisting instructors with setup of projectors/presentations prior to class * Setting up rooms for classes and spaces for events * Troubleshooting AV/technical issues that arise * Working closely with other campus experience team members to help students and employees find solutions to problems in a timely manner * Assisting production team with general responsibilities associated with running a course, including but not limited to data entry and system administration * Ordering food and beverages for courses and events * Other responsibilities as assigned by your Manager and varying by market

URL: https://www.aftercollege.com/job/146504928/?refererPath=search

Occupation:    23-1011 Lawyers

Date:   3/19/2020

Title:    E-DISCOVERY Attorney Added Currently Document R I

Poster:   Special Counsel

City:  New York, NY

County:  New York

Ad Job Board(s):    Special Counsel

ID:   80260

Content Description:

Special Counsel is currently seeking document review attorneys for a document review project in NYC which is scheduled to start on Friday, March 20th . Please see assignment details and requirements below and submit your resume ASAP if you are available for this project.. Assignment Details: - Anticipated Start Date: Friday March 20th - Expected Duration: 1 week - Hour requirement: Flexible to work 60 hours a week - Pay: $31/hr. plus OT after 40 hours a week - Location: Special Counsel midtown legal center Required Qualifications: - eDiscovery experience: Must have document review experience - Bar/License: Must be admitted and in good standing with NY Bar - If you meet the above qualifications, please send your resume in a Word doc ASAP! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer Minorities/Women/Veterans/Disabled The company will consider for employment qualified applicants with arrests and conviction record.

URL: https://www.specialcounsel.com/legal-jobs/e-discovery-attorney-attorney/?ID=US_EN_66_869813_2631699

Occupation:    23-1011 Lawyers

Date:   3/20/2020

Title:    Associate General Counsel

Poster:  Momofuku

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   80243

Content Description:

Almost there. Subscribe to see the details of this job and get our weekly email with top in-house jobs straight to your inbox. Easy unsubscribe at any time. Enter your email here... Subscribe

URL: https://www.goinhouse.com/jobs/32095949-associate-general-counsel-at-momofuku

Occupation:    23-1011 Lawyers

Date:   3/23/2020

Title:    Corporate Counsel

Poster:   Verana Health

City:  New York, NY

County:  New York

Ad Job Board(s):    VentureLoop; GoInHouse; TheLadders.com

ID:   74791

Content Description:

Almost there. Subscribe to see the details of this job and get our weekly email with top in-house jobs straight to your inbox. Easy unsubscribe at any time. Enter your email here... Subscribe

URL: https://www.goinhouse.com/jobs/32196815-corporate-counsel-at-verana-health-inc

Occupation:    23-1011 Lawyers

Date:   3/23/2020

Title:    Associate General Counsel

Poster:  Poster Not Listed

City:  New York, NY

County:  New York

Ad Job Board(s):    The Job Network

ID:  80151

Content Description:

- Location New York City, NY Description Functional Area: LG - Legal, Regulatory & Gov't AffairsEstimated Travel Percentage (%): Up to 25%Relocation Provided: NoAIG PC Global Services, Inc Associate General Counsel Location: New York Your future team Picture yourself building a successful career at AIG working alongside other talented, highly motivated individuals committed to reaching our goal of becoming the world's leading insurance provider. We believe that our success depends on building a world class team. If this type of opportunity excites you, we invite you to consider putting your talents to work with AIG's Reinsurance Legal... Yesterday from: Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/222488094/general-counsel-job-in-new-york-ny

Occupation:     23-1011 Lawyers

Date:   3/29/2020

Title:    Assistant General Counsel

Poster:   MUFG

City:  New York, NY

County:  New York

Ad Job Board(s):    GoInHouse

ID:   83615

Content Description:

Almost there. Subscribe to see the details of this job and get our weekly email with top in-house jobs straight to your inbox. Easy unsubscribe at any time. Enter your email here... Subscribe

URL: https://www.goinhouse.com/jobs/32482819-assistant-general-counsel-at-mufg

Occupation: 23-1011 Lawyers

Date: 3/31/2020

Title: Attorney

Poster: Special Counsel

City: Parsippany, NJ

County: Morris

Ad Job Board(s): Special Counsel

ID: 83597

Content Description:

Special Counsel is seeking contract attorneys in the New Jersey area to work from home (remote) performing Coronavirus Relief Work. Additional project details are provided below. If you would like the opportunity to help transform lives by providing disaster relief assistance to those in need, please send your resume in Word format and be sure to reference "Coronavirus Relief Work in New Jersey in the subject when applying! Assignment Details: - Anticipated Start Date: Tentatively on Wednesday, April 1 st (another wave possibly starting on April 8 th ) - Expected Duration: Approximately 6 to 12 months (could possibly be extended) - Hour requirement: 40 hours per week, Monday to Friday (during standard business hours, 8am-5pm local time) - Pay: $ 22/hr. Assignment Duties: - Reviewing applications for relief and assisting with completion of Coronavirus relief applications. - Research and provide interpretation of the disaster loan program's laws, regulations, policies, and standard operating procedures to provide guidance and support to program managers and loan officers. - Review draft loan authorizations for all loans, as required, and for cases involving non-routine conditions, facts or other circumstances. - Ensure loan application compliance with legal requirements, eligibility, capacity, and authority of the borrowers to incur debt, validity of proposed pledge of collateral etc. - Use computer based systems to identify if all needed loan closing documents are received and to provide necessary instructions for proper creation of documents by others. - Address inquiries and concerns of borrowers and their authorized representatives regarding legal issues and requirements of closing and legal basis of various terms, conditions and collateral requirements. Required Qualifications: - Experience: Strong customer service skills is essential for this position - Bar: Must possess active license to practice law in any U.S. state - Education: Must have JD If you meet the above qualifications and can work remotely, please send your resume in a Word doc ASAP and please reference "Corona Relief Work in New Jersey in the subject line! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Looking for a career path in e-discovery? Special Counsel has you covered! - 95% of our Project Managers started as a Document Reviewer with us; - Our VP of Delivery started as a Document Reviewer with us less than 10 years ago; - Through D4, we have endless opportunities on the discovery and hosting side of e-discovery ; - We are the legal branch of Adecco, and we have a presence all around the world! Wondering how you can get in on the action? Come work with us as a reviewer! From there, any number of doors can open for you in the Adecco family! Equal Opportunity Employer/Veterans/Disabled To read our Candidate Privacy Information Statement, which explains how we will use your information, please visit https://www.specialcounsel.com/candidate-privacy/ The Company will consider qualified applicants with arrest and conviction records.

URL: https://www.specialcounsel.com/legal-jobs/remote-contract-attorney-attorney/?ID=US_EN_66_869813_2764240

Occupation:     23-1011 Lawyers

Date:   4/2/2020

Title:    Senior Corporate Counsel

Poster:  DataMinr

City:  New York, NY

County:  New York

Ad Job Board(s):    The Job Network

ID:   83353

Content Description:

As Corporate Counsel, you will report to the General Counsel and will be responsible for many day-to-day legal issues facing the company. You will draft, structure and negotiate customer contracts in support of a fast-moving, global sales organization. You will also provide advice and counsel on a broad range of issues in areas such as privacy, employment matters and intellectual property. Responsibilities: Review, draft, and negotiate a wide variety of commercial agreements, including SaaS, master services, licensing, marketing and vendor agreements; partner with relevant business stakeholders as necessary Assist with employment, privacy, intellectual property, international and other legal matters Prepare and enhance company policies and procedures Advise internal teams, including HR, Sales, Product and Marketing teams, on legal matters and provide general corporate and commercial legal advice Research and anticipate new and emerging legal issues Provide strategic legal advice and counsel on a broad range of legal topics Desired Skills and Experience: Juris Doctor from an accredited U.S. law school, and a license to practice law in at least one U.S. jurisdiction Minimum 5-8 years of experience practicing law at a law firm or in-house (a combination of both is a plus) with a focus on general corporate matters Experience drafting and negotiating complex commercial agreements, including SaaS agreements Business judgment and ability to assess legal risk while providing practical advice Experience and/or strong interest in areas such as employment law, data privacy and protection and/or intellectual property Ability to organize, prioritize and manage deadlines in a fast-paced and demanding work environment Thoughtful and persuasive interpersonal skills and ability to build and maintain strong working relationships Enthusiastic team member who enjoys taking ownership of projects, building relationships cross-functionally and working on cutting-edge legal issues Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/227408773/corporate-attorney-job-in-new-york-ny

Occupation:    23-1011 Lawyers

Date:    4/2/2020

Title:    General Counsel JDHUNTR House

Poster:  Poster Not Listed

City:  Brooklyn, NY

County:  Kings

Ad Job Board(s):    JobSpider

ID:    83391

Content Description:

In House Counsel Jobs New York | JDHuntr 34659 General Counsel, Brooklyn, NY The General Counsel is an important leadership role. Our GC is central to our day-to-day operations and is a key partner in committed areas of innovation and leadership -- from corporate and governance structures to site policy to public policy. Our approach is unique, so is this role. Itâ€™s an opportunity to help push things forward, considering impact both inside and outside of walls. in-house counsel jobs, in-house attorney jobs, in-house jobs California, in house counsel jobs DC, in house counsel jobs Florida, in house counsel jobs New York, in-house legal jobs, legal jobs Los Angeles, legal jobs New York, legal jobs, law jobs, corporate counsel jobs, corporate lawyer jobs, general counsel jobs, lawyer jobs California

URL: https://www.jobspider.com/job/view-job-9510870.html

Occupation:    23-1011 Lawyers

Date:  4/2/2020

Title:   Assistant General Counsel

Poster:  NYC Department of Citywide Administrative Services

City:  New York, NY

County:  New York

Ad Job Board(s):   GoInHouse

ID:  83410

Content Description:

Job Description The NYC Board of Standards and Appeals is a critical component of the City's regulation of land use, development and construction in New York City. The Board is an independent, administrative review body, with the power to grant relief to landowners whose property is deemed unduly restricted by the City's Zoning Resolution and Building Code. The Board is composed of five full-time commissioners appointed by the Mayor. The Board's staff includes an executive director, general counsel and plan examiners. The Board's mandate includes: providing expert review of zoning variance and special permit applications; appeals to determinations made by the Department of Buildings and Fire Department based on legal doctrine; revocations or modifications of certificates of occupancy; and waivers from other laws, including the Multiple Dwelling Law and the General City Law. Under supervision of the General Counsel, the Assistant General Counsel will: • Draft decisions for adoption by the Board; • Analyze and identify complicated legal issues, conduct independent research, and prepare memoranda of law; • Review applications for development projects and appeals to zoning determinations; • Meet with applicants on proposed development projects and advise on legal parameters; • Liaison with other agencies, including the Department of Buildings and the City's Law Department; • Draft responses to inquiries from applicants and members of the public; • Attend all public meetings of the Board; • Advise staff members on agency rules of procedure and other legal matters; and • Perform other legal duties as directed by the General Counsel or Executive Director. Minimum Qual Requirements 1. Admission to the New York State Bar; and either "2" or "3" below. 2. One year of satisfactory United States legal experience subsequent to admission to any state bar; or 3. Six months of satisfactory service as an Agency Attorney Interne (30086). Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. In addition to meeting the minimum Qualification Requirements: To be assigned to Assignment Level (AL) II, candidates must have one year of experience at Assignment Level I or two years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. To be assigned to AL III candidates must have two years of experience in Assignment Levels I and/or II or three years of comparable legal experience subsequent to admission to the bar, in the areas of law related to the assignment. Preferred Skills • Excellent communication, research and writing skills; • Ability to work independently on major projects; and • Experience in land use and zoning. To Apply Please go to www.nyc.gov/careers and search for Job ID # 431175. For current City employees please go to www.nyc.gov/ess and log into Employee Self Service. NO PHONE CALLS, FAXES OR PERSONAL INQUIRIES PERMITTED. NOTE: ONLY THOSE CANDIDATES UNDER CONSIDERATION WILL BE CONTACTED. Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/32600352-assistant-general-counsel-at-nyc-dept-of-citywide-admin-svcs

Occupation:     23-1011 Lawyers

Date:   4/2/2020

Title:    Assistant Deputy General Counsel Legal Process Records

Poster:   NYC HRA/Department of Social Services

City:  New York, NY

County:  New York

Ad Job Board(s):     GoInHouse

ID:  83415

Content Description:

Job Description The Legal Process and Records Access Unit (LPRAU) of the Employment Law Division handles all incoming requests for DSS/HRA/DHS agency records. This includes providing policy statements and legal responses and quashing subpoenas that seek records that are not subject to release, responding to Freedom of Information Law requests pursuant to the NYS Public Officers Law, and responding to client case requests pursuant to agency policy or procedures. LPRAU is responsible for tracking incoming requests and maintaining files according to city and state records retention requirements; retrieving requested records directly from the various administrative and program areas; determining whether records may be released under applicable federal, state, and local laws; providing records subject to release; intake and tracking of legal papers served on the agency to ensure all papers are properly routed to the appropriate division within the Office of Legal Affairs and handled in a timely manner. Employment Law is recruiting for one Executive Agency Counsel M1 to function as an Assistant General Counsel, Legal Process and Records Access: Under the general supervision of the Deputy General Counsel, with wide latitude for independent judgment and un-reviewed action and decision, the Assistant General Counsel for Legal Process and Record Access (LPRA) Unit provides legal services of a complex nature having significant legal and policy consequences, by managing the day-to-day work of the LPRA Unit, developing legal strategy for the Agencyâ€™s response to over 2,000 subpoena related requests annually for DSS/HRA/DHS, and counseling program operations executive staff on the release of highly confidential agency records to clients, their legal representatives, City Council, state and federal agencies, news outlets, and the general public. The Assistant General Counsel: â€¢ Counsels and collaborates with the Deputy General Counsel, Senior Deputy General Counsel, and DSS/HRA/DSS program operations executive staff on subpoena requests received by the agency. Acts on behalf of the Deputy General Counsel and Chief Legal Affairs Officer in providing legal direction for policy statements. Represents the interests of DSS/HRA/DHS in court in highly sensitive, political, and significant cases as needed to make oral arguments before the appropriate court or administrative forum. â€¢ Directs the activities of the Legal Process Record Access Unitâ€™s Senior Attorney and the team support staff by providing direction and guidance on whether release of materials are consistent with applicable laws and rules, making legal determinations on initiating legal actions including motions to quash, withholding materials pursuit to confidentiality status, and other privacy laws and rules on behalf of DSS/HRA/DHS. Monitors and approves time and leave for staff. â€¢ Directs drafting of complex legal documents such as motions to quash subpoenas, stipulations and other agreements to resolve enforcement actions, to protect the Cityâ€™s interest in maintaining legal confidentiality as required by applicable statutes. Provides strategic direction to all attorney staff and support staff by overseeing the proper completion and alignment of legal work with the DSS Commissionerâ€™s vision and Agencyâ€™s objective. Guides staff on the proper applicability of relevant laws, policies, directives, procedures and practices. â€¢ May act on behalf of the Deputy General Counsel in providing the final review of legal documents prepared by subordinate attorney staff and legal forms and letters prepared by support staff to ensure that all documents comply with relevant and controlling case law, and provide guidance as needed in addressing legal responses. â€¢ Oversees, monitors, audits and tracks subpoenas to ensure that all deadlines are adhered to, and that these high-volume matters are all fully addressed, and all work satisfactorily completed for HRA/DSS/DHS. May allocate work assignments to lawyer and non-lawyer staff, ensure all legal deadlines are adhered to by staff performing specific requests, and the work is timely and accurately completed and tracked. Minimum Qual Requirements Admission to the New York State Bar; and four years of recent full-time responsible, relevant, satisfactory legal experience subsequent to admission to any bar, eighteen months of which must have been in the supervision of other attorneys, in an administrative, managerial or executive capacity, or performing highly complex and significant legal work. Incumbents must remain Members of the New York State Bar in good standing for the duration of this employment. Preferred Skills â€¢ Admission to the NYS bar â€¢ Demonstrated ability to handle simultaneous matters on an expedited and often spontaneous basis; â€¢ Ability to conduct legal research and write with clarity and understanding; â€¢ Good judgment in matters of policy strategy; â€¢ Knowledge of Employment Law and Social Services Law â€¢ Excellent communication and interpersonal skills for the effective supervision, and participation stakeholder meetings. Additional Information **LOAN FORGIVENESS The federal government provides student loan forgiveness through its Public Service Loan Forgiveness Program (PSLF) to all qualifying public service employees. Working with the DSS/HRA/DHS qualifies you as a public service employee and you may be able to take advantage of this program while working full-time and meeting the programâ€™s other requirements. Please visit the Public Service Loan Forgiveness Program site to view the eligibility requirements: https://studentaid.ed.gov/sa/r... addition, the Human Resources Administration/Department

of Social Services offers competitive salaries and the following benefits: Generous Pension Plans (The New York Employees Retirement System); 401(k) and Roth 457 Retirement Savings Programs; U.S. Savings Bonds Flexible Spending Program; Health Benefits, Dental, Vision Coverage, Prescription Drug Program; Training and Professional Development; Opportunity for Scholarship; College Savings Program; Paid Holidays and Generous Annual Leave. To Apply CLICK "APPLY NOW" BUTTON Residency Requirement New York City residency is generally required within 90 days of appointment. However, City Employees in certain titles who have worked for the City for 2 continuous years may also be eligible to reside in Nassau, Suffolk, Putnam, Westchester, Rockland, or Orange County. To determine if the residency requirement applies to you, please discuss with the agency representative at the time of interview.

URL: https://www.goinhouse.com/jobs/32588780-assistant-deputy-general-counsel-legal-process-records-at-nyc-hra-dept-of-social-services

Occupation: 23-1011 Lawyers

Date: 4/3/2020

Title: Document Review Attorney

Poster: Special Counsel

City: New York, NY

County: New York

Ad Job Board(s): Special Counsel

ID: 83290

Content Description:

Special Counsel is seeking contract attorneys in the New York area to work from home (remote) performing Coronavirus Relief Work.?
If you would like the opportunity to help transform lives by providing disaster relief assistance to those in need in your community,
please send your resume in Word format and be sure to reference â€œCoronavirus Relief Work in New Yorkâ€•in the subject when
applying!? Additional project details are provided below. Assignment Details: - Anticipated Start Date: Week of April 6th - Expected
Duration: Approximately 6 to 12 months (could possibly be extended) - Hour requirement: Maximum 40 hours?per week, Monday to
Friday with some contractors working on Saturdayâ€™s (depending on shift) - Scheduling: Selected candidates will be able to work
during the hours of 6:00am CT to 7:30pm CT. Currently, the client offers 6 days per week, 10 hours per day shifts. Shifts are staggered
to ensure continuous coverage between the hours of 6:00am CT to 7:30pm CT.? Alternative working hours may be required, based on
client need.? - Pay: $25/hr. Assignment Duties: - Reviewing applications for relief and assisting with completion of Coronavirus relief
applications. - Research and provide interpretation of the disaster loan program's laws, regulations, policies, and standard operating
procedures to provide guidance and support to program managers and loan officers. - Review draft loan authorizations for all loans, as
required, and for cases involving non-routine conditions, facts or other circumstances. - Ensure loan application compliance with legal
requirements, eligibility, capacity, and authority of the borrowers to incur debt, validity of proposed pledge of collateral etc. - Use
computer based systems to identify if all needed loan closing documents are received and to provide necessary instructions for proper
creation of documents by others. - Address inquiries and concerns of borrowers and their authorized representatives regarding legal
issues and requirements of closing and legal basis of various terms, conditions and collateral requirements. Required Qualifications:? -
Experience: Strong customer service skills is essential for this position - Bar: Must possess active license to practice law in any U.S.
state - Education: Must have JD If you meet the above qualifications and can work remotely, please send your resume in a Word doc
ASAP and please reference â€œCoronavirus Relief Work in New York in the subject line! Available benefits: direct deposit; optional
medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus
for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer/Veterans/Disabled To
read our Candidate Privacy Information Statement, which explains how we will use your information, please visit
https://www.specialcounsel.com/candidate-privacy/ The Company will consider qualified applicants with arrest and conviction
records.?

URL: https://www.specialcounsel.com/legal-jobs/remote-document-review-attorney-
attorney/?ID=US_EN_66_869813_2764160

Occupation:    23-1011 Lawyers

Date:   4/3/2020

Title:    AVP Product Development Attorney

Poster:  Arch Capital Group Ltd

City:  Jersey City, NJ

County:  Hudson

Ad Job Board(s):    The Job Network

ID:   83307

Content Description:

Mid-level attorney to work with Arch's Enterprise Product Development team within Corporate Underwriting Services (CUS). Job Responsibilities Review, draft and create insurance coverage forms for multiple business units and coverage lines, including standard P&C lines. Communicate and collaborate with Underwriters, Managers, Claim Attorneys, Compliance and the Legal department to ensure products remain competitive while protecting their profitability. Help business units identify and prioritize product development needs. Remain apprised of and monitor U.S. case law, regulations, legal trends and emerging issues affecting insurance coverage. Desired Skills/Experience 5 - 10 years of insurance contract drafting and insurance industry experience. Strong analytical skills and attention to detail. Thorough understanding of insurance contract language and legal precedent Ability to manage projects from concept to fruition with minimal oversight Excellent time management and organizational skills. Strong oral and written communication skills. Ability to review and assess the impact of legal decisions and court cases on insurance contract language. Location/Region: Jersey City, NJ

URL: https://jobs.thejobnetwork.com/job/228031993/vp-products-job-in-jersey-city-nj

Occupation: 23-1011 Lawyers

Date: 4/3/2020

Title: Attorney

Poster: Special Counsel

City: Parsippany, NJ

County: Morris

Ad Job Board(s): Special Counsel

ID: 83311

Content Description:

Special Counsel is seeking contract attorneys in the New Jersey area to work from home (remote) performing Coronavirus Relief Work.? If you would like the opportunity to help transform lives by providing disaster relief assistance to those in need in your community, please send your resume in Word format and be sure to reference â€œCoronavirus Relief Work in New Jersey" in the subject when applying!? Additional project details are provided below. Assignment Details: - Anticipated Start Date: Week of April 6th - Expected Duration: Approximately 6 to 12 months (could possibly be extended) - Hour requirement: Maximum 40 hours?per week, Monday to Friday with some contractors working on Saturdayâ€™s (depending on shift) - Scheduling: Selected candidates will be able to work during the hours of 6:00am CT to 7:30pm CT. Currently, the client offers 6 days per week, 10 hours per day shifts. Shifts are staggered to ensure continuous coverage between the hours of 6:00am CT to 7:30pm CT.? Alternative working hours may be required, based on client need.? - Pay: $22/hr. Assignment Duties: - Reviewing applications for relief and assisting with completion of Coronavirus relief applications. - Research and provide interpretation of the disaster loan program's laws, regulations, policies, and standard operating procedures to provide guidance and support to program managers and loan officers. - Review draft loan authorizations for all loans, as required, and for cases involving non-routine conditions, facts or other circumstances. - Ensure loan application compliance with legal requirements, eligibility, capacity, and authority of the borrowers to incur debt, validity of proposed pledge of collateral etc. - Use computer based systems to identify if all needed loan closing documents are received and to provide necessary instructions for proper creation of documents by others. - Address inquiries and concerns of borrowers and their authorized representatives regarding legal issues and requirements of closing and legal basis of various terms, conditions and collateral requirements. Required Qualifications:? - Experience: Strong customer service skills is essential for this position - Bar: Must possess active license to practice law in any U.S. state - Education: Must have JD If you meet the above qualifications and can work remotely, please send your resume in a Word doc ASAP and please reference â€œCoronavirus Relief Work in New Jersey" in the subject line! Available benefits: direct deposit; optional medical, dental, and vision coverage; business casual dress; professional work environment. Referral Bonus: Receive a referral bonus for referring someone to Special Counsel who is placed on a temporary position! Equal Opportunity Employer/Veterans/Disabled To read our Candidate Privacy Information Statement, which explains how we will use your information, please visit https://www.specialcounsel.com/candidate-privacy/ The Company will consider qualified applicants with arrest and conviction records.?

URL: https://www.specialcounsel.com/legal-jobs/remote-contract-attorney-attorney/?ID=US_EN_66_869813_2764240

Occupation: 23-1011 Lawyers

Date: 4/4/2020

Title: Senior Corporate Counsel

Poster: HCL Technologies

City: New York, NY

County: New York

Ad Job Board(s): The Job Network

ID: 83224

Content Description:

Location : New York, USA Experience : 5-13 years Role type : Full time Job Title : Senior Corporate Counsel Responsibilities : Being the legal point of contact on assigned projects supporting inbound and outbound procurement, sales and revenue generation agreements. Reviewing, drafting and negotiating complex IT Services and Outsourcing Agreements with HCL s Customer s per HCL guidelines including: Master Outsourcing Agreements, Professional Services Agreements, Bids and RFPs, and Statements of Work. Commonly negotiated agreements include procurement, subcontracting, software licensing, reseller agreements, NDAs, and SOWs. Experience with Governmental Contracting (Locals, State, Federal) a plus. Performing other contract and general corporate functions as required. Desired Skills & Experience : At least 5-13 years of relevant work experience in structuring, negotiating, and drafting Outsourcing, IT and Services contracts. A genuine enjoyment for providing legal support to sales teams in the hig tech and outsourcing industry. Must be able to work independently, be self- motivated and have excellent organizational, communication, and problem solving abilities. The position will involve occasional travel within the continental U.S. If you want to know more about HCL Technologies, please visithttp:// . Please share your updated resumes at Location/Region: New York, NY

URL: https://jobs.thejobnetwork.com/job/228104442/corporate-attorney-job-in-new-york-ny

Prepared by Forensic JobStats, LLC. Source: CEB TalentNeuron.