

how much time should you spend on your job search



STALLER EXHIBIT 3
7/30/21 TM

- All
- Shopping
- Videos
- News
- Images
- More

Tools

About 943,000,000 results (0.67 seconds)

Plan **around 20-25 hours a week** for job search efforts, such as working with a certified career coach to define your goals, a professional resume writer to improve your current resume, and a lot more time networking to find the right jobs. Mar 5, 2019

https://imdiversity.com › diversity-news › how-much-time...
**How Much Time Should you Spend on Your Job Search ...**

About featured snippets • Feedback

**People also ask**

How long should a job search take?
How long does the average person spend looking for a job?
How long should you spend applying for jobs?
How many job search hours should you invest?

Feedback

https://www.thebalancecareers.com › ... › Career Advice
**How Much Time Should You Spend on a Job Search?**
Feb 20, 2018 — **It would** be easy to say that finding employment **should** be a person's full-**time** job, but, realistically speaking, 40 **hours** per week **of job search** ...
How Much Time to Spend · How to Allocate Your Hours

https://www.themuse.com › advice › this-is-how-much-...
**How Much Time to Spend on the Job Search | The Muse**
This Is How **Much Time You Should** Really Be **Spending** on **Your Job Search** · 1. Last Semester of College: 10 to 20 Hours per Week · 2. Recently Unemployed: 30 to 40 ...

https://money.usnews.com › ... › Careers › On Careers
**How Much Time Should You Spend on Your Job Search? | On ...**
Jun 16, 2014 — Despite **the** cliché, **job searching** isn't a full-time **job**. How **much time** is appropriate **and** realistic?

https://www.forbes.com › sites › dailymuse › 2016/02/12
**This Is How Much Time You Should Really Be Spending On ...**
Feb 12, 2016 — As **you** approach crunch **time**, I'd recommend thinking about **your job search** as a part-**time** job, and start setting aside 10 to 20 **hours** per week ...

http://www.shelleypiedmont.com › job-blog › want-bett...
**Want Better Job Search Success? Spend The Time On It ...**
Mar 10, 2019 — **You** are in a relatively good situation to find **work**, though, as **long** as the industries **you** are targeting are growing. I **would** try for at least ...

https://www.quora.com › How-many-hours-a-day-should-...
**How many hours a day should someone spend on their job ...**
17 answers
Looking **for a job** is a full **time** job so **you should** expect to **spend** 40 hrs. per week in researching possible openings, researching organizations, and writing ...

**https://www.askamanager.org** › 2014/06 › how-much-ti...

how much time should you spend on your job search? — Ask ...

Jun 16, 2014 — In other words, **the jobs** need to be 80% or better match and be a job they'd be willing to take (company, location, etc). For general **IT** ...

**https://www.flexjobs.com** › blog › post › how-long-sho...

How Long Should a Job Search Take? | FlexJobs

How soon **should you** apply to newly posted **jobs**—**and** how late is too late? A good rule **of** thumb is to apply within a week or two, but sooner is always better. 3.

**https://www.youtube.com** › watch

How Many Hours A Day Should You Spend Job Searching ...

3:15 — Sign up for our 3-Day Free Trail: https://www.workitdaily.com/In today's episode JT shares her advice on how ...

Jul 14, 2020 · Uploaded by Work It Daily

## Related searches

| | |
|---|---|
| **average** time **to find a** job **during covid** | how **many hours a day** should you job search |
| **average** time **spent looking for a** job | **average** time **to find a** job **after layoff 2020** |
| how much time should you spend on **a** job **application** | how **long does it take to apply for a** job |
| how **many hours a day do** you **think a person** should spend o... | how **many hours** should **i put** on **a** job **application** |

1  2  3  4  5  6  7  8  9  10    Next

**Garden City, New York** - From your IP address - Update location

Help     Send feedback     Privacy     Terms