# Curriculum Vitae




**Rona E. Wexler, M.A., ABVE/D**

***Diplomate, American Board of Vocational Experts***

**15900 Riverside Dr. W, Suite 6C, New York, NY 10032 T: (646) 335-5236**

## EXPERIENCE

### *Consulting & Vocational Evaluation*

**Wexler Vocational and Career Consulting,** New York, NY **2002 - Present**
**President & Founder, Vocational Evaluator**
Evaluate individuals to determine employability, job placement potential, and earning capacity working with plaintiff and defense counsel. Provide executive, career and job search coaching services. Qualified and testified as employability expert in following courts: New York Supreme, Superior Courts of Connecticut, New Jersey, Pennsylvania and Florida; U.S. Southern District.

**Vocational Consulting Group,** Springfield, NJ and New York, NY **2002 - 2003**
**Vocational Evaluator**
Evaluate individuals to determine employability, job placement potential, and earning capacity working with plaintiff and defense counsel.

**Institute for the Study of Adult Development, Philadelphia, PA** **1977 - 1980**
**Co-Director, Career Development Services**
Established Career Services program for corporate and adult clients, including Career and Life Planning, individual and group career counseling, resume writing, and job marketing skills.

### *Recruiting and Business Employment*

**Stephen Bradford Search, New York, NY** **2004 - 2007**
**Director**
Retained executive recruiting firm placing senior talent in Marketing, Market Research, Sales, Business Development, Media, Advertising, Retail, and Beauty & Luxury Goods. Managed and conducted research, candidate assessment, client and candidate coaching, structured and negotiated employment offers, reference checks and placement. Worked with C-level executives, senior managers and Human Resources executives. Developed new business and clients.

**Search, Inc., New York, NY** **2005**
**Director**
Executive recruiting firm placing senior, middle level and administrative talent with metropolitan staffing agencies. Assessed and placed candidates, coached clients and candidates, structured and negotiated employment offers, conducted reference checks, placement and follow-up.

**Ariel Associates, New York, NY** **1996 - 2004**
**Executive Vice President, Managing Partner**
Retained Executive Search firm specializing in business information services and media for senior level managers and executives. Managed firm’s recruiting and placement process. Assessed and placed candidates, coached clients and candidates, structured and negotiated employment offers, reference checks, and follow up. Worked with C-level; executives, senior managers and Human Resources executives. Hired, trained and managed staff. Managed operations and finances. Developed new business, brought in new clients.

**Xerox Corporation, New Jersey and New York, NY** **1981 - 1996**

**President's Club winner in various positions in sales management and in consultative sales** across multiple business lines with customers in middle market through multi-billion-dollar global entities in consumer, professional services, pharmaceutical, manufacturing, government, education, sports and entertainment sectors. Responsibilities included hiring and training, account management and new business development.

### *Career Services*

**Glassboro State College** (now Rowan University), Glassboro, NJ **1978 - 1980**
**Director, Student Employment and Co-operative Education**

Directed student on-campus employment program; managed program budgets, assessed students for employment, addressed performance issues.

**Philadelphia College of Art (now University of the Arts), Philadelphia, PA** **1976 - 1978**
**Director of Career Services**
Established first full time Career Development and Placement Office in college's 100-year history. Counseled students and alumni on career options, job search and interviewing skills, and job placements; expanded College's job bank and placement services.

### *Teaching Experience*

**Glassboro State College (now Rowan University), Glassboro, NJ** **1979 - 1980**
**Instructor**, Introduction to Management

**Ramapo College of New Jersey,** Mahwah, NJ **1975 - 1976**
**Instructor,** *Psychology of Communications*

**Johnston High School,** Johnston, RI **1972**
**English Teacher**, grades 10-12, including junior and senior honors classes

## EDUCATION

**New York University, New York, NY** **1973**
M.A., Counseling Psychology and Guidance

**Emerson College, Boston, MA** **1971**
B.A., English Literature - Minors: Speech Communication and Education

## PROFESSIONAL AFFILIATIONS /APPOINTMENTS

- Member, New York State Bar Association, Family Law Section Executive Committee, Subcommittee of Non-Lawyer Related Professionals
- American Board of Vocational Expert, Diplomate. Member, Board of Directors
- National Career Development Association
- International Association of Rehabilitation Professionals
- Advertising Women of New York, Member. Board of Directors, 2007-2010
- International Association of Corporate and Professional Recruiters, Member 2002-2005

**PRESENTATIONS & PUBLICATIONS**

- *Evaluating the Job Search: What a Litigator Needs to Know,* **USA500Clubs,** July 29, 2020. Presenter.
- *Earning Capacity and Imputation of Income: Proof and Perspectives from an Employment Expert,* **New York County Lawyers Association,** New York, NY. September 17, 2019. CLE Presenter
- *Learning to Market Yourself: Your Resume, Networking & Follow-Up in Your Job Search & Career,* ***Scales of Justice Academy,*** Fordham University, New York, NY. July 2017 – 2019. Presenter.
- *Earning Capacity in Family Law: Understanding the Law, Litigating the Issue and Using Expert,* ***Connecticut Bar Association Legal Conference,*** Hartford, CT, June 10, 2019. CLE Co-Presenter
- *Assessing Employment Capability and Earning Capacity in Family Law Matters.* ***Valuing Specific Assets in Divorce*. Wolters Kluwer Law & Business**, 2012 - 2019 Editions. Author
- *How to Open a Law Practice,* **New York County Lawyers Association,** New York, NY. February 1, 2017, CLE Co-Presenter
- *The New York Maintenance Law Unplugged: A honed Analysis and Practical Implications***, New York County Lawyers Association,** New York, NY. June 2, 2016. CLE Co-Presenter
- *Imputing Income: Employability Expert Role to Determine Earning Capacity for Support and Advance Case to Settlement,* **Collaborative Divorce Association of North Jersey,** Woodcliff Lake, NJ. March 24, 2016. CLE Presenter
- *Imputation of Income in Matrimonial and Support Matters: Proof and Perspectives from the Court, the Lawyers and the Expert,* **Nassau County Bar Association,** Mineola, NY. January 26, 2016 CLE Presenter and Panelist
- *How Employability Assessments Can Be the Breakthrough to Settlement,* **New York County Lawyers Association**, New York, NY. October 13, 2015. CLE Presenter
- *How Expert Employability and Earning Capacity Assessments Help Settle Cases,* National Catalyst Conference, New York, NY. October 2, 2015. Presenter
- *How to Determine a Diligent Job Search,* The Matrimonial Strategist, **American Legal Media**, August 2015. Author
- *How an Employability Expert Helps Employment Litigators Determine the Scope of Damages,* CLE to national law firms, New York, NY, 2014. CLE Presenter
- *Vocational Evaluators: How They Can Breakthrough to Settlement,* **New York Collaborative Law Group,** New York, NY. February 4, 2014. CLE Presenter
- *Challenges in Imputing Earning and Employment Capacity in Continually Changing Economic Times*, **Connecticut Collaborative Law Group**, Darien, CT. June 12, 2013, CLE Presenter
- *Is Your Emotional Relationship to Money Undermining Your Career, Your Business and Confidence?* **Gotham Networking,** September 10, 2012. Presenter
- *Follow Your Passion, Reinvent Yourself and Your Identity: Career Paths, Finding Your Way Changing Your Course,* **Long Island University/C.W. Post Long Island Women's Institute**, Brookville, NY. February 15, 2012. Panelist and Presenter
- *Successfully Handling Custody and Vocational Expert Witnesses,* **New York State Bar Association**, (NYSBA) Hauppauge, NY. October 28, 2011. CLE Presenter

- *Using Experts in Matrimonial Cases: The Experts Speak*. **New York County Lawyers Association** (NYCLA) CLE, New York, NY. May 25, 2011. CLE Presenter
- *You've Got the Interview – Now to Win that Job Offer!* **Bottomless Closet** (a non-profit organization for women transitioning to work), New York, NY. November 17, 2010. Presenter
- *You're Hired, Now What? Successfully Starting Your New Job!* **Bottomless Closet** (a non-profit organization for women transitioning to work), New York, NY. September 29, 2010. Presenter
- *How to use Vocational Experts in Challenging & Changing Economic Times*, Presentation to **Fairfield County Bar Association**, May 19, 2010. CLE Presenter
- *Impact of Current Economy on Assessments of Vocational Opportunities and Earning Capacity*, Westchester County Bar Association, February 2, 2010. CLE Presenter & Panelist,
- *For Issues of Occupational Capacity and Imputed income, Bring in the Employability (or Vocational) Expert*, **New York State Bar Association Family Law Quarterly**. Spring, 2009**.** Author
- *Vocational Experts: Do you really know how to use them –especially now?* **New York County Lawyers Association**, Matrimonial Section, February 10, 2009. CLE Presenter
- *Reentering the Workforce after Divorce*, **New York Family Law**, American Legal Media, August 2008. Author
- *Vocational Experts Help Decide Parties' Ability to Work*, **New York Law Journal**, February 14, 2008. Co-Authors: Brett Kimmel, J.D. and Rona Wexler, M.A.
- *Using Vocational Experts in Matrimonial Cases to Determine Earnings Capacity*, **Domestic Law Review, Family Law Section, Westchester Bar Association**, October 2004. Author
- *The Use of Vocational Evaluation in Matrimonial Decisions,* **Westchester Women's Bar Association**, Matrimonial Committee, 2002; CLE Co-Presenter with Charles Kincaid, Ph.D.
- *Learning to Market Yourself: Resume & Job Search Strategy Workshop*, **Advertising Women of New York Career Conference**, New York, NY, 2010, 2009, 2008, 2007, 2006. Presenter