UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER S. FISCHMAN,<br><br>      Plaintiff,<br><br>  -against-<br><br>MITSUBISHI CHEMICAL HOLDINGS AMERICA, INC.; MITSUBISHI CHEMICAL CORPORATION; MITSUBISHI CHEMICAL HOLDINGS CORPORATION; NICHOLAS OLIVA, in his individual and professional capacities; DONNA COSTA, in her individual and professional capacities; and JOHN DOES 1-10, in their individual and professional capacities,<br><br>      Defendants. | Index No. 18-cv-08188 (JMF)<br><br>**NOTICE OF MOTION** |

   **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated November 1, 2022, the Declaration of Mercedes Colwin, and supporting documents filed therewith, and in accordance with the schedule adopted by the Court by Order dated September 1, 2022, ECF No. 131, Defendants Mitsubishi Holdings America, Inc., now known as Mitsubishi Chemical America, Inc., Mitsubishi Chemical Holdings Corporation, now known as Mitsubishi Chemical Group Corporation, Nicholas Oliva, and Donna Costa, move this Court for an Order granting summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on Plaintiff Jennifer S. Fischman's remaining claims.

Dated:     New York, New York
           November 1, 2022

                                                        Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

/s/Mercedes Colwin
Mercedes Colwin
Brittany L. Primavera
1 Battery Park Plaza, 28th Floor
New York, New York 10004
Telephone: (212) 269-5500
mcolwin@grsm.com
bprimavera@grsm.com

*Attorneys for Defendants Mitsubishi Chemical Holdings America, Inc., Donna Costa, and Nicholas Oliva*


SHEARMAN & STERLING LLP

/s/Jerome S. Fortinsky
Jerome S. Fortinsky
Nikolai Krylov
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
jfortinsky@shearman.com
nik.krylov@shearman.com

George Anhang
401 9th Street, N.W.
Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
george.anhang@shearman.com

*Attorneys for Defendant Mitsubishi Chemical Holdings Corporation, now known as Mitsubishi Chemical Group Corporation*

- 3 -

CLARICK GUERON REISBAUM LLP

/s/Nicole L. Gueron
Nicole L. Gueron
220 Fifth Avenue
New York, New York  10001
Telephone: (212) 633-4310
ngueron@cgr-law.com

*Attorneys for Defendant Donna Costa*

To: All Counsel of Record
 *(via* ECF)