# EXHIBIT A

# Mitsubishi Chemical Holdings America
# EMPLOYEE CHANGE AUTHORIZATION

- ☐ Employment
- ☐ Termination
- ☐ Pay Change
- ☐ Promotion
- ☐ Transfer
- ✓ Other

Effective Date: November 30, 2015

## EMPLOYEE INFORMATION

Employee Name: Jennifer Fischman

Employee Payroll #:

Current Job Title: Acting General Counsel

Current Department: MCHA Legal

## FOR PROMOTION, TRANSFER, OR JOB CHANGE

New Job Title: Assistant General Counsel

New Department: MCHA Legal

- ✓ Exempt
- ☐ Non - Exempt

## SALARY INFORMATION

- ☐ New Hire
- ☐ Promotion
- ✓ Adjustment
- ☐ Other

Current Pay Rate: Annual: $300,000      Hourly $: (if hourly paid employee)

Proposed Change: %

New Pay Rate: Annual: $230,826      8,877.93

Hourly $: (if hourly paid employee)

## FOR TERMINATION

- ☐ Resigned
- ☐ Retired
- ☐ Discharged
- ☐ Death
- ☐ Other

## REMARKS

Approved by _Donna Costa_    Date: 11/12/2015

HR Dept. Approval _Patricia Zanardelli_    Date: 11/12/2015

CONFIDENTIAL
Def 000633
11-17-15



**MCHA Organization Announcement**
Patricia USA0493 Saunders   to: MCUS-All                    02/04/2015 09:00 AM

This is to inform you that Shoji Yoshisato, President MCHA, will return to Japan later in March to begin a new assignment. Details of his new assignment will be released on February 26, 2015. Yoshisato-san has served as President of MCHA since April 2011. During this time he has made significant contributions to our organization. He created MCHA's mission statement, and through his "Rainbow Bridge Campaign" and objectives of real HORENSO, established MCHA as a professional services organization dedicated to supporting MCHC group companies in the Americas. We thank him for his commitment and service to our organization and wish him well as he transitions to his new assignment.

Donna Costa, Executive Vice President, General Counsel and Chief Compliance Officer, has been promoted to President of MCHA effective April 1, 2015.

Jennifer Fischman, Assistant General Counsel, has been promoted to Acting General Counsel and Chief Compliance Officer of MCHA effective April 1, 2015.

Please join me in congratulating Donna and Jennifer on their promotions. As always, your support and cooperation as they begin their new roles is appreciated.

Yoshisato-san would like to follow up this announcement with a brief address to all MCHA employees at 10 a.m. today. Chesapeake employees should meet in Chesapeake Four where we will connect via video conference. NY employees should meet in the Main conference room.

*All references to "MCHA" in this announcement mean collectively MCHA and MCHA Services.*

---

Patricia Saunders
Director, Human Resources
Mitsubishi Chemical Holdings America, Inc.
655 Third Ave, 15th Floor
NY, NY  10017
Office:  212-672-9415
Cell:  914-434-2748
Email:  patricia_saunders@m-chem.com

This email may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of the email or the information contained herein or attached hereto is strictly prohibited.

CONFIDENTIAL                                               Def 000634

# Mitsubishi Chemical Holdings America
## EMPLOYEE CHANGE AUTHORIZATION

☐ Employment   ✓ Promotion        Effective Date: April 1, 2015
☐ Termination  ☐ Transfer
☐ Pay Change   ☐ Other

### EMPLOYEE INFORMATION

Employee Name:   Jennifer Fischman

Employee Payroll #:

Current Job Title:   Assistant General Counsel

Current Department:   MCHA Legal

### FOR PROMOTION, TRANSFER, OR JOB CHANGE

New Job Title:   Acting General Counsel          ✓ Exempt
                                                 ☐ Non - Exempt
New Department:   MCHA Legal

### SALARY INFORMATION

☐ New Hire        ✓ Promotion        ☐ Adjustment        ☐ Other

Current Pay Rate:   Annual: $222,162         Hourly $:
                                             (if hourly paid employee)
Proposed Change:    %

New Pay Rate:       Annual: $300,000         Hourly $:
                            11,538.4615      (if hourly paid employee)

### FOR TERMINATION

☐ Resigned    ☐ Retired    ☐ Discharged    ☐ Death    ☐ Other

REMARKS   old rate 106.8086    4-2-15

Approved by _Donna Costa_         Date: 3/18/15

HR Dept. Approval _Patricia Saunders_   Date: 3/18/2015

CONFIDENTIAL                                 Def 000635