# EXHIBIT B

# Mitsubishi Chemical Holdings America
## EMPLOYEE CHANGE AUTHORIZATION

- ☐ Employment
- ☐ Termination
- ☐ Pay Change
- ✓ Promotion
- ☐ Transfer
- ☐ Other

Effective Date: March 4, 2013

### EMPLOYEE INFORMATION

Employee Name: Jennifer Fischman

Employee Payroll #: 003077

Current Job Title: Corporate Counsel

Department: MCHA Legal

### FOR PROMOTION, TRANSFER, OR JOB CHANGE

New Job Title: Asst. General Counsel

New Department: Same department

- ✓ Exempt
- ☐ Non - Exempt

### SALARY INFORMATION

- ☐ New Hire
- ✓ Promotion
- ☐ Adjustment
- ☐ Other

Current Pay Rate: Annual $: 201,699    Hourly $: (if hourly paid employee)

Proposed Change: % per 2013 merit inc file

New Pay Rate: Annual $:    Hourly $: (if hourly paid employee)

### FOR TERMINATION

- ☐ Resigned
- ☐ Retired
- ☐ Discharged
- ☐ Death
- ☐ Other

### REMARKS

Approved by _Donna Costa_ Date: 2/27/13

HR Dept. Approval _Patricia Saunders_ Date: 2/27/2013

CONFIDENTIAL

Def 000641