# EXHIBIT D

To be delivered by N. Oliva in person, in the presence of witness Pat Saunders (Human Resouces) on January 30, 2017.

I called you in to deliver the news that today is your last day with us. As you know, you have a documented history of poor communication and a lack of judgment set forth in evaluations. I worked very hard to provide you with guidance and feedback to assist you in overcoming these deficiencies. Unfortunately, the recent situation with Genomatica demonstrates your judgment continues to be significantly impaired. Making an offer of settlement without the express authorization to do so was patently unethical. You worsened the situation by repeatedly failing to make me aware of the situation and repeatedly withholding information from the client, MCC. It wasn't until MCC made me aware of their concerns did you then admit your wrongdoing. Your actions in Genomatica are emblematic of the persistent problems experienced with you in the legal department. The added layers of unethical and unprofessional conduct and a deliberate failure to disclose your actions, makes your continued employment with us impossible. Any documents provided to you or prepared during your employment are proprietary to the Company. I remind you of your ongoing legal and ethical obligations of confidentiality and attorney-client privilege. We expect any documents and all other company property in your possession will be returned to us immediately. Pat will escort you to your office to gather your personal belongings. Any personal belongings not removed today will be delivered to your home, at which time the delivery person will pick up all company property not returned to us today. You will be receiving COBRA paperwork in the mail. Any questions can be directed to HR.

*Witnessed: P Saunders 1/30/2017*

*Delivered 1/30/17 @ 10:01 am [signature]*

*You authorized... NO*
*I told you to go to the client, as is your obligation...*
*"I forgot."*

*No package?*
*If you have any questions, you can put them in writing.*

Jennifer stated (without any reply from NJO):

- There was no harm caused by the ethics violation because they ultimately went along with it.

- Why did you let me drive around California if you knew

- If you wanted me gone, you could have talked to me and offered me something.

- If you told me, I could have brought my laptop in.

- You handled this poorly because <u>I have a lot of work that you don't even know about</u> and meetings today.

- I expected more from you.

B
1/30/2017

1/30/17