# EXHIBIT I



Confidential    MCHC_00009399

# Directors

## Directors
(As of June 26, 2018)

■ Chairperson of the Nominating Committee
■ Member of the Nominating Committee
◆ Chairperson of the Audit Committee
◆ Member of the Audit Committee
● Chairperson of the Compensation Committee
● Member of the Compensation Committee

**Director of the Board, Chairperson**
**Yoshimitsu Kobayashi**
■

Dec. 1974  Joined Mitsubishi Chemical Industries Limited
Jun. 2003  Executive Officer, MCC
Apr. 2005  Managing Executive Officer, MCC
Jun. 2006  Director of the Board, MCHC
Feb. 2007  Director of the Board, Managing Executive Officer, MCC
Apr. 2007  Director of the Board, President and Chief Executive Officer, MCHC Director of the Board, President and Chief Executive Officer, MCC
Apr. 2012  Director of the Board, Chairperson, MCC (until Mar. 2017)
Apr. 2015  Director of the Board, Chairperson, MCHC (current)

**Director of the Board, Representative Corporate Executive Officer, President and Chief Executive Officer**
**Hitoshi Ochi**
■

Apr. 1977  Joined Mitsubishi Chemical Industries Limited
Jun. 2007  Executive Officer, MCHC Executive Officer, MCC (until Mar. 2010)
Apr. 2009  Director of the Board, MPI (until Mar. 2011)
Jun. 2009  Director of the Board, Executive Officer, MCHC
Jun. 2010  Director of the Board, Managing Executive Officer, MCHC Director of the Board, MRC (until Jun. 2011)
Apr. 2011  Director of the Board, MCHC (until Jun. 2011) Director of the Board, Managing Executive Officer, MCC (until Mar. 2012)
Apr. 2012  Director of the Board, President and Chief Executive Officer, MRC (until Mar. 2018)
Jun. 2012  Director of the Board, MCHC
Apr. 2015  Director of the Board, President and Chief Executive Officer, MCHC
Jun. 2015  Director of the Board, Representative Corporate Executive Officer, President and Chief Executive Officer, MCHC (current)

**Director of the Board, Representative Corporate Executive Officer, Deputy Chief Executive Officer**
**Kenkichi Kosakai**
●

Apr. 1976  Joined Mitsubishi Chemical Industries Limited
Jun. 2008  Executive Officer, MTPC
Jun. 2010  Director of the Board, Managing Executive Officer, MTPC
Apr. 2014  Managing Executive Officer, MCHC Director of the Board, MTPC (until Jun. 2015)
Apr. 2015  Senior Managing Executive Officer, MCHC Director of the Board, MRC (until Mar. 2017)
Jun. 2015  Representative Corporate Executive Officer, Senior Managing Corporate Executive Officer, MCHC
Jun. 2016  Director of the Board, MPI (until Mar. 2017)
Apr. 2017  Representative Corporate Executive Officer, Deputy Chief Executive Officer, MCHC
Jun. 2017  Director of the Board, Representative Corporate Executive Officer, Deputy Chief Executive Officer, MCHC (current)
Apr. 2018  Director of the Board, MCC (current)
Jun. 2018  Director of the Board, TNSC (current)

**Director of the Board, Managing Corporate Executive Officer**
**Ken Fujiwara**
●

Apr. 1984  Joined Mitsubishi Chemical Industries Limited
Apr. 2015  Executive Officer, MCHC
Apr. 2017  Executive Officer, MCC (until Mar. 2018)
Apr. 2018  Managing Corporate Executive Officer, MCHC (current)
Jun. 2018  Director of the Board, Managing Corporate Executive Officer, MCHC (current)

**Director of the Board**
**Glenn H. Fredrickson**



Jan. 1990  Associate Professor, Departments of Chemical Engineering and Materials, University of California, Santa Barbara (UCSB)
Jul. 1991  Professor, Departments of Chemical Engineering and Materials, UCSB (current)
May 1998  Chairperson, Department of Chemical Engineering, UCSB (until Jul. 2001)
Mar. 2001  Director of Mitsubishi Chemical Center for Advanced Materials at UCSB (current)
Apr. 2014  Managing Executive Officer, MCHC
Jun. 2014  Director of the Board, Managing Executive Officer, MCHC
Jun. 2015  Director of the Board, Managing Corporate Executive Officer, MCHC
Apr. 2017  Director of the Board, MCHC (current)

**Director of the Board**
**Yoshihiro Umeha**
◆



Apr. 1977  Joined Mitsubishi Chemical Industries Limited
Jun. 2008  Executive Officer, MCC
Apr. 2012  Director of the Board, Managing Executive Officer, MCC (until Mar. 2015)
Apr. 2015  Director of the Board, MCHC (current) Corporate Auditor, MCC (until Mar. 2017) Corporate Auditor, MRC (currently MCC) (current)
Jun. 2016  Corporate Auditor, LSII (until Mar. 2017)

**Director of the Board**
**Hisao Urata**
◆



Jan. 1991  Joined Mitsubishi Kasei Corporation
Jun. 2011  Executive Officer, MCHC Executive Officer, MCC (until Mar. 2014)
Apr. 2015  Managing Executive Officer, MCHC
Jun. 2015  Managing Corporate Executive Officer, MCHC (until Mar. 2016)
Jun. 2016  Director of the Board, MCHC (current) Corporate Auditor, MPI (until Mar. 2017)
Apr. 2017  Corporate Auditor, LSII (current)

**Outside Director of the Board**
**Takeo Kikkawa**
■●



Apr. 1987  Associate Professor, School of Business, Aoyama Gakuin University
Oct. 1993  Associate Professor, Institute of Social Science, The University of Tokyo
Apr. 1996  Professor, Institute of Social Science, The University of Tokyo
Apr. 2007  Professor, Graduate School of Commerce and Management, Hitotsubashi University
Jun. 2013  Outside Director of the Board, MCHC (current)
Apr. 2015  Professor, Graduate School of Innovation Studies (currently Graduate School of Management), Tokyo University of Science (current)

**Outside Director of the Board**
**Taigi Ito**
●◆



Jan. 1970  Joined Tsuji Audit Corporation
May 1973  Registered as a Certified Public Accountant
Feb. 1989  Representative Partner, MISUZU Audit Corporation
Jul. 2004  Deputy Chairperson, The Japanese Institute of Certified Public Accountants (JICPA) (until Jun. 2007)
May 2006  Executive Board Member, MISUZU Audit Corporation (until Jul. 2007)
Apr. 2009  Professor, The Graduate School of Accounting, Waseda University (until Mar. 2013)
Jan. 2012  Chairperson, Disciplinary Committee of JICPA (until Aug. 2016)
Jun. 2014  Outside Corporate Auditor, MCHC Corporate Auditor, MCC (until Mar. 2017)
Jun. 2015  Outside Director of the Board, MCHC (current)

**Outside Director of the Board**
**Kazuhiro Watanabe**
◆



Apr. 1974  Appointed as a Prosecutor
Jul. 1998  Assistant Vice-Minister of Justice, Ministry of Justice
Apr. 2001  Prosecutor, The Supreme Public Prosecutors Office
Jan. 2002  Chief Prosecutor, The Nara District Public Prosecutors Office
Sep. 2004  Chief Prosecutor, The Maebashi District Public Prosecutors Office
Sep. 2005  Chief Prosecutor, The Nagoya District Public Prosecutors Office
Jun. 2007  Chief Prosecutor, The Yokohama District Public Prosecutors Office
Jul. 2008  Superintending Prosecutor, The Sapporo High Public Prosecutors Office (Retired in Jul. 2009)
Sep. 2009  Registered as a lawyer Professor, The Law School of Tokai University (until Mar. 2017)
Jun. 2010  Corporate Auditor, MPI (until Mar. 2017)
Jan. 2011  Lawyer, Counselor, Higashimachi LPC (current)
Jun. 2014  Outside Corporate Auditor, MCHC
Jun. 2015  Outside Director of the Board, MCHC (current)

**Outside Director of the Board**
**Hideko Kunii**
■◆



May 1982  Joined Ricoh Company, Ltd.
Jun. 2005  Corporate Senior Deputy CEO, Ricoh Company, Ltd. (until Mar. 2008)
Apr. 2008  Chairperson, Ricoh Software Co., Ltd. (currently Ricoh IT Solutions Co., Ltd.)
Apr. 2009  Associate Director, Ricoh Company, Ltd. (until Mar. 2013)
Jul. 2009  Chairperson, Ricoh IT Solutions Co., Ltd. (until Mar. 2013)
Apr. 2012  Professor, Graduate School of Engineering Management, Shibaura Institute of Technology (current)
Apr. 2013  Deputy President, Shibaura Institute of Technology (until Mar. 2018)
Oct. 2013  Director, Center for Promotion of Educational Innovation Gender Equality Promotion Office, Shibaura Institute of Technology (until Mar. 2018)
Jun. 2015  Outside Director of the Board, MCHC (current)
Apr. 2018  Visiting Professor, Graduate School of Engineering Management, Shibaura Institute of Technology (current)

**Outside Director of the Board**
**Takayuki Hashimoto**
■



Apr. 1978  Joined IBM Japan, Ltd.
Apr. 2000  Director of the Board, IBM Japan, Ltd.
Apr. 2003  Managing Executive Officer, IBM Japan, Ltd.
Jan. 2007  Senior Managing Executive Officer, IBM Japan, Ltd.
Apr. 2008  Director of the Board, Senior Managing Officer, IBM Japan, Ltd.
Jan. 2009  Director of the Board, President, IBM Japan, Ltd.
May 2012  Director of the Board, Chairman, IBM Japan, Ltd.
Apr. 2014  Chairperson, IBM Japan, Ltd.
Jan. 2015  Vice Chairperson, IBM Japan, Ltd.
Jun. 2016  Outside Director of the Board, MCHC (current)
May 2017  Honorary Executive Advisor, IBM Japan, Ltd. (current)