# EXHIBIT M

## PROFESSIONAL EXPERIENCE

**MITSUBISHI CHEMICAL HOLDINGS AMERICA, INC.** New York, NY, *March 2008 to Present*
*Acting General Counsel, Chief Compliance Officer (effective April 1, 2015)*
*Assistant General Counsel (February 2013- April 2015)*
*Corporate Counsel (March 2008- February 2013)*

- Lead counsel to multiple subsidiaries in the Americas of Mitsubishi Chemical Holdings Company
- Act as corporate secretary for companies' board of directors meetings; draft and manage resolutions and advise on corporate governance matters
- Provide board members training on fiduciary duties
- Manage the conclusion of multiple litigation settlements on behalf of Alpha Therapeutics Corp.
- Counsel and support MP Healthcare Venture Management on multiple investment transactions both domestic and international (2008-August 2014)
- Provide advice and counsel in all aspects of law including, labor and employment, antitrust, predatory pricing, anti-bribery, corporate governance, commercial contracts, real estate, leasing, environmental and bankruptcy to all subsidiaries
- Substantial expertise in drafting, negotiating and reviewing commercial contracts including, distribution, supply, sales and marketing, bailment, consignment, consulting, employment, nondisclosure, intellectual property licenses, real estate, engineering and construction, mergers, acquisitions, investments (VC-like financings), partnerships and joint ventures both domestic and international
- Oversee, manage and conduct due diligence reviews for mergers and acquisitions
- Manage outside counsel in complex litigation including the negotiation and settlement of class actions, claims, disputes, discovery (including e-discovery), mergers/acquisitions and other complex business transactions
- Draft and revise company compliance policies including, code of conduct, international trade, antitrust, anti-bribery, use of company assets and document retention
- Draft, develop and implement anti-bribery compliance program and manual
- Provide live training on company compliance policies, as well as business ethics & corporate governance, financial integrity and union activities
- Manage complex environmental issues, including compliance, litigation and remediation actions with the US EPA and state regulatory agencies
- Supervise and manage Japanese trainees

**RAYTHEON COMPANY,** El Segundo, CA, *May 2001 to February 2008*
*Legal Counsel, General Law – Space and Airborne Systems*

- Member of leadership team to multiple business units of approximately $1.5 billion in revenue (Air Combat Avionics, Electronic Warfare Systems and GPS and Navigations Systems)
- Advised senior executive management on complex issues involving legal and financial risks to the Company
- Substantial expertise in drafting, negotiating and reviewing all types of complex commercial contracts, including: joint venture; intellectual property agreements; non-disclosure agreements; employment agreements; and purchase and sale agreements under the Uniform Commercial Code
- Participated in and drafted documents in support of multiple mergers, acquisitions and divestitures
- Provided transaction/due diligence support and legal advice and support to surviving/new entities in each business merger/acquisition transition
- Managed, drafted and negotiated various business agreements, transaction documents, and reports, including review of various SEC filings
- Managed outside counsel for litigation, claims, disputes and transactions
- Advised businesses on international contracting issues, including compliance with International Trade in Arms Regulations, Commerce Department regulations, Foreign Corrupt Practices Act and the Anti-Kickback Act
- Provided human resources support to business units
- Represented the Company in negotiations and settlement discussions with opposing counsel
- Substantial experience in federal government contracts and procurement contracts, under the Federal Acquisition Regulations
- Provided legal support to multiple functional areas including, Supply Chain Management, Environmental, Health and Safety, Facilities, Operations and Security