# EXHIBIT N

| | | |
|---|---|---|
| Carolyn USA8031<br>Orner/USAP/USA<br>01/17/2008 02:23 PM | To | Rosie USA8190 Durham/USAP/USA@USA, Anne USA8293 Goldberg/USAP/USA@USA, Pauline USA8664 Fuss/USAP/USA@USA |
| | cc | |
| | bcc | |
| | Subject | Offer for Jennifer Fischman |

All- Donna made an offer today to Jennifer Fischman for Minami's vacant position. She is in California and is expected to start work 3/3 in White Plains. I'll update you if she accepts - I expect her to.


Carolyn Orner
Director, Human Resources
Mitsubishi Chemical USA, Inc.
(757) 382-5710
(757) 549-9674

CONFIDENTIAL    Def 000666