# EXHIBIT O

# INTENT TO HIRE

03077
Dept 01070

New Employee: Jennifer Fischman

Intended Date of Hire: 3/3/08   Rate of Pay _____

Lee Group Employee:   Yes ☐   No ☐

Shift: _____ **Department Number:** _____

Title: Corporate Counsel

Supervisor: Donna Costa

# TERMINATION

Name: _____

Date of Termination: _____

Reason: _____
_____

# TEMPORARY LEAVE

Name: _____

Expected Dates of Leave: _____

Family Medical Leave ☐   Excused Absence Without Pay ☐

STD ☐   Other _____

_____   1/25/08
**Supervisor**                **Date**

CONFIDENTIAL                                 Def 000664