# EXHIBIT P



< Close

# Regular Pay History

Jennifer Fischman

Def 000753

Show Changes for:

| all | ⌄ |

| | EFFECTIVE DA... | COMPENSATI... | RATE TY... | AMOUNT | CUR... | RATE... | CURREN... | PAY FRE... | STA... | PERCENT C... | AMOUNT C... | ANNUAL AMO... | TI... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Current) | | | | | | | | | | | | | |
| | 05/23/2016 | COL - COL - Co... | Salary | 9,144.27 | USD | 114.... | USD | Biweekly | 80.00 | 3.0000 | 6,924.84 | 237,751.02 | No |
| (History) | | | | | | | | | | | | | |
| | 11/30/2015 | ADJ - ADJUST -... | Salary | 8,877.93 | USD | 114.... | USD | Biweekly | 80.00 | -23.0579 | (69,173.78) | 230,826.18 | |
| | 04/01/2015 | PRO - P - Prom... | Salary | 11,538.46 | USD | 114.... | USD | Biweekly | 80.00 | 35.0366 | 77,838.02 | 299,999.96 | |
| | 05/26/2014 | MER - MERIT - ... | Salary | 8,544.69 | USD | 114.... | USD | Biweekly | 80.00 | 0.9620 | 2,116.92 | 222,161.94 | |
| | 03/03/2014 | AME - AMERIT -... | Salary | 8,463.27 | USD | 114.... | USD | Biweekly | 80.00 | 3.9002 | 8,259.94 | 220,045.02 | |
| | 03/04/2013 | MER - MERIT - ... | Salary | 8,145.58 | USD | 114.... | USD | Biweekly | 80.00 | 5.0005 | 10,085.92 | 211,785.08 | No |
| | 03/05/2012 | AME - AMERIT -... | Salary | 7,757.66 | USD | 114.... | USD | Biweekly | 80.00 | 3.9001 | 7,571.20 | 201,699.16 | No |
| | 03/07/2011 | AME - AMERIT -... | Salary | 7,466.46 | USD | 114.... | USD | Biweekly | 80.00 | 3.9001 | 7,287.02 | 194,127.96 | No |

CONFIDENTIAL

Rows Per Page  20  ⌄   |◁ ◁  | 1 | - 13 of 13  ▷ ▷|



Close

HOME

Emplo

JF

Sho

# Regular Pay History

Jennifer Fischman

Def 000754

Show Changes for:

| all ▼ |

| | EFFECTIVE DA... | COMPENSATI... | RATE TY... | AMOUNT | CUR... | RATE... | CURREN... | PAY FRE... | STA... | PERCENT C... | AMOUNT C... | ANNUAL AMO... | TI... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (History) | | | | | | | | | | | | | |
| | 11/30/2015 | ADJ - ADJUST -... | Salary | 8,877.93 | USD | 114.... | USD | Biweekly | 80.00 | -23.0579 | (69,173.78) | 230,826.18 | No |
| | 04/01/2015 | PRO - P - Prom... | Salary | 11,538.46 | USD | 114.... | USD | Biweekly | 80.00 | 35.0366 | 77,838.02 | 299,999.96 | No |
| | 05/26/2014 | MER - MERIT - ... | Salary | 8,544.69 | USD | 114.... | USD | Biweekly | 80.00 | 0.9620 | 2,116.92 | 222,161.94 | No |
| | 03/03/2014 | AME - AMERIT -... | Salary | 8,463.27 | USD | 114.... | USD | Biweekly | 80.00 | 3.9002 | 8,259.94 | 220,045.02 | No |
| | 03/04/2013 | MER - MERIT - ... | Salary | 8,145.58 | USD | 114.... | USD | Biweekly | 80.00 | 5.0005 | 10,085.92 | 211,785.08 | No |
| | 03/05/2012 | AME - AMERIT -... | Salary | 7,757.66 | USD | 114.... | USD | Biweekly | 80.00 | 3.9001 | 7,571.20 | 201,699.16 | No |
| | 03/07/2011 | AME - AMERIT -... | Salary | 7,466.46 | USD | 114.... | USD | Biweekly | 80.00 | 3.9001 | 7,287.02 | 194,127.96 | No |
| | 03/08/2010 | AME - AMERIT -... | Salary | 7,186.19 | USD | 114.... | USD | Biweekly | 80.00 | 3.8005 | 6,840.86 | 186,840.94 | No |
| | 03/09/2009 | AME - AMERIT -... | Salary | 6,923.08 | USD | 114.... | USD | Biweekly | 80.00 | 9.0910 | 15,000.18 | 180,000.08 | No |

CONFIDENTIAL

Rows Per Page | 20 ▼ |  | 1 | - 13 of 13 |