# EXHIBIT Q

## 2. Knowledge and Skills Application

In addition to overall performance during the previous period related to job responsibilities, every employee has demonstrated the use of specific skills in performing their job. Use this area to judge the overall application of these skills and comment in specific detail on any topics related to the following areas that deserve mention either because of outstanding performance or further developmental needs. Indicate in the appropriate box the level of proficiency for each area: "-" means needs improvement; "=" means performs acceptably; and "+" means exhibits outstanding levels of proficiency.

| Skill and Knowledge Area | Level of Proficiency | | |
|---|---|---|---|
| | - | = | + |
| 1. Planning, Organizing, and Executing | | | x |
| 2. Problem-Solving/ Decision Making | | | x |
| 3. Job Knowledge | | | x |
| 4. Communication Skills | | | x |
| 5. Leadership/ Development of Others | | | x |
| 6. Compliance and \Ethics | | | x |

## 3. Comments

Jennifer did a great job in 2012. She has become more knowledgeable about the law most critical to our businesses and expanded her understanding of our culture and our clients. She has continued to demonstrate greater independence in decision making and greater ownership of responsibility.

Jennifer remains the go-to legal advisor for most non-IP legal matters for MCPP, Mytex, Yupo, MPH, MPCA, MCIS and MKIC; in addition she provided legal solutions and support to MFA, MRC-Golf, Newport Adhesives, and Quadrant from time to time. She continues to manage all legacy Alpha matters.

Jennifer devoted a substantial part of her time this year to successfully negotiating and closing the acquisition of the Bellevue asset purchase on behalf of MCPP. She was also responsible for overseeing the team with respect to post-acquisition integration. Additionally, she supported the establishment of MCPP-Brazil and the initiation of negotiations for the purchase of Comtrex by MCPP/MCC.

Jennifer worked closely with outside counsel/consultants in achieving a No Further Action letter from NJDEP with respect to all soil issues at the Hackettstown, NJ site on behalf of USRO, as well as supported the environmental shut-down program for MKIC in NJ. She worked with outside counsel in responding to and managing the landlord's claims against USRO with respect to the maintenance, repair and surrender obligations at the site.

Jennifer has demonstrated an ability to handle many complex matters at once. She is hard working and absorbs additional responsibility without hesitation or complaint. She is a team player. Jennifer is extremely accessible, generally responding immediately to clients. She provides meaningful communication to and is supportive of her clients, her colleagues and the department. I have received increasingly positive feedback from clients on Jennifer's work and my confidence in her ability to manage matters on her own is building. She has good instincts and consistently demonstrates excellent judgment in providing advice.

In 2013, Jennifer should focus on increasing her sensitivity to Japanese culture and Mitsubishi culture and politics.

Jennifer has contributed to a wide range of clients in the US and Japan and is greatly appreciated as a valuable member of the MCHA Legal Department. Based on her demonstrated commitment, her strong work ethic, her assumption of greater responsibilities, and the level of trust and respect she has earned both inside and outside MCHA, Jennifer is being promoted in 2013 to Assistant General Counsel.

CONFIDENTIAL                                                     Def 000616