# EXHIBIT R

# Mitsubishi Chemical Holdings America Inc.

## Performance Management Program
## Year: 2012

### MCHA Mission

We foster communication and community among MCHC companies.

Through partnership, we provide professional services that align with MCHC standards and policies; contribute to the performance of the MCHC Group and enhance KAITEKI value.

We will achieve our mission through a commitment to ethics, professionalism, and service.

| Employee Name: | Jennifer S. Fischman | Employee Title: | Corporate Counsel |
|---|---|---|---|
| Manager Name: | Donna Costa | Manager Title: | EVP, General Counsel |
| Review Date: | February 15, 2013 | | |

**CONFIDENTIAL**

### 1. Job Performance Previous Period

List the major areas of responsibility for this position and briefly describe the employee's performance in each of these areas during the previous period. Success in attaining specific goals and objectives established for the previous period should be discussed.

| Major Area of Responsibility | Performance During Previous Period |
|---|---|
| Commercial Transactions, Contracts and Legal Advice | Provided legal support and advice on a myriad of issues including merger and acquisition, collective bargaining agreement, distribution and supply agreements, master services agreements, nondisclosure agreements, investment transactions, employment-related agreements, compliance issues, bankruptcy, risk management and litigation. |
| Communication with Japan | Expanded communication with Japan this year, providing direct support to MCC on a number of issues related to M&A activity, among others. Kept up with regular communications with clients in Japan in a timely manner. |
| Outside Counsel Management; Projects | Managed outside counsel effectively; worked to find ways to reduce outside counsel costs on all matters, including M&A activities, MCIS DuPont issues, and Alpha matters. |
| Compliance | Provided trainings and seminars to MRC-Golf, MKIC, MFA, MCPP and Mytex. Trainings included general contract law/sales terms and conditions, FCPA, antitrust and global business. Continued work on comprehensive Anti-Bribery Program, including, revised policy, compliance manual, 3rd party questionnaire and certification. |
| Training and Mentoring | Provided support and guidance to Kazuhiro Kishiyama. |

## 2. Knowledge and Skills Application

In addition to overall performance during the previous period related to job responsibilities, every employee has demonstrated the use of specific skills in performing their job. Use this area to judge the overall application of these skills and comment in specific detail on any topics related to the following areas that deserve mention either because of outstanding performance or further developmental needs. Indicate in the appropriate box the level of proficiency for each area: "-" means needs improvement; "=" means performs acceptably; and "+" means exhibits outstanding levels of proficiency.

| Skill and Knowledge Area | Level of Proficiency | | |
|---|---|---|---|
| | - | = | + |
| 1. Planning, Organizing, and Executing | | | x |
| 2. Problem-Solving/ Decision Making | | | x |
| 3. Job Knowledge | | | x |
| 4. Communication Skills | | | x |
| 5. Leadership/ Development of Others | | | x |
| 6. Compliance and \Ethics | | | x |

## 3. Comments

Jennifer did a great job in 2012. She has become more knowledgeable about the law most critical to our businesses and expanded her understanding of our culture and our clients. She has continued to demonstrate greater independence in decision making and greater ownership of responsibility.

Jennifer remains the go-to legal advisor for most non-IP legal matters for MCPP, Mytex, Yupo, MPH, MPCA, MCIS and MKIC; in addition she provided legal solutions and support to MFA, MRC-Golf, Newport Adhesives, and Quadrant from time to time. She continues to manage all legacy Alpha matters.

Jennifer devoted a substantial part of her time this year to successfully negotiating and closing the acquisition of the Bellevue asset purchase on behalf of MCPP. She was also responsible for overseeing the team with respect to post-acquisition integration. Additionally, she supported the establishment of MCPP-Brazil and the initiation of negotiations for the purchase of Comtrex by MCPP/MCC.

Jennifer worked closely with outside counsel/consultants in achieving a No Further Action letter from NJDEP with respect to all soil issues at the Hackettstown, NJ site on behalf of USRO, as well as supported the environmental shut-down program for MKIC in NJ. She worked with outside counsel in responding to and managing the landlord's claims against USRO with respect to the maintenance, repair and surrender obligations at the site.

Jennifer has demonstrated an ability to handle many complex matters at once. She is hard working and absorbs additional responsibility without hesitation or complaint. She is a team player. Jennifer is extremely accessible, generally responding immediately to clients. She provides meaningful communication to and is supportive of her clients, her colleagues and the department. I have received increasingly positive feedback from clients on Jennifer's work and my confidence in her ability to manage matters on her own is building. She has good instincts and consistently demonstrates excellent judgment in providing advice.

In 2013, Jennifer should focus on increasing her sensitivity to Japanese culture and Mitsubishi culture and politics.

Jennifer has contributed to a wide range of clients in the US and Japan and is greatly appreciated as a valuable member of the MCHA Legal Department. Based on her demonstrated commitment, her strong work ethic, her assumption of greater responsibilities, and the level of trust and respect she has earned both inside and outside MCHA, Jennifer is being promoted in 2013 to Assistant General Counsel.

CONFIDENTIAL                    Def 000616

## 4. Overall Level of Performance

Based on the previous year's performance, the most accurate general description of this individual's job performance is:

- ☒ **Exceeds Expectations:** Regularly makes contributions of great value to the company, showing innovation, creativity, and independent action. Is recognized as a leader by others in the organization and frequently goes beyond the norm of usual job performance in this position.
- ☐ **Meets Expectations:** Job Performance is that of a fully experienced person in this position. Meets all requirements of the position and occasionally may make contributions beyond what is normally expected. Is a solid performer within the organization.
- ☐ **Does Not Meet Expectations:** Further improvement is needed in order to be considered as fully performing the requirements of this position. Improvement may come as the result of further experience and/or training, in the case of a newer employee, or in the form of more closely meeting organizational performance parameters, in the case of a more experienced employee.

## 5. Personal Development

Summarize specific development plans which are related to expansion of skills or knowledge necessary in attaining performance objectives.

| Areas of Development | Development Plan (When? How? by Whom?) |
|---|---|
| International Business | Take at least one CLE program on International Business and Employment Law |
| Compliance and Ethics | |

**Signature of Manager or Supervisor:** _Donna Costa_ **Date:** 2/15/13

**Next Higher Level Manager:** _____ **Date:** _____

**Employee Comments:**




**Employee Signature:** _Jennifer S Finch_ **Date:** 2/15/13

CONFIDENTIAL　　Def 000917

## 6. Goals and Objectives

List below specific goals and objectives related to the employee's job that can be mutually agreed to by the employee and his or her supervisor for the coming year. Goals and objectives should be (1) reasonable and attainable; (2) measurable, if possible; (3) consistent with broad goals for the company.

| Specific Goal or Objective | Target Date for Completion |
|---|---|
| Continue to provide effective proactive legal advice | ongoing |
| Continue to assess and help the businesses manage risk and litigation | ongoing |
| Continue to mentor Kazuhiro Kishiyama | ongong |
| Continue to provide annual training on important compliance issues | ongoing |
| | |
| | |
| | |
| | |
| | |

Employee Signature _{signature}_ Date: 2/15/13

Supervisor Signature _Donna Costa_ Date: 2/15/13

# Mitsubishi Chemical Holdings America Inc.

## Performance Management Program
## Year: 2011

### MCHA Mission

We foster communication and community among MCHC companies.

Through partnership, we provide professional services that align with MCHC standards and policies, contribute to the performance of the MCHC Group and enhance KAITEKI value.

We will achieve our mission through a commitment to ethics, professionalism, and service.

| Employee Name: | Jennifer S. Fischman | Employee Title: | Corporate Counsel |
|---|---|---|---|
| Manager Name: | Donna Costa | Manager Title: | EVP, General Counsel |
| Review Date: | March 8, 2012 | | |

# CONFIDENTIAL

CONFIDENTIAL                                    Def 000619

# 1. Job Performance Previous Period

List the major areas of responsibility for this position and briefly describe the employee's performance in each of these areas during the previous period. Success in attaining specific goals and objectives established for the previous period should be discussed.

| Major Area of Responsibility | Performance During Previous Period |
|---|---|
| Commercial Transactions, Contracts and Legal Advice | Provided legal support and advice on a myriad of issues including distribution and supply agreements, master services agreements, nondisclosure agreements, investment transactions, employment-related agreements, compliance issues, bankruptcy, risk management and litigation. |
| Communication with Japan | Communicated regularly with clients in Japan, keeping them informed in a timely manner of legal issues in their businesses; provided counsel on matters requiring decisions. |
| Outside Counsel Management; Projects | Managed outside counsel effectively; worked to find ways to reduce outside counsel costs on all transactional matters, litigation and Alpha matters. |
| Compliance | Presented fewer compliance training programs this year in comparison to 2010. Trainings included Incoterms, general contract law/sales terms and conditions, FCPA, antitrust and global business. Worked on establishing Anti-Bribery Program, including, revised policy, compliance manual, 3rd party questionnaire and certification. |
| Training and Mentoring | Started support and guidance to Kazuhiro Kishiyama. |

## 2. Knowledge and Skills Application

In addition to overall performance during the previous period related to job responsibilities, every employee has demonstrated the use of specific skills in performing their job. Use this area to judge the overall application of these skills and comment in specific detail on any topics related to the following areas that deserve mention either because of outstanding performance or further developmental needs. Indicate in the appropriate box the level of proficiency for each area: "-" means needs improvement; "=" means performs acceptably; and "+" means exhibits outstanding levels of proficiency.

| Skill and Knowledge Area | Level of Proficiency | | |
|---|---|---|---|
| | - | = | + |
| 1. Planning, Organizing, and Executing | | | X |
| 2. Problem-Solving/ Decision Making | | | X |
| 3. Job Knowledge | | X | |
| 4. Communication Skills | | | X |
| 5. Leadership/ Development of Others | | | X |
| 6. Compliance and \Ethics | | | X |

## 3. Comments

Jennifer continued to grow as a lawyer in 2011. She has become more knowledgeable about the law most critical to our businesses and has an excellent understanding of our culture and our clients. She has continued to demonstrate more independence in her decision making and greater ownership of responsibility.

Jennifer remains the go-to legal advisor for most non-IP legal matters for Mytex, Yupo, MPH, MCPP and MPCA. In addition, Jennifer devoted a substantial part of her time this year to assist in the establishment of MCIS US and MCIS UK, which included strenuous negotiations and considerable effort. Jennifer worked closely with outside counsel/consultants to meet the May 2012 goal to close out USRO's and MKIC's environmental issues at the site in NJ. In addition, she continues to be responsible for all Alpha legal matters and provides support for many other businesses in the US and Japan.

Jennifer has demonstrated an ability to handle complex matters, and was involved in a number of transactions for US and Japanese affiliates in 2011. I entrusted her with a leading role in a number of complex transactional projects for MCPP, which she has handled extremely well.

Jennifer is hard-working and seeks responsibility, which she absorbs without hesitation or complaint. Jennifer is a team player, willing to have a starring role or a supporting role as needed. She is extremely accessible, generally responding immediately to clients. She communicates honestly and provides meaningful communication. She is supportive of her clients, her colleagues and the department. She is excellent at receiving constructive criticism and always utilizes such feedback to improve her performance and communication. I have received increasingly positive feedback from clients on Jennifer's work and my confidence in her ability to manage matters on her own is building. She has good instincts and consistently demonstrates excellent judgment in providing advice.

Jennifer is greatly valued as a member of the MCHA Legal Department.

CONFIDENTIAL                    Def 000621

## 4. Overall Level of Performance

Based on the previous year's performance, the most accurate general description of this individual's job performance is:

- ☑ **Exceeds Expectations:** Regularly makes contributions of great value to the company, showing innovation, creativity, and independent action. Is recognized as a leader by others in the organization and frequently goes beyond the norm of usual job performance in this position.
- ☐ **Meets Expectations:** Job Performance is that of a fully experienced person in this position. Meets all requirements of the position and occasionally may make contributions beyond what is normally expected. Is a solid performer within the organization.
- ☐ **Does Not Meet Expectations:** Further improvement is needed in order to be considered as fully performing the requirements of this position. Improvement may come as the result of further experience and/or training, in the case of a newer employee, or in the form of more closely meeting organizational performance parameters, in the case of a more experienced employee.

## 5. Personal Development

Summarize specific development plans which are related to expansion of skills or knowledge necessary in attaining performance objectives.

| Areas of Development | Development Plan (When? How? by Whom?) |
|---|---|
| International Business<br><br>Compliance and Ethics | Take at least one CLE program on International Business. |

Signature of Manager or Supervisor: _Donna Costa_  Date: 8/8/12

Next Higher Level Manager: _____  Date: _____

**Employee Comments:**




Employee Signature: _____  Date: _____

## 6. Goals and Objectives

List below specific goals and objectives related to the employee's job that can be mutually agreed to by the employee and his or her supervisor for the coming year. Goals and objectives should be (1) reasonable and attainable; (2) measurable, if possible; (3) consistent with broad goals for the company.

| Specific Goal or Objective | Target Date for Completion |
|---|---|
| Provide effective proactive legal advice | ongoing |
| Assess and help the businesses manage risk and litigation | ongoing |
| Mentor Kazuhiro Kishiyama | ongoing |
| Provide annual training on important compliance issues | ongoing |
| | |
| | |
| | |
| | |

Employee Signature _Jennifer S Fisch_ Date: 3/8/12

Supervisor Signature _Dauna Costa_ Date: 3/8/12

# CONFIDENTIAL

**Mitsubishi Chemical Holdings America, Inc.**
**Performance Management Program**

| | |
|---|---|
| **Employee Name** | Jennifer Fischman |
| **Position Held** | Corporate Counsel |
| **Date of Evaluation** | February 14, 2011 |

### 1. Job Performance Previous Period

List the major areas of responsibility for this position and briefly describe the employee's performance in each of these areas during the previous period. Success in attaining specific goals and objectives established for the previous period should be discussed.

| Major Area of Responsibility | Performance During Previous Period |
|---|---|
| Commercial Transactions, Contracts and Legal Advice | Provided legal support and advice on a myriad of issues including distribution and supply agreements, master services agreements, nondisclosure agreements, investment transactions, employment-related agreements, compliance issues, bankruptcy, risk management and litigation. |
| Communication with Japan | Communicated regularly with clients in Japan, keeping them informed in a timely manner of legal issues in their businesses; provided counsel on matters requiring decisions. |
| Outside Counsel Management; Projects | Managed outside counsel with some great success and others less successfully earlier in the year; worked to find ways to reduce outside counsel costs on new litigation matters and Alpha matters. Worked on the following litigation and claims: various ongoing Alpha lawsuits; settlement of the majority of Alpha's HCV and HIV claims; settlement of the Classic lawsuit; settlement of various bankruptcy claims; VQI settlement; and settlement of employee claims at MTPA, MPCA and Mytex. Other major projects included: due diligence for Project Oyster; closure of MC-RIC; MKIC merger with FGIC; MCC's investment in Genomatica; MPH investments in PharmEste, Genocea, FerroKin and GenKyoTex; restructuring of MCUS; and the Virginia OSH audit of MKIC. |
| Compliance | Presented numerous compliance training programs at MFA, MCPP, Mytex and MKIC on subjects such as the use and classification of independent contractors, workplace harassment and discrimination, export controls, antitrust and anti-bribery. |
| Training and Mentoring | Provided support and guidance to Kanako Murata; reviewed her work and communicated with her regularly. Supported the work of MKIC's inhouse lawyer, Karin Peterka. |

## 1. Knowledge and Skills Application

In addition to overall performance during the previous period related to job responsibilities, every employee has demonstrated the use of specific skills in performing their job. Use this area to judge the overall application of these skills and comment in specific detail on any topics related to the following areas that deserve mention either because of outstanding performance or further developmental needs. Indicate in the appropriate box the level of proficiency for each area: "-" means needs improvement; "=" means performs acceptably; and "+" means exhibits outstanding levels of proficiency.

| Skill and Knowledge Area | Level of Proficiency | | |
|---|---|---|---|
| | - | = | + |
| 1. Planning, Organizing, and Executing | | x | |
| 2. Problem-Solving/ Decision Making | | | x |
| 3. Job Knowledge | | x | |
| 4. Communication Skills | | | x |
| 5. Leadership/ Development of Others | | | x |
| 6. Compliance and Ethics | | | x |

## 3. Comments

Indicate below specific comments related to any areas indicated above where improvement is needed or performance has been outstanding, as well as general comments about performance.

Jennifer continued to grow as a lawyer in 2010. She has become more knowledgeable about the law most critical to our businesses and has an excellent understanding of our culture and our clients. She has continued to demonstrate more independence in her decision making and greater ownership of responsibility. She takes responsibility for her occasional mishaps and works hard to resolve them expeditiously. Jennifer learned early this year that her over-reliance on outside counsel could be detrimental and spent the rest of the year closely managing and questioning all outside counsel work product and matters.

Jennifer remains the go-to legal advisor for most non-IP legal matters for MKIC, Mytex, Yupo, MPH, MPCA and MCPP. Jennifer assisted in developing an aggressive strategy to close out USRO's environmental issues at the site in NJ and has worked closely with counsel and consultants in implementing the strategy. In addition, she continues to be responsible for all Alpha legal matters and provides support for many other businesses in the US and Japan. Jennifer provided excellent compliance training in numerous areas this year. Jennifer demonstrated a significant improvement in her ability to counsel on employment law matters this year as well, handling settlements with former employees and counseling MFA on Alertline matters.

Jennifer has demonstrated an ability to handle many complex matters at once. She is hard working and often asks for additional responsibility, which she absorbs without hesitation or complaint. She is a true team player, willing to have a starring role or a supporting role as needed.

Jennifer is extremely accessible, generally responding immediately to clients. I have received increasingly positive feedback from clients on Jennifer's work and my confidence in her ability to manage matters on her own is building. She has good instincts and consistently demonstrates excellent judgment in providing advice. Jennifer has contributed tremendously to a wide range of clients in the US and Japan and is greatly appreciated as a valuable member of the MCUS Legal Department.

## 4. Overall Level of Performance

__x__ **Exceeds Expectations:** Regularly makes contributions of great value to the company, showing innovation, creativity, and independent action. Is recognized as a leader by others in the organization and frequently goes beyond the norm of usual job performance in this position.

____ **Meets Expectations:** Job Performance is that of a fully experienced person in this position. Meets all requirements of the position and occasionally may make contributions beyond what is normally expected. Is a solid performer within the organization.

____ **Does Not Meet Expectations:** Further improvement is needed in order to be considered as fully performing the requirements of this position. Improvement may come as the result of further experience and/or training, in the case of a newer employee, or in the form of more closely meeting organizational performance parameters, in the case of a more experienced employee.

## 5. Personal Development

Summarize specific development plans which are related to expansion of skills or knowledge necessary in attaining performance objectives.

| Areas of Development | Development Plan (When? How? by Whom?) |
|---|---|
| Employment Law Counseling  Compliance and Ethics | Take at least one CLE program on HR/Employment law counseling. |

**Signature of Manager or Supervisor:** _Donna Costa_ **Date:** 2/14/11

**Next Higher Level Manager:** _____ **Date:** _____

**Employee Comments:**

Important lessons learned this year:
- Do not overly rely on outside counsel; be sure to question and re-question their management of a project and stay on top of their work.
- Be more proactive in management of OSC and take greater personal responsibility for their performance.
- Do more research using Westlaw, it is a valuable tool to save time and money on outside counsel.
- Feel more comfortable with employment law counseling, continue to review employment law cases and articles and attend additional trainings.

**Employee Signature:** _Jennifer S Luchn_ **Date:** 2/14/11

CONFIDENTIAL
Def 000626

## 6. Goals and Objectives

List below specific goals and objectives related to the employee's job that can be mutually agreed to by the employee and his or her supervisor for the coming year. Goals and objectives should be (1) reasonable and attainable; (2) measurable, if possible; (3) consistent with broad goals for the company.

| Specific Goal or Objective | Target Date for Completion |
|---|---|
| Continue to provide effective proactive legal advice | ongoing |
| Continue to assess and help the businesses manage risk and litigation | ongoing |
| Continue to mentor Kanako Murata | ongoing |
| Continue to provide annual training on important compliance issues | ongoing |
| | |
| | |
| | |
| | |
| | |

Employee Signature _[signed]_ Date: 2/14/11

Supervisor Signature _Donna Costa_ Date: 2/14/11

# CONFIDENTIAL

**Mitsubishi Chemical USA, Inc.**
**Performance Management Program**

| | |
|---|---|
| Employee Name | Jennifer Fischman |
| Position Held | Corporate Counsel |
| Date of Evaluation | February 16, 2010 |

### 1. Job Performance Previous Period

List the major areas of responsibility for this position and briefly describe the employee's performance in each of these areas during the previous period. Success in attaining specific goals and objectives established for the previous period should be discussed.

| Major Area of Responsibility | Performance During Previous Period |
|---|---|
| Commercial Transactions, Contracts and Legal Advice | Provided legal support and advice on a myriad of issues including distribution and supply agreements, master services agreements, nondisclosure agreements, investment transactions, employment-related agreements, compliance issues, bankruptcy, risk management and litigation. Worked on the Sunprene matter for MCC and led the due diligence team for the PMI transaction. |
| Communication with Japan | Communicated regularly with clients in Japan, keeping them informed in a timely manner of legal issues in their businesses; provided counsel on matters requiring decisions. |
| Outside Counsel Management; Projects | Managed outside counsel successfully throughout the year; worked to find ways to reduce outside counsel costs on new litigation matters and Alpha matters; assisted in the settlement of two Alpha matters saving the company millions of dollars in attorneys' fees and damages. Negotiated a low rate on Westlaw in an attempt to save money on legal research for which we might have paid outside counsel. Completed the Legal Forms project, which included drafting, editing, compiling and reviewing over 35 forms of agreements and other documents; supervised Tadamori Uchida who assisted in drafting many of the forms. |
| Compliance | Presented numerous compliance training programs on subjects such as export controls, antitrust and FCPA. |
| Training and Mentoring | Provided support and guidance to Tadamori Uchida; reviewed his work and communicated with him on improving his English language and legal drafting skills. Began training and mentoring Kanako Murata. |

### 1. Knowledge and Skills Application

In addition to overall performance during the previous period related to job responsibilities, every employee has demonstrated the use of specific skills in performing their job. Use this area to judge the overall application of these skills and comment in specific detail on any topics related to the following areas that deserve mention either because of outstanding performance or further developmental needs. Indicate in the appropriate box the level of proficiency for each area: "-" means needs improvement; "=" means performs acceptably; and "+" means exhibits outstanding levels of proficiency.

| Skill and Knowledge Area | Level of Proficiency | | |
|---|---|---|---|
| | - | = | + |
| 1. Planning, Organizing, and Executing | | x | |
| 2. Problem-Solving/ Decision Making | | | x |
| 3. Job Knowledge | | x | |
| 4. Communication Skills | | | x |
| 5. Leadership/ Development of Others | | | x |
| 6. Compliance and Ethics | | | x |

### 3. Comments

Indicate below specific comments related to any areas indicated above where improvement is needed or performance has been outstanding, as well as general comments about performance.

Jennifer grew as a lawyer in 2009. She has become knowledgeable about the law most critical to our businesses and has an excellent understanding of our culture and our clients. She has continued to demonstrate more independence in her decision making and greater ownership of responsibility. She has become the go-to legal advisor for most non-IP legal matters for Mytex, Yupo, MPH, MPCA, FGIC and MCPP. In addition, she has assumed responsibility for all Alpha legal matters and provides support for many other businesses in the US and Japan.

Jennifer has demonstrated an ability to handle many complex matters at once. She is hard working and often asks for additional responsibility, which she absorbs without hesitation or complaint. In fact, the more work she is given the better she performs. In addition to fulfilling her direct responsibilities, she consistently offers to help other members of the Legal Department in matters large and small. She is a true team player, willing to have a starring role or a supporting role as needed. Although Jennifer considers herself to be an inexperienced and reluctant litigator, she has managed a number of high exposure lawsuits this year and has done so beautifully.

Jennifer is extremely accessible, generally responding immediately to clients. This year she has become a better listener and better at evoking the information she needs from clients to provide appropriate counsel. She is not afraid to ask questions, do research or seek advice from others if she does not know the answer to a particular question. Although Jennifer has occasionally forgotten to respond to a request, this has become much less frequent. I have received increasingly positive feedback from clients on Jennifer's work and my confidence in her ability to manage matters on her own is building. She has good instincts and consistently demonstrates excellent judgment in providing advice.

Jennifer has contributed tremendously to a wide range of clients in the US and Japan and is greatly appreciated as a valuable member of the MCUS Legal Department. It was a good year!

## 4. Overall Level of Performance

__x__ **Exceeds Expectations:** Regularly makes contributions of great value to the company, showing innovation, creativity, and independent action. Is recognized as a leader by others in the organization and frequently goes beyond the norm of usual job performance in this position.

____ **Meets Expectations:** Job Performance is that of a fully experienced person in this position. Meets all requirements of the position and occasionally may make contributions beyond what is normally expected. Is a solid performer within the organization.

____ **Does Not Meet Expectations:** Further improvement is needed in order to be considered as fully performing the requirements of this position. Improvement may come as the result of further experience and/or training, in the case of a newer employee, or in the form of more closely meeting organizational performance parameters, in the case of a more experienced employee.

## 5. Personal Development

Summarize specific development plans which are related to expansion of skills or knowledge necessary in attaining performance objectives.

| Areas of Development | Development Plan (When? How? by Whom?) |
| --- | --- |
| Employment Law Counseling | Take at least one CLE program on HR/Employment law counseling. |
| Compliance and Ethics | Begin to respond to AlertLine calls and other compliance inquiries. |

**Signature of Manager or Supervisor:** _Donna Costa_  Date: 2/17/10

**Next Higher Level Manager:** _____  Date: ____

**Employee Comments:**

**Employee Signature:** _[signature]_  Date: 2/17/2010

CONFIDENTIAL　000630

## 6. Goals and Objectives

List below specific goals and objectives related to the employee's job that can be mutually agreed to by the employee and his or her supervisor for the coming year. Goals and objectives should be (1) reasonable and attainable; (2) measurable, if possible; (3) consistent with broad goals for the company.

| Specific Goal or Objective | Target Date for Completion |
|---|---|
| Continue to provide effective proactive legal advice | ongoing |
| Continue to assess and help the businesses manage risk and litigation | ongoing |
| Continue to mentor Kanako Murata | ongong |
| Continue to provide annual training on important compliance issues | ongoing |
| | |
| | |
| | |
| | |
| | |

Employee Signature _Jennifer S Finch_ Date: 2-17-2010

Supervisor Signature _Donna Costa_ Date: 2/17/10