# EXHIBIT T

Message

| | |
|---|---|
| From: | Masanori 3113541 Sakaguchi [CN=Masanori 3113541 Sakaguchi/OU=AP/O=MCC] |
| Sent: | 11/5/2014 11:15:59 PM |
| To: | Jennifer USA0458 Fischman [CN=Jennifer USA0458 Fischman/OU=USAP/O=USA@USA] |
| Subject: | Last week conversation |

ＭＳゴシックDear Jennier:

Thank you very much for your meeting with me last Thursday. I am pleased to have shared the information with you on some ongoing projects and enjoyed the chats.

In connection with our conversation with you, this morning I have received very uncomfortable mail and complaint from Mr. Sam Sasaki and MRC's carbon fiber business Department.  The mail said that Donna sent an email to Pete Matthew, Aldila to inquire about the project about Henkel.  Donna's email said that I (Mr. Sakaguchi) told her to speak to Pete.  As you may easily understand,  I am upset about Donna's email referring to my name.  As you are aware,  I have never met with Donna nor had I conversation with her about the Henkel project last week.  Donna's statement in her email is totally contradictory with the fact and false.

Henkel PJ is confidential project and so it was not disclosed even to Pete.  MRC's Carbon Fiber Team is also stunned by Donna's email to Pete.

I would strongly ask you to be careful about treatment of the confidential information contained in our conversation in the past and future, and the way of your reporting to Donna.  Since you and Dona are both experienced attorney-at law, I hope that you will understand the professional way of treating the confidential and sensitive information.  And I ask you to alert Donna on this trouble.

Best regards.

Masanori Sakaguchi
General Counsel
Mitsubishi Rayon Co., Ltd.

Def 001208

Confidential