# EXHIBIT V

12/10/14

JF

Plus-es
1) OK w/ her knowledge base - she can learn.   Smart, can learn
2) Knows our orgs, idiosyncracies, culture, our business & our people
3) Has changed, learned & grown

Cons to #'s above
1) Still feel need to limit amt of her work, we can only take up limited amt at one time. S
   - She will not be EVP so will not have those resp
   Things tend to fall thru cracks
1) She eat is selective in what she cares about
   wants to deal only w/ hi profile stuff
   doesn't like shit work
   - she has capability to change this
2) has pre-conceiv judgements - has to learn to manage this, emotional rx
   she complains to peers in dept - can't do that when you r the boss
   Will needs to learn to manage her frustrations

CAMBRIDGE® Limited

Def 000891