# EXHIBIT W

US.  We agreed to set a meeting among MTG, TNSC, MCHC and MCHA some time in January or February to discuss this matter.  I know that you already met and established a good relationship with Steve, but as a matter of formality, we need to have such a meeting to determine how to design our governance over TNSC affiliates in the world with a presence of the parents of both parties, especially with respect to the possible fees payable by TNSC to the OAHs.

I will let you know as soon as we got the proposal from TNSC about the possible dates for the meeting to schedule.

Best wishes for the holiday season,  Ken


Donna USA0007 Costa---2014/12/10 09:45:56---Dear Ken: I hope you're well.

送信元: Donna USA0007 Costa/USAP/USA@USA
宛先: Ken 2905413 Fujiwara/AP/MCC
日付: 2014/12/10 09:45
件名: MCHA GC

---

Dear Ken:

I hope you're well.

We had an all-day Legal Department Summit today that went quite well. We did some teamwork exercises, in addition to discussions of professional ethics, corporate governance and others. Then we drank Margaritas and Mojitos!

I received the message from Yoshisato-san that MCHA wants us to make Jennifer Acting-General Counsel for 12 months in the hope that she will grow into the job. I am working on a plan to communicate to her, which I will discuss with Yoshisato-san and later present to Jennifer.

In the mean time, please send me MCHC's proposal regarding my contract. Also please send me any other information that you consider relevant to the CEO transition.

Thanks as always for your support.

Regards,
Donna



Sent with Good (www.good.com)