# EXHIBIT X

| From: | Donna_Costa@m-chem.com |
|---|---|
| Sent: | Sunday, December 14, 2014 3:47 PM |
| To: | fujiwara ken |
| Subject: | RE: MCHA GC |

Dear Ken:

I spoke to Jennifer and received a positive initial response. We will continue to discuss the position this week. I hope to be able to wrap up my contract and an oral agreement with Jennifer by the 19th.

Assuming all goes as planned, we will begin the search for a new attorney on January 5. Yoshisato-san said that I can notify other Legal Department members on February 2, two days before the February 4 Board meeting. This will allow us to begin interviewing attorney candidates on February 5 in the hope that we can get someone to start on or close to April 1.

Let me know if you have any questions or concerns.

Regards,
Donna


Sent with Good (www.good.com)



--------Original Message--------

From : Donna USA0007 Costa/USAP/USA
To : Ken 2905413 Fujiwara/AP/MCC@MCC@FCD
cc :
Sent on :12/09/2014 09:01:14 PM EST
Subject : Re: MCHA GC

Dear Ken:

Thank you.  I look forward to hearing back from you. It would be great if I could get your proposal before my holiday vacation, which begins on the 19th.