# EXHIBIT Y

| From: | Jennifer_Fischman@m-chem.com |
|---|---|
| Sent: | Thursday, February 26, 2015 1:30 PM |
| To: | Donna_Costa@m-chem.com |
| Subject: | Re: Secretary |
| Attachments: | JSF CV for MTPC 2015.doc |

Dear Donna,
Here is my CV.
As for "information about her planned position in coming April," as acting GC, I will be responsible for all legal matters in the Americas (for all subsidiaries that MCHA supports), by providing legal advice myself and by supervising the 5 other attorneys in the legal department. As CCO, I will be overseeing and implementing the corporate compliance program to our subsidiaries, the EU and some Asian subsidiaries. I will also be serving as corporate secretary for several boards of directors for the US subsidiaries.
You know better what my "planned position" is so feel free to add to this description, but I think that is it in a nutshell.
*(See attached file: JSF CV for MTPC 2015.doc)*
Regards,
Jennifer

Jennifer S. Fischman
Assistant General Counsel
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

▼Donna USA0007 Costa---02/25/2015 09:27:38 PM---Jennifer: In addition to a CV "to introduce who she is officially," MTPC would like

From: Donna USA0007 Costa/USAP/USA
To: jennifer_fischman@m-chem.com
Date: 02/25/2015 09:27 PM
Subject: Secretary

CONFIDENTIAL					Def 000005