# EXHIBIT Z

**Message**

---

**From**: fujiwara ken [Fujiwara.Ken@mp.mitsubishichem-hd.co.jp]
**Sent**: 3/2/2015 8:47:39 PM
**To**: Jennifer_Fischman@m-chem.com
**Subject**: Re: Congratulations!

---

Dear Jennifer:

Thank you for your warm words.  Also, congratulations to your new position.

I personally think that my advancement was thank to the experience and the people who led and supported me to the world of international business during my expatriate position in New York.  I also am grateful to the kind support and advice that I got from the friends at MCHA, as the globalization is immediate necessity for our group.

I hope we will be working much closer for the future of the group.

Best regards,  Ken



送信元:	Jennifer_Fischman@m-chem.com
宛先: Ken 2905413 Fujiwara/AP/MCC@MCC
日付: 2015/03/03 04:38
件名: Congratulations!


Dear Ken,
I have just learned of your promotion to Executive Officer of MCHC! Congratulations on your promotion, as I am sure you have earned it!  I also wanted to thank you for all your support in my promotion, which I am sure could not have happened without you.  I look forward to working with you in both of our new roles and hope to see you in October when I plan to visit the head office.

Best regards,
Jennifer

Jennifer S. Fischman
Assistant General Counsel
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.[添付ファイル "C.htm" は Ken 2905413 Fujiwara/AP/MCC が削除しました]

Def 001209

Confidential