# EXHIBIT AA

Message
_____

**From:**     Masanori 3113541 Sakaguchi [CN=Masanori 3113541 Sakaguchi/OU=AP/O=MCC]
**Sent:**     3/18/2015 3:56:08 AM
**To:**       Jennifer USA0458 Fischman [CN=Jennifer USA0458 Fischman/OU=USAP/O=USA@USA@FCD]
**Subject:**  Re: Congratulations Again!


ＭＳゴシックDear Jennifer:

Thank you very much for your kind and thoughtful remarks.  In my new assignments,
I am anxious to work and collaborate with you and your colleagues so as to be
in the best interest of MCHC's group companies.  I am planning to travel to New
York in the week of April 20 and I hope to see you then.

Best regards.

Masanori Sakaguchi



送信元:      Jennifer USA0458 Fischman/USAP/USA@USA
宛先:        Masanori 3113541 Sakaguchi/AP/MCC@MCC@FCD
日付:        2015/03/17 23:58
件名:        Congratulations Again!


Dear Sakaguchi-san,
Two great promotions in one month! You must be very pleased.   Congratulations again and I look forward to supporting
you in this new role as well.


Regards,
Jennifer

Jennifer S. Fischman
Assistant General Counsel
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients.
If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409).
Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

Def 001217

Confidential