# EXHIBIT BB

| | |
|---|---|
| **From:** | Donna_Costa@m-chem.com |
| **Sent:** | Wednesday, March 18, 2015 10:48 PM |
| **To:** | Patricia_Saunders@m-chem.com |

Pat:

Thanks for everything today. My stress was nearly unbearable. I apologize for out gassing with you.

Just want to let you know that when I was catching up with Jennifer she made another reference to being 'Acting,' so I took the opening to say "on that point, now that our transition period is over I would like to speak to you about what was behind that decision."  She immediately got teary and said "I would like to wait until the end of April to have that discussion."  I told her that was absolutely fine with me and we moved on to other topics. I think this was the perfect outcome. I can now give her space and don't feel the need to talk about it.

Thanks again
Donna


Sent with Good (www.good.com)

CONFIDENTIAL

Def 000013