# EXHIBIT DD

| | |
|---|---|
| **From:** | kelli_troccoli@m-chem.com |
| **Sent:** | Friday, April 17, 2015 7:46 PM |
| **To:** | Jennifer_Fischman@m-chem.com; Donna_Costa@m-chem.com |
| **Subject:** | Personal |

Donna and Jennifer,

I am letting you both know that I have been diagnosed with a serious illness.  I was to begin treatment on Monday which I delayed until this weekend as the side effects can be extensive and unknown per individual.  I had to be in work this week due to an overwhelming work load and the need to meet my sales tax deadline so I delayed my medication.  I am hopeful that I will be lucky and have none or few of the many side effects......fingers crossed!  If there is any issue come Monday I will Jennifer know.

Kelli