# EXHIBIT FF

| PAGE | DATE 6/26 | |
|---|---|---|

DC / JF

JF

1) Has to stop being defensive - its exhausting - always right/last word

2) Learn to say yes or I agree

3) Has to listen more, talk less

4) Sloppy/lone - responds to email w/out reading thoroughly, then when get questions - yeah that's what I meant