# EXHIBIT GG

| | |
|---|---|
| | **Confidential** |
| | From: Jennifer USA0458 Fischman/USAP/USA |
| | To: Patricia USA0493 Saunders/USAP/USA |
| | Cc: Donna USA0007 Costa/USAP/USA |
| | Date: Jul 12 2015 01:01:01 PM |

| Custodian information | | |
|---|---|---|
| Internal custodians (3) | | |
| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
| Excluded from search (2) | Jennifer USA0458 Fischman/USAP/USA<br>Patricia USA0493 Saunders/USAP/USA | Potential custodians who were not included in the search, but whose email adresses were found on messages in the search results. |
| Total # of custodians (3) | | |

| Metadata information | |
|---|---|
| $Abstract | Pat, Are you in the office this week? I need your guidance in managing Kelli without destroying our |
| $INetPrincipal | Jennifer_Fischman@m-chem.com |
| $MessageID | <OFB8A0A01D.BBA71D76-ON85257E80.005D7B3D@LocalDomain> |
| $Revisions | Feb 08 2018 05:30:21 PM |
| $UpdatedBy | Deborah USA8492 Williams/USAP/USA<br>Good-US/Servers/USA |
| AltCopyTo | Donna USA0007 Costa/USAP/USA |
| AltFrom | Jennifer USA0458 Fischman/USAP/USA |
| AltSendTo | Patricia USA0493 Saunders/USAP/USA |
| DeliveredDate | Jul 12 2015 01:01:05 PM |
| EnterCopyTo | Donna USA0007 Costa/USAP/USA |
| EnterSendTo | Patricia USA0493 Saunders/USAP/USA |
| GdTrack | by USWF0398.1.6.17 07/12/2015 01:01:02 PM |
| INetFrom | Jennifer_Fischman@m-chem.com |
| Logo | StdNotesLtrGateway |
| PRINCIPAL | Jennifer USA0458 Fischman/USAP/USA |
| RouteServers | VAMC01/Servers/USA |
| RouteTimes | Jul 12 2015 01:01:05 PM<br>Jul 12 2015 01:01:05 PM |

Pat,
Are you in the office this week? I need your guidance in managing Kelli without destroying our relationship and continuing to build trust. I asked her to do something really simple and she has pushed back in every conceivable way. See the string below. I am not responding to it until we discuss. Hopefully we can speak Monday.
Thanks so much.


Regards,
Jennifer

Jennifer S. Fischman

Def 001040

Confidential

Acting General Counsel and
Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
(212) 672-9409
Jennifer_fischman@m-chem.com


---------Forwarded by     Jennifer USA0458 Fischman/USAP/USA   on 07/12/2015 01:01:01 PM------



--------Original Message--------

From : Kelli USA0278 Troccoli/USAP/USA
To : Jennifer USA0458 Fischman/USAP/USA@USA
cc : Joseph USA7278 Sherinsky/USAP/USA@USA
Sent on :07/12/2015 07:25:17 AM EDT
Subject : Re: Worldox project kick-off meeting

Jen,

Obviously I'll do what you want, but I know nothing about this project or IT's involvement other than what has been vented. So Joe you have your work cut out for you to bring me up to speed and I will have no time this week as it's a sales tax week and we have all these file merger meetings,etc.

Kelli


From:    Jennifer USA0458 Fischman/USAP/USA
To:      Joseph USA7278 Sherinsky/USAP/USA
Cc:      Kelli USA0278 Troccoli/USAP/USA@USA
Date:    07/10/2015 05:10 PM
Subject: Re: Worldox project kick-off meeting


Hi guys,
While I am sure it will not take 2 people to actually support ITCA on this implementation, I would like it if you would work together on it.
Kelli,
Joe is going to be traveling a lot in the next 6-8 weeks and while he is out of the office, I'd like it if you are completely up to speed to answer any questions from IT so that it goes smoothly.
I really appreciate it and hopefully there will be no issues anyhow.

Have a good weekend.
Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409).

Def 001041

Confidential

Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

From: Joseph USA7278 Sherinsky/USAP/USA
To: Kelli USA0278 Troccoli/USAP/USA@USA
Cc: Jennifer USA0458 Fischman/USAP/USA
Date: 07/10/2015 04:32 PM
Subject: Re: Worldox project kick-off meeting

Exactly. Thanks, I'll let you know if I need anything.

From: Kelli USA0278 Troccoli/USAP/USA
To: Joseph USA7278 Sherinsky/USAP/USA@USA
Cc: Jennifer USA0458 Fischman/USAP/USA@USA
Date: 07/10/2015 04:25 PM
Subject: Re: Worldox project kick-off meeting

Joe,

If you want/need me to take call with you I have no problem with that I just figured you had no issues implementing the last time not sure why you needed help this time :)

K-

From: Joseph USA7278 Sherinsky/USAP/USA
To: Kelli USA0278 Troccoli/USAP/USA@USA
Cc: Jennifer USA0458 Fischman/USAP/USA
Date: 07/10/2015 01:57 PM
Subject: Re: Worldox project kick-off meeting

Kelli,

I'll get on the call on Monday to find out what the implementation requires of the Legal Department and let you know if I need any help.

Best,
Joe

From: Kelli USA0278 Troccoli/USAP/USA
To: Joseph USA7278 Sherinsky/USAP/USA@USA
Cc: Jennifer USA0458 Fischman/USAP/USA@USA
Date: 07/10/2015 09:06 AM
Subject: Re: Worldox project kick-off meeting

Joe,

Yuka can arrange access to the offices as for scheduling training you probably still have the email you sent last time we tried to do that can you just send that with the updated info?

K-

Def 001042

Confidential

From: Joseph USA7278 Sherinsky/USAP/USA
To: Kelli USA0278 Troccoli/USAP/USA@USA
Cc: Jennifer USA0458 Fischman/USAP/USA
Date: 07/10/2015 08:58 AM
Subject: Re: Worldox project kick-off meeting

Kelli,

We will have to work with ITCA and the vendor to get Worldox installed. ITCA will be responsible for the implementation. Our involvement should be limited to getting the vendor access to our offices to do the install and scheduling training for the department.

Best,
Joe


From: Kelli USA0278 Troccoli/USAP/USA
To: Jennifer USA0458 Fischman/USAP/USA@USA
Cc: Joseph USA7278 Sherinsky/USAP/USA@USA
Date: 07/10/2015 08:05 AM
Subject: Re: Worldox project kick-off meeting

Joe,

What does this involve?

Kelli


From: Jennifer USA0458 Fischman/USAP/USA
To: Joseph USA7278 Sherinsky/USAP/USA
Cc: Kelli USA0278 Troccoli/USAP/USA@USA
Date: 07/09/2015 09:11 PM
Subject: Re: Worldox project kick-off meeting

Joe,
Although I would generally like to be involved, I do not have time right now.   I am copying Kelli as I would like her to work with you on this implementation.   Kelli and I are in a meeting from 10:30-12 on the 14th so I don't know if that day is good or not, especially with Scott in the office giving another demonstration at 1:30, but I will leave that for you two to work out.  Thanks so much for working on this on behalf of the department.

Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

Def 001043

Confidential

| | |
|---|---|
| From: | Joseph USA7278 Sherinsky/USAP/USA |
| To: | Jonathan USA7125 Ingram/USAP/USA |
| Cc: | areardon@affinityconsulting.com, Hideo USA7096 Fukasawa/USAP/USA@USA, Jennifer USA0458 Fischman/USAP/USA@USA |
| Date: | 07/09/2015 05:09 PM |
| Subject: | Re: Worldox project kick-off meeting |

Jonathan,

I generally free on 7/14.

Best,
Joe


| | |
|---|---|
| From: | Jonathan USA7125 Ingram/USAP/USA |
| To: | Joseph USA7278 Sherinsky/USAP/USA@USA, Jennifer USA0458 Fischman/USAP/USA@USA |
| Cc: | Hideo USA7096 Fukasawa/USAP/USA@USA, areardon@affinityconsulting.com |
| Date: | 07/09/2015 04:46 PM |
| Subject: | Worldox project kick-off meeting |

Jennifer, and Joe:

Are you 2 available on 7/14? If so, what time?

    Sincerely,


ジョナサン·イングラム
Jonathan Ingram
Information Technology Center America
Mitsubishi Chemical Holdings America, Inc.
Voice: (757) 382-5723
Fax: (757) 547-0119
Email:jonathan_ingram@m-chem.com



ASK ME HOW MELASTICS CAN HELP YOUR COMPANY!

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

Def 001044

Confidential