# EXHIBIT HH

| | |
|---|---|
| Message | |
| From: | Donna USA0007 Costa [Donna_Costa@m-chem.com] |
| Sent: | 6/29/2015 6:46:49 PM |
| To: | Jennifer USA0458 Fischman [CN=Jennifer USA0458 Fischman/OU=USAP/O=USA] |
| Subject: | RE: 2015 Compliance Report Q1 |

That would work.


Sent with Good (www.good.com)



--------Original Message--------

From : Jennifer USA0458 Fischman/USAP/USA
To : Donna USA0007 Costa/USAP/USA
cc :
Sent on :06/29/2015 06:35:22 PM EDT
Subject : RE: 2015 Compliance Report Q1

Donna,
Thank you so would you suggest I delete the reference to TNSC entirely?



Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel and
Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
(212) 672-9409
Jennifer_fischman@m-chem.com




--------Original Message--------

From : Donna USA0007 Costa/USAP/USA
To : Jennifer USA0458 Fischman/USAP/USA@USA
cc :
Sent on :06/29/2015 06:00:25 PM EDT
Subject : Re: 2015 Compliance Report Q1


Jennifer:

Just two comments:

1. I would not use the word "comprehensive." It promises too much.

Def 001179

Confidential

2. Expat is one word. Further, two or three TNSC expats will participate in the traning, not all.

Donna

Donna Costa
President
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
212-672-9403
donna_costa@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

| | |
|---|---|
| From: | Jennifer USA0458 Fischman/USAP/USA |
| To: | Donna USA0007 Costa/USAP/USA |
| Date: | 06/29/2015 05:33 PM |
| Subject: | 2015 Compliance Report Q1 |

Donna,
Would you please review the attached if you have a chance before I send it out to the larger group?
Thank you.
[attachment "MCHA Compliance Report - Q1 - 2015.doc" deleted by Donna USA0007 Costa/USAP/USA]

Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

Def 001180

Confidential