# EXHIBIT II

Message

**From**: Patricia USA0493 Saunders [Patricia_Saunders@m-chem.com]
**Sent**: 7/13/2015 6:45:37 PM
**To**: Jennifer USA0458 Fischman [CN=Jennifer USA0458 Fischman/OU=USAP/O=USA]
**Subject**: RE: Brilliant advice!!!!!

Yeah!!!   I'm glad it went well. It's a process and you're heading on the right direction....


Sent with Good (www.good.com)



--------Original Message--------

From : Jennifer USA0458 Fischman/USAP/USA
To : "Patricia Saunders" <Patricia_Saunders@m-chem.com>
cc :
Sent on :07/13/2015 05:40:02 PM EDT
Subject : Brilliant advice!!!!!

Had a little sit down and started with my apology, and voila -- All is well, all is forgiven (actually she said absolutely no apology was necessary), she's on board and happy to help in any way!   She understands that I need her to help me and keep everything moving forward when I can't attend to things.
We agreed email is tough to communicate through and hope to see each other more to keep up the good team work!
You are officially a management GENIUS! You were before, of course, but now, seriously, its official!
Have a great night.
Regards,
Jennifer
Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com
This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

Def 001206

Confidential