# EXHIBIT JJ

| | |
|---|---|
| **Message** | |
| **From**: | Masanori 3113541 Sakaguchi [CN=Masanori 3113541 Sakaguchi/OU=AP/O=MCC] |
| **Sent**: | 7/9/2015 9:39:16 PM |
| **To**: | Jennifer USA0458 Fischman [CN=Jennifer USA0458 Fischman/OU=USAP/O=USA@USA@FCD] |
| **CC**: | Kuniaki 3313232 Hanawa [CN=Kuniaki 3313232 Hanawa/OU=AP/O=MCC@MCC]; Ken 2905413 Fujiwara [CN=Ken 2905413 Fujiwara/OU=AP/O=MCC@MCC]; Yasukuni 2301337 Noguchi [CN=Yasukuni 2301337 Noguchi/OU=AP/O=MCC@MCC] |
| **Subject**: | Re: Confidential project |

ＭＳゴシックDear Jennifer:

Thank you for your email and note on the Qualicaps's Brazil project.

I agree with you that MCHA will support Qualicaps and play a key role in the legal aspect and that MCHJ will supplement your support if the situation shall require support from Japan such as the explanation to MCHC's top management.

Best regards.

Masanori Sakaguchi, MCHJ



| | |
|---|---|
| 送信元: | Jennifer USA0458 Fischman/USAP/USA@USA |
| 宛先: | Masanori 3113541 Sakaguchi/AP/MCC |
| 日付: | 2015/07/10 07:22 |
| 件名: | Confidential project |

Dear Sakaguchi-san,
I hope this email finds you very well.
I am writing to advise you of a project that MCHA has been asked to support on behalf of Qualicaps. Qualicaps is looking at acquiring a capsule business in Brazil and has asked us to provide M&A support. Of course we have agreed. The project name is Project Genesis. We were asked by Tsuyuki-san and Ciro Ahumada. If you would like any additional details please let me know.


Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel and
Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
(212) 672-9409
Jennifer_fischman@m-chem.com

Def 001212

Confidential