# EXHIBIT KK

| | |
|---|---|
| **From:** | Donna_Costa@m-chem.com |
| **Sent:** | Tuesday, July 21, 2015 11:08 AM |
| **To:** | Jennifer Fischman |
| **Subject:** | FW: Project Genesis - Information from Capita Partners |

Jennifer

Please do everything you can and send your email to Tsuyuki and Ciro before the Thursday board meeting in Tokyo (our Wednesday night). Let me know if you want to have a call this afternoon.

I think we're going to be getting busier (!) overall, so we need to be sure we stay on top of things now. Let me know if you want any support in getting the most out of Jordon and Stephen. We will need everyone focused.

Thanks
Donna


Sent with Good (www.good.com)


---------Forwarded by    Donna USA0007 Costa/USAP/USA  on 07/21/2015 11:08:00 AM------



--------Original Message--------

From : Ciro Ahumada <cahumada@qualicaps.es>@USA_EX
To : "Donna_Costa@m-chem.com" <Donna_Costa@m-chem.com>
cc :
Sent on :07/21/2015 04:45:47 PM ZE2
Subject : RE: Project Genesis - Information from Capita Partners

Dear Donna,

I will.

Best regards,