# EXHIBIT LL

| | |
|---|---|
| **From:** | Donna_Costa@m-chem.com |
| **Sent:** | Tuesday, July 21, 2015 3:23 PM |
| **To:** | Jennifer_Fischman@m-chem.com |
| **Subject:** | RE: Project Genesis - Information from Capita Partners |

I will be available tomorrow between 10:00 and 11:30 and after 5:00.


Sent with Good (www.good.com)


--------Original Message--------

From : Jennifer USA0458 Fischman/USAP/USA
To : Donna USA0007 Costa/USAP/USA
cc :
Sent on :07/21/2015 03:06:50 PM EDT
Subject : Re: FW: Project Genesis - Information from Capita Partners

Donna,
Thank you for your offer to help me make the most of the guys. I would love to discuss with you next week. I think they are both up to the challenges but I can use whatever support you can offer. I see things starting to move very fast and everyone is going to need to fasten their seat belts.  I have already had a discussion with Joe about his taking on overflow generalist work if necessary and he is on board.  Kathryn will continue to closely supervise him; so far, she has also been so supportive.

As for a call, I expect to have a proposal from Rothschild later today and Lazard said they would also provide either tonight or latest tomorrow morning.  Do you want to have a call tomorrow at 9 am and then I can put together an email before I leave for Charlotte?


Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor