# EXHIBIT MM

# RE: Genesis Feedback

From: Donna USA0007 Costa/USAP/USA
To: Jennifer USA0458 Fischman/USAP/USA
Date: Jul 27 2015 12:14:57 PM

| Custodian information | | |
|---|---|---|
| **Internal custodians (2)** | | |
| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
| Excluded from search (1) | Jennifer USA0458 Fischman/USAP/USA | Potential custodians who were not included in the search, but whose email adresses were found on messages in the search results. |
| **Total # of custodians (2)** | | |

| Metadata information | |
|---|---|
| $Abstract | Jennifer Let's discuss this afternoon. |
| $INetPrincipal | Donna_Costa@m-chem.com |
| $MessageID | <OF29AF6106.348BCD30-ON85257E8F.005945E3-85257E8F.00599876@LocalDomain> |
| $Revisions | Feb 08 2018 05:30:04 PM<br>Sep 16 2016 06:00:33 PM |
| $UpdatedBy | Deborah USA8492 Williams/USAP/USA<br>Donna USA0007 Costa/USAP/USA<br>Good-US/Servers/USA |
| AltFrom | Donna USA0007 Costa/USAP/USA |
| AltSendTo | Jennifer USA0458 Fischman/USAP/USA |
| EnterSendTo | Jennifer USA0458 Fischman/USAP/USA |
| GdTrack | by USWF0398.1.6.17 07/27/2015 12:14:57 PM |
| INetFrom | Donna_Costa@m-chem.com |
| Logo | StdNotesLtrGateway |
| PRINCIPAL | Donna USA0007 Costa/USAP/USA |
| Recipients | Jennifer USA0458 Fischman/USAP/USA |

Jennifer

Let's discuss this afternoon.

Thanks,
Donna



Sent with Good (www.good.com)



--------Original Message--------

Def 001026

From : Jennifer USA0458 Fischman/USAP/USA
To : Donna USA0007 Costa/USAP/USA
cc :
Sent on :07/27/2015 10:18:30 AM EDT
Subject : Re: Genesis Feedback

Dear Donna,
Thank you very much for the feedback.  I will work hard to try and listen better as we move forward in this process.
With respect to the FA fee, I have a call scheduled with Rothschild to discuss it.  Could you please advise how you would like me to prioritize the structure as below:

[redacted]

with them and see what their recommendation is in this regard, given our concerns of doing this deal.   Unless you have another recommendation?


Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.


From:     Donna USA0007 Costa/USAP/USA
To:       jennifer_fischman@m-chem.com
Date:     07/26/2015 01:21 PM
Subject:  Genesis Feedback


Jennifer:

I would like to give you some feedback regarding active listening following our discussion two weeks ago. I am doing it via email in the interest of time. Since I am essentially acting as the client on the Genesis project, I will give you feedback on our two recent Genesis discussions *from the perspective of a client*.

You said and did a lot of things in the last two weeks that made me feel confident that you understand the needs of the

Confidential

project. There were, however, some misses with respect to the process of identifying a financial advisor. Although the lapses were small, they leave an impression. I am considering spending $60 million in a risky country, so any time it seems we are not on the same page I will get nervous.

- Prior to our calls, I had communicated Q's need for an FA firm (1) that will be approved by and have credibility with Japan (meeting all of their criteria for a trusted FA) and (2) that will proactively advise MCHA and Q from a risk perspective, providing greater than usual hand holding. During our first call, you were overly focused on your new list, seemingly abandoning Jordon's original list even though it contained options that better met the first criterion. During the second call, I was surprised that you were still so strong on A10 without any attention to whether they would be found acceptable by Japan. I was also surprised that you were still promoting IGC without any response to my significant concerns. At times, I knew you had Q's criteria in mind, but at other times I did not think you were hearing me.

'Listening' as I've framed it is about your commitment to understanding what the client wants and needs. Asking the following questions during our first call would have helped you clarify Q's needs:



Please remember that when you are defensive or argumentative you run the risk that you will end the discussion believing you have successfully advised your clients when in fact you have simply silenced them.

Please accept this feedback as coaching on both how to 'listen' and how to make your clients feel like you are listening. You have done a great job of moving this project forward during the last couple of weeks.

Please read this email again.

Thanks,
Donna

Donna Costa
President
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
212-672-9403
donna_costa@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.