# EXHIBIT OO

| From: | Patricia_Saunders@m-chem.com |
|---|---|
| Sent: | Sunday, August 9, 2015 9:46 PM |
| To: | Donna_Costa@m-chem.com |
| Subject: | *Confidential: Re: Confidential - General Counsel |

Donna,

I think this is a very good summary of the situation and covers the key issues. I'm wondering, however, if a different approach might be better. This is a lot of information up front....would it be better to outline the issue for Ken in a more abbreviated fashion and tell him you want to discuss over the phone? The reasons I'm thinking less in email and more in conversation might be better are as follows:

- The up-front information in email allows Ken to draw an immediate opinion based only on the information in your email. If his first opinion about the situation is not favorable, it creates more of a hurdle for you to overcome
- One of your greatest talents is your ability to make very persuasive arguments (!!). I think you have a better chance of getting Ken to listen and ultimately support your position through conversation vs. email.
- You can likely assume your email will be forwarded to others in Japan. Even if Ken is supportive, the extent of information in your email is fodder for those who may not be as supportive.

I'm happy to discuss later this week when we will be together, or over the phone at anytime. Safe travels this week...

Thanks,
Pat

_____
Patricia Saunders
Director, Human Resources
Mitsubishi Chemical Holdings America, Inc.
655 Third Ave, 15th Floor
NY, NY  10017
Office:  212-672-9415
Cell:  914-434-2748
Email:  patricia_saunders@m-chem.com

This email may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of the email or the information contained herein or attached hereto is strictly prohibited.

▼Donna USA0007 Costa---08/07/2015 04:42:29 PM---Pat, Do you mind reviewing my email to Ken? I do not need your feedback this