# EXHIBIT PP

| From: | kelli_troccoli@m-chem.com |
|---|---|
| Sent: | Wednesday, August 12, 2015 11:19 AM |
| To: | Donna_Costa@m-chem.com |
| Subject: | info requested |

DC,

Here is the information you requested:

- Potential for things to fall through the cracks because they are not being relayed (ie. MCPP IP transfer, MFA New Line, etc) and thats just on my end not sure about the bigger picture
- A few instances where things had to be explained to her by Jordon (she was stating wrong information)
- She is completely micro managing to the point where it is detrimental (ie. the rental car situation that I gave to Stephen)
- Long delay in response time to questions that should take a minute to answer (ie. language for merger doc's that I asked you about and you said to let her handle took a week to get a response that said "this is fine"
- May sound petty but she constantly eats in meetings (ie dept. or even when someone is in her office and not always legal dept. member)
- Her method of communication is often inappropriate (ie the words she chooses, the tone, etc. and this also is with everyone not just our office.
- She answers emails before reading the entire email in an effort to appear to respond quickly which then results in a multi email chain to correct the advice she's given
- She doesn't appear to fully grasp the job responsibilities (I think compliance is overwhelming her. I think she would have been better off not taking that on) (also relates to first bullet item I believe)
- legal dept meetings (there have been 2) have been very unorganized!
- She continues to try but ultimately struggle with her personality issues as it relates to dealing with others
- I've had people in our office and other companies make comments about her personality and ability to do the job

If I think of anything else I'll let you know, leaving for Matt soon.

Thanks
K-

-