# EXHIBIT QQ

| | |
|---|---|
| From: | Kelli USA0278 Troccoli [kelli_troccoli@m-chem.com] |
| Sent: | 8/14/2015 3:02:45 PM |
| To: | Donna USA0007 Costa [CN=Donna USA0007 Costa/OU=USAP/O=USA@USA] |
| Subject: | RE: mcpp-b |

FYI she got defensive and nasty with me..............it's hard to work with someone who loses her shit every time you mention Donna :(

K-

| | |
|---|---|
| From: | Donna USA0007 Costa/USAP/USA |
| To: | Kelli USA0278 Troccoli/USAP/USA |
| Date: | 08/14/2015 02:17 PM |
| Subject: | RE: mcpp-b |

Kelli

Please follow up with Jen directly. You can tell her that I raised the question.

Donna

Sent with Good (www.good.com)

--------Original Message--------

From : Kelli USA0278 Troccoli/USAP/USA
To : Donna USA0007 Costa/USAP/USA@USA
cc :
Sent on :08/14/2015 02:00:17 PM EDT
Subject : Fw: mcpp-b

If you don't agree and need to say something then please say it came up in the context of the loan question.

K-

----- Forwarded by Kelli USA0278 Troccoli/USAP/USA on 08/14/2015 01:59 PM -----

| | |
|---|---|
| From: | Kelli USA0278 Troccoli/USAP/USA |
| To: | Donna USA0007 Costa/USAP/USA@USA |
| Date: | 08/14/2015 01:51 PM |
| Subject: | mcpp-b |

DC,

Are you aware that Jen told Mike G that we would do the MCPP Brazilian board docs because they can't afford to have their lawyers prepare them in Brazil?   She told me to prepare the docs the same way we do here but to substitute the words Supervisory Board for Members of the Board and Quotaholders for Shareholders (we don't need any shareholder doc's this time anyway?   Mike and Michelle mentioned a loan that had been previously approved by the "board" and whether it should be reported on in this meeting I said that if the board had already approved it then it shouldn't be?

Just checking to see if you knew?

This is the min. draft

K-

Confidential

Def 001170