# EXHIBIT RR

# Fw: are you there?

From: Patricia USA0493 Saunders/USAP/USA
To: Donna Costa
Date: Aug 27 2015 01:09:02 PM

## Custodian information

**Internal custodians (2)**

| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
|---|---|---|
| Excluded from search (1) | Patricia USA0493 Saunders/USAP/USA | Potential custodians who were not included in the search, but whose email adresses were found on messages in the search results. |

**Total # of custodians (2)**

## Metadata information

| | |
|---|---|
| $Abstract | _____Patricia Saunders |
| $Mailer | Lotus Notes Release 8.5.2FP2 March 23, 2011 |
| $MessageID | <OFB83600FC.B4992776-ON85257EAE.005E3080-85257EAE.005E3625@LocalDomain> |
| $Revisions | Dec 30 1899 00:00:00 AM |
| $UpdatedBy | Patricia USA0493 Saunders/USAP/USA |
| ConfidentialString | Confidential |
| DeliveredDate | Aug 27 2015 01:40:43 PM |
| ForwardedDate | Aug 27 2015 01:08:48 PM |
| ForwardedFrom | Patricia USA0493 Saunders/USAP/USA |
| INetFrom | Patricia_Saunders@m-chem.com |
| Logo | stdNotesLtr25 |
| OriginalModTime | Aug 27 2015 01:08:58 PM |
| PRINCIPAL | Patricia USA0493 Saunders/USAP/USA |
| RouteServers | VAMC01/Servers/USA |
| RouteTimes | Aug 27 2015 01:40:42 PM<br>Aug 27 2015 01:40:43 PM |

_____
Patricia Saunders
Director, Human Resources
Mitsubishi Chemical Holdings America, Inc.
655 Third Ave, 15th Floor
NY, NY   10017
Office:   212-672-9415
Cell:   914-434-2748
Email:   patricia_saunders@m-chem.com

This email may contain information that is confidential, privileged or otherwise protected from disclosure.   If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of the email or the information contained herein or attached hereto is strictly prohibited.

----- Forwarded by Patricia USA0493 Saunders/USAP/USA on 08/27/2015 01:08 PM -----

Def 000981

Confidential

| From:    | Patricia USA0493 Saunders/USAP/USA |
|---|---|
| To:      | Jennifer USA0458 Fischman/USAP/USA |
| Date:    | 08/14/2015 07:11 PM |
| Subject: | RE: are you there? |

Jennifer, I read it and yes, let's discuss on Monday.

Thanks,
Pat


Sent with Good (www.good.com)



--------Original Message--------

From : Jennifer USA0458 Fischman/USAP/USA
To : Patricia USA0493 Saunders/USAP/USA
cc :
Sent on :08/14/2015 05:43:36 PM EDT
Subject : FW: are you there?

Pat,
Please read the exchange below starting from the bottom up. I will not respond to this. I will be happy to discuss with you on Monday.
Kelli's on vacation next week.


Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel and
Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
(212) 672-9409
Jennifer_fischman@m-chem.com



---------Forwarded by     Jennifer USA0458 Fischman/USAP/USA    on 08/14/2015 05:43:36 PM------



--------Original Message--------

From : Kelli USA0278 Troccoli/USAP/USA
To : Jennifer USA0458 Fischman/USAP/USA@USA
cc :
Sent on :08/14/2015 02:59:33 PM EDT
Subject : RE: are you there?

Out again!!!!! Really Jen!!!!

Confidential

Do not put this off on me, I told you that was not the way we did things. Donna told me to relay this to you directly and tell you that she said so, do not get nasty with me over it.

You can gladly take it from here.

---

From: Jennifer USA0458 Fischman/USAP/USA
To: Kelli USA0278 Troccoli/USAP/USA
Date: 08/14/2015 02:54 PM
Subject: RE: are you there?

Yes thanks Kelli, as I mentioned when I told you about it, I said that Mike asked us to do this on short notice and that I would be checking with Brazilian counsel but since it is next week and you are out again I wanted to get the documents from you. I will take care of it from here. Thanks. Enjoy your vacation!!


Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel and
Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
(212) 672-9409
Jennifer_fischman@m-chem.com




--------Original Message--------

From : Kelli USA0278 Troccoli/USAP/USA
To : Jennifer USA0458 Fischman/USAP/USA@USA
cc :
Sent on :08/14/2015 02:43:11 PM EDT
Subject : RE: are you there?

Jen,

We don't do the board doc's for companies in other countries. You told Mike we would do them, Donna wants you to speak with Brazilian counsel and confirm if that is acceptable/appropriate/legal/etc........

I am sending Michelle the drafts for both meetings and telling her that the Brazilian minutes (they have no need for resolutions for this meeting there are no approval items)..............need your further approval before use. Keep in mind she is on vacation after today so you may have to speak with Mike next week after you speak with the Brazilian counsel.

K-



From: Jennifer USA0458 Fischman/USAP/USA
To: Kelli USA0278 Troccoli/USAP/USA

Def 000983

Confidential

Date: 08/14/2015 02:39 PM
Subject: RE: are you there?

Ok. I understand now. I will take care of it. But we needed the documents from you in the event they can be done by us. My recollection from an earlier discussion is that it's fine.
What other concerns does Donna have?

Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel and
Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
(212) 672-9409
Jennifer_fischman@m-chem.com

--------Original Message--------

From : Kelli USA0278 Troccoli/USAP/USA
To : Jennifer USA0458 Fischman/USAP/USA@USA
cc :
Sent on :08/14/2015 02:37:08 PM EDT
Subject : RE: are you there?

She is not talking about the loan, she is talking about you need to check with Brazilian counsel on us doing the doc's, you need approval.

K-

From: Jennifer USA0458 Fischman/USAP/USA
To: Kelli USA0278 Troccoli/USAP/USA
Date: 08/14/2015 02:33 PM
Subject: RE: are you there?

Kelli,
I know of only one loan, for which outside counsel provided the authorizations to Steve Gregory that were signed by Donna, Seki and Mike. I don't know what I would ask further? What about it seemed improper to you or Donna?

Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel and
Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor

Def 000984

Confidential

New York, New York 10017
(212) 672-9409
Jennifer_fischman@m-chem.com


--------Original Message--------

From : Kelli USA0278 Troccoli/USAP/USA
To : Jennifer USA0458 Fischman/USAP/USA@USA
cc :
Sent on :08/14/2015 02:20:02 PM EDT
Subject : RE: are you there?

Jen,

I spoke with Donna regarding a loan approval that Michelle was questioning that she said Mike, Donna and Seki had already approved.   Donna told me that she didn't know about this and to make sure that you checked with Brazilian counsel on this?

K-



From:    Jennifer USA0458 Fischman/USAP/USA
To:      Kelli USA0278 Troccoli/USAP/USA
Date:    08/14/2015 02:16 PM
Subject: RE: are you there?

Kelli,
I will send them to Michelle and Mike after I review them but i wont be able to do so until later today. I am heading to pick up the boys now.


Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel and
Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
(212) 672-9409
Jennifer_fischman@m-chem.com



--------Original Message--------

From : Kelli USA0278 Troccoli/USAP/USA
To : Jennifer USA0458 Fischman/USAP/USA@USA
cc :
Sent on :08/14/2015 02:02:23 PM EDT

Def 000985
Confidential

Subject : RE: are you there?

Here is a draft of the minutes. for MCPP-B...there are no approval items according to their agenda so no resolutions are necessary.   I don't think this is the proper way to do this but I will defer to your decision.   I am sending them out shortly because both Michelle and I are on vaca after today.

Thanks
K-

From:    Jennifer USA0458 Fischman/USAP/USA
To:      Kelli USA0278 Troccoli/USAP/USA
Date:    08/14/2015 01:55 PM
Subject: RE: are you there?

I'm working from home. What do you need?

Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel and
Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
(212) 672-9409
Jennifer_fischman@m-chem.com

--------Original Message--------

From : Kelli USA0278 Troccoli/USAP/USA
To : Jennifer USA0458 Fischman/USAP/USA@USA
cc :
Sent on :08/14/2015 01:36:44 PM EDT
Subject : are you there?

Def 000986