# EXHIBIT SS

| | Jennifer |
|---|---|
| From: | Donna USA0007 Costa/USAP/USA |
| To: | Ken 2905413 Fujiwara/AP/MCC |
| Date: | Aug 16 2015 08:54:31 AM |

### Custodian information

**Internal custodians (1)**

| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
|---|---|---|

**External email addresses (1)**

| | ken 2905413 fujiwara/ap/mcc | Email addresses found on messages in the search results that are external to your company. |
|---|---|---|

**Total # of custodians (2)**

### Metadata information

| $Abstract | Ken, I am writing to let you know that it is not going well with Jennifer and that there is a good c |
|---|---|
| $INetPrincipal | Donna_Costa@m-chem.com |
| $MessageID | <OF7DA84BBE.6624DDC1-ON85257EA3.0046E95C-85257EA3.00469876@LocalDomain> |
| $Revisions | Aug 16 2015 08:54:33 AM<br>Feb 08 2018 05:30:06 PM |
| $UpdatedBy | Deborah USA8492 Williams/USAP/USA<br>Donna USA0007 Costa/USAP/USA<br>Good-US/Servers/USA |
| AltFrom | Donna USA0007 Costa/USAP/USA |
| AltSendTo | Ken 2905413 Fujiwara/AP/MCC |
| EnterSendTo | Ken 2905413 Fujiwara/AP/MCC |
| GdTrack | by USWF0398.1.6.17 08/16/2015 08:54:31 AM |
| INetFrom | Donna_Costa@m-chem.com |
| Logo | StdNotesLtrGateway |
| PRINCIPAL | Donna USA0007 Costa/USAP/USA |
| Recipients | Ken 2905413 Fujiwara/AP/MCC |

Ken,

I am writing to let you know that it is not going well with Jennifer and that there is a good chance that I will want to terminate her. I am committed to one more month of trying to make it work, but if things do not improve I will need to start considering other options. I will keep you posted - in the mean time I would be grateful for your thoughts. As you know, she will be in Japan in October, however I will need to make a decision before then.

Thanks,
Donna


Sent with Good (www.good.com)

Def 001052

Confidential