# EXHIBIT TT

PAGE | DATE 8/17/2015

JF re KT

1. JF came to see me re email xchange w/
2. KT on 8/14
3.
4. JF v. upset over KT response. Hostile,
5. dis respectful
6.
7. JF feels she should not have to put up w/ KT
8. She's a bully
9. Undermines JF. Goes around JF to Donna
10. JF has tried to earn her respect. Impossible
11. ~~JF again repeated~~
12. Donna said when she appointed me I
13. don't have to put up w/ it. I can fire
14. her. DC chose me & said if it's KT or
15. me, DC chose me. DC acknowledged
16. she's difficult
17. Toxic to the dept, undermining. I need
18. support & someone who's on board. I can't
19. continue like this. It's her or me and if
20. not her, I'll leave
21.
22. JF stated she has not spoken to KT about this or any
23. or other issues of similar nature. Advised JF
24. she needs to talk to KT, set boundaries,
25. set expectations. Give her opportunity
26. to improve. Separate issue - medical
27. condition & is there a need for accommoda-
28.

CAMBRIDGE

Def 000896