# EXHIBIT VV

| | |
|---|---|
| **RE: Two quick (?) things** | |
| From: | Donna USA0007 Costa/USAP/USA |
| To: | Ken 2905413 Fujiwara/AP/MCC@MCC@FCD |
| Date: | Aug 18 2015 08:35:59 PM |

| Custodian information | | |
|---|---|---|
| **Internal custodians (1)** | | |
| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
| **External email addresses (1)** | | |
| | ken 2905413 fujiwara/ap/mcc@mcc@fcd | Email addresses found on messages in the search results that are external to your company. |
| **Total # of custodians (2)** | | |

| Metadata information | |
|---|---|
| $Abstract | Dear Ken: I look forward to hearing your feedback on Project Genesis. |
| $INetPrincipal | Donna_Costa@m-chem.com |
| $MessageID | <OFEBDE5E8A.E098AB6E-ON85257EA6.00034D8B-85257EA6.00039876@LocalDomain> |
| $Revisions | Aug 18 2015 08:36:05 PM<br>Feb 08 2018 05:30:07 PM |
| $UpdatedBy | Deborah USA8492 Williams/USAP/USA<br>Donna USA0007 Costa/USAP/USA<br>Good-US/Servers/USA |
| AltFrom | Donna USA0007 Costa/USAP/USA |
| AltSendTo | Ken 2905413 Fujiwara/AP/MCC@MCC@FCD |
| EnterSendTo | Ken 2905413 Fujiwara/AP/MCC@MCC@FCD |
| GdTrack | by USWF0398.1.6.17 08/18/2015 08:35:59 PM |
| INetFrom | Donna_Costa@m-chem.com |
| Logo | StdNotesLtrGateway |
| PRINCIPAL | Donna USA0007 Costa/USAP/USA |
| Recipients | Ken 2905413 Fujiwara/AP/MCC@MCC@FCD |

Dear Ken:

I look forward to hearing your feedback on Project Genesis.

Regarding Jennifer, why don't we schedule a phone call a few weeks from now so I can explain the situation. I'm afraid that mid-November is too late for an initial discussion. How is the week of September 21 for a call?

Regards,
Donna



Sent with Good (www.good.com)

Def 001024

Confidential

--------Original Message--------

From : Ken 2905413 Fujiwara/AP/MCC@MCC@FCD
To : Donna USA0007 Costa/USAP/USA@USA@FCD
cc :
Sent on :08/19/2015 09:27:02 AM ZE9
Subject : Re: Two quick (?) things

Donna,

Today, we will have a meeting among all relevant people to the Project to discuss things and Kohei or me will let you know the outcome.

As for Jennifer, I am a bit surprised to hear that you will be thinking a termination, as I thought you had been feeling well with her and she had been trying her best to assume her new position or assignment. I know there is some claim or allegation to her, but it is too sudden for me to agree or disagree, because not a small number of people in Japan like her and have been appreciative for her contribution.

Thus, I will not think of termination until you and us had a chance to talk this matter in November, and therefore, I would like to keep her schedule for visiting Tokyo as currently planned. I will check with Hanawa-san for appointments other than the Kashima visit.

Best regards, Ken


| 送信元: | Donna USA0007 Costa/USAP/USA@USA |
|---|---|
| 宛先: | Ken 2905413 Fujiwara/AP/MCC |
| 日付: | 2015/08/19 00:56 |
| 件名: | Two quick (?) things |

Ken,

I think things are going smoothly with Project Genesis. Do you have any input or suggestions to keep it on track? The non-binding bid is due in 10 days.

Hanawa-san does not have much planned for Jennifer while she is in Tokyo. Do you have any suggestions?

Donna


Sent with Good (www.good.com)

Def 001025

Confidential