# EXHIBIT XX

| Attachments: | C.DTF |
|---|---|

# FW: *Confidential: Fw: Privileged and Confidential

From: Patricia USA0493 Saunders/USAP/USA

To: Donna USA0007 Costa/USAP/USA
Date: Aug 28 2015 03:12:27 PM

| Custodian information | | |
|---|---|---|
| Internal custodians (2) | | |
| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
| Excluded from search (1) | Patricia USA0493 Saunders/USAP/USA | Potential custodians who were not included in the search, but whose email adresses were found on messages in the search results. |
| Total # of custodians (2) | | |

| Metadata information | |
|---|---|
| $Abstract | FYI. She sent this earlier today.  Sent with Good (www.good.com) |
| $INetPrincipal | Patricia_Saunders@m-chem.com |
| $MessageID | <OFE9D41FD7.85B4BD1D-ON85257EAF.00698441@LocalDomain> |
| $Revisions | Aug 28 2015 03:12:32 PM<br>Feb 08 2018 05:30:22 PM |
| $UpdatedBy | Deborah USA8492 Williams/USAP/USA<br>Good-US/Servers/USA |
| AltFrom | Patricia USA0493 Saunders/USAP/USA |
| AltSendTo | Donna USA0007 Costa/USAP/USA |
| DeliveredDate | Aug 28 2015 03:12:32 PM |
| EnterSendTo | Donna USA0007 Costa/USAP/USA |
| GdTrack | by USWF0398.1.6.17 08/28/2015 03:12:28 PM |
| INetFrom | Patricia_Saunders@m-chem.com |
| Logo | stdNotesLtr0 |
| PRINCIPAL | Patricia USA0493 Saunders/USAP/USA |
| RouteServers | VAMC01/Servers/USA |
| RouteTimes | Aug 28 2015 03:12:32 PM<br>Aug 28 2015 03:12:32 PM |

FYI. She sent this earlier today.


Sent with Good (www.good.com)


---------Forwarded by     Patricia USA0493 Saunders/USAP/USA   on 08/28/2015 03:12:25 PM------



--------Original Message--------

Def 001122

Confidential

From : Jennifer USA0458 Fischman/USAP/USA
To : "Patricia Saunders" <Patricia_Saunders@m-chem.com>
cc :
Sent on :08/28/2015 11:45:32 AM EDT
Subject : *Confidential: Fw: Privileged and Confidential

Pat,
Sorry, I had meant to send this to you before I left for vacation.  Please let me know when you would like to discuss.  I am going to try and meet with Kelli today only to discuss the emails.  We should discuss how we want to handle and document the paid leave for doctor appointments.  Kelli "worked from home" on Wednesday this week and intends to do the same on Sept. 9 for another doctor appt.  On Sept. 1, she requested to work from home too, after Scott has a procedure done.


Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.
----- Forwarded by Jennifer USA0458 Fischman/USAP/USA on 08/28/2015 11:41 AM -----

| | |
|---|---|
| From: | "Moss, Steven M." <smoss@Beneschlaw.com> |
| To: | "Jennifer_Fischman@m-chem.com" <Jennifer_Fischman@m-chem.com> |
| Date: | 08/10/2015 05:13 PM |
| Subject: | Privileged and Confidential |


Jennifer

As discussed, this email is a follow- up to our discussion of Friday afternoon. Below is written clarification and update of applicable law and some general advice as to managing the situation.   I am happy to further discuss by telephone at your convenience as things further develop.

New York State and City Law.

In reviewing NY state law, there is no state FMLA statute applicable to private sector employers/employees.   Consequently, you have no legal obligation to provide unpaid leave beyond that which the Company's own policy (if applicable) allows since you are not covered by FMLA.

You may already be aware that New York City   passed a law last year that requires NYC employers to provide paid sick leave of up to 40 hours per year to employees working more than 80 hours a year in NYC.   This applies to private sector employers who employ 5 or more employees (employers with less than 5 employees must provide 40 hrs of unpaid leave) and do not already provide employees with such a benefit.   Paid sick leave may be taken for a wide range of health-related reasons, including to care for a family member. Again, this is a 40 hour a year maximum entitlement and should be considered and applied to any absences that qualify.

ADA Concerns.

Confidential

As we discussed, allowing unpaid leave or a mutually agreeable reduced or intermittent work schedule may be a reasonable accommodation under the ADA (and NY state law) for an employee with a covered disability.   However, an employer may require certain conditions for such leave so that it does not impose an undue hardship on the employer's business.   The employer is also entitled to receive information from the employee's health care provider about the employee's medical condition in order to determine whether the employee has a legally protected disability, and if so, what type of accommodation may be possible.

How to proceed.

Here are my thoughts with respect to the individual we discussed.   Prior to meeting with her, I advise reviewing her personnel file and past performance evaluations to see whether her attendance or any other performance concern has been an issue or addressed   in the past.   If so, you will want to reference this when you meet with her.

The key in addressing her excessive absenteeism is to separate the absenteeism related to her medical condition from the absenteeism due to everything else (and performance concerns).   Meet separately to address her medical situation – the nature of her condition, whether she needs an accommodation and what may be feasible.   Let her know that you are willing to try and accommodate her and her work schedule on account of her medical condition. Document this.

In a separate meeting, address her excessive absenteeism due to matters unrelated to her illness and any performance concerns.   Let her know that her personal absences (unrelated to her illness) have become excessive, disruptive to the business and must stop.   If she brings up her illness – tell her it's a separate matter and you are willing to accommodate her in that regard.   Document this.

Best regards,
Steve

**Steven M. Moss**
Partner
Labor & Employment Practice Group
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300 | Cleveland, Ohio 44114-2378
Direct: 216.363.4675
Fax: 216.363.4588
smoss@beneschlaw.com | www.beneschlaw.com

 Cleveland | Columbus |Indianapolis |Philadelphia | Shanghai | White Plains | Wilmington

PPlease don't print this email unless completely necessary.   Thank you.
 Confidentiality Notice to Incorrect Addressee   www.beneschlaw.com/confidentialitynotice

[IMAGE]

Def  001124

Confidential