# EXHIBIT YY

## FW: Communication

**From:** Donna USA0007 Costa/USAP/USA
**To:** Patricia USA0493 Saunders/USAP/USA
**Date:** Sep 01 2015 01:32:48 PM

### Custodian information

**Internal custodians (2)**

| | | |
|---|---|---|
| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
| Excluded from search (1) | Patricia USA0493 Saunders/USAP/USA | Potential custodians who were not included in the search, but whose email adresses were found on messages in the search results. |

**Total # of custodians (2)**

### Metadata information

| | |
|---|---|
| $Abstract | Sent with Good (www.good.com) ---------Forwarded by    Donna USA0007 Costa/USAP/USA   on 09/01/2015 0 |
| $INetPrincipal | Donna_Costa@m-chem.com |
| $MessageID | <OFD90D80B7.EB467E8F-ON85257EB3.00606390-85257EB3.00609876@LocalDomain> |
| $Revisions | Feb 08 2018 05:30:09 PM<br>Sep 01 2015 01:32:50 PM |
| $UpdatedBy | Deborah USA8492 Williams/USAP/USA<br>Donna USA0007 Costa/USAP/USA<br>Good-US/Servers/USA |
| AltFrom | Donna USA0007 Costa/USAP/USA |
| AltSendTo | Patricia USA0493 Saunders/USAP/USA |
| EnterSendTo | Patricia USA0493 Saunders/USAP/USA |
| GdTrack | by USWF0398.1.6.17 09/01/2015 01:32:48 PM |
| INetFrom | Donna_Costa@m-chem.com |
| Logo | StdNotesLtrGateway |
| PRINCIPAL | Donna USA0007 Costa/USAP/USA |
| Recipients | Patricia USA0493 Saunders/USAP/USA |

Sent with Good (www.good.com)

---------Forwarded by    Donna USA0007 Costa/USAP/USA   on 09/01/2015 01:32:48 PM------

--------Original Message--------

From : Jennifer USA0458 Fischman/USAP/USA
To : Donna USA0007 Costa/USAP/USA
cc :
Sent on :09/01/2015 01:30:16 PM EDT

Def 001047

Confidential

Subject : Re: Communication

Donna,
It's fine. I will see you Thursday and we can speak next week.


Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.


From: Donna USA0007 Costa/USAP/USA
To: Jennifer USA0458 Fischman/USAP/USA
Date: 09/01/2015 11:31 AM
Subject: Communication


Jennifer,

I apologize for my constant change of direction in recent emails. I am at a loss as to how to work with you and communicate with you. We need to sit down after the long weekend to discuss our relationship and communication, as well as your relationship with Kelli.

Donna


Sent with Good (www.good.com)

Def 001048

Confidential