# EXHIBIT AAA

--------Original Message--------

From : Masanori 3113541 Sakaguchi/AP/MCC@MCC@FCD
To : Jennifer USA0458 Fischman/USAP/USA@USA@FCD
cc :
Sent on :09/02/2015 08:56:26 AM ZE9
Subject : RE: Confidential Matter- Privileged Communication

Dear Jennifer:

I trust you and believe in your words. I hope that the problem will be solved amicably.

Best regards.
Masanori Sakaguchi


送信元: Jennifer USA0458 Fischman/USAP/USA@USA
宛先: Masanori 3113541 Sakaguchi/AP/MCC@MCC@FCD
日付: 2015/09/02 00:00
件名: RE: Confidential Matter- Privileged Communication

Dear Sakaguchi-san,


Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel and
Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
(212) 672-9409
Jennifer_fischman@m-chem.com



--------Original Message--------

From : Masanori 3113541 Sakaguchi/AP/MCC@MCC@FCD
To : Jennifer USA0458 Fischman/USAP/USA@USA@FCD
cc :
Sent on :09/01/2015 04:46:02 PM ZE9
Subject : RE: Confidential Matter- Privileged Communication

Dear Jennifer:

Def 000973
Confidential

I hope that all is going well with your legal tasks.

However, I was informed that there is a problem arising in MCHA among you, Kelli and Donna and that the problem gets escalating in the wrong direction. I would appreciate it if you would calm down and try to resolve the problem internally by discussing the issues in good faith with Donna and HR Manager. I am neutral. I hope that the problem will be resolved by amicable discussions in your cool head without intervention by Japan team.

Best regards.

Masanori Sakaguchi

Def 000974

Confidential