# EXHIBIT BBB

| | |
|---|---|
| Message | |
| From: | Donna USA0007 Costa [Donna_Costa@m-chem.com] |
| Sent: | 9/10/2015 3:38:18 PM |
| To: | Masanori 3113541 Sakaguchi [CN=Masanori 3113541 Sakaguchi/OU=AP/O=MCC@MCC] |
| CC: | Ken 2905413 Fujiwara [CN=Ken 2905413 Fujiwara/OU=AP/O=MCC@MCC] |
| Subject: | RE: **Confidential - Compliance Complaint** |

Dear Sakaguchi-san:

To clarify, I would like to see your email because it made Jennifer angry and I want to see it so I can decide how to address it. I would like to add that although I recognize you have the 'right' to communicate directly with Jennifer on this and other matters, your doing so without informing me is disruptive to what I am trying to accomplish.

Regards,
Donna

Donna Costa
President
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
212-672-9403
donna_costa@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

| | |
|---|---|
| From: | Donna USA0007 Costa/USAP/USA |
| To: | Masanori 3113541 Sakaguchi/AP/MCC@MCC@FCD |
| Cc: | Ken 2905413 Fujiwara/AP/MCC, Patricia USA0493 Saunders/USAP/USA |
| Date: | 09/09/2015 10:48 PM |
| Subject: | RE: **Confidential - Compliance Complaint** |

Dear Sakaguchi-san:

Please forward to me the email you sent to Jennifer about this matter.

Thank you,
Donna


Sent with Good (www.good.com)



--------Original Message--------

From : Masanori 3113541 Sakaguchi/AP/MCC@MCC@FCD
To : Donna USA0007 Costa/USAP/USA@USA@FCD
cc : Ken 2905413 Fujiwara/AP/MCC@MCC,patricia_saunders@m-chem.com
Sent on :09/01/2015 01:22:57 PM ZE9

Def 000957

Confidential

Subject : Re: **Confidential - Compliance Complaint**

Dear Donna-san:

Thank you very much for your sending a series of emails in connection with the above captioned matter.

I spoke with Fujiwara-san about the matter and how to handle it.  Our conclusion is that it is too early for MCHA to hire an outside counsel for this matter. The first thing you should do is to use your best endeavor to resolve this issue internally by talking with each other.  You and Jennifer are long time colleagues in MCHA Legal Department to work  together for the purpose of resolving various difficult legal issues.  It would be considerably hard for us to understand the current situation which is just escalating the atmosphere of the hostility and confrontation.

I would appreciate it if you would share our feeling and take actions to be consistent with our conclusion above.

Best regards.

Masanori Sakaguchi
General Counsel, MCHJ

| | |
|---|---|
| 送信元: | Donna USA0007 Costa/USAP/USA@USA |
| 宛先: | Ken 2905413 Fujiwara/AP/MCC@MCC, Masanori 3113541 Sakaguchi/AP/MCC@MCC |
| Cc: | patricia_saunders@m-chem.com |
| 日付: | 2015/09/01 11:34 |
| 件名: | Re: **Confidential - Compliance Complaint** |

Dear Ken and Sakaguchi-san:

Pat met with Kelli this morning and Jennifer this afternoon in an attempt to gather more information. According to Pat, Jennifer interrupted Pat repeatedly and expressed a lot of outrage about being questioned. She was defensive and argumentative. She blamed everyone but herself for the situation, although she did acknowledge that she wished she had not spoken so loudly to Pat and that she probably should not have created a chart of Kelli's absences. When Pat asked about some specific circumstances (including the chart, a couple of email, and some comments made in the office), Jennifer told Pat that it was inappropriate for Pat to conduct the investigation due to a lack of attorney-client privilege and because Jennifer had often complained to Pat about Kelli. Given that Jennifer is unwilling to cooperate with Pat and there is no one else at MCHA who can appropriately complete the investigation, we have no choice but to bring in outside counsel. When I get back from California, I will hire counsel and oversee the investigation myself (even though I am also a witness), because it would be inappropriate to ask another member of the Legal Department to do so.

I am wondering whether I should raise the issue with Kosakai-san and/or Date-san when I see them on Wednesday. What do you think?

Regards,
Donna

Donna Costa
President
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
212-672-9403
donna_costa@m-chem.com

Def 000958

Confidential