# EXHIBIT CCC

| **From:** | Donna_Costa@m-chem.com |
|---|---|
| **Sent:** | Tuesday, September 1, 2015 1:02 AM |
| **To:** | fujiwara ken |
| **Subject:** | *Confidential: FYEO |

Ken,

I am deeply saddened that I am not trusted to run an internal investigation or manage my team, much less determine whether Jennifer is an appropriate GC and CCO to represent the interests of MCHC. I sent my August 16 email after endless work, sleepless nights and discussions with people inside and outside the group.

I will do my best to avoid a lawsuit. I will do my best to keep anyone from quitting. I have nothing else to say.

Donna

Donna Costa
President
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
212-672-9403
donna_costa@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

----- Forwarded by Donna USA0007 Costa/USAP/USA on 09/01/2015 12:51 AM -----

From: Donna USA0007 Costa/USAP/USA
To: Masanori 3113541 Sakaguchi/AP/MCC@MCC@FCD
Cc: Ken 2905413 Fujiwara/AP/MCC, "patricia_saunders@m-chem.com" <patricia_saunders@m-chem.com>
Date: 09/01/2015 12:46 AM
Subject: RE: **Confidential - Compliance Complaint**