# EXHIBIT EEE

**From**: Donna USA0007 Costa [Donna_Costa@m-chem.com]
**Sent**: 9/11/2015 9:12:59 AM
**To**: patricia_saunders@m-chem.com
**Subject**: JF

ＭＳ Ｐゴシック Pat:

Latest email from Ken:

> Thank you for the extensive reports on two issues. Now I have started to understand your position and am agreeing to, first, at the least JF's CCO must be removed. I tend to agree to your planned actions against her, but here is a question, i) is demoting her from "Acting GC" and "CCO" down to mere manager at legal an option, instead of termination, ii) have you spoken to Nick ??

Donna

Donna Costa
President
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
212-672-9403
donna_costa@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

Def 001175
Confidential