# EXHIBIT FFF

# RE: *Confidential: ** Confidential - Privileged - JF **

From: Donna USA0007 Costa/USAP/USA
To: Ken 2905413 Fujiwara/AP/MCC@MCC@FCD
Date: Sep 27 2015 10:18:03 PM

| Custodian information | | |
|---|---|---|
| **Internal custodians (1)** | | |
| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
| **External email addresses (1)** | | |
| | ken 2905413 fujiwara/ap/mcc@mcc@fcd | Email addresses found on messages in the search results that are external to your company. |
| **Total # of custodians (2)** | | |

| Metadata information | |
|---|---|
| $Abstract | Dear Ken: I have not told Date-san because I thought this was your issue, but I am happy to tell him |
| $INetPrincipal | Donna_Costa@m-chem.com |
| $MessageID | <OF0CA15AA9.D0BB45F7-ON85257ECE.000CA441-85257ECE.000C9876@LocalDomain> |
| $Revisions | Feb 08 2018 05:30:11 PM<br>Sep 27 2015 10:18:05 PM<br>Sep 27 2015 11:25:06 PM |
| $UpdatedBy | Deborah USA8492 Williams/USAP/USA<br>Donna USA0007 Costa/USAP/USA<br>Good-US/Servers/USA |
| AltFrom | Donna USA0007 Costa/USAP/USA |
| AltSendTo | Ken 2905413 Fujiwara/AP/MCC@MCC@FCD |
| EnterSendTo | Ken 2905413 Fujiwara/AP/MCC@MCC@FCD |
| GdTrack | by USWF0398.1.6.17 09/27/2015 10:18:03 PM<br>by USWF0398.1.6.17 09/27/2015 11:25:04 PM |
| INetFrom | Donna_Costa@m-chem.com |
| Logo | StdNotesLtrGateway |
| PRINCIPAL | Donna USA0007 Costa/USAP/USA |
| Recipients | Ken 2905413 Fujiwara/AP/MCC@MCC@FCD |

Dear Ken:

I have not told Date-san because I thought this was your issue, but I am happy to tell him if I should do so.

I think there is a 50% chance that Jennifer will accept her old position. If she does, I expect she will leave within one year for a new job.

If Jennifer accepts, her decision will cost MCHA less in 2015 than her leaving, because paying her severance is more expensive than demoting her. Either way, we will use 2015 'profit' to cover any unbudgeted costs and I believe we will not have to request additional money from MCHC. Of course, this money will not be available to pay dividends.

If Jennifer stays beyond April 1, the 2016 Legal Department budget will be covered by legal services fees. Assuming

Def 001020