# EXHIBIT GGG

What do you think ?

Regards, Ken

---

| | |
|---|---|
| 送信元: | Donna USA0007 Costa/USAP/USA@USA |
| 宛先: | Ken 2905413 Fujiwara/AP/MCC@MCC@FCD |
| Cc: | Masanori 3113541 Sakaguchi/AP/MCC@MCC |
| 日付: | 2015/09/26 06:49 |
| 件名: | Re: *Confidential: ** Confidential - Privileged - JF ** |

Dear Ken:

Thank you very much for your support and understanding.

We will proceed as follows:

- Nick Oliva will come in for interviews on October 12. (I tried to do it sooner, but people's schedules are busy this month.)
- Assuming everything goes as planned on October 12:
- We will confirm all details with Nick by the end of that week. Nick will be offered the same compensation package Jennifer would receive upon being named General Counsel. Nick will not be offered a contract.
- I will report to you on the final outcome as soon as we reach agreement with Nick.
- I will notify Jennifer of the change when she returns from Japan at the end of October. (I considered telling her before she goes to Japan, but Pat and I agree that could create greater friction. In this regard, please limit the number of people who know about this so that there is no risk of her hearing about it accidentally while she is in Tokyo.)
- Nick will begin work in mid-November. This timing will allow Jennifer some time to adjust before he arrives.
- 
    On Monday or Tuesday, I will speak to Kelli to ensure that no problems occur with her before Jennifer is notified.

Again, thank you for your support.

Regards,
Donna

Donna Costa
President
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
212-672-9403
donna_costa@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

| | |
|---|---|
| From: | Ken 2905413 Fujiwara/AP/MCC@MCC |
| To: | Donna USA0007 Costa/USAP/USA@USA@FCD |
| Cc: | Masanori 3113541 Sakaguchi/AP/MCC@MCC |
| Date: | 09/25/2015 03:59 AM |
| Subject: | Re: *Confidential: ** Confidential - Privileged - JF ** |

Def 001022

Confidential

Dear Donna,

Thank you for your having taken into account what we discussed and proposing the compromise. We agree to your new approach.

Also, I spoke with Oohira-san to explain the situation this afternoon. He was a bit surprised but understand the way how we deal with it.

I think you can speak to Jennifer when you think appropriate, without waiting until the end of this month.

Thank you again for your thoughts.

Regards, Ken

送信元: Donna USA0007 Costa/USAP/USA@USA
宛先: Ken 2905413 Fujiwara/AP/MCC@MCC, Masanori 3113541 Sakaguchi/AP/MCC@MCC
日付: 2015/09/25 04:52
件名: *Confidential: ** Confidential - Privileged - JF **

Dear Ken and Sakaguchi-san:

Thank you for your time yesterday immediately after your return from Silver "Week".

I have considered Sakaguchi-san's request further, and have concluded that I am willing to offer Jennifer to return to her prior position rather than terminating her. If she does not accept, we will give her a severance package. If she does accept, we will return her to her former title and compensation package and we will do our best to make it work.

I hope that with this compromise you are prepared to approve the proposal next week. If there are further matters you would like me to address before you make your decision, please let me know. I have a strong candidate who I believe will be able to begin work in October or November.

Regards,
Donna

Donna Costa
President
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
212-672-9403
donna_costa@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

Def 001023

Confidential