# EXHIBIT JJJ

# Fw: status

From: Patricia USA0493 Saunders/USAP/USA
To: Donna Costa
Date: Oct 12 2015 07:26:46 PM

| Custodian information | | |
|---|---|---|
| **Internal custodians (2)** | | |
| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
| Excluded from search (1) | Patricia USA0493 Saunders/USAP/USA | Potential custodians who were not included in the search, but whose email adresses were found on messages in the search results. |
| **Total # of custodians (2)** | | |

| Metadata information | |
|---|---|
| $Abstract | fyi. |
| $Mailer | Lotus Notes Release 8.5.2FP2 March 23, 2011 |
| $MessageID | <OF9B79D20C.98DD94C6-ON85257EDC.00801CBA-85257EDC.0080CB4C@LocalDomain> |
| $Revisions | Dec 30 1899 00:00:00 AM |
| $UpdatedBy | Patricia USA0493 Saunders/USAP/USA |
| ConfidentialString | Confidential |
| DeliveredDate | Oct 12 2015 07:29:06 PM |
| ForwardedDate | Oct 12 2015 07:19:20 PM |
| ForwardedFrom | Patricia USA0493 Saunders/USAP/USA |
| INetFrom | Patricia_Saunders@m-chem.com |
| Logo | stdNotesLtr25 |
| OriginalModTime | Oct 12 2015 07:26:42 PM |
| PRINCIPAL | Patricia USA0493 Saunders/USAP/USA |
| RouteServers | VAMC01/Servers/USA |
| RouteTimes | Oct 12 2015 07:29:06 PM<br>Oct 12 2015 07:29:06 PM |

fyi.

_____
Patricia Saunders
Director, Human Resources
Mitsubishi Chemical Holdings America, Inc.
655 Third Ave, 15th Floor
NY, NY   10017
Office:   212-672-9415
Cell:   914-434-2748
Email:   patricia_saunders@m-chem.com

This email may contain information that is confidential, privileged or otherwise protected from disclosure.   If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of the email or the information contained herein or attached hereto is strictly prohibited.

----- Forwarded by Patricia USA0493 Saunders/USAP/USA on 10/12/2015 07:19 PM -----

From: Kelli USA0278 Troccoli/USAP/USA
To: Patricia USA0493 Saunders/USAP/USA@USA
Date: 10/12/2015 06:26 PM
Subject: status

Hi Pat,



I wanted you to know this from a personal perspective but also because I found it interesting that Jennifer never notified our/her dept. about my absence/illness but told you. Maiko was just out for a week I doubt she notified you, in fact every member of the legal dept. has been out sick recently and I'm sure I'm the only one she notified you of :)

I am anticipating some issues with her as I recover and when I return so I just wanted you to have the facts.

Thanks!
Kelli

Def 001121

Confidential