# EXHIBIT LLL

10/30/2015

Kelli T

1. Conversation to get it on the record
2. Is she purposefully doing what she's
3. doing or just doesn't know how to do
4. job

6. If I didn't

9. Really not involving me in anything to
10. do w/ Comp Pkg that is part of
11. my job
12. Couple months ago - mtg w/ SAT End of mtg
13. JF asked private conv w/ SAT — KT
14. not needed
15. Arranged meeting w/ them. No KT
16. SAT keeps cc Kelli
17. KT requested something - didn't get
18. response. Said someth
19. JF - I told them not to cuz we're
20. going in completely diff direction
21. this year

23. Money left over

25. JF - Keeping everything to herself -
26. Another meeting set up
27. They're cc me but JF not
28. talking to me about it