# EXHIBIT NNN

ＭＳＰゴシック

**Re: *Confidential: General Counsel & Chief Compliance Officer**

From: Ken 2905413 Fujiwara/AP/MCC

To: Donna USA0007 Costa/USAP/USA@USA@FCD
Cc: Masanori 3113541 Sakaguchi/AP/MCC@MCC
Date: Nov 11 2015 07:47:41 PM

| Custodian information | | |
|---|---|---|
| Internal custodians (1) | | |
| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
| External email addresses (3) | | |
| | ken 2905413 fujiwara/ap/mcc<br>donna usa0007 costa/usap/usa@usa@fcd<br>masanori 3113541 sakaguchi/ap/mcc@mcc | Email addresses found on messages in the search results that are external to your company. |
| Total # of custodians (4) | | |

ＭＳＰゴシック

Def 001072

Confidential

| Metadata information | |
|---|---|
| $Abstract | Donna, Thank you for the information.  Yo do not need to notify those people, but I will. |
| $Mailer | IBM Notes Release 9.0.1 SHF417 May 08, 2014 |
| $MessageID | <OFC4D56457.E94700A5-ON49257EFB.00030C7E-49257EFB.00045DF1@LocalDomain> |
| $NameLanguageTags | en |
| $OnBehalfOf | Ken 2905413 Fujiwara/AP/MCC |
| $Revisions | Nov 11 2015 07:47:42 PM |
| $UpdatedBy | Good-US/Servers/USA<br>ISMA91/Servers/FCD<br>ISMM02/Servers/MCC<br>RKMC01/Servers/MCC |
| AltCopyTo | 坂口　正範　３１１３５４１/ＡＰ/ＭＣＣ |
| AltSendTo | Donna USA0007 Costa/USAP/USA@USA@FCD |
| ConfidentialString | 機密情報 |
| dLogo | StdNotesLtr0 |
| DeliveredDate | Nov 11 2015 07:47:42 PM |
| FromDomain | MCC@FCD |
| GdTrack | by USWF0398.1.6.17 11/11/2015 08:13:14 PM |
| InheritedAltFrom | Donna USA0007 Costa/USAP/USA@USA@FCD@USA@FCD |
| InheritedFrom | Donna USA0007 Costa/USAP/USA@USA@FCD |
| InheritedFromDomain | USA@FCD |
| In_Reply_To | <OFD6493BC7.91865295-ON85257EFA.007E8078-85257EFA.007EE320@LocalDomain> |
| INetSendTo | Donna_Costa@m-chem.com |
| Logo | StdNotesLtr0 |
| OriginalModTime | Nov 11 2015 07:47:41 PM |
| PRINCIPAL | Ken 2905413 Fujiwara/AP/MCC |
| References | <OF51746A6D.6BE569D9-ON85257EBC.006EECD2-85257EBC.00701772@LocalDomain><br><OF60548519.28BF29CD-ON85257ECA.006B766E-85257ECA.006D2E43@LocalDomain><br><OFE62B36B5.5AFE609F-ON49257ECB.002B10AC-49257ECB.002BEA1A@LocalDomain><br><OFD6493BC7.91865295-ON85257EFA.007E8078-85257EFA.007EE320@LocalDomain> |
| RouteServers | ISMA91/Servers/FCD<br>ISMM02/Servers/MCC<br>RKMC01/Servers/MCC<br>VAMC01/Servers/USA |
| RouteTimes | Nov 11 2015 07:47:41 PM<br>Nov 11 2015 07:47:42 PM<br>Nov 11 2015 07:47:42 PM<br>Nov 11 2015 07:47:42 PM<br>Nov 11 2015 07:47:42 PM<br>Nov 11 2015 07:47:42 PM<br>Nov 11 2015 07:47:42 PM<br>Nov 11 2015 07:47:42 PM |

Donna,

Thank you for the information.  Yo do not need to notify those people, but I will.

What you need to do is to draw a clear picture to explain the increase of MCHA running cost and justifiable allocation of that to affiliates or parents.  I had a chance to discuss this briefly with Iguchi-san last Monday, who seemed to have talked this matter with those from MCHC Corporate Management office, headed by Date-san.  I think you better speak to him directly upon your coming visit to Japan.

Anyway, thank you for your great efforts to cope with this difficult situation. We hope things settle in peace.

Regards,  Ken


送信元:  Donna USA0007 Costa/USAP/USA@USA

Def  001073

Confidential

宛先: Ken 2905413 Fujiwara/AP/MCC@MCC@FCD, Masanori 3113541 Sakaguchi/AP/MCC@MCC
日付: 2015/11/12 08:06
件名: *Confidential: General Counsel & Chief Compliance Officer

Dear Ken and Sakaguchi-san:

I notified Jennifer this afternoon that Nick will join as General Counsel and Chief Compliance Officer effective November 30 and that she will return to her prior position as Assistant General Counsel at that time. She is not happy, but she responded maturely and indicated that she will continue to work and do her job. I will let you know if there are any changes or developments.

Would you like to notify the appropriate people in Japan (Ohira-san, Kosakai-san, Nakamura-san, Date-san, Hanawa-san, etc.) or should I?

Regards,
Donna

Donna Costa
President
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
212-672-9403
donna_costa@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

---

From: Ken 2905413 Fujiwara/AP/MCC@MCC
To: Donna USA0007 Costa/USAP/USA@USA@FCD
Cc: Masanori 3113541 Sakaguchi/AP/MCC@MCC
Date: 09/25/2015 03:59 AM
Subject: Re: *Confidential: ** Confidential - Privileged - JF **

Dear Donna,

Thank you for your having taken into account what we discussed and proposing the compromise.  We agree to your new approach.

Also, I spoke with Oohira-san to explain the situation this afternoon.  He was a bit surprised but understand the way how we deal with it.

I think you can speak to Jennifer when you think appropriate, without waiting until the end of this month.

Thank you again for your thoughts.

Regards, Ken

Def 001074

Confidential

| | |
|---|---|
| 送信元: | Donna USA0007 Costa/USAP/USA@USA |
| 宛先: | Ken 2905413 Fujiwara/AP/MCC@MCC, Masanori 3113541 Sakaguchi/AP/MCC@MCC |
| 日付: | 2015/09/25 04:52 |
| 件名: | *Confidential: ** Confidential - Privileged - JF ** |

Dear Ken and Sakaguchi-san:

Thank you for your time yesterday immediately after your return from Silver "Week".

I have considered Sakaguchi-san's request further, and have concluded that I am willing to offer Jennifer to return to her prior position rather than terminating her. If she does not accept, we will give her a severance package. If she does accept, we will return her to her former title and compensation package and we will do our best to make it work.

I hope that with this compromise you are prepared to approve the proposal next week. If there are further matters you would like me to address before you make your decision, please let me know.   I have a strong candidate who I believe will be able to begin work in October or November.

Regards,
Donna

Donna Costa
President
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
212-672-9403
donna_costa@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

Def 001075

Confidential