# EXHIBIT OOO

This email may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of the email or the information contained herein or attached hereto is strictly prohibited.

▼ Donna USA0007 Costa---11/20/2015 12:44:36 PM---Pat I meant to check in with you yesterday, but I lose track of time here. How did the week go? How

From: Donna USA0007 Costa/USAP/USA
To: Patricia USA0493 Saunders/USAP/USA
Date: 11/20/2015 12:44 PM
Subject: Checking in

Pat

I meant to check in with you yesterday, but I lose track of time here. How did the week go? How are things with Jennifer? Anything I should know about it?

Donna

Sent with Good (www.good.com)