# EXHIBIT PPP

**Mitsubishi Chemical Holdings America Inc.**
655 Third Ave., 15th Floor
New York, NY 10017
Telephone: 212-672-9400

October 19, 2015

Mr. Nicholas Oliva
1233 Park St.
Robbinsville, NJ  08691

Via email:  nicholas_oliva@yahoo.com

Dear Mr. Oliva,

I am pleased to offer you the position of General Counsel and Chief Compliance Officer, Mitsubishi Chemical Holdings America, Inc.  In this position you will report to Donna Costa, President, and will be responsible for those activities that have been discussed.

Our offer includes an annual salary of $325,000 paid bi-weekly (26 pay periods) at $12,500 per pay period.  In addition, you will be eligible to participate in the Company's annual bonus program with a 29% target bonus.  The actual bonus amount will be determined based on individual performance expectations and company policy. The bonus measurement period is the Company's fiscal year, April 1 – March 31.  Your bonus for 2015 will be pro-rated based on your hire date within the fiscal year.  All salary and bonus is subject to applicable withholdings. You will also receive reimbursement for the cost of parking associated with commuting to/from work. The actual amount you will receive will be based on the reasonable cost of parking in a garage near the office at 655 Third Avenue, which is approximately $500 per month.  If you are required to return the sign on bonus paid to you by your current employer, MCHA agrees to pay you a sign on bonus in the amount of $25,000.  This bonus will be paid in two separate installments of $12,500 each and is subject to taxes and applicable withholdings.  The first installment will be paid to you in the first regular paycheck you receive after your hire date.  The second payment will be paid to you after you complete one year of service.

You are also eligible to participate in the Company's employee benefits program, including the MCHA Top Hat Plan, a non-qualified deferred compensation program.  Additional information about the benefits program will be sent to you under separate cover and reviewed during your employee orientation.  You will receive 4 weeks (20 days) of vacation each calendar year.  The number of days will be a pro-rated based on your hire date for the remainder of 2015.

We look forward to your start date of November 30, 2015, contingent upon successful completion of reference checks. You are required to bring with you on your start date the necessary documentation for the I-9 Employment Eligibility Verification Form.  Enclosed is a list of acceptable documents.

This letter serves as our conditional offer of employment and should not be construed as creating a contract of employment, express or implied.  Any services rendered by you for the Company shall be as an employee-at-will.

We are very excited about having you join our Company. If you have any questions, please feel free to contact me.

Sincerely,

*PSaunders*

Patricia Saunders
Director, Human Resources

Enc.

_____
                **Signature**                                                                                  **Date**