# EXHIBIT QQQ

| | |
|---|---|
| **From:** | Patricia_Saunders@m-chem.com |
| **Sent:** | Tuesday, December 1, 2015 8:16 AM |
| **To:** | Jennifer_Fischman@m-chem.com |
| **Cc:** | Donna_Costa@m-chem.com |
| **Subject:** | Re: Salary |

Jennifer,

Annual base salary effective 11/30/2015:   $230,826
Bonus rate effective 11/30/2015: 17%
Annual bonus for FY2015 will be paid pro rata:

- For the period 4/1/2015 - 11/29/2015  bonus at 25% of $300k
- For the period 11/30/2015 - 3/31/2016  bonus at 17% of $230,826

Per the terms of our bonus program, bonus awarded in any year is at the Company's discretion.  To receive bonus payment an employee must be employed by the Company on the bonus pay date.

Thanks,
Pat

_____
Patricia Saunders
Director, Human Resources
Mitsubishi Chemical Holdings America, Inc.
655 Third Ave, 15th Floor
NY, NY  10017
Office:  212-672-9415
Cell:  914-434-2748
Email:  patricia_saunders@m-chem.com

This email may contain information that is confidential, privileged or otherwise protected from disclosure.  If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of the email or the information contained herein or attached hereto is strictly prohibited.

Jennifer USA0458 Fischman---11/30/2015 06:37:18 PM---Pat, When you have a chance please confirm the details of my pay increase and pro rata bonus target

From: Jennifer USA0458 Fischman/USAP/USA
To: "Patricia Saunders" <Patricia_Saunders@m-chem.com>
Date: 11/30/2015 06:37 PM
Subject: Salary

Pat,
When you have a chance please confirm the details of my pay increase and pro rata bonus target we discussed today in an email so I have it for my records.
Thanks


Regards,
Jennifer

Jennifer S. Fischman
Assistant General Counsel
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
(212) 672-9409
Jennifer_fischman@m-chem.com

CONFIDENTIAL                                                                                       Def 000466