# EXHIBIT RRR

From:     Nicholas USA7375 Oliva/USAP/USA
To:       Nicholas USA7375 Oliva/USAP/USA@USA
Date:     12/11/2015 08:32 AM
Subject:      J Behaviors - Note to file

---

11/30 - Met with J in her office for greeting - offered me gum in blister pack with one blister open, containing her chewed gum.  Aggressive and symbolic.  I made no comment.

12/9 - Met with Mytex with J and Stephen.  J assumed the power seat.  I made no comment.  - Respect of the position and transition

12/9 - Met in my office about J-K relations.  When concluded, we discussed transition work and potential new M&A project for Mytex.  I said I will like to take all non-ordinary course work going forward.  She countered and stopped herself mid-sentence with "but do you have the experience... ok".  I allowed a pause, inviting continuation.  There wasn't any.  She excused herself.  - Questioning authority, respect for transition, professional respect.


Conscious determination to allow one 'freebie' in each category.  Plan to address any future behavior by prefacing with "You did X before and I allowed it to give you time to adjust... now..."

CONFIDENTIAL                                    Def  000854

======================================
Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427    CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

 Def  000855

From:     Nicholas USA7375 Oliva/USAP/USA
To:       Nicholas USA7375 Oliva/USAP/USA@USA
Date:     12/16/2015 08:36 AM
Subject:  Behavior observations from 12/15/15

1:1 w/J
- Asked her... 'do you have anything for me?'; replied... 'no... what do you want me to have for you?'; replied... 'what an odd question'.
- Resistance to moving work from J to others in the group - although identifies essentially all work at MCHA as running to her
- J identifies that Stephen should report to her because everyone else will have someone (Kathryn - Joe; Andy - Axiom) and she would be the only one without a person
- Suggests that she doesn't know my skill/experience and therefore, she cannot tell what can move to me - NJO did not ask to move work to NJO but instead, what work stays with J short and long term.
- When NJO suggests I am happy to discuss my experiences (and advanced the idea of a talent profile), she says... 'ok, start with that...tell me what you know'.  I declined to do so in our 1:1, but said that although she may have reservations about my experience, I don't really care.

Staff Meeting
- An issue was raised by KR and J confronted the thinking.  KR calmly reminded J that she was involved in the discussions.  J circled in thought then conceded that they 'must have worked through it but her memory fails'.
- As time was running out, I reminded the remaining members to keep to our timing.  During Joe's present, J asked questions that, in my opinion only, appeared to delay the presentation.  I moved it along, placing the burden on Joe to wrap up.  The people yet to speak were Kelli and Maiko.

CONFIDENTIAL                    Def  000856