# EXHIBIT SSS

PAGE | DATE 12/17/2015

NOTES

Judicaps

1. Check Jordan out - Message on email, VM
2. Vernon Smalleau
3. Nick has a $87k (saving of Jordan's sal + bonus) to
4. spend on temps to assist his transition
5.
6. JF- refuses to tell Nick what she's
7. working on
8. Tod: No - I want to be second
9. in command + Steph reporting
10. to me

CAMBRIDGE Limited

Def 000905