# EXHIBIT TTT

```
cc : Donna USA0007 Costa/USAP/USA@USA,"Ken Fujiwara" <fujiwara.ken@mp.m-kagaku.co.jp>,Kanako 6807033
Fujino/AP/MCC@MCC,Nicholas USA7375 Oliva/USAP/USA@USA,Masahiro 2004161 Taguchi/AP/MCC@MCC,Naotaka
1903494 Sugita/AP/MCC@MCC
Sent on :12/25/2015 03:26:41 PM ZE9
Subject : Re: FW: RES: RES: Verbatim - Starlife - Court Expert Report (Brazil) (254325)

Dear Jennifer:

Thank you for your update on the Brazilian litigations relating to the Verbatim
Corp. and Verbatim Datalife Commercial Ltd.  I discussed your email with Mr.
Taguchi and Mr. Sugita, MKM's team.  We have the following comments on the points
contained in your email.

First of all, MKM is very unhappy with the ways in which you (or MCHA) and your
Brazilian lawyers are handling this matters. Because you have just forwarded
the email of Brazilian lawyers without any comment or explanation of the points
or suggestion on the way forward. It seems very unkind email, to say the least.
MKM is at a loss how to respond to your email. I would strongly ask you to add
your notes, explanation and recommendations when you forward emails of Brazilian
lawyers from now on.  MKM is your clients.

Aside from MKM's feeling about the forwarded email, I have the following comments
on Starlife litigation for precautionary measures.
```



```
Best regards.

Masanori Sakaguchi
General Counsel
MCHJ & Mitsubishi Rayon Co., Ltd.
```

| 送信元: | Jennifer USA0458 Fischman/USAP/USA@USA |
|---|---|
| 宛先: | Masanori 3113541 Sakaguchi/AP/MCC |
| Cc: | Donna USA0007 Costa/USAP/USA, "Ken Fujiwara" <fujiwara.ken@mp.m-kagaku.co.jp>, Kanako 6807033 Fujino/AP/MCC, Nicholas USA7375 Oliva/USAP/USA |
| 日付: | 2015/12/23 13:21 |
| 件名: | FW: RES: RES: Verbatim - Starlife - Court Expert Report (Brazil) (254325) |

Def 001219

Confidential