# EXHIBIT UUU

| | |
|---|---|
| **Message** | |
| **From:** | Masanori 3113541 Sakaguchi [CN=Masanori 3113541 Sakaguchi/OU=AP/O=MCC] |
| **Sent:** | 12/27/2015 7:24:02 PM |
| **To:** | Jennifer USA0458 Fischman [CN=Jennifer USA0458 Fischman/OU=USAP/O=USA@USA@FCD] |
| **Subject:** | RE: RES: RES: Verbatim - Starlife - Court Expert Report (Brazil) (254325) |

ＭＳゴシックDear Jennifer:

I do not understand all of your statements and intents in your email. If you insist that you are not a right person to talk about the Verbatim litigation, I will speak to Donna and Nick about this matter. The fact is that MCHA's Legal Department has been handling the Verbatim litigations for the long time. I do not know who in MCHA is principally responsible for directing and communicating with the Brazilian lawyers. It appears that MKM, who paid for huge legal fees up until now, do not know that, either. I am just helping MKM people, who asked for my assistance.

Masanori Sakaguchi
General Counsel, MCHJ and Mitsubishi Rayon Co., Ltd.


| | |
|---|---|
| 送信元: | Jennifer USA0458 Fischman/USAP/USA@USA |
| 宛先: | Masanori 3113541 Sakaguchi/AP/MCC@MCC@FCD |
| 日付: | 2015/12/26 00:15 |
| 件名: | RE: RES: RES: Verbatim - Starlife - Court Expert Report (Brazil) (254325) |

Dear Sakaguchi-San,
Merry Christmas to you!
I took over this case only a few months ago and it is over a decade old. If you do not like the way it was handled then please direct your comments to Donna who managed it and MKM for the last 10 years. You asked for an explanation of the fees and an expectation for the coming years.   This is what I gave you. Please do not continue to condemn my legal advice in such a public manner. It is unprofessional and nasty.


Regards,
Jennifer

Jennifer S. Fischman
Assistant General Counsel
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
(212) 672-9409
Jennifer_fischman@m-chem.com



--------Original Message--------

From : Masanori 3113541 Sakaguchi/AP/MCC@MCC@FCD
To : Jennifer USA0458 Fischman/USAP/USA@USA@FCD

Def 001218

Confidential