# EXHIBIT VVV

| From: | Nicholas USA7375 Oliva/USAP/USA |
|---|---|
| To: | Nicholas USA7375 Oliva/USAP/USA@USA |
| Date: | 02/12/2016 01:29 PM |
| Subject: | Jennifer - Behavioral Issue |

Today, while discussing Quadrant Trade Secret issue handling, I raised (again) the most significant risk which relates to anti-trust concern. Jennifer used particular words with regard to the situation and suggested
Jennifer's reaction was "You need to get off of that!". I disagreed and explained at least three times (using the same words - frustrating to me and likely to Jennifer) the risks - to which Jennifer finally conceded that perhaps she used "a poor choice of words".
Jennifer's tone was condescending and her legal reasoning/identification of the core issue was wrong.

Adequately corrected on subject matter and VERY direct advice on how to advise the client group was given (by me) and confirmed by Jennifer.
Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427    CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.