# EXHIBIT YYY

From:    Nicholas USA7375 Oliva/USAP/USA
To:      "Nicholas USA7375 Oliva" <nicholas_oliva@m-chem.com>
Date:    03/03/2016 05:57 PM
Subject:   RE: NOTES from Jennifer meeting today

Not comfortable being there when I'm not.
Recognizes the AGC roles demands this.
Will do it for me as requirement but will keep door closed and avoid office environment.


--------Original Message--------

From : Nicholas USA7375 Oliva/USAP/USA
To : Nicholas USA7375 Oliva/USAP/USA@USA
cc :
Sent on :03/03/2016 05:46:49 PM EST
Subject : NOTES from Jennifer meeting today

- Asked 'what's wrong' in light of:
    Pauletta meeting
    Direct confrontation about 1:1
    Direct confrontation about MKIC employment issue
    Stephen - to Donna on Corp Gov

- She replied... I'm miserable.  I'm at the point where I have to make a decision (alluding to quitting but seemed to refuse to say the word)
- Wants me to reconsider 2 days per week from home - standing rule
- She described the environment as toxic

- She primarily discussed this in terms of Kelli, but admitted it is Kelli, Donna, KathrynT-Kelli conversations, Esther, and, when asked... Nick too.
- She said she needs this for mental reasoning (not mental health) referring to her acuity and ability to perform
- She said she needs this before she jumps off a bridge... I CLARIFIED directly.... she said NOT literally... metaphorically... I asked if she meant 'leaving the company' - she implied so, but refused to use the words
- She mentioned Donna's party, Kelli's emails, Yuka issue - asked not to raise the issue, but that this messages to her that her relationship with Kelli cannot be fixed
- She mentioned Mike A's party, that she, under confidence, was told she wasn't invited.  Does not want Kelli to know.  Thinks not being invited is a blessing.  Does not want to go.  Would have liked to be invited, because being singled out feels bad.
- When asked if I should do ANYTHING - she said no (except WFH 2days)
- I told her that I care and want to know so I can help address issues... she said - I cry everyday, I'm very uncomfortable, I'm trying, but it's very hard to deal with what I've gone through in the last year
- I asked what the underlying reason is... (several times)... she says Kelli.... then says and the environment.  I dig deeper... she says Kelli.  She says that I don't need to know why.  I say I do if I'm going to address systematic/team/workplace issues.  She agrees.
- I made no promise, but did reaffirm (what Jennifer seemed to misunderstand) that one day per week average wfh - without asking permission (but telling me) is probably fine.  She said she wants 2 standing days and asked me to rethink my position.

Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427    CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.