# EXHIBIT ZZZ

# FW: Question

From: Donna USA0007 Costa/USAP/USA
To: "Nick Oliva" <nicholas_oliva@m-chem.com>
Date: Mar 07 2016 08:00:50 AM

| Custodian information | | |
|---|---|---|
| Internal custodians (2) | | |
| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
| Excluded from search (1) | Nicholas USA7375 Oliva/USAP/USA | Potential custodians who were not included in the search, but whose email adresses were found on messages in the search results. |
| Total # of custodians (2) | | |

| Metadata information | |
|---|---|
| $Abstract | Uh oh.   Sent with Good (www.good.com) |
| $INetPrincipal | Donna_Costa@m-chem.com |
| $MessageID | <OF60586DB9.1B01B891-ON85257F6F.00477DE8-85257F6F.00479876@LocalDomain> |
| $Revisions | Feb 08 2018 05:30:15 PM<br>Mar 07 2016 08:00:53 AM |
| $UpdatedBy | Deborah USA8492 Williams/USAP/USA<br>Donna USA0007 Costa/USAP/USA<br>Good-US/Servers/USA |
| AltFrom | Donna USA0007 Costa/USAP/USA |
| AltSendTo | "Nick Oliva" <nicholas_oliva@m-chem.com> |
| EnterSendTo | "Nick Oliva" <nicholas_oliva@m-chem.com> |
| GdTrack | by USWF0398.1.6.17 03/07/2016 08:00:50 AM |
| INetFrom | Donna_Costa@m-chem.com |
| Logo | StdNotesLtrGateway |
| PRINCIPAL | Donna USA0007 Costa/USAP/USA |
| Recipients | "Nick Oliva" <nicholas_oliva@m-chem.com> |

Uh oh.


Sent with Good (www.good.com)


---------Forwarded by     Donna USA0007 Costa/USAP/USA   on 03/07/2016 08:00:50 AM------




--------Original Message--------

From : Mike USA9512 Gragtmans/MFAP/USA
To : Donna USA0007 Costa/USAP/USA

Confidential

cc :
Sent on :03/07/2016 07:59:24 AM EST
Subject : Question

Donna,
I am currently in Japan and just met with the Project Haru team. The team is asking who our lead counsel will be for the project?
I know you told me that Jennifer would be the person that was assigned to the project and I think that is fine for the US portion of the deal. However, I don't think she can be lead counsel for the project if it does take off. The reason I say this is because Takimoto-san is not supportive of her as lead counsel since the target company operates in multiple regions. I think Takimoto-san will want a more experienced person who can handle a multi-national company acquisition.
Could you tell me who you recommend be lead counsel for this project if it does take-off? I assume it is Nick, but I wanted to confirm.
By the way, we are still two months away from a GO on the project. But things are heating up and I am kind of enjoying being the go-between with the owner.

Mike

PS I am truly disappointed that Jennifer seems to have lost a great deal of credibility with PPD. I wish I knew how to help her overcome it.

**Mike GRAGTMANS**  •  *President*
MITSUBISHI CHEMICAL PERFORMANCE POLYMERS, Inc.
2001 Hood Road, P.O. Box 1400 | Greer, SC 29652|USA| www.mcpp-global.com
Tel: 864.982.2167 |
Mike_Gragtmans@m-chem.com

A Subsidiary of
MITSUBISHI CHEMICAL

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this e-mail or the information contained herein or attached hereto is strictly prohibited.

Def 001103

Confidential