# EXHIBIT AAAA


2015-Evaluation Form_AGC JF 4-...

Regards,

Jennifer S. Fischman, Esq.
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

| | |
|---|---|
| From: | Nicholas USA7375 Oliva/USAP/USA |
| To: | Jennifer USA0458 Fischman/USAP/USA@USA |
| Date: | 04/22/2016 05:16 PM |
| Subject: | Re: Peformance Review Form |

Thank you.

Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427     CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

| | |
|---|---|
| From: | Jennifer USA0458 Fischman/USAP/USA |
| To: | Nicholas USA7375 Oliva/USAP/USA@USA |
| Date: | 04/22/2016 05:16 PM |
| Subject: | Re: Peformance Review Form |

Nick,
I have always been Exceeds on everything in the past, I would expect to be there again.   I put the stuff I will continue to work on in Section 4.

Regards,

Jennifer S. Fischman, Esq.
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409

Def 001306

CONFIDENTIAL

f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

From: Nicholas USA7375 Oliva/USAP/USA
To: Jennifer USA0458 Fischman/USAP/USA@USA
Date: 04/22/2016 05:12 PM
Subject: Re: Peformance Review Form

Thanks.

There is commentary, but the assessment grid is not completed.

Nick

Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427    CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

From: Jennifer USA0458 Fischman/USAP/USA
To: Nicholas USA7375 Oliva/USAP/USA@USA
Date: 04/22/2016 05:11 PM
Subject: Re: Peformance Review Form

I thought I did. I will take another look at it.

Regards,

Jennifer S. Fischman, Esq.
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

From: Nicholas USA7375 Oliva/USAP/USA
To: Jennifer USA0458 Fischman/USAP/USA@USA

CONFIDENTIAL

Date: 04/22/2016 05:08 PM
Subject: Re: Peformance Review Form

Jennifer,

Can you please fill in the competencies and note anything you feel like you should work on?

Thanks,
Nick


Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427    CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.



From: Jennifer USA0458 Fischman/USAP/USA
To: Nicholas USA7375 Oliva/USAP/USA@USA
Date: 04/20/2016 05:36 PM
Subject: Re: Peformance Review Form

As requested, here is 2015 for our discussion on Friday.

[attachment "2015-Evaluation Form_AGC JF.docx" deleted by Nicholas USA7375 Oliva/USAP/USA]

Regards,

Jennifer S. Fischman, Esq.
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.



From: Nicholas USA7375 Oliva/USAP/USA
To: Jennifer USA0458 Fischman/USAP/USA@USA
Date: 04/07/2016 03:07 PM
Subject: Peformance Review Form


[attachment "2015-Evaluation Form_AGC.docx" deleted by Jennifer USA0458 Fischman/USAP/USA]
Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.

CONFIDENTIAL

655 Third Avenue
New York, NY 10017
TEL: 212-672-9427    CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

Def 001309

CONFIDENTIAL