# EXHIBIT CCCC

| | |
|---|---|
| | **Confidential** |
| From: | Patricia USA0493 Saunders/USAP/USA |
| To: | Nicholas USA7375 Oliva/USAP/USA@USA |
| Date: | May 24 2016 02:59:19 PM |

| Custodian information | | |
|---|---|---|
| Internal custodians (2) | | |
| Included in search (1) | Nicholas USA7375 Oliva/USAP/USA | Custodians who were included in the search. |
| Excluded from search (1) | Patricia USA0493 Saunders/USAP/USA | Potential custodians who were not included in the search, but whose email adresses were found on messages in the search results. |
| Total # of custodians (2) | | |

| Metadata information | |
|---|---|
| $Abstract | Nick, After concluding our performance review process, below is the new base salary and bonus inform |
| $Mailer | IBM Notes Release 9.0.1FP4 June 08, 2015 |
| $MessageID | <OF700E55E1.1A8C1B9F-ON85257FBD.0062DACF-85257FBD.00684EC6@LocalDomain> |
| $Revisions | May 24 2016 02:59:19 PM |
| $UpdatedBy | Patricia USA0493 Saunders/USAP/USA |
| ConfidentialString | Confidential |
| DeliveredDate | May 24 2016 02:59:22 PM |
| InetSendTo | Nicholas_Oliva@m-chem.com |
| INetFrom | Patricia_Saunders@m-chem.com |
| Logo | stdNotesLtr25 |
| OriginalModTime | May 24 2016 02:59:03 PM |
| Principal | Patricia USA0493 Saunders/USAP/USA |
| RouteServers | VAMC01/Servers/USA |
| RouteTimes | May 24 2016 02:59:22 PM<br>May 24 2016 02:59:22 PM |

Nick,

After concluding our performance review process, below is the new base salary and bonus information for members of the legal department.  The new base salary will be reflected in the June 10 paycheck.   Bonus will be paid next Friday, June 3.  Please communicate this information to your employees anytime between now and Thursday, June 2.

Following are a few notes that might be helpful to you:
- All employees received a 3% COLA increase in base salary
- All bonuses are calculated on base salary prior to COLA increase
- Andy- Exceeds rating-- received 115% of his 17% target bonus (or 19.55% bonus).
- Jennifer- received 25% bonus based on her Acting GC salary pro-rated for 8 month period (per our agreement with her) plus 115% of her 17% target bonus based on Exceeds rating for 4 month period. If she has any questions you're not comfortable responding to please don't hesitate to send her to me.
- Kathryn- Exceeds rating-- received 115% of her 17% target bonus (or 19.55% bonus)
- Stephen- Meets rating- received 100% of his 15% target bonus pro-rated based on his hire date (87.5%)
- Joe- Meets rating- received 100% of his 15% target bonus

- Kelli- Exceeds rating- received 110% of her 10% target bonus. This is a higher bonus payout than previous years but with the change to a COLA vs. merit increase keeps her total comp increase consistent to last year/Exceeds.

Shin and Anne do not receive COLA or bonus at this time since this is for the fiscal year ending 3/31/2016,

| Name: | Job Title: | Hire Date | 2015 Performance Rating | New Base Salary | Bonus |
|---|---|---|---|---|---|
| Csaszar, Andrew M | Assistant General Counsel | 04/02/2012 | Exceeds | $219,536.00 | $41,776.27 |
| Fischman, Jennifer S | Assistant General Counsel | 03/03/2008 | Exceeds | $237,751.00 | $64,430.55 |
| Roche, Kathryn Reyburn | Assistant Gen Counsel IP | 09/22/1998 | Exceeds | $196,052.00 | $37,307.07 |
| Rose, Stephen F | Corporate Counsel | 05/13/2015 | Meets | $169,332.00 | $21,657.00 |
| Sherinsky, Joseph A | IP Counsel | 05/05/2014 | Meets | $197,732.00 | $28,796.00 |
| Troccoli, Kellianne | Legal Assistant & Compl Coord | 12/03/2001 | Exceeds | $124,167.00 | $13,261.00 |

I'm happy to discuss any questions you might have.

Thanks,
Pat

_____
Patricia Saunders
Director, Human Resources
Mitsubishi Chemical Holdings America, Inc.
655 Third Ave, 15th Floor
NY, NY   10017
Office:   212-672-9415
Cell:   914-434-2748
Email:   patricia_saunders@m-chem.com

This email may contain information that is confidential, privileged or otherwise protected from disclosure.   If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of the email or the information contained herein or attached hereto is strictly prohibited.