# EXHIBIT DDDD



From: Nicholas USA7375 Oliva/USAP/USA
To: "minami tomoji"<minami.tomoji@mb.mitsubishichem-hd.co.jp>@USA_EX
Date: 09/07/2016 10:55 AM
Subject: Re: Attorney Client Privileged. Update.

Tomoji,

Thank you so much. I hope the same for you. Yes, I will visit soon and look forward to seeing you also.

I think I do understand and I will be happy to be closer to the situation and participate myself. Of course, if you ever have any doubts, please contact me directly anytime.

Regards,
Nick


Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427   CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an

intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

From: "minami tomoji" <minami.tomoji@mb.mitsubishichem-hd.co.jp>
To: "Nicholas_Oliva@m-chem.com" <Nicholas_Oliva@m-chem.com>
Date: 09/07/2016 03:00 AM
Subject: Re: Attorney Client Privileged. Update.

Nick,

I hope you and your family are doing well. I heard from Hanawa-san that you are going to come to Tokyo as from Oct 3.
I look forward to seeing you then.

Regarding Genomatica issue, as you see, under the situation where there are many uncertain things, we have to make high level decisions. I hope you understand what I am trying to say...

So far, we had several call conferences with Jennifer and Josh. I hope you join call conferences from now on.

[redacted]

Thank you for your understanding.
Best regards,
Tomoji

Def 001423