# EXHIBIT FFFF

| From: | Tomoji 3805803 Minami/AP/MCC@MCC |
|---|---|
| To: | Nicholas USA7375 Oliva/USAP/USA@USA |
| Date: | 10/23/2016 09:40 AM |
| Subject: | Fw: Attorney Client Privileged Communication - ENE Court Order - November 16, 2016 in San Diego, CA |

Nick,

Please let me add some further comments.
I did not mention straightforwardly, but Takimoto-san is expressing a feeling of discomfort on this matter.

To be honest, I would like to give you, Jennifer and Josh a free hand, to a large extent, on this litigation. But business people on this subject would like to know exactly what is happening.

I am concerned that Takimoto-san will say something to Ken or directly to Donna on this matter. And Ken or Donna might say to you something...
I believe that Jennifer did not do any bad thing and I know she is doing the best for us. Please stand up for her if necessary.

Thank you. and sorry for confusing you. I hope you understand what I am concerned.
Tomoji


----- 転送者: Tomoji 3805803 Minami/AP/MCC 転送日: 2016/10/23 22:25 -----

| 送信元: | Tomoji 3805803 Minami/AP/MCC |
|---|---|
| 宛先: | Jennifer USA0458 Fischman/USAP/USA@USA@FCD |
| Cc: | Nicholas USA7375 Oliva/USAP/USA@USA |
| 日付: | 2016/10/23 22:24 |
| 件名: | Re: Attorney Client Privileged Communication - ENE Court Order - November 16, 2016 in San Diego, CA |


Dear Jennifer,

Sorry to say, I am also sure that I was not advised anything about judge's retirement and cancellation of the Nov. 15 ENE.
Also in the Strategy Memo, I cannot see anything that our motion suggested by Josh was based on such fact. It might be caused by my poor skill of English, though.

Anyway, thank you for suggesting a periodical update. Please do so on a weekly basis from now on.
I hope you understand that business people would like to know the situation of the Litigation (which does not have to be every move, of course).

Def 000876

I will have to report to Takimoto-san exactly what has happened (including when the judge was retired and the ENE was cancelled and why we do not know the fact). Please cooperate with me.
Thank you.
Tomoji