EXHIBIT GGGG

| | |
|---|---|
| From: | Nicholas USA7375 Oliva/USAP/USA |
| To: | Jennifer USA0458 Fischman/USAP/USA@USA |
| Date: | 10/24/2016 11:40 AM |
| Subject: | Re: FW: Attorney Client Privileged Communication - ENE Court Order - November 16, 2016 in San Diego, CA |

Ok then.

Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427    CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

Def 000872

From: Jennifer USA0458 Fischman/USAP/USA
To: Nicholas USA7375 Oliva/USAP/USA
Date: 10/23/2016 11:58 AM
Subject: FW: Attorney Client Privileged Communication - ENE Court Order - November 16, 2016 in San Diego, CA

Well I guess you're it.


Regards,
Jennifer

Jennifer Fischman
Assistant General Counsel
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, NY 10017
212.672.9409

---------Forwarded by    Jennifer USA0458 Fischman/USAP/USA  on 10/23/2016 11:58:03 AM------



--------Original Message--------

From : Tomoji 3805803 Minami/AP/MCC@MCC@FCD
To : Jennifer USA0458 Fischman/USAP/USA@USA@FCD
cc : Jouhei 2003971 Takimoto/AP/MCC@MCC,Akira 3804392 Kitagawa/AP/MCC@MCC,Chihiro 0604525 Ishikawa/AP/MCC@MCC,"hori kazuya" <hori.kazuya@mr.m-kagaku.co.jp>,"Berman, Joshua A." <Joshua.Berman@troutmansanders.com>,"kitsumoto masafumi" <kitsumoto.masafumi@mr.m-kagaku.co.jp>,Masaru 4307069 Utsunomiya/AP/MCC@MCC,Nicholas USA7375 Oliva/USAP/USA@USA,Takehiko 4000500 Bandou/AP/MCC@MCC
Sent on :10/23/2016 10:59:13 PM ZE9
Subject : Re: Attorney Client Privileged Communication - ENE Court Order - November 16, 2016 in San Diego, CA

Dear Jennifer,

Regarding November 16 conference, Takimoto-san would like to appoint Nick as MCC's authorized representative with authority to settle with GI.  We will advise you of the settlement terms we can accept.

By the way, I would like to know exactly what has happened during the last one month.  Please cooperate with me to understand.
And I am requesting you to give us a weekly update on this case from now on.  Thank you for your continuous support on this litigation.
Also, I wait for your detailed guidance about the initial discovery.

Best regards,
Tomoji

Def 000873