# EXHIBIT HHHH



**Re: FW: Settlement Privileged Communication FRE 408** Link

**Nicholas USA7375 Oliva**          to:   Jennifer USA0458 Fischman                                    12/29/2016 02:12 PM

Thanks. Isn't that asking for everything (and not settlement)?

Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427   CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

From:    Jennifer USA0458 Fischman/USAP/USA
To:      Nicholas USA7375 Oliva/USAP/USA
Date:    12/29/2016 02:09 PM
Subject: FW: Settlement Privileged Communication FRE 408

1

Def 000882

Nick,
I spoke to Josh briefly. I don't want to counter with anything less than $2.5m payable up front and a royalty free license for the assigned patents which Utsonomiya seems to need for a deal he's working on. ███████████████████████████████

Nothing needs to be decided this weekend. Let's discuss Tuesday when we are all back in the office.
Happy New Year!


Regards,
Jennifer

Jennifer Fischman
Assistant General Counsel
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, NY 10017
212.672.9409


----- Message from "Berman, Joshua A." <Joshua.Berman@troutmansanders.com> on Wed, 28 Dec 2016 21:05:48 GMT -----

| | |
|---|---|
| From: | "Berman, Joshua A." <Joshua.Berman@troutmansanders.com> |
| To: | Jennifer_Fischman@m-chem.com, Nicholas_Oliva@m-chem.com |
| Subject: | Fwd: Settlement Privileged Communication FRE 408 |


Privileged

Shall we discuss?  We might consider a counter like $2.5, payable in two installments over 6 months or $2 million payable immediately, with either option being available on a take-or-leave basis with no negotiation.  They are scared.  (The posturing about counterclaims makes all the more apparent.)

Speak whenever convenient for you.

JB

Sent from my iPhone

Begin forwarded message: