# EXHIBIT IIII

Thank you for your continuous support on this.
Best regards,
Tomoji

作成者：Jennifer USA0458 Fischman/USAP/USA@USA　作成日：2017/01/05 07:14

宛先：Tomoji 3805803 Minami　cc：　Jouhei 2003971 Takimoto, Masaru 4307069 Utsunomi...

Dear Tomoji,
Thank you for your email. We are still discussing the offer among Josh, Nick and myself and we are not ready to respond with a counter proposal. We will send you our recommendation as soon as possible.

Regards,

Jennifer S. Fischman, Esq.
Assistant General Counsel
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

| | |
|---|---|
| Tomoji 3805803 Minami | Dear Jennifer, We discussed internally on... 01/03/2017 11:22:57 PM |

| | |
|---|---|
| From: | Tomoji 3805803 Minami/AP/MCC@MCC |
| To: | Jennifer USA0458 Fischman/USAP/USA@USA@FCD |
| Cc: | Jouhei 2003971 Takimoto/AP/MCC@MCC, Masaru 4307069 Utsunomiya/AP/MCC@MCC, Takehiko 4000500 Bandou/AP/MCC@MCC, Kazuya 2502021 Hori/AP/MCC@MCC, Chihiro 0604525 Ishikawa/AP/MCC@MCC, Akira 3804392 Kitagawa/AP/MCC@MCC |
| Date: | 01/03/2017 11:22 PM |
| Subject: | Re: FW: Settlement Privileged Communication FRE 408 |

Dear Jennifer,

We discussed internally on the settlement.
Please negotiate with GI. Our counter proposal should be $2.5MM, payable in two installments over 6 months, as suggested by Josh.

Def 000885

If you have any comments or questions, please let us know.
Best regards,
Tomoji

| Jennifer USA0458 Fischman | Privileged Shall we discuss?  We might c... | 2016/12/30 12:03:20 |

| | |
|---|---|
| 送信元: | Jennifer USA0458 Fischman/USAP/USA@USA |
| 宛先: | Tomoji 3805803 Minami/AP/MCC@MCC@FCD |
| 日付: | 2016/12/30 12:03 |
| 件名: | FW: Settlement Privileged Communication FRE 408 |

```
Privileged

Shall we discuss?   We might consider a counter like $2.5,
payable in two installments over 6 months or $2 million payable
immediately, with either option being available on a
take-or-leave basis with no negotiation.  They are scared.  (The
posturing about counterclaims makes all the more apparent.)

Speak whenever convenient for you.

JB

Sent from my iPhone
```