# EXHIBIT JJJJ

Message

| | |
|---|---|
| **From**: | Berman, Joshua A. [Joshua.Berman@troutmansanders.com] |
| **Sent**: | 1/5/2017 6:29:25 PM |
| **To**: | Jennifer_Fischman@m-chem.com ["Jennifer_Fischman@m-chem.com"] |
| **CC**: | Grace, Susan L. [Susan.Grace@troutmansanders.com] |
| **Subject**: | Privileged: DRAFT Letter to Stiegler re Depositions (January 5, 2017).docx |
| **Attachments**: | Letter to Stiegler re Depositions (January 5, 2017).docx |

**Privileged**

Jen –

Draft letter to Stiegler re: depositions attached.  Second letter (re: document production) coming shortly.  Let's also decide firmly how we want to respond to Stiegler's settlement email (which, to the extent we don't have sufficiently concrete answers from Japan yet, could be with an email thanking him for the overture and letting him know that MCC is considering the issue and will be responding shortly.)

Speak soon,

JB

Joshua A. Berman|Partner
Troutman Sanders LLP
875 Third Avenue|New York, NY 10022
Phone: 212-704-6198|Fax: 212-704-5916
joshua.berman@troutmansanders.com

This e-mail communication (including any attachments) may   contain legally privileged and confidential information intended solely for the   use of the intended recipient. If you are not the intended recipient, you should   immediately stop reading this message and delete it from your system. Any   unauthorized reading, distribution, copying or other use of this communication   (or its attachments) is strictly prohibited.

Letter to Stiegler re Depositions (Jan...