# EXHIBIT KKKK

| | |
|---|---|
| **Message** | |
| **From**: | Berman, Joshua A. [Joshua.Berman@troutmansanders.com] |
| **Sent**: | 1/6/2017 10:21:27 PM |
| **To**: | Jennifer_Fischman@m-chem.com ["Jennifer_Fischman@m-chem.com"] |
| **CC**: | Grace, Susan L. [Susan.Grace@troutmansanders.com] |
| **Subject**: | Fwd: Settlement Privileged Communication FRE 408 |

Privileged
Below, FYI
Begin forwarded message:
**From:** "Berman, Joshua A." <Joshua.Berman@troutmansanders.com>
**Date:** January 6, 2017 at 10:20:50 PM EST
**To:** "Stiegler, Anthony M." <astiegler@cooley.com>
**Cc:** "Rios, Sophia" <srios@cooley.com>, "Grace, Susan L." <Susan.Grace@troutmansanders.com>
**Subject: Re: Settlement Privileged Communication FRE 408**
FRE 408
Hi Tony:
Thanks for your note below.  I have spoken to my client.  MCC is prepared to settle in exchange for a payment of $2.3 million, to be paid within 30 days.  Upon MCC's actual receipt of the payment, I will deliver to you a signed stipulation of dismissal with prejudice and any other appropriate documentation.
Please let us know if this proposal is acceptable to Genomatica.
Best regards,
Josh
Sent from my iPhone
On Dec 28, 2016, at 2:16 PM, Stiegler, Anthony M. <astiegler@cooley.com> wrote:
Josh,
My client has authorized me to further discuss settlement with you and MCC.



Genomatica makes the following settlement offer, which is open through close of business on January 6, 2017:

·       Genomatica will pay MCC $1.5M in four equal annual installments;

