# EXHIBIT LLLL

| | |
|---|---|
| From: | Tomoji 3805803 Minami/AP/MCC@MCC |
| To: | Nicholas USA7375 Oliva/USAP/USA@USA |
| Cc: | Ken 2905413 Fujiwara/AP/MCC@MCC |
| Date: | 01/19/2017 04:34 AM |
| Subject: | Genomatica Litigation |

Dear Nick,

I hope this email finds you well. I appreciate your continuous support on this litigation.

This morning, I had a telephone call with Jennifer and Josh mainly concerning how to prepare for the deposition and how to make a counter proposal against Genomatica. In the call, I was surprised to hear that, as of January 7, Josh had already provided the counter proposal of $2.3MM payable in 30 days.

As you see the below email dated January 5, Jennifer mentioned that she was discussing with you and Josh about the counter proposal and she would send us a recommendation as soon as possible.
So, we have been waiting for the recommendation from Jennifer.

Personally, I believe that $2.3MM offer is not so bad. But some MCC members are a little upset by the fact that Josh made it without advising us of the offer.
I appreciate that you check what happened in the process of that offer. There might be miscommunication between us.
But please kindly supervise Jennifer (and Josh) if the process was not appropriate.
Please understand that we do not want that this kind of thing happen again in the future.

Def 000878

Thank you for your continuous support on this.
Best regards,
Tomoji

作成者：Jennifer USA0458 Fischman/USAP/USA@USA   作成日：2017/01/05 07:14

宛先：Tomoji 3805803 Minami   cc：  Jouhei 2003971 Takimoto, Masaru 4307069 Utsunomi...

Dear Tomoji,
Thank you for your email. We are still discussing the offer among Josh, Nick and myself and we are not ready to respond with a counter proposal. We will send you our recommendation as soon as possible.

Regards,

Jennifer S. Fischman, Esq.
Assistant General Counsel
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

---

| | Tomoji 3805803 Minami | Dear Jennifer, We discussed internally on... | 01/03/2017 11:22:57 PM |

From:      Tomoji 3805803 Minami/AP/MCC@MCC
To:        Jennifer USA0458 Fischman/USAP/USA@USA@FCD
Cc:        Jouhei 2003971 Takimoto/AP/MCC@MCC, Masaru 4307069 Utsunomiya/AP/MCC@MCC, Takehiko 4000500 Bandou/AP/MCC@MCC, Kazuya 2502021 Hori/AP/MCC@MCC, Chihiro 0604525 Ishikawa/AP/MCC@MCC, Akira 3804392 Kitagawa/AP/MCC@MCC
Date:      01/03/2017 11:22 PM
Subject:   Re: FW: Settlement Privileged Communication FRE 408

Dear Jennifer,

We discussed internally on the settlement.
Please negotiate with GI. Our counter proposal should be $2.5MM, payable in two installments over 6 months, as suggested by Josh.

Def 000879