# EXHIBIT NNNN

| | |
|---|---|
| 送信元: | Nicholas USA7375 Oliva/USAP/USA@USA |
| 宛先: | Tomoji 3805803 Minami/AP/MCC@MCC@FCD |
| Cc: | Ken 2905413 Fujiwara/AP/MCC@MCC |
| 日付: | 2017/01/19 22:19 |
| 件名: | Re: Genomatica Litigation |

Dear Tomoji,

I did not know this had occurred.   I will investigate, confirm what happened and make it clear for the future.

Thank you for letting me know.

Regards,
Nick

Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427     CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

| | |
|---|---|
| From: | Tomoji 3805803 Minami/AP/MCC@MCC |
| To: | Nicholas USA7375 Oliva/USAP/USA@USA |
| Cc: | Ken 2905413 Fujiwara/AP/MCC@MCC |
| Date: | 01/19/2017 04:34 AM |
| Subject: | Genomatica Litigation |

Dear Nick,

I hope this email finds you well.   I appreciate your continuous support on this litigation.

This morning, I had a telephone call with Jennifer and Josh mainly concerning how to prepare for the deposition and how to make a counter proposal against Genomatica.
In the call, I was surprised to hear that, as of January 7, Josh had already provided the counter proposal of $2.3MM payable in 30 days.

As you see the below email dated January 5, Jennifer mentioned that she was discussing with you and Josh about the counter proposal and she would send us a recommendation as soon as possible. So, we have been waiting for the recommendation from Jennifer.

Personally, I believe that $2.3MM offer is not so bad.   But some MCC members are a little upset by the fact that Josh made it without advising us of the offer.
I appreciate that you check what happened in the process of that offer.   There might be miscommunication between us.