# EXHIBIT PPPP



From:    Jennifer USA0458 Fischman/USAP/USA
To:      Nicholas USA7375 Oliva/USAP/USA
Date:    01/19/2017 11:03 AM
Subject:    RE: Genomatica

Yes. It was done that way by my authority because I was home sick and the date for a response came and you and had discussed that offer and I believed it was consistent with MCC's fundamental position and authorized him to make that offer.


Regards,
Jennifer

Jennifer Fischman
Assistant General Counsel
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, NY 10017
212.672.9409


--------Original Message--------

CONFIDENTIAL                    Def  000844

From : Nicholas USA7375 Oliva/USAP/USA
To : Jennifer USA0458 Fischman/USAP/USA@USA
cc :
Sent on :01/19/2017 08:51:53 AM EST
Subject : Genomatica

Jennifer,

There may be confusion about whether a counter settlement offer was made prior to confirmation from MCC.  Can you please tell me if Josh delivered information to Genomatica about the $2.3 prior to confirmation from MCC?

Thanks,
Nick

Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427   CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

CONFIDENTIAL                                    Def  000845