# EXHIBIT RRRR



**Re: GI** Link

Tomoji 3805803 Minami           to:   Jennifer USA0458 Fischman           01/19/2017 11:19 PM

Jennifer,

Of course, I will try not to do "back-stabbing." And I do not want to do that. But please understand that some times I am forced by someone especially in a case where many people are involved (including this case).
Anyway, let's try to communicate closely each other.

Best regards,
Tomoji

送信元:    Jennifer USA0458 Fischman/USAP/USA@USA
宛先:     Tomoji 3805803 Minami/AP/MCC@MCC@FCD
日付:     2017/01/20 12:49
件名:     Re: GI

---

Tomoji,
I would appreciate it also if you simply ask me directly if you have a problem or if someone else has a problem, instead of going above me to Nick without copying me. It is what we call in the US, "back-stabbing."

CONFIDENTIAL          Def 000838

Regards,

Jennifer S. Fischman, Esq.
Assistant General Counsel
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

```
From:     Tomoji 3805803 Minami/AP/MCC@MCC
To:       Jennifer USA0458 Fischman/USAP/USA@USA@FCD
Date:     01/19/2017 09:28 PM
Subject:  Re: GI
```

Thank you, Jennifer,
I trust you and I know that you do not do anything harmful to MCC.
But please understand there are many people who have negative feeling against that something happens in unknown situation. I hope you know what I mean.
Best regards,
Tomoji

CONFIDENTIAL            Def 000839