# EXHIBIT SSSS

### RE: Follow up

From: Donna USA0007 Costa/USAP/USA

To: Nicholas USA7375 Oliva/USAP/USA
Patricia USA0493 Saunders/USAP/USA

Date: Jan 20 2017 09:39:16 AM

| Custodian information | | |
|---|---|---|
| Internal custodians (3) | | |
| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
| Excluded from search (2) | Nicholas USA7375 Oliva/USAP/USA<br>Patricia USA0493 Saunders/USAP/USA | Potential custodians who were not included in the search, but whose email adresses were found on messages in the search results. |
| Total # of custodians (3) | | |

| Metadata information | |
|---|---|
| $Abstract | Nick Thank you for the update. As I told you yesterday, you have my full support. |
| $INetPrincipal | Donna_Costa@m-chem.com |
| $MessageID | <OF866AB76F.4A8F977F-ON852580AE.0050839F-852580AE.00509876@LocalDomain> |
| $Revisions | Feb 08 2018 05:30:28 PM<br>Feb 28 2017 06:48:57 PM |
| $UpdatedBy | Deborah USA8492 Williams/USAP/USA<br>Donna USA0007 Costa/USAP/USA<br>Good-US/Servers/USA |
| AltFrom | Donna USA0007 Costa/USAP/USA |
| AltSendTo | Nicholas USA7375 Oliva/USAP/USA<br>Patricia USA0493 Saunders/USAP/USA |
| EnterSendTo | Nicholas USA7375 Oliva/USAP/USA<br>Patricia USA0493 Saunders/USAP/USA |
| GdTrack | by USWF0398.1.6.27 01/20/2017 09:39:16 AM |
| INetFrom | Donna_Costa@m-chem.com |
| Logo | StdNotesLtrGateway |
| PRINCIPAL | Donna USA0007 Costa/USAP/USA |
| Recipients | Nicholas USA7375 Oliva/USAP/USA<br>Patricia USA0493 Saunders/USAP/USA |

Nick

Thank you for the update. As I told you yesterday, you have my full support.

Donna


Donna Costa
President
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, New York 10017

Def 001107

Confidential

donna_costa@m-chem.com


--------Original Message--------

From : Nicholas USA7375 Oliva/USAP/USA
To : Donna USA0007 Costa/USAP/USA@USA,Patricia USA0493 Saunders/USAP/USA@USA
cc :
Sent on :01/20/2017 08:30:30 AM EST
Subject : Follow up

Donna and Pat,

I have reached out to Mercedes and to Josh and asked each to call my cell.
I also replied to Tomoji, who informed me that he received the apology email from Jennifer.

I have no changed my thinking on how to proceed.

Best,
Nick

Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427      CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.