# EXHIBIT TTTT

| | |
|---|---|
| **From:** | Donna_Costa@m-chem.com |
| **Sent:** | Sunday, January 22, 2017 9:45 PM |
| **To:** | fujiwara ken |
| **Subject:** | FW: Jennifer |

Dear Ken,

I want to confirm that I fully support Nick's decision. Jennifer's most recent conduct is egregious and has completely destroyed Nick's trust in her. Given that he believes she will undoubtedly betray his trust and act against the interests of the MCHC group again if she stays, and given the discussions you and I have had, I trust you understand and fully support Nick's decision as well.

I will not be in the US on January 30, but I am confident that Nick and Pat, with the support of outside counsel, will manage the process appropriately.

I expect that Jennifer will hire employment counsel immediately, threaten litigation, and perhaps bring litigation. We are prepared. Please let me know if you have any questions or concerns.

Regards,
Donna



Donna Costa
President
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, New York 10017
donna_costa@m-chem.com



---------Forwarded by    Donna USA0007 Costa/USAP/USA  on 01/22/2017 09:45:28 PM------



--------Original Message--------

From : Nicholas USA7375 Oliva/USAP/USA
To : Ken 2905413 Fujiwara/AP/MCC@MCC
cc : Donna USA0007 Costa/USAP/USA@USA,Patricia USA0493 Saunders/USAP/USA@USA

CONFIDENTIAL

Sent on :01/22/2017 08:46:57 PM EST
Subject : Jennifer

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

Dear Ken,

As you know, Tomoji made us aware that Jennifer acted without authorization from MCC in authorizing a settlement offer in the Genomatica litigation.  As you may know, attorney professional responsibility prohibits this behavior (for good reasons) as the effect can be severe.  Jennifer has confirmed by email that she did indeed order the offer without client authorization.  As you may have seen, she also replied to the team in Japan apologizing and explaining the admitted action but did not ask me to review nor did she consult with me about how to respond.  In fact, she did not copy me on the communication, but only sent it to me separately afterward.

Jennifer acted without authorization, but also failed to notify me of this situation at several key points.  In fact, the offer was made January 7th.  At no time immediately prior to making the offer did Jennifer inform me of the situation or ask me for direction.  After the offer was made (without client authorization), Jennifer did not inform me (at all).  Jennifer did not notify me prior to the conference with the team on Wednesday; nor afterward when it may have appeared that the team in Japan was concerned.  Given that I had communicated with Jennifer (and outside counsel) about the critical nature of trust in managing this litigation, and the serious lapse in judgment and attorney responsibility in this matter which causes me to question everything I know about Jennifer's performance and behaviors, I have lost the ability to trust Jennifer in her role and have determined to end her employment.

We have a pre-existing business trip together to California (Jennifer is flying Sunday) and I am flying Monday morning.  We will spend the week on some sensitive business matters that, in good judgment, can not and should not be disrupted by a change to business travel plans (although I considered every option).  Jennifer has still not reached out to me to discuss this matter.  I plan to deliver the news of termination on Monday, January 30.

I appreciate your support and understanding.  I truly believe that although this is difficult and disruptive, this is the best answer for the company.  Trust and integrity in our roles are critical and, unfortunately, they have been defeated.

Best regards,
Nick

Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427   CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.