# EXHIBIT UUUU

# RE: Jennifer

**From:** Nicholas USA7375 Oliva/USAP/USA

**To:** Ken 2905413 Fujiwara/AP/MCC@MCC@FCD
**Cc:** Donna USA0007 Costa/USAP/USA
Patricia USA0493 Saunders/USAP/USA
**Date:** Jan 23 2017 04:49:40 AM

## Custodian information

**Internal custodians (3)**

| Included in search (1) | Donna USA0007 Costa/USAP/USA | Custodians who were included in the search. |
|---|---|---|
| Excluded from search (2) | Nicholas USA7375 Oliva/USAP/USA<br>Patricia USA0493 Saunders/USAP/USA | Potential custodians who were not included in the search, but whose email adresses were found on messages in the search results. |

**External email addresses (1)**

| | ken 2905413 fujiwara/ap/mcc@mcc@fcd | Email addresses found on messages in the search results that are external to your company. |
|---|---|---|

**Total # of custodians (4)**

## Metadata information

| Field | Value |
|---|---|
| $Abstract | Ken, Thank you very much for your support. |
| $INetPrincipal | Nicholas_Oliva@m-chem.com |
| $MessageID | <OF0F72CBFF.A77D8F8D-ON852580B1.0035FD70@LocalDomain> |
| $Revisions | Feb 08 2018 05:30:25 PM |
| $UpdatedBy | Deborah USA8492 Williams/USAP/USA<br>Good-US/Servers/USA |
| AltCopyTo | Donna USA0007 Costa/USAP/USA<br>Patricia USA0493 Saunders/USAP/USA |
| AltFrom | Nicholas USA7375 Oliva/USAP/USA |
| AltSendTo | Ken 2905413 Fujiwara/AP/MCC@MCC@FCD |
| DeliveredDate | Jan 23 2017 04:49:43 AM |
| EnterCopyTo | Donna USA0007 Costa/USAP/USA<br>Patricia USA0493 Saunders/USAP/USA |
| EnterSendTo | Ken 2905413 Fujiwara/AP/MCC@MCC@FCD |
| GdTrack | by USWF0398.1.6.27 01/23/2017 04:49:41 AM |
| INetFrom | Nicholas_Oliva@m-chem.com |
| Logo | StdNotesLtr25 |
| PRINCIPAL | Nicholas USA7375 Oliva/USAP/USA |
| RouteServers | VAMC01/Servers/USA |
| RouteTimes | Jan 23 2017 04:49:43 AM<br>Jan 23 2017 04:49:43 AM |

Ken,

Thank you very much for your support.

Best regards,

Confidential

Nick

Sent with Good (www.good.com)

--------Original Message--------

From : Ken 2905413 Fujiwara/AP/MCC@MCC@FCD
To : Nicholas USA7375 Oliva/USAP/USA@USA@FCD
cc : Donna USA0007 Costa/USAP/USA@USA,Patricia USA0493 Saunders/USAP/USA@USA
Sent on :01/23/2017 11:29:24 AM ZE9
Subject : Re: Jennifer

**ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL**

Dear Nick,

Thank you for the message and I do understand where I have no objection to your decision on the termination.

I do not clearly remember nor I know if you were aware, though, there had been a very difficult situation with Jennifer before you returned to our team, when she was very close to be terminated.   In my way of counting things, this seems the second misconduct on her part and now it should be appropriate to give her a red-card.

I hope this goes smoothly without causing any aftermath.

I appreciate your support to our group.

Best regards,   Ken

送信元: Nicholas USA7375 Oliva/USAP/USA@USA
宛先: Ken 2905413 Fujiwara/AP/MCC@MCC
Cc: Donna USA0007 Costa/USAP/USA@USA, Patricia USA0493 Saunders/USAP/USA@USA
日付: 2017/01/23 10:47
件名: Jennifer

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

Dear Ken,

As you know, Tomoji made us aware that Jennifer acted without authorization from MCC in authorizing a settlement offer in the Genomatica litigation.   As you may know, attorney professional responsibility prohibits this behavior (for good reasons) as the effect can be severe.   Jennifer has confirmed by email that she did indeed order the offer without client authorization.   As you may have seen, she also replied to the team in Japan apologizing and explaining the admitted action but did not ask me to review nor did she consult with me about how to respond.   In fact, she did not copy me on the communication, but only sent it to me separately afterward.

Jennifer acted without authorization, but also failed to notify me of this situation at several key points.   In fact, the offer was made January 7th.   At no time immediately prior to making the offer did Jennifer inform me of the situation or ask me for direction.   After the offer was made (without client authorization), Jennifer did not inform me (at all).   Jennifer did not notify me prior to the conference with the team on Wednesday; nor afterward when it may have appeared that the team in

Def  001000

Japan was concerned.   Given that I had communicated with Jennifer (and outside counsel) about the critical nature of trust in managing this litigation, and the serious lapse in judgment and attorney responsibility in this matter which causes me to question everything I know about Jennifer's performance and behaviors, I have lost the ability to trust Jennifer in her role and have determined to end her employment.

We have a pre-existing business trip together to California (Jennifer is flying Sunday) and I am flying Monday morning. We will spend the week on some sensitive business matters that, in good judgment, can not and should not be disrupted by a change to business travel plans (although I considered every option).   Jennifer has still not reached out to me to discuss this matter.   I plan to deliver the news of termination on Monday, January 30.

I appreciate your support and understanding.   I truly believe that although this is difficult and disruptive, this is the best answer for the company.   Trust and integrity in our roles are critical and, unfortunately, they have been defeated.

Best regards,
Nick

Nicholas Oliva
General Counsel and Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue
New York, NY 10017
TEL: 212-672-9427     CELL: 646-856-2710
nicholas_oliva@m-chem.com

This e-mail may contain information that is confidential, privileged or otherwise protected from disclosure. If you are not an intended recipient of this email, please delete it and any attachments and notify the sender that you have received it in error. Any unauthorized use, dissemination, disclosure, copying or printing of this email or the information contained herein or attached hereto is strictly prohibited.

Confidential