**From:** Jennifer_Fischman@m-chem.com
**Sent:** Wednesday, August 5, 2015 3:49 PM
**To:** Donna_Costa@m-chem.com
**Subject:** RE: Rothschild

It is not, it is in the reimbursable expenses section (travel costs, etc.). I will strike the legal fees out of this section.

Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

Donna USA0007 Costa---08/05/2015 03:43:04 PM---In the event of indemnified claims, yes. Sent with Good (www.good.com)

From: Donna USA0007 Costa/USAP/USA
To:: Jennifer USA0458 Fischman/USAP/USA
Date: 08/05/2015 03:43 PM
Subject: RE: Rothschild

In the event of indemnified claims, yes.

Sent with Good (www.good.com)



CONFIDENTIAL

Def 000168

-----Original Message-----
From : Jennifer USA0458 Fischman/USAP/USA
To : Donna USA0007 Costa/USAP/USA
cc :
Sent on :08/05/2015 03:40:18 PM EDT
Subject : Rothschild

Donna,
Is it customary for "reasonable expenses" to be reimbursed by Client to include "Rothschild's own reasonable attorney fees"?

Regards,
Jennifer

Jennifer S. Fischman
Acting General Counsel & Chief Compliance Officer
Mitsubishi Chemical Holdings America, Inc.
655 Third Avenue, 15th Floor
New York, New York 10017
p: 212-672-9409
f: 212-672-9419
email: jennifer_fischman@m-chem.com

This e-mail, including any attached files, is confidential, may be legally privileged, and is solely for the intended recipients. If you received this e-mail in error, please destroy it and notify us immediately by reply e-mail or phone (212.672.9409). Any unauthorized use, dissemination, disclosure, copying or printing is strictly prohibited.

CONFIDENTIAL

Def 000169