| PAGE | DATE | |
|---|---|---|
| | 1/26/2017 | |
| | | DC → JF |

NOTES

KT input to DC re NO

DC - everything O.K.
Did Receive Pharma list
Update on re-org
Update on Compliance - hasn't dropped
    ball, just Not aware

Do y

NO -
- Never rec'd JF's Dec
  work inventory
-

Put message on
her email &
phone -
No longer w/CO

We can lose our ability to collect from
    insurance if we offer sev:  Options
        - We offer sev + on hook for all money
    or - Term for cause + offer nothing

Decision from DC → No severance.
Read script as approved by Mercedes, PS, NO

Not giving me $ - Why don't you take your
    time to think about this and y there's
    something you want to discuss w/ us
    then

Benefits of No Severance
    - insurance
    - she will hire counsel + we then get to
        turn it over to mercedes

Immediate walk out / No access to anything

CONFIDENTIAL                              DEF-002625