

*Attorneys at Law*

600 Old Country Road　　　　　　　　　　　　　　　　　　　　　　Tel: 516-203-7180
St. 519　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 516-706-0248
Garden City, New York 11530　　　　　　　　　　　　　　　　　　　www.vkvlawyers.com

August 7, 2023

Hon. Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, New York 10007

**Re:**　**Fischman v Mitsubishi Chemical Holdings America, Inc., et al**
　　　**Case #:  1:18-cv-08188-JMF**

Dear Judge Furman:

　　　We write on behalf of all parties in response to that portion of the Court's July 26, 2023, Order (Dkt #160) requesting a briefing schedule on any motion for sanctions. The parties are in the process of preparing an agreement which is intended to resolve all open issues. Accordingly, we respectfully request a thirty (30) day extension (September 9, 2023) of the current deadline (August 9, 2023) to submit a briefing schedule.  This is the first request to extend the deadline to submit a briefing schedule.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　VALLI KANE & VAGNINI LLP

　　　　　　　　　　　　　　　　　　　　<u>/s/ Robert J. Valli, Jr.</u>
　　　　　　　　　　　　　　　　　　　　Sara Wyn Kane
　　　　　　　　　　　　　　　　　　　　Robert J. Valli, Jr.
　　　　　　　　　　　　　　　　　　　　Matthew L. Berman
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　600 Old Country Road, Suite 519
　　　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　　　516-203-7180

Cc: All Counsel of Record