UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JENNIFER S. FISCHMAN, :
:
Plaintiff, :
: 18-CV-8188 (JMF)
-v- :
: ORDER
:
MITSUBISHI CHEMICAL HOLDINGS AMERICA, :
INC. et al., :
:
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's Order, ECF No. 162, the parties were required to file a briefing schedule on any motion for sanctions no later than September 11, 2023. *See* ECF No. 162. To date, the parties have not filed their proposed schedule. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 14, 2023**. No further extensions will be granted.

     SO ORDERED.

Dated: September 12, 2023
       New York, New York

                                       JESSE M. FURMAN
                                   United States District Judge