UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------

JENNIFER S. FISCHMAN,

                Plaintiff,

v.

MITSUBISHI CHEMICAL HOLDINGS AMERICA, INC., MITSUBISHI CHEMICAL HOLDINGS CORP., DONNA COSTA, and NICHOLAS OLIVA, ET. AL.,

                Defendants.

------------------------------------------

**STIPULATION OF DISCONTINUANCE**

Civil Action No.: 18-CV-08188 (JMF)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

**SO STIPULATED AND AGREED.**

VALLI KANE & VAGNINI LLP

By: /s/

Robert J. Valli, Jr.
Sara Wyn Kane
Matthew Berman
600 Old Country Road, Suite 519
Garden City, New York 11530
Telephone: 516-203-7180
Fax: 516-706-0248
*Attorneys for Plaintiff*

Dated: Garden City, New York
       September 13, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By: *Brittany Primavera*

Mercedes Colwin
Brittany L. Primavera
One Battery Park Plaza, 28th Floor
New York, New York 10004
Tel: (212) 269-5500
Fax: (212) 269-5505
*Attorneys for Defendants MCHA, Costa and Oliva*

Dated: New York, New York
       September 14, 2023

STIPULATION OF DISCONTINUANCE CONT.
*FISCHMAN V. MITSUBISHI ET. AL.*
*Index No. 18-cv-08188*

SHEARMAN AND STERLING LLP

By: _____
Jerome S. Fortinsky
~~Samuel J. Jolly~~
599 Lexington Avenue
New York, NY 10022-6069
Telephone: +1.212.848.4000
Facsimile: +1.212.848.7179
jfortinsky@shearman.com
~~sam.jolly@shearman.com~~

George Anhang
401 9th Street, N.W., Suite 800
Washington, DC 20004
Telephone: +1.202.508.8000
Facsimile: +1.202.508.8100
george.anhang@shearman.com
*Attorneys for Defendants Mitsubishi Chemical Corporation and Mitsubishi Chemical Holdings Corporation*

Dated: New York, New York
       September 14, 2023

**SO ORDERED**

Dated:     New York, New York
           _____, 2023

                                    _____
                                    JESSE M. FURMAN
                                    United States District Judge

- 2 -